# Exhibit 7

| | |
|---|---|
| Document title: | WILDRIDE Baby Carrier \| Nordstrom |
| Capture URL: | https://www.nordstrom.com/s/baby-carrier/8368911?origin=coordinating-8368911-0-1-FTR-recbot-recently_viewed_snowplow_mvp&recs_placement=FTR&recs_strategy=recently_viewed_snowplow_mvp&recs_source=recbot&recs_page_type=search&recs_seed=0&color=GREY%2F%20BLACK%20LEOPARD%20PATTERN |
| Page loaded at (UTC): | Mon, 21 Jul 2025 18:50:34 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 18:52:06 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | 59nu7oQzvsyJWevYgb6fYN |
| Display Name: | hymelr |

PDF REFERENCE #:    wZA9bQZoxpMWo51YipusRm

Get $60 off your next purchase as a new cardmember! Ends August 3. See Terms & Apply

NORDSTROM

Search for products or brands

Sign In | Your Store Valley Fair | 0

Anniversary Sale | New | Sale | Women | Men | Beauty | Shoes | Accessories | Kids | Designer | Home | Gifts | Explore

Home / Kids / Baby Gear & Essentials / Baby Carriers







## Baby Carrier

WILDRIDE

$119.00

Color: Grey/ Black Leopard Pattern

 

1    2 people are viewing

Free returns anytime
Sold by Nordstrom

○ Free Pickup at **Nordstrom Valley Fair**
Arrives in store Thu, Jul 24–Tue, Jul 29

● Free Shipping to **95054**
Arrives between Thu, Jul 24–Tue, Jul 29

**Add to Bag**

♡ Add to Wish List

Get $60 off your next purchase as a new cardmember! Ends August 3. Terms apply. **Apply Now**

Pay in 4 interest-free payments of $29.75 with Afterpay ⓘ
or PayPal ⓘ

### You Might Also Like


Popular
New!
WILDRIDE
$109


Popular
Sponsored
Nuna
$700


WILDRIDE
$39


New!
WILDRIDE
$179



---

Document title: WILDRIDE Baby Carrier | Nordstrom
Capture URL: https://www.nordstrom.com/s/baby-carrier/8368911?origin=coordinating-8368911-0-1-FTR-recbot-recently_viewed_snowplow_mvp&amp;recs_placement…
Capture timestamp (UTC): Mon, 21 Jul 2025 18:52:06 GMT
Page 1 of 4




## Details & care

Leave the stroller behind and enjoy carrying your baby in this lightweight, stylish carrier that has an ergonomic design that keeps you and baby comfortably traveling.

**What it does:** This carrier is compact and easy to fold so it stores away on a shelf or in your luggage.

**Additional features:** Its symmetrical design adapts effortlessly to both left- and right-handed caregivers, ensuring ease and comfort.

**Maximum child weight/height:** 15 to 44 lb.; ages 9 months to 4 years old.

**Carrier weight/dimensions:** 11" x 3.8" x 2.8".

- 100% cotton
- Spot clean
- Imported
- Item #10848331

## 🎁 Gift options

Choose your gift options at Checkout. Some items may not be eligible for all gift options

**Delivery**

✉ Email gift message (free)

Need help finding the perfect gift? We've got you covered.

[Shop Gifts]

## Shipping & returns

Free shipping. Free returns. All the time. Purchases made online can also be returned or exchanged at any Nordstrom store, free of charge. Read more about our shipping & returns policies.

## Reviews

☆☆☆☆☆ (0)
No reviews yet–be the first!

[Write a Review]

## Recommended for You












Popular

**Anniversary Sale**
Solly Baby
Sale: $54.99
After Sale: $74
★★★★★ (61)

Popular

**Savings Event**
Tushbaby
$68 $85
★★★★★ (29)

Popular

**Savings Event**
Tushbaby
$92 $115
★★★★★ (1)

Popular

**Anniversary Sale**
UPPAbaby
Sale: $899.99
After Sale: $1,199.99
★★★★★ (21)

Popular

New!
Jellycat
$28

# Discover More Items
Sponsored







Joolz
$139.99

**Anniversary Sale**
Nuna
Sale: $429.99
After Sale: $575
★★★★★ (235)

Nanit
$399.99
★★★★★ (188)

Thule
$1,799.95
★★★★☆ (7)

**Anniversary**
Nuna
Sale: $509.9
After Sale: $
★★★★☆



THE Nordy CLUB

**GET $60 OFF YOUR NEXT PURCHASE**
For new cardmembers! Ends August 3. Restrictions apply.
**Apply Now**

Get Email Updates:












Joolz
$139.99



**Anniversary Sale**

Nuna
Sale: $429.99
After Sale: $575
★★★★★ (235)

Nanit
$399.99
★★★★★ (188)

Thule
$1,799.95
★★★★☆ (7)

**Anniversary**

Nuna
Sale: $509.9
After Sale: $
★★★★☆

---

### GET $60 OFF YOUR NEXT PURCHASE
For new cardmembers! Ends August 3. Restrictions apply.
Apply Now

---

Get Email Updates:  [Email Address]   **Sign up**

| Customer Service | About Us | Stores & Services | Nordstrom Card & Rewards | Nordstrom, Inc. | Get our apps |
|---|---|---|---|---|---|
| Contact Us | All Brands | Find a Store | The Nordy Club Rewards | Nordstrom Rack | |
| Order Status | Careers | Free Style Help | | Investor Relations | |
| Shipping | Corporate Social Responsibility | Alterations & Tailoring | Apply for a Nordstrom Card | Press Releases | |
| Return Policy & Exchanges | Diversity, Equity, Inclusion & Belonging | SkinSpirit Clinic \| Spa Nordstrom | Pay My Bill | Nordstrom Media Network | |
| Price Adjustments | | Nordstrom Restaurants | Manage My Nordstrom Card | | |
| Gift Cards | Get Email Updates | | | | |
| FAQ | Nordstrom Blog | Nordstrom Local | | | |
| Product Recalls | The Thread | | | | |
| | Nordy Podcast | | | | |

🇺🇸 United States

Top ↑

Privacy | Your Privacy Rights | Terms & Conditions | California Supply Chains Act | ©2025 Nordstrom, Inc.

---

Document title: WILDRIDE Baby Carrier | Nordstrom
Capture URL: https://www.nordstrom.com/s/baby-carrier/8368911?origin=coordinating-8368911-0-1-FTR-recbot-recently_viewed_snowplow_mvp&amp;recs_placement…
Capture timestamp (UTC): Mon, 21 Jul 2025 18:52:06 GMT
Page 4 of 4