```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILDBIRD LLC,                            :
                                         :
                         Plaintiff,      :      25cv5993(DLC)
            -v-                          :
                                         :         ORDER
WILDRIDE B.V., et al.,                   :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff initiated this action and moved for a preliminary injunction on July 22, 2025. There being no indication on the docket that the defendants have been served, it is hereby

ORDERED that, should service be made on either defendant on or before July 25, 2025, a conference shall be held on **July 29, 2025** at **11:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         July 23, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge