```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WILDBIRD LLC,                         :
                                      :
                        Plaintiff,    :    25cv5993 (DLC)
              -v-                     :
                                      :    SCHEDULING ORDER
WILDRIDE B.V., et al.,                :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

　　As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 29, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Netburn prior to August 1, 2025 in order to schedule settlement discussions under her supervision to occur in August 2025.

2. The parties shall exchange core documents by August 8.

3. The parties shall serve no more than five interrogatories, five requests for admissions, and ten document demands by August 15.

4. Responses to interrogatories, requests for admissions, and document demands are due August 29.

5. Depositions of witnesses must occur by September 12.

6. Defendants' memorandum in opposition to the plaintiff's July 22 motion for a preliminary injunction is due September 26.

7. Plaintiff's reply is due October 3.  At the time the reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8.  On October 8, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the hearing. Affiants for whom such notice is not given are not required to be present at the hearing.

9.  On October 10, the parties shall file: (a) Proposed Findings of Fact and Conclusions of Law; and (b) those portions of depositions that are being offered as substantive evidence, along with a one-page synopsis (with transcript citations) of such testimony for each deposition.

10. At the same time, the parties shall provide the Court with two (2) courtesy copies of all these documents, as well as one (1) set of hearing exhibits, pre-marked and assembled sequentially (a) in a looseleaf binder, or (b) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference

11. The preliminary injunction hearing will be held on October 23.

12. The following procedures shall govern the conduct of the October 23 hearing:

    1.  All exhibits must be pre-marked.

    2.  At the start of the hearing, each party shall provide the Court with three (3) copies of a complete exhibit list.

    3.  Counsel should make certain that they retain custody of all original exhibits, including the affidavits composing the direct testimony. The Court does not retain them and the Clerk is not responsible for them.

    SO ORDERED:

Dated:   New York, New York
         July 29, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge