```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILDBIRD LLC,

                                          Plaintiff,                        25-CV-5993 (DLC)(SN)

           -against-                                        **ORDER**

WILDRIDE B.V., et al.,

                                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 30, 2025, the Honorable Denise L. Cote assigned this matter to my docket for settlement. The Court is available for a **remote settlement conference** on the following dates beginning at 10:00 a.m.: August 7; August 15; and August 22. The Court is available for an **in-person settlement conference** on the following dates: August 6, beginning at 2:00 p.m.; August 13, beginning at 10:00 a.m.; and August 14, beginning at 10:00 a.m. The parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov as soon as possible to select a date. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    July 31, 2025
              New York, New York