```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
WILDBIRD LLC,                             :
                                          :
                          Plaintiff,      :     25cv5993(DLC)
              -v-                         :
                                          :     ORDER
WILDRIDE B.V., et al.,                    :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    Pursuant to the parties' joint request, it is hereby

    ORDERED that the preliminary injunction hearing shall be adjourned to **October 30, 2025** at **11:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
           September 11, 2025

                                              DENISE COTE
                                 United States District Judge