IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD LLC,<br><br>  *Plaintiff*,<br><br>  v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>  *Defendants*. | Civil Action No: 1:25-cv-05993 |

## NOTICE OF PLAINTIFF WILDBIRD LLC'S
## MOTION FOR A TEMPORARY RESTRAINING ORDER

**PLEASE TAKE NOTICE** that, pursuant to Rule 3.A. and 3.B of this Court's INDIVIDUAL PRACTICES IN CIVIL CASES, as well as FED. R. CIV. P. 65, Plaintiff Wildbird LLC ("Wildbird"), by and through its undersigned counsel, will move The Honorable Denise L. Cote, United States District Judge of the United States District Court for the Southern District of New York, in Courtroom 18B, 500 Pearl Street, New York, New York 10007, as soon as the Court is available, based on the contemporaneously filed Memorandum of Law; the Declaration of Nate Gunn; the Declaration of Jason Somerville; the Declaration of Jonathan W. Thomas, Esq. (and Exhibits 1-19 thereto); and Proposed Order, together with the record to date in this action, for an Order that temporarily restrains Defendants, together with Defendants' founders, agents, servants, employees, officers, and all persons and entities in active concert and participation with them, from using the trademark "WILDRIDE" (or any other mark(s) confusingly similar to Plaintiff's "WILDBIRD" trademark) for, on, and/or in connection with the advertising, promotion, offering for sale, and/or sale of children's carriers (including, without limitation, any style, make, or model of carriers for babies and carriers for toddlers) in any Target location in the United States; on

1

Target's website in the United States; and in any third-party store or on any third-party website in the United States (other than Nordstrom and Nordstrom's website).

Dated: September 19, 2025

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas (JT1016)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9219
Email: jonathan.thomas@gtlaw.com

Molly R. Littman-Johnson (*pro hac vice*)
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 259-9669
Fax: (612) 259-9700
Email: Molly.Littman@gtlaw.com

*Attorneys for Plaintiff Wildbird LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 19, 2025, I served a true and correct copy of the foregoing document on the following counsel of record for Defendants via ECF and electronic mail:

Leo M. Lichtman
James M. Slater
ESCA LEGAL
Leo@esca.legal
James@esca.legal
1177 6th Avenue, 5th Floor
New York, New York 10036

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

*Attorney for Plaintiff*