UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                               :

WILDBIRD LLC,                              :

                                  :

                      Plaintiff,     :          25cv5993(DLC)
               -v-                       :
                                    :             ORDER

WILDRIDE B.V., et al.,                     :

                                    :

                     Defendants.    :

-------------------------------------- X

DENISE COTE, District Judge:

The plaintiff moved for a temporary restraining order

against defendants on September 19, 2025.  Accordingly, it is

hereby

ORDERED that a conference shall be held on **September 22,**

**2025** at **2:30 p.m.** in Courtroom 18B at the United States

Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:     New York, New York
           September 19, 2025

                                            _____
                                              DENISE COTE
                                United States District Judge