UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>    Defendants. | Case No. 1:25-cv-05993 (DLC) |

**DECLARATION OF BRITT SCHOORL IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Britt Schoorl, declare and state as follows:

1. I am the co-founder of Wildride B.V. and Wildride USA Corp. (collectively, "Wildride"), the Defendants in this action. This declaration is based upon my personal knowledge of the facts stated herein and my review of the documents and records referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

2. Wildride B.V. was founded with the purpose of offering a smart, safe, and fashionable product for young parents to carry their toddlers who have since physically outgrown or aged out of the traditional front or back baby carriers that are typically sold to young parents.

3. In or around April 2021, inspired by adventures with our children, Wildride's other co-founder and I designed and created our flagship product—the toddler carrier.

4. Wildride's toddler carrier is not designed or marketed for newborns, infants, or babies. It is specifically designed for children from nine months old to four years old up, weighing 18 to 44 lbs.

5. Wildride's toddler carrier has always been marketed as a "toddler carrier," and not a "baby carrier." For example, the product pages on Wildride's website describe the toddler

carrier as "The Perfect Transition from Baby Carrier" and "[T]he ideal step up for parents who need a versatile, easy-to-use option for their toddler." I understand that Plaintiff contends that Wildride markets its product as a "baby carrier" on Nordstrom's website, but this was a mistake by Nordstrom that has since been corrected.

6. The trademark WILDRIDE was originally born from the name of a children's clothing brand that I created independently in 2019 called "Wildrose." When Wildride's other co-founder approached me with the idea for a carrier suitable for toddlers, we were inspired by the "Wildrose" name. Our kids often told us that being carried on our hips felt like swinging, and we feel, as parents, that carrying a toddler anywhere is often a "wild ride." Children who are walking, talking, and running around are full of adventure, "wild" energy, and exploration. Therefore, the combination of the words "wild" and "ride" felt like a perfect description of Wildride's product and the message we wanted to convey to Wildride's customers.

7. Wildride's marketing and branding initiatives play heavily on these themes with particular emphasis on the "ride" element. For example, Wildride's product packaging displays the tagline "ENJOY THE RIDE!" and Wildride's blog regularly feature adventurous parents using our toddler carrier in a series titled *A Wildride With*. Attached hereto as Exhibit A are examples of such branding initiatives.

8. In addition to the WILDRIDE trademark, Wildride uses a cheetah head logo to fit into the brand's "wild" theme. Wildride picked this logo because cheetahs are cool, bold, and the image is an approachable and understandable one for kids.

9. Wildride's cheetah logo is used on most, if not all, of the brand's social media accounts, marketing and product packaging, often appearing alongside the tagline, "THE TODDLER SWING CARRIER." The cheetah logo also appears on the product itself—either on

the strap of the toddler carrier immediately next to the WILDRIDE trademark or as a standalone tag.

10. Wildride offers products other than the toddler carrier under the WILDRIDE trademark which also align with our wild and adventure themes, such as our leopard-print scarf and sunglasses for "bold little explorers." Attached hereto as Exhibit B are product pages for the aforementioned products.

11. Wildride has offered its toddler carrier under the WILDRIDE trademark in the United States since June 18, 2021.

12. In or around February 2025, Wildride began selling its WILDRIDE-branded toddler carrier in Nordstrom.

13. Wildride currently works with thousands of influencers worldwide to promote the WILDRIDE-branded toddler carriers. Wildride has engaged in influencer marketing in the U.S. since as early as November 9, 2021 when it gifted its first WILDRIDE-branded toddler carrier to a U.S. social media influencer.

14. In 2023, several of Wildride's Instagram videos went viral with tens of millions of views on each video. As a result, Wildride saw an immediate response and uptick in demand for WILDRIDE toddler carriers from U.S. consumers.

15. Due to the increasing demand for WILDRIDE-branded toddler carriers in the U.S. over the past five years, we created a new U.S.-based entity, Wildride USA Corp. to establish a physical presence in the U.S., formally legitimizing the presence that we had already built in the U.S. since 2021.

16. In a further effort to protect the brand and goodwill that Wildride has been steadily building, Wildride filed International Registration No. 1743929 on May 12, 2023 for the

WILDRIDE trademark in International Classes 18, 24, 25, 35 in 54 countries where it sells its toddler carrier.

17. Wildride has since secured registrations for the WILDRIDE trademark in over 30 countries, including without limitation Australia, Bonaire, Sint Eustatius and Saba, Bosnia and Herzegovina, Chile, China, Colombia, Curaçao, Egypt, Indonesia, Iran, Japan, Liechtenstein, Malaysia, Mexico, Montenegro, Morocco, New Zealand, North Macedonia, Norway, Philippines, South Korea, Russia, San Marino, Serbia, Singapore, Sint Maarten, Slovenia, Switzerland, Türkiye, United Arab Emirates, United Kingdom, Vietnam.

18. Wildride extended International Registration No. 1743929 to the U.S. with a priority filing date of May 12, 2023, which is filed with the United States Patent and Trademark Office (USPTO) as U.S. Application Serial No. 79375825.

19. Wildride filed an additional trademark application directly with the USPTO over a year before this lawsuit was filed, on May 20, 2024, for the WILDRIDE trademark in International Class 18 under U.S. Application Serial No. 98558373.

20. Notably, the USPTO did not cite Plaintiff's trademark application for WILDBIRD against Wildride's U.S. Serial No. 98558373 for a likelihood of confusion. This was the case even though Plaintiff had filed its trademark application for WILDBIRD only two months earlier, on March 22, 2024.

21. Since well before this lawsuit, Wildride's toddler carrier has been sold in over 5,000 stores across more than 90 countries, ranging from luxury department stores to online retailers and specialty boutiques. An order that would prohibit Wildride from selling its branded products in any third-party store or website would have a devastating impact on Wildride's business, and the goodwill that Wildride has worked so hard to build.

22. In the past five years, Wildride has not experienced instances in which @wildrideofficial, Wildride's Instagram account, was tagged in a post or story showing the Plaintiff's product.

23. In the past five years, Wildride has not experienced any instances of actual consumer confusion with Plaintiff. To the contrary, Wildride has received numerous inquiries from those interested in marketing for Wildride, who have in fact listed Wildbird as one of the brands (among other brands) that they worked with in the past. To us, this suggests that marketers and influencers are well aware that Wildbird is a different brand from Wildride, and, given their interest in working with both companies (among others), have no doubt that the two brands can each exist independent from one another. Attached as Exhibit C are examples of customer service inquiries we have received from such marketers.

24. In the past five years, I am not aware of any instance in which someone has reached out to Wildride asking if it was Plaintiff, any instance in which someone has reached out to purchase a Wildride product believing it to be a Wildbird product, or any instance in which somebody has reached out to complain to Wildride about a Wildbird product that they purchased.

25. In or around May 2025, Wildride entered into discussions with Target to carry WILDRIDE-branded toddler carriers in stores. Those discussions culminated in an arrangement whereby Target is expected to begin carrying WILDRIDE-branded toddler carriers. However, the anticipated timeline for such a roll-out is not until March 2026.

26. Notably, these discussions with Target began well before I testified at Wildride's deposition on September 15. Had Plaintiff's counsel asked for details concerning Wildride's future retail distribution plans, I would have freely shared this information. Plaintiff's counsel did not ask for the details of Wildride's future retail distribution plans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 21, 2025 in Haarlem, Netherlands.

_____
Britt Schoorl