# Exhibit A



US ORDERS SHIP LOCALLY. NO IMPORT DUTIES

# WILDRIDE

HOME   SHOP ⌄   LEARN ⌄   SEEN ON   BLOG

ENGLISH ⌄   UNITED STATES (USD $) ⌄   LOGIN

Home / Blog / A Wildride With Berdi Schouten

JUN 19, 2025

# A Wildride With Berdi Schouten

Berdi Kramers is a mother of two, a creative thinker, and a quiet force behind the scenes at Wildride. Her days unfold somewhere between the real and the imaginative – parenting moments captured through her lens, long walks without a plan, and a belief that nature has the power to ground both parent and child.

Before joining the Wildride team, Berdi was already living the spirit of it. What began with one summer and a carrier turned into something more lasting: a way of moving through motherhood with freedom, humour and a touch of strategy.

We spoke with her about bedtime rituals, parenting surprises, and the small moments that matter most.



Tell us a bit about yourself.

I'm Berdi. I'm a mom to Billy (7) and Jack (4), a content creator, a horse lover, and now part of the Wildride team. It still feels a little surreal. I've always loved sharing the mess and the magic of family life, mostly through photos and small observations.

Being outside is important to us. It clears my head and resets the energy when the house gets too loud. At Wildride, I get to encourage other parents to do the same – to get out, explore, and not worry too much about perfection. It fits how I live and how I parent.



To get out, explore, and not

RIDE000107

# worry too much about perfection.

*What adventure made you fall in love with Wildride?*

We spent a long summer in Spain, and bringing the Wildride carrier turned out to be a game changer for us. Walks with the dog, strolls along the beach, bumpy trails. I didn't have to think about bringing a stroller. I packed it last minute, not knowing how often we'd use it, but it turned out to be essential.

When little legs got tired, I had the perfect solution. I started creating content of Jack and me using the carrier, just to show how happy we were with it. That joy turned into something bigger.

**From user to team. It happened quite naturally.** Now I get to share a product I truly believe in and help other parents discover how much easier and more fun outings can be with a Wildride.

**Now that's what I call a wild ride.**



*What's the last thing your child said that made you laugh?*

At the petting zoo, Jack saw a goat with a little tag on its ear. He looked up at me, completely serious, and asked,
"Can we please buy this one?"

I had to pause for a second before answering because honestly, I was tempted.

*What surprised you most about parenthood?*

One moment you're calmly drinking coffee, and the next you're standing there, speechless, because your child just asked,
"So… when exactly am I getting my horse?"

She had already announced it to everyone, from the neighbours to her teacher.

And then suddenly, you catch yourself saying things exactly like your own mom did. Phrases like "We're not made of money" and "This is not a restaurant," but also "Because I said so," "I'm not mad, I'm disappointed," and "We're leaving in five minutes" for the 37th time, without even realising it.

*What's your go-to trick for bedtime?*

I let the kids sleep together in one big bed. It saves me a whole lot of hassle. It starts as a bedtime routine with a story, a little song, the usual rhythm. But if that fails and they suddenly aren't tired anymore, I just climb in between them.

It's the comfiest bed in the house anyway, so I end up getting my sleep too. **Honestly, it's less parenting and more strategic co-sleeping.**

*What grounds you most in everyday parenting?*

**Knowing that not everything needs to be solved right away.** That it's okay to pause, to not have the answer. I try to give the kids space to feel things, even if it's loud or messy.

And I remind myself that humor fixes more than control ever does.

---

Through simple rituals and spontaneous detours, Berdi brings calm into the everyday chaos of family life. Her story is a reminder that there is no one right way to parent — only the one that feels true to you, with room for laughter, creativity and a few good naps along the way.



## MORE BLOG POSTS

View all posts



JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more



JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more



JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more



JUNE 18 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

---

**SUPPORT**
Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service

**LEARN**
Find your answers
Our story
How to use
Certifications
Product Registration

**SHOP**
All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

**NEWSLETTER**
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and

**FOLLOW US ON SOCIAL**
Facebook
Instagram
TikTok

RIDE000109



RIDE000110



RIDE000111

https://us.wildridecarrier.com/blogs/blog/a-wildride-with-britt-schoorl

Case 1:25-cv-05993-DLC    Document 43-1    Filed 09/22/25    Page 7 of 19

August 7, 2025 at 12:26 PM EDT

ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SAME DAY

WILDRIDE | HOME  SHOP  LEARN  SEEN ON  BLOG | ENGLISH  UNITED STATES (USD $)  LOGIN

Home / Blog / A Wildride With Britt Schoorl

JUL 31, 2025

# A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by fields, quiet roads, and room to breathe. For Britt, freedom isn't just an idea – it's the feeling of driving her Jeep with the roof off, wind in her hair, and her girls laughing in the backseat.

As the founder of Wildride, she's woven her personal journey of motherhood into a brand that helps other parents move through their own with more ease, joy, and spontaneity. In this edition of *A Wildride With*, Britt shares how she finds adventure in the everyday, what freedom means to her, and why she believes parenting doesn't have to be perfect to be beautiful.



Tell us a bit about yourself.

I'm Britt – mama to Marley and Vivienne, founder of Wildride, and someone who feels most alive when I'm outdoors. **I love living in the countryside; it gives me space to think, slow down, and really be present with my girls**, without all the noise.

To me, freedom means being able to pack up the Jeep and just go – no plan, just the open road, a sunset, or a spontaneous ice cream stop. It's those little adventures that make me feel alive and grateful.

*"Freedom doesn't have to be*

RIDE000112

> far away — sometimes it's just an open road, the wind in your hair, and your kids laughing in the backseat."

My husband's an entrepreneur too, so naturally, business is a part of our conversations. We share ideas, challenge each other, and we both learn from how the other sees things. That's a big part of what makes our connection strong. But we also know when to put it aside. **At home, it's about being present. It's about the girls. It's about us.** And that balance — between growing in business and protecting the quiet, steady space of our family — is what we value most.

**With Wildride, I wanted to create something that gave other parents that same sense of freedom — to carry your child, move through motherhood, and still feel like yourself.**

*What was your wildride?*

There have been many, but honestly, starting Wildride while raising two little girls has been my wildest ride so far.

We had just launched the brand when I found out I was pregnant with Marley. I was still working as Head of Design at a fashion brand and constantly nauseous. I honestly don't know how I managed — working full-time, then heading to my parents' printing company in the evenings to pack orders. It was rough. That first year of building a brand while raising a baby and a toddler taught me so much — it's the hardest part, but once you push through, the challenges just change.

When we stepped into Wildride full-time, things started to flow. I'm so proud of the energy we've built — our team is a beautiful mix of people, full of creativity and drive. I truly *love* to work, and every day I feel lucky to wake up and do what I love.

**Motherhood itself is the ultimate wild ride** — the laughter, the meltdowns, the quiet cuddles, all in between Instagram virals, production calls, and endless emails. But **I've learned to embrace the chaos, to find balance, and to keep coming back to what matters most.**

My husband is my anchor. He keeps our home steady, making sure that work never overtakes family. Together, we've created a space where our girls feel safe, free, and loved.

Vivienne is so much like me — serious, thoughtful, with a heart of gold. She's smart, always looking out for others, and her dance moves are the best. I see her strengths and also her vulnerabilities — because I recognize them in myself.

Marley, on the other hand, is my little spirit animal. She doesn't take life too seriously. Her one-liners are legendary — I'll never forget her walking in at just three years old and saying, "Hi guys! Alles chill hier?" She's a natural cool girl who loves a party and brings so much light to our lives.

**And my top parenting food trick? Make it look fun.** Add some color — carrots next to broccoli, laid out nicely — and they're happy to start eating.



RIDE000113

*What's your favorite way to make mealtime more fun?*

With just a bit of creativity, even the simplest meals can turn into little parties on a plate. It doesn't have to be fancy – just fun! A silly face here, a surprising shape there, and suddenly your kid is actually excited to eat. Rice in a coffee cup? Yep! Turn it over and *voilà* – a perfect rice dome. Add little carrot "hairs" and you've got yourself a cheerful dinner buddy.

*Do you have a special trick to comfort your kids when you're not around?*

If my kids miss me, I always tuck a happy photo in their bag.
Sometimes it's a sweet picture of the sisters together, other times one of me with my own mom from way back. A little reminder of love.

**Britt's story is not one of chasing balance but of creating it. She chooses to let her family and her work grow alongside each other, never at the expense of the other, always with a deep sense of gratitude for what it means to build something that matters. With Wildride, Britt has taken that belief and turned it into something tangible, a way for other parents to stay connected to who they are while carrying their children close, moving together, and finding beauty in the simplest of days. It's a quiet kind of strength, shaped not by doing everything, but by staying true to what feels right.**

## MORE BLOG POSTS

View all posts






JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more

JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more

JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more

JUNE 18 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

SUPPORT
Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy

LEARN
Find your answers
Our story
How to use
Certifications

SHOP
All products
Toddler carriers
Accessories
Accessibility Statement

NEWSLETTER
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

FOLLOW US ON SOCIAL
Facebook
Instagram
TikTok

RIDE000114





https://us.wildridecarrier.com/blogs/blog/a-wildride-with-floortje-schuurman                August 7, 2025 at 12:27 PM EDT

US ORDERS SHIP LOCALLY. NO IMPORT DUTIES

WILDRIDE    HOME   SHOP   LEARN   SEEN ON   BLOG    ENGLISH   UNITED STATES (USD $)   LOGIN

Home / Blog / A Wildride With Floortje Schuurman

JUL 03, 2025

# A Wildride With Floortje Schuurman

Floortje Schuurman is a mother, maker, and thoughtful soul. At 35, she shares her days with four young boys and her husband, in a home where life rarely stands still. Her hands are often full with a skein of yarn, a toddler reaching up, or a snack passed across the room. Still, there is a quiet clarity in the way she moves through it all.

In this edition of *A Wildride With*, she offers a glimpse into her world. A life shaped not by big milestones but by the gentle repetition of care, craft, and presence.



RIDE000117

*Tell us a bit about yourself.*

My name is Floortje. I am mothering my 4 boys Lev (7), Ziggy (5), King (2) and Isaiah (0) together with my loving husband Tom. Interwoven with my daily life with the kids is my business of designing and making clothing.

The main reason why I am able to stay relatively calm and peaceful with my boys is because I can combine my family life so well with my creativity. I always have some sort of crochet/knitting project at hand which instantly gives me so much joy and peace.

*What was your wildride?*

I already started to write down all our adventures, that on paper might seem pretty wild, but honestly, my wildest ride turns out to be finding happiness in the daily grind. The getting up every morning with the instant chaos of all these kids, the un-specialness of school runs, laundry, groceries, cooking and cleaning. The feeling of an absolute win when I realize I haven't forgotten anything at home before going to the playground, but also the never ending creative solutions when I did forget something. The being able to still laugh so much with my partner. The deep appreciation for those short moments in the evening when the house is tidied up and quiet again after another day of chaos. Daily grind has definitely been made easy by being able to put the kids in a carrier and having my hands free: think last-minute grocery shopping with hungry, tired and thus whining kids and thank God being able to put the lying-on-the-floor-screaming toddler in a Wildride.

> **My wildest ride turns out to be finding happiness in the daily grind.**




*What surprised you most about parenthood?*

What most surprises me at the moment is how I experience having four kids, including a newborn, as so

RIDE000118

much easier as the time where I had only one baby. **I think it has a lot to do with having more experience and not feeling so overwhelmed with the 'newness' of everything.** I also felt so crippled by the fear to damage or traumatize my baby, now I realize they will most probably get their own share of trauma to deal with and this is not something I can control as much as I would like to believe.

*What's in your bag?*

I don't leave the house without a knitting or crochet project. A sunscreen from Tallow, which I also use as my regular face cream and I apply regularly during the day when I am outside a lot. My concealer from Charlotte Tilbury, together with an eyebrow pencil, this is the only make-up I regularly wear and I often don't mind a touch up during the day. There are always some lego pieces or other small kids' toys scattered through my bag. My hair brush.

*What's your best lifehack for kids?*

I do my best to make it my main priority to be happy and connected with myself. If I notice I start trying to control the kids to make myself feel better or more at ease, I know it's time for me to start going inward. Which is not always easy, so full disclosure, there is always Buurman & Buurman as a good last resort to momentarily escape any type of madness, haha.

*If you could give one piece of advice to a new parent, what would it be?*

Don't buy into all the feelings of guilt or trying to be perfect. **Ultimately what's best for our kids is for us to just be happy with ourselves.** Feeling guilty and not feeling good enough are exactly things that stand in the way of us feeling at peace and content.

---

Parenthood rarely unfolds in big, defining moments. More often, it's built from repetition, adjustment, and the quiet tasks that fill a day. A soft pause after a noisy afternoon. A small project returned to between meals. A child soothed by something familiar. These are the quiet details that shape a family. Sometimes, that's the heart of the wild ride.



## MORE BLOG POSTS

View all posts






RIDE000119



RIDE000120



RIDE000121





CONFIDENTIAL - ATTORNEYS' EYES ONLY



THE TODDLER SWING CARRIER

#itsawildride
#enjoytheride

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL - ATTORNEY'S EYES ONLY



CONFIDENTIAL - ATTORNEY'S EYES ONLY