# Exhibit B







**30 DAY RETURNS**
Returns within 30 days receive a full refund.


**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.


**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

## FAQ

What payment methods can I use?    +

How long does it take to receive my order?    +

What are your shipping rates?    +

Do you offer refunds?    +

How to (partially) return my order?    +

## RECENTLY VIEWED


**MESH BEACH BAG**
$25.00


**TODDLER CARRIER LEOPARD PRINT BROWN**
$119.00


**TODDLER CARRIER COFFEE**
$109.00


SOLD OUT
**PREMIUM SLIDE ON BAG**
$39.00

## YOU MAY ALSO LIKE


**TODDLER CARRIER BEIGE**
$109.00


**TODDLER CARRIER LEOPARD PRINT GREY**
$119.00


**TODDLER CARRIER CAMEL LINEN**
$109.00


SPECIAL
**TODDLER CARRIER GREEN GRAPHIC**
$179.00

## CUSTOMER REVIEWS



### We're looking for stars!

Let us know what you think

[Be the first to write a review!]



‹   FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90   ›

**WILDRIDE**

HOME   SHOP ⌄   LEARN ⌄   SEEN ON   BLOG         ENGLISH ⌄   NETHERLANDS (EUR €) ⌄   LOGIN   🔍   🛍 0

Home / Leopard Scarf







## LEOPARD SCARF
€19,00

★★★★★   3 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 4 PM, SHIPPED THE SAME DAY
✓ FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90

● In stock

**ADD TO CART**

**Buy with shop**

More payment options

— OFTEN BOUGHT TOGETHER —

**TODDLER CARRIER BLACK**
€79,00
QUICK VIEW

**SLIDE ON BAG**
€19,00
QUICK VIEW

Enhance your Wildride carrier with this versatile scarf, doubling as a fashion accessory and practical tool for various purposes like wiping spills or keeping your little one warm. Upgrade your adventures with style and functionality! 💁‍♀️✨ #WildrideEssentials

PRODUCT DETAILS   +

SHIPPING & DELIVERY   +

**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

## FAQ

What payment methods can I use? +

How long does it take to receive my order? +

What are your shipping rates? +

Do you offer refunds? +

How to (partially) return my order? +

## YOU MAY ALSO LIKE


**BLOCKED SCARF**
€19,00


**PREMIUM SLIDE ON BAG**
€24,00


**SLIDE ON BAG**
€19,00


**TODDLER CARRIER CAMEL LINEN**
€89,00

## CUSTOMER REVIEWS

5 ★★★★★
Based on 3 reviews

5 ★ — 3
4 ★ — 0
3 ★ — 0
2 ★ — 0
1 ★ — 0

Write A Review

Rating    With media

Sort by: Highest rating

**Julian A.**  ★★★★★ Perfect product                    26/12/24
Verified Buyer

Perfect product

Store Owner
Hi Julian! Thank you so much for your review ❤️ Enjoy your Wildride 🌞



