# Exhibit A










## Our WildBird Community







## Trusted By 100,000+ Parents

★★★★★
The print is absolutely gorgeous. The carrier itself is so comfortable and supportive.

Maikha L.  ✓ Verified purchase

★★★★★
The only carrier that doesn't hurt my back! truly incredible!

Caitlyn C.  ✓ Verified purchase

★★★★★
LOVE the Wildbird Aerial carrier! It's beautiful and comfortable AND great support.

Kiersten B.  ✓ Verified purchase

★★★★★
I am so in love with this company!! Beautiful prints. Even better fabrics.

Emilee R.  ✓ Verified purchase

★★★★★
Unmatched comfort. carriers before. Just

Julia C.  ✓ Verified purcha

## Discover Our Bestsellers



acadian - aerial carrier
$178.00



willow - aerial carrier
$178.00



desert lark - aerial carrier
$178.00



sparrow - aerial carrier
$178.00

VIEW ALL

## Shop Baby



