# Exhibit B

| | |
|---|---|
| **From:** | Jonathan.Thomas@gtlaw.com |
| **To:** | Leo Lichtman |
| **Cc:** | Madison Marino; James Slater; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene |
| **Subject:** | Re: Wildbird v. Wildride: Wildbird"s PI-Related Discovery Requests and Deposition Notice |
| **Date:** | Monday, September 8, 2025 6:27:11 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Hi, Leo.  Any chance you could do 9/17-9/19?  If so, we're okay with asking the Court to push the PI deadlines--including the hearing--back a week.  We don't want to short-change your clients' opposition time frame.

Best,

Jonathan

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Monday, September 8, 2025 5:52:33 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Hi Jonathan,

Unfortunately there are some scheduling conflicts on Thursday; we may be able to work around them, but let me know whether 9/16 would be possible—doing the two depos on back-to-back days--given that we are already pushing the depos past the 9/12 date.



**Leo M. Lichtman**
Partner

ESCA.

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use

of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

---

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Monday, September 8, 2025 5:09 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** Re: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Hi, Leo.

I hope you had a nice weekend.

Mr. Gunn just learned that he has an unexpected conflict on Friday, 9/12.

Is there any chance the deposition could be on Thursday, 9/11? A 10 am ET start time on Thursday works for us if it works for your team.

I apologize for any inconvenience.

Thanks,

Jonathan

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Monday, September 8, 2025 2:38:50 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Jonathan,

Further to the below, attached is an amended depo notice, memorializing the revised 9/12 date. It's otherwise the same as the prior depo notice.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Leo Lichtman
**Sent:** Wednesday, September 3, 2025 4:46 PM
**To:** Jonathan.Thomas@gtlaw.com
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Thank you, and confirmed for 9/12.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Wednesday, September 3, 2025 4:20 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Hi, Leo.

I attach my client's amended responses to your clients' requests for admission.

Also, are we confirmed for my client's 30(b)(6) deposition on 9/12?

Thanks,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Tuesday, September 2, 2025 6:04 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Great – thank you for the clarification.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

---

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Tuesday, September 2, 2025 5:29 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Thanks for your email, Leo.

We expect to send our client's amended responses to you by tomorrow, 9/3. In the meantime, I think there may have been a misunderstanding, as Mr. Somerville is not a lawyer and is not providing any legal advice to Wildbird. Given that, I confirm that Mr. Somerville will not have access to any documents that your clients produce and designate as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Thanks,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Tuesday, September 2, 2025 4:05 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Jonathan,

Circling back regarding the below. Let me know if we can expect supplemental responses or otherwise a good time to discuss.

Additionally, as a quick update I wanted to let you know that we are in the process of finalizing a production batch which should be sent out shortly. We are continuing to review and will produce documents on a rolling basis.

There is one issue with disclosure of certain documents that I wanted to flag, to get your clarification on. My clients are under the impression that Jason Somerville may be holding himself out as an attorney for Wildbird. In particular, they noted that on the Monday morning call last week with Judge Netburn, Nate Gunn apparently referred to him as Wildbird's attorney. This appears to be at odds with information about him that is publicly available. In any event, my clients are understandably hesitant about turning over proprietary information such as sales records, even under the protective order, if there is a possibility that Mr. Somerville is being given access to documents marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Can you please clarify and confirm that he is not an attorney or otherwise acting as Wildbird's attorney, and that he will not be granted access to documents marked AEO?

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Saturday, August 30, 2025 11:58 AM
**To:** Jonathan.Thomas@gtlaw.com
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** Re: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Thanks Jonathan, you as well.

Best,

**Leo M. Lichtman**
Partner

**ESCA Legal LLC**
Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave. #211
Westfield, NJ 07023

Direct: (347) 745-2535

https://www.esca.legal

Get Outlook for iOS

---

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Saturday, August 30, 2025 8:11:21 AM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com <Molly.Littman@gtlaw.com>; Carrie.Ketterling@gtlaw.com <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** Re: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Good morning, Leo.

Confirming receipt of your email below.

We will respond substantively to your email early next week.

In the meantime, enjoy the long weekend.

Thanks,

Jonathan

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Friday, August 29, 2025 6:04:59 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Jonathan,

I'm writing pursuant to local rule 37.2 and Judge Cote's individual rules to address certain deficiencies with your client's responses to Defendants' requests for admissions (RFAs). The below is not a complete recitation of all potential deficiencies, and as such, Defendants reserve all rights should it discovery additional issues with Plaintiff's responses. Nonetheless, in the interest of hopefully resolving this issue quickly and efficiently, I wanted to bring the below to your attention now to two discrete issues.

**Your Client's Deficient Response to RFA 2**

This RFA pertains to your client's awareness of Defendants' use of WILDRIDE in US commerce. It asked Plaintiff to admit that it was not aware of Wildride's use of the WILDRIDE Mark in commerce in the US prior to May 2025. Plaintiff indicated that it was not aware of Defendants' use of the mark in commerce in the US **while being physically present in the US**. The request does not ask for an admission as to Plaintiffs' awareness of Defendants' use of its mark "while being physically present in the US." It simply asks for an admission as to Plaintiffs' awareness of Defendants' use of its mark in US commerce.

We both know that use of a mark in US commerce does not require physical presence in the US. And more importantly, your clients' awareness of my clients' **use** of the mark has a critical bearing on such issues as whether irreparable harm would ensue absent a preliminary injunction, not to mention the application of a laches defense. Those have nothing to do with whether or not Defendants are physically in the US, and they were not part of the RFA. Your clients' "response" to the request, which is qualified by an irrelevant condition that was not part of the request, is really just a non-response.

We request that you please provide a supplemental response that specifically responds to the request as posed, without the unrequested qualifier.

**Your Client's Deficient Response to RFA 3**

This RFA asked that your client admit that the word "ride" and the word "bird" do not mean the same thing. Your client stated that it lacks sufficient knowledge and information to form a belief. It represented that it was interpreting the request as "referring to the impression that the parties' marks allegedly leave or make on consumers," and suggested that such information about whether the words "ride" and "bird" have the same meaning or a different meaning lies with consumers and not with Plaintiff.

This is plainly not a proper response. Rule 36 explicitly provides that requests for admission can relate to facts, the application of law to fact, or opinions about either. The RFA poses an extremely basic question—admit or deny that one word does not mean the same thing as another word. The meaning of these respective words is a crucial issue in this litigation, and we are entitled to ask your client to take a stance, one way or the other. Indeed, it already took a stance as to the meaning of one of those words, when it provided a sworn declaration from Nate Gunn attesting that the name "Wildbird" was adopted in part, based on the "nurturing and protective nature of a mother bird." ECF

No. 10 ¶ 5. Wildbird clearly understands that these words hold meaning—it cannot avoid responding about whether those meanings are different by couching it in terms of what it believes a consumer understands the meaning of these words to mean. That is not what the RFA posed.

Importantly, however, even if it was about consumer impression, your client's response would still be improper. Rule 36 specifically provides that an answering party may assert lack of knowledge or information as a reason for failing to admit or deny "only if the party states it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny." Your client's response does not include this phrase; nor could it do so in good faith. This is because your client initiated this lawsuit on the basis that the marks "create the same and/or a confusingly similar **overall impression**," Compl. ¶ 48, and doubled down on this by arguing that the parties' respective uses of their marks "create the same **overall impression on consumers** in the marketplace" ECF No. 9 at 16 and that an injunction would therefore "benefit **the public** by preventing additional confusion." *Id.* at 25. Your client cannot, on one hand, make lofty assertions about the impressions that two respective word marks leave on consumers, while on the other hand, profess ignorance about the impressions that the respective words in those marks leave on consumers when those assertions are scrutinized.

We request that you please provide a supplemental response in line with the requirements of Rule 36.

**Request to Meet and Confer**

As noted above, please provide supplemental responses at your earliest convenience next week. However, to the extent your client will not agree to correct the above deficiencies, please let me know your availability to meet and confer at your earliest convenience next week. I am hopeful that we can resolve this without the need for court intervention, but if not, we intend to raise these issues with Judge Cote.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Friday, August 29, 2025 1:25 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Counsel,

I attach Plaintiff's responses and objections to Defendants' first set of: (i) document requests; (ii) requests for admission; and (iii) interrogatories.

We will email Plaintiff's second document production to you via separate email.

Thanks,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Friday, August 15, 2025 6:31 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

**\*EXTERNAL TO GT\***

Jonathan,

Attached are Defendants' (1) first set of RFPs; (2) first set of ROGs; and (3) first set of RFAs, pursuant to the scheduling order. We will serve a deposition notice next week, and in the meantime check with our clients on availability for the date you noticed.

Best,

**Leo M. Lichtman**
Partner

ESCA.

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Friday, August 15, 2025 1:54 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Cassidy Moon <Cassidy@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Counsel,

I hope all is well.

Pursuant to the July 30, 2025, Scheduling Order in this case (Doc. No. 18), I attach Plaintiff's preliminary-injunction related: (i) document requests; (ii) interrogatories; (iii) requests for admission; and (iv) deposition notice.

Best regards,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



**From:** Thomas, Jonathan (Shld-NY-IP-Tech)
**Sent:** Friday, August 8, 2025 2:41 PM
**To:** leo@esca.legal
**Cc:** cassidy@esca.legal
**Subject:** RE: Wildbird v. Wildride: Wildbird's First Document Production

And here is the password: **l@wGT\*Prod001\***

Best,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



**From:** Jonathan.Thomas@gtlaw.com <GT-LiquidFiles@gtlaw.com>
**Sent:** Friday, August 8, 2025 2:40 PM
**To:** leo@esca.legal
**Cc:** cassidy@esca.legal
**Subject:** Wildbird v. Wildride: Wildbird's First Document Production

Hi, Leo.

Wildbird's first document production is accessible via the attached .zip file. I will send you a separate email with the file's password.

Please let me know if you have any issues accessing Wildbird's production.

Best,

Jonathan

**Secure Message Info**

| | |
|---|---|
| Message ID | FOOGOmoZOpAVlo3zxsij7G |
| Message Expires | Monday, 18 August |
| Message URL | https://files.gtlaw.com/message/FOOGOmoZOpAVlo3zxsij7G |
| Permission | Only specified recipients can access the files attached to this message. |

**Files attached to this message**

| Filename | Size |
|---|---|
| WILDBIRD001 (1).zip | 89.3 MB |

Download Files

Reply to this Secure Message

You will need to authenticate to view this Secure Message. If you don't have an account on files.gtlaw.com, you can still click on the download link and you will be prompted to validate your email.

If you need assistance accessing or using this system, please contact the sender.



**Greenberg Traurig — Liquid Files: https://files.gtlaw.com**

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.