```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
WILDBIRD LLC,                             :
                                          :
                          Plaintiff,      :    25cv5993(DLC)
              -v-                         :
                                          :        ORDER
WILDRIDE B.V., et al.,                    :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to an Order of September 19, 2025, a conference was held on September 22 regarding plaintiff's motion for a temporary restraining order to be in effect prior to a preliminary injunction hearing scheduled for October 30, 2025. Accordingly, it is hereby

ORDERED that the motion for a temporary restraining order is denied on the ground that plaintiff failed to establish that it will be irreparably harmed prior to October 30, 2025 absent a temporary restraining order.

Dated:    New York, New York
          September 22, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge