UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILDBIRD LLC,

                              Plaintiff,

          -against-

WILDRIDE B.V., et al.,

                            Defendants.
-----------------------------------------------------------------X

25-CV-5993 (DLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are encouraged to advise the Court if they wish to schedule a settlement conference before the preliminary injunction hearing scheduled for October 30, 2025. The Court is available for a **settlement conference** on the following dates beginning at 10:00 a.m.: October 15, October 16, and October 24. If the parties wish to proceed, they are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov as soon as possible to select a date.

SO ORDERED.

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     September 25, 2025
                New York, New York