# Exhibit 2 to Schoorl Decl. Provisionally Filed Under Seal