# Exhibit 3

# WILDRIDE

HOME   SHOP ⌄   LEARN ⌄   SEEN ON   BLOG         ENGLISH ⌄   UNITED STATES (USD $) ⌄   LOGIN   🔍   🛒 0

‹   ⏱ ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY   ›

Home › Shop › Accessories › Green Leo Sunnies







## GREEN LEO SUNNIES
$25.00

☆☆☆☆☆  0 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY
✓ FREE SHIPPING ON ALL ORDERS FROM $100.00
● In stock
🟤 US ORDERS SHIP LOCALLY. NO IMPORT DUTIES.

[ ADD TO CART ]

[ Buy with shop ]
More payment options

Pay over time for orders over $35.00 with shop Pay   Learn more



**OFTEN BOUGHT TOGETHER**

MESH BEACH BAG
$25.00
QUICK VIEW

Sun's out? Adventure on.

Our Green Leo sunglasses are made for bold little explorers. With a playful leopard-print top and soft green finish, they're as stylish as they are sturdy. The round lenses offer 100% UV protection, while the lightweight fit keeps things comfy all day long.

Perfect for sunny days, wild rides, and everything in between.

SHIPPING & DELIVERY                                    +

**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

## FAQ

What payment methods can I use?                    +

How long does it take to receive my order?         +

What are your shipping rates?                      +

Do you offer refunds?                              +

How to (partially) return my order?                +

## RECENTLY VIEWED



MESH BEACH BAG
$25.00



TODDLER CARRIER LEOPARD PRINT BROWN
$119.00



TODDLER CARRIER COFFEE
$109.00



PREMIUM SLIDE ON BAG
$39.00

## YOU MAY ALSO LIKE



TODDLER CARRIER BEIGE
$109.00



TODDLER CARRIER LEOPARD PRINT GREY
$119.00



TODDLER CARRIER CAMEL LINEN
$109.00



TODDLER CARRIER GREEN GRAPHIC
$179.00




‹   ⓘ FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90   ›

   HOME   SHOP ⌄   LEARN ⌄   SEEN ON   BLOG   ENGLISH ⌄   NETHERLANDS (EUR €) ⌄   LOGIN   🔍   





## LEOPARD SCARF
€19,00

★★★★★   3 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 4 PM, SHIPPED THE SAME DAY
✓ FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90

● In stock

**ADD TO CART**

**Buy with shop**

More payment options

### OFTEN BOUGHT TOGETHER

**TODDLER CARRIER BLACK**
€79,00
QUICK VIEW

**SLIDE ON BAG**
€19,00
QUICK VIEW

Enhance your Wildride carrier with this versatile scarf, doubling as a fashion accessory and practical tool for various purposes like wiping spills or keeping your little one warm. Upgrade your adventures with style and functionality! 
#WildrideEssentials

PRODUCT DETAILS   +

SHIPPING & DELIVERY   +











**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

## FAQ

What payment methods can I use? +

How long does it take to receive my order? +

What are your shipping rates? +

Do you offer refunds? +

How to (partially) return my order? +

## YOU MAY ALSO LIKE






BLOCKED SCARF
€19,00

PREMIUM SLIDE ON BAG
€24,00

SLIDE ON BAG
€19,00

TODDLER CARRIER CAMEL LINEN
€89,00

## CUSTOMER REVIEWS


5 — Based on 3 reviews


5★ 3
4★ 0
3★ 0
2★ 0
1★ 0


Write A Review

Rating    With media

Sort by: Highest rating


Julian A.
Verified Buyer


★★★★★ Perfect product

Perfect product

Store Owner
Hi Julian! Thank you so much for your review 💗 Enjoy your Wildride 🧡

26/12/24



