# Exhibit 4

CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL



You received a new message from your online store's contact form.

**Country Code:**
US

**Name:**
Sommer hanff

**Email:**
urbancowgirlphotog@gmail.com

**Body:**
Hi! I'm Sommer Dawn. I am a photography business owner and started growing my TikTok account. I do not have a huge following as I'm just getting started. But I have recently been looking into different brands that I would love to work with eventually to show their products and how they make mom life simpler but are also still stylish. I have been using Wildbird carriers since my son was six months old, while I have loved the brand, now that he is a year and a half it is so difficult to try to get him into those carriers, and I found your brand and thought that I would reach out to see if y'all would be interested in working together since your carrier seem to be a little bit easier to maneuver.

I do hope to hear from y'all soon, and I am excited for any opportunities that you may be willing to provide. Thank you so much for your consideration. It means more to me than you know. Have a beautiful day.

-Sommer Dawn Hanff

TikTok- urban.cowgirl.photog