UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WILDBIRD, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>       Defendants. | Case No. 1:25-cv-05993 (DLC) |

**DECLARATION OF LEO M. LICHTMAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Leo M. Lichtman, declare and state as follows:

1. I am a Partner at ESCA Legal LLC and counsel of record to Defendants Wildride B.V. and Wildride USA Corp. ("Wildride") in this action. This declaration is based upon my personal knowledge of the facts stated herein and my review of the documents and records referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

2. I provide this declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (the "Motion").

3. I am familiar with the United States Patent and Trademark Office's ("USPTO") Trademark Search System ("TSS"), located at tmsearch.uspto.gov, which is a searchable database of all trademark applications and registrations filed with the USPTO.

4. In TSS, a user conducting a search of the USPTO's database can conduct a "General Search" by entering any word which will yield results that contain or match that word without filtering by mark, owner, etc. Under a basic search, a user can narrow or filter their search by

"Wordmark," "Goods and services," "Owner," "Serial number," "Registration number," and "Mark description," or can even further filter their search using a combination of field tags through the "Field tag and Search builder" option.

5. A wordmark search on TSS, without using the field tag and search builder option, will pull all live and dead applications or registrations for all marks which contain that word in all classes of goods/services in the USPTO's database. A user can further filter results based on status, i.e., live or dead, by toggling the "Status filter" on the left-hand side of the screen.

6. A user can additionally refine their wordmark search on TSS by specific language in the goods or services descriptions by typing such language in an additional search bar which appears next to the primary search bar where the wordmark appears at the top of the screen.

7. Thus, a wordmark search on TSS for "WILD" with "live" toggled on and "dead" toggled off and refined to include "baby" or "children" in the goods/services description would identify all live applications or registrations for wordmarks that include the word "WILD," and are used for goods/services connected in some way to babies or children. Attached hereto as **Exhibit 1** is a true and correct copy of the results from that search on TSS from August 8, 2025 in a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with the Court. It is Bate stamped RIDE000248. The search, at the time it was conducted[1], revealed 230 live applications or registrations with the word "WILD" in the mark field in connection with baby or children's goods/services.

---

[1] Since that time, five (5) new applications have been filed, bringing the total to 235, as reflected in an updated search completed on October 2, 2025. The new applications include, *inter alia*, WILD NEST, Serial No. 99390380, for "educational products for children," as well as WILDBORNE, Serial No. 99363613, for "[b]aby monitors" and "[b]aby carriers worn on the body."

8. Of those 230 "wild"-formative marks, a substantial portion feature "wild" as the dominant portion of the mark for baby or children goods/services, these marks, as set forth on Exhibit 1, include:

    a. WILDBERRIES, Reg. No. 7014509 for "slings for carrying infants; luggage tags; sling bags for carrying infants" in Class 18;

    b. WILD ACORN, Reg. No. 7930956 for "Clothing for children and babies" in Class 25 and "Online retail store services featuring clothing for children and babies" in Class 35;

    c. WILD BABY, Reg. No. 5458150 for "Infant, baby, and toddler clothing" in Class 25 and "Infant toys; Baby and toddler toys" in Class 28;

    d. WILD OATS, Serial No. 98610690 for "baby clothing" in Class 25;

    e. WILD DOUGH, Reg. No. 6598478 for "children's playthings and toys" in Class 28;

    f. WILD DOVES, Reg. No. 6052177 for "Children's wear, namely, infant and toddler bodysuits" in Class 25;

    g. WILDVIBE, Reg. No. 5642485 for "Children's and infant's apparel" in Class 25;

    h. WILDCOLORS, Serial No. 98809048 for "Children's arts and crafts paper kits" in Class 16; and

    i. WILDWOVEN, Reg. No. 7670927 for "Infant and toddler one piece clothing; Infant sleepers being clothing; Children's and infant's apparel" in Class 25.

9. Attached hereto as **Exhibit 2** is a true and correct copy of a printout of Plaintiff's website, wildbird.co, created by my firm on September 21, 2025.

10. Attached hereto as **Exhibit 3** are true and correct copies of printouts from webpages with the URLs etsy.com/market/born_to_be_wild_onsie and pinterest.com/ideas/wild-one-onesie/939323156952/, created by my firm on September 21, 2025.

11. Attached hereto as **Exhibit 4** are true and correct copies of documents produced in this lawsuit, Bates Ranges RIDE000520-527, RIDE000575-582, RIDE000512-519, RIDE000528-535, and RIDE000587-594.

12. Attached hereto as **Exhibit 5** is a true and correct copy of a printout from a webpage with the URL pinterest.com/ideas/animal-baby-room/945276021428/, created by my firm on September 21, 2025.

13. Attached hereto as **Exhibit 6** are true and correct copies of relevant pages from the certified copy of Plaintiff's Rule 30(b)(6) deposition transcript, held on September 17, 2025, which is being provisionally filed under seal pursuant to the Stipulated Protective Order filed in this action. (ECF No. 26) (the "PO").

14. Attached hereto as **Exhibit 7** is a true and correct copy of a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with the Court. It is Bates stamped WILDBIRD0003376. It is being provisionally filed under seal pursuant to the PO.

15. Attached hereto as **Exhibit 8** is a true and correct copies of printouts from webpages with the URL shop-thewild.com/collections/carriers/products/wildbird-aerial-carrier, created by my firm on September 21, 2025.

16. Attached hereto as **Exhibit 9** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0001046-1060.

17. Attached hereto as **Exhibit 10** is a true and correct copy of documents produced in this lawsuit, Bates Ranges RIDE000244-247.

18. Attached hereto as **Exhibit 11** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000161-266. It is being provisionally filed under seal pursuant to the PO.

19. Attached hereto as **Exhibit 12** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000430-437.

20. Attached hereto as **Exhibit 13** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0003380-3381.

21. Attached hereto as **Exhibit 14** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000720-750.

22. Attached hereto as **Exhibit 15** are relevant excerpts from Plaintiff's Responses to Defendants' Requests for Admission ("RFAs").

23. Attached hereto as **Exhibit 16** are relevant excerpts from Plaintiff's verified responses to Defendants' Interrogatories ("ROGs").

24. Attached hereto as **Exhibit 17** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0003389-3417. It is being provisionally filed under seal pursuant to the PO.

25. Attached hereto as **Exhibit 18** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0003375. It is being provisionally filed under seal pursuant to the PO.

26. Attached hereto as **Exhibit 19** is a true and correct copy of a printout from a webpage with the URL wildbird.co/collections/cloudblend, created by my firm on October 1, 2025.

27. Attached hereto as **Exhibit 20** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000160, WILDBIRD0003377-3379, WILDBIRDD0003384.

28. Attached hereto as **Exhibit 21** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD00003355-3358.

29. Attached hereto as **Exhibit 22** is a true and correct copy of documents produced in this lawsuit, Bates Ranges RIDE000552-554.

30. Attached hereto as **Exhibit 23** is a true and correct copy of a printout of the TSDR page for Reg. No. 4892777 for WILDBIRD, created by my firm on October 2, 2025.

31. Attached hereto as **Exhibit 24** is a true and correct copy of a printout of the TSDR page for Reg. No. 7798495 for WILDBIRD, created by my firm on October 2, 2025.

32. Attached hereto as **Exhibit 25** is a true and correct copy of a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with the Court. It is Bates stamped WILDBIRD0003383. It is being provisionally filed under seal pursuant to the PO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2025 in Brooklyn, New York.

_____
Leo M. Lichtman