# Exhibit 1

Search results from 1 to 230
Search term: WILD

| SerialNumber | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | FiledDate | InternationalClass | OwnerFullText | PriorityDate | RegistrationDate | RegistrationNumber | RegistrationType | SupplementalRegistrationDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97762041 | WILD & PRE | Wild & Precious | Live | IC 035: On-line retail store serv | 1a | 2023-01-20 | IC 035 | Wild & Precious, | | 2024-02-06 | 7299251 | PRINCIPAL | |
| 98131118 | GRACE 'N' W | GRACE 'N' WILD | Live | IC 024: Gift baskets comprised | 1a | 2023-08-14 | IC 024 | Wishco LLC (LIMI | | 2024-08-06 | 7467687 | PRINCIPAL | |
| 79335184 | OTTERLY W | OTTERLY WILD | Live | IC 003: Deodorants for perso | 66a | 2021-10-13 | IC 003 IC 005 IC 021 | Crystal Spring Co | | 2023-10-31 | 7203823 | PRINCIPAL | |
| 87605291 | WILD BABY | WILD BABY | Live | IC 025: Infant, baby, and toddle | 1a | 2017-09-12 | IC 025 IC 028 | BLUE FOREST HO | | 2018-05-01 | 5458150 | PRINCIPAL | |
| 97561961 | WILD ACORN | wild acorn | Live | IC 025: Clothing for children an | 1b | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 97561984 | WILD ACORN | wild acorn | Live | IC 025: Clothing for children an | 1a | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 97561953 | WILD ACORN | WILD ACORN | Live | IC 025: Clothing for children an | 1b | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 88953691 | WILD AND P | WILD AND PURE | Live | IC 003: Baby hand soap; body w | 1a | 2020-06-08 | IC 003 IC 021 | GLYCIOME, LLC (L | | 2021-09-07 | 6480081 | PRINCIPAL | |
| 79328911 | ROLLIN' WIL | | Live | IC 028: Games, toys and playth | 66a | 2021-06-18 | IC 028 | Kyra Buschor (IN | | 2023-03-14 | 6998479 | PRINCIPAL | |
| 90513944 | WILD CHILD | Wild Childz | Live | IC 028: Doll accessories; Doll ca | 1a | 2021-02-05 | IC 028 | Dreamcleod (LIMI | | 2022-09-13 | 6847765 | PRINCIPAL | |
| 87978272 | WILD PIXY | WILD PIXY | Live | IC 019: Non-precious stone gar | 1a | 2017-10-24 | IC 019 IC 028 | Davies Importing | | 2018-10-02 | 5577444 | PRINCIPAL | |
| 98941945 | WILD FORES | wild forest | Live | IC 005: Adhesive tapes for med | 1a | 2025-01-07 | IC 005 | Xie, Xiaoyu (INDI | | | | PRINCIPAL | |
| 88433487 | SMALL+WIL | SMALL+WILD | Live | IC 016: Children's books, story l | 1a | 2019-05-16 | IC 016 | Sauter, Alison P. ( | | 2020-08-25 | 6137336 | PRINCIPAL | |
| 88886040 | WILD WORL | | Live | IC 018: Baby backpacks; Backpa | 1a | 2020-04-24 | IC 018 | Shenzhen Zuodi | | 2020-11-10 | 6194523 | PRINCIPAL | |
| 87525410 | WILD + FREE | WILD + FREE | Live | IC 041: Education services, nam | 1a | 2017-07-12 | IC 041 | ARMENT, AINSLE | | 2018-08-14 | 5538520 | PRINCIPAL | |
| 98669883 | WILD + RAE | Wild + Rae | Live | IC 025: Boots; Dresses; Pajamas | 1b | 2024-07-27 | IC 025 | DBA Wild and Ra | | | | PRINCIPAL | |
| 87745098 | WILD & GOR | Wild & Gorgeous | Live | IC 025: Hats; Pants for [ infants | 1a | 2018-01-05 | IC 025 | LITTLE & GORGEC | | 2018-08-07 | 5535417 | PRINCIPAL | |
| 88460751 | INDIGO WIL | INDIGO WILD | Live | IC 004: House mark for scented | 1a | 2019-06-05 | IC 004 IC 021 IC 003 | Indigo Wild, LLC ( | | 2020-08-11 | 6121931 | PRINCIPAL | |
| 99187373 | MUSTANG W | Mustang Wild | Live | IC 025: Fabric sold as an integra | 1b | 2025-05-15 | IC 025 | Mustang Wild LL | | | | PRINCIPAL | |
| 98941897 | WILD FAIRY | Wild Fairy | Live | IC 005: All purpose disinfectant | 1a | 2025-01-07 | IC 005 | Xie, Xiaoyu (INDI | | | | PRINCIPAL | |
| 88607239 | WEE WILD C | wild ones | Live | IC 028: Baby multiple activity tc | 1a | 2019-09-06 | IC 028 | Blue Box Toy Fact | | 2021-04-13 | 6323263 | PRINCIPAL | |
| 88431294 | WEE WILD C | WEE WILD ONES | Live | IC 028: baby multiple activity tc | 1a | 2019-05-15 | IC 028 IC 035 | Blue Box Toy Fact | | 2020-07-14 | 6103288 | PRINCIPAL | |
| 77449116 | WILD HARVE | WILD HARVEST | Live | IC 029: canned tomatoes; apple | 1a | 2008-04-15 | IC 029 IC 030 IC 005 | SUPERVALU LICEN | | 2010-07-20 | 3822419 | PRINCIPAL | |
| 98634593 | WILD LIKE M | WILD LIKE MY | Live | IC 025: Baby tops; Bottoms as c | 1a | 2024-07-05 | IC 025 | LIU Bei (INDIVIDU | | 2025-08-05 | 7878100 | PRINCIPAL | |
| 98967670 | WN WILD N | | Live | IC 020: Sensory Swings, Swings, | 1b | 2025-01-16 | IC 020 | Steel Horse, LLC ( | | | | PRINCIPAL | |
| 90252125 | WILD FOR S | wild for style | Live | IC 024: Bedding, namely, bed b | 1a | 2020-10-13 | IC 024 IC 028 | Animal Adventur | | 2022-03-01 | 6660872 | PRINCIPAL | |
| 99324278 | WILD CROP | Wild Crop | Live | IC 005: Medical dressings; Med | 1a | 2025-08-06 | IC 005 | Shuicai FU (INDIV | | | | PRINCIPAL | |
| 79277468 | WILD WISHE | WILD WISHES | Live | IC 003: Perfumes; eaux de toile | 66a | 2019-12-02 | IC 003 | SEPHORA (SOCIÉ | 2019-07-12 | 2020-09-15 | 6150179 | PRINCIPAL | |
| 79298003 | WILD PRAIR | WILD PRAIRIE | Live | IC 003: Non-medicated soap, na | 66a | 2020-09-30 | IC 003 IC 021 | Wild Prairie Soap | 2020-03-30 | 2022-05-24 | 6726701 | PRINCIPAL | |
| 79336398 | INDE WILD | INDE WILD | Live | IC 003: Skin soap; cosmetics in | 66a | 2021-10-21 | IC 003 IC 005 | Inde Wild B.V. (BU | 2021-04-26 | 2023-05-16 | 7051242 | PRINCIPAL | |
| 90287360 | WET 'N WIL | WET 'N WILD | Live | IC 035: On-line retail store serv | 1a | 2020-10-29 | IC 035 | Keith Perry (INDI | | 2022-09-06 | 6840240 | PRINCIPAL | |
| 90514904 | WILD 4 LEM | WILD 4 LEMONS | Live | IC 025: Beachwear; Lingerie; Sh | 1a | 2021-02-05 | IC 025 | Beautiful Dreame | | 2022-07-19 | 6798842 | PRINCIPAL | |
| 88845991 | GRACE 'N' W | Grace 'n' Wild | Live | IC 025: Clothing, namely, tops, | 1a | 2020-03-24 | IC 025 | Stoltz-Marshall, J | | 2022-04-05 | 6694825 | PRINCIPAL | |
| 79420680 | WILD DONK | WILD DONKEY | Live | IC 025: Clothing; headgear; apr | 66a | 2024-08-16 | IC 025 IC 035 IC 018 | Limited (Limited C | 2024-08-15 | | | PRINCIPAL | |
| 98083518 | WILD & FREE | WILD & FREE RANCH | Live | IC 010: Dishes adapted for feed | 1a | 2023-07-13 | IC 010 | Wild & Free Ranc | | 2024-07-16 | 7447764 | PRINCIPAL | |
| 87626637 | THE YOUNG | The Young & Wild | Live | IC 018: All purpose sport bags; | 1a | 2017-09-28 | IC 018 IC 025 | 6 TWO APPAREL ( | | 2019-04-30 | 5740671 | PRINCIPAL | |
| 98610690 | WILD OATS | WILD OATS | Live | IC 024: Dish towels; tablecloths | 1b | 2024-06-20 | IC 024 IC 025 IC 029 | KEHE DISTRIBUTC | | | | PRINCIPAL | |
| 88526645 | WILD DIAM | WILD DIAMOND | Live | IC 025: Clothing extension used | 1a | 2019-07-22 | IC 025 | Wang Jinsong (IN | | 2020-09-29 | 6165297 | PRINCIPAL | |
| 77934043 | WILD CARR | WILD CARROT HERBALS | Live | IC 003: Baby powder; [ Bar soap | 1a | 2010-02-11 | IC 003 | Wild Carrot Herb | | 2011-02-22 | 3921962 | PRINCIPAL-2(F) | |
| 97832895 | WILD ROSE | Wild Rose Tattoo Clothing | Live | IC 025: Tattoo clothing, namely | 1a | 2023-03-10 | IC 025 | Gift Ko LLC (LIMIT | | | | PRINCIPAL | |
| 88770345 | MOTHER OF | MOTHER OF WILD | Live | IC 031: Cut flowers; live flowers | 1a | 2020-01-23 | IC 031 IC 035 IC 043 | DBA Mother of W | | 2021-05-25 | 6365469 | PRINCIPAL | |
| 99104892 | WILD KING | Wild Kingdom | Live | IC 018: Back packs; Tote bags.; | 1a | 2025-03-26 | IC 018 IC 024 IC 025 | Mutual of Omaha | | | | PRINCIPAL | |
| 75423587 | WILD BUNC | WILD BUNCH | Live | IC 042: RESTAURANT SERVICES | 1a | 1998-01-26 | IC 042 | Rainforest Cafe, I | | 2001-06-05 | 2457656 | PRINCIPAL | |
| 75982249 | WILD BUNC | WILD BUNCH | Live | IC 016: PRINTED MATERIALS FC | 1a | 1998-03-09 | IC 016 | Rainforest Cafe, I | | 2002-10-29 | 2643642 | PRINCIPAL | |
| 88246167 | WILD ISLAN | Wild Island | Live | IC 041: Amusement center; Am | 1a | 2018-12-31 | IC 041 | Wild Island, Inc. ( | | 2019-08-06 | 5826214 | PRINCIPAL | |
| 79367030 | WILD RIDER | WILD RIDER | Live | IC 009: Protective clothing; pro | 66a | 2023-01-16 | IC 009 IC 028 | Wilton Bradley H | 2023-01-12 | 2024-10-22 | 7539794 | PRINCIPAL | |
| 79428592 | REALLY WIL | REALLY WILD | Live | IC 024: Textiles and substitutes | 66a | 2025-01-22 | IC 024 IC 025 IC 035 | The Really Wild C | 2024-07-22 | | | PRINCIPAL | |
| 99041574 | WILD WISHE | Wild Wishes | Live | IC 041: Charitable education se | 1a | 2025-02-14 | IC 041 | Chester Moore (I | | | | PRINCIPAL | |
| 86362343 | PLAYTIME G | PLAYTIME GOES WILD WITH | Live | IC 028: Action figure toys; Baby | 1a | 2014-08-11 | IC 028 | VTech Electronics | | 2016-05-17 | 4960905 | PRINCIPAL | |
| 97254070 | WILD ONES | Wild Ones | Live | IC 036: Charitable fundraising s | 1a | 2022-02-04 | IC 036 IC 041 IC 044 | Wild Ones Natura | | 2023-03-21 | 7004588 | PRINCIPAL | |
| 90980764 | NEON WILD | NEON WILD | Live | IC 009: Downloadable compute | 1a | 2021-01-14 | IC 009 IC 041 | NEON WILD, INC. | | 2024-02-20 | 7310968 | PRINCIPAL | |
| 88737615 | WILD DOUG | WILD DOUGH | Live | IC 028: Playthings and toys, nar | 44e | 2019-12-23 | IC 028 IC 035 | Tiger Kids Pty Ltd | 2019-12-20 | 2021-12-21 | 6598478 | PRINCIPAL | |
| 98779631 | WILD WHEE | WILD WHEELS | Live | IC 028: Dolls; Action figure toys | 1a | 2024-10-01 | IC 028 | DBA Odyssey Toy | | 2025-05-06 | 7787236 | PRINCIPAL | |

| Serial | Mark | | Status | Goods/Services | Filed | Class | Owner | Reg Date | Reg No | Register | Suppl Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86518547 | PLAY WILD | Play Wild | Live | IC 009: Computer game software | 2015-01-29 | IC 009 (CANCELLED) | AKA WILDWORKS | 2016-10-18 | 5064961 | PRINCIPAL | |
| 86758914 | WILD BRAIN | WILD BRAIN | Live | IC 041: Entertainment services, | 2015-09-16 | IC 041 | Wild Brain Entert | 2017-01-17 | 5125368 | PRINCIPAL | |
| 99043262 | MR WILD | Mr Wild | Live | IC 041: Book publishing; Book a | 2025-02-16 | IC 041 | Shae Alan Pozarzy | | | PRINCIPAL | |
| 76556934 | WILD DUNE | | Live | IC 045: Hotel concierge services | 2003-11-05 | IC 045 IC 035 IC 039 | LOWE WILD DUN | 2005-07-26 | 2975307 | PRINCIPAL | |
| 75453080 | WILD BUNC | WILD BUNCH | Live | IC 025: Clothing, namely, men's | 1998-03-19 | IC 025 | Rainforest Cafe, | 2003-09-16 | 2764487 | PRINCIPAL | |
| 90849546 | CLOUD WIL | Cloud wild | Live | IC 020: Air mattresses for use w | 2021-07-26 | IC 020 | Chen, Zhitong (IN | 2022-06-07 | 6754161 | PRINCIPAL | |
| 87291405 | WILD MERC | WILD MERCURY | Live | IC 009: [ Apparatus for recordi | 2017-01-06 | IC 009 (CANCELLED) | Derek Wax (INDI 2016-07-07 | 2018-10-09 | 5578050 | PRINCIPAL | |
| 88637367 | WILD DOVES | WILD DOVES | Live | IC 025: Children's wear, namely | 2019-10-01 | IC 025 | DBA Wild Doves; | 2020-05-12 | 6052177 | PRINCIPAL | |
| 88197188 | BIG WILD | BIG WILD | Live | IC 009: Prerecorded audio and | 2018-11-16 | IC 009 IC 025 IC 041 | Big Wild Music LL | 2021-02-09 | 6263655 | PRINCIPAL | |
| 98553144 | WILD HICKO | WILD HICKORY | Live | IC 009: Sunglasses; cases for su | 2024-05-15 | IC 009 IC 018 IC 025 | American Heartla | | | PRINCIPAL | |
| 85722192 | WILD KRATT | WILD KRATTS | Live | IC 016: Paper banners; lunch ba | 2012-09-06 | IC 016 IC 018 IC 019 | Kratt Brothers Co 2012-08-24 | 2015-06-16 | 4756309 | PRINCIPAL | |
| 98290722 | WILD MANE | WILD MANES | Live | IC 018: Bags for children, name | 2023-11-29 | IC 018 | JAKKS Pacific, Inc | | | PRINCIPAL | |
| 90205548 | WILD MAN | WILD MAN | Live | IC 012: Bicycles; Mopeds; Bicyc | 2020-09-24 | IC 012 IC 025 IC 028 | Dongguan Meiluc | 2021-11-02 | 6543002 | PRINCIPAL | |
| 87228296 | WILD FEMIN | WILD FEMINIST | Live | IC 025: Jackets; One-piece garm | 2016-11-07 | IC 025 | Wildfang Co. (CO | 2017-10-24 | 5315059 | PRINCIPAL | |
| 77489026 | WILD GRIND | WILD GRINDERS | Live | IC 025: Clothing for men, wome | 2008-06-02 | IC 025 | WILD GRINDERS, | 2012-07-31 | 4183534 | PRINCIPAL | |
| 75278490 | WET'N WILD | Wet'nWild | Live | IC 008: [ [ souvenir spoons ] ].; | 1997-04-21 | (CANCELLED) IC 008 | EPR PARKS, LLC (I | 1998-10-27 | 2199474 | PRINCIPAL | |
| 88694981 | WILD CHILD | WILD CHILD | Live | IC 041: Arranging and conducti | 2019-11-15 | IC 041 | DBA Wild Child; 2 | 2020-06-23 | 6084455 | PRINCIPAL | |
| 99004542 | WILD HANK | Wild Hank | Live | IC 025: Clothing jackets for chil | 2025-01-17 | IC 025 | Wild Hank LLC (LI | | | PRINCIPAL | |
| 90173320 | WILD NATIC | Wild Nation | Live | IC 025: Shirts; Shirts and short- | 2020-09-11 | IC 025 | DBA Wild Nation; | 2021-04-06 | 6317668 | SUPPLEMENTAL | 2021-02-16 |
| 90310135 | WILD ACES | WILD ACES | Live | IC 025: men's, women's and chi | 2020-11-10 | IC 025 | FANCHISE LEAGU | 2023-04-25 | 7037601 | PRINCIPAL | |
| 90522091 | WILD CITY | Wild City | Live | IC 025: Boots; Bras; Footwear; I | 2021-02-10 | IC 025 | Fuzhou Extraordi | 2021-12-28 | 6602351 | PRINCIPAL | |
| 97344615 | WILD PETS | WILD PETS | Live | IC 009: Downloadable compute | 2022-04-03 | IC 009 IC 028 | Moose Creative M | 2023-04-04 | 7018782 | PRINCIPAL | |
| 76556935 | WILD DUNE | | Live | IC 045: Hotel concierge services | 2003-11-05 | IC 045 IC 035 IC 039 | WILD DUNES LLC | 2005-07-26 | 2975308 | PRINCIPAL | |
| 73720078 | WILD CHILD | WILD CHILD | Live | IC 042: RETAIL STORE AND MAI | 1988-04-01 | IC 042 | WEST, RENEE (IN | 1988-12-06 | 1516008 | PRINCIPAL | |
| 98545320 | WOODSY W | Woodsy Wild | Live | IC 016: Printed children's books | 2024-05-10 | IC 016 | Miller, Kristell An | 2025-02-18 | 7694715 | PRINCIPAL | |
| 86758903 | WILD BRAIN | WILD BRAIN | Live | IC 038: Transmission of films ar | 2015-09-16 | IC 038 | Wild Brain Entert | 2017-04-04 | 5177299 | PRINCIPAL | |
| 88105894 | WILD REPUE | WILD REPUBLIC | Live | IC 025: Children's apparel, nam | 2018-09-05 | IC 025 | K & M Internation | 2019-04-16 | 5727081 | PRINCIPAL | |
| 98290746 | WILD MANE | WILD MANES | Live | IC 041: Entertainment services, | 2023-11-29 | IC 041 | JAKKS Pacific, Inc | 2025-03-11 | 7725669 | PRINCIPAL | |
| 98397695 | WILD ELEGA | Wild Elegance | Live | IC 009: 3D spectacles; Smartgla | 2024-02-08 | IC 009 | Taizhou Shiyu Tra | | | PRINCIPAL | |
| 87680123 | WILD TENNI | Wild Tennis | Live | IC 016: printed books and book | 2017-11-10 | IC 016 IC 025 IC 041 | BAKKER, Ed (INDI | 2019-02-12 | 5672409 | PRINCIPAL | |
| 87268585 | WILD ROOTS | WILD ROOTS | Live | IC 041: Educational services, na | 2016-12-14 | IC 041 | WILD ROOTS FRA | 2017-08-08 | 5260255 | PRINCIPAL | |
| 97649492 | WILD CHILD | WILD CHILD | Live | IC 041: Arranging, organizing, c | 2022-10-26 | IC 041 | Wild Child Gym Ir | | | PRINCIPAL | |
| 98290725 | WILD MANE | WILD MANES | Live | IC 016: Printed items for childre | 2023-11-29 | IC 016 | JAKKS Pacific, Inc | | | PRINCIPAL | |
| 90725047 | WILD PETITS | wild petits | Live | IC 020: Baby bolsters; Baby bou | 2021-05-20 | IC 020 | SCANDINAVIAN T | 2022-06-07 | 6751071 | PRINCIPAL | |
| 99125370 | WILD ABOU | Wild about Dinosaurs! | Live | IC 016: Wirebound books; Sket | 2025-04-08 | IC 016 | GraySheep Graph | | | PRINCIPAL | |
| 78246883 | DISNEY'S W | DISNEY'S WILD ABOUT SAFETY | Live | IC 041: Educational services rel | 2003-05-07 | IC 041 | Disney Enterprise | 2005-07-26 | 2978787 | PRINCIPAL | |
| 90797265 | INDE WILD | inde wild | Live | IC 021: Combs; Cups; Currycom | 2021-06-27 | IC 021 IC 003 IC 005 | INDE WILD B.V. (I | 2023-08-22 | 7141569 | PRINCIPAL | |
| 79336856 | WILD SCIEN | WILD SCIENCE LAB | Live | IC 035: Advertising services; Bu | 2021-11-11 | IC 035 IC 003 | WILD SCIENCE LA | 2023-11-14 | 7215237 | PRINCIPAL | |
| 86880149 | THE WILD O | THE WILD OSCAR | Live | IC 003: [ 3-in-1 organic soap ba | 2016-01-19 | IC 003 IC 043 | Marcos Tuachi Na | 2017-05-23 | 5210297 | PRINCIPAL | |
| 97772880 | WILD & FRE | wild & free | Live | IC 025: Dresses; Pajamas; Pants | 2023-01-30 | IC 025 | Odyssey Group LI | 2024-12-31 | 7634925 | PRINCIPAL | |
| 98775481 | WILD BIRDS | WILD BIRDS UNLIMITED | Live | IC 025: Coats; Hats; Shirts; Unif | 2024-09-28 | IC 025 IC 031 IC 035 | Wild Birds Unlimi | | | PRINCIPAL | |
| 98680736 | REWILD THE | Rewild the W | Live | IC 025: Clothing, namely, t-shirt | 2024-08-02 | IC 025 IC 035 IC 009 | AKA Rewild the W | | | PRINCIPAL | |
| 98610682 | WILD OATS | WILD OATS | Live | IC 024: Dish towels; tablecloths | 2024-06-20 | IC 024 IC 025 IC 029 | KEHE DISTRIBUTO | | | PRINCIPAL | |
| 90124175 | VANDER WI | Vander Wild Skincare | Live | IC 003: Dish detergents; Essent | 2020-08-19 | IC 003 | Vandergon,Sara k | 2021-04-06 | 6314827 | PRINCIPAL | |
| 88192429 | TWO WILD I | TWO WILD HARES | Live | IC 003: Baby hand soap; Bar soa | 2018-11-13 | IC 003 IC 020 IC 021 | Gallagher, Nicole | 2020-10-13 | 6175794 | PRINCIPAL | |
| 90893829 | LET GOOD C | LET GOOD GROW WILD | Live | IC 005: Medicated cleaning pre | 2021-08-20 | IC 005 IC 003 | New Theory Vent | | | PRINCIPAL | |
| 97530414 | LET YOUR SE | Let your senses run wild... | Live | IC 016: Subscription boxes that | 2022-08-02 | IC 016 | PRE BOX, LLC (LIN | 2025-03-04 | 7715801 | PRINCIPAL | |
| 87797799 | PRETTY WIL | PRETTY WILD KIDS | Live | IC 025: Clothing, for babies, toc | 2018-02-14 | IC 025 | Agent 88 Pty Ltd | 2019-06-11 | 5776681 | PRINCIPAL | |
| 99249638 | WILD SPIRIT | Wild Spirit Threads | Live | IC 025: Trousers for adults, bab | 2025-06-24 | IC 025 | Serena Marie Ow | | | PRINCIPAL | |
| 98961947 | WILD IN CO | Wild in Color | Live | IC 025: Coats; Hats; Leggings; S | 2025-01-14 | IC 025 IC 035 | Parrot Fish Studic | | | PRINCIPAL | |
| 97693638 | WILD CHILD | WILD CHILD GYM | Live | IC 041: Gymnasiums; Coaching | 2022-11-28 | IC 041 | Wild Child Gym Ir | | | PRINCIPAL | |
| 87771767 | WILD WEST | | Live | IC 025: T-shirts; T-shirts for mer | 2018-01-26 | IC 025 | Zeybek, Mustafa | 2021-03-02 | 6283489 | PRINCIPAL | |
| 90645533 | THE WILD U | THE WILD UNKNOWN | Live | IC 016: Printed children's books | 2021-04-14 | IC 016 | KIM KRANS, LLC ( | 2021-09-07 | 6479168 | PRINCIPAL | |
| 97351444 | WILD ROOT | WILD ROOT CREATIONS | Live | IC 016: Printed illustrations; pai | 2022-04-07 | IC 016 IC 041 IC 042 | Haefeli, Jennifer | 2024-08-06 | 7464889 | PRINCIPAL | |
| 99080677 | WILD BROTH | Wild Brothers Productions | Live | IC 038: Streaming of audio and | 2025-03-12 | IC 038 IC 041 IC 042 | Wild Brothers Pro | | | PRINCIPAL | |
| 99228799 | WILD WONE | Wild Wonder Minds | Live | IC 016: Printed flash cards; Edu | 2025-06-11 | IC 016 | Shannon Haverty | | | PRINCIPAL | |
| 99060776 | RECLAIM TH | RECLAIM THE WILD | Live | IC 025: Beachwear; Coverups; E | 2025-02-28 | IC 025 IC 035 | Reclaim the Wild | | | PRINCIPAL | |

| Serial | Mark | Status | Goods/Services | Filing Date | IC | Owner | Reg Date | Reg No | Register |
|---|---|---|---|---|---|---|---|---|---|
| 87771807 | WILD WEST | Live | IC 025: T-shirts; T-shirts for me 1a | 2018-01-26 | IC 025 | Zeybek, Mustafa | 2021-03-02 | 6283490 | PRINCIPAL |
| 90100815 | WILD WESTERN HIPPIE | Live | IC 025: Hats; Shoes; T-shirts; Bc 1a | 2020-08-07 | IC 025 | Wild Western Hippie | 2021-03-30 | 6305665 | PRINCIPAL |
| 90064846 | WILD HEART | Live | IC 044: Psychotherapy and psyc 1a | 2020-07-21 | IC 044 | DBA Wild Heart S | 2021-03-02 | 6281660 | PRINCIPAL |
| 86122158 | WILD WEST | Live | IC 025: Footwear, namely, boot 1a | 2013-11-18 | IC 025 | Sandoval, Rodolfo | 2014-10-28 | 4627495 | PRINCIPAL |
| 86748783 | WILD GINGER | Live | IC 025: Athletic apparel, namel 1a | 2015-09-05 | IC 025 | LEFFLER, NICOLE | 2019-02-19 | 5680899 | PRINCIPAL |
| 87524130 | WILD EXPLORERS CLUB | Live | IC 041: Education services, nam 1a | 2017-07-11 | IC 041 | ARMENT, AINSLE | 2018-08-14 | 5538508 | PRINCIPAL |
| 88098979 | WILD SOULS Wild Souls Ranch | Live | IC 044: Therapeutic equine-ba 1a | 2018-08-30 | IC 044 | Wild Souls Ranch | 2019-04-30 | 5738956 | PRINCIPAL |
| 88149650 | WILD GOAT WILD GOAT EDGE | Live | IC 041: Charitable services, nan 1a | 2018-10-10 | IC 041 | THE CAPRA COMP | 2019-12-24 | 5945572 | PRINCIPAL |
| 74802799 | REALLY "WIL | Live | IC 041: [ [ television programm 1a | 1993-11-12 | (CANCELLED) IC 041 | NATIONAL GEOG | 1997-07-01 | 2075006 | PRINCIPAL |
| 86013633 | I AM WILD I AM WILD | Live | IC 014: Jewelry, clocks and wat 1a | 2013-07-18 | IC 014 IC 016 IC 018 | AKA Roberto Dut | 2017-04-11 | 5181866 | PRINCIPAL |
| 90820424 | HEADS GON Heads Gone Wild | Live | IC 044: Barber services; Barber 1a | 2021-07-09 | IC 044 | Morrison, Yoland | 2022-09-13 | 6842997 | PRINCIPAL |
| 85976127 | NAT GEO W NAT GEO WILD | Live | IC 041: Educational and enterta 1a | 2010-12-14 | IC 041 | National Geograp | 2012-03-06 | 4110332 | PRINCIPAL |
| 99281619 | KITTY'S WIL | Live | IC 016: Printed children's books 1a | 2025-07-14 | IC 016 | Becky Lewis; 275 | | | PRINCIPAL |
| 77928089 | WILD AT HE Wild at heart | Live | IC 025: Belts for clothing; Cami 1a | 2010-02-04 | IC 025 | DBA Wild at Hear | 2010-09-14 | 3847523 | PRINCIPAL |
| 75267814 | WET 'N' WIL WET 'N' WILD | Live | IC 009: [ [ magnets ] ].; IC 008: 1a | 1997-04-02 | (CANCELLED) IC 009 | EPR PARKS, LLC (I | 1998-10-13 | 2194958 | PRINCIPAL |
| 88386509 | WILD AXE T WILD AXE | Live | IC 025: Hoodies; T-shirts for ad 1a | 2019-04-15 | IC 025 | DBA Wild Axe Thr | 2022-03-01 | 6660048 | PRINCIPAL |
| 98597501 | WILD ABAN Wild Abandon Adventures | Live | IC 025: Hats; Headwear; Hoode 1b | 2024-06-12 | IC 025 | Tenacity Road Stu | | | PRINCIPAL |
| 79377298 | THE GOOD THE GOOD WILD | Live | IC 005: Pharmaceutical and vet 66a | 2023-05-05 | IC 005 IC 029 IC 030 | FONKA GIDA SAN | 2023-03-17 2025-01-07 | 7636679 | PRINCIPAL |
| 75592606 | RAINFOREST RAINFOREST CAFE WILD BUNCH CLUB | Live | IC 042: RESTAURANT AND BAR 1a | 1998-11-20 | IC 042 IC 035 | Rainforest Cafe, | 2002-01-22 | 2532499 | PRINCIPAL-2(F)-IN |
| 79375825 | WILDRIDE WILDRIDE | Live | IC 035: Retailing services and w 66a | 2023-05-12 | IC 035 IC 018 | Wildride B.V. (bes | 2023-05-05 | | PRINCIPAL |
| 98558373 | WILDRIDE WILDRIDE | Live | IC 018: Baby and children carrie 1a | 2024-05-20 | IC 018 | Wildride B.V. (bes | | | PRINCIPAL |
| 98463953 | WILDBIRD WildBird | Live | IC 024: Baby bedding, namely, s 1a | 2024-03-23 | IC 024 IC 025 IC 028 | WildBird (LIMITE | 2025-05-20 | 7798495 | PRINCIPAL |
| 99068040 | WILDBIRD WildBIRD | Live | IC 024: Baby bedding, namely, s 1a | 2025-03-05 | IC 024 IC 025 IC 028 | Wildbird (LIMITE | | | PRINCIPAL |
| 76223082 | THE FUTURE THE FUTURE IS WILD | Live | IC 009: Motion picture films fea 44e | 2001-03-12 | IC 009 (CANCELLED) | THE FUTURE IS W | 2006-03-28 | 3072373 | PRINCIPAL |
| 97491291 | BAND OF TH Band of the Wild | Live | IC 025: Costumes for use in chil 1a | 2022-07-06 | IC 025 | Band of the Wild | 2023-08-22 | 7143081 | PRINCIPAL |
| 90712430 | RUN WILD M RUN WILD MY CHILD | Live | IC 009: Downloadable e-books 1a | 2021-05-14 | IC 009 IC 041 | Run Wild My Chil | 2022-08-16 | 6817904 | PRINCIPAL |
| 98269598 | WILD MIND WILD MIND REBEL HEART | Live | IC 018: Athletic bags, tote bags, 1b 44e | 2023-11-14 | IC 018 | Limited (PRIVATE | 2023-11-13 | | PRINCIPAL |
| 97221197 | WILD BEGIN Wild Beginnings Nature School | Live | IC 041: Educational services, na 1a | 2022-01-14 | IC 041 | RAISING NEXT GE | 2023-08-29 | 7152179 | PRINCIPAL |
| 86327766 | WILD AND F WILD AND FREE FOUNDATION | Live | IC 041: Educational and enterta 1a | 2014-07-03 | IC 041 | Bracken, Matthew | 2015-09-22 | 4819217 | PRINCIPAL |
| 88471964 | WILD ZOO F Wild Zoo Furniture Inc | Live | IC 020: Children's furniture. 1a | 2019-06-13 | IC 020 | Wild Zoo Furnitur | 2019-12-31 | 5949246 | PRINCIPAL |
| 90528032 | DOGS OF TH DOGS OF THE WILD | Live | IC 016: Printed novels; Printed 1a | 2021-02-12 | IC 016 | Kevin Blaize (IND | 2022-03-29 | 6682923 | PRINCIPAL |
| 86818466 | WILD YOOT WILD YOOT BOOKS | Live | IC 025: T-Shirts for babies, chilc 1a | 2015-11-12 | IC 025 IC 041 | Wild Yoot LLC (LII | 2019-09-10 | 5857720 | PRINCIPAL |
| 87782464 | WILD IN TH WILD IN THE CITY | Live | IC 041: Charitable services, nan 1a | 2018-02-02 | IC 041 | Arizona Elk Socie | 2018-09-11 | 5560417 | PRINCIPAL |
| 88438343 | LIVE WILD. B | Live | IC 018: All purpose bags namel 1a | 2019-05-20 | IC 018 IC 025 | Live Wild Be Free | 2020-03-31 | 6022223 | PRINCIPAL |
| 98943832 | FOLLOW HE FOLLOW HEART GO WILD | Live | IC 020: Furniture; Camping furn 1a | 2025-01-08 | IC 020 | Han, Xin (INDIVID | | | PRINCIPAL |
| 86506542 | KIDWILD KidWild | Live | IC 024: Baby bedding, namely, l 44e | 2015-01-18 | IC 024 IC 025 | FORMERLY Flink I | 2015-01-18 2015-11-03 | 4844363 | PRINCIPAL |
| 98269627 | WILD MIND WILD MIND REBEL HEART | Live | IC 028: Games, namely, educati 1b 44d 4 | 2023-11-14 | IC 028 | Limited (PRIVATE | 2023-11-13 | | PRINCIPAL |
| 90767040 | GRACE 'N' W grace 'n' wild | Live | IC 025: Cloth bibs; Clothing, nai 1a | 2021-06-10 | IC 025 | Wishco LLC (LIMI | 2023-03-28 | 7013448 | PRINCIPAL |
| 97027660 | EVERWILD EverWild | Live | IC 025: Baby clothing/products 1b | 2021-09-14 | IC 025 | Smith, Noah (IND | | | PRINCIPAL |
| 97522812 | WILD SIDE N WILD SIDE NUMBER SENSE | Live | IC 028: Card games; Educationa 1a | 2022-07-27 | IC 028 | Jump-Fox LLC (LII | 2024-10-29 | 7552972 | PRINCIPAL |
| 99253685 | CALL OF THE Call of the Wild Camps | Live | IC 041: Educational services, na 1a | 2025-06-26 | IC 041 | Inspire Behaviora | | | PRINCIPAL |
| 87573545 | WILD THING WILD THINGS | Live | IC 024: Children's blankets. 1a | 2017-08-17 | IC 024 | Blue Spring Partn | 2019-03-26 | 5710659 | PRINCIPAL |
| 98020078 | WHERE THE Where the Wild Things Play | Live | IC 041: Children's entertainmer 1a | 2023-05-30 | IC 041 | Where the Wild T | 2024-06-18 | 7419728 | PRINCIPAL |
| 99068319 | WILD ETHIO | Live | IC 025: Fabric sold as an integra 1a | 2025-03-05 | IC 025 IC 028 IC 016 | Wild-Ethiopia; 14 | | | PRINCIPAL |
| 87573560 | WILD THING WILD THINGS | Live | IC 024: Children's blankets. 1a | 2017-08-17 | IC 024 | Blue Spring Partn | 2020-04-07 | 6029617 | PRINCIPAL |
| 88370799 | VIVIWILD viviwild | Live | IC 025: Baby layettes for clothir 1a | 2019-04-04 | IC 025 | Shenzhen Weigai | 2019-10-08 | 5879754 | PRINCIPAL |
| 88501553 | ROARINGW ROARINGWILD | Live | IC 025: Baby layettes for clothir 1a | 2019-07-05 | IC 025 | Shenzhen Roarin | 2020-01-28 | 5972014 | PRINCIPAL |
| 78407986 | WALT DISNE | Live | IC 009: Pre-recorded digital vid 1a | 2004-04-26 | IC 009 | DISNEY ENTERPR | 2008-02-26 | 3389689 | PRINCIPAL |
| 99296975 | WILD WEST WILD WEST COWBOYS OF MOO | Live | IC 028: Collectable toy figures; 1b | 2025-07-22 | IC 028 IC 009 IC 041 | The Nacelle Comp | | | PRINCIPAL |
| 99297001 | WILD WEST | Live | IC 028: Collectable toy figures; 1b | 2025-07-22 | IC 028 IC 009 IC 041 | The Nacelle Comp | | | PRINCIPAL |
| 86052728 | THE WILD H THE WILD HORSES OF SABLE | Live | IC 014: Jewelry, clocks and wat 1a | 2013-08-30 | IC 014 IC 018 IC 021 | AKA Roberto Dut | 2017-10-17 | 5311543 | PRINCIPAL |
| 90343599 | WILDONE WILDONE | Live | IC 010: Sphygmomanometers; 1a | 2020-11-25 | IC 010 | GUANGDONG AII | 2021-07-20 | 6427936 | PRINCIPAL |
| 79229827 | WILD POUSS WILD POUSS | Live | IC 005: [ Medicated skin care pr 66a | 2017-10-10 | IC 005 IC 003 | Gulam Nasser (IN | 2017-06-13 2018-09-18 | 5563309 | PRINCIPAL |
| 78177129 | WILDCATTE WILDCATTERS | Live | IC 025: clothing, namely, jersey 1a | 2002-10-22 | IC 025 | ECHL, INC. (CORP | 2004-08-10 | 2872667 | PRINCIPAL |
| 75170432 | WILDHORSE WILDHORSE SALOON | Live | IC 006: [ brass ] keychains.; IC 0 1a | 1996-09-23 | IC 006 (CANCELLED) | ATTRACTIONS IP, | 1997-12-16 | 2121249 | PRINCIPAL |
| 75180488 | WILDHORSE | Live | IC 006: [ [ brass keychains ] ].; I 1a | 1996-10-11 | (CANCELLED) IC 006 | ATTRACTIONS IP, | 1997-12-30 | 2125258 | PRINCIPAL |
| 88415700 | PELICANWIL PelicanWild | Live | IC 025: T-shirts, Graphic T-shirt 1a | 2019-05-04 | IC 025 | Tcherniavskaia, N | 2019-11-05 | 5903177 | PRINCIPAL |

| Serial | Mark | | Status | Goods/Services | Class | Filing Date | Class | Owner | Pub Date | Reg Date | Reg No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88493536 | PELICANWIL | | Live | IC 025: T-shirts, Graphic T-shirt | 1a | 2019-06-28 | IC 025 | Tcherniavskaia, N | | 2019-11-05 | 5903368 | PRINCIPAL |
| 87882353 | THE YASIEL | | Live | IC 041: Charitable services, nan | 1a | 2018-04-18 | IC 041 | Puig, Yasiel (INDI | | 2019-02-12 | 5673290 | PRINCIPAL |
| 75143816 | WILD PLACE | | Live | IC 041: educational services, na | 1a | 1996-08-01 | IC 041 | NATURE FORWAR | | 1997-07-01 | 2075712 | PRINCIPAL |
| 98379593 | WILDVUE | WildVue | Live | IC 009: Telemeters; Wattmeter | 1a | 2024-01-29 | IC 009 | Hangzhou Tanlinl | | 2024-12-03 | 7586810 | PRINCIPAL |
| 98761579 | WILDTURTL | Wildturtle | Live | IC 011: Flashlights; Humidifiers | 1a | 2024-09-20 | IC 011 | Jianye Deng (IND | | 2025-06-17 | 7833564 | PRINCIPAL |
| 87526473 | WILDHD | WILDHD | Live | IC 009: Cables, electric; Camcor | 1a | 2017-07-13 | IC 009 | Wildvision Electro | | 2018-08-21 | 5547189 | PRINCIPAL |
| 98660807 | MIGOI | | Live | IC 025: Apparel for dancers, na | 1a | 2024-07-22 | IC 025 | Mohammed, Geo | | | | PRINCIPAL |
| 97124278 | WILDGREEN | Wildgreen | Live | IC 018: Backpacks, book bags, s | 1a | 2021-11-14 | IC 018 | Hangzhou Ceecoc | | | | PRINCIPAL |
| 79409037 | ROTWILD | rotwild | Live | IC 003: Soaps; fabric softener fc | 66a | 2024-06-20 | IC 003 | pro & relux Gmbl | | | | PRINCIPAL |
| 98777044 | WILDPATH | | Live | IC 028: Waterslides; Air mattre | 1a | 2024-09-30 | IC 028 IC 024 | Pujiang Kaihan In | | | | PRINCIPAL |
| 98051383 | WILD SOL | WILD SOL | Live | IC 025: Clothing, namely, tops, | 1a | 2023-06-20 | IC 025 IC 030 | AJAB Investment: | | 2024-11-19 | 7573947 | PRINCIPAL |
| 87439354 | HIWILD | HiWild | Live | IC 024: [ Baby bedding, namely | 1a | 2017-05-05 | IC 024 | Shenzhen ji mei | | 2017-12-12 | 5354577 | PRINCIPAL |
| 97325853 | SALVAJE OE | | Live | IC 025: Hats; Jeans; Scarfs; Shirt | 1a | 2022-03-23 | IC 025 | Pen Wang (INDIV | | 2023-05-02 | 7041421 | PRINCIPAL |
| 85525672 | THE WILD A | | Live | IC 009: Downloadable electroni | 1a | 2012-01-26 | IC 009 IC 016 | BOB LITTER'S FUE | | 2012-09-04 | 4202072 | PRINCIPAL |
| 90191308 | WBF WILD E | | Live | IC 041: Educational services, na | 1a | 2020-09-11 | IC 041 | Wild Bird Fund, Ir | | 2023-02-21 | 6982762 | PRINCIPAL |
| 97116262 | WILDSHIP S | WILDSHIP STUDIO | Live | IC 018: Tote Bags; wearable str | 1a | 2021-11-09 | IC 018 IC 024 IC 009 | WILDSHIP STUDIO | | 2022-12-13 | 6923270 | PRINCIPAL |
| 79316038 | WILDBERRIE | WILDBERRIES | Live | IC 018: Mountaineering sticks; | 66a | 2021-03-09 | IC 018 | Limited liability co | | 2023-04-04 | 7014509 | PRINCIPAL |
| 79374885 | HÔTEL WYL | HOTEL WYLD | Live | IC 043: Services for providing fc | 66a | 2023-03-14 | IC 043 | GRAND HOTEL M | 2022-11-21 | 2024-10-29 | 7546760 | PRINCIPAL |
| 88054351 | BOUGIEWIL | Bougie Wild | Live | IC 014: Bracelets made of leath | 1a | 2018-07-26 | IC 014 IC 025 | Crump, Yolanda J | | 2020-03-03 | 6003401 | PRINCIPAL |
| 79250797 | WILDSMITH | WILDSMITH | Live | IC 003: After-sun lotions; afters | 66a | 2018-08-01 | IC 003 | TWC Products Lir | 2018-02-02 | 2020-03-24 | 6015646 | PRINCIPAL |
| 90771658 | WILDSWIM | WILDSWIM | Live | IC 025: Athletic apparel, namel | 1a | 2021-06-14 | IC 025 IC 041 | Kadoch, Laurie C. | | 2024-12-24 | 7626771 | PRINCIPAL |
| 88839925 | WILDLANDE | WILDLANDER | Live | IC 025: Gloves as clothing; Hats | 1a | 2020-03-19 | IC 025 | PLASWELL POLYM | | 2021-03-16 | 6292310 | PRINCIPAL |
| 98808025 | REPWILD | REPWILD | Live | IC 020: Hutches; Playpens; Bird | 1a | 2024-10-18 | IC 020 | SHENZHEN XIHUA | | 2025-07-08 | 7858694 | PRINCIPAL |
| 88762903 | TWENTYFOL | | Live | IC 016: Art prints; Children's bo | 1a | 2020-01-16 | IC 016 IC 025 | DBA Twenty Four | | 2020-08-25 | 6135170 | PRINCIPAL |
| 88601285 | HARVESTWI | | Live | IC 025: Hats; Hats for infants, b | 1a | 2019-09-01 | IC 025 IC 041 | DBA HarvestWild | | 2021-01-26 | 6257895 | PRINCIPAL |
| 77156280 | GLENWILD | | Live | IC 041: Providing tennis court fi | 1a | 2007-04-13 | IC 041 (CANCELLED) | GLENWILD COMN | | 2008-10-21 | 3518938 | PRINCIPAL |
| 77771884 | WONDERWI | wonderwild | Live | IC 041: Children's entertainmer | 1a | 2009-06-30 | IC 041 | DBA Wonderwild | | 2010-02-02 | 3744622 | PRINCIPAL |
| 78360822 | WILDFIRE | | Live | IC 018: [ [ accessories namely, | 1a | 2004-02-02 | (CANCELLED) IC 018 | MUDDY GIRL HOI | | 2006-03-14 | 3067437 | PRINCIPAL |
| 98188355 | WILDFLOWE | WILDFLOWERS | Live | IC 028: Action toys in the natur | 1b 44d | 2023-09-20 | IC 028 IC 009 | Moose Creative M | 2023-09-19 | | | PRINCIPAL |
| 97435170 | ELEPHWILD | | Live | IC 024: Comforters; Curtains; D | 1a | 2022-05-31 | IC 024 IC 025 | SHAOXING ELEPH | | 2023-07-11 | 7105509 | PRINCIPAL |
| 97495832 | WB WILDBR | | Live | IC 025: Coats; Dresses; Hats; Le | 1a | 2022-07-09 | IC 025 | Xia Men Lie Teng | | 2023-07-25 | 7121654 | PRINCIPAL |
| 98098433 | WILDVOICE | WildVoice | Live | IC 041: Provision of informatior | 1a | 2023-07-24 | IC 041 | WildVoice Compa | | 2025-03-25 | 7735010 | PRINCIPAL |
| 98192120 | WILDSTAR | WILDSTAR | Live | IC 028: Games, toys and playthi | 44e | 2023-09-22 | IC 028 | Spin Master Ltd. ( | 2023-04-05 | 2025-06-10 | 7821880 | PRINCIPAL |
| 98188355 | WILDFLOWE | Image for 9818 | Live | IC 028: Action toys in the natur | 1b 44d | 2023-09-20 | IC 028 IC 009 | Moose Creative M | 2023-09-19 | | | PRINCIPAL |
| 86978394 | WILDWORK | Wildworks | Live | IC 041: Services, namely, provic | 1a | 2014-06-06 | IC 041 (CANCELLED) | AKA WILDWORKS | | 2016-04-19 | 4943022 | PRINCIPAL |
| 97542835 | NORTHWILI | Northwild | Live | IC 025: Clothing, namely, sweat | 44e | 2022-08-10 | IC 025 IC 035 | ARARAT AYAKKAI | | 2024-12-03 | 7583430 | PRINCIPAL |
| 87919143 | WILDVIBE | WILDVIBE | Live | IC 025: [ Boots; Boots for sport; | 1a | 2018-05-13 | IC 025 | Xiamen Santouliu | | 2019-01-01 | 5642485 | PRINCIPAL |
| 79355239 | WILDCHEF | WILDCHEF | Live | IC 008: Spoons being tableware | 66a | 2022-03-11 | IC 008 IC 011 IC 021 | WILDLAB HOLDIN | 2021-10-07 | 2024-02-13 | 7301516 | PRINCIPAL |
| 98809048 | WILDCOLOR | WILDCOLORS | Live | IC 016: Crayons; Drawing penci | 1b | 2024-10-18 | IC 016 | Evriholder Produ | | | | PRINCIPAL |
| 97869645 | WILDPARTY | WILDPARTY | Live | IC 014: Bracelets; Earrings; Cha | 1a | 2023-04-03 | IC 014 | Zhang, Yihao (IND | | 2024-04-23 | 7365439 | PRINCIPAL |
| 90136968 | WINWILD | WINWILD | Live | IC 008: Axes; Pliers; Beard clipp | 1a | 2020-08-25 | IC 008 | Shenzhen Qianha | | 2021-11-02 | 6542594 | PRINCIPAL |
| 97467262 | WILDBREAT | WildBreath | Live | IC 025: Coats; Dresses; Legging | 1a | 2022-06-20 | IC 025 | Xia Men Lie Teng | | 2023-07-25 | 7120627 | PRINCIPAL |
| 77156289 | GLENWILD | GLENWILD | Live | IC 016: Paper; printed matter, r | 1a | 2007-04-13 | IC 016 (CANCELLED) | GLENWILD COMN | | 2008-10-21 | 3518939 | PRINCIPAL |
| 78617210 | WILDGUARE | WILDGUARD | Live | IC 016: printed publications, na | 1a | 2005-04-27 | IC 016 | Nauck, Todd (IND | | 2006-10-17 | 3156835 | PRINCIPAL |
| 75616076 | WILDHORSE | WILDHORSE | Live | IC 025: CLOTHING, NAMELY, Cl | 1a | 1999-01-05 | IC 025 IC 042 | ATTRACTIONS IP, | | 2002-10-08 | 2629625 | PRINCIPAL |
| 98425623 | WILDTHING | WILDTHINGS | Live | IC 025: screenprinted clothing c | 1a | 2024-02-28 | IC 025 | Wildthings Snap- | | | | PRINCIPAL |
| 98528273 | WILDWOVE | Wildwoven | Live | IC 025: Pajamas; Bibs not of pap | 1a | 2024-04-30 | IC 025 | DBA Wildwoven; | | 2025-01-28 | 7670927 | PRINCIPAL |
| 88726942 | W WILDBRA | WildBrain | Live | IC 038: Transmission and distril | 1a | 2019-12-13 | IC 038 IC 009 IC 035 | Wild Brain Entert | | 2024-03-05 | 7322988 | PRINCIPAL |
| 97357069 | INTOTHEWI | IntoTheWild | Live | IC 020: Antique reproduction fu | 1a | 2022-04-11 | IC 020 | Shenzhen Kublai | | 2023-05-23 | 7060561 | PRINCIPAL |
| 97650480 | WILDLIGHT | WILDLIGHT ENTERTAINMENT | Live | IC 038: Streaming of films, mot | 1b | 2022-10-27 | IC 038 IC 035 IC 041 | Pantheon Studios | | | | PRINCIPAL |
| 98344949 | WEARTOWI | WEARTOWILD | Live | IC 025: Hats; Headwear; Leggin | 1a | 2024-01-05 | IC 025 | Ngo, Van Thi Thu | | 2024-12-10 | 7596002 | PRINCIPAL |
| 88172187 | WILD5DESIC | Wild5Designs | Live | IC 035: On-line retail store serv | 1a | 2018-10-28 | IC 035 | DBA Wild5Design | | 2019-06-04 | 5769137 | PRINCIPAL |
| 90386776 | WBF | WBF | Live | IC 041: Educational services, na | 1a | 2020-12-16 | IC 041 | Wild Bird Fund, Ir | | 2021-11-09 | 6551818 | PRINCIPAL |
| 98176208 | 4THEWILD1 | 4TheWild1s | Live | IC 025: Beachwear; Lingerie; Sv | 1a | 2023-09-12 | IC 025 | DBA 4TheWild1s; | | | | PRINCIPAL |
| 86002541 | WILDPLAY E | Wild Play | Live | IC 041: Children's entertainmer | 1a | 2013-07-03 | IC 041 | WILDPLAY LTD. ( | | 2014-06-24 | 4554730 | PRINCIPAL |
| 98019636 | WANDERWI | WANDERWILD FAMILY RETREATS | Live | IC 009: Audio and video recordi | 1b | 2023-05-30 | IC 009 IC 016 IC 039 | Wanderwild Fam | | | | PRINCIPAL |
| 88726950 | W WILDBRA | WildBrain spark | Live | IC 038: Transmission and distril | 1b | 2019-12-13 | IC 038 IC 035 IC 045 | Wild Brain Entert | | | | PRINCIPAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90809328 | C.WILDYFIELD | C.WildyField | Live | IC 012: Rowboats; Rowcycles; S | 1a | 2021-07-02 | IC 012 | Shanghai Guffey | 2022-07-12 | 6788676 | PRINCIPAL |
| 77330534 | WILD'N WA | | Live | IC 041: Entertainment services | 1a | 2007-11-15 | IC 041 | Powerhouse Stud | 2008-07-22 | 3471140 | PRINCIPAL |
| 88262442 | WILDPLAY E | WildPlay | Live | IC 041: Entertainment services | 1a | 2019-01-15 | IC 041 | WildPlay Element | 2020-03-10 | 6009138 | PRINCIPAL |
| 88985463 | W WILDBRA | WildBrain spark | Live | IC 041: Entertainment services, | 1a | 2019-12-13 | IC 041 | Wild Brain Entert | 2025-02-25 | 7706526 | PRINCIPAL |
| 88645885 | NWTF FOUN | NWTF FOUNDATION | Live | IC 025: Clothing for babies, tod | 1a | 2019-10-08 | IC 025 | The National Wild | 2020-05-12 | 6052453 | PRINCIPAL |
| 76594502 | KIDS WILDLI | KIDS WILDLIFE FLOSSUPS | Live | IC 021: dental floss holder for c | 1a | 2004-05-27 | IC 021 | RANIR, LLC (LIMIT | 2005-11-15 | 3014610 | PRINCIPAL |