# Exhibit 2

FREE SHIPPING + UP TO 15% OFF WITH BUNDLE & SAVE

WILDBIRD

SHOP CARRIERS    SHOP BABY    FOR MOM    BUNDLE & SAVE    LEARN    GIFTS & SETS    SALE



# Archer is Restocked!

Our best-selling stripe is back in Aerial + Sling.

SHOP NOW

⊘ HIP DYSPLASIA APPROVED    ♡ LOVED BY 500K+ PARENTS    ⊛ ONE-OF-A-KIND DESIGN    ⊰ UNMATCHED COMFORT    ✎ SIZE INCLUSIVE    ⊘ HIP DYSPLASIA APPROVED    ♡ LOVED BY

# Our Baby Carriers



**Aerial Wrap**

Softest, easy-to-use buckle wrap for newborns.



**Aerial Carrier**

Most supportive, all-in-one carrier for baby to toddler.



**Ring Sling**

Stylish & most versatile carrier for newborn to toddler.

# As Seen On









## Our WildBird Community

    

## Trusted By 100,000+ Parents

★★★★★
the print is absolutely gorgeous the carrier itself is so comfortable and supportive.

Maikha L.  ✓ Verified purchase

★★★★★
The only carrier that doesn't hurt my back! truly incredible!

Caitlyn C.  ✓ Verified purchase

★★★★★
LOVE the Wildbird Aerial carrier! It's beautiful and comfortable AND great support.

Kiersten B.  ✓ Verified purchase

★★★★★
I am so in love with this company!! Beautiful prints. Even better fabrics.

Emilee R.  ✓ Verified purchase

★★★★★
Unmatched comfort. carriers before. Just

Julia C.  ✓ Verified purcha

## Discover Our Bestsellers

   

**acadian - aerial carrier**
$178.00

**willow - aerial carrier**
$178.00

**desert lark - aerial carrier**
$178.00

**sparrow - aerial carrier**
$178.00

VIEW ALL

## Shop Baby



SHOP ALL   ( BABY PAJAMAS )   ( SLEEP SACKS )   ( PREGNANCY PILLOW )   ( WOMEN'S ROBES )   ( TODDLER SLINGS )   ( SUNHATS )   ( PLAYMATS )   ( LOVEYS )   ( TEETHE

bushwren - cloudblend™
footless pajamas
$28.00

bushwren - cloudblend™ sleep
sack tog 1
$44.00

bushwren - cloudblend™ footed
pajamas
$28.00

bushwren - cloudblend™ sleep
sack tog 2.5
$48.00

VIEW ALL

## Popular Categories

( AERIAL BUCKLE CARRIER )   ( RING SLINGS )   ( BABY PAJAMAS )   ( SLEEP SACKS )   ( PREGNANCY PILLOW )   ( SLEEP TIME )   ( PLAY TIME )   ( BUNDLE & GIFTS )   ( SCRAPS )

## Bundle & Save

Save up to 15% off when you bundle our faves!

BUILD MY BUNDLE

## Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

YOUR EMAIL

YOUR BABY'S BIRTHDAY OR DUE DATE

PHONE NUMBER

By submitting this form, you agree to receive recurring automated promotional and personalized marketing
text messages (e.g. cart reminders) from Wildbird at the cell number used when signing up. Consent is not a
condition of any purchase. Reply HELP for help and STOP to cancel. Msg frequency varies. Msg & data
rates may apply. View _Terms_ & _Privacy_

SUBSCRIBE NOW

f     p     ⓘ     ♪



| Shop | Learn | About | Support |
|---|---|---|---|
| AERIAL BUCKLE CARRIERS | TUTORIALS | STORY | CONTACT |
| AERIAL BUCKLE WRAP | WHY WILDBIRD | BABY REGISTRY | PRODUCT REGISTRATION |
| RING SLINGS | COMPARE | AFFILIATE | RETURNS & EXCHANGES |
| WILDBIRD BABY | VIRTUAL CONSULTATION | TERMS & CONDITIONS | |
| SALE | QUIZ | | |
| | FAQS | | |

ACTIVATE $10 OFF

COPYRIGHT © 2025. WILDBIRD