# Exhibit 3

https://www.etsy.com/market/born_to_be_wild_onsie    September 21, 2025 at 8:18 PM EDT

# Etsy

☰ Categories | born to be wild onsie | Sign in  

🎁 Gifts | Halloween Favorites | Home Favorites | Fashion Finds | Registry | Gift Cards

## born to Be Wild Onesie  1,000+ items with ads ⓘ

Show results for **born to be wild onsie** instead.

[ Exclude digital items ] [ Free shipping ] [ Arrives within 7 days ] [ Star Seller ] [ Ships from United States ]   Sort by: Relevancy ↑↓


**Born Wild Onesie**
★★★★★ (15)
$14.99


**Lion Onesie and Bib Gift Set, Wild One Lion Bab...**
★★★★★ (171)
$10.00
FREE shipping
📍 Ships from NY


**Born To Be Wild Baby Onesies® Brand Born To Be...**
★★★★★ (17.2k)
$9.99 $19.98 (50% off)


**Born to be Wild Personalized Onesie Bodysuit**
★★★★☆ (107)
$14.95


**Born Two Be Wild Birthday Party Animal TShirt T...**
Ad by Etsy seller
★★★★★ (3.3k)
$11.99 $14.99 (20% off)


**Born to be Wild Personalized Onesie Bodysuit**
Ad by Etsy seller
★★★★☆ (107)
$14.95


**Born to be wild safari animals birthday shirt, jun...**
Ad by Etsy seller
★★★★★ (1.7k)
$12.59 $17.99 (30% off)


**18 BABY ONESIE Iron On Tranfers (Born to be Wi...**
Ad by Etsy seller
★★★★★ (5)
$15.00 $20.00 (25% off)
FREE shipping


**Born To Be Wild Baby Bodysuit: 100% Cotton On...**
★★★★★ (3)
$14.48
FREE shipping


**Born to Be Wild Onesie, Baby Boar Outfit, Cute I...**
★★★★★ (1)
$13.99


**Born To Be Wild Baby Onesie®, Retro Floral Baby...**
★★★★★ (1.1k)
$6.89 $13.98 (50% off)


**Born at Home Wild & Free Onesie | Baby Shower ...**
★★★★★ (11)
$14.77






Baby Bodysuit with Baby Horse Watercolor, Infan...
Ad by Etsy seller
★★★★★ (389)
$24.80 $31.00 (20% off)


Custom Baby Onesie®, Baby Announcement On...
Ad by Etsy seller
★★★★★ (1.1k)
$7.98 $22.80 (65% off)

Mountleisure - Colorado Little Bear Infant Onesi...
Ad by Etsy seller
$20.00
FREE shipping

Born to be Wild Motorcycle Bodysuit - Born to b...
Ad by Etsy seller
★★★★★ (1.4k)
$15.50

Born TWO be Wild Birthday Embroidered T-Shirt ...
★★★★★ (4.5k)
$26.99


Born To Be Wild Funny Baby Bodysuit, Cute Baby...
★★★★★ (589)
$9.99 $19.98 (50% off)


Born to be Wild Hooded Long Sleeve Infant One...
★★★★★ (219)
$19.89

Born Wild Baby Bodysuit, Funny New Baby Gift, ...
★★★★★ (66)
$17.05 $18.95 (10% off)

Baby Name Bodysuit Custom, Colorful Born to b...
★★★★★ (17)
$15.96 $19.95 (20% off)


Born to be WILD - Bear style Onesie or regular o...
★★★★★ (599)
$19.99


Born to Be Wild Baby Bodysuit – Safari Theme Ba...
★★★★★ (2)
$25.16 $33.55 (25% off)


Born To Be Wild Baby Onesie® - Funny Retro Bod...
★★★★★ (77.9k)
$6.99 $13.98 (50% off)




Let Them Be Little, Tiny Monster, Organic Baby ...
Ad by Etsy seller
★★★★★ (61)
$14.50


Born Wild Baby Onesie® - Lion Baby Boy Onesie®...
Ad by Etsy seller
★★★★★ (106.4k)
$6.99 $13.98 (50% off)


Born to Be Wild Onesie, Baby Boar Outfit, Cute I...
Ad by Etsy seller
★★★★★ (1)
$13.99


I Was Born To Be Wild And Free Baby Onesie® - C...
Ad by Etsy seller
★★★★★ (77.9k)
$6.99 $13.98 (50% off)


Born to Be Wild Baby Onesie
★★★★★ (1)
$19.00


Born to be Wild Motorcycle Bodysuit - Born to b...
★★★★★ (1.4k)
$15.50


Born To Be Wild Camo Baby Bodysuit, Baby Sho...
★★★★★ (1.4k)
$15.99


Baby Full Outfit Set / Toddler Full Outfit Set / Tre...
★★★★★ (1.5k)
$14.36 $16.89 (15% off)







18 BABY ONESIE Iron On Tranfers (Born to be Wil...
★★★★★ (5)
$15.00 $20.00 (25% off)
FREE shipping


Mountleisure - Colorado Little Bear Infant Onesi...
$20.00
FREE shipping


Born to Be Wild Lion Baby Bodysuit | Cute Jungle...
★★★★★ (7)
$12.76 $15.01 (15% off)


Born to Be Wild Onesie. Newborn Onesie. Wild ...
★★★★★ (133)
$15.50


Baby Name Bodysuit Custom, Colorful Born to b...
Ad by Etsy seller
★★★★★ (17)
$15.96 $19.95 (20% off)


Born To Be Wild Shirt, Retro Summer Baby Girl, T...
★★★★★ (4.1k)
$6.49 $12.99 (50% off)


Two wild safari floral zoo animal girls 2nd birthd...
Ad by Etsy seller
★★★★★ (50.8k)
$10.49 $14.99 (30% off)


Wild Spirit Baby Onesie® - Wild One Onesie®
Ad by Etsy seller
★★★★★ (296)
$21.00
FREE shipping


Woodland Onesie®, Born Wild Onesie, Baby Bear...
★★★★★ (29.4k)
$14.99 $19.99 (25% off)


Funny Skeleton Baby Bodysuit: Born to be Wild - ...
★★★★☆ (14)
$16.79 $23.99 (30% off)


Born To Be Wild Baby Romper Sweatshirt, Flower...
★★★★★ (413)
$12.99 $19.99 (35% off)


Born Wild Onesie
★★★★★ (15)
$14.99


Born to Roar Baby Onesie: Dinosaur/Lion Theme,...
★★★★★ (136)
$17.48 $29.12 (40% off)


Born To Be Wild | Cute Children's Explorer Tiger I...
★★★★★ (90)
$14.00 $17.50 (20% off)


Born to Be Wild Infant Bodysuit - Cute Baby One...
$17.97


Born TWO be wild birthday shirt, Two wild shirt, ...
★★★★★ (1.9k)
$7.80 $15.00 (48% off)


























 

https://www.pinterest.com/ideas/wild-one-onesie/939323156952/    September 21, 2025 at 8:17 PM EDT



Search for baby safari outfit    Log in    Sign up

Explore  >  Children's Fashion  >  Baby Clothing

# Wild one onesie

Discover Pinterest's best ideas and inspiration for Wild one onesie. Get inspired and try out new things.

73 people searched this • Last updated 1d

    

One Year Old Onesie | Cute Short Sl... | Wild One Birthday Shirt | The Wild O... | Jungle Baby Shower Cookies | Zoo A... | Onsie Svg Ideas | Simple Onsie Desi... | New To The Zoo Bodysuit | Zoo Them...

**Wild One Onesies® Brand, One...**  Highest Quality 🌟 Our onesies...

**Wild One Birthday Shirt**  First Birthday Boy Wild One...

**Jungle Baby Shower Cookies**

**Onsie Svg Ideas**  Wild One baby onsie by...

**New To The Zoo Bodysuit**

    

Wild One Tshirt | Wild One Party Shi... | Cute Short Sleeve Onesie For First Bir... | 1st Birthday Shirts Boy | 1st Birthday... | Leopard 1st Birthday Party | Cheetah... | Where The Wild Things Are 4s Outfit

**Wild One Birthday Shirt Safari...**  Check out this amazing first...

**Wild One Infant Baby Rib Bodysui...**  Wild One Infant Baby Rib Bodysui...

**Wild One Birthday Shirt | Baby Bo...**  Want a cute toddler outfit for your...

**18 month Wild One Onesie,...**  Check out this listing I just found...

**Where the Wild Things Are Baby...**  This round up of Where the Wild...

## Related interests

   

Baby Safari Outfit | Monkey Onesie | Custom Baby Onesies | Cute Baby Clothes | Simple Gender Reveal Ideas

See more

Wild one onesie and more

## Explore related boards

    

**For the Baby**  Jessica Emerson  321 Pins • 5mo

**Baby first bday**  Lauren Michelle  57 Pins • 3y

**Emily's Shower**  Laura Hill  51 Pins • 1y

**Lily birthday**  Rahesmail  49 Pins • 5mo

**Etsy store**  TheLittlePinecones  950 Pins • 8mo

## Ideas like this


Animal Safari Infant Onesie, Jungle...


Wild One Safari Jungle 1st Birthday...


"Wild One" First Birthday! Animal Prin...


This Is My First Rodeo Organic Onesie...


Wild One Birthday Baby Bodusuit...


Adventure Travel Woodland Birthday ...


Wild One Bear Kids Long and Short-sleeve Onesies and tees.


Wild One First Birthday Onesie®, 1st...


Happy Camper Bear Baby Bodysuit |...


Warner Bros. Warner Bros. Where the...


Baby SVG Bundle, Baby Onesie SVG,...


First birthday WILD ONE romper Cake Smash photo!!
Welcome to Dream BiG Boutique, located in Smithfield, Rhode Islan...


Wild Thing - 6m onesie

Wild One Mommy T-Shirt For Women ...


Wild One Infant Baby Rib Bodysuit, First Birthday, One Years Old,...
Wild One Infant Baby Rib Bodysuit First Birthday One Years - Etsy


Happy Trails Adventure - Baby Boy Gir...


Wild One Bear Baby Bodysuit, Jungle...



One Year Old Onesie   Cute Short S...
Wild One Onesies® Brand, One Year Old Safari Bodysuit, First...
Highest Quality ☀ Our onesies and toddler tees are printed using...


Wild One Baby First Birthday Bodysui...


Wild One First Birthday Safari Jungle...


Wild One Zoo Safari Jungle Animal 1st Birthday Baby Bodysuit First...
Wild One Zoo Safari Jungle Animal 1st Birthday Baby Bodysuit | First...


Stephan Baby One Pieces | Stephan...


Yoga Sprout Baby Boy Cotton...

Happy Camper Squatch Baby Bodysu...


Personalized Wild One Baby Jersey Bodysuit | Zazzle
Not all baby bodysuits are created equal – this popular style is a mus...


"WILD ONE" Safari, Jungle Theme Fir...

First Birthday custom Onesie® - Cute...






Wild One Birthday Baby Onesie®, Wil...






Personalized Wild One First Birthday


Wild one 1st birthday shirt or onesie,...


Kyle&Deena Ny Matching Sets |...




wild ONE


Personalized Safari Birthday Romper,...


Wild One 1St Birthday Baby Romper,...

Forest creature baby onesie

Wild One Baby Romper, Safari Birthd...

Wild One Baby Bodysuit for First...


Personalized Wild One Baby Onesie®...


Wild One




Wild one Lion first birthday Baby...


Made Of Mountains One Pieces | Nwt...


One Wild Child, 1st Birthday Boy, First...


Wild One 1st Birthday Safari Animals...


Wild One 1st Birthday Romper: Crown...


Safari First Birthday Onesie Wild One...


Wild One Onesie®, Wild Baby Bodysui...


Custom Baby "Wild One" First Birthda...


Wild One Baby Onesie, Wild One...


Handmade One Pieces | Custom Baby...


Wild Little One Birthday Baby Onesie...


Jungle Wild One 1st Birthday Baby...


Custom, "Wild One", Unisex, Baby Te...


Wild One Safari Organic Cotton Baby...


Wild One Custom Birthday Tee or...


Wild One Birthday Girl Outfit. - Etsy


Safari Wild One 1st Birthday Baby...


Wild One First Birthday Wild Animals...


Onesie - Wild Thing


Baby bodysuit | Zazzle
Baby bodysuit











