# Exhibit 4

 f ⓘ ⓟ E



NEWSLETTER   ABOUT   CONTACT   HOME PAGE   SHOP ⌄

*Follow us!*
f ⓘ ⓟ E

Type & Hit Enter ... 🔍

HOME PAGE   ABOUT   FOOD ⌄   HOME   EVENTS   CRAFTS   FAMILY   CONTACT   SHOP ⌄

*Events*

# Wildflower Baby Shower

by Mal and Jess   on June 19, 2023



A little Wildflower is on the way! Check out our Wildflower themed baby shower for inspiration at your next baby or bridal shower.

 

We had the best time showering my dear friend with a Wildflower Baby Shower theme. Her little Wildflower is on the way and we can not wait to meet her!



*This post may contain affiliate links. We may earn a commission on purchases made after clicking on these links. We only recommend products we believe in. Thank you for your support!*

## Invitation

ABOUT US



**Mal and Jess**

*Lifestyle Bloggers*

We are Mal and Jess, a sister duo here to inspire you through crafting, baking, cooking, party planning, home design, traveling and all the creative things in between! We hope to inspire you to follow your passions and Create Your Joy!

Learn more about us here!

f   ⓘ   ⓟ

# Stay Inspired

Join our newsletter for our most recent content!

Email Address

**Subscribe**

We respect your privacy. Unsubscribe at any time.

Type & Hit Enter ...

 Time Flies Birthday Party

I always like to start with the invitation and use that as inspiration to create the rest of the theme. I used Etsy for this invitation and sent the invitations electronically. For printing, we typically use Costco or Walgreens or print right at home on card stock. For the best deal, check out the Entire Wildflower Bundle Package of digital printables here.



Baseball Birthday Party



A Very Glam Christmas





## Free Wildflower Printables

Subscribe to get our Free Wildflower Tabletop Printables



Email Address

**Send me the Printables**

We respect your privacy. Unsubscribe at any time.



## Drinks

We made both an alcoholic and non-alcoholic sparkling sangria that was so delicious and refreshing. We dressed up the drinks by making floral ice cube molds that guests could put on the top of their coup champagne glasses, along with fresh mint they could pick right off the vine. See How to Make Edible Floral Ice Molds here for all the details.

We dressed up our wine and champagne bucket by creating oversized ice cubes with wildflowers frozen inside. This was such a fun and easy way to decorate and chill the beverages. Learn How to Make Flower Ice Cubes here for all the details.









 

## Food & Dessert

We ordered the food from both The Fresh Market and Whole Foods from their catering department online. It was such a simple process and the food was delicious! This event was in the summertime so we opted for chilled, refreshing food, including chicken salad croissants, shrimp cocktail, grilled and chilled vegetables with balsamic vinaigrette, fresh fruit, and Mozzarella caprese.



The cake was the Chantilly cake from Whole Foods and it was mouth watering good! It is so fresh and light, the perfect summertime dessert!

Our cookies were of course from the infamous @soozcakes and were just as delicious as they were beautiful. They also served as the party favors, as they come prepackaged when ordered ahead and shipped!

RIDE000523

RIDE000524

RIDE000525



## Decor and Florals

Since the theme was Wildflower, it only made sense to dress up the space with tons of beautiful florals. We found these perfect wildflower arrangements at Trader Joe's for an excellent price! I highly recommend their florals for any event. We arranged them the night before to save time decorating on the day of the event.

We printed Wildflower quotes and put in frames around the space. We also had a large Welcome sign printed at Walgreens that we displayed near our games we played outside.

We created a beautiful hanging floral backdrop we hung from our outdoor pergola behind the gift opening area where the Mom-to-Be sat. Check out our post on How to Make Hanging Floral Garland, including a video tutorial, to see how we created this beautiful backdrop.



We dressed the outdoor tables with flowers and chiffon table runners to keep things simple, beautiful, and on theme.



RIDE000526



RIDE000527

THE *skinny* ARM

Search... | Search | SUBSCRIBE

HOME    ALL    LIFESTYLE    PARTIES    TRAVEL    SHOPS    ABOUT    CONTACT    *The Blogger Brunch*



# LITTLE WILDFLOWER BABY SHOWER

*June 12, 2023*    *Parties*    *Lifestyle*



Recap and sources from my wildflower-themed baby shower!

Baby Shower time! I can't believe my baby shower is over and now we are busy prepping for the arrival of our sweet baby girl!



I want to share all the details, in time, but for today, I'm going to share an overview and vendor information for any of my local Dallas gals who want to use the same vendors for your upcoming events.



RIDE000575





A few of my girls hosted the sweetest baby shower for me (and graciously let me help with the planning, even though I'm sure I drove them crazy!). My theme was "a little wildflower is on the way!" I had seen the theme mentioned online or in a few photos, but nothing like what I wanted to do, so I had to run with it!







I wanted a slightly non-traditional shower...no opening gifts, please! My husband and I got **married in 2020**, so that meant an intimate wedding and very few official wedding festivities leading up to the big day. I wanted to make up for that with a little bit of a friend reunion baby shower! I had more ladies at my shower than we had guests at our wedding and it was so fun!



I'll share more about our menu and food items, but the cake was the star of the show! It was from Dallas Affaires in Lakewood, and was "so" good! Of course, I had to go strawberry flavor and it was perfect. Dallas Affaires also did my cake for my **Gender Reveal Party** and it was amazing!

RIDE000577



Our arched backdrops and balloons were provided by **Balloonish** and they were fabulous! I ordered the sign decals from Etsy and they worked beautifully.



RIDE000578



We ended up having two or three focal points of the shower. This small food outpost in the kitchen started as the beverage table, but we ended up displaying the second cake from Dallas Affaires here as well! Due to the number of guests at the shower, I had a faux cake (two tiers, with the dried florals on it)and a real cake to serve to the guests. This was the real cake...since it was beautiful as well, I decided to add a few blooms to the top and use it for a fun name reveal to my hostesses and my mom and MIL as a fun surprise. I'll share more about the name reveal in a separate post.









The punch was absolute perfection (so delish!) and one of my hostesses created it and did such a great job! I'll share details in a **separate post**, but it was a **Strawberry Lemonade Spritz**, complete with edible floating flowers.





Everyone loved the sugar cookies! They were actually ordered online from a bakery in Florida by one of my hostesses and they turned out so cute!



Again, our balloons were by Balloonish and were fabulous. We originally planned to do a multicolor display with flowers, and something totally different; we had to shift last minute, and it all worked out just fine! My biggest event advice is always: be ready to roll with whatever happens! :)







My beautiful shower hostesses! Thank you to these ladies for the most special day celebrating baby girl!



Truth be told, I do not enjoy "shower activities" so I was pretty adamant about not playing games or making all of my guests sit through an hour of me opening presents, but I did want to have a special activity to celebrate baby girl and have a way to remember each of the sweet women who were able to come to the shower. We created a "Prayers for Baby" station and it was so sweet to be able to read all of the notes to baby girl! I was CRACKING UP at this note from a family member and friend! She has a sense of humor and her prayers for baby include that baby loves to have her photo taken and enjoy a good party (because her mom is going to insist on both! lol).

RIDE000582

HOME   MOM ⌄   BABY ⌄   TODDLER ⌄   PRESCHOOL ⌄   FAMILY   ABOUT   CONTACT

  




MAISONETTE                                              SHOP NOW

BABY, BABY DEVELOPMENT, BABY PRODUCTS, FAMILY, LATEST, MOM, PARENTING, TODDLER, TODDLER GEAR

# A Wild One Birthday Party

September 13, 2023



  App, Classes & Grown-Up Guide  

Are you wanting to have a "Wild One" birthday theme for your baby's first birthday?

This theme is perfect for your adventurous little one and will make for a memorable first birthday party.

In this blog post, I'll share some tips and ideas to help you throw the perfect "Wild One" theme first birthday party!

My baby just turned one and I couldn't believe it! Where had the time gone?



### Tess Moulton

BLOG CREATOR

Hello! I'm Tess, a preschool teacher turned mom, and I love discovering and creating fun ways to keep kids engaged and learning! Welcome!

Tess Moulton

## My Personal Favorites


Pregnancy Must-Haves: Essential Guide for 2024

Read More »


55 Brain Development Activities For Your 2-Year-Old

Read More »


Top Picks: Preschool Teacher-Approved Books for One-Year-Olds

Read More »

## Sponsor


Montessori inspired, minimal & modern.

Now I knew my son didn't particularly care about having a birthday party quite yet, but I totally wanted to celebrate this huge moment!

**Related Article:** First Birthday Wishes For Your Son

My husband and I often joke that our son is like a bear; he is a chunky little dude, he grunts a lot, and he has giant baby hands that look like bear paws when he crawls.

So naturally, doing some kind of a woodsy theme seemed just right.

I'm all for a pun, and so when I came across the "Wild One" theme, I knew it was perfect!

I began to scour the internet for ideas, and got to work!

I made a few decorations, found some fun things off Amazon, and I was ready to party!

Here is how I threw my son a Wild One Birthday!



*This post contains affiliate links, which means I may receive a small commission at no cost to you if you purchase through a link.*

## Send out the invitations

Sending out invitations is the first step to any party, and it's a great time to announce your theme.

There are plenty of "Wild One" themed invitations available online, or you can choose to make your own.

I found mine off of Zazzle and printed the invites through Walmart.



Engage



Explore











RIDE000513

Use animal print patterns or incorporate forest-inspired colors, like green and brown.

Don't forget to include all the important details, such as the date, time, and location of the party!

### Set the scene with decorations

Transform your space into a forest with decorations inspired by the great outdoors.

Think greenery and wood to create a nature-inspired feel.

A DIY balloon garland can also add a pop of color and whimsy to your party.

Hanging a "Wild One" banner is another great decoration idea.

Add some animal toys around the room to complete the theme!

My son had several forest animal stuffies that we used to decorate!

Etsy had this cute National Parks template that I used to make a sign for welcoming guests to the party!



I used cardboard to cut out the signs and then painted them so that they would resemble trail signs.



RIDE000514

I made this cute little banner out of paper and yarn to hang on my son's highchair.



And of course, I had to display my son's monthly milestones pictures!

It is so fun to see them all side by side and to see how much he has changed!



Here are some other decoration ideas I found:

Woodland Decorations



One Banner



Wooden Animals (Varying Sizes)



RIDE000515

Wild One Balloons



Wooden Happy Birthday Banner



Balloon Kit



Animal Figurines



Party Signs



RIDE000516

## Serve Up Some Wildly Delicious Food

When it comes to food, you can really get creative with the "Wild One" theme.

Serve up some classic forest-inspired foods such as berries, trail mix, and meat kabobs.

My husband barbecued several different types of meat to serve for our guests. We paired that with chips, salad, watermelon, and coleslaw.

We opted to serve a full meal for the party, but there are so many cute little snacks and treats you can make and serve:

- Have a bowl of plain potato chips and label them as "Wood Chips"
- Make an array of berries and label them as "Forest Berries"
- Pretzel Sticks could be labeled as "Twigs"
- Put large marshmallows on skewers, dip them in chocolate, and roll in graham cracker crumbles for "S'mores on a Stick"
- Using corn syrup, attach a mini golden Oreo to the base of a chocolate kiss. On top of the golden Oreo, use corn syrup to attach a mini chocolate chip to make "Acorns"
- Dip pretzel rods in white chocolate and then drizzle milk chocolate over them to make "Birch Sticks"
- A side of carrots can be "Rabbit Food"
- A bowl of Milk Duds can be "Deer Droppings"
- Unpackage and display Swiss Rolls to make "Fire Logs"
- You can also have out several nuts, m&ms, and raisins to "Make Your Own Trail Mix"

I opted to make a naked cake for my son's smash cake and made a simple little cake topper to put on top.



Here are the paper products and utensils I used:

Wooden Cutlery Set

Wood Grain Paper Plates

Tablecloth

Cupcake/Food Stand

Wild One Cake Topper

### Activities

Be sure to plan some fun and creative activities that will let the kids unleash their wild side!

Set up a craft table where kids can make their own animal masks or nature-inspired headbands.

You could also create a "wild" scavenger hunt or set up an animal-themed obstacle course in your backyard.

Rock climbing, boulder hopping, and tight-rope walking activities could also be enjoyable for kids of all ages.

A photo booth with animal props is another fun idea.

You can also set up a sensory table, filled with natural materials like sand, leaves, and pinecones.

**Related Article:** Easy and Exciting Activities for One-Year-Olds

RIDE000518

Here are some resources for activities:

Bean Bag Toss



Photo Booth Props



Make A Woodland Animal Sticker



Coloring Book



Home    **Articles**    Store    About    Collaborate    **MOM'S FIRST STEPS**    🔍        🛒 ₀

Birthday Party   Jun 13   -   Written By Clarice at Mom's First Steps

# CREATIVE IDEAS FOR WILD ONE FIRST BIRTHDAY PARTY

Your baby is turning one—it's remarkable how quickly that first year passes! As a mom of 5, I've planned my fair share of first birthday parties, and I can tell you that the "Wild One" theme is an excellent choice that captures the adventure of that first trip around the sun. I've seen firsthand how special these milestone celebrations can be for both baby and parents. Here's how to plan a memorable Wild One first birthday celebration that will impress your guests and create special memories during this milestone first birthday celebration.

Before diving into the details, you might also find our complete first birthday planning guide helpful for timelines and checklists, or explore creative first birthday gift ideas that your little one will truly enjoy.

*This post may have affiliate links, which means I may receive commissions if you choose to purchase through links I provide (at no extra cost to you). As an Amazon Associate, I earn from qualifying purchases. Read more about these links in my disclaimer policy.*

## WHAT IS A WILD ONE FIRST BIRTHDAY THEME?

The Wild One theme is a safari or jungle animal concept celebrating your child's first year of development. Popular since 2018, it works well regardless of season or gender.

This theme incorporates animal motifs like lions, elephants, giraffes, and monkeys with natural elements, greenery, wood textures, and earth tones. It centers around adventure and exploration—an appropriate metaphor for a child discovering the world.









RIDE000528







What makes this theme effective is its adaptability. You can choose a whimsical approach with cartoon animals or a sophisticated style with realistic safari elements.

If you're looking for more first birthday themes, we have plenty of creative options to explore.

## PLANNING YOUR WILD ONE FIRST BIRTHDAY PARTY: ESSENTIAL TIMELINE

Early organization reduces stress. Here's an effective timeline:

2-3 Months Before:

- Secure your venue
- Finalize your guest list
- Order essential decorations that might require extended shipping

1-2 Months Before:

- Distribute invitations
- Book a photographer if desired
- Research decoration ideas

2-4 Weeks Before:

- Plan your menu
- Purchase non-perishable supplies
- Order or plan the cake
- Select the birthday outfit

1 Week Before:

- Confirm RSVPs
- Complete decoration purchases
- Prepare your home if hosting there

Day Before:

- Set up decorations that can be arranged in advance
- Prepare food items that can be made ahead
- Ensure all electronics are charged



Complete as much preparation as possible the day before to avoid morning stress.

## WILD ONE FIRST BIRTHDAY INVITATIONS AND ANNOUNCEMENTS

Invitations establish the theme for your event. Both digital and physical options have advantages:

Digital Options:

- More economical (often free)
- Environmentally conscious
- Simplified RSVP tracking
- Can include direct links to registry information

Printed Options:

- Provide a tangible keepsake
- Better suited for older relatives
- Can incorporate textural elements
- Serve as additions to memory books

---

**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.

---



Buy on Amazon





RIDE000530

• • •

Include essential information: date, time, location, RSVP details, and special instructions.

Effective wording examples:

- "Our little animal is turning ONE!"
- "[Name] has been wild for ONE whole year!"
- "The safari continues as [Name] turns ONE!"

Quality templates are available on Etsy, Canva, or Zazzle.

## STUNNING WILD ONE FIRST BIRTHDAY DECORATIONS

Decorations bring the Wild One theme to life. Combine store-bought items with DIY projects for impressive results without significant expense.

Statement pieces:









• • •



- Balloon garlands in jungle colors (green, tan, brown with gold accents)
- "WILD ONE" letter banner



RIDE000531

Cardboard cutouts of safari animals

Table decor:

- Burlap table runner with artificial greenery
- Stuffed animals as centerpieces
- Animal print paper plates and napkins
- Wooden serving trays for a natural aesthetic









### Subscribe to Mom's First Steps!

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.



RIDE000532





Photo opportunities:

- Backdrop created from a green tablecloth, artificial vines, and paper leaves
- Photo props including safari hats, binoculars, and animal masks
- "ONE" sign constructed from cardboard and animal print paper

A cost-effective approach: purchase plastic animals from the dollar store and apply gold spray paint to enhance their appearance.

## WILD ONE FIRST BIRTHDAY OUTFIT IDEAS FOR THE BIRTHDAY STAR

The birthday outfit will feature prominently in keepsake photographs. Whether you're planning for a first birthday girl or a first birthday boy, choosing the perfect first birthday outfit is essential.

For girls, animal print tutus paired with a "Wild One" onesie create a charming look.











RIDE000533

For boys, khaki shorts or pants coordinated with a safari shirt or animal print suspenders work well.





Buy on Amazon





Practical recommendations:

- Prepare a backup outfit (cake gets messy)
- Consider foregoing shoes as children often remove them
- Test headpieces before the event
- Prioritize comfort—uncomfortable children don't photograph well

## DELICIOUS WILD ONE FIRST BIRTHDAY FOOD AND CAKE IDEAS

Food primarily serves adult guests but can complement your theme. Simple finger foods with jungle-themed names work well:

- "Giraffe Bites" (cheese cubes)
- "Monkey Munchies" (banana chips and fruit)
- "Crocodile Sandwiches" (cucumber sandwiches)
- "Safari Snack Mix" (Chex mix with animal crackers)
- "Watering Hole" (punch bowl with decorative elements)

The smash cake serves as the centerpiece. Consider ordering one from a local bakery if you're not confident in your baking skills. For more inspiration, check out our first birthday cake ideas for creative designs that will wow your guests.



RIDE000534



For reduced-sugar options, discuss alternatives with your baker like banana cake with light cream cheese frosting.

For adult guests, prepare a simple sheet cake with buttercream frosting and add plastic animals on top to create a safari scene. If you're looking for other sweet themes, consider a Sweet One first birthday, berry first birthday party, or even a donut birthday party theme.

## MEMORABLE WILD ONE FIRST BIRTHDAY ACTIVITIES AND GAMES

One-year-olds have limited capacity for organized activities, but a few simple planned activities help entertain older children and provide structure. For more ideas on keeping little ones entertained, explore our first birthday games guide.

Successful activities:

- Safari Scavenger Hunt: Hide stuffed animals for older children to find using miniature binoculars.
- Animal Sound Game: Play animal sounds and mimic them together.
- Sensory Play: Fill a container with dried beans and hide plastic animals inside.
- Photo Booth: Create a simple backdrop with props like safari hats and animal masks.

**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...                                    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.



what to expect.    Sign Up

Getting Pregnant ∨   Pregnancy ∨   First Year ∨   Toddler ∨   Family ∨   Baby Names ∨   Registry ∨   Baby Products ∨   Community Groups ∨   News

Advertisement

**First Year**

# Host a 'Wild One' Birthday That's a Roaring Good Time

by **Maryn Liles**
✔ Fact-Checked by **Caroline Picard** | November 29, 2023



Getty

Lean into animal prints and jungle decor for a totally wild first birthday celebration.

Advertisement

📖 **IN THIS ARTICLE**

**Wild One birthday party decorations**

📍 **Wild One birthday party food**

**Wild One birthday party games**

**Wild One birthday party favors**

A baby's first year is often anything but tame, which is one of the reasons why a "Wild One" birthday party theme is so fitting.

"It's been a wild year between birth and all of baby's first-year milestones — not only for the baby, but also for the parents," says Arpie Mikaelian, an event designer, mom of two and founder of ARPiggy . "To have reached the first year is an accomplishment for all parties."

AD

🏥 Boston
Children's
Hospital

Where the world comes for answers

From playful, animal patterns to jungle-inspired accents, a Wild One first birthday party will give you tons of opportunities to get creative with your decor, smash cake and other party accents. "Wild One is such a great theme because there is always a way to add a twist or use a new color combo for a fresh take," says Andrea King, party planner and

founder of King Event Design.

Read on for professional advice on how to plan a first birthday party that brings your Wild One theme to life. Plus, get tons of unique first birthday ideas, decor and food inspo that'll guarantee everyone has a roar-ing good time.

## Wild One birthday party decorations

### Lean into animal prints for invites and decor



Animal prints are a must for any Wild One birthday party. Adorn your party invites with cute critters — like elephants and tigers — and set the scene day-of with a welcome sign decked out in a variety of patterns, from zebra stripes to cheetah spots and more.

"You can also incorporate traditional safari colors into your theme, such as green, black, gold, white and beige," Mikaelian says.

### Adorn your space with greenery





Give your houseplants a new home for the day! Forage your home and yard for as many potted plants as you can find, and move them all into your party area to give your space serious jungle vibes fitting for a Wild One birthday. You can even borrow plants from friends and neighbors if you don't have a green thumb yourself.

**Go big with balloons**



Nothing says "party" quite like a gigantic balloon garland. This one — complete with faux leaves, a few animal print accent balloons and a couple of stuffed critters — makes for a striking Wild One birthday focal point and photo backdrop.

**Display toy animals everywhere**



**Related Topics**

First Year    First Year Groups

Advertisement



Small animal figurines — whether they're scattered across your buffet table, perched atop your cake or sitting at each place setting — are one of the easiest ways to bring your Wild One birthday theme to life without breaking the bank! Or, if your child has a few beloved wild animal plush toys, you can incorporate those into your design too, Mikaelian says.

**Use custom colors**



This first birthday party theme can be completely gender-neutral — or you can give it a colorful twist by adding pops of pink and florals throughout your Wild One birthday decor.

**Create an epic photo op**



RIDE000590

Forfête

"A Jeep backdrop is a great addition to any Wild One birthday party," Mikaelian says. You can even DIY your own out of cardboard — complete with a custom license tag! It makes an adorable spot for partygoers to take pics with the guest of honor.

### Monkey around with Wild One table decor



ARPiggy

Jazz up your Wild One place settings with cute monkey-shaped cut-outs made from construction paper. You can also print out safari-themed coloring pages and incorporate boxes of crayons into each place setting for a more interactive take on this idea.

## Wild One birthday party food

### Serve treats in true safari style



RIDE000591



Wooden trays, animal print cupcake wrappers and a few stuffed animals will take your buffet table to the next level without tons of extra effort.

### Tie your Wild One birthday look together with printables



"Look for small businesses that offer custom labels that coordinate with your theme and colors," King suggests. "These are a great way to dress up even the most basic cupcakes, chocolate or candies."

Advertisement

### Feed your pride with a lion-shaped veggie tray



RIDE000592

Montgo Farmhouse

Guests will be roar-ing with excitement when they spot this lion-shaped veggie tray. Use carrot sticks and sliced bell peppers for the mane, hummus for the face, crackers for the eyes and cucumbers for the nose and whiskers. It's an easy (and healthy!) way to make your buffet table stand out and take your Wild One birthday theme to the next level.

**Offer refreshments at the local "watering hole"**



Clever signage, like "watering hole" on the water and "jungle juice" on the punch, is a quick way to transform a simple beverage station into a party highlight. The best part: It only requires two drinks: a batch of a colorful, kid-friendly beverage (such as a Kool-Aid or Gatorade mix) and infused water.

**Serve a totally wild birthday cake**



RIDE000593

Baked by Lacey

No Wild One birthday cake would be complete without a few animals in party hats! "Your favorite bakery or cookie artist can help add little pieces of themed edible art to your sweets table," King says. Icing that resembles foliage adds to the effect.

Remove the top tier and give it to your baby to smash, and save the bottom tiers to serve to guests.

## Wild One birthday party games

**Encourage exploration with safari gear for little ones**



AllFiggy

For any youngsters in attendance, a rack of safari vests they can wear during your event will get them into the Wild One birthday spirit. Set out a few magnifying glasses nearby so they can pretend they're true explorers. "Kids can also cosplay with various wild animal costumes, ranger outfits, hats, binoculars and masks," suggests Mikaelian.

**Create an adventure-worthy craft station**

