# Exhibit 5



Search for woodland animals nursery

Log in   Sign up

Explore

# Animal baby room

Discover Pinterest's best ideas and inspiration for Animal baby room. Get inspired and try out new things.

1k people searched this · Last updated 1d


Benjamin Nursery  Baby In Nursery
Baby Nursery Designs 2025 with...
Introduction Designing a nursery i...


Nursery Jungle Theme  Sage Green
Safari Nursery 2


Nursery With Greenery  Sage Safari
Nursery With Greenery


Nursery Themes Safari  Jungle The
Nursery Themes Safari


Jungle Safari Kids Room Decor  Kid
Jungle Safari Kids Room Decor


Cute Nursery Ideas Gender Neutral
Cute Nursery Ideas Gender Neutral


Dinosaur Baby Room Ideas  Simple
31 Inspiring Baby Boy Nursery...
If you've been stuck between...


Animal Print Rug Nursery  Animal R
Animal Print Rug Nursery


Jungle Room  Jungle Nursery  Ba
A Modern Jungle Nursery in Every...
Tour a baby girl nursery that adds ...


Animal-themed Baby Room Inspiration
Animal-themed Baby Room...


Baby Room Inspiration Ideas  Safari
Baby Room Inspiration Ideas


Baby Boy Rooms Forest Theme  For
21 Stunning Nursery Decor Ideas...
Transform your baby's room with...


Woodland Nursery Wallpaper Boy
Woodland Nursery Wallpaper Boy


Safari Nursery Green Accent Wall
Safari Nursery Green Accent Wall


Dinosaur Themed Nursery Boy  Nu
16+ Charming Baby Boy Nursery...
Baby Boy Nursery Themes Ideas:...







    

## Related interests

    

See more

Animal baby room and more

## Explore related boards

    

**Baby Room** — Dessi Starhovska — 16 Pins · 1d
**nursery** — Julia Wersel — 80 Pins · 3d
**Baby room inspiration** — Digital Wall Art WildThingsPrintCo — 1.2k Pins · 2d
**Home Decor** — Wendy Nicole Cerda Cabrera — 990 Pins · 8h
**Baby stuff** — Samantha Davis — 41 Pins · 4d

## Ideas like this

    

   


















