# Exhibit 6 to Lichtman Decl. Provisionally Filed Under Seal