# Exhibit 7 to Lichtman Decl. Provisionally Filed Under Seal