# Exhibit 8



New Arrivals    Classes & Events ⌄    Baby & Toddler ⌄    Parents ⌄    Carriers ⌄    Lifestyle ⌄    Registry ⌄      0



Shop / Buckle Carriers / WildBird Aerial Carrier

# WildBird Aerial Carrier

**$178.00**

or 4 installments of **$44.50 USD** by afterpay  More info

**Color:** Desert Lark



Quantity

−  1  +

**Add to cart**

**Add to Registry**

Free shipping over $100*     Environmentally and ethically responsible

     

Our most supportive baby carrier that is simple and intuitive to use. The perfect first-time baby carrier and beyond. Beautiful design combined with technical features for maximum comfort to carry babies from newborn to 45lbs. The Aerial Carrier is designed for front carry (facing inwards) and back carry.

Share:   Facebook  Twitter  Pinterest  Google+  Email

## Related products

   

Sale

Sale

Sale

Sale

Didymos Woven Wrap - Waves Silver
From $87.00 $145.00

Girasol Woven Wrap - Piedra
From $59.40 $99.00

Didymos Woven Wrap - Lisca Emerald
From $150.00 $172.00

Cassiope Woven Wraps - Castalia Carbone
$99.00 $179.00

Back to the top

NEWSLETTER

Sign up to receive the latest on new products, sales and events.

Email address        Sign up

ABOUT US

Work With Us
The Wild Blog
Classes & Events
FAQs

CUSTOMER CARE

Contact Us
Shipping Policy
Return Policy
Gift Cards

Copyright © 2025 The Wild.
Theme by Clean Themes. Ecommerce Software by Shopify

       

