# Exhibit 9

🔒 **PageVault**

| | |
|---|---|
| Document title: | 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings (2024) — Sustainably Chic |
| Capture URL: | https://www.sustainably-chic.com/blog/sustainable-baby-carriers |
| Page loaded at (UTC): | Thu, 28 Aug 2025 18:04:23 GMT |
| Capture timestamp (UTC): | Thu, 28 Aug 2025 18:05:15 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 15 |
| Capture ID: | 96uA73UmYLP5sAtBt9SMYP |
| Display Name: | ketterlingc |

WILDBIRD0001046

SustainablyChic™    SEARCH 🎤 🔍

FASHION    BEAUTY    LIFESTYLE    BRANDS

July 22, 2024 · Eva Astoul

# 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings (2024)



Image: LILLE Baby

Disclosure: Some of the links below are affiliated; we may earn a small commission if you click through and make a purchase. We only feature brands that align with our values and contribute to a better world. Thank you for supporting these brands - and us!

# THE BEST SUSTAINABLE BABY CARRIERS

# THE BEST SUSTAINABLE BABY CARRIERS

Whether we choose a sling, a wrap, or a more structured model, baby carriers are an essential tool to have around when we welcome a new baby into our families.

Humans have been using them for centuries to keep their babies safe and close as they move and are out and about in the world.

Carriers help us create a deep bond and connect with our babies, all while freeing up our hands. They allow us to get things done and provide our babies with the contact they need to feel calm and secure.

Unfortunately, many baby carriers are produced with unsustainable fabrics like polyester. Several also contain hazardous chemicals like flame retardants or toxic water and stain repellents.

But thankfully, more and more brands have been making healthier, more sustainable options so that we can safely bring our little ones with us wherever we go.

In this article, we have selected 11 sustainable brands selling high-quality, ergonomic baby carriers, wraps, and ring slings. Let's make babywearing healthy and sustainable together!

## WHAT MAKES A BABY CARRIER SUSTAINABLE?

A sustainable baby carrier is one made with eco-friendly materials and dyed using non-toxic, low-impact dyes (or undyed).

It should also be free of hazardous substances or chemical treatments. The best way to ensure the carrier is 100% healthy and safe to use is to look for models certified Standard 100 by OEKO-TEX.

Of course, a sustainable baby carrier is also compliant with the CPSIA and ASTM safety standards. But it should also be built to last and of very high quality, because we do not want it to rip when we are carrying our little one!

Finally, it should be made by a company that provides its employees with a safe working environment, pays them fair wages, and treats them humanely.

## WHAT NON-TOXIC MATERIALS SHOULD YOUR BABY CARRIER BE MADE OUT OF?

The best sustainable fabrics for baby carriers, ring slings, and wraps are GOTS-certified organic cotton, hemp, and linen.

There are also great options made from TENCEL lyocell, TENCEL modal, or bamboo fabric crafted with bamboo grown organically in responsibly managed forests.

Some brands also make their carriers from recycled materials, like recycled polyester produced from old plastic bottles.

There are also great options made from TENCEL lyocell, TENCEL modal, or bamboo fabric crafted with bamboo grown organically in responsibly managed forests.

Some brands also make their carriers from recycled materials, like recycled polyester produced from old plastic bottles.

# OUR TOP PICKS FOR NON-TOXIC, SUSTAINABLE BABY CARRIERS:



## 1. Boba

Materials: Bamboo, Organic Cotton

Price: $40 - 160

Boba has been creating practical baby carriers using thoughtfully selected materials for the past 15 years. It has a great selection of wraps we can use for newborns and babies up to 18 months, as well as more structured carriers for toddlers up to 36 months.

The brand has been closely working with experts to design products that are good for both parents' and babies' bodies.

Each of its carriers promotes healthy hip and spine development for our little ones, and Boba has even been certified hip-healthy by the International Hip Dysplasia Institute.

The company's products enable a front carry position facing the wearer, but its more structured carriers also have a back carry option, which makes them very practical. Plus, they are all machine washable and breastfeeding-friendly.

Boba's wraps are also very adaptable and flexible, and the structured carriers have double-adjustable shoulder straps and an alterable waistband that allows for a perfect fit for both plus-size and petite wearers.

Boba's baby carriers and wraps are made from cotton, nylon, or more eco-friendly fabrics like organic cotton and bamboo viscose. You can also choose from beautiful colors and fun prints featuring constellations, rainbows, mountains, or cute animals.

We've made sure to link the organic and bamboo carriers to this post for the most sustainable option they offer.

SHOP BOBA SUSTAINABLE BABY CARRIERS



## 2. LILLE Baby



Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT
Page 3 of 14
WILDBIRD0001049



## 2. LILLE Baby

Materials: Linen, Organic Cotton, Modal, Cotton, Polyester

Price: $40 - 170

LILLE Baby is on a mission to empower families with comfortable, innovative baby carriers that will encourage them to go on adventures with their little ones. The brand offers a wide range of carriers for every growth stage, body, and lifestyle. It has many options for infants and toddlers up to 45 lb, as well as carriers designed for children from 25 to 60 lb.

LILLE Baby's flagship product is its COMPLETE 6-in-1 carrier, which is everything you need to carry your baby from birth through the toddler years! It is available in five versatile styles and features a classic design, six ergonomic carrying positions, and great lumbar support.

The company sells many other baby carriers, including beautiful slings and wraps that are all very breathable, lightweight, and comfortable. All of them are CPSIA-compliant and ASTM safety-certified, and they are free of harmful substances like lead, phthalates, flame retardants, or toxic dyes.

Many of the carriers are made of cotton and polyester, but you can also choose models made from organic cotton, modal, or linen. All the fabrics used are very soft and durable!

SHOP LILLE BABY SUSTAINABLE CARRIERS



## 3. Nuna

Materials: Cotton, Mesh Fabric, Organic Cotton

Price: $220 - 400

Nuna is an award-winning company selling high-quality car seats, strollers, and baby gear, including two versatile baby carriers. These are recommended for newborn babies up to 3-year-old children, provide ergonomic positioning and promote a healthy spine and hip development as your child grows.  Both offer a front carry position with your baby facing in or facing out, but you can also have them on your back or in newborn mode.

Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT

WILDBIRD0001050



old children, provide ergonomic positioning and promote a healthy spine and hip development as your child grows.  Both offer a front carry position with your baby facing in or facing out, but you can also have them on your back or in newborn mode.

They have magnetic buckles that automatically lock into place for a secure attachment, and each of them comes with two GOTS-certified organic cotton bibs.

Nuna makes sure to include head support, an attached hood to protect babies from the elements, and innovative leg openings that easily adjust for a customized fit for smaller babies. The baby carriers are very comfortable to wear with their padded shoulder straps and adjustable buckled waistbands, and they distribute the baby's weight evenly.

The brand makes its CUDL baby carrier from OEKO-TEX-certified fabric, so it is completely free of toxic substances. Both carriers are also crafted with mesh fabrics allowing air to flow, which is ideal for the warmer months. Some of the styles also feature an ultra-soft, mercerized cotton fabric.

SHOP NUNA SUSTAINABLE BABY CARRIER





## 4. Tula

Materials: Hemp, Linen, Cotton, Bamboo Viscose

Price: $99 - 578

Tula sells functional, ergonomic, and stylish baby carriers that are made to withstand the wear and tear of our lives with kids.

There are six different models to choose from, all of which are available in a huge selection of colors and expressive prints.

You can pick bright or muted colors, fun and fancy geometric patterns, multicolored designs, or the most adorable prints featuring cute animals, flowers, and many more!

Tula has different models intended for use for newborns and toddlers, but it also has different styles made for bigger babies and even extra-large carriers for preschoolers (up to 70 pounds). You can also buy one of its beautiful handwoven ring slings: they are ultra-soft and adjustable to fit babies from 8 to 35 lb.

Tula even sells ultra-compact, travel-friendly carriers that fold into their attached storage waistband when not in use. Perfect for parents who are constantly on the go!

The brand makes its baby carriers using cotton, linen, hemp, or bamboo viscose, so they are all very breathable. They can also be adjusted to comfortably fit a wide range of body types.

WILDBIRD0001051

Tula even sells ultra-compact, travel-friendly carriers that hold into their attached storage waistband when not in use. Perfect for parents who are constantly on the go!

The brand makes its baby carriers using cotton, linen, hemp, or bamboo viscose, so they are all very breathable. They can also be adjusted to comfortably fit a wide range of body types.

( SHOP TULA SUSTAINABLE BABY CARRIERS )

## 5. Stokke

Materials: Cotton, Linen

Price: $149 - 189

Stokke is a Norwegian company creating high-quality strollers, high chairs, and other nursery essentials that are designed to grow with your child. It offers two models of baby carriers for infants and toddlers, available in an array of timeless, beautiful patterns and neutral colors. Both of them are adjustable as your baby grows, are very easy to use, and provide ergonomic support and comfort.

Their front and back carrying options will give you a lot of flexibility, and with the Limas Carrier, you can also carry your baby on your hips! The Limas Carrier Flex even allows you to turn it into an onbuhimo, a traditional Japanese carrier, by simply removing the waist belt.

Stokke makes its baby carriers from 100% cotton, except for one of its designs, which is crafted from a blend of linen and cotton. The fabrics are breathable and made to last for years, and they are certified OEKO-TEX Standard 100, meaning they are free of harmful and toxic substances.

Both carriers have also been recognized as hip-healthy products by the International Hip Dysplasia Institute, so they are 100% safe to wear.

( SHOP STOKKE SUSTAINABLE BABY CARRIERS )

## 6. hope&plum

Materials: hemp & organic cotton

Price: $80 - 285

Hope&Plum handcrafts all of their carriers in Minnesota, so if you are looking to support an American made brand, this is great option! We

WILDBIRD0001052

Materials: hemp & organic cotton

Price: $80 - 285

Hope&Plum handcrafts all of their carriers in Minnesota, so if you are looking to support an American-made brand, this is great option! We also love that they are size-inclusive and create carriers for all different body types.

Pictured is one of their most sought-after baby carriers, the Lark. Meticulously designed to adapt alongside your growing child, The Lark provides versatile carrying options that allow for both front and back carrying positions. This flexibility makes it suitable from the earliest months to toddlerhood, ensuring that you can keep your little one close, whether they are a tiny infant in need of soothing or an active toddler ready for adventure. Available in two distinct sizes, The Lark offers a snug and customizable fit for parents of various body types, maximizing comfort during extended wear.

use code **SUSTAINABLYCHIC10** for 10% off your purchase

SHOP HOPEANDPLUM SUSTAINABLE BABY CARRIERS

## 7. Wildbird

Materials: Linen, TENCEL Modal, Polyester, Nylon

Price: $55 - 268

Wildbird is a sustainable baby carrier brand selling beautiful ring slings and more structured carriers. Its ring slings are made from 100% European linen or a blend of TENCEL modal and linen dyed with low-impact dyes.

Recommended for babies from 8 to 35 lb, the slings are great for quickly getting toddlers in and out and allow for multiple carrying positions. They are also very versatile as they can fold compactly into diaper bags and can be used as nursing covers or sunshades.

Wildbird also has a structured buckle carrier you can use to carry your baby in the front or on your back. It is made in a Fair Trade factory using natural linen as well. The carrier features padded cross-back straps, a folding hood, and a waist belt for comfort. Plus, it comes in two sizes and provides full lumbar support.

Wildbird only uses long-staple linen fibers, resulting in stronger yarns and extremely smooth and supple weaves. They are sourced from Europe's oldest linen factory (founded in 1778) and are extremely

back straps, a folding hood, and a waist belt for comfort. Plus, it comes in two sizes and provides full lumbar support.

Wildbird only uses long-staple linen fibers, resulting in stronger yarns and extremely smooth and supple weaves. They are sourced from Europe's oldest linen factory (founded in 1778) and are extremely durable and absorbent.

The brand is CPSIA and ASTM-compliant, and its slings and carriers have been acknowledged as "hip-healthy" by the International Hip Dysplasia Institute.

( SHOP WILDBIRD SUSTAINABLE BABY CARRIERS )

## 8. Ergobaby



Materials: Recycled Polyester, Cotton, Viscose, Polyester

Price: $39-249

Ergobaby creates innovative, ergonomic baby products, from strollers to bouncers to different baby carriers.

There are many styles of structured carriers to choose from, including all-in-one models that provide all the carrying options you need as your baby grows from newborn to toddler.

Ergobaby makes sure to include many practical details in its carriers, including comfortable padded shoulder straps, side pockets, privacy hoods, and lumbar support waist belts.

We particularly recommend the brand's Aerloom baby carrier, which is made from GRS-certified post-consumer recycled polyester yarns. It is also produced in limited quantities to avoid overproduction and unsold inventory. Plus, some of Ergobaby's carriers received the OEKO-TEX Standard 100 certification.

Ergobaby also sells different baby wraps featuring a viscose fabric made from eucalyptus and acacia trees. It even has hip seats that are very convenient to use in every new mom's daily life!

The brand's baby carriers won many awards, and they were named "best baby carriers overall" by Forbes. Ergobaby also regularly supports nonprofits promoting the well-being of babies and parents, and you can even shop for refurbished carriers on the brand's website!

( SHOP ERGOBABY SUSTAINABLE BABY CARRIERS )

## 9. Baby K"Tan



SHOP ERGOBABY SUSTAINABLE BABY CARRIERS

## 9. Baby K'Tan

Materials: Organic Cotton

Price: $70

Baby K'Tan is a babywearing brand that created a ready-to-wear wrap allowing us to wear our babies in multiple positions without complicated buckling, adjusting, or wrapping.

The carriers have a patented double-loop design that includes two loops connected by a third smaller one.

They function as a sling, wrap, and baby carrier all at the same time, but without the complicated steps. We simply need to slip the carrier on like a shirt in three simple steps, and we are good to go!

Baby K'Tan's carriers can be worn five different ways, and we can even breastfeed our babies using them. They are recommended for use with babies from 8 to 35 lb and are available in sizes XXS to XL.

The brand designs its carriers in many solid colors, as well as several beautiful prints. They are machine washable and are made from organic cotton, cotton, or a blend of synthetic fabrics. We've made sure to link up the *organic cotton carrier for the most sustainable option!

Baby K'Tan carriers are recognized as a hip-healthy product by the International Hip Dysplasia Institute, and the ergonomic positions they offer promote healthy infant development.

The brand won numerous awards for its baby carriers, and it devotes a percentage of the proceeds from all sales to the American Heart Association and the National Down Syndrome Society!

SHOP BABY K'TAN SUSTAINABLE BABY CARRIERS

## 10. Oscha Slings

Materials: Organic Cotton, Linen, Bamboo Viscose, Silk, BCI Cotton, Hemp, Wool, Cashmere, Cotton, Recycled Yarns, TENCEL Lyocell

Price: $89 - 379

Oscha Slings has been an expert in baby slings, wraps, and structured carriers for more than ten years. It sells an incredibly wide range of

WILDBIRD0001055



Price: $89 - 379

Oscha Slings has been an expert in baby slings, wraps, and structured carriers for more than ten years. It sells an incredibly wide range of products, featuring gorgeous styles and colors.

From floral prints to vibrant tones, there are styles for everyone.

It even got exclusive rights from Middle-Earth Enterprises to create a unique collection of wraps, slings, and carriers inspired by The Lord of the Rings and The Hobbit!

Its ring slings and baby wraps are infinitely adjustable, and its Cairis carriers are very quick and easy to put on. They are very soft and practical and can be used by multiple caregivers.

Oscha Slings' products are all ethically handmade in the British Isles using responsibly sourced yarns, including hemp, linen, organic cotton, TENCEL lyocell, bamboo viscose, wool, and recycled fabrics.

All the fabrics are cut and stitched in the brand's solar-powered workshop in Scotland and are finished without the use of any chemicals. Oscha Slings also has a zero-waste approach because it collects all fabric scraps and resells them.

The brand is also carbon-neutral, and each sale contributes to growing its grove in the Caledonian forest in the Scottish Highlands!

[ SHOP OSCHA SLINGS AND SUSTAINABLE BABY CARRIERS ]





## 11. Happy Baby

Materials: Linen, Modal, Organic Cotton, Hemp, Cotton, TENCEL Lyocell

Price: $55-189

Happy Baby is a small, family-owned company selling machine-washable baby carriers and wraps, all of which are made by stay-at-home moms in the United States. Its soft, structured carriers are custom woven from linen or a cotton-linen blend, and they are dyed using non-toxic dyes in an array of lovely solid colors.

You can use them for babies ranging from newborn to 45 lbs, and one of the models offers a forward-facing option.

Happy Baby's carriers have a minimal design, are fully adjustable, and can grow with your child. They also feature practical details such as comfortable wide shoulder straps, a purse holder on each shoulder, and an oversized hidden pocket.

newborn to 45 lbs and one of the models offers a forward-facing option.

Happy Baby's carriers have a minimal design, are fully adjustable, and can grow with your child. They also feature practical details such as comfortable wide shoulder straps, a purse holder on each shoulder, and an oversized hidden pocket.

The brand also has a Japanese-inspired waistless onbuhimo carrier, which is designed to support a high back carry position, as well as toddler carriers made from TENCEL lyocell, linen, cotton corduroy, or a hemp-cotton blend.

You can also buy baby wraps made from organic cotton and modal, and different ring slings and wraps from the brand Apple Blossom Wovens.

Plus, Happy Baby donates a portion of the proceeds from every onbuhimo carrier sold to several Japanese charities, and a percentage of all other product sales to other nonprofits.

SHOP HAPPY BABY SUSTAINABLE BABY CARRIERS

---

About the Author



Eva Astoul is a French freelance writer, specializing in content related to sustainability, simple living, and a growth-focused healthy lifestyle. She runs her own blog, Green With Less, to inspire people to live a more minimalist and sustainable life.

---

# MAKE SURE TO PIN THE PHOTO BELOW TO SAVE THIS POST FOR LATER!

WILDBIRD0001057



# THE BEST
# SUSTAINABLE
# BABY
# CARRIERS

WWW.SUSTAINABLY-CHIC.COM

## WANT TO FIND MORE SUSTAINABLE BRANDS?

The Brand Directory features hundreds of sustainable brands approved by us!

We have broken everything down by category for easy shopping, along with discount codes unique to Sustainably Chic viewers.

SHOP THE SUSTAINABLE BRAND DIRECTORY

## RELATED READING YOU MAY ALSO ENJOY:

‹  ›

  

Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT
Page 12 of 14

WILDBIRD0001058



*8 Sustainable Nursing Bra Brands For Eco-Conscious Breastfeeding Moms (2024)*

*Be Festive This Season with These 6 Organic Holiday Pajama Brands*

*11 Natural and Organic Prenatal Vitamins Great for You & Baby (2024)*

Comments (0)

Newest First

Preview    Post Comment...

PREVIOUS

Plant-Based Packaging 101: Exploring the Sustainability Benefits

NEXT

Merging Green: How Circular Economy and Tech Innovations are Shaping Our Future

CLICK HERE TO FIND 200+ SUSTAINABLE BRANDS IN OUR BRAND DIRECTORY

SUBSCRIBE TO OUR NEWSLETTERS

~ we are so glad you are here ~

Sign up below to receive emails filling you in on all things Sustainable Fashion, Beauty and Lifestyle!

Email Address

SIGN UP

Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT
Page 13 of 14
WILDBIRD0001059

Comments (0)

Newest First

Preview     Post Comment...

PREVIOUS

Plant-Based Packaging 101: Exploring the Sustainability Benefits

NEXT

Merging Green: How Circular Economy and Tech Innovations are Shaping Our Future

**CLICK HERE TO FIND 200+ SUSTAINABLE BRANDS IN OUR BRAND DIRECTORY**

## SUBSCRIBE TO OUR NEWSLETTERS

~ we are so glad you are here ~

Sign up below to receive emails filling you in on all things Sustainable Fashion, Beauty and Lifestyle!

Email Address

SIGN UP

BECAUSE *fashion* CAN *exist* RESPONSIBLY

SEARCH   ABOUT   CONTACT   PRIVACY POLICY   TERMS   NEWSLETTER

DO NOT SELL OR SHARE MY INFORMATION