# Exhibit 10

stokke.com

Shop Summer Sale - Up to 20% Off Baby Registry Favorites







# New YOYO® Wild Collection

For those who live bold, love deeply and refuse to fade into the background.

Shop now





Meer informatie

Nieuwe wilde kleuren voor YOYO®
STOKKE®

RIDE000247



# Parenthood, reimagined.

From the concrete catwalk to the corner café, the YOYO® Wild Collection turns every stroll into a statement.







# New YOYO® Wild Collection

For those who live bold, love deeply and refuse to fade into the background.

Shop now