# Exhibit 11 to Lichtman Decl. Provisionally Filed Under Seal