# Exhibit 12

**Page Vault**

| | |
|---|---|
| Document title: | These Are the Perfect Gifts for the New Mom in Your Life - Home & Texture |
| Capture URL: | https://homeandtexture.com/gift-guide-new-mom/ |
| Page loaded at (UTC): | Wed, 27 Aug 2025 18:03:19 GMT |
| Capture timestamp (UTC): | Wed, 27 Aug 2025 18:04:17 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 8 |
| Capture ID: | moCJoyrAM76pTUFxdhpGwK |
| Display Name: | ketterlingc |

WILDBIRD0000430

home&texture

Homeownership    Organize    Decorate    City    Spaces    House Tours    Pitch A Story    Featured



GIFT GUIDES  ⟶  MOTHERHOOD GIFTS

# These Are the Perfect Gifts for the New Mom in Your Life

The arrival of a new baby is a joyful and momentous occasion, and what better way to celebrate the new mom in your life than with a thoughtful gift this holiday season? Motherhood, while incredibly rewarding, can also be extremely taxing. From sleepless nights to endless diaper changes, new moms deserve to be pampered and shown how much they are appreciated.

As you begin your holiday shopping, consider these thoughtful gifts that will make any new mom feel loved and cherished.

- Nest Bedding Luxury Weighted Blanket
- Nespresso Vertuo Pop+ Coffee Machine with Aeroccino by De'Longhi Pacific Blue
- Wildbird Margay Aerial Buckle Carrier
- Wildbird CloudBlend™ Robe
- Potty Pillow

By Kelsey Marie
November 30, 2023 at 7:30 AM PST

SHARE THIS

CapitalOne

Serious cash back for your business

Earn unlimited 2% cash back with Spark Cash Plus



Students get a month of Creative Cloud Pro on us. Ends Sep 1. Buy now    Adobe Creative Cloud



Document title: These Are the Perfect Gifts for the New Mom in Your Life - Home &amp; Texture
Capture URL: https://homeandtexture.com/gift-guide-new-mom/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:04:17 GMT

WILDBIRD0000431

Case 1:25-cv-05099-JGLC   Document 56-22   Filed 08/08/25   Page 4 of 9



Photo Credit: William Fortunato

By Kelsey Marie
November 30, 2023 at 7:30 AM PST

SHARE THIS

   

## For the Home

Gift the new mom in your life with items that will not only beautify her home but make her life easier. Consider a cozy throw blanket for those late-night feedings or a set of luxury sheets to help her get a good night's sleep. A high-quality coffee maker can also be a game-changer for those early mornings. Additionally, consider gifting her with a robot vacuum. This will allow her to spend more time with her baby and less time cleaning up after them.

## Self-Care and Relaxation

A spa gift set, complete with bath bombs, candles, and essential oils, can provide a perfect escape from the demands of motherhood. Alternatively, a gift certificate for a massage or facial can provide a much-needed moment of self-care. Don't forget about the gift of time. Whether that means offering to babysit while the new mom enjoys a night out with her partner or simply offering to help with household chores, the gift of time is priceless.



Photo Credit: Roman Odi

## Practical Gif



Capital One

Serious cash back for your business

Earn unlimited 2% cash back with Spark Cash Plus

Learn More >



home & texture
newsletters

Fancy a bit of home&texture in your inbox? Sign up to our newsletters and we'll keep you in the loop with everything good going on in the creative world.

your email address

SUBSCRIBE →


Students get a month of Creative Cloud Pro on us.
Ends Sep 1.
Buy now
Adobe Creative Cloud

WILDBIRD0000432

Photo Credit: Roman Odintsov

## Practical Gifts

Consider items that can make the new mom's life easier. For example, a stylish and functional diaper bag can be a game-changer. Similarly, a high-quality baby carrier can provide convenience and ease as the new mom navigates life with her little one, keeping her hands free while still being close to her baby.


Capital One
Serious cash back for your business
Earn unlimited 2% cash back with Spark Cash Plus

## Sentimental Gifts

A personalized piece of jewelry, such as a necklace with the baby's birthstone, can be a cherished keepsake. A custom-made photo album or frame can also be a beautiful way to commemorate this special time in the new mom's life.



### Nest Bedding Luxury Weighted Blanket

This luxurious weighted blanket offers an embrace like no other. It's an ideal gift for a new mom craving relaxation and comfort. The blanket mimics a gentle hug to help reduce stress and enhance sleep quality—which is vital for postpartum recovery. The chic grey ombre and deep charcoal design make it a versatile addition to any room, ensuring it's as stylish as it's soothing. Whether draped over the couch for a cozy night or laid across the bed for added comfort, this weighted blanket is a piece of serenity for the multitasking mother.

**Shop Now**



### Nespresso Vertuo Pop+ Coffee Machine with Aeroccino by De'Longhi Pacific Blue

Elevate the new mom in your life's daily ritual with the Nespresso Vertuo Pop+ coffee machine. This vibrant appliance offers a burst of color and convenience to any kitchen or living room. With its compact design, made from 35% recycled plastic, it's environmentally conscious and perfect for small spaces. The Vertuo Pop+ delivers barista-style coffee with five cup sizes at the touch of a button. It's a thoughtful gift that brings a cheerful pop of color and delicious coffee, providing a little luxury in the midst of her new, busy lifestyle.

**Shop Now**


Capital One
Serious cash back for your business
Earn unlimited 2% cash back with Spark Cash Plus
SPARK BUSINESS
Learn More ›

home & texture
newsletters

Fancy a bit of home&texture in your inbox? Sign up to our newsletters and we'll keep you in the loop with everything good going on in the creative world.

your email address

SUBSCRIBE →







Students get a month of Creative Cloud Pro on us.
Buy now
Ends Sep 1.
Adobe Creative Cloud







## Wildbird Margay Aerial Buckle Carrier

Made with 100% jacquard Belgian linen, this aerial buckle carrier boasts a chic leopard pattern that merges design with luxury. Perfect for new moms, this sling facilitates hands-free comfort, allowing them to accomplish daily tasks while maintaining a close bond with their baby. This carrier is safe for infants and toddlers weighing 7-45 pounds and can be worn with the baby facing inward on the front or on the back. Its padded waist belt and shoulder straps ensure optimal comfort. This carrier comes with personalized baby-wearing education for proper use and is recognized as "Hip-Healthy" by the International Hip Dysplasia Institute.

**Shop Now**

### POPULAR POSTS

1 Inside Michael Jordan's Funky Chicago House

2 These Are the 10 Things You Should Never Put in the Dishwasher

3 A Look Inside Elon Musk's Tiny $50,000 House

4 It's Black Business Month, So Let's Go Shopping and #BuyBlack!

5 25 Deliciously Simple Tequila Drinks With Only Two Ingredients

## Wildbird CloudBlend™ Robe

Wrap the new mom in your life in the embrace of Wildbird's CloudBlend™ Robe, a garment that redefines comfort. This robe is a gift that offers the same soothing touch as a mother's care for her newborn. Adjustable tie closures provide a secure fit, while pockets add practical convenience. Designed to mimic the tenderness of baby skin, CloudBlend™ is breathable, stretchy, and moisture-wicking. Sustainably sourced from eucalyptus and beech trees, it's an eco-friendly choice that's naturally hypoallergenic and non-toxic, perfect for sensitive postpartum skin.

**Shop Now**



## Potty Pillow

This versatile cushion offers more than just lumbar support; it's a sanctuary for new moms during those countless hours spent by the potty. Its antimicrobial fabric repels bacteria. Its water resistance ensures quick clean-ups, maintaining a hygienic space for both mother and baby. Removable covers with a hidden zipper make it simple to keep fresh or change styles to suit your bathroom decor. The ingenious slip-on design provides stability, and when not in use, it tucks away neatly in its storage pouch. Doubling as a knee cushion, it's an indispensable ally for every nurturing moment.




Capital One    No fees or minimums on checking accoun


Students get a month of Creative Cloud Pro on us.    Buy now    Adobe Creative Cloud    Ends Sep 1.
Designed by Angela Kallah



Document title: These Are the Perfect Gifts for the New Mom in Your Life - Home &amp; Texture
Capture URL: https://homeandtexture.com/gift-guide-new-mom/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:04:17 GMT

WILDBIRD0000434

**Shop Now**

*Our editors love finding you the best products and offers! If you purchase something by clicking on one of the affiliate links on our website, we may earn a commission at no extra cost to you.*





Capital One — Earn unlimited 2X miles with Venture X  ›

## GIFT GUIDES

Shop our gift guides for every season, for every person in your life, carefully curated by our editorial team.







GIFT GUIDES

**Stay Warm With This Winter Home Maintenance Guide**

by  Melody Brown   | January 19, 2023

GIFT GUIDES

**Goodbye Red Cups: These Are The 7 Cocktail Glasses You Need Right Now**

by  Stephanie Taylor   | January 20, 2023

GIFT GUIDES

**Home DIY: Shop These 5 Products to Transform Your Home**

by  homeandtexture   | January 20, 2023


Students get a month of Creative Cloud Pro on us. Ends Sep 1.  Buy now   Adobe Creative Cloud Pro



Document title: These Are the Perfect Gifts for the New Mom in Your Life - Home &amp; Texture
Capture URL: https://homeandtexture.com/gift-guide-new-mom/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:04:17 GMT

Page 5 of 7

WILDBIRD0000435

# Spaces

Whether it's luxury or ease, every area of your home should be as fabulous and unique as you.



**GIFT GUIDES**

## Home DIY: Shop These 5 Products to Transform Your Home

by homeandtexture | January 20, 2023



**DECORATE**

### Don't Miss These Nordstrom Last Buys For Your Home

by Erika Hardison | March 7, 2023



**DECORATE**

### Shop These Last Buys at Saks Fifth

by Erika Hardison | March 22, 2023



**GIFT GUIDES**

### Mother's Day Gifts to Fill that Special Woman's Home With Love

by Kelsey Marie | April 18, 2023

READ MORE →






**FOLLOW ALONG ON INSTAGRAM**

# #homeandtexture

Find us on social for more home inspiration where culture, personal style, and sophisticated shopping intersect to help you create a home where you love to live.



Students get a month of Creative Cloud Pro on us. Ends Sep 1.  Buy now   Adobe Creative Cloud Pro



Document title: These Are the Perfect Gifts for the New Mom in Your Life - Home &amp; Texture
Capture URL: https://homeandtexture.com/gift-guide-new-mom/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:04:17 GMT

WILDBIRD0000436







FOLLOW ALONG ON INSTAGRAM

# #homeandtexture

Find us on social for more home inspiration where culture, personal style, and sophisticated shopping intersect to help you create a home where you love to live.





Load More   Follow on Instagram



JOIN OUR MAILING LIST

Get early access to exclusive deals, editors' picks and new launches.

Your email address   SUBSCRIBE →

### VERTICALS
Homeownership
Organize
Decorate
Gift guides

### SPACES
Kitchen
Bedroom
Bath
Living
Dining
Kid's Room
Office
Garden
See all

### H&T
About us
Advertising
Affiliate Partnership
Contact Us





Copyright 2024, home & texture    privacy policy    terms & conditions


Students get a month of Creative Cloud Pro on us. Ends Sep 1.   Buy now   Adobe Creative Cloud




WILDBIRD0000437