# Exhibit 13

February 18, 2015

MyWildBirdsDesigns
298 W Mutton Hollow Rd
Kaysville UT 84037

<b>RE: Infringement of "WILDBIRD" trademark</b>

To Whom It May Concern:

 It has come to our attention that you are operating a business entity making use of the name *MyWildbirdDesigns* with the intent to sell baby related clothing and wearables at MyWildBirdDesigns.StoreEnvy.com.

 Please be advised that the use of the aforementioned name "Wildbird" is an infringement of the trademark which is registered with the US Patent & Trademark Office pursuant to the registration number 4892777 as attached hereto. Such registered trademark protects the holder from any infringing entity using the same, or similar, mark in conducting commerce related to baby and children's products. Because the owner of the Wildbird mark also sells baby related clothing and wearables, the likelihood of customer confusion is obvious.

 As such, we hereby demand that you cease and desist the use of "WILDBIRD" in any business name, URL, domain name, or other business operation.

 Please acknowledge receipt of this letter immediately (at MatthewLowe@Gmail.com) and give us your written response **no later than March 4th, 2015** outlining in specific detail the steps you are taking to comply with the demands enumerated herein. If your full compliance is not assured, then the owner of the WILDBIRD mark is prepared to pursue any and all available legal remedies, including injunctive relief, actual damages, exemplary damages, and costs and attorneys' fees.

                Sincerely yours,

                MATTHEW M. LOWE
                ATTORNEY AT LAW
                MATTHEWLOWE@GMAIL.COM
                801.231.9597



WILDBIRD0003381