# Exhibit 17 to Lichtman Decl. Provisionally Filed Under Seal