# Exhibit 18 to Lichtman Decl. Provisionally Filed Under Seal