# Exhibit 19

10/1/25, 10:21 PM
Case 1:25-cv-05993-DLC   Document 50-19   Filed 10/03/25   Page 2 of 8
Experience the Ultimate in Comfort with CloudBlend Collection – Wildbird

THOUSANDS OF FIVE STAR REVIEWS ★★★★★



# CloudBlend™

Introducing our CloudBlend™ collection, featuring a luxurious Tencel fabric creating the ultimate breathable, stretchy-soft, moisture-wicking products that won't pill or lose their shape. So soft, so breathable, it's the closest thing to actually sleeping on …

Read More

**218 PRODUCTS**                                          **SORT BY: DEFAULT**





LOW STOCK

**ACTIVATE $10 OFF**

footless pajamas     harvey - cloudblend™ footless pajamas




desert lark - cloudblend™ footless pajamas     galah - cloudblend™ footless pajamas





lola - cloudblend™ footless pajamas

placido - cloudblend™ footless pajamas



pink robin - cloudblend™ footless pajamas



dove - cloudblend™ footless pajamas





sam - cloudblend™ footless pajamas

sparrow - cloudblend™ footless pajamas



gulliver - cloudblend™ footless pajamas



kingfisher - cloudblend™ footless pajamas

# Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

EMAIL ADDRESS

**SUBSCRIBE NOW**

ACTIVATE $10 OFF

   

## Shop

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

## Learn

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

## About

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

## Support

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

COPYRIGHT © 2025, WILDBIRD