# Exhibit 20


WILDBIRD0000160



WILDBIRD0003377

Attached at the hip kind of day

@wildbird saving my arm

WILDBIRD0003379

Mentions · motherknowswest_ · 2h

I am SO pumped to use our new @wildbird carrier on all of our upcoming fall adventures with bud bud 🍁 Also, how stinkin' cute is this pattern?? 🎃

Add to your story

Send message...

WILDBIRD0003384