# Exhibit 21

PageVault

| | |
|---|---|
| Document title: | wildbird \| Nordstrom |
| Capture URL: | https://www.nordstrom.com/sr?origin=keywordsearch&keyword=wildbird&sid=75034 |
| Page loaded at (UTC): | Wed, 27 Aug 2025 22:31:15 GMT |
| Capture timestamp (UTC): | Wed, 27 Aug 2025 22:31:41 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | vRzvK4X1faMgLHPrmEiwVn |
| Display Name: | ketterlingc |

PDF REFERENCE #:    8EPhSLfHp37X5kAPZtAc9s

WILDBIRD0003355

Case 1:25-cv-05993-DLC    Document 50-21    Filed 10/03/25    Page 3 of 5

Nordy Club members earn 3X the points on beauty! See Details

# NORDSTROM

wildbird

Sign In

Your Store
Tysons Corner Center

New | Sale | Women | Men | Beauty | Shoes | Accessories | Kids | Designer | Home | Gifts | Explore

Home / All Results

**Pickup & Shipping**

Tysons Corner Center
Shop items available for pickup at your store

Members get free 2-day shipping for select items and locations--
join in your account.

☐ Pick up today
☐ Pick up tomorrow

Gender
Product Type
Size
Color
Brand
Price
Fabric Care
Feature
Length
Material

## You searched for "wildbird"

20 items

Sort: Featured


**WILDBIRD** Aerial Linen Baby Carrier
$177.99


**WILDBIRD** CloudBlend™ One-Piece Pajamas (Baby)
$27.99


**WILDBIRD** CloudBlend™ Footie One-Piece Pajamas...
$27.99


**La DoubleJ** Tea Jar
$350
Only a few left


**WILDBIRD** CloudBlend™ Two-Piece Short Pajamas...
$27.99


**WILDBIRD** CloudBlend™ Two-Piece Long Pajamas...
$27.99


**WILDBIRD** CloudBlend 1.0 TOG Sleep Sack
$43.99


**La DoubleJ** Runner Wildbird Blue Small
$90

Document title: wildbird | Nordstrom
Capture URL: https://www.nordstrom.com/sr?origin=keywordsearch&keyword=wildbird&sid=75034
Capture timestamp (UTC): Wed, 27 Aug 2025 22:31:41 GMT
Page 1 of 3

WILDBIRD0003356



Document title: wildbird | Nordstrom
Capture URL: https://www.nordstrom.com/sr?origin=keywordsearch&keyword=wildbird&sid=75034
Capture timestamp (UTC): Wed, 27 Aug 2025 22:31:41 GMT
Page 2 of 3

WILDBIRD0003357



| Gender | + |
| Product Type | + |
| Size | + |
| Color | + |
| Brand | + |
| Price | + |
| Fabric Care | + |
| Feature | + |
| Length | + |
| Material | + |

**La DoubleJ** Dessert Plates Set Of 2
$170

**La DoubleJ** Placemats Set Of 2 (13.8"x17.7")
$120

**La DoubleJ** Medium Tablecloth (180X280)...
$320

**La DoubleJ** Placemats Set Of 2 (35X45) Wildbird Viol...
$120

### Get $60 Off Your Next Purchase
For new credit cardmembers! Ends September 7. Terms apply. **Apply Now**

Get Email Updates:  [Email Address]  **Sign up**

| Customer Service | About Us | Stores & Services | Nordstrom Card & Rewards | Nordstrom, Inc. | Get our apps |
|---|---|---|---|---|---|
| Contact Us | All Brands | Find a Store | The Nordy Club Rewards | Nordstrom Rack | |
| Order Status | Careers | Free Style Help | Apply for a Nordstrom Card | Investor Relations | |
| Shipping | Corporate Social Responsibility | Alterations & Tailoring | Pay My Bill | Press Releases | |
| Return Policy & Exchanges | Diversity, Equity, Inclusion & Belonging | SkinSpirit Clinic \| Spa Nordstrom | Manage My Nordstrom Card | Nordstrom Media Network | |
| Price Adjustments | Get Email Updates | Nordstrom Restaurants | | | |
| Gift Cards | Nordstrom Blog | Nordstrom Local | | | |
| FAQ | The Thread | | | | |
| Product Recalls | Nordy Podcast | | | | |



United States ▼

Top ▲

Privacy    Your Privacy Rights    Terms & Conditions    California Supply Chains Act    ©2025 Nordstrom, Inc.