# Exhibit 22

https://www.reddit.com/r/babywearing/comments/1bn4u5s/former_ring_sling_hater_turned_lover/    September 16, 2025 at 4:15 PM EDT

 reddit

 Log In

 r/babywearing · 2 yr. ago
[deleted]

## Former ring sling hater turned lover!!!!

My first attempted carrier was a wild bird ring sling and I absolutely hated it! I couldn't figure it out. I purchased several other carriers including an artipoppe. I thought I'd love the artipoppe but I carry my weight in my belly and I found it uncomfortable and unflattering. It squeezed my muffin tops and hurt my shoulders.

My 11mo wants to constantly be held on my hip but he's very heavy so I needed to figure something out carrier wise. I almost purchased a side sling from Wild Ride and then I saw a comment on here saying those types are uncomfy and to just try a ring sling again.

I pulled out my ring sling and I figured it out by the second try and my baby LOVES it and we are both so comfortable. I honestly could cry about it. Just wanted to share incase anyone here has given up on ring slings, don't give up!!!!! It's not for everyone and surely wasn't for me until tonight but I'm so excited to finally love a carrier.

> ☐ Archived post. New comments cannot be posted and votes cannot be cast.

⬆ 29 ⬇    💬 15    ⬡    ⬆ Share

 paulrony · Promoted

Where Your Research, Notes, and Creativity Meet ✅ Work Your Way – Write, research, and browse in one place, solo or with your team. For Designers, Researchers, and Visual Thinkers

Download                                                                    kosmik.app



Sort by: Best ⌄        🔍 Search Comments

 AutoModerator MOD · 2y ago · 📌 Stickied comment

Responsible-Ad-4914 · 2y ago

Do you know what you if differently to love it? I had a similar journey with a ring sling (for me, I was forced to stop using my previous go-to carriers when I got pregnant and couldn't carry weight on my waist), and something clicked and I love it now.

I wish I knew what changed so that I can help others!

⬆ 5 ⬇    🏆 Award    ⬡ Share    ⋯

[deleted] OP · 2y ago · Edited 2y ago

For me when my baby was a newborn I didn't feel like he was super secure! I'm sure I did my best to tighten it but I think this time around holding my baby close to me while adjusting it to be tighter helped and he feels secure. I wish I knew how to explain it better. I did find a TikTok that was helpful. I'll go find it and post here!

⬆ 5 ⬇    🏆 Award    ⬡ Share    ⋯

⌄ 4 more replies

vintagegirlgame · 2y ago

I liked the ring sling w my little newborn but I was always worried that her little leg was getting pinched. When I got my Sakura Bloom Scout at 2 months it was all I wanted to wear. 3 months now and I pulled the ring sling back out and am enjoying getting back into it. She can hold her head up now, her chunky legs feel more sturdy, and the ring sling gives her a better view than the Scout and she can be on my hip. So I like the ring sling for when she's alert and looking around, and the Scout for when I know she's going to fall asleep.

⬆ 4 ⬇    🏆 Award    ⬡ Share    ⋯

BabyBritain8 · 1y ago

Yeah I feel once my baby got bigger and heavier she weighed it down more lol

Probably BS but when she was way younger I struggled with the ring sling so much, now that she's over 6m and 17+ lbs it just feels a lot easier!

⬆ 3 ⬇    🏆 Award    ⬡ Share    ⋯

linervamclonallal · 2y ago

This is me. Obsessed. Intend to use them from the start with my next babe.

⬆ 2 ⬇    🏆 Award    ⬡ Share    ⋯

[deleted] OP · 2y ago

Same!!!

⬆ 1 ⬇    🏆 Award    ⬡ Share    ⋯

P Peacock · Official · Promoted

### New to Reddit?
Create your account and connect with a world of communities.

G    Continue with Google

✉    Continue with Email

📱    Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/babywearing · 18 hr. ago
Rule update! (Weapons)
137 upvotes · 15 comments

r/babywearing · 4 days ago
Safe sleeping in Carrier
75 upvotes · 14 comments

r/babywearing · 7 days ago
Are we doing this right? The baby is 3 days old. I've looked at all th...
75 upvotes · 21 comments

r/babywearing · 1 day ago
Unsafe baby wearing with influencers
66 upvotes · 32 comments

r/babywearing · 2 days ago
We love baby wearing!
62 upvotes · 5 comments

r/babywearing · 3 days ago
I hate the ring sling!!!
58 upvotes · 71 comments

r/babywearing · 6 days ago
Fit check: Ring sling on 3 week old
46 upvotes · 14 comments

r/babywearing · 7 days ago
1000% imperfect work in progress... but pretty darn prou...
36 upvotes · 2 comments

r/babywearing · 3 days ago
Sweden had a campaign where they put baby carriers and dolls on male statues
34 upvotes · 10 comments

r/babywearing · 2 days ago
Extremely unsafe babywearing in the wild
25 upvotes · 10 comments

r/babywearing · 7 days ago
Sleep influencer arguing that their carry is safe. Can you help?
23 upvotes · 13 comments

r/babywearing · 19 hr. ago
First time woven wrap fit check pls!

RIDE000552

From the crew that brought you The Office, Stream The Paper now on Peacock.

Sign Up

peacocktv.com



the paper

**hantipathy** • 1y ago

yes!! i couldn't get the hang of it when she was tiny but i was obsessed with hip carrying my second in my wild bird sling as a bigger bb. i'll definitely be working to figure it out earlier now with my third.

2     Award     Share     ...

**SpaceyEarthSam** • 2y ago

I hated my ring sling when my son was young too. Now it's my go to!

1     Award     Share     ...

[deleted] • 1y ago

r/babywearing • 5 days ago
**FIT CHECK 3rd times a charm!** 🍀
20 upvotes · 5 comments


r/babywearing • 4 days ago
**Baby bites/sucks carrier, what should I do?**
16 upvotes · 11 comments


r/babywearing • 3 days ago
**What is this magical wrap called?!**
15 upvotes · 8 comments


r/babywearing • 22 hr. ago
**popular carriers right now - which are you going with and why?**
13 upvotes · 35 comments


r/babywearing • 3 days ago
**Fit check 2.0!**
13 upvotes · 6 comments


r/babywearing • 5 hr. ago
**Fit check: Newborn Moby ring sling**
10 upvotes · 2 comments


r/babywearing • 3 days ago
**Fit check. 10 pounds 11 oz 7 weeks**
10 upvotes · 9 comments


r/babywearing • 3 days ago
**Fit check? 9 week old, solly wrap**
10 upvotes · 5 comments


r/babywearing • 6 days ago
**Back carry fit check with woven**
10 upvotes · 15 comments


r/babywearing • 2 days ago
**Reposting with better pictures - LENNYLAMB**
8 upvotes · 20 comments


r/babywearing • 17 hr. ago
**Best baby carrier for plus size mom to be?**
7 upvotes · 14 comments


r/babywearing • 2 days ago
**8 months going on 9 month Baby is curious as ever and manages t...**
7 upvotes · 7 comments


r/babywearing • 4 days ago
**Tula FTG Fit Check?**
7 upvotes · 2 comments


VIEW POST IN

Français

Português

r/babywearing          Join

⌂ Home

Popular

Answers BETA

RIDE000553

