# Exhibit 23

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-10-02 15:49:27 EDT |
| **Mark:** | WILDBIRD |

# Wildbird

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86670894 | **Application Filing Date:** | Jun. 23, 2015 |
| **US Registration Number:** | 4892777 | **Registration Date:** | Jan. 26, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | DEAD/REGISTRATION/Cancelled/Invalidated  The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry. |
| **Status:** | Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Aug. 05, 2022 | | |

**Publication Date:** Nov. 10, 2015
**Date Cancelled:** Aug. 05, 2022

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | WILDBIRD |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Baby carriers worn on the body | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **First Use:** | May 01, 2014 | **Use in Commerce:** | May 01, 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Wildbird |
| **Owner Address:** | 1338 East Zenith Ave<br>Salt Lake City, UTAH UNITED STATES 84106 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | UTAH |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | WILDBIRD<br>1338 E Zenith Ave<br>Salt Lake City, UTAH UNITED STATES 84106-3432 |
| **Phone:** | 805-807-6115 |
| **Correspondent e-mail:** | nhgunn@gmail.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 05, 2022 | CANCELLED SEC. 8 (6-YR) | |
| Jan. 26, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 26, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 10, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 10, 2015 | PUBLISHED FOR OPPOSITION | |
| Oct. 21, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 01, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 29, 2015 | ASSIGNED TO EXAMINER | |
| Jun. 30, 2015 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jun. 29, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 26, 2015 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 26, 2016 |