# Exhibit 24

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-10-02 21:15:42 EDT |
| **Mark:** | WILDBIRD |

# WildBird

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98463953 | **Application Filing Date:** | Mar. 22, 2024 |
| **US Registration Number:** | 7798495 | **Registration Date:** | May 20, 2025 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | May 20, 2025 | | |
| **Publication Date:** | Apr. 01, 2025 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | WILDBIRD |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Back packs for carrying babies; baby carriers worn on the body | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jul. 01, 2014 | **Use in Commerce:** | Nov. 14, 2014 |

| | | | |
|---|---|---|---|
| **For:** | Baby bedding, namely, swaddling blankets, fitted crib sheets, crib skirts, blankets, pillow covers | | |
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 28, 2022 | **Use in Commerce:** | Feb. 28, 2022 |

| | | | |
|---|---|---|---|
| **For:** | Baby pajamas; toddler pajamas; sleep gowns, sleepwear for babies in the nature of sleepsacks | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 28, 2022 | **Use in Commerce:** | Feb. 28, 2022 |

| | | | |
|---|---|---|---|
| **For:** | Play mats for toddlers and babies | | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |

**Class Status:** ACTIVE

**First Use:** Feb. 28, 2022     **Use in Commerce:** Feb. 28, 2022

**For:** On-line retail store services featuring baby related consumer products, namely baby carriers, baby pajamas, baby bedding, baby playmats, toddler pajamas, and baby sleep sacks

**International Class(es):** 035 - Primary Class     **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2014     **Use in Commerce:** Nov. 14, 2014

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** WildBird

**Owner Address:** 50 W Broadway st
Salt Lake City, UTAH UNITED STATES 84101

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** UTAH

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Jerome Fogel

**Attorney Primary Email Address:** jfogel@fpgeneralcounsel.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Jerome Fogel
Fogel & Potamianos LLP
4100 West Alameda Ave STE 300
Burbank, CALIFORNIA United States 91505

**Phone:** 866 268 2787 ext. 101

**Correspondent e-mail:** jfogel@fpgeneralcounsel.com rkramer@fpgeneralcounsel.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 20, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 20, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 01, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 01, 2025 | PUBLISHED FOR OPPOSITION | |
| Mar. 26, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 07, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 04, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 28, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 28, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 28, 2025 | PETITION TO REVIVE-GRANTED | |
| Feb. 28, 2025 | TEAS PETITION TO REVIVE RECEIVED | |
| Jan. 20, 2025 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |

| | | |
|---|---|---|
| Jan. 20, 2025 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 03, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 03, 2024 | NON-FINAL ACTION E-MAILED | |
| Oct. 03, 2024 | NON-FINAL ACTION WRITTEN | |
| Oct. 01, 2024 | ASSIGNED TO EXAMINER | 88579 |
| Aug. 20, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 22, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | FILE REPOSITORY (FRANCONIA) | **Date in Location:** | May 20, 2025 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Registrant:** | WildBird |

**Assignment 1 of 1**

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 8785/0540 |
| **Pages:** | 16 |
| **Date Recorded:** | Mar. 18, 2025 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | WILDBIRD, LLC | **Execution Date:** | Mar. 14, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | UTAH |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | MERCHANT FINANCIAL CORPORATION, AS LENDER | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CONNECTICUT |
| **Address:** | 1441 BROADWAY, 17TH FLOOR<br>NEW YORK, NEW YORK 10018 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CSC J. PATERSON |
| **Correspondent Address:** | 19 WEST 44TH STREET<br>SUITE 200<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91301665 | **Filing Date:** | Sep 12, 2025 |
| **Status:** | Suspended | **Status Date:** | Sep 16, 2025 |
| **Interlocutory Attorney:** | KEVIN G CRENNAN | | |

**Defendant**

| | |
|---|---|
| **Name:** | Wildride B.V. |
| **Correspondent** | FRANCESCA M. WITZBURG |

| | |
|---|---|
| **Address:** | ESCA LEGAL LLC<br>1177 6TH AVE, 5TH FLOOR<br>NEW YORK NY UNITED STATES , 10036 |
| **Correspondent e-mail:** | fw@esca.legal , fw-pto@esca.legal |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WILDRIDE | | 98558373 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Wildbird, LLC |
| **Correspondent Address:** | SABINA A. VAYNER<br>GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD NE, SUITE 2500, TERMINUS 200<br>ATLANTA GA UNITED STATES , 30305 |
| **Correspondent e-mail:** | atltrademark@gtlaw.com , sabina.vayner@gtlaw.com , vanleeuwenm@gtlaw.com , Jonathan.Thomas@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WILDBIRD | | 98463953 | 7798495 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 5 | SUSP PEND DISP OF CIVIL ACTION | Sep 16, 2025 | |
| 4 | D MOT TO SUSP PEND DISP CIV ACT W/ CONSENT | Sep 16, 2025 | |
| 3 | INSTITUTED | Sep 12, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 12, 2025 | Nov 11, 2025 |
| 1 | FILED AND FEE | Sep 12, 2025 | |