# Exhibit 25 to Lichtman Decl. Provisionally Filed Under Seal