IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD LLC,<br><br>   *Plaintiff*,<br><br>   v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>   *Defendants*. | Civil Action No: 1:25-cv-05993 |

## NOTICE OF FILING CERTAIN EXHIBITS UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Plaintiff's concurrently filed letter motion seeking to redact portions of their reply brief and file certain exhibits under seal, Plaintiff is hereby filing the following exhibits provisionally under seal:

1. Plaintiff's Reply Brief in Support of Motion for a Preliminary Injunction

2. Exhibits 2, 3 and 4 to the Declaration of Molly R. Littman-Johnson.

The foregoing exhibits are attached hereto.

Dated: October 10, 2025

                                                  Respectfully submitted,

                                                  GREENBERG TRAURIG, LLP

                                                  */s/ Molly R. Littman-Johnson*
                                                  Jonathan W. Thomas (JT1016)
                                                  One Vanderbilt Avenue
                                                  New York, NY 10017
                                                  Telephone: (212) 801-9219
                                                  Email: jonathan.thomas@gtlaw.com

                                                  Molly R. Littman-Johnson (*pro hac vice*)
                                                  90 South 7th St., Suite 3500
                                                  Minneapolis, Minnesota 55402
                                                  Tel:  (612) 259-9669
                                                  Fax: (612) 259-9700
                                                  Email: Molly.Littman@gtlaw.com

                                                  *Attorneys for Plaintiff Wildbird LLC*