IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD LLC,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>　　*Defendants.* | Civil Action No: 1:25-cv-05993 |

**DECLARATION OF MOLLY R. LITTMAN-JOHNSON, ESQ. IN SUPPORT OF PLAINTIFF WILDBIRD LLC'S REPLY BRIEF IN SUPPORT OF MOTION FOR <u>PRELIMINARY INJUNCTION</u>**

1

I, Molly R. Littman-Johnson, hereby declare as follows:

1. I am a resident of the State of Minnesota, over the age of 18, and competent to make this declaration.

2. I am a Shareholder at the law firm of Greenberg Traurig, LLP. I am counsel of record for the Plaintiff in this lawsuit, namely, Wildbird LLC ("Wildbird"). I submit this declaration in support of WIldbird's reply brief in support of its Motion for a Preliminary Injunction against the Defendants in this lawsuit, Wildride B.V. and Wildride USA Corp. (together "Defendants").

3. I could and would testify about the matters set forth in this declaration. The bases of my knowledge of the matters set forth in this declaration are: (i) my representation of Wildbird in this matter and (ii) my review of the exhibits attached to this declaration.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the "all hits" page of an Excel document produced in this lawsuit as Bates No. WILDBIRD0000158 and marked as Exhibit 15 to the 30(b)(6) Deposition of Wildbird LLC.

5. Attached hereto as **Exhibit 2** is a true and correct copy of portions of the transcript of the 30(b)(6) deposition of Plaintiff Wildbird.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the "Safety and Certifications" page from Defendants' US Catalog, a document produced in this lawsuit as Bates No. RIDE000444.

7. Attached hereto as **Exhibit 4** is a true and correct copy of portions of the transcript of the 30(b)(6) deposition of Defendants Wildride B.V. and Wildride USA Corp., including true and correct copies of Deposition Exhibits 3-4 and 10-13.

Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of October 2025.

*/s/Molly R. Littman-Johnson*
Molly R. Littman-Johnson