# EXHIBIT 1

# Produced in Native Format

WILDBIRD0000158

# PAGE COVERAGE TRACKER

**WILDBIRD**

| Date | Outlet | UVM | Headline | Product | Link | Editor | Link to Prod | Link | Earned or S |
|---|---|---|---|---|---|---|---|---|---|
| February 8, 2022 | Mother Mag | 53.9k | WildBird Launches WildBird Baby, A New Line for Home & Play | Other | https://www.mothermag.com/wildbird-baby/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| February of 2023 | Mother Simple | 1k | How to Choose the Best Soft Baby Slings | Ring Sling | https://mothersimple.com/web-stories/how-to-choose-the-best-soft-baby-slings/ | N/A | Y | Amazon | Earned |
| February of 2023 | Babe Hatch Collection | 103.3k | The Ultimate Eco-Friendly Baby Registry Curated by a sustainable living expert. | Aerial Carrier | https://babe.hatchcollection.com/eco-friendly-baby-registry-list/ | Abby K. Cannon, JD, RD, CDN | Y | DTC | Earned |
| May 11, 2023 | What to Expect | 968.1k | The Best Ring Slings for Comfortable Babywearing | Ring Sling | https://www.whattoexpect.com/baby-products/baby-carriers/best-ring-slings/ | Jessica Booth | Y | Target | Earned |
| May 11, 2023 | Home Business Mag | 3.4k | 23 Baby and Toddler Gifts Perfect for Any Celebration | Other | https://homebusinessmag.com/lifestyles/baby-toddler-gifts-perfect-celebration/ | Shayla Henderson | N | No Link | Earned |
| May 16, 2023 | Little Baby Gear | 37k | 31 Genius New Mom Hacks You Need to Know to Survive with Newborn Baby | Ring Sling | https://www.littlebabygear.com/genius-new-mom-hacks-survive-with-newborn/ | Zooey Barnett | Y | DTC | Earned |
| May 27, 2023 | Parents | 7.7M | These are the 50+ Best Memorial Day Deals on Strollers, Car Seats, Cribs, and More | Ring Sling | https://www.parents.com/memorial-day-sales-baby-gear-7503764 | Kaitlin Stanford | Y | DTC | Earned |
| July 1, 2023 | Times of San Diego | 46.5k | San Diego Moms: Must-Haves for New Parents | Aerial Carrier | https://timesofsandiego.com/life/2023/07/01/san-diego-moms-must-haves-for-new-paren | Hoa Quach | Y | DTC | Earned |
| July 29, 2023 | Simple Modest Mom | 10k | Favorite Finds from June & July 2023 | Sack | https://www.simplemodestmom.com/blog/favorite-finds-june-july-2023 | Simple Modest Mom Editors | Y | DTC | Earned |
| September 25, 2023 | The Bump | 8.357M | The Best Ring Sling Baby Carrier Styles to Keep Baby Close | Ring Sling | https://www.thebump.com/a/baby-ring-slings | Danielle Haliby | Y | DTC | Earned |
| September 25, 2023 | Forbes | 181.4M | 11 Must-Haves for a Safe and Stylish Nursery for Baby Safety Month | Other | https://www.forbes.com/sites/amandalauren/2023/09/25/11-must-haves-for-a-safe-and-s | Amanda Lauren | Y | DTC | Earned |
| November 6, 2023 | Little Baby Gear | 37k | 2023 Best Black Friday & Cyber Monday Deals for Baby & Mom Stuff | Ring Sling | https://www.littlebabygear.com/black-friday-deals-baby/ | Zooey Barnett | Y | DTC | Earned |
| November 10, 2023 | Mother Mag | 53.9k | 35 Holiday Gifts for New & Expecting Moms | Aerial Carrier | https://www.mothermag.com/gifts-for-new-moms-2023/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| November 30, 2023 | Home & Texture | 92.5k | These are the Perfect Gifts for the New Mom in Your Life | Aerial Carrier | https://homeandtexture.com/gift-guide-new-mom/ | Kelsey Marie | Y | DTC | Earned |
| December 8, 2023 | PN Mag | 4.4k | 15 Baby and Toddler Holiday Pajamas for 2023 | Pajama | https://www.pnmag.com/gear/toddler-christmas-pajamas/ | Ashley Ziegler | Y | DTC | Earned |
| December 20, 2023 | Forbes | 181.4M | Kids of All Ages Will Love These Holiday Gifts for the Home | Other | https://www.forbes.com/sites/amandalauren/2023/12/12/kids-of-all-ages-will-love-these-l | Amanda Lauren | Y | DTC | Earned |
| December of 2023 | Also Mom | 10k | The Best Ring Slings | Ring Sling | https://www.alsomom.com/best-ring-sling/ | Also Mom Editors | Y | DTC | Earned |
| January 3, 2024 | Little Baby Gear | 37k | Best Baby Carrier for Petite Mom -- 5 Options for Short Moms | Ring Sling | https://www.littlebabygear.com/best-baby-carrier-petite-mom/ | Zooey Barnett | Y | DTC | Earned |
| January 4, 2024 | What to Expect | 968.1k | Best Baby Carriers, According to Parents Who Love Them | Ring Sling | https://www.whattoexpect.com/baby-products/baby-carriers/best-baby-carriers/ | Kathleen Felton | Y | Target | Earned |
| January 10, 2024 | Brit + Co | 1.26M | 51 of the Best Gifts for Pregnant Women in 2024 | Other | https://www.brit.co/gifts-for-pregnant-women/ | Olivia Taylor | Y | DTC | Earned |
| January 29, 2024 | Budget Mama Blog | 127.5M | Essentials for Babies and Toddlers on a Disney Vacation--What You'll Really Need! | Ring Sling | https://medium.com/@rcmcdonald92/essentials-for-babies-and-toddlers-on-a-disney-vac | Budget Mama | Y | Amazon | Earned |
| February 6, 2024 | Forbes | 181.4M | 14 Best Valentine's Home Gifts for Families and Children | Ring Sling | https://www.forbes.com/sites/amandalauren/2024/02/06/14-best-valentines-day-home-g | Amanda Lauren | Y | DTC | Earned |
| February 16, 2024 | Mother Mag | 53.9k | 50+ President's Day Sales to Shop Now | Other | https://www.mothermag.com/presidents-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| March 12, 2024 | Mom | 450,141 | 7 Beautiful Baby Products for Parents with a Clean and Trendy Aesthetic | Aerial Carrier | https://mom.com/baby/beautiful-baby-products-for-parents-with-a-clean-and-trendy-aestl | Ileana Paules-Bronet | Y | DTC | Earned |
| March 22, 2024 | Best Products | 1.75M | The 14 Best Baby Carriers that are Comfy for Both You and the Kid | Aerial Carrier | https://www.bestproducts.com/parenting/baby/g255/best-baby-carriers-and-wraps/ | Cat Bowen & Jill Layton | Y | DTC | Earned |
| April 2, 2024 | Parents | 7.7M | The 12 Best Wraps and Slings for Safe and Comfortable Babywearing | Ring Sling | https://www.parents.com/best-baby-wrap-carrier-8607569 | Ashley Ziegler & Katrina Cossey | Y | DTC | Earned |
| April 8, 2024 | Home Business Mag | 3.4k | Thoughtful Presents to Celebrate Mom this Mother's Day | Aerial Carrier | https://homebusinessmag.com/lifestyles/presents-celebrate-mom-mothers-day/ | Shayla Henderson | Y | DTC | Earned |
| April 9, 2024 | Mommyhood 101 | 36.7k | Best Baby Carriers of 2024, Tested & Reviewed | Aerial Carrier | https://mommyhood101.com/best-baby-carrier | Tali Ditye, Ph.D. | Y | DTC | Earned |
| April 13, 2024 | Times of San Diego | 46.5k | San Diego Moms: Mother's Day Gift Guide 2024 | Other | https://timesofsandiego.com/life/2024/04/13/san-diego-moms-mothers-day-gift-guide-20 | Hoa Quach | Y | DTC | Earned |
| April 18, 2024 | NY Times | 546.1M | The Best Baby Wraps and Slings | Ring Sling | https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/ | Kerry Davis McGuinness | Y | DTC | Earned |
| April 27, 2024 | Forbes | 181.4M | Mother's Day Gift Guide: The Best Home and Decor Gifts for New Moms | Aerial Carrier | https://www.forbes.com/sites/amandalauren/2024/04/27/mothers-day-gift-guide-the-best | Amanda Lauren | Y | DTC | Earned |
| April 30, 2024 | Consumer Reports | 14.43M | Best Gifts for New Moms, According to a New Mom | Aerial Carrier | https://www.consumerreports.org/money/gift-giving/best-gifts-for-new-moms-a17453495 | Anna Kocharian | Y | DTC | Earned |
| April 30, 2024 | MSN | 614.3M | Best Gifts for New Moms, According to a New Mom | Aerial Carrier | https://www.msn.com/en-us/news/technology/best-gifts-for-new-moms-according-to-a-ne | Anna Kocharian | Y | DTC | Syndicated |
| May 1, 2024 | Baby Gaga | 45k | 8 Best Ring Sling Baby Carriers | Ring Sling | https://www.babygaga.com/best-ring-slings-for-baby/ | Courtney Marie L. | Y | Amazon | Earned |
| May 10, 2024 | Brit + Co | 1.26M | 37 Mother's Day Gifts for Expecting Moms That'll Make Them Feel Appreciated | Aerial Carrier | https://www.brit.co/gifts-for-new-mom/ | Jasmine Williams | Y | DTC | Earned |
| May 24, 2024 | Mother Mag | 53.9k | 50+ Memorial Day Sales to Shop Now | Other | https://www.mothermag.com/memorial-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| May 26, 2024 | CNN | 594.3M | The Essentials List: Jessie James Decker on her hectic life with 4 young kids and her everyday essentials | Other | https://www.cnn.com/cnn-underscored/home/jessie-james-decker-everyday-essentials | Mara Reinstein | Y | DTC | Earned |
| May 26, 2024 | Yahoo | 3.5B | The Essentials List: Jessie James Decker on her hectic life with 4 young kids and her everyday essentials | Other | https://www.yahoo.com/lifestyle/essentials-list-jessie-james-decker-130025060.html | Mara Reinstein | Y | DTC | Syndicated |
| May 27, 2024 | Salty and Stylish Blog | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://medium.com/@rachelferrucci/from-cuddles-to-crawlers-top-picks-for-little-ones-f7 | Rachel Ferrucci | Y | DTC | Earned |
| May 27, 2024 | MSN | 614.3M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://www.msn.com/en-us/news/other/from-cuddles-to-crawlers-top-picks-for-little-ones | Rachel Ferrucci | Y | DTC | Syndicated |
| May 27, 2024 | Families | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://vocal.media/families/from-cuddles-to-crawlers?utm_source=Iterable&utm_mediur | Rachel Ferrucci | Y | DTC | Syndicated |
| May 29, 2024 | Crissy Beam via Medium | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://medium.com/@crissybeam/hey-there-fellow-moms-a99776f5eb6f (171.2M) | Crissy Beam | Y | DTC | Earned |
| May 29, 2024 | Yahoo | 3.5B | Before & After: Warning! This Colorful Nursery Might Make You Hungry | Ring Sling | https://www.yahoo.com/lifestyle/warning-colorful-nursery-might-hungry-140000048.html | Cullen Ormond | Y | DTC | Earned |
| June 5, 2024 | Apartment Therapy | 11.6M | This Nursery Makeover Has Fruit All Over the Walls (and It's Not Wallpaper!) | Ring Sling | https://www.apartmenttherapy.com/fruit-themed-nursery-makeover-800-dollars-ba-3740 | Cullen Ormond | Y | DTC | Earned |
| June 24, 2024 | Forbes | 181.4M | The Best Baby Essentials, According to Experts and Parents | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/baby-essentials/?sh=541b | Lex Goodman | Y | DTC | Earned |
| July 22, 2024 | Sustainably Chic | 102k | 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings | Ring Sling | https://www.sustainably-chic.com/blog/sustainable-baby-carriers | Eva Astoul | Y | DTC | Earned |
| July 30, 2024 | Forbes | 181.4M | The Best Sun Hats for Babies and Toddlers to Shield Their Fragile Skin | Other | https://www.forbes.com/sites/forbes-personal-shopper/article/best-sun-hats-for-babies/ ( | Elizabeth Mitchell Kadar | Y | DTC | Earned |
| August 5, 2024 | NY Mag | 16M | All Our Favorite Swaddles (of the 29 We've Tried) | Sack | https://nymag.com/strategist/article/best-swaddles-sleepsacks.html | Ailbhe Malone, Alexis Swerdloff, Lau | Y | DTC | Earned |
| August 8, 2024 | The Everymom | 382,731 | 50+ Amazon Products You Need Postpartum That You Didn't Think Of | Ring Sling | https://theeverymom.com/postpartum-essentials | Allyson Trammell, Alexandra Pagar-\ | Y | DTC | Earned |
| August 19, 2024 | NewsBreak | 24M | I'm 9 Months Pregnant & These are Your Actual Baby Registry Non-Negotiables | Aerial Carrier | https://www.newsbreak.com/sheknows-519289/3564550387492-i-m-9-months-pregnant | Gina Vaynshteyn | Y | DTC | Syndicated |
| August 21, 2024 | Today's Parent | 723k | How does the Artipoppe Dupe compare to the original? Our carrier review | Aerial Carrier | https://www.todaysparent.com/shopping/how-does-the-artipoppe-dupe-compare-to-the-d | Lauren Finney Harden | Y | DTC | Earned |
| August 29, 2024 | Yahoo | 3.5B | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.yahoo.com/lifestyle/55-best-gifts-hard-impress-232100948.html (3.6B) | Laura Lajiness Kaupke | Y | DTC | Earned |
| August 29, 2024 | Harper's Bazaar | 17.67M | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.harpersbazaar.com/shopping/g44629930/best-gifts-for-brother/ (16.54M) | Laura Lajiness Kaupke | Y | DTC | Earned |
| August 29, 2024 | AOL | 277.3M | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.aol.com/55-best-gifts-hard-impress-232100114.html | Laura Lajiness Kaupke | Y | DTC | Syndicated |
| August 30, 2024 | Mother Mag | 53.9k | 50+ End-of-Summer Sales to Shop Now | Other | https://www.mothermag.com/labor-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| September 2, 2024 | Forbes Vetted | 181.4M | Dear Vetted: Are Weighted Sleep Sacks Safe? | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/are-weighted-sleep-sacks- | Elizabeth Mitchell Kadar | Y | DTC | Earned |
| September 25, 2024 | Forbes | 181.4M | The Best Baby Gifts to Give at Showers, Holidays, and Just Because | Aerial Carrier | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-gifts/?sh=38c4a | Elizabeth Mitchell Kadar | Y | DTC | Earned |
| September of 2024 | Champagne Living | 14k | First Birthday Fashion: Must-Have Clothes for Your Little One | Pajama | https://champagneliving.net/first-birthday-fashion-must-have-clothes-for-your-little-one/ | Champagne Living | Y | DTC | Earned |
| September of 2024 | MSN | 614.3M | First Birthday Fashion: Must-Have Clothes for Your Little One | Pajama | https://www.msn.com/en-us/news/other/first-birthday-fashion-musthave-clothes-for-your- | Champagne Living | Y | DTC | Syndicated |
| September of 2024 | Bay-Bee Blog | 5.4k | How to Choose the Most Comfortable Pregnancy Pillow from the Available Options | Other | https://blog.bay-bee.co.uk/how-to-choose-the-most-comfortable-pregnancy-pillow-from-t | Bay-Bee Blog | Y | DTC | Earned |
| September of 2024 | Daily Mom | 25,346 | An Ultimate Checklist of The Best Newborn Baby Essentials, Baby Gear, and Toddler Products You Need for Baby Safety Month | Ring Sling | https://dailymom.com/discover/newborn-products-for-baby-safety-month/ | Daily Mom Editors | Y | DTC | Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | 2024 Christmas Gift Guide for Everyone | Aerial Carrier | https://livingoutjoy.com/2024-christmas-gift-guide/ | Living Out Joy Editors | Y | DTC | Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | Kid-Approved Gifts They'll Love: Ultimate 2024 Christmas Treasure | Other | https://livingoutjoy.com/kid-approved-gifts/ | Living Out Joy Editors | Y | DTC | Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | Christmas Gift Guide for Her: The Hottest Christmas Trends to Gift Her in 2024 | Aerial Carrier | https://livingoutjoy.com/christmas-trends/ | Living Out Joy Editors | Y | DTC | Earned |
| October 2, 2024 | Forbes | 181.4M | The Best Baby Clothes to Suit Every Style and Season | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-clothes/?sh=f81 | Lex Goodman | Y | DTC | Earned |
| October 9, 2024 | Baby Chick | 158,260 | Best Baby Gifts for Newborns that Parents Actually Want | Ring Sling | https://www.baby-chick.com/best-baby-gifts-for-newborns-that-parents-actually-want/ | Baby Chick Editors | Y | Target | Earned |
| October 10, 2024 | Baby Chick | 158,260 | Best Baby Carriers | Ring Sling | https://www.baby-chick.com/best-baby-carriers/ | Baby Chick Editors | Y | Target | Earned |
| October 18, 2024 | NY Mag | 16M | The Very Best Baby Carriers | Aerial Carrier | https://nymag.com/strategist/article/best-baby-carriers.html (19.96M) | Liza Corsillo | Y | Amazon | Earned |
| October 27, 2024 | Home Business Mag | 3.4k | 2024 Holiday Gift Guide: Perfect Picks for Entrepreneurs | Ring Sling | https://homebusinessmag.com/lifestyles/holiday-gift-guide-entrepreneurs-2024-edition/ | Shayla Henderson | Y | DTC | Earned |
| October 29, 2024 | The Rebel Chick | 43.5k | Features Should You Look For in a Comfortable Maternity Pillow | Other | https://therebelchick.com/features-should-you-look-for-in-a-comfortable-maternity-pillow | Jennifer | Y | DTC | Earned |
| October 31, 2024 | Indi Blog Hub | 32.1k | A Comprehensive Guide to Selecting the Ideal Baby Carrier: Juggling Modern Neeeds, Budget, and Lifestyle | Ring Sling | https://indiblogbub.com/a-comprehensive-guide-to-selecting-the-ideal-baby-carrier- | Snugyz | N | No Link | Earned |
| October of 2024 | Go World Travel | 90.5k | Family Travel Made Easy: Best Gear for Babies and Toddlers | Aerial Carrier | https://www.goworldtravel.com/baby-travel-gear/ | Kirstin Koszorus | Y | Amazon | Earned |
| November 1, 2024 | Carly Riordan Blog | 21.8k | On My Radar 11.1.24 | Aerial Carrier | https://carlyriordan.com/on-my-radar-11-1-24.html | Carly Riordan | Y | DTC | Earned |
| November 3, 2024 | Resident | 58.3k | How to Choose the Right Maternity Pillow Based on Your Pregnancy Stage | Other | https://resident.com/resource-guide/2024/11/03/how-to-choose-the-right-maternity-pillow | Resident Contributor | Y | DTC | Earned |
| November 5, 2024 | NY Weekly | 76k | A New Parent's Guide to Baby Essentials for Comfort and Ease | Pajama | https://nyweekly.com/lifestyle/a-new-parents-guide-to-baby-essentials-for-comfort-and-e | NY Weekly Staff | N | No Link | Earned |
| November 8, 2024 | The Verge | 23.4M | The Verge's 2024 Holiday Gift Guide | Ring Sling | https://www.theverge.com/24224043/holiday-gift-guide-2024-best-ideas-unique-tech-gad | Verge Staff | Y | DTC | Earned |
| November 15, 2024 | The Verge | 23.4M | The Verge's 2024 Holidy Gift Guide for New Parents | Ring Sling | https://www.theverge.com/24224050/holiday-gifts-newborn-babies-new-parents-unique-i | Antonio G. Di Benedetto | Y | DTC | Earned |
| November 19, 2024 | Parents | 7.7M | The Best Baby Carries We Tested for Cuddling Up While Keeping Our Hands Free | Ring Sling | https://www.parents.com/best-baby-carriers-7229156 | Samson McDougall | Y | DTC | Earned |
| November 15, 2024 | Byrdie | 7.82M | The 65 Best Gifts for New Moms of 2024--Tested, Researched, & Ranked | Ring Sling | https://www.byrdie.com/best-gifts-for-new-moms-4842504 | Melanie Rud & Amanda Rosenthal | Y | DTC | Earned |
| November 15, 2024 | Yahoo | 3.5B | I'm a New Mom & These are Your Actual Baby Registry Non-Negotiables | Aerial Carrier | https://www.yahoo.com/lifestyle/m-9-months-pregnant-actual-203055886.html (3.6B) | Gina Vaynshteyn | Y | DTC | Syndicated |
| November 15, 2024 | She Knows | 7.805M | I'm a New Mom & These are Your Actual Baby Registry Non-Negotiables | Aerial Carrier | https://www.sheknows.com/parenting/articles/3079301/baby-registry-essentials-checklis | Gina Vaynshteyn | Y | DTC | Earned |
| November 20, 2024 | Nashville Baby Guide | 1.5k | Holiday Gift Guide for Moms & Kids | Aerial Carrier | https://nashvillebabyguide.com/holiday-gift-guide-for-moms-kids/ | Editors | Y | DTC | Earned |
| November 21, 2024 | Forbes | 181.4M | Home Gifts for Kids that Wow: Holiday Must-Haves for Under $100 | Other | https://www.forbes.com/sites/amandalauren/2024/11/21/home-gifts-for-kids-that-wow-ho | Amanda Lauren | Y | DTC | Earned |
| November 23, 2024 | New Modern Mom | 123.2k | The Best Baby Carriers for Your Babywearing Journey | Ring Sling | https://newmodernmom.com/blog/best-baby-carriers/ | Barbara Mighdoll | Y | DTC | Earned |
| November 24, 2024 | Mother Mag | 53.9k | 60+ Black Friday and Cyber Monday 2024 Sales | Other | https://www.mothermag.com/black-friday-cyber-monday-2024-sales/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| November 25, 2024 | New Modern Mom | 123.2k | What is the best age to travel with kids? | Aerial Carrier | https://newmodernmom.com/blog/what-is-the-best-age-to-travel-with-kids/ | Barbara Mighdoll | Y | DTC | Earned |
| December 2, 2024 | Mom | 450,141 | Editor's Picks: December 2024 | Aerial Carrier | https://mom.com/momlife/editors-picks-december-2024 | Mom Editors | Y | DTC | Earned |
| December 2, 2024 | The Bump | 8.357M | My Favorite Cyber Monday Baby Deals of 2024 for Big Savings | Aerial Carrier | https://www.thebump.com/a/cyber-monday-baby-deals | Emma O'Regan-Reidy | Y | DTC | Earned |
| December 4, 2024 | Cafe Mom | 605.2k | Great Gifts for Kids Who Are Obsessed with Animals | Pajama | https://cafemom.com/lifestyle/gifts-kids-obsessed-animals | Shannon Cudd | Y | DTC | Earned |
| December 8, 2024 | 21 Ninety | 205.8k | 12 Holiday Gifts for the Moms in Your Life | Aerial Carrier | https://21ninety.com/christmas-gifts-for-moms | Anaya Herndon | Y | Target | Earned |
| December 8, 2024 | Maybe Baby | 86.2k | #199: My Favorite Things of 2024 | Aerial Carrier | https://haleynahman.substack.com/p/199-my-favorite-things-of-2024 | Haley Nahman | Y | DTC | Earned |
| December 10, 2024 | Mother Mag | 53.9k | 60+ Holiday Gifts For New & Expecting Moms | Aerial Carrier | https://www.mothermag.com/gifts-for-new-moms-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| December 11, 2024 | We Heart | 62.3k | Benefits of Using a Baby Play Mat Beyond Playtime | Other | https://www.we-heart.com/2024/12/11/other-benefits-using-a-baby-play-mat-beyond-play | Steven John | Y | DTC | Earned |

| Date | Publication | Reach | Title | Product | URL | Author | | Channel | Type |
|---|---|---|---|---|---|---|---|---|---|
| December 12, 2024 | New Modern Mom | 131.8k | Baby Travel Essentials List | Aerial Carrer | https://newmodernmom.com/blog/baby-travel-essentials-list/ | Barbara Mighdoll | Y | DTC | Earned |
| December 19, 2024 | Mom | 450,141 | The Best Baby Carriers for Every Type of Parent | Aerial Carrer | https://mom.com/momlife/the-best-baby-carriers-for-every-type-of-parent | Ileana Paules-Bronet | Y | DTC | Earned |
| December 20, 2024 | The Luxe Insider | 10k | Why are Pregnancy Pillows Essential for New Moms Recovering from C-Sections | Other | https://www.theluxeinsider.com/lifestyle/why-are-pregnancy-pillows-essential-for-new-mo | Francois Le Hecho | Y | DTC | Earned |
| December 24, 2024 | Mother Mag | 53.9k | The Best End-of-Year Sales | Aerial Carrer | https://www.mothermag.com/end-of-year-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| January 3, 2025 | Baby Chick | 158k | Top 10 Must-Have Baby Products for 2025 | Aerial Carrer | https://www.baby-chick.com/top-10-must-have-baby-products/ | | Y | DTC | Earned |
| January 7, 2025 | Raising Arizona Kids | 28.3k | Pregnancy & Postpartum Must-Haves | Other | https://www.raisingarizonakids.com/2025/01/pregnancy-postpartum-must-haves/ | Kara Morrison | Y | DTC | Earned |
| January 10, 2025 | The Good Trade | 1.1M | 9 Baby Carrier Wraps Like Moby but Better (2025 Review) | Aerial Carrer | https://www.thegoodtrade.com/features/baby-carrier-wraps/ | Emily Torres, Kayti Christian | Y | DTC | Earned |
| January 27, 2025 | Raisie Bay | | The Differences Between Quilted Play Mats and PVC Play Mats | Other | https://www.raisiebay.com/2025/01/the-differences-between-quilted-play-mats-and-pvc-p | Anne Sweet | Y | DTC | |
| February 12, 2025 | Parents | 6.9M | The Best Baby Carrier I Found for Hands-Free Cuddling--and 3 Others Parents Love | Wild Bird Sling | https://www.parents.com/best-baby-carrier-8789150 | Cameron LeBlanc | Y | DTC | Earned |
| February 12, 2025 | Champagne Living | 10k | Hugs, Kisses, & Tail Wags: Valentine's Day Must-Haves for Your Little Loves | Other | https://champagneliving.net/hugs-kisses-tail-wags-valentines-day-must-haves-for-your-li | Zippy Sandler | Y | DTC | Earned |
| February 12, 2025 | Tools2Tiaras | 6.3k | Adorable & Practical Gifts for Babies and Pets to Show Your Love | Other | https://champagneliving.net/hugs-kisses-tail-wags-valentines-day-must-haves-for-your-li | Rachel Ferrucci | Y | DTC | Earned |