# EXHIBIT 4

# FILED REDACTED

800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    Confidential - AEO

 2

 3              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK

 4   -------------------------------
     WILDBIRD LLC,
 5
                   Plaintiff,
 6
                vs.        Civil Action No. 1:25-cv-05993
 7
     WILDRIDE B.V., and WILDRIDE USA CORP.,
 8
                   Defendants.
 9   -------------------------------

10

11

12   CONFIDENTIAL DEPOSITION OF BRITT SCHOORL and JOOST

13                        HULTINK

14                 New York, New York

15             Monday, September 15, 2025

16

17

18

19

20

21

22

23   Reported by:
     Yaffa Kaplan
24   JOB NO. 13459884

25
```

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Delaware.gov                                              Governor | General Assembly | Courts | Elected Officials | State Agencies

**State of Delaware**
The Official Website of the First State

**Department of State: Division of Corporations**

Allowable Characters

HOME

| | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2881195 | Incorporation Date / Formation Date: | 1/3/2024 (mm/dd/yyyy) |
| Entity Name: | WILDRIDE USA CORP. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | NORTHWEST REGISTERED AGENT SERVICE, INC. | | |
| Address: | 8 THE GREEN, STE B | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | 302-581-4070 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status, Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**Exhibit**
**Wildbird0000003**
15th Sep 2025

Case 1:25-cv-05993-DLC    Document 58-4    Filed 10/10/25    Page 41 of 128

# WILDRIDE [(/web/20241202093239/http://us.wildridecarrier.com/)](https://web.archive.org/web/20241202093239/http://us.wildridecarrier.com/)

🔒 Enter using password

# Opening soon

| Email | → |

🅕 [Facebook(https://web.archive.org/web/20241202093239/https://www.facebook.com/people/Wildride/100067558177](https://web.archive.org/web/20241202093239/https://www.facebook.com/people/Wildride/100067558177)

📷 [Instagram(https://web.archive.org/web/20241202093239/https://www.instagram.com/wildride_official/)](https://web.archive.org/web/20241202093239/https://www.instagram.com/wildride_official/)

♪ [TikTok(https://web.archive.org/web/20241202093239/https://www.tiktok.com/@wildridecarrier)](https://web.archive.org/web/20241202093239/https://www.tiktok.com/@wildridecarrier)

[Powered by Shopify (https://web.archive.org/web/20241202093239/https://www.shopify.com/?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)](https://web.archive.org/web/20241202093239/https://www.shopify.com/?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)

Exhibit

Wildbird0000004

15th Sep 2025

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted