IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>*Defendants.* | Civil Action No: 1:25-cv-05993<br><br>**PLAINTIFF WILDBIRD LLC'S CERTIFICATE OF SERVICE OF SEALED DOCUMENTS** |

The undersigned certifies that, on October 10, 2025, a true and correct copy of Sealed ECF Nos. 60, 61, and 61-1-3 were sent by US mail proper postage paid and a courtesy copy provided by electronic mail to Defendants' counsel of record at:

Leo M. Lichtman
James M. Slater
ESCA LEGAL
1177 6th Avenue, 5th Floor
New York, New York 10036
Leo@esca.legal
James@esca.legal

*/s/ Molly R. Littman-Johnson*
Molly R. Littman Johnson

*Attorney for Plaintiff Wildbird LLC*

ACTIVE 715438785v1