IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD LLC,<br><br>   *Plaintiff*,<br><br>   v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>   *Defendants*. | Civil Action No: 1:25-cv-05993 |

**DECLARATION OF JONATHAN W. THOMAS, ESQ.
IN SUPPORT OF PLAINTIFF'S PROPOSED FINDINGS OF FACT
AND CONCLUSIONS IN SUPPORT OF ITS PRELIMINARY-INJUNCTION MOTION**

I, Jonathan W. Thomas, hereby declare as follows:

1. I am a resident of the State of New York; over the age of 18; and competent to make this declaration.

2. I am a Shareholder in the New York City office of the law firm of GREENBERG TRAURIG, LLP. I am counsel of record for the Plaintiff in this lawsuit, namely, Wildbird LLC ("Wildbird"). I submit this declaration in support of Wildbird's Proposed Findings of Fact and Conclusions of Law in support of its motion for a preliminary injunction against the Defendants in this lawsuit, Wildride B.V., and Wildride U.S.A. Corp. (together, "Defendants").

3. I could and would testify about the matters set forth in this declaration. The bases of my knowledge of the matters set forth in this declaration are: (i) my representation of Wildbird in this matter and (ii) my review of the exhibits attached to this declaration.

4. I attach hereto as **Plaintiff's PI Exhibit 1** a true and correct copy of the July 22, 2025, Declaration of Nate Gunn and Exhibits 1-10 thereto.

5. I attach hereto as **Plaintiff's PI Exhibit 2** a true and correct copy of the July 22, 2025, Declaration of Jonathan W. Thomas, Esq. and Exhibits 1-7 thereto.

6. I attach hereto as **Plaintiff's PI Exhibit 3** a true and correct copy of the September 19, 2025, Declaration of Nate Gunn.

7. I attach hereto as **Plaintiff's PI Exhibit 4** a true and correct copy of the September 19, 2025, Declaration of Jonathan W. Thomas, Esq. and Exhibits 1-19 thereto.

8. I attach hereto as **Plaintiff's PI Exhibit 5** a true and correct copy of the September 22, 2025, Declaration of Britt Schoorl and Exhibits A-C thereto.

9. I attach hereto as **Plaintiff's PI Exhibit 6** a true and correct copy of the September 22, 2025, Declaration of Leo M. Lichtman and Exhibits A-C thereto.

10. I attach hereto as **Plaintiff's PI Exhibit 7** a true and correct copy of the October 10, 2025, Declaration of Molly R. Littman-Johnson, Esq. and Exhibit 1-4 thereto.

11. I attach hereto as **Plaintiff's PI Exhibit 8** a true and correct copy of the October 10, 2025, Declaration of Nate Gunn.

12. I attach hereto as **Plaintiff's PI Exhibit 9** is a true and correct copy of the transcript of the September 17, 2025, FED. R. CIV. P. 30(b)(6) deposition of Wildbird ("Wildbird's Deposition").

13. I attach hereto as **Plaintiff's PI Exhibit 10** a true and correct copy of Exhibit 4 from Wildbird's Deposition.

14. I attach hereto as **Plaintiff's PI Exhibit 11** a true and correct copy of Exhibit 14 from Wildbird's Deposition.

15. I attach hereto as **Plaintiff's PI Exhibit 12** a true and correct copy of Exhibit 7 from Wildbird's Deposition.

16. I attach hereto as **Plaintiff's PI Exhibit 13** a true and correct copy of Exhibit 19 from Wildbird's Deposition.

17. I attach hereto as **Plaintiff's PI Exhibit 14** is a true and correct copy of the transcript of the September 15, 2025, FED. R. CIV. P. 30(b)(6) deposition of Wildride ("Wildride's Deposition").

18. I attach hereto as **Plaintiff's PI Exhibit 15** a true and correct copy of Exhibit 15 from Wildride's Deposition.

19. I attach hereto as **Plaintiff's PI Exhibit 16** a true and correct copy of Exhibit 16 from Wildride's Deposition.

20. I attach hereto as **Plaintiff's PI Exhibit 17** a true and correct copy of Exhibit 17 from Wildride's Deposition.

21. I attach hereto as **Plaintiff's PI Exhibit 18** a true and correct copy of Exhibit 18 from Wildride's Deposition.

22. I attach hereto as **Plaintiff's PI Exhibit 19** a true and correct copy of a document produced in this lawsuit that begins with the Bates Number "WILDBIRD0003460."

23. I attach hereto as **Plaintiff's PI Exhibit 20** a true and correct copy of a document produced in this lawsuit that begins with the Bates Number "WILDBIRD0003462."

24. I attach hereto as **Plaintiff's PI Exhibit 21** a true and correct copy of Exhibit 10 from Wildride's Deposition.

25. I attach hereto as **Plaintiff's PI Exhibit 22** a true and correct copy of Exhibit 11 from Wildride's Deposition.

26. I attach hereto as **Plaintiff's PI Exhibit 23** a true and correct copy of Exhibit 12 from Wildride's Deposition.

27. I attach hereto as **Plaintiff's PI Exhibit 24** a true and correct copy of Exhibit 13 from Wildride's Deposition.

28. I attach hereto as **Plaintiff's PI Exhibit 25** a true and correct copy of Exhibit 14 from Wildride's Deposition.

29. I attach hereto as **Plaintiff's PI Exhibit 26** a true and correct copy of the October 3, 2025, Declaration of Britt Schoorl and Exhibits 1-4 thereto.

30. I attach hereto as **Plaintiff's PI Exhibit 27** a true and correct copy of the October 3, 2025, Declaration of Leo M. Lichtman, Esq. and Exhibits 1-25 thereto.

     Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of October, 2025.

     */s/ Jonathan W. Thomas*
     Jonathan W. Thomas

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on October 17, 2025, I served a true and correct copy of the foregoing document on the following counsel of record for Defendants via ECF and electronic mail:

Leo M. Lichtman
James M. Slater
ESCA Legal
Leo@esca.legal
James@esca.legal
1177 6th Avenue, 5th Floor
New York, New York 10036

                */s/ Jonathan W. Thomas*
                Jonathan W. Thomas

                *Attorney for Plaintiff*