# Exhibit  1

I, Nate Gunn, hereby declare as follows:

**1.**     I am a resident of the State of California; over the age of 18; and competent to make this declaration.

**2.**     I am the co-founder of Wildbird LLC ("Wildbird"), which is the Plaintiff in this lawsuit.   I submit this declaration in support of Wildbird's motion for a preliminary injunction against the Defendants in this lawsuit, Wildride B.V., and Wildride U.S.A. Corp. (together, "Defendants").

**3.**     I could and would testify about the matters set forth in this declaration.   The bases of my knowledge of the matters set forth in this declaration are: (i) my job responsibilities at Wildbird; (ii) my knowledge of Wildbird's founding; (iii) my knowledge of Wildbird's trademarks; (iv) my knowledge of Wildbird's business operations, including its current and anticipated products, its sales and advertising history, and its customers; (v) my investigation of the use of Defendants' trademarks in the United States; and (vi) my review of the exhibits attached to this declaration.

**A. Wildbird's Founding**

**4.**     My wife, Tayler, and I founded Wildbird in 2014.   As first-time parents, we felt the nurturing and protective nature of a mother bird.   We wanted to keep our newborn child close enough to our bodies to soothe them with our breathing.   Unable to "wear" our newborn child, Tayler and I developed a ring-sling carrier, which allowed us to carry/wear our child.   A representative example of a WILDBIRD-brand ring sling is below:



**B. WILDBIRD-Brand Products**

5.      As of 2014, Tayler and I were not aware of any baby brands in the United States that had "wild" or "bird" in their name.   That fact, combined with the nurturing and protective nature of a mother bird that Tayler and I felt for our newborn, led us to adopt Wildbird as the name of our company in 2014.

6.      Since Wildbird's founding in 2014, it has expanded its product offerings from ring sling to include a full range of accessories and clothing for children and their parents. Today, Wildbird offers: (i) ring slings; (ii) "wrap" baby carriers; (iii) pajamas; (iv) sleep sacks;              (v) pregnancy pillows; (vi) playmats; (vii) blankets; (viii) pillows; (ix) crib sheets; (x) swaddles; (xi) hats; (xii) teethers; and (xiii) soft-structured carriers and backpack-style carriers.    I attach hereto as **Exhibit 1** a true and correct printout of Wildbird's website that lists its current products for sale.

7.      Wildbird currently plans to expand its product offerings to include: (i) additional carriers; (ii) stroller wagons; (iii) bouncers; (iv) bath products; (v) nursery products; (vi) additional clothing; and (vii) play items.

**C. WILDBIRD Trademarks**

8.      To identify and distinguish WILDBIRD-brand products in the marketplace, it uses the "WILDBIRD" word mark (the "WILDBIRD Word Mark") and inset logo (the "WILDBIRD Logo," together with the WILDBIRD Word Mark, the "WILDBIRD Marks"):



9.      Wildbird owns U.S. Trademark Registration No. 7,798,495 for its WILDBIRD Word Mark (the "'459 Registration").  I attach hereto as **Exhibit 2** a true and correct copy of the registration certificate for the '459 Registration.   As I recall, the PTO did not require us to submit proof of what is called "secondary meaning" to obtain the '459 Registration.   I recall that we received an Office Action, which I attach hereto as **Exhibit 3**.  As shown in the attached Office Action, the PTO required us to: "(1) Specify[] the number of classes for which registration is sought and provide the filing fees for all such classes [and] (2) Delet[e] class(es) from the application not covered by the fee(s) already submitted." *Id*.

10.     Wildbird also owns U.S. Trademark Application Serial No. 99/068/040 (the "'040 Application") for its WILDBIRD Logo.  I attach hereto as **Exhibit 4** a true and correct copy of the '040 Application.

11.     Wildbird monitors the marketplace and enforces its Marks against infringers.  For example, Wildbird sent a cease-and-desist letter to a company that formerly did business as "WildBird Designs."

12.     I am not aware of any other brand in the children's accessories-and-clothing market that currently: (i) includes the word "wild" and "bird" or (ii) includes the word "wild" or "bird" together with the image of a bird.

## D. WILDBIRD-Brand Products Offered Under the WILDBIRD Marks Enjoy Widespread Consumer Recognition and Goodwill

13.     Since 2014, Wildbird has spent substantial time, money, and effort on creating a unique association in consumers' minds in the United States between products offered under the WILDBIRD Marks, on the one hand, and our company, on the other hand.   For example, Wildbird spends approximately $6 million a year on advertising and promoting products under its WILDBIRD Marks.    These efforts, include, for example: (i) advertising on Wildbird's website; (ii) advertising on Wildbird's social-media accounts; and (iii) advertising via social-media influencers.  I attach hereto as **Exhibits 5-7** true and correct printouts of the homepages of Wildbird's Instagram, Facebook, and TikTok accounts.

14.     Products offered under the WILDBIRD Marks have received unsolicited media coverage throughout the United States in national publications, such as: *Vogue*; *Glamour*; *Strategist*; and *The Bump*.

15.     Products offered under the WILDBIRD Marks have appeared on the widely watched *Today* Show.

16.     Products offered under the WILDBIRD Marks are advertised and available for sale throughout the United States in national retailers, such as, Target; Babylist; and Nordstrom; as well as an Amazon.com.

17.     Products offered under the WILDBIRD Mark also have received critical acclaim. For example, in 2025, our WILDBIRD-brand Aerial Buckle Wrap received Parents.com's "Best Baby Wrap."  *See* **Exhibit 8.**

18.     Wildbird's annual revenue on sales of products offered under the WILDBIRD Marks exceeds $20 million.

**E.  Defendants' WILDRIDE Trademarks Have Caused Actual Confusion With Our WILDBIRD Marks**

19.     Prior to May 21, 2025, neither I nor anyone else employed at Wildbird was aware of Defendants using their trademark "WILDRIDE" in the United States or otherwise doing business in the United States.

20.     From May 21-23, 2025, I attended the ABC Kids Expo in Las Vegas, Nevada, on behalf of Wildbird.  Defendants also attended the 2025 ABC Kids Expo.  This was the first time that Wildbird and I were aware of Defendants doing business in the United States and using their WILDRIDE mark in the United States.  Prior to this time, Wildbird and I understood that Defendants' WILDRIDE brand was only available in the Netherlands.

21.     On Day 2 of the ABC Kids Expo, a buyer for Nordstrom asked me if Wildbird was affiliated with Defendants' Wildride brand.

22.    On Day 3 of the ABC Kids Expo, multiple suppliers confused our Wildbird brand with the Defendants' Wildride brand.   For example, one supplier said: "oh, yes; I saw your booth"—but they were referring to Defendants' booth.   As another example, one supplier asked me: "You are Wildride, yes"?

23.    After the ABC Kids Expo, Wildbird and I attempted to determine the extent of Defendants' business operations in the United States.   For example, I reached out to our contact at Target to see if they had any information about Defendants' plans for the United States market.

24.    While attempting to determine the extent of Defendants' business operations in the United States, we encountered Defendants a second time; this time, at a brand showcase for Nordstrom.   Other than our Wildbird brand and Defendants' Wildride brand, there were only 6-to-8 other brands at the showcase.   Yet at least four category leads for Nordstrom stores throughout the United States asked me if we were affiliated with Defendants' Wildride brand or if our Wildbird brand was the same as Defendants' Wildride brand.

25.    Earlier this month, I was able to meet with our contact at Target.   I left that meeting with the impression that Defendants would not voluntarily stop using the WILDRIDE trademark in the United States.

26.    This month, Wildbird and I also started to notice that consumers were confusing our brand with Defendants' Wildride brand on social media.   For example, as shown in the image below, we began noticing for the first time that consumers were "tagging" our official Instagram account when they were posting about Defendants' Wildride brand:



27.    Prior to filing this lawsuit and seeking a preliminary injunction, I emailed Defendants' customer-service email account on July 17, 2025, and requested to speak with Defendants' founder, CEO, or someone else with decision-making authority to discuss these recent instances of actual confusion between our brands.   In response, I received an email address for one of Defendants' co-founders, whom I promptly emailed and requested their availability to discuss these recent instances of actual confusion between our brands.   One of Defendants' co-founders emailed me back and asked if we could speak on Monday, July 21, 2025; however, Defendants did not provide me with a time to speak on Monday, and we did not speak on Monday.   Instead, I received an email this morning from one of Defendants' co-founders, who asked for examples of these recent instances of confusion so Defendants could purportedly discuss them amongst themselves.   Defendants did not provide me with any proposed dates or times to discuss this matter.   Accordingly, Wildbird and I feel that we have no choice but to file this lawsuit against Defendants and seek to preliminarily enjoin the use of their WILDRIDE trademark in the United States; otherwise, we believe that Defendants and their

WILDRIDE trademark will continue confusing our customers and irreparably harming our brand.

## F. Defendants' WILDRIDE Trademark is Irreparably Harming Our WILDBIRD Marks and Brand

28.     We, at Wildbird, have no association with or connection to Defendants or their Wildride brand.  We also have no ability to control Defendants' use of their WILDRIDE trademark or the quality of products and services offered under Defendants' WILDRIDE trademark.   This jeopardizes the reputation and goodwill of our Wildbird brand and trademarks that we have spent more than a decade carefully curating.  For example,  our products are known for their high quality.  I attach hereto as **Exhibit 9** a true and correct printout of our product listings on Amazon.com, which shows that our WILDBIRD-brand products have high ratings.   I am aware that products offered under Defendants' WILDRIDE trademark in the United States have already received poor customer reviews, *e.g.*, on Nodstrom's website.   *See* **Exhibit 10**.  No amount of money could repair the damage to our Wildbird brand and trademarks' reputation and goodwill if consumers begin associating our brand with Defendants' Wildride brand and its products.

29.     Even if Defendants' products offered under their WILDRIDE trademark were of the highest quality, the threat of irreparable harm to our Wildbird brand and trademarks still would exist.  As discussed above, we have invested substantial resources over the past decade to form a unique association in consumers' minds in the United States between our WILDBIRD trademarks, on the one hand, and our company, on the other hand.  As also discussed above, consumers are mistakenly associating our Wildbird brand

with Defendants and their Wildride brand.  Associating our brand with a brand that we cannot control places our brand and trademarks' carefully curated reputation and goodwill in someone else's hands.  With all due respect to Defendants, they should not have any control over the reputation and goodwill of our brand or trademarks; we should.

Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of July 2025.

_____

Nate Gunn

# Exhibit 1

Case 1:25-cv-05095-JGC Document 70-1 Filed 07/22/25 Page 12 of 123

 

Shop All Wool and Bamboo Stretchy Baby Wrap Carrier · WildBird



THOUSANDS OF FIVE STAR REVIEWS ★ ★ ★ ★ ★

# Shop All

WildBird defines the balance of babywearing aesthetic and functionality. Our mission is to bring you closer to your little ones, both physically, emotionally, and beautifully, while giving you the freedom to take on the day.

Read More

**51 PRODUCTS**

**SORT BY: DEFAULT**





**lavella - aerial carrier**



**lavella - aerial buckle wrap**

7/22/25, 1:05 PM
Case 1:25-cv-05959-JGC Document 70-1 Filed 07/22/25 Page 14 of 123
Shop All Wool and Babywear &mdash; WildBird
Page 14 of 88123





**lavella - linen sling**



BEST SELLER



SPECIAL EDITION

**cory - aerial carrier**

**giggle - aerial carrier**

Case 1:25-cv-05095-RC Document 70-1 Filed 07/22/25 Page 16 of 123 Shop All Wool and Baby Gear and Carriers Wild Bird



BEST SELLER



BEST SELLER

**cosmos - aerial carrier**                    **desert lark - aerial carrier**



7/22/25, 1:05 PM
Case 1:25-cv-05005-JGK   Document 70-1   Filed 07/22/25   Page 17 of 123
Shop All Wool and Baby Carriers at WildBird



BEST SELLER

**raven - aerial carrier**



**sparrow - aerial carrier**

Case 1:25-cv-05093-JGC   Document 70-1   Filed 07/22/25   Page 18 of 123
Shop All Woodland Baby Goods - Wild Bird



BEST SELLER



BEST SELLER

**willow - aerial carrier**                    **acadian - aerial carrier**





**willow - aerial buckle wrap**

# Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

EMAIL ADDRESS

**SUBSCRIBE NOW**

Case 2:25-cv-05995-WLC   Document 1-1   Filed 07/22/25   Page 20 of 123

   

## Shop

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

## Learn

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

## About

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

## Support

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

COPYRIGHT © 2025, WILDBIRD

THOUSANDS OF FIVE STAR REVIEWS ★ ★ ★ ★ ★



# Shop All Baby

Welcome to WildBird Baby! Products that you can love just as much as you've loved our carriers! A new chapter with a familiar purpose to deliver products that bring function and beauty to you and your little bird.

Read More

**293 PRODUCTS**

SORT BY: DEFAULT



NEW



LOW STOCK

**harvey - cloudblend™ footless pajamas**



NEW

**placido - cloudblend™ footed pajamas**



NEW

**placido - cloudblend™ footless pajamas**

**harvey - cloudblend™ footed pajamas**





**gulliver - cloudblend™ footed pajamas**

**gulliver - cloudblend™ footless pajamas**



Case 5:25-cv-05995-PCP   Document 17-1   Filed 07/24/25   Page 24 of 123





**placido - cloudblend™ sleep sack tog 1**

**armstrong - cloudblend™ footed pajamas**





**harvey - cloudblend™ sleep sack tog 1**

**placido - cloudblend™ short sleeve pajamas set**





**harvey - cloudblend™ short sleeve pajamas set**

**gulliver - cloudblend™ short sleeve pajamas set**







**gulliver - cloudblend™ sleep sack tog 1**   **armstrong - cloudblend™ sleep sack tog 1**







**armstrong - cloudblend™ footless pajamas**

**armstrong - cloudblend™ short sleeve pajamas set**





**harvey - cloudblend™ crib sheet**   **gulliver - cloudblend™ crib sheet**





NEW



BEST SELLER

**harvey - cloudblend™ swaddle**  **placido - cloudblend™ crib sheet**



armstrong - cloudblend™ swaddle          gulliver - cloudblend™ hat set



**armstrong - cloudblend™ hat set**

**gulliver - cloudblend™ swaddle**



Case 25-cv-05990 Document 170-1 Filed 07/28/25 Page 33 of 123



**harvey - cloudblend™ hat set**          **placido - cloudblend™ swaddle**





**placido - cloudblend™ hat set**

**armstrong - cloudblend™ crib sheet**



BEST SELLER



NEW

cory - linen quilted playmat

cory - linen + maple ring teether



**cory - linen lovey bear**

**cory - linen quilted sham & pillow**



**cory - linen lovey bunny**



**cory - linen lovey kitten**



BEST SELLER

acadian - cloudblend™ sleep sack tog 1

desert lark - cloudblend™ sleep sack tog 1

# Join Our List

Be the first to know about our newest launches, exclusive deals, and more.



EMAIL ADDRESS

**SUBSCRIBE NOW**





## Shop

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

## Learn

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

## About

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

## Support

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

COPYRIGHT © 2025, WILDBIRD

THOUSANDS OF FIVE STAR REVIEWS ★★★★★



# For Mom

Welcoming a new baby is a joyous time, and the right items can make the transition smoother for new moms. Essential additions like the WildBird Pregnancy Pillow enhance pregnancy and feeding routines. We loved CloudBlend™ so much, we mad...

Read More

**16 PRODUCTS**                                    **SORT BY: DEFAULT**



SOLD OUT



Case 5:25-cv-05995-PCP Document 170-1 Filed 07/24/25 Page 41 of 123

cory - pregnancy pillow cover

pregnancy pillow



**desert lark - pregnancy pillow cover**



**sparrow - pregnancy pillow cover**





**acadian - pregnancy pillow cover**

**acadian - cloudblend™ robe**





sparrow - cloudblend™ robe        desert lark - cloudblend™ robe

Case 2:25-cv-05959-BLC Document 170-1 Filed 07/24/25 Page 44 of 123



pink robin - pregnancy pillow cover          bananaquit - pregnancy pillow cover

Case 2:25-cv-05959-WLC   Document 170-1   Filed 07/04/25   Page 45 of 123



hummingbird - pregnancy pillow cover          kingfisher - pregnancy pillow cover

Case 1:25-cv-05595-DLC Document 107-1 Filed 07/24/25 Page 46 of 123





SOLD OUT

**cloudblend™ robe - grab bag**

victoria - pregnancy pillow cover



SOLD OUT



SOLD OUT

*balicassiao - pregnancy pillow cover*

*archer - pregnancy pillow cover*

# Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

EMAIL ADDRESS

**SUBSCRIBE NOW**





## Shop

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

## Learn

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

## About

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

## Support

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

COPYRIGHT © 2025, WILDBIRD

# Exhibit 2

# United States of America

## United States Patent and Trademark Office

# WildBird

**Reg. No. 7,798,495**
**Registered May 20, 2025**
**Int. Cl.: 18, 24, 25, 28, 35**
**Trademark**
**Principal Register**

WildBird  (Utah LIMITED LIABILITY COMPANY)
50 W Broadway st
Salt Lake City, UTAH 84101

CLASS 18: Back packs for carrying babies; baby carriers worn on the body

FIRST USE 7-1-2014; IN COMMERCE 11-14-2014

CLASS 24: Baby bedding, namely, swaddling blankets, fitted crib sheets, crib skirts, blankets, pillow covers

FIRST USE 2-28-2022; IN COMMERCE 2-28-2022

CLASS 25: Baby pajamas; toddler pajamas; sleep gowns, sleepwear for babies in the nature of sleepsacks

FIRST USE 2-28-2022; IN COMMERCE 2-28-2022

CLASS 28: Play mats for toddlers and babies

FIRST USE 2-28-2022; IN COMMERCE 2-28-2022

CLASS 35: On-line retail store services featuring baby related consumer products, namely baby carriers, baby pajamas, baby bedding, baby playmats, toddler pajamas, and baby sleep sacks

FIRST USE 7-1-2014; IN COMMERCE 11-14-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-463,953, FILED 03-22-2024





Acting Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# Exhibit 3

| | |
|---|---|
| **To:** | WildBird(nhgunn@gmail.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98463953 - WILDBIRD |
| **Sent:** | October 03, 2024 02:59:24 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

---

### United States Patent and Trademark Office (USPTO)
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98463953

**Mark:** WILDBIRD

**Correspondence Address:**
WildBird
50 W Broadway st
Salt Lake City UT 84101
United States

**Applicant:** WildBird

**Reference/Docket No.** N/A

**Correspondence Email Address:** nhgunn@gmail.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** October 3, 2024

The trademark examining attorney will defer a review of the merits of the application, and a search of the USPTO database of registered and pending marks, until applicant clarifies the number of classes for which registration is sought and ensures the required filing fees for all specified classes have been paid. *See* TMEP §§810.01, 1401.04; *see also* 15 U.S.C. §1112; 37 C.F.R. §2.86(a)(2), (b)(2).

The application identifies goods and/or services in at least five class(es); however, applicant submitted

the fee(s) sufficient for only one class(es).

Applicant may respond to this issue by satisfying one of the following:

> (1)    Specifying the number of classes for which registration is sought and provide the filing fees for all such classes.

> (2)    Deleting class(es) from the application not covered by the fee(s) already submitted.

*See* TMEP §§810.01, 1401.04.

## CLARIFICATION OF THE IDENTIFICATION OF GOODS AND SERVICES

(Note that proposed changes have been placed in bold type. Some items require applicant to include more complete information. These have been designated with braces{ } and/or **bold** type. The information in the braces is suggested as an example for applicant to follow and should not be merely "cut and pasted.")

The wording in the identification of goods is indefinite and must be clarified because the goods are misclassified and the nature of the services is unclear. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

Applicant clothing items are classified in class 25. The nature of the baby carriers should be clarified and classified accordingly. The nature of the baby bedding must be specified.

Applicant may substitute the following wording, if accurate:

International Class 018: **{specify, e.g, backpacks}** for carrying babies; baby carriers worn on the body

International Class 024: Baby bedding, **namely, {specify, e.g., bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets}**

International Class 025: baby pajamas; toddler pajamas; sleepwear for babies in the nature of sleepsacks

International Class 028: Play mats containing infant toys

International Class 035: **{specify, e.g., retail store services}** featuring baby carriers, baby pajamas, baby bedding, baby playmats, toddler pajamas, and baby sleep sacks.

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services

are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

## MULTIPLE-CLASS APPLICATION REQUIREMENTS

The application references goods and/or services based on use in commerce in more than one international class; therefore, applicant must satisfy all the requirements below for each international class:

> (1)      **List the goods and/or services by their international class number** in consecutive numerical order, starting with the lowest numbered class (for example, International Class 3: perfume; International Class 18: cosmetic bags sold empty).

> (2)      **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule). Specifically, the application identifies goods and/or services based on use in commerce that are classified in at least five classes; however, applicant submitted a fee(s) sufficient for only one class(es). Applicant must either (a) submit the filing fees for the classes not covered by the submitted fees or (b) restrict the application to the number of classes covered by the fees already paid.

> (3)      **Submit verified dates of first use of the mark** anywhere and in commerce **for each international class**. See more information about verified dates of use.

> (4)      **Submit a specimen for each international class**. The current specimen is acceptable for class(es) 18, 25 and 35; and applicant needs a specimen for class(es) 24 and 28. See more information about specimens.

**Examples of specimens.** Specimens for goods include a photograph of (1) the actual goods bearing the mark; (2) an actual container, packaging, tag or label for the goods bearing the mark; or (3) a point-of-sale display showing the mark directly associated with the goods.  *See* 37 C.F.R. §2.56(b)(1), (c); TMEP §904.03(a)-(m).  A webpage specimen submitted as a display associated with the goods must show the mark in association with a picture or textual description of the goods and include information necessary for ordering the goods.  TMEP §904.03(i); *see* 37 C.F.R. §2.56(b)(1), (c).

Specimens for services must show a direct association between the mark and the services and include: (1) copies of advertising and marketing material, (2) a photograph of business signage or billboards, or (3) materials showing the mark in the sale, rendering, or advertising of the services.  *See* 37 C.F.R. §2.56(b)(2), (c); TMEP §1301.04(a), (h)(iv)(C).

Any webpage printout or screenshot submitted as a specimen must include the webpage's URL and the date it was accessed or printed on the specimen itself, within the TEAS form that submits the specimen, or in a verified statement under 37 C.F.R. §2.20 or 28 U.S.C. §1746 in a later-filed response. *See* 37 C.F.R. §2.56(c); TMEP §§904.03(i), 1301.04(a).

> (5)      **Submit a verified statement** that "**The specimen was in use in commerce**

on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application." See more information about verification.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(a) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the Multiple-class Application webpage.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Keri-Marie Cantone/
Trademark Examining Attorney
Law Office 104
(571) 272-6069
Keri.Cantone@USPTO.GOV

# RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on October 3, 2024 for
**U.S. Trademark Application Serial No. 98463953**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# Exhibit 4

**Trademark/service mark application, Principal Register**
Serial number: 99068040
Mark: WILDBIRD
Mark format: Combination of wording and a design
Filing date: March 5, 2025 at 11:11:06 AM ET
Docket number:
Owner name: Wildbird
Amount paid: $3,850 (7 classes)

# Trademark details

## Mark

## Literal element
WILDBIRD

## Mark Description
The text "WILDBIRD" with a silhouette of a bird perched at the top of the second letter "D"

## Mark Format
Design plus words, letters, and/or numbers

## Color claim
Color is not claimed as a feature of the mark.

# Owner information

| | |
|---|---|
| *Name | Wildbird |
| Entity type | Limited liability partnership |
| Place of organization/citizenship | Utah |
| **Mailing address information** | |
| *Address line 1 | 50 W Broadway st |
| *City | Sal Lake City |
| *State/territory | Utah |
| *Zip/postal code | 84101 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| Primary telephone number | (805) 807-6115 |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information
Section 1(a)

## Identification of goods and services

**International Class 010**
Filing basis: Section 1(a)

*Teethers*
Character count: 8

| Specimen Information | |
|---|---|
| First use anywhere date | At least as early as 02/28/2022 |
| First use in commerce date | At least as early as 02/28/2022 |
| Specimen file name | WB_teether_1_2025-02-28.jpg |
| URL | https://wildbird.co/collections/wooden-teether/products/acadian-linen-maple-ring-teether |
| Date of access | 03/03/2025 |
| Description | Screenshot of a website webpage showing the use of the mark with teethers |

**International Class 018**
Filing basis: Section 1(a)

*back packs for carrying babies*; *baby carriers worn on the body*

*Character count: 62*

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 07/01/2014 |
| First use in commerce date | At least as early as 11/14/2014 |
| Specimen file name | WB_carrier_1_2025-02-28.jpg |
| URL | https://wildbird.co/collections/aerial-buckle-carrier/products/merlinaerial- carrier |
| Date of access | 02/28/2025 |
| Description | First screenshot of a website webpage showing use ofmark for a baby carrier |

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 07/01/2014 |
| First use in commerce date | At least as early as 11/14/2014 |
| Specimen file name | WB_carrier_2_2025-02-28.jpg |
| URL | https://wildbird.co/collections/aerial-buckle-carrier/products/merlinaerial- carrier |
| Date of access | 02/28/2025 |
| Description | Second screenshot of a website webpage showing use ofmark for a baby carrier |

**International Class 020**

Filing basis: Section 1(a)

*Maternity pillows*; *baby pillows*

*Character count: 31*

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 05/31/2023 |
| First use in commerce date | At least as early as 05/31/2023 |
| Specimen file name | WB_pillow_2025-02-28.jpg |
| URL | https://wildbird.co/collections/pregnancy-pillows/products/maternity-pillow |
| Date of access | 02/28/2025 |
| Description | Screenshot of a website webpage showing the use of the mark with fitted crib sheets |

**International Class 024**

Filing basis: Section 1(a)

*Baby bedding, namely, swaddling blankets, fitted crib sheets, blankets, pillow covers*

*Character count: 85*

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 02/28/2022 |
| First use in commerce date | At least as early as 02/28/2022 |
| Specimen file name | WB_CS_1_2025-02-28.jpg |
| URL | https://wildbird.co/collections/fitted-crib-sheet/products/desert-larkcloudblend- crib-sheet# |
| Date of access | 02/28/2025 |
| Description | Screenshot of a website webpage showing the use of the mark with fitted crib sheets |

**International Class 025**

Filing basis: Section 1(a)

*baby pajamas*; *toddler pajamas*; *sleep gowns*; *sleepwear for babies in the nature of sleepsacks*; *robes*; *sunhats*

*Character count: 108*

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 02/28/2022 |
| First use in commerce date | At least as early as 02/28/2022 |
| Specimen file name | WB_PJ_1_2025-02-28.jpg |
| URL | https://wildbird.co/collections/baby-pajamas/products/sam-cloudblend-long-sleeve-pajamas-set |
| Date of access | 02/28/2025 |
| Description | Screenshot of a website webpage showing the use of the mark with pajamas and sleepwear |

| International Class 028 | |
|---|---|
| Filing basis: Section 1(a) | |
| *Play mats for toddlers and babies* | |
| | Character count: 33 |

**Specimen Information**

| First use anywhere date | At least as early as 02/28/2022 |
|---|---|
| First use in commerce date | At least as early as 02/28/2022 |
| Specimen file name | WB_playmat_1_2025-02-28.jpg |
| URL | https://wildbird.co/collections/shop-all-baby/products/sparrow-desertlark- linen-quilted-playmat |
| Date of access | 02/28/2025 |
| Description | Play mats for toddlers and babies |

| International Class 035 | |
|---|---|
| Filing basis: Section 1(a) | |
| *On-line retail store services featuring baby related consumer products, namely back packs for carrying babies, baby carriers worn on the body, baby bedding, namely, swaddling blankets, fitted crib sheets, blankets, pillow covers, baby pajamas, toddler pajamas, sleep gowns, sleepwear for babies in the nature of sleepsacks, robes, sun hats, play mats for toddlers and babies, teethers, maternity pillows and baby pillows* | |
| | Character count: 420 |

**Specimen Information**

| First use anywhere date | At least as early as 07/01/2014 |
|---|---|
| First use in commerce date | At least as early as 11/14/2014 |
| Specimen file name | WB_webstore_1_2025-02-28.jpg |
| URL | https://wildbird.co/collections/all |
| Date of access | 02/28/2025 |
| Description | Screenshot of website webpage showing use of mark with on-line retail store services featuring baby related consumerproducts |

## Additional statements

| Translation (if applicable) | |
|---|---|
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

## Attorney information

### Attorney name and address

| *Name | Jerome Fogel |
|---|---|
| Law firm | Fogel & Potamianos LLP |
| *Address line 1 | 4100 West Alameda Ave STE 300 |
| *City | Burbank 91505 |
| *State/territory | California |
| *Zip/postal code | 91505 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | jfogel@fpgeneralcounsel.com |
| Primary telephone number | (866) 268-2787 |
| Extension | 101 |

### Attorney registration information

| *Bar membership or registration number | ******* |
|---|---|
| *Jurisdiction | ******* |
| *Year of admission | ******* |

## Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

## Additional appointed attorneys

Robert Kramer

## Docket or reference number

| Correspondence information | |
|---|---|
| *Correspondence name | Jerome Fogel |
| *Primary correspondence email address | jfogel@fpgeneralcounsel.com |
| Courtesy copy email addresses | rkramer@fpgeneralcounsel.com |

| Fee information | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 7 |
| Base application fee, per class | $350 |
| Free form fee, per class | $200 |
| Total fees paid | $3,850 |

| Declaration and signature | |
|---|---|

## Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /Robert Kramer/ |
| Signatory's name | Robert Kramer |
| Signatory's position | Associate Attorney, Fogel & Potamianos |
| Date signed | 03/05/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-**.**.**.**-20250305111106468586-99068040-16.0-be53ae49-4de8-4889-a07c-e1697134aacc-CARD-20250303185623989426







# Sam - CloudBlend™ Long Sleeve Pajamas Set

⭐⭐⭐⭐⭐ 55 Reviews

## $28.00

Pay over time for orders over $35.00 with **shop** ⓘ Learn more

| ALL | CORE | SEASONAL |
|-----|------|----------|

### SIZE

18-24 MONTHS   2T   3T

**ADD TO CART**

---

WILDBIRD

SHOP CARRIERS    SHOP BABY    BUNDLE & SAVE    LEARN    QUIZ    GIFTS & SETS    SALE







SIZE

XS - XL     L - 4XL

SIZE GUIDE

**ADD TO CART**

**Free Unlimited Returns** for Store Credit or Exchanges for $1.98

DESCRIPTION     +

DETAILS     +



SHOP ALL

CARRIER
SHOP ALL

AERIAL BUCKLE WRAP

AERIAL BUCKLE CARRIER

RING SLINGS

COLLECTIONS
NEW

SPECIAL EDITIONS

AERIAL CARRY BAGS

GIFTS & SETS

# Shop All

WildBird defines the balance of babywearing aesthetic and functionality. Our mission is to bring you closer to your little ones, both physically, emotionally, and beautifully, while giving you the freedom to take on the day.

**61 PRODUCTS**

SORT BY: DEFAULT









## Acadian - Linen + Maple Ring Teether

★★★★★ 8 Reviews

$14.00

Pay over time for orders over **$35.00** with Shop Pay · Learn more

| ALL | CORE | SEASONAL |

ADD TO CART



# Exhibit 5





Case 1:25-cv-05995-SDG Document 17-51 Filed 07/22/25 Page 75 of 123



# Instagram





Getting ready for take off!!



is this your aesthetic?

 Messages

# Instagram







Messages 

# Instagram



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads

Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

Messages 

# Exhibit 6



Log in or sign up for Facebook to connect with friends, family and people you know.

| Log In | or | Create new account |



**facebook**

Log In    Forgot Account?

WILDBIRD, LLC
is responsible for this Page

hello@wildbird.co

wildbird.co

## Photos                          See all photos





👍❤️ 4

## Log in or sign up for Facebook to connect with friends, family and people you know.

Log In    or    Create new account

# facebook

Log In     Forgot Account?

4

## Log in or sign up for Facebook to connect with friends, family and people you know.

Log In     or     Create new account

Case 1:25-cv-05099-DLC   Document 17-6   Filed 07/22/25   Page 83 of 123



**facebook**



## Log in or sign up for Facebook to connect with friends, family and people you know.

Log In    or    Create new account

# facebook

Log In   Forgot Account?

**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In   or   Create new account



# Exhibit 7



♪ TikTok

🔍 Search

🏠 For You

🧭 Explore

👥← Following

⊞ Upload

📺 LIVE

👤 Profile

••• More

**Log in**

Company

Program

Terms & Policies

© 2025 TikTok

**mywildbird** Wildbird

**Follow**  **Message**  ↗  •••

**691** Following   **87.3K** Followers   **3.5M** Likes

Home of the best baby carriers! 🕊

🔗 Wildbird.co

|||  **Videos**     ⇅ Reposts     ♡ Liked          Latest   Popular   Oldest

### Playlists

 **Ring sling...**
6 posts

### Videos

 ▶ 1861
 ▶ 1462
 ▶ 3579
 ▶ 1451
 ▶ 8875
 ▶ 68.4K



Search

For You

Explore

Following

Upload

LIVE

Profile

More

Company

Program

Terms & Policies

© 2025 TikTok


▷ 4413


▷ 9526


▷ 9605


▷ 2970


▷ 2681


▷ 3315


▷ 13.6K


▷ 1052


▷ 7208


▷ 1844


▷ 5627


▷ 2353

▷ 5914

▷ 1884

▷ 14.6K

▷ 60.9K

▷ 216.8K

▷ 2805

▷ 3017

▷ 3756

▷ 20.8K

▷ 1843

▷ 3010

▷ 5532

# Exhibit 8

| Document title: | Parents Best for Baby Awards 2025: On-the-Go Products |
| --- | --- |
| Capture URL: | https://www.parents.com/best-for-baby-awards-2025-on-the-go-11721730 |
| Page loaded at (UTC): | Mon, 21 Jul 2025 18:44:49 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 18:46:12 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 19 |
| Capture ID: | oBDcmVieoHEJFjzJHMS1Ji |
| Display Name: | hymelr |

PDF REFERENCE #:          3J3KkVJFY1pvzGUJGKNxZX

# Parents



*We independently evaluate all of our recommendations. If you click on links we provide, we may receive compensation.*

# The Best On-the-Go Baby Products of 2025

From car seats and strollers to diaper bags and more, you can care for your baby on the go with these must-have items.

By **Laura Lu, MS**  |  Published on May 22, 2025

## In This Article

- Best Everyday Stroller
- Best Luxe Stroller
- Best Travel Stroller
- Best Jogging Stroller
- Best Infant Car Seat
- Best Car Seat Innovation
- Best Overall Baby Carrier
- Best Classic Diaper Bag
- Best Portable Sound Machine

- Best Compact Stroller
- Best Value Stroller
- Best Lightweight Stroller
- Best Stroller for Large Families
- Best Convertible Car Seat
- Best Baby Wrap
- Best Baby Carrier for Partners
- Best Diaper Bag Set
- Best Stroller Accessory

From diapers and bottles to pacifiers and car seats, babies require a lot of stuff. The thought of leaving the house with your baby and their necessities can feel daunting, which is why it's important to have a reliable collection of on-the-go items. Whether you're on duty for carpool, running

From diapers and bottles to pacifiers and car seats, babies require a lot of stuff. The thought of leaving the house with your baby and their necessities can feel daunting, which is why it's important to have a reliable collection of on-the-go items. Whether you're on duty for carpool, running errands, or taking a family trip, you'll want to keep your baby safe and comfortable while you're out and about.

To help you figure out what you really need while on the go with your baby, our expert judges and parent testers used a variety of strollers, baby carriers, diaper bags, and more. From daily adventures outside the house to cross-country trips, we put every item to the test to determine which products are a must-have for every family. These are the winners of the 2025 Parents Best for Baby Awards in the on-the-go category.

## Meet Our 2025 Best for Baby Award Winners

The Parents 2025 Best for Baby Awards features over 105 products designed to help caretakers on their parenting journey. Explore our top picks in each category.

- Best for the Nursery
- Best for Activity and Development
- Best for Feeding
- Best for Bath and Health
- Best for the Caretaker

And to learn more about our awards process—and how our winners were chosen—be sure to check out our 2025 Best for Baby awards page.

# Best Everyday Stroller

## Bellini Juno Compact Everyday & Travel Stroller





**View on Bellini.com**

**View on Babylist.com**

Whether you're taking your little one for a walk around the neighborhood or jetting through the airport, this everyday stroller will get you from point A to point B with ease. It's lightweight, compact, and has plenty of storage —even for a quick grocery run. It looks and feels luxurious and handles bumpy terrain remarkably well. One parent tester of a 3 year old and 6 month old said her children loved riding around in this stroller and that the one-handed fold is "super easy" to use. "I really appreciate the padded seat and the carry handle, which makes toting the stroller upstairs a breeze," she said.

## Best Compact Stroller

### Britax Juniper Compact Stroller with Cup Holder



**$240 at Amazon**

**View on Britax.com**

At less than 15 pounds, this small but mighty stroller is built for keeping up with a family's busy lifestyle. It can be carried with one hand, and folds up in seconds—which was one parent tester's favorite part. "The coolest feature is the one-hand rapid fold," she said. "After the press of a button, the stroller folds into itself and remains standing upright on its own." Other standout features include a reclining seat, secure storage, all-wheel

Document title: Parents Best for Baby Awards 2025: On-The-Go Products
Capture URL: https://www.parents.com/best-for-baby-awards-2025-on-the-go-11721730
Capture timestamp (UTC): Mon, 21 Jul 2025 18:46:12 GMT

with a family's baby lifestyle. It can be carried with one hand, and folds up in seconds—which was one parent tester's favorite part. "The coolest feature is the one-hand rapid fold," she said. "After the press of a button, the stroller folds into itself and remains standing upright on its own." Other standout features include a reclining seat, secure storage, all-wheel suspension, and a parent cup holder.

## Best Luxe Stroller

### Maxi-Cosi Tana 360° Rotating Modular Stroller



**View on Maxicosi.com**

Little ones can relax in luxury while riding in this elegantly designed stroller. It's stocked with clever features, with the most innovative being the seat that rotates 360 degrees. It also has a large UPF 50 canopy (with a peek-a-boo window), adjustable footrest and handle, and is made with premium, 100% recycled materials that are soft and breathable, making this stroller the ideal place to nap. "I instantly loved the quality of the materials and fabric," said one parent tester of a 5 month old. "All of the features are thoughtfully designed."

## Best Value Stroller

### Graco Ready2Jet Stroller







$185 at Amazon

$190 at Target

View on Walmart

The Graco Ready2Jet Stroller is proof that parents don't need to sacrifice quality for cost. It has many features that more expensive strollers have, such as a large sun canopy, multi-position reclining seat, spacious storage basket, and a cup holder and leatherette handle for parents. It folds up in just one quick step, and since it only weighs 13.2 pounds, it can be carried on one arm. At just a fraction of the cost of some of the other strollers we tested, the Ready2Jet is impressively sturdy, handles wear and tear well, and is a "great option for travel" according to a parent tester of an 11 month old.

## Best Travel Stroller

### Cybex Libelle Compact Stroller



$330 at Amazon

Document title: Parents Best for Baby Awards 2025: On-the-Go Products
Capture URL: https://www.parents.com/best-for-baby-awards-2025-on-the-go-11721730
Capture timestamp (UTC): Mon, 21 Jul 2025 18:46:12 GMT
Page 5 of 18

$330 at Amazon

View on Nordstrom

With the help of this compact stroller, traveling with kids can actually feel like a true getaway. At just 13.7 pounds, you won't have to lug it through the airport, and it folds up easily to fit in a trunk, under a seat, or inside an overhead compartment. One parent tester of a 7 month old raved that the ease of traveling with children "just got better" thanks to this stroller, which also has a reclining seat, generous sun canopy, and a large storage basket.

## Best Lightweight Stroller

### Guzzie and Guss Oxygen v2 Lightweight Stroller



$400 at Amazon

$400 at Nordstrom

With a lightweight aluminum frame, this stroller can be carried with one hand—leaving your other free to carry your baby. A parent tester of a 5 month old praised this stroller for being "super lightweight," and was impressed with all of its features. "It works for a newborn all the way to a toddler, is super lightweight, and has a deep recline, adjustable footrest, and more," she said. It even folds down with one hand and meets the International Air Transportation Association guidelines for a carry-on item.

## Best Jogging Stroller

International Air Transportation Association guidelines for a carry-on item.

## Best Jogging Stroller

### Chicco TRE Jogging Stroller



**View on Amazon**

**$500 at Target**

**View on Chiccousa.com**

There's no better way to get your steps in than with this all-terrain jogging stroller. Its lightweight aluminum frame makes it a breeze to push while its large, air-filled rubber tires give you the freedom to venture the bumpiest of roads. When it's time to pack up, this stroller folds down into three configurations and even has a quick-stop hand brake, similar to a bike. "I really like the smooth glide of the stroller," one tester said. "The front wheel swivels 360 degrees, allowing you to change direction and make tight turns no matter what the terrain is."

## Best Stroller Designed to Grow With the Family

### Uppababy Vista V3 Stroller





$1,200 at Amazon

$1,200 at Nordstrom

View on Pottery Barn Kids

With its collection of expansion accessories, the Vista V3 has more than 30 different configurations, giving parents the ability to transport their family from birth to three children in tow. It comes with a full-size, multi-position toddler seat that can accommodate up to 50 pounds and all-wheel suspension, guaranteeing a smooth ride whether you're pushing one or three children. "I love that we can convert the stroller to add another child in the future," said a parent tester. "I would not choose any other strollers over UppaBaby Vista."

## Best Infant Car Seat

### Joie Mint Latch Baseless Infant Car Seat





ABOUT US

**View on Target**

**View on Babylist.com**

Say bye-bye to bulky car seat bases with the [Joie Infant Car Seat](#). Its built-in latch connectors allow parents to easily install the seat in most cars without using a base, making it a great option for travel or switching between parents' cars. Even without the latch connectors, this car seat can be securely installed in a car or airplane by using a seat belt. Moving this car seat between vehicles is a quick process and it fits well in small back seats, according to a *Parents* judge.

## Best Convertible Car Seat

### CYBEX Callisto G 360 All-in-One Car Seat



**View on Nordstrom**

**View on Cybex-online.com**

**View on Albeebaby.com**

Products that grow with your child are a great investment, especially when it comes to must-have items like a car seat. This [convertible seat](#) is designed to keep your child safe and secure from day one through age 10 (or 120 pounds, whichever comes first). In addition to lasting through the majority of childhood, this car seat rotates 360 degrees and has up to five different recline positions. A *Parents* judge added that it's "so easy" to install, taking just 15 seconds according to the brand.

(or 120 pounds, whichever comes first). In addition to lasting through the majority of childhood, this car seat rotates 360 degrees and has up to five different recline positions. A *Parents* judge added that it's "so easy" to install, taking just 15 seconds according to the brand.

## Best Car Seat Innovation

### Evenflo SensorySoothe



Credit: Evenflo

**View on Evenflo.com**

If you've ever been driving with a fussy baby in the back seat, you know how helpless it can feel to not be able to soothe them. Evenflo car seats with SensorySoothe technology solves this problem, allowing parents to activate calming lights and sounds from their baby's car seat. "Evenflo's SensorySoothe technology is a fun and safe integration of lights and sounds to soothe babies during a drive," said a Best for Baby *Parents* judge. To activate the SensorySoothe technology, parents can use the Evenflo app, voice command, or use controls on the car seat.

## Best Baby Wrap

### WildBird Aerial Buckle Wrap



Document title: Parents Best for Baby Awards 2025: On-the-Go Products
Capture URL: https://www.parents.com/best-for-baby-awards-2025-on-the-go-11721730
Capture timestamp (UTC): Mon, 21 Jul 2025 18:46:12 GMT



[View on Wildbird.co]

[View on Babylist.com]

There's nothing quite like the feeling of your baby snuggled up close to you while inside a baby wrap. This WildBird is a blend of a baby wrap and a buckle carrier and creates a cozy, secure spot for your little one to sit. It has a padded waistband to support a parent's back and is made with a soft, breathable, and sustainable OEKO-TEX Certified fabric. "My wife used this carrier with our newborn, and she loved how cozy yet secure it felt," said a parent tester of a 1 month old. "It's relatively user friendly and gets really compact so it can just live in our diaper bag!"

## Best Overall Baby Carrier

### Ergobaby Omni Deluxe All-in-One Baby Carrier



[$219 at Amazon]

[View on Babylist.com]

**View on Babylist.com**

The [Ergobaby Omni Deluxe](#) is as comfortable for babies as it is for parents. Made from 100% cotton, it's breathable, machine washable, and soft against your baby's delicate skin. It also has padded shoulder straps and lumbar support to help distribute the weight gently across your back and waist, and you can carry your little one in four different positions. "The Ergobaby Omni Deluxe All-in-One Baby Carrier is comfortable, safe, and ergonomic," said a parent tester of a 7 month old. It also comes with tons of accessories, including a head and neck pillow, sun shade, and six convenient storage pockets to hold your essentials.

## Best Baby Carrier for Partners and Plus Size Parents

### Tula Explore Baby Carrier



**View on Amazon**

**View on Babytula.com**

**View on Babylist.com**

The [Tula Explore](#) is a baby carrier that all parents and caregivers can wear. It accommodates adult sizes from 0-24 (or XS to 4XL) and has a waistband that expands up to 57 inches. Its padded shoulder straps make it less likely that you'll end up with a sore back or shoulders, and the fact that it adjusts quickly and easily makes it seamless when switching back and forth between partners. A parent tester of a 4 month old said that the Tula Explore is "easy" to set up and is "very comfortable" to wear, making it "worth the cost," in her opinion.

that it adjusts quickly and easily makes it seamless when switching back and forth between partners. A parent tester of a 4 month old said that the Tula Explore is "easy" to set up and is "very comfortable" to wear, making it "worth the cost," in her opinion.

## Best Classic Diaper Bag

### JuJuBe x Sazan Hendrix Classic Diaper Backpack



$185 at Amazon

$185 at Nordstrom

View on Babylist.com

There is so much to love about this diaper backpack. From the adorable floral print and soft material to the whopping 15 storage pockets, it has everything a parent needs to carry all of baby essentials. A parent tester of an 18 month old loved the material and flexibility and praised the backpack for its durability. "It handled an entire trip to Florida, including the flight and trips to the beach like a champ," she said. You'll be happy to know that it also comes with its own changing pad and an insulated pocket to store bottles and snacks.

## Best Diaper Bag Set

### Michelle Cabrera The Trio Bag Set

 

Document title: Parents Best for Baby Awards 2025: On-the-Go Products
Capture URL: https://www.parents.com/best-for-baby-awards-2025-on-the-go-11721730
Capture timestamp (UTC): Mon, 21 Jul 2025 18:46:12 GMT



View on Michellecabrera.com

With this beautiful diaper bag set, you'll never have to compromise style for functionality. The set comes with three bags: a large main bag, removable changing tote, and a chic clutch to elevate your diaper-carrying game. Between the three bags, there are a total of 20 pockets (plus a laptop sleeve) to carry everything you could possibly need for your baby. The bags are made from genuine nappa leather, which is known for being soft and durable, and are travel ready, with a luggage sleeve and removable stroller straps. One parent tester praised the bag, saying "This is honestly a great bag! It has lots of space, storage, and tons of compartments to organize."

## Best Portable Sound Machine

### Pure Enrichment PureBaby Hanging Koala Sound Machine



$30 at Amazon

Case 2:25-cv-05095-DSC    Document 1-6-1    Filed 07/22/25    Page 106 of 123

**$30 at Amazon**

**$30 at Target**

Naps on the go are often a necessity for babies, which is why every parent needs this adorable koala-shaped portable sound machine. It has a convenient hook that makes it easy to attach to a car seat, stroller, or bassinet and various settings, including six white noise sounds and six lullabies. "I really like the multiple settings it has," said a parent tester of a newborn. "The volume settings allow for a quiet background noise or a noise-canceling white noise, which is great for different scenarios you might find yourself in."

## Best Stroller Accessory

### 7AM Enfant Stroller Warmmuffs



**$52 at Amazon**

**View on Maisonette.com**

**$52 at Saks Fifth Avenue**

Whether you're up and at 'em for an early morning walk or are in the middle of a cold winter, these plush stroller gloves will be your favorite stroller accessory. They have a universal fit for any parent and easily attach to your handle bar with hook and loop fasteners. The water-resistant exterior is built to withstand all the elements while the cozy lining will keep your hands warm and dry while pushing your stroller. "I love them," said a parent tester of a 10 month old. "These were warm, cozy, and comfortable, and I looked forward to using the stroller so I could wear

exterior is built to withstand all the elements while the cozy lining will keep your hands warm and dry while pushing your stroller. "I love them," said a parent tester of a 10 month old. "These were warm, cozy, and comfortable, and I looked forward to using the stroller so I could wear them!"

Was this page helpful? 

Read more:     PARENTS AWARDS

## Related Articles



PARENTS AWARDS
**The 2025 Best for Baby Awards**
By Kimberly Zapata

PARENTS AWARDS
**The Best Baby Feeding Products of 2025**
By Toby Rose

PARENTS AWARDS
**The Best Baby Bath and Health Products of 2025**
By Laura Lu, MS

PARENTS AWARDS
**The Best Items for the Caretaker of 2025**
By Pamela Brill

PARENTS AWARDS
**The Best Products for the Nursery of 2025**
By Pamela Brill

PARENTS AWARDS
**The Best Items for Baby's Activity and Development of 2025**
By Pamela Brill

PARENTS AWARDS
**Best for On the Go**
By Toby Rose

PARENTS AWARDS
**Best for Feeding**
By Toby Rose

Advertisement

myrecipes   Find & Save the World's Best Recipes   Start Saving ♥

Advertisement


Advertisement

myrecipes **Find & Save the World's Best Recipes** Start Saving ♥

By Pamela Brill

Development of 2025

By Pamela Brill



PARENTS AWARDS

## Best for Nursery

By Toby Rose



PARENTS AWARDS

## Best for Feeding

By Parents Editors



PARENTS AWARDS

## The 2024 Parents Best for Baby Awards

By Parents Editors



PARENTS AWARDS

## Best for On the Go

By Toby Rose



PARENTS AWARDS

## Best for Bath and Health

By Sierra Leone Starks



PARENTS AWARDS

## Best for the Caretaker

By Pamela Brill



PARENTS AWARDS

## The 2025 Parents Best Family Cars Awards

By Scotty Reiss



PARENTS AWARDS

## The 2024 Parents Best Skincare for Kids Awards

By Dorian Smith-Garcia

Advertisement

Advertisement

**Parents**

NEWSLETTERS

Follow Us

STARTING A FAMILY

PREGNANCY

BABY NAMES

PARENTING

LIFE WITH KIDS

PRODUCTS & GEAR

About Us

Editorial Guidelines

Careers

Contact

Your Privacy Choices 

Expert Review Board

Product Review Guidelines

Privacy Policy

Terms of Service

Advertise

TRUSTe Certified Privacy
Powered by TrustArc

Document title: Parents Best for Baby Awards 2025: On-the-Go Products
Capture URL: https://www.parents.com/best-for-baby-awards-2025-on-the-go-11721730
Capture timestamp (UTC): Mon, 21 Jul 2025 18:46:12 GMT


Find & Save the World's Best Recipes — myrecipes — Start Saving



**PARENTS AWARDS**

### Best for Nursery

By Toby Rose



**PARENTS AWARDS**

### Best for Feeding

By Parents Editors



**PARENTS AWARDS**

### The 2024 Parents Best for Baby Awards

By Parents Editors



**PARENTS AWARDS**

### Best for On the Go

By Toby Rose



**PARENTS AWARDS**

### Best for Bath and Health

By Sierra Leone Starks



**PARENTS AWARDS**

### Best for the Caretaker

By Pamela Brill



**PARENTS AWARDS**

### The 2025 Parents Best Family Cars Awards

By Scotty Reiss



**PARENTS AWARDS**

### The 2024 Parents Best Skincare for Kids Awards

By Dorian Smith-Garcia

Advertisement

# Parents

[ NEWSLETTERS ]

Follow Us

**STARTING A FAMILY**

**PREGNANCY**

**BABY NAMES**

**PARENTING**

**LIFE WITH KIDS**

**PRODUCTS & GEAR**

**NEWS**

About Us

Editorial Guidelines

Careers

Contact

Your Privacy Choices

Expert Review Board

Product Review Guidelines

Privacy Policy

Terms of Service

Advertise

TRUSTe Certified Privacy Powered by TrustArc

Dotdash meredith  Parents is part of the Dotdash Meredith publishing family.

# Exhibit 9



Delivering to New York 10024
**Update location**

All ▾   Search Amazon

🇺🇸 EN ▾   Hello, sign in
**Account & Lists** ▾

Returns
**& Orders**

🛒 0

☰ **All**   Amazon Haul   Medical Care ▾   Saks   Best Sellers   Amazon Basics   Today's Deals   New Releases   Registry   Groceries ▾   Prime ▾



WildBird  ›  All Products



Follow   ⬆

HOME   AERIAL CARRIERS   RING SLINGS

🔍 Search all WildBird





WildBird - Ring Sling Baby Carrier -...

4.2 ★★★★☆ 232

$68.00

✔prime

**Get it by Monday, July 28**

| Add to Cart |

WildBird - Ring Sling Baby Carrier -...

4.2 ★★★★☆ 232

$68.00

✔prime

**Get it by Sunday, July 27**

| Add to Cart |





WildBird - Ring Sling Baby Carrier -...

4.2 ★★★★☆ 232

$68.00

✔prime

**Get it by Sunday, July 27**

| Add to Cart |

WildBird - Ring Sling Baby Carrier -...

4.2 ★★★★☆ 232

$68.00

✔prime

**Get it by Sunday, July 27**

| Add to Cart |



WildBird - Aerial Carri

4.6 ★★★★★ 375

$178⁰⁰

✔prime

**Get it by Sunday, July 27**

100+ bought in past month

| Add to Cart |
|---|



WildBird - Aerial Carri

4.6 ★★★★★ 375

$178⁰⁰

✔prime

**Get it by Sunday, July 27**

500+ bought in past month

| Add to Cart |
|---|



WildBird - Aerial Car
4.6 ★★★★★ 375
$178⁰⁰
✔prime
**Get it by Sunday, July**
300+ bought in past

Add to Cart

WildBird - Aerial Car
4.6 ★★★★★ 375
$178⁰⁰
✔prime
**Get it by Sunday, July**
500+ bought in past

Add to Cart



WildBird - Aerial Carrier - 7 to 45 lbs - for...
4.6 ★★★★★ 375
$178⁰⁰

See options

 Share

Share this page with your friends.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



# Exhibit 10

| Document title: | WILDRIDE Toddler Carrier \| Nordstrom |
| Capture URL: | https://www.nordstrom.com/s/toddler-carrier/8368904? origin=coordinating-8368904-0-2-FTR-recbot-recently_viewed_snowplow_mvp&recs_ placement=FTR&recs_strategy=recently_viewed_snowplow_mvp&recs_source=recbo t&recs_page_type=category&recs_seed=0&color=BLACK |
| Page loaded at (UTC): | Mon, 21 Jul 2025 19:07:16 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 19:07:42 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | vETPeGUgdqiTvLmQXQvuRX |
| Display Name: | hymelr |

Get $60 off your next purchase as a new cardmember! Ends August 3. See Terms & Apply

# NORDSTROM

 Sign In

Your Store
Valley Fair

0

Search for products or brands

**Anniversary Sale** | New | Sale | Women | Men | Beauty | Shoes | Accessories | Kids | Designer | Home | Gifts | Explore

Home / Kids / Baby Gear & Essentials / Baby Carriers


New!






Click for Details, Fit & Styling Tips

 (1)

## Toddler Carrier

WILDRIDE

$109.00

Color: Black

   

1

**30** people are viewing

Free returns anytime
Sold by Nordstrom

○ Free Pickup at Nordstrom Valley Fair
Arrives in store Thu, Jul 24–Tue, Jul 29

● Free Shipping to 95054
Arrives between Thu, Jul 24–Tue, Jul 29

🛍 Add to Bag

♡ Add to Wish List

Get $60 off your next purchase as a new cardmember! Ends August 3. Terms apply. Apply Now

Pay in 4 interest-free payments of $27.25 with ⓢ Afterpay ⓘ
or 🅿 PayPal ⓘ

### You Might Also Like


New!
WILDRIDE
$119


Popular

Sponsored
Savings Event
Stokke
$239.20
$299


New!
WILDRIDE
$179


WILDRIDE
$39

💬



Toddler Carrier
WILDRIDE

$109.00

Add to Bag




## Details & care

Leave the stroller behind and enjoy carrying your toddler in this lightweight, stylish carrier that has an ergonomic design that keeps you and child comfortably traveling.

**What it does:** This carrier is compact and easy to fold so it stores away on a shelf or in your luggage.

**Additional features:** Its symmetrical design adapts effortlessly to both left- and right-handed caregivers, ensuring ease and comfort.

**Maximum child weight/height:** 15 to 44 lb.; ages 9 months to 4 years old.

**Carrier weight/dimensions:** 11" x 3.8" x 2.8".

- 100% cotton
- Spot clean
- Made in Turkey
- Item #10848250

## 🎁 Gift options

Choose your gift options at Checkout. Some items may not be eligible for all gift options

**Delivery**

✉ Email gift message (free)

**Need help finding the perfect gift? We've got you covered.**

Shop Gifts

## Shipping & returns

Free shipping. Free returns. All the time. Purchases made online can also be returned or exchanged at any Nordstrom store, free of charge. Read more about our shipping & returns policies.

## Reviews

 (1)

3.0 out of 5

Write a Review

## Customer photos

Add your photo & review

Share your photo to help other shoppers.








| | | |
|---|---|---|
| ☐ 5 stars | | 0% |
| ☐ 4 stars | | 0% |
| ☐ 3 stars | | 100% |
| ☐ 2 stars | | 0% |
| ☐ 1 star | | 0% |

Justamom_    ★★★☆☆    July 8, 2025

**Honest honest opinion**

The idea of this carrier is great, but I would say this is overpriced for what it is. Things I liked, it's easy to put on, portable and was able to keep them contained. Things I didn't like - the adjusting part is stiff, which makes sense but it was not as easy as they make it seem. If you are going somewhere humid, the canvas will feel icky. I have a short torso and had to pull my daughter super close to me, which in turn was not as comfortable for her. The actual seat they are supposed to be in doesn't fit properly which leaves a pretty good gap. I went back to look at videos of the demonstrations and you can just see some kids don't fit in them well. Some have them angled in an interesting position and digs into the back of their thighs. Also, I wouldn't recommend this for over 35lbs. That's a lot on back for long periods of time. Overall, it's ok - not a must have.

Show less

🖒 5 found this helpful

## Recommended for You



Savings Event
**Tushbaby**
$92   $115
★★★★★ (1)



Popular
■ ■ ◪

Savings Event
**Tushbaby**
$68   $85
★★★★½ (29)



Popular
■ ■ ■



Anniversary Sale
**Solly Baby**
Sale: $54.99
After Sale: $74
★★★★½ (61)



Popular
■ ▨

Anniversary Sale
**Nuna**
Sale: $429.99
After Sale: $575
★★★★½ (235)

Popular

New!
**Pehr**
$198

## Discover More Items
Sponsored



🛍 Add to Bag

## Discover More Items

Sponsored











◼ ▢ ◼

**Joolz**

**$139.99**

**Nanit**

**$399.99**

★★★★★ (188)

<mark>Anniversary Sale</mark>

**Nuna**

**Sale: $429.99**
After Sale: $575

★★★★★ (235)

<mark>Anniversary Sale</mark>

**Nuna**

**Sale: $509.99**
After Sale: $680

★★★★ (474)

<mark>Anniversary</mark>

**Nuna**

**Sale: $1,184.**
After Sale: $

★★★★

## Recently Viewed



🟫 ◼

New!

**WILDRIDE**

$119



THE *Nordy* CLUB

**GET $60 OFF YOUR NEXT PURCHASE**
For new cardmembers! Ends August 3. Restrictions apply.
**Apply Now**

## Recently Viewed



New!

**WILDRIDE**

$119



THE *Nordy* CLUB

**GET $60 OFF YOUR NEXT PURCHASE**

For new cardmembers! Ends August 3. Restrictions apply.

**Apply Now**



Get Email Updates:

[Email Address]          Sign up

| Customer Service | About Us | Stores & Services | Nordstrom Card & Rewards | Nordstrom, Inc. |
|---|---|---|---|---|
| Contact Us | All Brands | Find a Store | The Nordy Club Rewards | Nordstrom Rack |
| Order Status | Careers | Free Style Help | Apply for a Nordstrom Card | Investor Relations |
| Shipping | Corporate Social Responsibility | Alterations & Tailoring | Pay My Bill | Press Releases |
| Return Policy & Exchanges | Diversity, Equity, Inclusion & Belonging | SkinSpirit Clinic | Spa Nordstrom | Manage My Nordstrom Card | Nordstrom Media Network |
| Price Adjustments | Get Email Updates | Nordstrom Restaurants | | |
| Gift Cards | Nordstrom Blog | Nordstrom Local | | |
| FAQ | The Thread | | | |
| Product Recalls | Nordy Podcast | | | |
| 🇺🇸 United States ▾ | | | | |

Privacy          Your Privacy Rights          Terms & Conditions          California Supply Chains Act          ©2025 Nordstrom, Inc.