# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WILDBIRD LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No: 1:25-cv-05993 |
| WILDRIDE B.V., and WILDRIDE USA CORP., | |
| *Defendants*. | |

**DECLARATION OF MOLLY R. LITTMAN-JOHNSON, ESQ. IN SUPPORT OF PLAINTIFF WILDBIRD LLC'S REPLY BRIEF IN SUPPORT OF MOTION FOR <u>PRELIMINARY INJUNCTION</u>**

I, Molly R. Littman-Johnson, hereby declare as follows:

1.      I am a resident of the State of Minnesota, over the age of 18, and competent to make this declaration.

2.      I am a Shareholder at the law firm of Greenberg Traurig, LLP. I am counsel of record for the Plaintiff in this lawsuit, namely, Wildbird LLC ("Wildbird"). I submit this declaration in support of WIldbird's reply brief in support of its Motion for a Preliminary Injunction against the Defendants in this lawsuit, Wildride B.V. and Wildride USA Corp. (together "Defendants").

3.      I could and would testify about the matters set forth in this declaration. The bases of my knowledge of the matters set forth in this declaration are: (i) my representation of Wildbird in this matter and (ii) my review of the exhibits attached to this declaration.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the "all hits" page of an Excel document produced in this lawsuit as Bates No. WILDBIRD0000158 and marked as Exhibit 15 to the 30(b)(6) Deposition of Wildbird LLC.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of portions of the transcript of the 30(b)(6) deposition of Plaintiff Wildbird.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of the "Safety and Certifications" page from Defendants' US Catalog, a document produced in this lawsuit as Bates No. RIDE000444.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of portions of the transcript of the 30(b)(6) deposition of Defendants Wildride B.V. and Wildride USA Corp., including true and correct copies of Deposition Exhibits 3-4 and 10-13.

Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of October 2025.

*/s/Molly R. Littman-Johnson*
Molly R. Littman-Johnson

# EXHIBIT 1

# Produced in Native Format

WILDBIRD0000158

# PAGE COVERAGE TRACKER

## WILDBIRD

| Date | Outlet | UVM | Headline | Product | Link | Editor | Link to Prod Link | Earned or S |
|---|---|---|---|---|---|---|---|---|
| February 8, 2022 | Mother Mag | 53.9k | WildBird Launches WildBird Baby, A New Line for Home & Play | Other | https://www.mothermag.com/wildbird-baby/ | Katie Hintz-Zambrano | Y | DTC Earned |
| February 07 2023 | Mother Simple | 1x | How to Choose the Best Soft Baby Slings | Ring Sling | https://mothersimple.com/web-stories/how-to-choose-the-best-soft-baby-slings/ | N/A | Y | DTC Earned |
| February of 2023 | Babe Hatch Collection | 103.3k | The Ultimate Eco-Friendly Baby Registry Curated by a sustainable living expert. | Aerial Carrier | https://babe.hatchcollection.com/eco-friendly-baby-registry-list/ | Abby K. Cannon, JD, RD, CDN | Y | DTC Earned |
| May 11, 2023 | What to Expect | 968.1k | The Best Ring Slings for Comfortable Babywearing | Ring Sling | https://www.whattoexpect.com/baby-products/baby-carriers/best-ring-slings/ | Jessica Booth | Y | Target Earned |
| May 11, 2023 | Home Business Mag | 3.4k | 23 Baby and Toddler Gifts Perfect for Any Celebration | Other | https://homebusinessmag.com/lifestyle/gift-guide/gifts-perfect-gift-perfect-celebration/ | Shayla Henderson | N | No Link Earned |
| May 16, 2023 | Little Baby Gear | 37k | 31 Genius New Mom Hacks You Need to Know to Survive with Newborn Baby | Ring Sling | https://littlebabygear.com/genius-new-mom-hacks-survive-with-newborn/ | Zooey Barnett | Y | DTC Earned |
| May 23, 2023 | Parents | 7.7M | These are the 50+ Best Memorial Day Deals on Strollers, Car Seats, Cribs, and More | Ring Sling | https://www.parents.com/memorial-day-sales-baby-gear-7503764 | Kaitlin Stanford | Y | DTC Earned |
| July 1, 2023 | Times of San Diego | 46.5k | San Diego Moms: Must-Haves for New Parents | Aerial Carrier | https://timesofsandiego.com/life/2023/07/01/san-diego-moms-must-haves-for-new-parents/ | Hoa Quach | Y | DTC Earned |
| July 29, 2023 | Simple Modest Mom | 10k | Favorite Finds from June & July 2023 | Sack | https://www.simplemodestmom.com/blog/favorite-finds-june-july-2023 | Simple Modest Mom Editors | Y | DTC Earned |
| September 25, 2023 | The Bump | 8.357M | The Best Ring Sling Baby Carrier Styles to Keep Baby Close | Ring Sling | https://www.thebump.com/a/baby-ring-slings | Danielle Halibey | Y | DTC Earned |
| September 25, 2023 | Forbes | 181.4M | 11 Must-Haves for a Safe and Stylish Nursery for Baby Safety Month | Other | https://www.forbes.com/sites/amandalauren/2023/09/25/11-must-haves-for-a-safe-and-s | Amanda Lauren | Y | DTC Earned |
| November 6, 2023 | Little Baby Gear | 37k | 2023 Best Black Friday & Cyber Monday Deals for Baby & Mom Stuff | Ring Sling | https://littlebabygear.com/black-friday-deals-baby/ | Zooey Barnett | Y | DTC Earned |
| November 10, 2023 | Mother Mag | 53.9k | 35 Holiday Gifts for New & Expecting Moms | Aerial Carrier | https://www.mothermag.com/gifts-for-new-moms/ | Katie Hintz-Zambrano | Y | DTC Earned |
| November 30, 2023 | Home & Texture | 92.5k | These are the Perfect Gifts for the New Mom in Your Life | Aerial Carrier | https://homeandtexture.com/gift-guide-new-mom/ | Kelsey Marie | Y | DTC Earned |
| December 8, 2023 | PN Mag | 4.4k | 15 Baby and Toddler Holiday Pajamas for 2023 | Pajama | https://www.pnmag.com/gear/toddler-christmas-pajamas/ | Ashley Ziegler | Y | DTC Earned |
| December 20, 2023 | Forbes | 181.4M | Kids of All Ages Will Love These Holiday Gifts for the Home | Other | https://www.forbes.com/sites/amandalauren/2023/12/12/kids-of-all-ages-will-love-these-h | Amanda Lauren | Y | DTC Earned |
| December of 2023 | Also Mom | 10k | The Best Ring Slings | Ring Sling | https://www.alsomom.com/best-ring-slings/ | Also Mom Editors | Y | DTC Earned |
| January 3, 2024 | Little Baby Gear | 37k | Best Baby Carrier for Petite Mom — 5 Options for Short Moms | Ring Sling | https://www.littlebabygear.com/best-baby-carrier-petite-mom/ | Zooey Barnett | Y | DTC Earned |
| January 4, 2024 | What to Expect | 968.1k | Best Baby Carriers, According to Parents Who Love Them | Aerial Carrier | https://www.whattoexpect.com/baby-products/baby-carriers/best-baby-carriers/ | Kathleen Felton | Y | Target Earned |
| January 10, 2024 | Brit + Co | 1.26M | 51 of the Best Gifts for Pregnant Women in 2024 | Other | https://www.brit.co/gifts-for-pregnant-women/ | Olivia Taylor | Y | DTC Earned |
| January 29, 2024 | Budget Mama Blog | 127.5M | Essentials for Babies and Toddlers on a Disney Vacation–What You'll Really Need! | Ring Sling | https://medium.com/@mrsdionda/essentials-for-babies-and-toddlers-on-a-disney-vac | Budget Mama | Y | Amazon Earned |
| February 6, 2024 | Forbes | 181.4M | 14 Best Valentine's Home Gifts for Families and Children | Ring Sling | https://www.forbes.com/sites/amandalauren/2024/02/06/14-best-valentines-day-home-g | Amanda Lauren | Y | DTC Earned |
| February 16, 2024 | Mother Mag | 53.9k | 50+ President's Day Sales to Shop Now | Other | https://www.mothermag.com/presidents-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC Earned |
| March 12, 2024 | Mom | 450.141 | 7 Beautiful Baby Products for Parents with a Clean and Trendy Aesthetic | Aerial Carrier | https://mom.com/baby/beautiful-baby-products-for-parents-with-a-clean-and-trendy-aest | Ileana Paules-Bronet | Y | DTC Earned |
| March 22, 2024 | Best Products | 1.75M | The 14 Best Baby Carriers that are Comfy for Both You and the Kid | Aerial Carrier | https://www.bestproducts.com/parenting/baby/g255/best-baby-carriers-and-wraps/ | Cat Bowen & Jill Layton | Y | DTC Earned |
| April 2, 2024 | Parents | 7.7M | The 12 Best Wraps and Slings for Safe and Comfortable Babywearing | Aerial Carrier | https://www.parents.com/best-baby-wrap-carrier-8607569 | Ashley Ziegler & Katrina Cossey | Y | DTC Earned |
| April 8, 2024 | Home Business Mag | 3.4k | Thoughtful Presents to Celebrate Mom this Mother's Day | Other | https://homebusinessmag.com/lifestyles/presents-celebrate-mom-mothers-day/ | Shayla Henderson | Y | DTC Earned |
| April 9, 2024 | Mommyhood101 | 36.7k | Best Baby Carriers of 2024, Tested & Reviewed | Aerial Carrier | https://mommyhood101.com/best-baby-carrier | Tali Ditye, Ph.D. | Y | DTC Earned |
| April 13, 2024 | Times of San Diego | 46.5k | San Diego Moms: Mother's Day Gift Guide 2024 | Other | https://timesofsandiego.com/life/2024/04/13/san-diego-moms-mothers-day-gift-guide-20 | Hoa Quach | Y | DTC Earned |
| April 18, 2024 | NY Times | 546.1M | The Best Baby Wraps and Slings | Ring Sling | https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/ | Kerry Davis McGuinness | Y | DTC Earned |
| April 27, 2024 | Forbes | 181.4M | Mother's Day Gift Guide: The Best Home and Decor Gifts for New Moms | Aerial Carrier | https://www.forbes.com/sites/amandalauren/2024/04/27/mothers-day-gift-guide-the-best | Amanda Lauren | Y | DTC Earned |
| April 30, 2024 | Consumer Reports | 14.43M | Best Gifts for New Moms, According to a New Mom | Aerial Carrier | https://www.consumerreports.org/money/gift-giving/best-gifts-for-new-moms-a1745349 | Anna Kocharian | Y | DTC Earned |
| April 30, 2024 | MSN | 544.3M | Best Gifts for New Moms, According to a New Mom | Aerial Carrier | https://www.msn.com/en-us/news/technology/best-gifts-for-new-moms-according-to-a | Anna Kocharian | Y | Syndicated |
| May 1, 2024 | Baby Gaga | 45k | 8 Best Ring Sling Baby Carriers | Ring Sling | https://www.babygaga.com/best-ring-slings-for-baby/ | Courtney Marie L | Y | Amazon Earned |
| May 10, 2024 | Brit + Co | 1.26M | 37 Mother's Day Gifts for Expecting Moms That'll Make Them Feel Appreciated | Pajama | https://www.brit.co/gifts-for-new-mom/ | Jasmine Williams | Y | DTC Earned |
| May 24, 2024 | Mother Mag | 53.9k | 90+ Memorial Day Sales to Shop Now | Other | https://www.mothermag.com/memorial-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC Earned |
| May 26, 2024 | CNN | 594.3M | The Essentials List: Jessie James Decker on her hectic life with 4 young kids and her everyday essentials | Aerial Carrier | https://www.cnn.com/underscored/home/jessie-james-decker-everyday-essentials | Mara Reinstein | Y | DTC Earned |
| May 26, 2024 | Yahoo | 3.5B | The Essentials List: Jessie James Decker on her hectic life with 4 young kids and her everyday essentials | Aerial Carrier | https://www.yahoo.com/lifestyle/essentials-list-jessie-james-decker-130025060.html | Mara Reinstein | Y | Syndicated |
| May 27, 2024 | Sally and Stylish Blog | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://medium.com/@rachelferrucci/from-cuddles-to-crawlers-top-picks-for-little-ones-7 | Rachel Ferrucci | Y | DTC Earned |
| May 27, 2024 | MSN | 614.3M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://www.msn.com/en-us/lifestyle/other/from-cuddles-to-crawlers-top-picks-for-little | Rachel Ferrucci | Y | Syndicated |
| May 27, 2024 | Families | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://vocal.media/families/from-cuddles-to-crawlers?um_source=tierable&utm_mediu | Rachel Ferrucci | Y | Syndicated |
| May 27, 2024 | Crissy Beam via Medium | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://medium.com/@crissybeam/from-crawlers-to-toddlers-top-picks-for-little-ones-a997705eb6f1 (171.2M) | Crissy Beam | Y | DTC Earned |
| May 29, 2024 | Yahoo | 3.5B | Before & After: Warming! This Colorful Nursery Might Make You Hungry | Ring Sling | https://www.yahoo.com/lifestyle/warming-colorful-nursery-might-hungry-140000048.html | Cullen Ormond | Y | DTC Earned |
| June 5, 2024 | Apartment Therapy | 11.6M | This Nursery Makeover Has Fruit All Over the Walls (and It's Not Wallpaper!) | Ring Sling | https://www.apartmenttherapy.com/fruit-themed-nursery-makeover-800-dollars-ba-3740 | Cullen Ormond | Y | DTC Earned |
| June 24, 2024 | Forbes | 181.4M | The Best Baby Essentials, According to Experts and Parents | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/baby-essentials/?sh=541b | Lex Goodman | Y | DTC Earned |
| July 22, 2024 | Sustainably Chic | 102k | 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings | Aerial Carrier | https://www.sustainably-chic.com/blog/sustainable-baby-carriers | Eva Astoul | Y | DTC Earned |
| July 30, 2024 | Forbes | 181.4M | The Best Sun Hats for Babies and Toddlers to Shield Their Fragile Skin | Other | https://www.forbes.com/sites/forbes-personal-shopper/article/best-sun-hats-for-babies/ | Elizabeth Mitchell Kadar | Y | DTC Earned |
| August 5, 2024 | NY Mag | 16M | All Our Favorite Swaddles (of the 29 We've Tried) | Sack | https://nymag.com/strategist/article/best-swaddles-sleepsacks.html | Ailbhe Malone, Alexis Swerdloff, Laur | Y | DTC Earned |
| August 8, 2024 | The Everymom | 382.731 | 50+ Amazon Products You Need Postpartum That You Didn't Think Of | Ring Sling | https://theeverymom.com/postpartum-essentials/ | Allyson Trammell, Alyssa Heyward | Y | DTC Earned |
| August 19, 2024 | NewsBreak | 24M | I'm 9 Months Pregnant & These are your Actual Baby Registry Non-Negotiables | Ring Sling | https://www.newsbreak.com/share/news-519269356455039749249-m-9-months-pregnant | Gina Vaynshteyn | Y | Syndicated |
| August 21, 2024 | Today's Parent | 720k | How does this Artpoppe Dupe compare to the original? Our carrier review | Aerial Carrier | https://www.todaysparent.com/shopping/review-this-artpoppe-dupe-compares-to-the-o | Lauren Finney Harden | Y | DTC Earned |
| August 29, 2024 | Yahoo | 3.5B | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.yahoo.com/lifestyle/55-best-gifts-hard-impress-232100948.html (3.6B) | Laura Lajiness Kaupke | Y | Syndicated |
| August 29, 2024 | Harper's Bazaar | 17.67M | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.harpersbazaar.com/shopping/g44625930/best-gifts-for-brother/ (16.54M) | Laura Lajiness Kaupke | Y | DTC Earned |
| August 29, 2024 | AOL | 277.3M | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.aol.com/55-best-gifts-hard-impress-232100114.html | Laura Lajiness Kaupke | Y | Syndicated |
| August 30, 2024 | Mother Mag | 53.9k | 50+ End-of-Summer Sales to Shop Now | Other | https://www.mothermag.com/labor-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC Earned |
| September 2, 2024 | Forbes Vetted | 181.4M | Dear Vetted: Are Weighted Sleep Sacks Safe? | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/are-weighted-sleep-sacks-s | Elizabeth Mitchell Kadar | Y | DTC Earned |
| September 25, 2024 | Forbes | 181.4M | The Best Baby Gifts to Give at Showers, Holidays, and Just Because | Aerial Carrier | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-gifts/?sh=38c4d | Elizabeth Mitchell Kadar | Y | DTC Earned |
| September of 2024 | Champagne Living | 14k | First Birthday Fashion: Must-Have Clothes for Your Little One | Pajama | https://champagneliving.net/first-birthday-fashion-must-have-clothes-for-your-little-one/ | Champagne Living | Y | DTC Earned |
| September of 2024 | MSN | 614.3M | First Birthday Fashion: Must-Have Clothes for Your Little One | Pajama | https://www.msn.com/en-us/lifestyle/other/first-birthday-fashion-must-have-clothes-for-your | Champagne Living | Y | Syndicated |
| September of 2024 | Bay-Bee Blog | 5.4k | How to Choose the Most Comfortable Pregnancy Pillow from the Available Options | Other | https://bay-bee.co.uk/how-to-choose-the-most-comfortable-pregnancy-pillow-from-th | Bay-Bee Blog | Y | DTC Earned |
| September of 2024 | Daily Mom | 25,346 | An Ultimate Checklist of The Best Newborn Baby Essentials, Baby Gear, and Toddler Products You Need for Baby Safety Month | Ring Sling | https://dailymom.com/discover/newborn-products-for-baby-safety-month/ | Daily Mom Editors | Y | DTC Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | 2024 Christmas Gift Guide for Everyone | Aerial Carrier | https://livingoutjoy.com/2024-christmas-gift-guide/ | Living Out Joy Editors | Y | DTC Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | Kid-Approved Gifts They'll Love: Ultimate 2024 Christmas Treasure | Pajama | https://livingoutjoy.com/kid-approved-gifts/ | Living Out Joy Editors | Y | DTC Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | Christmas Gift Guide for Her: The Hottest Christmas Trends to Gift Her in 2024 | Pajama | https://livingoutjoy.com/christmas-trends/ | Living Out Joy Editors | Y | DTC Earned |
| October 2, 2024 | Forbes | 181.4M | The Best Baby Clothes to Suit Every Style and Season | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-clothes/?sh=681b | Lex Goodman | Y | DTC Earned |
| October 3, 2024 | Baby Chick | 158,260 | Best Baby Gifts for Newborns that Parents Actually Want | Ring Sling | https://www.baby-chick.com/best-baby-gifts/ | Baby Chick Editors | Y | Target Earned |
| October 10, 2024 | Baby Chick | 158,260 | Best Baby Carriers | Aerial Carrier | https://www.baby-chick.com/best-baby-carriers/ | Baby Chick Editors | Y | DTC Earned |
| October 18, 2024 | Mom | 1.69M | The Very Best Baby Carriers | Aerial Carrier | https://mom.com/baby/best-baby-carriers.html (19.96M) | Liza Corsillo | Y | Amazon Earned |
| October 27, 2024 | Home Business Mag | 3.4k | 2024 Holiday Gift Guide: Perfect Picks for Entrepreneurs | Ring Sling | https://homebusinessmag.com/lifestyles/holiday-gift-guide-perfect-picks-for-entrepreneu | Shayla Henderson | Y | DTC Earned |
| October 29, 2024 | The Rebel Chick | 43.5k | Features Should You Look For in a Comfortable Maternity Pillow | Other | https://therebelchick.com/features-should-you-look-for-in-a-comfortable-maternity-pillow | Jennifer | Y | DTC Earned |
| October 31, 2024 | Lndj Blog Post | 32.1k | A Comprehensive Guide to Selecting the Ideal Baby Carrier: Juggling Modern Needs, Budget, and Lifestyle | Ring Sling | https://lndjbloghub.com/a-comprehensive-guide-to-selecting-the-ideal-baby-carrier/ | Lndj | N | No Link Earned |
| October 31, 2024 | Go World Travel | 90.5k | Best Family Travel Blogs for Wanderlust Parents | Aerial Carrier | https://www.goworldtravel.com/baby-travel-gear/ | Kristin Koziczynski | Y | DTC Earned |
| November 1, 2024 | Carly Riordan Blog | 21.8k | On My Radar 11.1.24 | Other | https://carlyriordan.com/on-my-radar-11-1-24.html | Carly Riordan | Y | DTC Earned |
| November 5, 2024 | Mama Tribe | 58.4k | How to Choose the Right Maternity Pillow Based on Your Pregnancy Stage | Other | https://mamatribe.com/how-to-choose-the-right-maternity-pillow | Mama Tribe Editors | Y | DTC Earned |
| November 5, 2024 | NY Weekly | 76k | A New Parent's Guide to Baby Essentials for Comfort and Ease | Pajama | https://nyweekly.com/lifestyle/a-new-parents-guide-to-baby-essentials/ | NY Weekly Staff | Y | DTC Earned |
| November 7, 2024 | The Verge | 23.4M | The Verge's 2024 Holiday Gift Guide | Aerial Carrier | https://www.theverge.com/24229093/holiday-gift-guide-2024-best-ideas-presents-tech | The Verge Staff | Y | DTC Earned |
| November 15, 2024 | The Verge | 23.4M | The Verge.com 2024 holiday-gifts-for-new-parents gift guide | Aerial Carrier | https://www.theverge.com/24247604/holiday-gifts-new-parents-best-ideas | The Verge Staff | Y | DTC Earned |
| November 15, 2024 | Parents | 7.7M | 80+ Best Gifts for New Moms to Enjoy While Keeping Our Hands Free | Ring Sling | https://www.parents.com/best-gifts-for-new-moms-8737856 | Parents Editors | Y | DTC Earned |
| November 15, 2024 | Byrdie | 7.82M | The 65 Best Gifts for New Moms of 2024–Tested, Researched, & Ranked | Ring Sling | https://www.byrdie.com/best-gifts-for-new-moms-4842904 | Byrdie Editors | Y | DTC Earned |
| November 15, 2024 | Yahoo | 3.5B | I'm a New Mom & These are Your Actual Baby Registry Non-Negotiables | Ring Sling | https://www.yahoo.com/lifestyle/m-9-months-pregnant-actual-203055886.html (3.6B) | Gina Vaynshteyn | Y | Syndicated |
| November 15, 2024 | She Knows | 7.7M | I'm a New Mom & These are Your Actual Baby Registry Non-Negotiables | Ring Sling | https://www.sheknows.com/parenting/articles/307901 7/best-baby-registry-essentials-checklist | Gina Vaynshteyn | Y | DTC Earned |
| November 20, 2024 | Nashville Baby Guide | 1.5k | Holiday Gift Guide for Moms & Kids | Aerial Carrier | https://nashvillebabyguide.com/holiday-gift-guide-for-moms-kids/ | Editors | Y | DTC Earned |
| November 25, 2024 | Forbes | 181.4M | Best Baby Gifts to Give at Showers, Holidays, and Just Because | Aerial Carrier | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-gifts/ | Elizabeth Mitchell Kadar | Y | DTC Earned |
| November 25, 2024 | New Modern Mom | 123.2k | What are the best baby carriers for new moms? | Aerial Carrier | https://newmodernmom.com/best-baby-carriers/ | New Modern Mom Editors | Y | DTC Earned |
| November 26, 2024 | Mother Mag | 53.9k | 100+ Black Friday & Cyber Monday 2024 Sales | Other | https://www.mothermag.com/black-friday-cyber-monday-sales/ | Katie Hintz-Zambrano | Y | DTC Earned |
| November 27, 2024 | New Modern Mom | 123.2k | What is the best age to travel with kids? | Aerial Carrier | https://newmodernmom.com/best-age-to-travel-with-kids/ | New Modern Mom Editors | Y | DTC Earned |
| December 2, 2024 | Mom | 450.141 | Editor's Picks: December 2024 | Ring Sling | https://mom.com/momlife/editors-picks-december-2024 | Mom Editors | Y | DTC Earned |
| December 2, 2024 | The Bump | 8.357M | My Favorite Cyber Monday Baby Deals of 2024 for Big Savings | Other | https://www.thebump.com/a/cyber-monday-baby-deals | Emma O'Regan-Reidy | Y | DTC Earned |
| December 4, 2024 | Cafe Mom | 605.2k | Great Gifts for Kids Who are Obsessed with Animals | Pajama | https://cafemom.com/lifestyle/gifts-for-animal-lovers-kids | Cafe Mom Editors | Y | DTC Earned |
| December 4, 2024 | 21 Ninety | 205.8k | 12 Holiday Gifts for the Moms in Your Life | Ring Sling | https://21ninety.com/holiday-gifts-for-moms | 21 Ninety Editors | Y | DTC Earned |
| December 6, 2024 | Maybe Baby | 86.2k | #1991 My Favorite Things of 2024 | Other | https://maybebaby.substack.com/p/my-favorite-things-of-2024 | Haley Nahman | Y | DTC Earned |
| December 9, 2024 | Mother Mag | 53.9k | 30+ Holiday Gifts for Babies & Toddlers | Other | https://www.mothermag.com/holiday-gifts-babies-toddlers/ | Katie Hintz-Zambrano | Y | DTC Earned |
| December 11, 2024 | We Heart | 62.3k | Benefits of Using a Baby Play Mat beyond Just Playtime | Other | https://www.we-heart.com/2024/12/11/benefits-of-using-a-baby-play-mat-beyond-play | Steven John | Y | DTC Earned |

| Date | Outlet | Reach | Title | Type | URL | Author | | | |
|---|---|---|---|---|---|---|---|---|---|
| December 12, 2024 | New Modern Mom | 131.8k | Baby Travel Essentials List | Aerial Carrer | https://newmodernmom.com/blog/baby-travel-essentials-list/ | Barbara Mighdoll | Y | DTC | Earned |
| December 19, 2024 | Mom | 450,141 | The Best Baby Carriers for Every Type of Parent | Aerial Carrer | https://mom.com/momlife/the-best-baby-carriers-for-every-type-of-parent | Ileana Paules-Bronet | Y | DTC | Earned |
| December 20, 2024 | The Luxe Insider | 10k | Why are Pregnancy Pillows Essential for New Moms Recovering from C-Sections | Other | https://www.theluxeinsider.com/lifestyle/why-are-pregnancy-pillows-essential-for-new-m | Francois Le Hecho | Y | DTC | Earned |
| December 24, 2024 | Mother Mag | 53.9k | The Best End-of-Year Sales | Aerial Carrer | https://www.mothermag.com/end-of-year-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| January 3, 2025 | Baby Chick | 158k | Top 10 Must-Have Baby Products for 2025 | Aerial Carrer | https://www.baby-chick.com/top-10-must-have-baby-products/ | | Y | DTC | Earned |
| January 7, 2025 | Raising Arizona Kids | 28.3k | Pregnancy & Postpartum Must-Haves | Other | https://www.raisingarizonakids.com/2025/01/pregnancy-postpartum-must-haves/ | Kara Morrison | Y | DTC | Earned |
| January 10, 2025 | The Good Trade | 1.1M | 9 Baby Carrier Wraps Like Moby but Better (2025 Review) | Aerial Carrer | https://www.thegoodtrade.com/features/baby-carrier-wraps/ | Emily Torres, Kayti Christian | Y | DTC | Earned |
| January 27, 2025 | Raisie Bay | | The Differences Between Quilted Play Mats and PVC Play Mats | Other | https://www.raisiebay.com/2025/01/the-differences-between-quilted-play-mats-and-pvc-p | Anne Sweet | Y | | DTC |
| February 12, 2025 | Parents | 6.9M | The Best Baby Carrier I Found for Hands-Free Cuddling—and 3 Others Parents Love | Wild Bird Sling | https://www.parents.com/best-baby-carrier-8789150 | Cameron LeBlanc | Y | DTC | Earned |
| February 12, 2025 | Champagne Living | 10k | Hugs, Kisses, & Tail Wags: Valentine's Day Must-Haves for Your Little Loves | Other | https://champagneliving.net/hugs-kisses-tail-wags-valentines-day-must-haves-for-your-lit | Zippy Sandler | Y | DTC | Earned |
| February 12, 2025 | Tools2Tiaras | 6.3k | Adorable & Practical Gifts for Babies and Pets to Show Your Love | Other | https://champagneliving.net/hugs-kisses-tail-wags-valentines-day-must-haves-for-your-lit | Rachel Ferrucci | Y | DTC | Earned |

# EXHIBIT 2

# PROVISIONALLY FILED UNDER SEAL

# EXHIBIT 3

# PROVISIONALLY FILED UNDER SEAL

# EXHIBIT 4

# FILED REDACTED

800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    Confidential - AEO

 2

 3            UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

 4   -------------------------------
     WILDBIRD LLC,
 5
                    Plaintiff,
 6
               vs.      Civil Action No. 1:25-cv-05993
 7
     WILDRIDE B.V., and WILDRIDE USA CORP.,
 8
                    Defendants.
 9   -----------------------------

10

11

12   CONFIDENTIAL DEPOSITION OF BRITT SCHOORL and JOOST

13                     HULTINK

14             New York, New York

15         Monday, September 15, 2025

16

17

18

19

20

21

22

23   Reported by:
     Yaffa Kaplan
24   JOB NO. 13459884

25
```

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted



Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

|  | Entity Details | | |
|---|---|---|---|
| | **THIS IS NOT A STATEMENT OF GOOD STANDING** | | |
| File Number: | 2881195 | Incorporation Date / Formation Date: | **1/3/2024** (mm/dd/yyyy) |
| Entity Name: | **WILDRIDE USA CORP.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **NORTHWEST REGISTERED AGENT SERVICE, INC.** | |
|---|---|---|
| Address: | **8 THE GREEN, STE B** | |
| City: | **DOVER** | County: **Kent** |
| State: | **DE** | Postal Code: **19901** |
| Phone: | **302-581-4070** | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Exhibit
Wildbird0000003
15th Sep 2025

# WILDRIDE (/web/20241202093239/http://us.wildridecarrier.com/)

🔒 Enter using password

# Opening soon

| Email | → |
|-------|---|

 Facebook(https://web.archive.org/web/20241202093239/https://www.facebook.com/people/Wildride/100067558177

📷 Instagram(https://web.archive.org/web/20241202093239/https://www.instagram.com/wildride_official/)

♪ TikTok(https://web.archive.org/web/20241202093239/https://www.tiktok.com/@wildridecarrier)

Powered by Shopify (https://web.archive.org/web/20241202093239/https://www.shopify.com/?
utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)



Exhibit
Wildbird0000004
15th Sep 2025

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted