# Exhibit 10

N. GUNN - (30)(b)(6)
09/17/25
**Exhibit 4**
Douglas J. Zweizig







# WildBird Market
# Exploratory Report

*Prepared by*
**Voccii, LLC**
May 21, 2024

ATTORNEYS' EYES ONLY

WILDBIRD0000161

# VOCCĬĬ



## Table of Contents

Executive Summary ........................................................................................................................................................... 3

Methodology ..................................................................................................................................................................... 15

Detailed Findings ............................................................................................................................................................. 18

Who is the Consumer? ..................................................................................................................................................... 19

    Current Carrier Usage and Behaviors ........................................................................................................................ 19

Pain Points & Unmet Needs ............................................................................................................................................ 37

Shopping Behaviors, Purchase Criteria & Preferences .............................................................................................. 51

Brand Awareness & Perceptions .................................................................................................................................... 57

Target Market Profiles:  Customer Segments .............................................................................................................. 67

Interest in New Product Ideas ........................................................................................................................................ 67

Demographic Profile of Respondents ........................................................................................................................... 87

**Appendices** ....................................................................................................................................................................... 95

APPENDIX A – Other types of carriers owned ............................................................................................................. 96

APPENDIX B – Reasons for owning multiple carriers of the same type ..................................................................... 100

APPENDIX C – Reasons for owning different types of carriers ................................................................................... 103

ATTORNEYS' EYES ONLY

WILDBIRD0000162





## Executive Summary

### Who is the Consumer?

Users of wearable carriers tend to be the moms – they are the sole or primary user in most cases.
- They are also the decision makers in the majority of cases (86%).
- *The decision to purchase a WildBird carrier is significantly more likely to be the mom (89%).*

| Who Uses the Wearable Carrier | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Only me | 21% | 17% | 26% | 23% | 19% |
| Mostly me | 55% | 61% | 49% | 54% | 56% |
| My partner/spouse and I use it equally | 24% | 22% | 25% | 22% | 24% |
| Mostly my partner/spouse | 0% | 0% | 0% | | 0% |

*Who uses, or will use, the wearable baby carrier?*

### Carrier Ownership – Types and Brands

Traditional Buckle carriers and Wraps are the most common types of carriers owned.
- *WildBird Owners are significantly more likely to own Traditional Buckle carriers (94%), Wraps ( 79%) and Slings (54%).*

Users of wearable carriers tend to own one or two carriers of any given type.
- Just over half (52%) of respondents own two or more of the same type of carrier. *WildBird Owners are significantly more likely to own 2+ of the same type of carrier (64%).*
- Key reasons for needing multiple carriers of the same type are a desire for different colors/looks and the need to have a carrier in multiple places. *WildBird owners are significantly more likely to want different colors or looks.*

3

                                                                        WILDBIRD0000163

# VOCCİ̈



| # of Carriers Owned by Type (Total; n=1,000) | Traditional Buckle | Wrap | Active/ Performance | Lightweight Buckle | Sling |
|---|---|---|---|---|---|
| **TOTAL Owners/Future Owners** | **89%** | **76%** | **61%** | **59%** | **47%** |
| None | 11% | 24% | 39% | 41% | 53% |
| One (1) | 57% | 53% | 45% | 45% | 34% |
| Two (2) | 23% | 17% | 11% | 10% | 8% |
| Three or More | 8% | 5% | 5% | 4% | 5% |
| Registered/Plan to Purchase | 1% | 1% | 1% | 1% | 1% |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

Almost all respondents (96%) indicated they had more than one different type of carrier (96%). The chart below shows the most common combinations (regardless of quantity).

- Moms who own Traditional Buckle Carriers are most likely to own an additional type of carrier – a wrap (68%), an active buckle (55%) or lightweight buckle (54%).
- Moms who own a sling are least likely to own another type of carrier – 40% or less report having another type of wearable carrier.

| | Trad Buckle | Lightweight | Active | Sling | Wrap |
|---|---|---|---|---|---|
| **Traditional Buckle** | | 54% | 55% | 41% | 68% |
| **Lightweight Buckle** | 54% | | 40% | 30% | 44% |
| **Active Buckle** | 55% | 40% | | 30% | 46% |
| **Sling** | 41% | 30% | 30% | | 37% |
| **Wrap** | 68% | 44% | 46% | 37% | |

Reasons for owning more than one type of carrier deal mostly with wanting different carriers for different activities:

To use with different activities          68%
Prefer different wearing positions          39%
Want different colors or looks          32%

- *WildBird moms are significantly more likely to want different colors or looks (40%).*

4





About half of moms intend to get an additional carrier in the future. This is most likely to be a buckle carrier of some sort (lightweight, traditional or active). Similar to reasons stated for owning multiple types, these moms want another color/look, the need for a carrier in multiple places, or the desire for a new/different wearing position (especially for slings or wraps).

- *WildBird moms are significantly more likely to say they want another color or look (65%).*

### Brands Owned

Because half of the sample was recruited from WildBird lists, it is expected that WildBird would be the most commonly-owned brand (currently owned or planned to own). ErgoBaby is the next most popular brand.

- Just over one-quarter report owning (or planning to purchase) another brand. Moby was the most popular brand mentioned, followed by Infantino and Lillebaby.
- *WildBird moms have different ownership patterns, with Sollybaby being more popular.*

| Brands Owned – Total | Brands Owned – WB Owners |
|---|---|
| • WildBird (51%) | • WildBird (100%) |
| • ErgoBaby (45%) | • Sollybaby (55%) – significantly higher |
| • Sollybaby (34%) | • ErgoBaby (38%) – *significantly lower* |
| • Baby Bjorn (30%) | • Baby Bjorn (25%) – *significantly lower* |

### Usage Patterns and Reasons

Wearable carriers are a part of everyday life for most moms. Almost half of moms (47%) use them 5 or more days per week.

- *WildBird moms are more frequent users – 54% use the carriers 5+ times a week, and 37% use them on a daily basis (significantly more than Non-owners)*

Moms are using carriers when going out for errands or walks, and when doing chores around the house. The top five reasons are listed below:

When I go out shopping or running errands (81%)
When I go out for a walk with my baby (77%)
When I'm doing chores around the house (76%)

When out with friends/family (65%)
Around the house in a routine basis (54%)

ATTORNEYS' EYES ONLY                                                                      WILDBIRD0000165





Moms like having baby close and having both hands free.  Using a wearable carrier is calming for baby and is easier than using a stroller in some situations.

- *WildBird moms are significantly more likely to cite these reasons for using wearable carriers.*

    I can have both hands free (89%)
    It's easier in some situations than using a stroller (74%)
    It calms my baby (68%)
    I want the bonding/connection with my baby (63%)
    It's comfortable (55%)
    To have my baby with me when we're out (not in a separate stroller) (50%)

*In an interesting side note, a few moms wrote in responses to say they use their wearable carriers to keep strangers from touching their baby in public, or friends/family playing "pass the baby" at social gatherings.*

6

WILDBIRD0000166





---

### Pain Points & Unmet Needs

**Getting carriers on and off appears to be the biggest challenge moms face**, followed by **issues with comfort** (for mom and baby). Challenges differ only slightly based on type of carrier.

- The number of moms reporting issues isn't very high, with most top items selected by less than a quarter of respondents (generally 10% to 25%, at most). *(The only frustration selected by more moms was trouble putting on/taking off a traditional buckle carrier (32%).*

| Traditional Buckle Carrier | Lightweight Carrier | Active Carrier | Sling | Wrap |
|---|---|---|---|---|
| • I have trouble putting it on or taking it off<br>• The carrier is too hot for me<br>• Wearing my baby isn't comfortable for me (makes my back hurt, for example)<br>• My baby gets too hot in it<br>• It's hard to clean or keep clean | • I have trouble putting it on or taking it off<br>• Wearing my baby isn't comfortable for me (makes my back hurt, for example)<br>• It's hard to clean or keep clean<br>• The carrier is too hot for me<br>• My baby gets too hot in it | • I have trouble putting it on or taking it off<br>• Wearing my baby isn't comfortable for me (makes my back hurt, for example)**<br>• The carrier is too hot for me<br>• My baby gets too hot in it<br>• I don't like the way it looks (in general) | • I have trouble putting it on or taking it off*<br>• Wearing my baby isn't comfortable for me (makes my back hurt, for example)<br>• My baby isn't comfortable in it (in general)<br>• My baby doesn't like it<br>• My baby gets too hot in it | • I have trouble putting it on or taking it off<br>• My baby gets too hot in it<br>• Wearing my baby isn't comfortable for me (makes my back hurt, for example)<br>• The carrier is too hot for me**<br>• My baby isn't comfortable in it (in general) |

*What would you say are your biggest frustrations with the [wearable carriers] you are using?*

*\*WildBird moms are significantly more likely to say they have trouble putting their sling on and taking it off.*
*\*\*WildBird owners are significantly less likely to report this issue (wearing the active carrier is uncomfortable; the wrap is too hot for me).*

ATTORNEYS' EYES ONLY

WILDBIRD0000167

# VOCCİİ



It stands to reason that the most common suggestions moms have to improve wearable carriers focus on ease of putting on/taking off and comfort (for mom and baby). The most common topics include:

- Ease of Use/Easy to Put On and Quick Attachment
  
  *"Easier to put on by myself"*
  
  *"Easier to put them on! Sometimes it's very difficult to do all the wrapping or buckling things while trying to hold on to an infant. Especially if you also have an older child you are trying to look after as well"*

- Comfort and Support for Both Baby and Parent
  
  For Baby:
  
  *"Easy to put on and take off, my baby is comfortable not only when she is sleeping but also when she is awake and alert."*
  
  *"I would make a carrier that's custom made for my baby because since my baby is small I have a hard time adjusting it so that my baby won't move around so much. I find myself still using a hand to keep my baby in place sometimes."*
  
  *"Make it super comfortable for baby"*
  
  For Parents:
  
  *"Not hurt my back. Comfortably hold baby."*
  
  *"More lower back support for me."*
  
  *"More padding or a way to put less strain on my shoulders and back."*

- Breathable Fabrics that Don't Get so Hot (for Mom and Baby)
  
  *"Breathable so baby isn't too hot"*
  
  *"I would make one that is lighter and more airy. I get hot carrying my child in the carrier and my son also sweats. It would be nice if there was one that was a 'cooling' type."*

- Fashion and Style
  
  *"I would make it a more comfortable fabric and more stylish because the one I have now is just so plain and boring"*
  
  *"I would want a carrier that is more stylish"*

- Durability and Easy to Clean
  
  *"Something that could last a little longer. My first carrier fell apart really quickly."*
  
  *"Easy to clean and can be put in the washer."*

- Safety and Support for Little Ones
  
  *"Safer for newborns"*
  
  *"I wish my wrap felt more secure. I'm always a bit worried that the baby will fall out"*

- Easy to Pack/Store
  
  *"I would like if it was easier to put on and I would like if it folded easier for storage in the diaper bag."*

- Pockets and Storage
  
  *"Something with more pockets for holding items"*

8

ATTORNEYS' EYES ONLY

WILDBIRD0000168

# VOCCII



---

**Shopping Behaviors, Purchase Criteria & Preferences**

**Preferred Channels**

Largely driven by WildBird owners, the **brand website** is the most preferred channel for purchasing a baby carrier (if moms had to do it over again).
- **Amazon.com** is the second most-preferred channel (and most preferred among Non-owners).
- **Retailers** (Target, Walmart, etc.) and **retailer websites** rounded out the top channels.

**Influences and Purchase Decisions**

As with many baby-related products, "expertise" and "experience" matter.
- Friends & Family are the key decision influencers, followed by Instagram.
- Influencers in the category round out the top three.
- *WildBird owners are significantly more likely to use Instagram (58%) and influencers (37%) to guide their decisions. (While still a key influence, they are significantly less likely to rely on friends or family (41%).*

If considering a brand that is unfamiliar to them, moms would turn largely to reviews, recommendations and ratings:
Reviews online (Amazon or other online retailers) (49%)
If it has the features I need (48%)
Recommendation from family or friends (46%)
If it was at a price point I liked (45%)
Ratings from other purchasers (40%)

Consistent with the frustrations moms have with wearable carriers, **"easy to put on/take off"** is the key characteristic that drive purchases. The top five decision-drivers (selected by 40% or more) include:
Is easy to put on and take off (73%)
Is easy to wash or clean (54%)
Dependable performance (won't rip or tear easily) (50%)
Lasts a long time (43%)
Has a more affordable price (40%)

9

WILDBIRD0000169





- *Although still the 3rd most influential driver, "dependable performance" is significantly less important for WildBird moms (46%) than for non-owners (53%). Compared to non-owners, WB moms place significantly more importance on:*
  - *Premium quality (37%)*
  - *Trendy/Fashionable look (34%)*
  - *Colors I want (32%)*
  - *Made from natural fibers (32%)*

---

**Brand Awareness & Perceptions**

Based on aided awareness, Baby Bjorn and ErgoBaby are the most recognized among respondents.

| Brand Awareness | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) |
|---|---|---|---|
| Baby Bjorn | 86% | 95% | 78% |
| ErgoBaby | 86% | 94% | 78% |
| WildBird | 65% | 99% | 28% |
| Sollybaby | 63% | 87% | 38% |
| Tula | 58% | 68% | 48% |
| Artipoppe | 54% | 84% | 22% |
| Happy baby | 45% | 45% | 44% |
| Boba | 41% | 45% | 37% |
| Lalabu | 28% | 32% | 23% |
| Hope and Plum | 25% | 35% | 13% |
| chekoh | 11% | 14% | 7% |

10

ATTORNEYS' EYES ONLY





However, awareness doesn't necessarily translate into deep brand impressions. Respondents were asked to indicate their brand perceptions for WildBird (if aware of the brand) and one of four additional brands (based on awareness): ErgoBaby, BabyBjorn, Artipoppe or Boba.

- WildBird and Artipoppe have the strongest, clearest images in the minds of consumers:

| WildBird | ErgoBaby | Baby Bjorn | Artipoppe | Boba |
|---|---|---|---|---|
| **Fashionable** | Dependable | Dependable | **Expensive** | Dependable |
| **Trendy** | | Premium | **Trendy** | |
| Premium | | Expensive | **Premium** | |
| Dependable | | Trendy | **Fashionable** | |
| For People like me | | | Boutique | |
| Sustainable | | | | |
| Expensive | | | | |
| Environmentally-friendly | | | | |
| Youthful | | | | |

The chart shows attributes selected by 25% or more of respondents. Attributes in **blue** were selected by 50% or more.

In addition to being associated with a long list attributes, WildBird enjoys a very positive image among moms.
- Over 90% of moms rate their impression of WildBird as positive.
- Two-thirds (68%) say this impression is "Very Positive."
- *WildBird owners have an even better image – 78% of WB owners say their impression is "very positive."*

11

WILDBIRD0000171





## New Product Concepts

Looking at all of the ratings (Interest, Priority and Fit), the **Active Carrier is the product consumers emerges as the strongest, followed by the Wagon and the Co-Sleeper**.

- While "interest" in **Linen carriers/slings** and "fit with WB" are high across all groups, the concept appears to be more of a "nice to have" mainly for WB owners and Frequent users (many of whom are WB owners).

| Comparison of Concepts (Total; n=1,000) | Priority (Mean Ranking, 1.00=Highest) | # 1 Rankings (Highest Priority) | Interest (Top 2 Box, %4-5) | Fit with WB (% Yes) | Fit with WB (% Yes + Maybe) |
|---|---|---|---|---|---|
| Active Carrier | 2.37 | 35% | 72% | 83% | 96% |
| Wagon | 2.95 | 21% | 59% | 23% | 66% |
| Co-Sleeper with Lounger | 3.16 | 21% | 55% | 35% | 78% |
| Linen Carriers/Slings | 3.24 | 13% | 92% | 90% | 97% |
| Bouncer | 3.29 | 9% | 56% | 34% | 81% |

When asked to rank products by priority, consumers feel that the Active Carrier is the one they would like to see offered first.

**Priority Rankings by Segment (in order, based on mean scores):**

| WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|
| 1. Active Carrier | 1. Active Carrier | 1. Active Carrier | 1. Active Carrier |
| 2. Linen Carriers/Slings | 2. Wagon | 2. Linen Carriers/Slings | 2. Wagon |
| 3. Wagon | 3. Co-Sleeper with Lounger | 3. Wagon | 3. Co-Sleeper with Lounger |
| 4. Co-Sleeper with Lounger | 4. Bouncer | 4. Co-Sleeper with Lounger | 4. Bouncer |
| 5. Bouncer | 5. Linen Carriers/Slings | 5. Bouncer | 5. Linen Carriers/Slings |

12

ATTORNEYS' EYES ONLY

WILDBIRD0000172





Target Market Segments

Cluster analysis (K-means cluster analysis) was used to explore target market segments from the survey data. *However, due to the homogeneous nature of the sample (WB Customers, and a random sample targeted to be similar), it was difficult to find highly distinctive segments.*

Analysis did reveal three (3) segments that were somewhat different in terms of personality, interest and potential.  These segments can be used to refine messaging and marketing channels.

- One segment is comprised of vibrant, fun moms; their product interest is higher.
- A second segment is more moderate and describes themselves as deliberate decision-makers.  Their interest in the product concepts is also solid.
- The third segment is older and very careful and conservative.  Reactions to product concepts are more "neutral."


**Segment 1:  Vibrant, Social Media Moms**
**16.2% of respondents**
*Highest Potential Segment*

This segment is the youngest of the target groups.  They describe themselves fun and spontaneous, upscale and successful, trend-conscious, and fashionable.   The world of social media and influencers is more important to them, and they consider themselves to be an influencer among their friend group.

- This group may be the most status-conscious, driving Premium vehicles and more likely than others to have a Luxury vehicle.
- This group is the most diverse of all three segments, with more representation in the Hispanic/Latino and Black/African American groups than other segments.
- Social media is important – Instagram is a key media channel and this group is more likely to be impacted by Influencers than others.
- The most popular shopping channels are brand websites and Amazon.  This group is more likely to be using brand websites than other segments.
- These moms are frequent carrier users (over one-third use daily), and moms are likely to be the ones using it all or almost all of the time.
- Interest in the product concepts is high.

13

# VOCCII



**Segment 2:  Practical Middle-of-the-Roaders**
**48.6% of respondents**
*Moderate/Above-Average Potential*

This segment falls in the middle in terms of age and income.  Like other segments, most have 1 – 2 children, but these moms are slightly more likely than other groups to have 4+ kids.  They describe themselves as Practical, Deliberate Decision-makers and Price-conscious.

- Compared to Segment 1, they are slightly more likely to have incomes in the $50 - $75K range; although most have at least a college degree (and 32% report having a post-graduate degree or study).
- SUVs/Crossovers/Minivans reign supreme, and these moms are driving either a Premium or Value brand of these vehicles.  Being practical, this group is more likely than others to be driving a Value brand of SUV/Minivan and/or a Premium brand sedan.
- In addition to their practicality, this group is significantly more likely to describe themselves as Successful and Deliberate Decision-makers.
- This group owns 3 – 5 carriers, and is more likely than other segments to have four (4) carriers.   Usage frequency varies; however this group is most likely to have both partners sharing usage (25%).
- Friends & Family and Online Reviews are key decision influencers.
- Interest in product concepts is moderate, but not quite as high as for Segment 1.


**Segment 3:  Cautious Price-Conscious Moms**
**35.2% of respondents**
**Limited Potential Segment**

This segment is the oldest of the three groups (30% are 33 – 35).  Despite high education levels (31% have post graduate degrees or study), incomes are slightly lower compared to Segment 1.  This group describes themselves as Practical, Price-conscious, Deliberate decision-makers, who are cautious, conservative and introverted.

- While the majority have 1 – 2 kids, this segment is more likely than others to have only one child.
- They tend to drive Premium or Value SUVs/Crossovers/Minivans and are more likely to gravitate to value brands compared to Segment 1.
- They are significantly *less* likely to describe themselves as Fun, Fashionable or an Influencer.
- They own fewer carriers (2 or 3) and tend to use them less (half use carriers 4 days a week or less).
- Interest in the product concepts is more "neutral" than Segments 1 and 2.

14

ATTORNEYS' EYES ONLY                                                                     WILDBIRD0000174

# VOCCII



## Methodology

WildBird offers an elevated line of slings and wearable baby carriers made from fashionable and sustainably sources materials. The brand has developed a following among parents looking for stylish/trendy, responsible and comfortable ways to carry and bond with their babies. The company initially launched with a line of slings, and experienced exponential growth with the addition of wearable carriers. WildBird now desires to build on that growth as well as launch additional product lines beyond baby-wearing solutions.

To understand the market and measure appeal of various new product concepts a quantitative study was conducted to address the following research objectives:
- Who is the consumer?
  - Demographics
  - Current usage and behaviors
  - Current carriers owned
  - Attitudinal characteristics related to the category
  - Profile of the primary and developmental target markets (using cluster analysis)
- Purchase Drivers/Motivators
  - Characteristics that would drive purchase of the baby carrier product
- Expectations and Needs
  - Carrier preferences/desirable or required attributes
  - Unmet needs and frustrations
- Interest in new product ideas
  - Overall interest
  - Fit with the WildBird brand (if aware of the brand)
  - Likelihood to purchase from WildBird if offered

**Participants: 50% WB Customers/50% random Sample**
WildBird Customers (n=500):
- Email invitations were distributed by WildBird to its database of customers and potential buyers. Approximately 16,000 invitations were sent, resulting in 500 completed surveys.
- *WB database respondents were incentivized with a 15% discount coupon on their next WB purchase*
Nationwide Random/Purchased Sample (n=500):
- Moms ages 22 – 35
- Moms with babies 0 – 2 years, or expecting

15

WILDBIRD0000175




- Use or are considering a wearable baby carrier (a sling, wrap or buckle carrier)
- Primary or joint purchaser for baby items, including a wearable baby carrier
- Primary or joint wearer/user of the baby carrier (or sling)

**Research Approach:**

A **quantitative, online survey** was fielded by Accelerant Research from **April 12 – April 30, 2024**.

After data cleaning, a total of **1,000 completed surveys** are included in the analysis.

The surveys are analyzed in total, and by the following subgroups:
- WB Owners vs Non-owners (based on self-reporting)
- Frequent users (5+ times a week) vs Occasional users (3 – 4 times a week or less)

**Statistical Note:**

Based on the number of completed surveys, the margin of error based on sample size for the total sample is approximately **+/-3.1%** at the 95% confidence level. Margins of error for subgroups vary, as shown in the tables below.

| | # | % | Margin of error |
|---|---|---|---|
| **Total** | **1,000** | **100.0%** | **+/- 3.1%** |
| WB Owners | 513 | 51.3% | +/- 4.3% |
| Non-Owners | 487 | 48.7% | +/- 4.4% |
| Frequent Users (5+ x per wk) | 467 | 46.7% | +/- 4.5% |
| Occasional Users | 524 | 21.8% | +/- 4.3% |

Participant quotes are in *italics*.

 Indicates most common responses
Indicates "2nd tier" responses

Statistically significant differences between tracking waves will be noted in the report:
- **Bold black type** will indicate significantly higher response
- ***Italicized and bold red type*** will indicate significantly lower responses
- *Italicized red type* will indicate significantly lower than one response but significantly higher than another

ATTORNEYS' EYES ONLY                                    WILDBIRD0000177





# Detailed Findings

18

ATTORNEYS' EYES ONLY

WILDBIRD0000178

# VOCCII



## Who is the Consumer?

### Current Carrier Usage and Behaviors

All of these respondents are moms who use or plan to use some type of wearable baby carrier.

Most (86%) are the sole decision-makers, however there are some differences between subgroups.
- WB owners are significantly more likely to be the sole decision-maker.
- Frequent users (5+ times/week) are significantly more likely to be the sole decision-maker.

| Carrier Decision-maker | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Myself (mom) | 86% | 89% | 83% | 91% | 83% |
| Partner/spouse and I (joint) | 13% | 10% | 16% | 9% | 17% |
| Purchased by someone else (Gift or Loaner) | 1% | 1% | 1% | 1% | 0% |

*You said that you currently use, or plan to use a wearable baby carrier. Who decided or will decide which wearable baby carrier to get (or put on your registry)? (Select one)*

Over half of moms indicate that they "mostly use" the wearable carrier. However, similar numbers also report that they are the "sole" user or they and their spouse/partner use it equally.
- WildBird owners are significantly more likely to say the user is "mostly themselves" (61%) while non-owners are significantly more likely to say they are the sole user (26%)

| Who Uses the Wearable Carrier | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Only me | 21% | 17% | 26% | 23% | 19% |
| Mostly me | 55% | 61% | 49% | 54% | 56% |
| My partner/spouse and I use it equally | 24% | 22% | 25% | 22% | 24% |
| Mostly my partner/spouse | 0% | 0% | 0% | | 0% |

*Who uses, or will use, the wearable baby carrier?*

19

WILDBIRD0000179





**Traditional Buckle Carriers and Wraps** are the most commonly-owned types of wearable carriers. Most moms report owning **one (1) wearable carrier of any given type**.

- Depending on the type of carrier, an average of 58% of moms report owning one (1) wearable carrier of any type (although they may own one each of two different types of wearable carriers).
- Approximately 14% of moms own two (2) carriers <u>of the same type</u>. The **Traditional Buckle Carrier** is the type where moms are most likely to own two (23% own two), followed by **Wraps** (17% own two).

| Types of Carriers Owned | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Traditional Buckle Carriers** | 89% | 94% | 84% | 90% | 88% |
| **Lightweight Buckle Carriers** | 59% | 61% | 58% | 66% | 54% |
| **Active/Performance Buckle Carriers** | 61% | 61% | 61% | 64% | 58% |
| Sling | 47% | 54% | 40% | 55% | 40% |
| **Wrap** | 76% | 79% | 72% | 79% | 73% |
| Something Else/Other | 16% | 17% | 16% | 21% | 12% |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number. NOTE: Table reflects % owning One + of each type.*

| # of Carriers Owned by Type (Total; n=1,000) | Traditional Buckle | Lightweight Buckle | Active/ Performance | Sling | Wrap |
|---|---|---|---|---|---|
| None | 11% | 41% | 39% | 53% | 24% |
| One (1) | 57% | 45% | 45% | 34% | 53% |
| Two (2) | 23% | 10% | 11% | 8% | 17% |
| Three or More | 8% | 4% | 5% | 5% | 5% |
| Registered/Plan to Purchase | 1% | 1% | 1% | 1% | 1% |
| **TOTAL Owners/Future Owners** | **89%** | **59%** | **61%** | **47%** | **76%** |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

ATTORNEYS' EYES ONLY





| Traditional Buckle Carrier | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| None | 11% | 6% | 16% | 10% | 12% |
| One (1) | 57% | 52% | 62% | 51% | 63% |
| Two (2) | 23% | 30% | 16% | 27% | 20% |
| Three or More | 8% | 11% | 4% | 12% | 4% |
| Registered/Plan to Purchase | 1% | 1% | 2% | | 1% |
| TOTAL Owners/Future Owners | 89% | 94% | 84% | 90% | 88% |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

| Lightweight Buckle Carrier | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| None | 41% | 39% | 42% | 34% | 46% |
| One (1) | 45% | 43% | 47% | 46% | 45% |
| Two (2) | 10% | 12% | 7% | 15% | 6% |
| Three or More | 4% | 5% | 2% | 5% | 3% |
| Registered/Plan to Purchase | 1% | 1% | 1% | 0% | 0% |
| TOTAL Owners/Future Owners | 59% | 61% | 58% | 66% | 54% |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

21

ATTORNEYS' EYES ONLY





| Active/Performance Buckle Carrier | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| None | 39% | 39% | 39% | 36% | 42% |
| One (1) | 45% | 43% | 46% | 44% | 46% |
| Two (2) | 11% | 12% | 11% | 14% | 9% |
| Three or More | 5% | 6% | 3% | 6% | 3% |
| Registered/Plan to Purchase | 1% | 1% | 1% | | 0% |
| TOTAL Owners/Future Owners | 61% | 61% | 61% | 64% | 58% |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

| Sling | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| None | 53% | 46% | 60% | 45% | 60% |
| One (1) | 34% | 37% | 31% | 37% | 32% |
| Two (2) | 8% | 10% | 7% | 12% | 6% |
| Three or More | 5% | 7% | 2% | 7% | 3% |
| Registered/Plan to Purchase | 1% | 0% | 1% | | 0% |
| TOTAL Owners/Future Owners | 47% | 54% | 40% | 55% | 40% |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

22

WILDBIRD0000182





| Wrap | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| None | 24% | *21%* | **28%** | *21%* | **27%** |
| One (1) | 53% | 51% | *55%* | **50%** | **57%** |
| Two (2) | 17% | **19%** | *14%* | **21%** | *13%* |
| Three or More | 5% | **8%** | *2%* | **8%** | *3%* |
| Registered/Plan to Purchase | 1% | 1% | 1% | | 1% |
| **TOTAL Owners/Future Owners** | **76%** | **79%** | **72%** | **79%** | **73%** |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

| Something Else/Other | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| None | 84% | 83% | 84% | **79%** | **88%** |
| One (1) | 13% | 13% | 13% | **17%** | **10%** |
| Two (2) | 2% | 2% | 2% | **4%** | *1%* |
| Three or More | 1% | 1% | 0% | 1% | 1% |
| **TOTAL Owners** | **16%** | **17%** | **16%** | **21%** | **12%** |

*Tell me more about the wearable baby carrier(s) you have (or have registered for, if you are expecting). Please tell me how many of the following you have (or have registered for) by selecting the appropriate number.*

Many of the moms indicating they had "other" carriers listed specific brands they owned.  The most common responses included:

| | |
|---|---|
| Tushbaby/hip carriers | 34 responses |
| Various "wraps" | 30 responses |
| Hiking/backpack carriers | 21 responses |
| WildBird carriers | 14 responses |
| ErgoBaby carriers | 11 responses |

Some moms described carriers and wraps that have been passed down in their families.

*The full set of responses can be found in Appendix A.*

23

WILDBIRD0000183





**Multiple Carrier Ownership**

Over half of moms indicated they own multiples of the same type of carrier.  This is especially true for WB owners and Frequent Users, where over 60% of moms report multiple ownership.
- The most common reasons for wanting/needing multiple carriers are:
  - Wanting different colors or looks
  - Needing to have one in multiple places

| Own Multiples of *the Same Carrier* | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Own 2+ of the same carrier | 52% | 64% | 40% | 62% | 45% |

WildBird Owners and Frequent Users are significantly more likely to want carriers in multiple colors.
- Frequent Users are significantly more likely to need carriers in multiple places such as the house, car, etc..  WildBird owners are less likely (than non-owners) to have this need.

| Reasons for Multiple Carriers (of the Same Type) | Total % (n=523) | WildBird Owner % (n=329) | Non-Owner % (n=194) | Frequent User % (n=288) | Occasional User % (n=235) |
|---|---|---|---|---|---|
| I want different colors or looks | 47% | 53% | 37% | 52% | 41% |
| I need to have one in multiple places (house, car, etc.) | 46% | 40% | 55% | 55% | 34% |
| To use with different activities | 38% | 38% | 39% | 41% | 35% |
| For my partner/grandparent/caregiver to use | 32% | 29% | 38% | 33% | 31% |
| Another reason (please explain) | 16% | 19% | 10% | 13% | 20% |

*You indicated that you have multiples of the same type of baby carrier.  Why do you have multiple baby carriers of the same type? (Select all that apply).*

Other reasons include:
  Didn't like original carrier due to comfort or fit issues for both the baby and mom/parent(s)
  Backup options for accidents, or when other carriers are being cleaned/washed
  Trial and error (to find the ideal carrier); looking for specific features or brands that worked better
  One (or more) was gifted or handed down (some parents also purchased others)

24

WILDBIRD0000184





Need for multiples due to having multiple children or households.
Having a variety of carriers as baby grows
Style-related: trying out different fabrics, styles (or different fabrics for different seasons – hot/cold)
Desire for matching mom's outfits or style preferences.
*The full list of reasons can be found in Appendix B.*

Predictably, different activities drive ownership of different types of carriers (especially for Frequent Users), although this is significantly **less** of a factor for WildBird owners.
- Frequent Users are more likely to want different wearing positions.
- Again, WildBird Owners and Frequent Users are significantly more likely to want multiple looks or colors, and therefore own different types of carriers.

| Reasons for Owning Different Types of Carriers | Total % (n=955) | WildBird Owner % (n=499) | Non-Owner % (n=456) | Frequent User % (n=456) | Occasional User % (n=499) |
|---|---|---|---|---|---|
| To use with different activities | 68% | 65% | 71% | 71% | 65% |
| I like different wearing positions | 39% | 39% | 40% | 43% | 36% |
| I want different colors or looks | 32% | 40% | 22% | 41% | 23% |
| For my partner/grandparent/caregiver to use | 30% | 26% | 36% | 31% | 30% |
| Another reason (please explain) | 13% | 15% | 11% | 10% | 15% |

*You indicated that you have more than one type of baby carrier. Why do you have different types of baby carriers? (Select all that apply)*

Other reasons are most often related to:
Different types for different ages/stages of growth
Receiving different types as gifts/hand-downs
Trying different styles to find the best option or best fit for parents and baby
*The full list of reasons can be found in Appendix C.*

25

WILDBIRD0000185





**Brands Owned**

Because half of the sample was recruited from WildBird lists, it is expected that WildBird would be the most commonly-owned brand (currently owned or planned to own).  Half of respondents report owning a WB carrier.  The next most popular brands owned (or anticipated) include:
- ErgoBaby (45%)
- Sollybaby (34%)
- Baby Bjorn (30%)
- *Just over one-quarter report owning another brand.*

For WildBird owners, the most popular brands (besides WildBird) are:
- Sollybaby (55%) – significantly more popular among WB owners than Non-owners
- ErgoBaby (38%) – *significantly less than Non-owners (52%)*
- Baby Bjorn (25%) – *significantly less than Non-owners (36%)*
- *One quarter own (or plan to own) another brand.*

Frequent Users favor the following:
- WildBird (59%) – *skewed due to the sample from WildBird; but significantly higher than Occasional Users (45%)*
- ErgoBaby (47%)
- Sollybaby (40%)
- Baby Bjorn (32%)
- *Another brand (25%) – significantly less than Occasional Users (31%)*

| Brands Owned | Total %<br>(n=1,000) | WildBird Owner %<br>(n=513) | Non-Owner %<br>(n=487) | Frequent User %<br>(n=467) | Occasional User %<br>(n=524) |
|---|---|---|---|---|---|
| Wildbird | 51% | 100% | | **59%** | *45%* |
| ErgoBaby | 45% | *38%* | **52%** | 47% | 44% |
| Sollybaby | 34% | **55%** | *13%* | 40% | 30% |
| Baby Bjorn | 30% | **25%** | **36%** | 32% | 28% |
| Another Brand (see below) | 27% | 25% | 29% | **23%** | **31%** |

26





| Brands Owned | Total<br>%<br>(n=1,000) | WildBird Owner<br>%<br>(n=513) | Non-Owner<br>%<br>(n=487) | Frequent User<br>%<br>(n=467) | Occasional User<br>%<br>(n=524) |
|---|---|---|---|---|---|
| Tula | 15% | 13% | 16% | 18% | 12% |
| Boba | 14% | 13% | 16% | 17% | 13% |
| Happy Baby) | 14% | 8% | 21% | 18% | 11% |
| Artipoppe | 8% | 11% | 4% | 10% | 6% |
| Lalabu | 6% | 5% | 8% | 8% | 5% |
| Hope and Plum | 4% | 5% | 3% | 5% | 3% |
| chekoh | 2% | 1% | 2% | 1% | 2% |

*What brand(s) of baby carrier(s) do you have (or plan to purchase)?*

Other Brands Owned:

A variety of other brands were mentioned, however the most popular brands, mentioned by five (5) or more moms, included:

| | |
|---|---|
| Moby | 70 mentions |
| Infantino | 27 mentions |
| Lillebaby | 24 mentions |
| Baby K'tan | 18 mentions |
| Tushbaby | 15 mentions |
| KeaBabies | 11 mentions |
| Momcozy | 11 mentions |
| Sakura Bloom | 11 mentions |
| Mabe | 10 mentions |
| Boppy | 8 mentions |

27

WILDBIRD0000187





## Frequency of Usage

Moms are using their carriers on a regular basis. Almost half (47%) are using carriers 5+ days a week, with 29% reporting daily use.
- WildBird moms are more frequent users – 54% use the carriers 5+ times a week, and 37% use them on a daily basis (significantly more than Non-owners).
- "Frequent Users" are most likely to use their carrier every day (61%).

| Frequency of Usage (Base = Owns 1+ Carriers) | Total % (n=991) | WildBird Owner % (n=511) | Non-Owner % (n=480) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Every day | 29% | 37% | 20% | 61% | |
| 5 – 6 days a week | 18% | 17% | 20% | 39% | |
| 3 – 4 days a week | 27% | 28% | 27% | | 52% |
| Twice a week or less | 19% | 12% | 27% | | 36% |
| I haven't used it yet (I'm still expecting) | 6% | 6% | 6% | | 12% |
| No Answer/Did not see question | 9 | 2 | 7 | - | - |

*Tell me a bit about when you (and others in your household) use the wearable baby carrier.  Let's start with you:  How often do you, yourself, use your wearable baby carrier?*

## Usage Occasions and Reasons

**Shopping/Errands, Walks with baby** and **Chores around the House** are the most common occasions when moms choose to use a wearable carrier with their little ones.
- Over half of moms also wear their babies around the house on a routine basis.
- It is important to note that WildBird owners and Frequent Users are *significantly more likely to use their carriers for all occasions*.

| Usage Occasions (Base = Owns 1+ Carriers) | Total % (n=991) | WildBird Owner % (n=511) | Non-Owner % (n=480) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| When I go out shopping or running errands | 81% | 88% | 73% | 87% | 75% |
| When I go out for a walk with my baby | 77% | 83% | 70% | 84% | 71% |

28

WILDBIRD0000188





| Usage Occasions (Base = Owns 1+ Carriers) | Total % (n=991) | WildBird Owner % (n=511) | Non-Owner % (n=480) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| When I'm doing chores around the house | 76% | 82% | 69% | 82% | 71% |
| When out with friends/family | 65% | 73% | 57% | 76% | 56% |
| Around the house in a routine basis | 54% | 62% | 46% | 69% | 41% |
| When visiting friends/family | 46% | 53% | 39% | 59% | 35% |
| In the evenings before bedtime | 21% | 29% | 13% | 33% | 10% |
| At other times (see below) | 6% | 8% | 3% | 6% | 5% |
| No Answer/Did not see question | 9 | 2 | 7 | - | - |

*When do you, yourself, use the baby carrier (or anticipate using it)?*

"Other times" include:

|  | # of Mentions |
|---|---|
| Activities with older kids (sports, events, etc.) | 13 |
| Naps/To settle baby for a nap | 10 |
| Walking/hiking | 7 |
| Traveling/airports | 5 |
| Parks, zoos, outside activities | 4 |
| Doing household chores & errands | 4 |
| At Work | 3 |
| At Church | 2 |
| Gym/fitness classes | 2 |
| Going out to eat, mealtime | 2 |
| All the time | 2 |
| When a stroller can't be used | 2 |

29

WILDBIRD0000189





| Reasons for Usage | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| I can have both hands free | 89% | 92% | 85% | 89% | 88% |
| It's easier in some situations than using a stroller | 74% | 78% | 69% | 73% | 74% |
| It calms my baby | 68% | 74% | 62% | 78% | 60% |
| I want the bonding/connection with my baby | 63% | 73% | 53% | 68% | 59% |
| It's comfortable | 55% | 62% | 46% | 65% | 45% |
| To have my baby with me when we're out (not in a separate stroller) | 50% | 58% | 41% | 56% | 43% |
| It's easier for me when I have older children to manage at the same time | 47% | 46% | 47% | 51% | 44% |
| It's easier than using a stroller | 36% | 38% | 34% | 43% | 30% |
| It's cheaper than buying a stroller | 5% | 3% | 7% | 6% | 4% |
| Another reason (see below) | 4% | 5% | 2% | 4% | 3% |
| I don't really know | 0% | | 0% | | 0% |

*What are the reasons you use (or will use) your baby carrier?*

Keeping strangers and even family away from baby is another common reason for using a carrier:

| | |
|---|---|
| Keep strangers/others from touching or holding the baby | 8 mentions |
| Puts baby to sleep/Helps baby sleep | 7 mentions |
| Convenience (in general and with toddlers/older children) | 4 mentions |
| Prevent flat head/other issues from lying on back | 4 mentions |
| Child prefers closeness and hates stroller | 4 mentions |
| Safety when out and about | 2 mentions |
| Easier to breastfeed | 2 mentions |

30

WILDBIRD0000190





**Plans for Additional Carriers**

While almost half of moms do not plan on getting an additional carrier, those who are planning an additional purchase **intend to get a buckle carrier of some sort.**

- Frequent Users are significantly more likely to consider a lightweight, traditional or active carrier.
- WildBird Owners are more likely to plan for a lightweight or buckle carrier. Non-owners are significantly more likely to lean towards an active carrier.

| Plans for Additional Carriers (Base = Owns 1+ Carriers) | Total % (n=991) | WildBird Owner % (n=511) | Non-Owner % (n=480) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| I'm not planning on getting any additional wearable baby carriers | 47% | 48% | 45% | 37% | 55% |
| A lightweight buckle carrier | 23% | 23% | 23% | 28% | 18% |
| A traditional buckle carrier | 20% | 23% | 16% | 27% | 13% |
| An "active" or "performance" buckle carrier | 18% | 14% | 22% | 22% | 14% |
| A sling | 15% | 14% | 15% | 17% | 13% |
| A wrap | 11% | 9% | 14% | 12% | 10% |
| No Answer/Did not see question | 9 | 2 | 7 | -- | -- |

*Are you considering an additional baby carrier (in addition to the one(s) you already own)?*

ATTORNEYS' EYES ONLY

WILDBIRD0000191





## Reasons for Additional Carriers

The most common reasons (across all products) for purchasing additional carriers is to **have another color or look, or to have one in multiple places.** There are some slight differences between product types, but the top three drivers by product are shown below:

| Traditional Buckle (n=197) | Lightweight Buckle (n=226) | Active/Performance Buckle (n=176) | Sling (n=144) | Wrap (n=110) |
|---|---|---|---|---|
| • I want another color or look<br>• I need to have one in multiple places (house, car, etc.)<br>• I want a new/different wearing position | • I want another color or look<br>• I need to have one in multiple places (house, car, etc.)<br>• For different activities | • For different activities<br>• I want a new/different wearing position<br>• I need to have one in multiple places (house, car, etc.) | • I want a new/different wearing position<br>• I want another color or look<br>• I need to have one in multiple places (house, car, etc.) | • I want another color or look<br>• I want a new/different wearing position<br>• I need to have one in multiple places (house, car, etc.) |

Traditional Buckle Carrier

| Reasons for Purchase: Traditional Buckle (Base = Those planning to purchase a traditional buckle carrier) | Total % (n=197) | WildBird Owner % (n=119) | Non-Owner % (n=78) | Frequent User % (n=128) | Occasional User % (n=69) |
|---|---|---|---|---|---|
| I want another color or look | 53% | 65% | 35% | 55% | 48% |
| I need to have one in multiple places (house, car, etc.) | 42% | 40% | 44% | 41% | 42% |
| I want a new/different wearing position | 30% | 28% | 35% | 27% | 36% |
| For my partner/grandparent/caregiver to use | 27% | 22% | 35% | 30% | 22% |
| For different activities | 27% | 24% | 32% | 26% | 30% |
| Mine is wearing/worn out or stained and I want to replace it | 18% | 11% | 29% | 22% | 12% |
| My child has outgrown the wrap or sling I used to use | 13% | 10% | 18% | 11% | 17% |
| Another reason | 3% | 4% | 1% | 2% | 4% |
| No Answer/Do Not Plan to Buy a Buckle Carrier | 803 | 394 | 409 | 339 | 455 |

*If you purchase a/another traditional buckle carrier, what do you plan to use it for?*

32

WILDBIRD0000192





Additional reasons for getting a traditional buckle carrier are related mainly to comfort for moms:

| | |
|---|---|
| Better comfort or support | 3 mentions |
| Different brand | 1 mention |
| Newer model (to replace hand-me-down) | 1 mention |
| Smaller size | 1 mention |

| Reasons for Purchase: Lightweight Buckle (Base = Those planning to purchase a lightweight buckle carrier) | Total % (n=226) | WildBird Owner % (n=115) | Non-Owner % (n=111) | Frequent User % (n=130) | Occasional User % (n=96) |
|---|---|---|---|---|---|
| I want another color or look | 44% | 50% | 39% | 46% | 42% |
| I need to have one in multiple places (house, car, etc.) | 39% | 35% | 44% | 38% | 42% |
| For different activities | 33% | 30% | 37% | 33% | 33% |
| I want a new/different wearing position | 32% | 33% | 32% | 35% | 28% |
| For my partner/grandparent/caregiver to use | 20% | 15% | 25% | 22% | 18% |
| Mine is wearing/worn out or stained and I want to replace it | 16% | 7% | 26% | 18% | 14% |
| My child has outgrown the wrap or sling I used to use | 8% | 4% | 13% | 9% | 7% |
| Another reason | 6% | 10% | 3% | 4% | 9% |
| No Answer/Do Not Plan to Buy a Buckle Carrier | 774 | 398 | 376 | 337 | 428 |

*If you purchase a/another lightweight buckle carrier, what do you plan to use it for?*

The most common reasons for purchasing a lightweight carrier is for hot weather, and the need for something less bulky and easier to pack.

| | |
|---|---|
| Something lighter and cooler for warmer weather | 5 mentions |
| Something that is easier to pack/fold up; less bulky | 3 mentions |
| Lighter weight and less bulky | 3 mentions |
| Better comfort or support (for mom) | 2 mentions |
| Back carry design | 1 mention |

33

ATTORNEYS' EYES ONLY    WILDBIRD0000193





| Reasons for Purchase: Active/Performance Buckle (Base = Those planning to purchase an active/ performance buckle carrier) | Total % (n=176) | WildBird Owner % (n=70) | Non-Owner % (n=106) | Frequent User % (n=104) | Occasional User % (n=72) |
|---|---|---|---|---|---|
| For different activities | 59% | 70% | 52% | 56% | 64% |
| I want a new/different wearing position | 35% | 29% | 40% | 39% | 29% |
| I need to have one in multiple places (house, car, etc.) | 30% | 20% | 37% | 34% | 25% |
| I want another color or look | 26% | 31% | 22% | 29% | 21% |
| For my partner/grandparent/caregiver to use | 20% | 24% | 18% | 23% | 17% |
| Mine is wearing/worn out or stained and I want to replace it | 18% | 14% | 20% | 22% | 11% |
| My child has outgrown the wrap or sling I used to use | 16% | 11% | 20% | 16% | 17% |
| Another reason | 4% | 7% | 2% | 5% | 3% |
| No Answer/Do Not Plan to Buy a Buckle Carrier | 824 | 443 | 381 | 363 | 452 |

*If you purchase a/another active/performance buckle carrier, what do you plan to use it for?*

Moms looking to purchase an active/performance buckle carrier want something that is cooler and better suited for outdoor activies, like hiking:

| | |
|---|---|
| For hiking | 4 mentions |
| Something cooler for summer | 3 mentions |
| To use when washing primary carrier (and keep primary carrier cleaner) | 1 mention |

34

WILDBIRD0000194





| Reasons for Purchase: Sling (Base = Those planning to purchase a traditional buckle carrier) | Total % (n=144) | WildBird Owner % (n=72) | Non-Owner % (n=72) | Frequent User % (n=78) | Occasional User % (n=66) |
|---|---|---|---|---|---|
| I want a new/different wearing position | 51% | 47% | 56% | 44% | 61% |
| I want another color or look | 44% | 49% | 39% | 53% | 33% |
| I need to have one in multiple places (house, car, etc.) | 30% | 19% | 40% | 35% | 24% |
| For different activities | 24% | 25% | 24% | 19% | 30% |
| For my partner/grandparent/caregiver to use | 18% | 13% | 24% | 28% | 6% |
| Mine is wearing/worn out or stained and I want to replace it | 17% | 10% | 25% | 18% | 17% |
| Another reason | 4% | 7% | 1% | 4% | 5% |
| No Answer/Do Not Plan to Buy a Buckle Carrier | 856 | 441 | 415 | 389 | 458 |

*If you purchase a/another sling carrier, what do you plan to use it for?*

A couple of moms are looking to try something different by purchasing a sling carrier, and others are looking for different features (size, appearance, cooler, etc.):

    Experimentation - 2 mentions
    Current sling is too warm - 1 mention
    Something easier - 1 mention
    Different length (shorter) - 1 mention
    Something dressier - 1 mention

35

ATTORNEYS' EYES ONLY

WILDBIRD0000195





| Reasons for Purchase: Wrap (Base = Those planning to purchase a traditional buckle carrier) | Total % (n=110) | WildBird Owner % (n=44) | Non-Owner % (n=66) | Frequent User % (n=57) | Occasional User % (n=53) |
|---|---|---|---|---|---|
| I want another color or look | 45% | **59%** | *36%* | 53% | 38% |
| I want a new/different wearing position | 42% | 41% | 42% | 42% | 42% |
| I need to have one in multiple places (house, car, etc.) | 34% | 30% | 36% | 33% | 34% |
| For different activities | 30% | 23% | 35% | 26% | 34% |
| For my partner/grandparent/caregiver to use | 20% | 16% | 23% | **28%** | *11%* |
| Mine is wearing/worn out or stained and I want to replace it | 16% | 11% | 20% | 19% | 13% |
| Another reason | 5% | 9% | 3% | 5% | 6% |
| No Answer/Do Not Plan to Buy a Buckle Carrier | 890 | 469 | 421 | 410 | 471 |

*If you purchase a/another wrap carrier, what do you plan to use it for?*

An additional wrap carrier is of interest for moms looking for a different design that is more comfortable, lighter or more hands-free than a sling:

> Better design/more comfortable than current   2 mentions
> Something for a c-section                      1 mention
> Lighter fabric                                 1 mention
> Extra for laundry days                         1 mention
> Something more hands-free than the sling       1 mention

ATTORNEYS' EYES ONLY

WILDBIRD0000196




## Pain Points & Unmet Needs

| Frustrations: Traditional Buckle Carriers (Base = Owns 1+ traditional buckle carriers) | Total % (n=879) | WildBird Owner % (n=477) | Non-Owner % (n=402) | Frequent User % (n=422) | Occasional User % (n=457) |
|---|---|---|---|---|---|
| I have trouble putting it on or taking it off | 32% | 29% | 34% | 29% | 34% |
| The carrier is too hot for me | 26% | 25% | 26% | 24% | 27% |
| Wearing my baby isn't comfortable for me (makes my back hurt, for example) | 24% | 25% | 22% | 24% | 23% |
| My baby gets too hot in it | 23% | 24% | 22% | 26% | 20% |
| It's hard to clean or keep clean | 15% | 15% | 16% | 18% | 13% |
| It's too heavy | 14% | 12% | 17% | 16% | 13% |
| The fabric isn't comfortable (scratchy or uncomfortable on my skin) | 12% | 10% | 14% | 15% | 9% |
| It just looks ugly in general | 10% | 10% | 9% | 12% | 8% |
| My baby isn't comfortable in it (in general) | 9% | 7% | 10% | 9% | 8% |
| I don't like the way it looks (in general) | 9% | 9% | 10% | 11% | 8% |
| The fabric or color is ugly | 7% | 8% | 5% | 9% | 5% |
| My baby doesn't like it | 6% | 6% | 6% | 6% | 6% |
| It doesn't work for a lot of the activities we do | 6% | 4% | 8% | 7% | 4% |
| It's not eco-friendly (the materials it's made from, etc.) | 3% | 3% | 3% | 3% | 3% |
| Something Else | 14% | 20% | 7% | 14% | 14% |
| No Answer/Did not see question | 121 | 36 | 85 | 45 | 67 |

*What would you say are your biggest frustrations with the traditional buckle carrier(s) you are using?*

While many respondents did not have any frustrations, the most common "other" frustrations with traditional buckle carriers are related to specific issues with comfort/fit and adjustability:

- No issues (46 mentions)
- Comfort and Fit:
  *"It hurts my boobs—a lot of carriers hurt or are not comfortable for smaller women with large breasts."*

37

WILDBIRD0000197

VOCCII ACCELERANT RESEARCH

*"It's too big for my frame which is strange because I'm 5'10' but 6'2' husband loves it."*
*"Sometimes hard to get even shoulder straps."*
*"The WildBird carrier puts pressure on my c-section scar sometimes."*
*"The Lillebaby isn't made for plus size."*
*"Straps don't stay in place well."*

- Adjustability:
  *"Sizing and adjustability can be difficult."*
  *"It's hard to adjust the sizing as the baby grows."*
- Inability for Baby to Face Outwards:
  *"Sometimes baby does not want to be facing in to my chest but too small for back carry."*
  *"Need forward outward facing."*
  *"Can't wear my baby forward facing in WildBird."*
- Concerns about Baby's Comfort:
  *"Even though it's certified a hip-friendly carrier I'm constantly worried about my baby's hips."*
  *"Baby's feet turn purple in WildBird."*
- Bulkiness:
  *"It's bulky to store in the diaper bag."*
  *"Too bulky to carry (not convenient on flights etc) and not comfortable to sit in."*
  *"It's difficult to fold/pack and I have the buckle straps."*
  *"It's bulky to bring places."*
- Additional Features:
  *"Would love if it had a cellphone pocket."*

| Frustrations: Lightweight Buckle Carriers (Base = Owns 1+ lightweight buckle carriers) | Total % (n=587) | WildBird Owner % (n=310) | Non-Owner % (n=277) | Frequent User % (n=306) | Occasional User % (n=281) |
|---|---|---|---|---|---|
| I have trouble putting it on or taking it off | 20% | 18% | 22% | **17%** | **24%** |
| Wearing my baby isn't comfortable for me (makes my back hurt, for example) | 20% | 22% | 17% | 19% | 21% |
| It's hard to clean or keep clean | 14% | 12% | 16% | **17%** | ***11%*** |
| The carrier is too hot for me | 13% | 14% | 12% | 12% | 13% |
| My baby gets too hot in it | 12% | 10% | 14% | 13% | 10% |





| Frustrations: Lightweight Buckle Carriers (Base = Owns 1+ lightweight buckle carriers) | Total % (n=587) | WildBird Owner % (n=310) | Non-Owner % (n=277) | Frequent User % (n=306) | Occasional User % (n=281) |
|---|---|---|---|---|---|
| The fabric isn't comfortable (scratchy or uncomfortable on my skin) | 10% | 7% | 13% | 10% | 9% |
| It doesn't work for a lot of the activities we do | 9% | 8% | 9% | 9% | 9% |
| My baby isn't comfortable in it (in general) | 7% | 6% | 8% | 8% | 7% |
| My baby doesn't like it | 6% | 4% | 8% | 7% | 5% |
| I don't like the way it looks (in general) | 6% | 5% | 8% | 8% | 5% |
| The fabric or color is ugly | 6% | 5% | 7% | 6% | 7% |
| It just looks ugly in general | 6% | 5% | 7% | 8% | 4% |
| It's too heavy | 6% | 3% | 10% | 7% | 6% |
| It's not eco-friendly (the materials it's made from, etc.) | 4% | 3% | 5% | 5% | 3% |
| Something else | 16% | 20% | 10% | 17% | 14% |
| No Answer/Did not see question | 413 | 203 | 210 | 161 | 243 |

*What would you say are your biggest frustrations with the lightweight buckle carrier(s) you are using?*

Again, most moms did not have any frustrations with their lightweight buckle carriers. Amng those mentioned, however, the most common concerns dealt with support and comfort for baby, as well as challenges with putting the carrier on:

- No issues or complaints (including those who have not used it yet) (44 mentions)
- Support and Comfort for Baby:
  *"Doesn't feel as supportive."*
  *"Baby's legs keep popping out of position which makes him fussy and uncomfortable."*
  *"The front part really doesn't adjust to baby's size - I feel like it's loosening and stretching out."*
  *"I want to front face my baby at times and this carrier doesn't allow for it."*
- Ease of Use:
  *"Hard to put on by yourself."*
  *"Takes too long to put on and buckle everything."*
  *"Straps drag on the ground while putting on."*
  *"Harder to breastfeed in it."*
- Storage and Bulkiness:

39

# VOCCII



"Bulky to bring places."
"It's hard to store or fit in my diaper bag."
"Folding or being compact for a bag or diaper bag."

- Appearance and Design:
"Want more colors and patterns available."
"No pockets for a phone, hard to store."

- Durability and Quality:
"It's poor quality."
"Not as sturdy."

- Age and Weight Restrictions:
"Starting weight requirements can't be used for a newborn."
"Not able to use for baby until 3-4 months of age."
"Only for smaller babies."

- Comfort for Mom:
"The Baby Bjorn killed my back after having 2 c-sections."

ATTORNEYS' EYES ONLY

 

| Frustrations: Active/Performance Buckle Carriers (Base = Owns 1+ active/perf. buckle carriers) | Total % (n=603) | WildBird Owner % (n=310) | Non-Owner % (n=293) | Frequent User % (n=300) | Occasional User % (n=303) |
|---|---|---|---|---|---|
| I have trouble putting it on or taking it off | 24% | 24% | 24% | 25% | 22% |
| Wearing my baby isn't comfortable for me (makes my back hurt, for example) | 15% | 11% | 19% | 14% | 16% |
| The carrier is too hot for me | 15% | 15% | 15% | 15% | 15% |
| My baby gets too hot in it | 13% | 11% | 14% | 11% | 15% |
| I don't like the way it looks (in general) | 13% | 15% | 12% | 16% | 11% |
| It just looks ugly in general | 13% | 17% | 9% | 16% | 10% |
| It's too heavy | 13% | 12% | 15% | 11% | 15% |
| The fabric isn't comfortable (scratchy or uncomfortable on my skin) | 11% | 10% | 11% | 10% | 11% |
| It's hard to clean or keep clean | 10% | 9% | 10% | 12% | 8% |
| My baby isn't comfortable in it (in general) | 9% | 7% | 10% | 8% | 9% |
| The fabric or color is ugly | 7% | 8% | 6% | 8% | 6% |
| It doesn't work for a lot of the activities we do | 7% | 7% | 8% | 8% | 7% |
| My baby doesn't like it | 6% | 4% | 8% | 6% | 6% |
| It's not eco-friendly (the materials it's made from, etc.) | 5% | 4% | 5% | 5% | 4% |
| Something else (please describe in detail) | 9% | 12% | 6% | 9% | 10% |
| No Answer/Did not see question | 397 | 203 | 194 | 167 | 221 |

*What would you say are your biggest frustrations with the active/performance buckle carrier(s) you are using?*

The majority of moms indicated they did not have any frustrations with their active/performance buckle carriers. However, frustrations were consistent with other carrier types – the carrier is uncomfortable and difficult to put on and adjust:
- No frustrations or issues (38 mentions)
- Comfort
*"Not uncomfortable but still get back pain"*
*"Too hot"*

ATTORNEYS' EYES ONLY                          WILDBIRD0000201





- Ease of Use
  *"Takes more time to put on and off"*
  *"Hard to adjust to fit me correctly"*
- Challenges for baby
  *"Baby wants to face out"*
  *"Baby has to be a certain weight"*
  *"Doesn't shield them from the sun"*

| Frustrations: Sling (Base = Owns 1+ slings) | Total % (n=468) | WildBird Owner % (n=278) | Non-Owner % (n=190) | Frequent User % (n=258) | Occasional User % (n=210) |
|---|---|---|---|---|---|
| I have trouble putting it on or taking it off | 37% | 42% | 30% | 36% | 39% |
| Wearing my baby isn't comfortable for me (makes my back hurt, for example) | 25% | 27% | 22% | 26% | 23% |
| My baby isn't comfortable in it (in general) | 13% | 14% | 12% | 13% | 14% |
| My baby doesn't like it | 10% | 12% | 8% | 10% | 11% |
| My baby gets too hot in it | 10% | 6% | 17% | 12% | 8% |
| It's hard to clean or keep clean | 7% | 4% | 13% | 8% | 6% |
| The fabric isn't comfortable (scratchy or uncomfortable on my skin) | 6% | 5% | 8% | 6% | 7% |
| The carrier is too hot for me | 6% | 5% | 8% | 8% | 5% |
| I don't like the way it looks (in general) | 5% | 3% | 9% | 7% | 3% |
| It just looks ugly in general | 4% | 1% | 8% | 5% | 3% |
| The fabric or color is ugly | 3% | 1% | 7% | 4% | 3% |
| It's not eco-friendly (the materials it's made from, etc.) | 2% | 1% | 4% | 3% | 0% |
| Something else | 17% | 22% | 8% | 14% | 20% |
| No Answer/Did not see question | 532 | 235 | 297 | 209 | 314 |

*What would you say are your biggest frustrations with the sling(s) you are using?*

ATTORNEYS' EYES ONLY                                                    WILDBIRD0000202





Moms who mentioned additional frustrations talked more about the sling not feeling as secure as other carrier types. They also mentioned issues with usage (hard to put on) and comfort:

- No issues/frustrations (37 mentions)
- Security, Support and Comfort, including stretching of material:
  *"Baby doesn't feel super secure in it."*
  *"Doesn't feel as secure as wrap or buckle carriers."*
  *"Feeling less secure and needing to support the baby more hands-on."*
  *"Material stretching."*
  *"Wish it had more head support."*
  *"Never fully confident in how safe it is or that it's set up optimally."*
  *"Sometimes my baby gets himself in a weird position, so lots of adjusting."*
- Ease of Use:
  *"Takes longer to put on."*
  *"Learning curve on using."*
  *"Sometimes hard to adjust depending on the fabric."*
  *"Haven't been able to master wearing it properly."*
  *"Sometimes hard to figure out without a video demo."*
- Comfort for Extended Use:
  *"Causes body aches."*
  *"Isn't comfortable for long periods of time."*
  *"Uncomfortable for long periods of wear."*
- Specific Design Frustrations:
  *"Wish it could also be used as a wrap."*
  *"Rings go off in TSA."*
- Limited Use with Older Babies/Toddlers:
  *"When children get to the toddler stage, they simply don't fit anymore."*
  *"Not for long-term use as baby gets heavier."*

43

ATTORNEYS' EYES ONLY

WILDBIRD0000203





| Frustrations: Wrap<br>(Base = Owns 1+ wraps) | Total<br>%<br>(n=749) | WildBird Owner<br>%<br>(n=403) | Non-Owner<br>%<br>(n=346) | Frequent User<br>%<br>(n=369) | Occasional User<br>%<br>(n=380) |
|---|---|---|---|---|---|
| I have trouble putting it on or taking it off | 45% | 45% | 45% | 39% | 50% |
| My baby gets too hot in it | 17% | 16% | 18% | 15% | 18% |
| Wearing my baby isn't comfortable for me (makes my back hurt, for example) | 16% | 18% | 14% | 18% | 14% |
| The carrier is too hot for me | 13% | 10% | 16% | 10% | 16% |
| My baby isn't comfortable in it (in general) | 11% | 12% | 10% | 11% | 11% |
| My baby doesn't like it | 10% | 11% | 9% | 9% | 11% |
| The fabric or color is ugly | 5% | 3% | 6% | 7% | 2% |
| The fabric isn't comfortable (scratchy or uncomfortable on my skin) | 4% | 2% | 6% | 3% | 5% |
| I don't like the way it looks (in general) | 4% | 3% | 5% | 4% | 4% |
| It's hard to clean or keep clean | 4% | 2% | 6% | 5% | 3% |
| It just looks ugly in general | 3% | 1% | 5% | 3% | 3% |
| It's not eco-friendly (the materials it's made from, etc.) | 2% | 1% | 4% | 4% | 1% |
| Something else | 20% | 26% | 14% | 22% | 19% |
| No Answer/Did not see question | 251 | 110 | 141 | 98 | 144 |

*What would you say are your biggest frustrations with the wrap(s) you are using?*

Many moms are happy with their wraps and report no frustrations, however the top concerns continue to be challenges with getting the wrap on, and concerns about support for their babies (due to stretchiness):

- No issues/frustrations (49 mentions)
- Ease of Use:
  *"Hard to put on without dragging the fabric on the ground - especially in public places."*
  *"Harder to wear as the baby gets heavier because of stretchy fabrics."*
  *"It takes forever to put on."*
  *"Putting on a wrap in the rain isn't fun."*
  *"Takes longer to put on/off."*

44

ATTORNEYS' EYES ONLY

WILDBIRD0000204





*"Time-consuming to put on and take off and more challenging to adjust tightness."*
*"Takes too long to put on."*
*"It can be challenging getting the baby in or out of it."*
*"Wrapping the entire thing takes a little long, and I shouldn't have purchased black in hindsight (too hot)."*
*"There is a learning curve to it."*

- Stretchiness and Lack of Support:
*"Fabric too stretchy for heavier babies."*
*"Not supportive enough for long-term wear like on a walk or doing active chores around the house."*
*"Since fabric is stretchy my baby ends up lower than when I first put him in."*
*"Worry about baby falling out."*

- Limited Longevity:
*"After the newborn months, it no longer supports the baby as well."*
*"Doesn't work as well when baby gets older and more active."*
*"Short-lived, as soon as baby starts to like looking around they don't like being in it and are more comfortable in something more structured."*
*"Weight limit."*

- Other Concerns related to Comfort and Fit:
*"Baby never liked having his head inside one side, bur head was too floppy when younger to use."*
*"I think my chest is too large for a wrap carrier to work correctly."*
*"Not comfortable for larger babies."*

45

WILDBIRD0000205





**Suggestions for Improvement**

Moms were asked what improvements they might make to their carriers (including wraps and slings), or other suggestions/requests they may have from manufacturers.  Comments fell into a few key concepts:

- Ease of Use/Easy to Put On and Quick Attachment

  *"Easier to put on by myself"*

  *"Easier to put on and also easier to adjust"*

  *"Easier to put on and take off with baby"*

  *"Easier for 1 person to put on without possibly needing assistance"*

  *"The straps on the traditional carrier. Hard to figure out which buckle goes with what. Then once you get it on you need someone else to drop your baby into it. You can't do it all yourself."*

  *"With the wrap, it's hard to figure out. I have to watch a YouTube tutorial every time. By the time I get my baby in it, She's crying by all of the awkward attempts she had to go through."*

  *"Easier to take on and off. When baby is unhappy faster to get them out."*

  *"I would make it easier to put on and take off, and I would make the material more breathable so it doesn't get so hot in warm weather."*

  *"Easier to put them on! Sometimes it's very difficult to do all the wrapping or buckling things while trying to hold on to an infant. Especially if you also have an older child you are trying to look after as well"*

  *"I would want an easier way to clip the back buckle. My arms are short so that is always tricky for me."*

  *"It would come with better instructions on how to use it. It would be easier to put on and take off with no assistance."*

  *"I would make the carrier easier to put on and strap in so it's not such a struggle every time I use it."*

  *"I could just put it on in ONE step. And just put my baby in."*

- Comfort and Support for Both Baby and Parent

  For Baby:

  *"Comfort for both baby and parent is crucial."*

  *"Supportive for good positioning of baby"*

  *"I would make a carrier that's custom made for my baby because since my baby is small I have a hard time adjusting it so that my baby won't move around so much. I find myself still using a hand to keep my baby in place sometimes."*

  *"Make it super comfortable for baby"*

  *"Make it easier to put on and off and allow my baby to go in multiple positions without having to change anything, and provide shade so my baby isn't in the sun"*

  *"Easy to put on and take off, my baby is comfortable not only when she is sleeping but also when she is awake and alert."*

46

ATTORNEYS' EYES ONLY

WILDBIRD0000206





*"Better support for heavy babies."*
*"More head support."*
*"Ensure I'm wearing the baby high enough and properly fit."*
*"Equal weight distribution."*

For Parents:

*"Easier to put on and alleviate pressure on the back and shoulders"*
*"It would need to be made of organic or at least natural, non-toxic material, be easy to store and clean, be comfortable for baby and me, designed for mom's pelvic floor (i.e., nothing that puts additional pressure/stress on pelvic floor too heavily)"*
*"I would want a baby carrier that has more support for my back."*
*"Lightweight, easy to wear and adjust."*
*"Not hurt my back. Comfortably hold baby."*
*"More lower back support for me."*
*"More padding or a way to put less strain on my shoulders and back."*
*"Comfortable wearing baby for hours without feeling soreness in shoulders."*
*"Ability to make the cross in the back not slide up my back."*
*"I wish I could find a more structured carrier that fits my petite body well even with a heavy babe weighing it down."*
*"More support for big boobs."*
*"More comfortable for size inclusive users."*
*"I would make the waist strap bigger or come with an extension for bigger women."*
*"If my husband and I could comfortably use one carrier."*

- Breathable Fabrics that Don't Get so Hot (for Mom and Baby)
    *"Breathable so baby isn't too hot"*
    *"I would make one that is lighter and more ary. I get hot carrying my child in the carrier and my son also sweats. It would be nice if there was one that was a 'cooling' type."*
    *"That it is easy to put on and stays secure. Also baby won't get super sweaty when outside. Fabric is breathable but sturdy."*
    *"More breathable material, my little one gets very warm during summer months on our walks."*
    *"I wish I could not sweat so much when I am wearing it."*
    *"It would be very easy to take off and on and be very comfortable for both me and the baby"*
    *"More comfortable, more breathable fabric"*
    *"Adjustable cooling and heating system"*
    *"Make them more comfortable. Every last one"*
    *"I would prefer a softer fabric."*

ATTORNEYS' EYES ONLY

WILDBIRD0000207

# VOCCĬĬ



- Fashion and Style

    *"I would make it a more comfortable fabric and more stylish because the one I have now is just so plain and boring"*
    *"I would want a carrier that is more stylish"*
    *"It would be stylish and something that is good for hot weather"*
    *"Stylish and lightweight"*
    *"more colors"*
    *"More boy prints such as deer, woodland, foxes."*
    *"More floral fabric!"*
    *"Darker color and softer material."*
    *"More patterns!"*
    *"Come in more fun fabrics."*
    *"More prints/colors to incorporate into my style."*
    *"I love my carrier to look like an accessory that is fashionable."*
    *"Aesthetically pleasing with good solid neutral color options."*
    *"Customize with name of baby or family name."*

- Durability and Easy to Clean

    *"Something that could last a little longer. My first carrier fell apart really quickly."*
    *"Sturdy and comfortable"*
    *"Easy to clean, sturdy fabric"*
    *"Make it more durable"*
    *"Durable, supportive"*
    *"I would like if it was more durable and not wear out so easily."*
    *"I would create something that is fashionable but something that is easy to keep clean or to clean it if it gets dirty."*
    *"Easy to clean and can be put in the washer."*
    *"I would wish it was easier to wash and dry, able to wear front facing."*

- Safety and Support for Little Ones

    *"Easier to use, baby can move and still be safe"*
    *"Safer for newborns"*
    *"Make it suitable for the parents too and safety concerns!"*
    *"I would want a carrier that is safer"*
    *"I would want a carrier that is easier to put on and off and that holds my baby securely."*

48

ATTORNEYS' EYES ONLY

WILDBIRD0000208





*"More supportive for baby's head"*
*"One where the baby won't fall out of it if I bend over"*
*"I would want a baby carrier that has better safety features."*
*"I wish my wrap felt more secure. I'm always a bit worried that the baby will fall out"*

- Easy to Pack/Store
  *"I would like if it was easier to put on and I would like if it folded easier for storage in the diaper bag."*
  *"I just want a carrier that isn't too bulky, but can grow with my baby."*
  *"I would make it a bit more lightweight. I would make it bigger since my child is outgrowing it pretty fast."*
  *"I wish it was easier to store when not in use."*
  *"A bag to transport."*
  *"It'd be awesome if it could roll up into a bag that is attached somehow."*
  *"Easier to put on and not be so bulky to pack!"*

- Pockets and Storage
  *"Something with more pockets for holding items"*
  *"I would make one with pockets"*
  *"I would want a baby carrier with pockets"*
  *"I would make it so it could carry some of my items too like keys, phone, wallet, and stuff."*
  *"I would want a baby carrier with more storage space"*
  *"A baby carrier with a pocket"*
  *"I would want a baby carrier that comes with a small pocket"*
  *"I would want a baby carrier that could carry a water bottle"*
  *"I would want a carrier that has storage space"*

- Front-facing Options
  *"Let baby forward face."*
  *"All carrying positions available for aerial carrier."*
  *"Able to front face."*
  *"Easier to wash + eventually could be outward facing."*
  *"Able to carry baby facing outwards"*

49

ATTORNEYS' EYES ONLY

WILDBIRD0000209





- Accessible for Breastfeeding
  *Support breastfeeding.*
  *"I would want it easy to get on and off and not hurt my back and be breastfeeding friendly."*

- Attachments
  *"I would make it have some sort of sunshade attachment"*
  *"An attachment for shade for baby's head."*
  *"Attachable teething things for my straps with velcro."*

- Versatility and Adaptability
  *"A baby carrier that is more adjustable and able to fit multiple body types"*
  *"I would like my sling carrier to double as a baby wrap!"*
  *"One that could be a wrap for when the babies are little but could somehow convert to a buckle one when they get a little bigger."*
  *"It would be amazing if my husband and I could comfortably use one carrier."*
  *"Looking into toddler/preschool carriers."*
  *"More optionality for extended wearing."*
  *"Make it turn into something useful after the baby stage"*

- Other Suggestions
  *"I would want a baby carrier that is waterproof"*

50

ATTORNEYS' EYES ONLY

WILDBIRD0000210





## Shopping Behaviors, Purchase Criteria & Preferences

### Decision-making

In general, 85% of moms report making the decision about wearable baby carriers themselves.
- WildBird owners and Frequent Users are significantly more likely to make the decision themselves.  Non-owners and Occasional users are significantly more likely to involve their spouse/partner.

| Decision Influencers | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| I made/will make the decision | 86% | 89% | 83% | 91% | 83% |
| My partner/spouse and I made/will make the decision together | 13% | 10% | 16% | 9% | 17% |

*Who decided or will decide which wearable baby carrier to get (or put on your registry)?*

### Preferred Channels

Largely driven by WildBird owners, the **brand website** is the most preferred channel for purchasing a baby carrier (if moms had to do it over again). **Amazon.com** is the second most-preferred channel (and most preferred among Non-owners).
- Frequent Users also prefer the brand website, followed by Amazon.com.

Other top channels include:
- Retail Store (Target, Walmart, etc.)
- Retailer's website

Baby-specific stores and websites are not as popular.

51

ATTORNEYS' EYES ONLY

WILDBIRD0000211





| Preferred Shopping Channels (Base = Owns 1+ Carriers) | Total % (n=991) | WildBird Owner % (n=511) | Non-Owner % (n=480) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| On the brand website for your baby carrier (ergobaby.com, wildbird.co, etc.) | 59% | 83% | 34% | 68% | 51% |
| Amazon.com | 54% | 45% | 63% | 49% | 58% |
| In a retail store (like Target, Walmart, department store, etc.) | 39% | 31% | 49% | 37% | 41% |
| On a retailer's website (Target.com, Walmart.com, Nordstroms.com, etc.) | 34% | 30% | 39% | 32% | 36% |
| In a baby-specific retail store (like Buy Buy Baby or other baby store) | 19% | 13% | 26% | 19% | 19% |
| On a baby-specific retailer website (babiesrus.com, babylist.com, etc.) | 18% | 14% | 23% | 21% | 16% |
| Another Website | 2% | 2% | 1% | 1% | 2% |
| Another Store | 1% | 1% | 1% | 1% | 1% |
| No Answer/Did Not See Question | 9 | 2 | 7 | - | - |

*If you had to do it over again, where would you prefer to buy a baby carrier?  (Select all that apply, or write in another location.)*

"Another website" is predominantly Facebook Marketplace for secondhand carriers (8 mentions).
"Another store" generally means a secondhand/thrift store or other resale venue.

Decision-making influences tend to differ by subgroup.  While Friends & Family is the top influence overall, WildBird Owners are more likely to be influenced by Instagram (likely due to the brand's presence in this channel).  Frequent users are equally influenced by Friends/Family and Instagram.

- In addition to Instagram and Friends/Family, WildBird Owners are also influenced by Influencers – significantly more so than Non-customers.

52

WILDBIRD0000212





| Decision Influencers | Total<br>%<br>(n=1,000) | WildBird Owner<br>%<br>(n=513) | Non-Owner<br>%<br>(n=487) | Frequent User<br>%<br>(n=467) | Occasional User<br>%<br>(n=524) |
|---|---|---|---|---|---|
| Friend or family member | 50% | 41% | 60% | 46% | 53% |
| Instagram | 41% | 58% | 22% | 46% | 36% |
| Influencer | 25% | 37% | 13% | 27% | 24% |
| Other users in a baby group | 21% | 19% | 23% | 22% | 20% |
| TikTok | 19% | 22% | 15% | 21% | 17% |
| Special promotion or sale | 15% | 12% | 18% | 16% | 15% |
| Product advocate or expert | 14% | 12% | 15% | 16% | 11% |
| Facebook | 12% | 10% | 15% | 17% | 8% |
| Ad | 4% | 6% | 2% | 4% | 4% |
| Celebrity | 3% | 2% | 4% | 4% | 3% |
| Something else (see below) | 9% | 6% | 11% | 7% | 11% |

*What influenced your decision on the baby carrier(s) you currently own (or plan to purchase)*

Other moms placed importance on their own research and personal experience with older children.  Additional reasons include:

| | # of Mentions |
|---|---|
| Research, including online reviews, comparison websites, and seeking recommendations from sources like babywearing consultants and chiropractors. | 37 |
| Personal Experience with baby carriers, either from using them with older children or from being a nanny. | 10 |
| Specific Functions/Features, such as ease of use, suitability for specific needs/activities, suitability for plus-size individuals; fabrics/materials. | 7 |
| Aesthetic Appeal, based on the design, print, or style preferences. | 6 |
| Recommendations from friends, family, and professionals, such as chiropractors or doctors. | 6 |
| Price and Value for money, plus affordability. | 5 |
| It was a gift | 5 |
| Observing others using carriers in public or seeing brands in stores. | 2 |

The most unique influence was related to the baby's name:
*"My baby's name is Birdie so when I heard about Wildbird, I was curious for my little one. As I did more research into the company, I really fell in love with the product but the name is what first drew me in."*

53

ATTORNEYS' EYES ONLY

WILDBIRD0000213

# VOCCII



**Selection Criteria:**

**Being easy to put on and remove** is the most important selection criteria for deciding on brands of carriers to buy.  This is the top frustration for moms in dealing with different types of carriers, as well.

- Rounding out the top three criteria are being **easy to wash/clean** and **durability/dependable performance**.
- Moms also want their carriers to last a long time and be affordable.
- WildBird moms are significantly less focused on dependability (compared to non-customers) and significantly more focused on premium quality and aesthetics – fashionable/trendy look, desirable colors and natural fibers.

| Selection Criteria | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Is easy to put on and take off | 73% | 73% | 71% | 70% | 75% |
| Is easy to wash or clean | 54% | 53% | 55% | 55% | 53% |
| Dependable performance (won't rip or tear easily) | 50% | 46% | 53% | 47% | 52% |
| Lasts a long time | 43% | 42% | 44% | 40% | 46% |
| Has a more affordable price | 40% | 35% | 46% | 32% | 47% |
| Is recommended by baby experts | 34% | 35% | 33% | 33% | 34% |
| Premium quality (worth paying more for) | 33% | 37% | 29% | 38% | 29% |
| Has a trendy or fashionable look | 26% | 34% | 17% | 30% | 22% |
| Comes in the color I want | 25% | 32% | 17% | 27% | 23% |
| Is made from natural fibers, like linen or cotton | 25% | 32% | 17% | 29% | 21% |
| Comes in a fabric I want | 23% | 25% | 21% | 23% | 23% |
| Has a warranty or guarantee | 14% | 12% | 16% | 15% | 14% |
| Is a brand I know or already own | 14% | 11% | 18% | 15% | 14% |
| Is a popular brand | 9% | 8% | 9% | 9% | 9% |
| Is recommended by influencers | 6% | 8% | 4% | 7% | 5% |

*How do you decide what to buy or what brand to buy?  Which of these would have the most influence?  Please select the five (5) factors.*

54

WILDBIRD0000214





**Motivators to Purchase for an Unfamiliar Brand**

There are a number of factors that may be needed to motivate moms to try a brand that is new/unknown to them.  These factors are similar in importance to moms:

- Online reviews
- Needed/required features
- Recommendations from family/friends
- Attractive price point
- Ratings from other purchasers

| Motivators to Purchase Unknown Brand (Base = Non-Owners) | Total % (n=454) | WildBird Owner % | Non-Owner % (n=454) | Frequent User % (n=178) | Occasional User % (n=270) |
|---|---|---|---|---|---|
| Reviews online (Amazon or other online retailers) | 49% | | 49% | 40% | 54% |
| If it has the features I need | 48% | | 48% | 44% | 51% |
| Recommendation from family or friends | 46% | | 46% | 37% | 51% |
| If it was at a price point I liked | 45% | | 45% | 40% | 48% |
| Ratings from other purchasers | 40% | | 40% | 36% | 42% |
| Recommendations from a like-minded mom online or in social media (an "honest mom review") | 35% | | 35% | 33% | 36% |
| It's on sale | 35% | | 35% | 29% | 39% |
| Recommendation from a baby expert | 30% | | 30% | 24% | 32% |
| Write-up in a baby/parenting article, magazine, blog, etc. | 15% | | 15% | 16% | 14% |
| Social media promotion | 13% | | 13% | 17% | 10% |
| The look of their website (what it said, what it looked like) | 11% | | 11% | 17% | 7% |
| Something else | 2% | | 2% | 3% | 1% |
| I would not buy a baby carrier/sling from a brand I'd not heard of before | 2% | | 2% | 2% | 2% |
| No Answer/Did not see question | 546 | 513 | 33 | 289 | 254 |

*What would it take to motivate you to purchase a new baby carrier from a brand you have not heard of?*

55

ATTORNEYS' EYES ONLY

WILDBIRD0000215





There are few other motivators listed, but personal use is the most common:
- Ability to try it in person (or use it to review it) (3 mentions)
- Recommendations from pediatric physical therapists (2 mentions)
- Reddit reviews (1 mention)

56

WILDBIRD0000216





## Brand Awareness & Perceptions

As expected, Baby Bjorn and ErgoBaby are the most recognized brands among consumers.

- Among Non-owners, WildBird is not well-known.  Less than one-quarter of non-owners were aware of WildBird
- Frequent users are also more brand aware in general – other than Baby Bjorn and ErgoBaby, they are significantly more aware of other brands, including WildBird, compared to Occasional users.
- Lesser-known brands include chekoh, Hope and Plum and Lalabu.

| Brand Awareness | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Baby Bjorn | 86% | 95% | 78% | 86% | 86% |
| ErgoBaby | 86% | 94% | 78% | 87% | 85% |
| WildBird | 65% | 99% | 28% | 72% | 58% |
| Sollybaby | 63% | 87% | 38% | 69% | 58% |
| Tula | 58% | 68% | 48% | 63% | 54% |
| Artipoppe | 54% | 84% | 22% | 61% | 48% |
| Happy baby | 45% | 45% | 44% | 51% | 39% |
| Boba | 41% | 45% | 37% | 46% | 37% |
| Lalabu | 28% | 32% | 23% | 31% | 25% |
| Hope and Plum | 25% | 35% | 13% | 31% | 19% |
| BabyOnBoard* | 13% | 5% | 22% | 12% | 14% |
| chekoh | 11% | 14% | 7% | 15% | 7% |
| Another Brand (see below) | 10% | 10% | 10% | 9% | 11% |
| None Recognized | 0% | | 1% | 0% | 0% |

*What brand(s) of wearable baby carrier(s) have you heard of?  (Please remember to select all brands you have heard of, including the one(s) you own, even if you mentioned them before)*

ATTORNEYS' EYES ONLY

WILDBIRD0000217





There were a number of other brands mentioned, but only a few were offered by more than two or three moms. Moby appears to be the brand most often recognized:

|  | # of Mentions |
|---|---|
| Moby | 30 |
| Lillebaby | 13 |
| Mabe | 11 |
| Sakura Bloom | 9 |
| Infantino | 8 |
| Momcozy | 8 |
| Baby K'tan | 5 |
| Lennylamb | 4 |
| Tushbaby | 4 |
| KeaBabies | 3 |
| Konny Baby | 3 |
| Bumpsuit | 3 |
| Boppy | 2 |

*BabyOnBoard is a "control" brand for this exercise. Some respondents can overstate their brand awareness by selecting brands that do not exist, such as "BabyOnBoard." Typically we expect to see up to 15% of respondents in this category.

- Results indicate that WildBird owners tend to be educated and aware of various brands in the marketplace. Only 5% of WildBird owners mis-identified the control brand (significantly less than non-owners).

58





## Brand Perceptions

Respondents who were aware of various brands were asked to associate them with a list of attributes. Each participant evaluated up to two (2) brands as follows:

WildBird – Evaluated by all from the WB list, plus any other respondents who were aware of the brand
*Plus one (1) of the following, based on awareness:*
Artipoppe
Baby Bjorn
Boba
ErgoBaby

Brands were evaluated by the following number of respondents:

| Brand Evaluation | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **WildBird** | **649** | **513** | **136** | **340** | **306** |
| ErgoBaby | 294 | 168 | 126 | 138 | 154 |
| Baby Bjorn | 229 | 64 | 165 | 81 | 143 |
| Artipoppe | 223 | 180 | 43 | 112 | 109 |
| Boba | 208 | 95 | 113 | 114 | 94 |

ATTORNEYS' EYES ONLY

WILDBIRD0000219





**Summary of Brand associations:**

Moms were asked to select words/phrases that they associated with each brand. The following chart summarizes attributes selected by 25% or more of respondents. Attributes in **bold type** were selected by 50% or more.

| WildBird | ErgoBaby | Baby Bjorn | Artipoppe | Boba |
|----------|----------|------------|-----------|------|
| **Fashionable**<br>**Trendy**<br>Premium<br>Dependable<br>For People like me<br>Sustainable<br>Expensive<br>Environmentally-friendly<br>Youthful | Dependable | Dependable<br>Premium<br>Expensive<br>Trendy | **Expensive**<br>**Trendy**<br>**Premium**<br>**Fashionable**<br>Boutique | Dependable |

WildBird has a stronger impression and is associated with more attributes compared to other brands. *However, this is likely to due to the number of WB owners who evaluated the brand.*

While WB is strongly associated with being **Fashionable** and **Trendy,** Artipoppe claims those attributes plus Expensive and Premium.

- It is interesting to see that ErgoBaby and Boba do not have strong brand impressions and are only moderately associated with being **Dependable**.

60

WILDBIRD0000220





**WildBird**

WildBird enjoys an overwhelmingly positive image among moms.  While owners have a significantly more positive impression than non-owners, over 91% of moms (aware of the brand) rate their image as "positive."  Over two-thirds say this impression is "very positive."

| WildBird Brand Evaluation | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Top Two Box | 91% | 95% | 77% | 92% | 91% |
| Very Positive | 68% | 78% | 32% | 72% | 64% |
| Somewhat Positive | 23% | 18% | 45% | 20% | 27% |
| Neutral | 8% | 4% | 22% | 6% | 9% |
| Somewhat Negative | 1% | 1% | 1% | 1% | 0% |
| Very Negative | 0% | 0% | 0% | 0% | 0% |
| Bottom 2 Box | 1% | 1% | 1% | 1% | 0% |
| MEAN | 4.59 | 4.73 | 4.09 | 4.64 | 4.55 |

*You indicated that you have heard of WildBird  What is your overall impression of the brand/company?*

The brand is strongly associated with being **Fashionable** and **Trendy**.  Other attributes associated with WildBird include **Premium, Dependable, For People Like Me, Sustainable** and **Expensive**.

- WB Owners are significantly more likely to associate the brand with these attributes.

| WildBird Brand Associations | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Fashionable | 65% | 69% | 49% | 64% | 66% |
| Trendy | 61% | 63% | 54% | 62% | 60% |
| Premium | 49% | 52% | 39% | 50% | 48% |
| Dependable | 42% | 46% | 26% | 47% | 36% |
| For People like me | 39% | 45% | 16% | 44% | 33% |
| Sustainable | 34% | 36% | 24% | 38% | 29% |

61





| WildBird Brand Associations | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Expensive | 31% | 29% | 38% | 31% | 31% |
| Environmentally-friendly | 26% | 27% | 20% | 29% | 23% |
| Youthful | 26% | 29% | 15% | 29% | 22% |
| Boutique | 26% | 25% | 29% | 24% | 28% |
| Caring | 24% | 27% | 13% | 26% | 22% |
| Smart | 17% | 18% | 13% | 20% | 14% |
| Not for me | 1% | | 3% | 0% | 1% |
| Something else (see below) | 3% | 3% | 1% | 3% | 3% |
| I don't know enough to answer | 5% | 3% | 12% | 4% | 6% |
| No Answer/Did not see question | 351 | - | 351 | 127 | 218 |

*How would you describe the WildBird brand?*

Only a few other terms were suggested for the WB brand, including a couple of comments about customer service:

| Positive | Negative |
|---|---|
| Comfortable | Had difficulty with response time from customer service when there |
| Efficient | was an issue with my order |
| Good quality material | Not the greatest customer service |
| Inclusive sizing | |
| Millennial | Boho, and giving off an elitist/exclusive feel... exclusionary in some |
| Mom and baby in mind | ways is a slight vibe I grt |
| Natural fabrics. Understated. Comfortable. Ease. Laidback | Quality of slings has gone down |
| Relatively inexpensive - when compared to Artipoppe | |
| Simple | |
| Size inclusive | |
| The clothes and sleep suit are so soft | |
| Thoughtful, inclusive, friendly | |
| Very aware of mom's baby wearing needs | |

ATTORNEYS' EYES ONLY

WILDBIRD0000222





| ErgoBaby Brand Associations | Total % (n=294) | WildBird Owner % (n=168) | Non-Owner % (n=126) | Frequent User % (n=138) | Occasional User % (n=154) |
|---|---|---|---|---|---|
| Dependable | 43% | 37% | 50% | 38% | 47% |
| Smart | 18% | 11% | 28% | 15% | 21% |
| Premium | 16% | 8% | 27% | 10% | 21% |
| Sustainable | 15% | 8% | 24% | 15% | 14% |
| Trendy | 13% | 5% | 24% | 10% | 16% |
| For People like me | 13% | 7% | 21% | 9% | 17% |
| Expensive | 13% | 6% | 21% | 9% | 16% |
| Not for me | 9% | 12% | 4% | 12% | 6% |
| Fashionable | 8% | 2% | 17% | 8% | 8% |
| Caring | 7% | 3% | 13% | 7% | 8% |
| Youthful | 7% | 3% | 12% | 8% | 6% |
| Environmentally-friendly | 6% | 3% | 11% | 4% | 9% |
| Boutique | 4% | 1% | 10% | 9% | 1% |
| Something else (see below) | 3% | 5% | | 3% | 3% |
| I don't know enough to answer | 28% | 39% | 12% | 30% | 25% |
| No Answer/Did not see question | 706 | 345 | 361 | 329 | 370 |

*How would you describe the ErgoBaby brand?*

ErgoBaby is described as more of a basic mainstream brand.  "Affordable" is the most common word that moms added to the list of attributes:

Affordable, Cheaper, Good price (4 mentions)
Basic
Easily accessible
Comfortable
Long lasting and reliable but dreadfully uncool and unattractive
Mainstream
Practical

63

WILDBIRD0000223





| Baby Bjorn Brand Associations | Total % (n=229) | WildBird Owner % (n=64) | Non-Owner % (n=165) | Frequent User % (n=81) | Occasional User % (n=143) |
|---|---|---|---|---|---|
| Dependable | 38% | 36% | 39% | 40% | 38% |
| Premium | 37% | 28% | 40% | 31% | 39% |
| Expensive | 36% | 25% | 41% | 25% | 42% |
| Trendy | 27% | 13% | 33% | 26% | 29% |
| Fashionable | 19% | 6% | 24% | 17% | 20% |
| Sustainable | 14% | 11% | 15% | 17% | 12% |
| Smart | 13% | 16% | 12% | 17% | 10% |
| For People like me | 10% | 9% | 11% | 10% | 11% |
| Boutique | 10% | 6% | 12% | 14% | 9% |
| Caring | 8% | 8% | 8% | 10% | 7% |
| Not for me | 8% | 13% | 6% | 11% | 6% |
| Youthful | 7% | 2% | 8% | 9% | 6% |
| Environmentally-friendly | 3% | 2% | 4% | 4% | 3% |
| Something else | 4% | 11% | 2% | 7% | 3% |
| I don't know enough to answer | 14% | 22% | 12% | 9% | 17% |
| No Answer/Did not see question | 771 | 449 | 322 | 386 | 381 |

*How would you describe the Baby Bjorn brand?*

Additional terms for Baby Bjorn were mixed:

| Positive | Negative |
|---|---|
| classic, well-known, trusted<br>Efficient<br>Expensive<br>Hip healthy | Hideously overpriced. I would not buy a baby carrier in Nordstrom.<br>Not ergonomically correct for infants terrible for their hips<br>Not good for hips!<br>Doesn't allow safe hip positioning. Will never buy from the brand at all.<br>Not made for comfort for the mother. |

ATTORNEYS' EYES ONLY

WILDBIRD0000224





| Artipoppe Brand Associations | Total % (n=223) | WildBird Owner % (n=180) | Non-Owner % (n=43) | Frequent User % (n=112) | Occasional User % (n=109) |
|---|---|---|---|---|---|
| Expensive | 82% | 84% | 70% | 82% | 81% |
| Trendy | 63% | 60% | 74% | 64% | 61% |
| Premium | 58% | 61% | 49% | 58% | 58% |
| Fashionable | 50% | 49% | 53% | 53% | 47% |
| Boutique | 33% | 33% | 30% | 33% | 31% |
| Not for me | 20% | **23%** | **7%** | 21% | 19% |
| Dependable | 7% | 6% | 14% | 10% | 5% |
| Youthful | 7% | 7% | 9% | 10% | 4% |
| For People like me | 6% | 5% | 12% | 6% | 6% |
| Sustainable | 4% | 4% | 5% | 4% | 5% |
| Smart | 4% | **2%** | **12%** | 4% | 4% |
| Environmentally-friendly | 3% | 2% | 5% | 4% | 2% |
| Caring | 3% | 1% | 9% | 5% | |
| Something else | 4% | 4% | 2% | 3% | 5% |
| I don't know enough to answer | 7% | 7% | 5% | 5% | 8% |
| No Answer/Did not see question | 777 | 333 | 444 | 355 | 415 |

*How would you describe the Artipoppe brand?*

The (few) additional phrases suggested for Artipoppe position the brand as "bougie" and expensive:

    Bad customer service and treats influencers poorly.
    Bougie
    Boujee, extra, pricy
    Expensive but worth it
    Insanely expensive
    Not size inclusive
    They don't seem like a carrier/parent brand first. Some of their carriers are ridiculously priced.
    Too expensive

ATTORNEYS' EYES ONLY

WILDBIRD0000225





| Boba Brand Associations | Total<br>%<br>(n=208) | WildBird Owner<br>%<br>(n=95) | Non-Owner<br>%<br>(n=1113) | Frequent User<br>%<br>(n=114) | Occasional User<br>%<br>(n=94) |
|---|---|---|---|---|---|
| Dependable | 27% | 19% | 34% | 31% | 22% |
| Trendy | 20% | 9% | 28% | 22% | 17% |
| For People like me | 18% | 8% | 27% | 18% | 19% |
| Fashionable | 17% | 7% | 26% | 21% | 13% |
| Sustainable | 13% | 7% | 17% | 13% | 12% |
| Premium | 13% | 3% | 20% | 12% | 13% |
| Environmentally-friendly | 12% | 6% | 17% | 16% | 7% |
| Smart | 11% | 4% | 16% | 13% | 7% |
| Caring | 11% | 7% | 14% | 14% | 7% |
| Youthful | 8% | 2% | 13% | 11% | 5% |
| Not for me | 6% | 14% | | 11% | 1% |
| Expensive | 5% | | 9% | 7% | 2% |
| Boutique | 4% | 3% | 4% | 6% | 1% |
| Something else | 2% | 3% | 2% | 4% | 1% |
| I don't know enough to answer | 43% | 58% | 30% | 33% | 54% |
| No Answer/Did not see question | 792 | 418 | 374 | 353 | 430 |

*How would you describe the Boba brand?*

Only a few additional thoughts were offered about the Boba brand, and these were mixed (and contradictory):

Inexpensive
Overpriced for cheap material
Soft, cozy
Too hot
Versatile

66

WILDBIRD0000226





## Target Market Profiles:  Customer Segments

Cluster analysis (K-means cluster analysis) was used to explore target market segments from the survey data. *However, due to the homogeneous nature of the sample (WB Customers, and a random sample targeted to be similar), it was difficult to find highly distinctive segments.*

Analysis did reveal three (3) segments that were somewhat different in terms of personality, interest and potential.  These segments can be used to refine messaging and marketing channels.
- One segment is comprised of vibrant, fun moms; their product interest is higher.
- A second segment is more moderate and describes themselves as deliberate decision-makers.  Their interest in the product concepts is also solid.
- The third segment is older and very careful and conservative.  Reactions to product concepts are more "neutral."

### Segment 1:  Vibrant, Social Media Moms

**16.2% of respondents**
*Highest Potential Segment*

This segment is the youngest of the target groups.  They describe themselves fun and spontaneous, upscale and successful, trend-conscious, and fashionable.  The world of social media and influencers is more important to them, and they consider themselves to be an influencer among their friend group.
- This group may be the most status-conscious, driving Premium vehicles and more likely than others to have a Luxury vehicle.
- This group is the most diverse of all three segments, with more representation in the Hispanic/Latino and Black/African American groups than other segments.
- Social media is important – Instagram is a key media channel and this group is more likely to be impacted by Influencers than others.
- The most popular shopping channels are brand websites and Amazon.  This group is more likely to be using brand websites than other segments.
- These moms are frequent carrier users (over one-third use daily), and moms are likely to be the ones using it all or almost all of the time.
- Interest in the product concepts is high.

67

WILDBIRD0000227





## Details:

Age: Segment 1 is the youngest of the three groups:
- Over half (61%) are ages 26 – 32 and 24% are ages 33 – 35.
- This group has the largest number 22 – 25 year olds (11%).

Education:  Segment 1 is least likely to have at least a college degree (65%). Only 22% have a post graduate degree or study (lower than for other groups).
- Segment 1 is most likely to have some college or an Associate degree.

Income: Incomes for Segment 2 are slightly (but not significantly) higher, ranging from $50K to $150K+.

Children: Like the other groups, most Segment 1 moms have 1 – 2 children (74%).
- Segment 1 is also most likely to have three children (14%).

Vehicles:  The moms in Segment 1 are most often driving a Premium SUV/ Crossover/ Truck/Minivan (44%).
- They are significantly more likely to drive a Premium SUV/Crossover/Truck/Minivan compared to other groups (44%) and significantly less likely to be driving a Value SUV/Crossover/Truck/Minivan.
- They are also more likely to be driving a Luxury SUV/Crossover/Truck/Minivan (17%).

Self-Descriptions:  Segment 1 describes themselves as Spontaneous, Fun, Practical, Successful, Fashionable and Trend-Conscious. They are more likely to be Extroverts than Segments 2 and 3.  In addition, they are **significantly\* more often than other groups to be**:
- Spontaneous*
- Fun*
- Successful*
- Fashionable*
- Trend-Conscious*
- Influencer (among friends)*
- Upscale*
- Leading-Edge*
- Extravagant*

They are significantly less likely to label themselves as:
- Conservative

68

WILDBIRD0000228

# VOCCĬ



- Deliberate Decision-makers
- Price-conscious (although 35% describe themselves this way)
- Practical (although 50% still claim that trait)

Diversity: Segment 1 is the most diverse of the three segments – 77% White, 9% Black/African American, 15% Hispanic/Latino.

Number of Carriers: Segment 1 is significantly more likely to have 3 – 5 carriers.

WildBird Ownership: Compared to the other groups Segment 2 is most likely to be WildBird owners, although WB owners account for just over half (56%) of the segment.

Wearable Product Features: Segment 1 places importance on the same decision criteria as other groups:
- Ease of getting on and off
- Ease of cleaning
- Dependable performance
- Long-lasting
- Affordable price

Frequency of Usage: Segment 1 are the most frequent users – daily or 5+ days a week.
- 34% use daily, which is significantly higher than other groups.

Usage & Purchase Decisions: Segment 1 moms are more likely to be using their carriers "all" or "most of the time" (80%). They are least likely to be sharing carrier wearing equally with their partner (20%).
- Moms make the purchase decision most of the time (88%).

Purchase Channels: Brand websites and Amazon are the most popular purchase channels for Segment 1, as with all groups, followed by retailers (Target, etc.) and retailer websites. Brand websites are particularly popular.
- Segment 1 moms are significantly more likely to be shopping at Target stores (44%) and brand websites (69%) compared to other groups.

Motivators to Trial: These moms are motivated by the same factors as other groups to try a new brand of wearable baby carrier, but their priorities are a bit different:
- Recommendations from Friends & Family is the number one motivator and is more important compared to Segments 2 and 3.

69

WILDBIRD0000229





- A few factors tie for second most important:
  - o  Features needed/wanted
  - o  Online Reviews
  - o  On Sale – being on sale is significantly more important to Segment 1 than for other segments.
- Although price rounds out the top five, it is not as important to Segment 1 as it is to other groups.
- Other key criteria include Ratings from purchasers (less critical for this segment than for others) and Recommendations from Like-Minded Moms online or on Social Media – this is more important for Segment 1 than for other segments.

Decision Influences:  Friends, family, social media and Influencers help shape decisions.  Instagram is used as often as Friends and family.
- Segment 1 is significantly more likely to be influenced by Influencers (30%).
- Even though friends/family are a significant source (42%), it is significantly less for Segment 1 than for other segments.
- TikTok and Instagram are other sources used by Segment 1 (24% and 43%, respectively) - significantly more than for Segment 3.

Interest in Products:  In general, Segment 1 has higher interest in the various product concepts , with more moms reporting being "very interested" in  the Active carrier (73%; 43% Very Interested), Wagon (56%; 32% Very Interested), and the Bouncer (62%; 30% Very Interested).
- These moms are significantly more interested in the Wagon, the Bouncer, the Co-Sleeper and the Active Carrier compared to Segment 3.

Media Channels:  Segment 1 uses the same channels as other groups of moms (Instagram, Facebook and TikTok.
- Segment 1 is significantly more likely to be using TikTok than other groups (23%)

70

ATTORNEYS' EYES ONLY

WILDBIRD0000230

# VOCCII



## Segment 2: Practical Middle-of-the-Roaders

**48.6% of respondents**
*Moderate/Above-Average Potential*

This segment falls in the middle in terms of age and income. Like other segments, most have 1 – 2 children, but these moms are slightly more likely than other groups to have 4+ kids. They describe themselves as Practical, Deliberate Decision-makers and Price-conscious.

- Compared to Segment 1, they are slightly more likely to have incomes in the $50 - $75K range; although most have at least a college degree (and 32% report having a post-graduate degree or study).
- SUVs/Crossovers/Minivans reign supreme, and these moms are driving either a Premium or Value brand of these vehicles. Being practical, this group is more likely than others to be driving a Value brand of SUV/Minivan and/or a Premium brand sedan.
- In addition to their practicality, this group is significantly more likely to describe themselves as Successful and Deliberate Decision-makers.
- This group owns 3 – 5 carriers, and is more likely than other segments to have four (4) carriers.  Usage frequency varies; however this group is most likely to have both partners sharing usage (25%).
- Friends & Family and Online Reviews are key decision influencers.
- Interest in product concepts is moderate, but not quite as high as for Segment 1.

### Details:

Age: Segment 2 is in the middle in terms of age:
- Over half (60%) are aged 26 – 32 and 24% are ages 33 – 35.

Education: Segment 2 is likely to have at least a college degree (73%) and 32% have a post graduate degree or study.

Income: Incomes for Segment 2 are slightly lower, ranging from $50K to $150K+.
- Like Segment 3, Segment 2 is slightly more likely to have incomes in the $50K - $75K range compared to Segment 1 (17%).

Children: Like the other groups, most Segment 2 moms have 1 – 2 children (76%).
- However, these moms are slightly more likely to have more children.  Compared to other groups they are slightly more likely to have 4+ children.

71

WILDBIRD0000231





Vehicles:  The moms in Segment 2 are most likely to be driving either a Premium SUV/ Crossover/ Truck/Minivan (34%) or a Value SUV/Crossover/Truck/Minivan (22%).
- They are the most likely to drive a Value SUV/Crossover/Truck/Minivan compared to other groups (22%).
- They are also more likely to be driving a Premium Sedan compared to other groups (19%).

Self-Descriptions:  Segment 2 describes themselves as Practical, Price-conscious, Fun and Deliberate Decision-makers.  In addition, they are **significantly more often than other groups to be**:
- Deliberate Decision-makers*
- Successful*

They are significantly less likely to label themselves as:
- Spontaneous
- Serious
- Introvert

Diversity:  Segment 2 is slightly more diverse with 13% Hispanic/Latino respondents.

Number of Carriers:  Segment 2 is likely to have 3 – 5 carriers; this is similar to Segment 1.
- This group is significantly more likely to have 4 carriers.

WildBird Ownership:  Compared to the other groups Segment 2 is least likely to be WB owners.  Regardless, almost half (48%) report owning a WildBird product.

Wearable Product Features:  Segment 2 places importance on the same decision criteria as other groups:
- Ease of getting on and off
- Ease of cleaning
- Dependable performance
- Long-lasting
- Affordable price

Frequency of Usage:  Segment 2 tends to use their carriers 5 – 7 days a week, but usage varies from as little as 3 -4 days a week to every day.
- 29% use daily – less than for Segment 1.

72

WILDBIRD0000232





Usage & Purchase Decisions:  Segment 2 moms use their carriers "most of the time;" however they are most likely to be sharing carrier wearing equally with their partner (25%).
- Mom tends to make the purchase decision most of the time (87%).

Purchase Channels:  Brand websites and Amazon are the most popular purchase channels for Segment 2, as with all groups, followed by retailers (Target, etc.) and retailer websites.

Motivators to Trial:  Although these moms are motivated by the same factors as other groups to try a new brand of wearable baby carrier, their priorities are a bit different:
- Online reviews is the number one motivator and are more important to Segments 2 and 3 than to Segment 1 moms.
- Family and friends have more influence for Segment 2 than for Segment 3.
- Price is in the top 5 criteria, but less important for Segment 2 than for other segments.
- Rounding out the top 5 is Recommendations from Like-Minded Moms online or on Social Media.

Decision Influences:  Friends, family, social media and experts help influence decisions.
- Segment 2 is significantly more likely to be influenced by friends/family on purchase decisions (52%).
- They are also influenced by Instagram and TikTok (significantly more than Segment 3).
- They are slightly more likely to turn to Product Experts than Segment 1.

Interest in Products:  Overall, interest by Segment 3 in the various product concepts is above average, and moms are most interested in the Active carrier (74%), Linen Carriers/Slings (65%), Wagon (62%), and the Bouncer (61%).
- These moms are significantly more interested in the Wagon, the Bouncer, the Co-Sleeper and the Active Carrier compared to Segment 3.

Media Channels:  Segment 2 uses the same channels as other groups of moms (Instagram, Facebook and TikTok).

73

ATTORNEYS' EYES ONLY

WILDBIRD0000233





### Segment 3: Cautious Price-Conscious Moms

**35.2% of respondents**
**Limited Potential Segment**

This segment is the oldest of the three groups (30% are 33 – 35). Despite high education levels (31% have post graduate degrees or study), incomes are slightly lower compared to Segment 1. This group describes themselves as Practical, Price-conscious, Deliberate decision-makers, who are cautious, conservative and introverted.

- While the majority have 1 – 2 kids, this segment is more likely than others to have only one child.
- They tend to drive Premium or Value SUVs/Crossovers/Minivans and are more likely to gravitate to value brands compared to Segment 1.
- They are significantly *less* likely to describe themselves as Fun, Fashionable or an Influencer.
- They own fewer carriers (2 or 3) and tend to use them less (half use carriers 4 days a week or less).
- Interest in the product concepts is more "neutral" than Segments 1 and 2.

### Details:

Age: Segment 3 tends to be slightly older than other groups:
- Half (52%) are ages 26 – 32; however 30% are age 33 – 35. This is significantly higher than the other two groups.

Education: Segment 3 is likely to have at least a college degree (72%) and 31% have a post graduate degree or study.

Income: Incomes for Segment 3 are slightly lower, ranging from $50K to $150K+.
- Segment 3 is slightly more likely to have incomes in the $50K - $75K range compared to Segment 1.

Children: Like the other groups, most Segment 3 moms have 1 – 2 children.
- However, these moms are slightly more likely to have one (1) child compared to the other groups.

Vehicles: The moms in Segment 3 are most likely to be driving either a Premium SUV/ Crossover/ Truck/Minivan or a Value SUV/Crossover/Truck/Minivan.
- They are more likely to drive a Value SUV/Crossover/Truck/Minivan than Segment 1.

Self-Descriptions: Segment 3 is comprised of the more cautious, price-conscious, introverted moms.

74

WILDBIRD0000234

# VOCCII



The most common descriptors they select for themselves – **_significantly more often than other groups_** – include:
- Introverted*
- Practical*
- Price Conscious*
- Deliberate Decision-makers*
- Cautious*
- Conservative*

They are significantly less likely to label themselves as:
- Fashionable
- Influencer (among friends)
- Fun
- Extroverts

Diversity:  Segment 3 is the least diverse is the three groups; 82% of respondents in this groups are white.
- The percentage of Hispanic/Latino moms in Segment 3 is lower than for the other two groups.

Number of Carriers:  Segment 3 is likely to have 2 – 4 carriers; this is less than other segments.
- This group is significantly more likely to have 2 or 3 carriers.

WildBird Ownership:  Just over half (53%) report owning a WildBird wearable carrier.

Wearable Product Features:  While the same key attributes are important for this segment, these moms place even more importance (than the other two segments on):
- Ease of getting on and off
- Ease of cleaning
- Dependable performance
- Long-lasting
- Affordable price

Frequency of Usage:  Segment 3 tends to use their carriers slightly less than other groups.
- Half use a wearable carrier 4 days a week or less.  Only 25% use daily (lower than other groups).

Usage & Purchase Decisions:  Segment 3 is most likely to have both partners using the carrier(s).

ATTORNEYS' EYES ONLY

WILDBIRD0000235

# VOCCĪ



- Less than 20% report that "only mom" is using the carrier. They are likely to be using the carrier all or "most of the time" (76%) or sharing equally with their partner (23%).
- Although mom tends to make the purchase decision, along Segment 3 is more likely than other groups to have a shared decision-making process between partners (15%).

Purchase Channels: Brand websites and Amazon are the most popular purchase channels for all groups, followed by retailers (Target, etc.) and retailer websites.
- Segment 3 is significantly less likely to be shopping at a retail store.

Motivators to Trial: Although these moms are motivated by the same factors as other groups to try a new brand of wearable baby carrier, their priorities are a bit different:
- Price is the number one motivator – the carrier would need to be at a price point they liked. *This is significantly more important to Segment 3 moms than to moms in the other groups.*
- Online reviews are more important to Segments 2 and 3 than to Segment 1 moms, along with ratings from other purchasers.

Decision Influences: Friends, family and experts matter.
- Segment 3 is significantly more likely to be influenced by friends/family on purchase decisions (51%).
- They are slightly more likely to turn to Product Experts.
- They are significantly less likely to use TikTok as a resource.

Interest in Products: Overall, interest by Segment 3 in the various product concepts is more "neutral" than other segments. Only about half are somewhat or very interested in four of the five concepts, which is lower than interest expressed by Segments 1 and 2.
- These moms are most interested in the Active carrier, however, interest levels tend to be in the "somewhat interested" category.

Media Channels: Segment 3 uses the same channels as other groups of moms (Instagram, Facebook and TikTok.
- However, these moms are significantly less likely to be using TikTok compared to other segments.
- They are slightly more likely to be using Instagram instead.

76

ATTORNEYS' EYES ONLY

WILDBIRD0000236





## Interest in New Product Ideas

Five new product concepts were presented to the respondents and to rate for interest and appeal.

| |
|---|
| Linen:<br>    A Baby Carrier made from the purest of natural fibers/Linen opposed to Cotton or Poly |
| Active Carrier:<br>    WildBird unveils our first-of-its-kind, active baby carrier, designed for the adventurous family in mind. Our active carrier marries sleek style with supreme durability, perfect for parents who live life on the move. Made with robust, high-performance materials, it's built to take on the elements of active living, prioritizing comfort and coolness for both you and your child. Whether it's navigating simple daily activities or embarking on outdoor explorations, our carrier boasts unmatched reliability and breathability. The active carrier is engineered to get dirty and is endlessly machine washable, guaranteeing that you can dive into every adventure with confidence and ease. Experience the freedom to explore, backed by the reliability and style that WildBird is known to offer! |
| Wagon:<br>    Introducing WildBird's impeccably designed stroller wagon. Built for the modern family, our all-terrain wagon blends style with superior engineering. Crafted from premium materials and engineered for smooth handling, it effortlessly navigates any environment while turning heads with its unique aesthetic. Whether it's a casual stroll or a weekend adventure, our stylish and well-engineered wagon offers the perfect balance of sophistication and practicality, ensuring every journey is a seamless blend of comfort and class. |
| Bouncer:<br>    Introducing NestEase by Wildbird: a revolutionary modern bouncer designed specifically for newborns, prioritizing safety, comfort, and natural movement. NestEase combines ergonomic design with advanced engineering to provide a cocoon-like environment for your baby, ensuring optimal support for their delicate spine and neck. Our innovative technology harnesses the gentle movements of your baby to power the bouncer's natural rocking motion, fostering a sense of calm and relaxation. Crafted with breathable, hypoallergenic materials, NestEase promotes airflow and prevents overheating, while the adjustable recline positions cater to your baby's evolving needs. Embrace the future of infant care with NestEase – where safety, comfort, and natural soothing converge. |
| Co-Sleeper with Lounger:<br>    Introducing DreamNest by Wildbird: a cutting-edge modern co-sleeper equipped with a built-in baby lounger, designed to enhance both parent and baby's sleep experience. DreamNest seamlessly integrates into your bedside, offering a safe and convenient space for your newborn to rest comfortably within arm's reach. Our sleek and minimalist design incorporates a cozy baby lounger with soft, breathable fabrics, providing a nurturing environment for your little one's early days. With adjustable height and incline settings, DreamNest adapts to your bed's height and your baby's preferences for optimal comfort. Say goodbye to sleep disruptions with DreamNest's easy access design, allowing for quick feeding and soothing throughout the night. Embrace peaceful nights and precious bonding moments with DreamNest – where modern convenience meets intimate co-sleeping. |

77

WILDBIRD0000237





While "interest" in Linen carriers/slings and "fit with WB" are high across all groups, the concept appears to be more of a "nice to have" mainly for WB owners and Frequent users (who are predominantly WB owners).  Priority rankings show that the **Active Carrier is the product consumers appear to be most interested in, followed by the Wagon and the Co-Sleeper**.

- The Active Carrier is particularly appealing to current WB owners and Frequent Users, and fit with WB is extremely high.
- The Wagon garnered similar interest levels among all user types and is 2nd or 3rd in priority for all groups, but the fit with WB would need to be established.
- The Co-Sleeper has similar interest; and the fit with WB is a bit stronger, but not by much – a logical link with WildBird would still need to be established.

| Comparison of Concepts (Total; n=1,000) | Priority (Mean Ranking, 1=Highest) | # 1 Rankings (Highest Priority) | Interest (Top 2 Box, %4-5) | Fit with WB (% Yes) | Fit with WB (% Yes + Maybe) |
|---|---|---|---|---|---|
| Active Carrier | 2.37 | 35% | 72% | 83% | 96% |
| Wagon | 2.95 | 21% | 59% | 23% | 66% |
| Co-Sleeper with Lounger | 3.16 | 21% | 55% | 35% | 78% |
| Linen Carriers/Slings | 3.24 | 13% | 92% | 90% | 97% |
| Bouncer | 3.29 | 9% | 56% | 34% | 81% |

**Priority Rankings by Segment (in order, based on mean scores):**

| WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|
| 6.  Active Carrier<br>7.  Linen Carriers/Slings<br>8.  Wagon<br>9.  Co-Sleeper with Lounger<br>10. Bouncer | 6.  Active Carrier<br>7.  Wagon<br>8.  Co-Sleeper with Lounger<br>9.  Bouncer<br>10. Linen Carriers/Slings | 6.  Active Carrier<br>7.  Linen Carriers/Slings<br>8.  Wagon<br>9.  Co-Sleeper with Lounger<br>10. Bouncer | 6.  Active Carrier<br>7.  Wagon<br>8.  Co-Sleeper with Lounger<br>9.  Bouncer<br>10. Linen Carriers/Slings |

ATTORNEYS' EYES ONLY

WILDBIRD0000238





| Comparison of Interest in New Product Concepts Top 2 Box (%4-5) | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Linen Carriers/Slings | 89% | 92% | 85% | 89% | 88% |
| Active Carrier | 72% | 76% | 68% | 78% | 67% |
| Wagon | 59% | 57% | 61% | 61% | 56% |
| Bouncer | 58% | 56% | 61% | 61% | 56% |
| Co-Sleeper with Lounger | 56% | 55% | 56% | 60% | 51% |

*How interesting is this concept to you? Is this something that might appeal to you?*

| Rankings (Mean Scores) (1= highest priority; 5=lowest) | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Active Carrier | 2.37 | 2.20 | 2.54 | 2.25 | 2.46 |
| Wagon | 2.95 | 3.06 | 2.82 | 3.07 | 2.83 |
| Co-Sleeper with Lounger | 3.16 | 3.27 | 3.05 | 3.23 | 3.11 |
| Linen Carriers/Slings | 3.24 | 3.17 | 3.31 | 3.05 | 3.41 |
| Bouncer | 3.29 | 3.29 | 3.29 | 3.39 | 3.20 |

*Now that you've seen all of the new product ideas, please rank all five (5) of these product ideas from most to least appealing, with #1 being the most appealing (and the one you'd like to see offered first), and so on.*

| Summary of #1 Rankings | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Active Carrier | 35% | 44% | 26% | 39% | 32% |
| Wagon | 21% | 18% | 24% | 17% | 25% |
| Co-Sleeper with Lounger | 21% | 16% | 27% | 19% | 23% |
| Linen Carriers/Slings | 13% | 13% | 14% | 16% | 11% |
| Bouncer | 9% | 9% | 9% | 9% | 9% |

*Now that you've seen all of the new product ideas, please rank all five (5) of these product ideas from most to least appealing, with #1 being the most appealing (and the one you'd like to see offered first), and so on.*

79

ATTORNEYS' EYES ONLY

WILDBIRD0000239





| Summary of Fit with WildBird (% Yes) (Base = WB List or Aware of WildBird) | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Active Carrier | 83% | 86% | 72% | 85% | 81% |
| Linen Carriers/Slings | 62% | 69% | 54% | 70% | 54% |
| Co-Sleeper with Lounger | 35% | 35% | 35% | 35% | 34% |
| Bouncer | 34% | 35% | 31% | 31% | 36% |
| Wagon | 23% | 23% | 25% | 26% | 21% |

*Thinking about what you know about WildBird again, how well do you think these new product ideas might fit with what you know about the brand?*

### Linen:

Although not for everyone, interest in Linen carriers/slings is highest for WB Owners and Frequent Users. These moms are likely to have high-quality products already and appreciate the benefits and look of linen.

- Almost two-thirds would be willing to pay a premium for a linen carrier or sling; one-quarter would pay 15% more (especially Frequent Users).
- The fit with WildBird is obvious to respondents.

| Interest in Linen | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Pretty/Really Interesting (Top 2 Box) | 62% | 69% | 54% | 70% | 54% |
| Yes, please! This is really interesting. (5) | 32% | 41% | 23% | 41% | 24% |
| Probably - It is pretty interesting. (4) | 30% | 28% | 31% | 29% | 30% |
| Maybe. It's somewhat interesting. (3) | 25% | 21% | 29% | 20% | 29% |
| Probably not, I'm not really interested. (2) | 9% | 7% | 11% | 6% | 12% |
| No, thanks. I'm not interested at all (1) | 5% | 4% | 6% | 4% | 5% |
| Mean | 3.76 | 3.96 | 3.55 | 3.99 | 3.56 |

*How interesting is this concept to you? Is this something that might appeal to you?*

80

WILDBIRD0000240





| Willingness to Pay a Premium (Base = Those Interested in the Concept, 3/4/5) | Total % (n=865) | WildBird Owner % (n=460) | Non-Owner % (n=405) | Frequent User % (n=423) | Occasional User % (n=435) |
|---|---|---|---|---|---|
| I would pay more for a carrier/sling made from Linen (15%+ more) | 23% | 21% | 25% | 28% | 17% |
| I would probably pay a bit more (Up to 10% more) | 51% | 53% | 48% | 51% | 50% |
| No, not really. I wouldn't pay any more for Linen. | 19% | 18% | 20% | 13% | 24% |
| No Answer/Did not see question | 135 | 53 | 82 | 44 | 89 |

*Would you be willing to pay more (a bit or a lot) for a baby carrier or sling made from linen fabric?*

| Fit with WildBird – Linen Carriers/Slings (Base = WB List or Aware of WildBird) | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Yes – This fits with WildBird | 90% | 93% | 78% | 93% | 87% |
| Maybe – It might be something WildBird could offer | 7% | 5% | 13% | 5% | 8% |
| No – I don't associate this with WildBird at all | 1% | 1% | | 0% | 1% |
| I have no idea | 3% | 1% | 9% | 2% | 4% |
| No Answer/Did not see question | 351 | - | 351 | 127 | 218 |

*Thinking about what you know about WildBird again, how well do you think these new product ideas might fit with what you know about the brand?*

ATTORNEYS' EYES ONLY

WILDBIRD0000241





**Active Carrier:**

Again, this product is of more interest to WB Owners and Frequent Users.

- For 70% of these segments, an "active carrier" would be an additional purchase. (Half of Non-customers and Occasional Users would purchase this in addition to their current carrier; one-quarter to one-third would purchase instead of their current carrier.)

| Interest in Active Carrier | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Pretty/Really Interesting (Top 2 Box) | 72% | 76% | 68% | 78% | 67% |
| Yes, please! This is really interesting. (5) | 37% | 46% | 27% | 46% | 29% |
| Probably - It is pretty interesting. (4) | 35% | 30% | 41% | 32% | 38% |
| Maybe. It's somewhat interesting. (3) | 19% | 16% | 23% | 16% | 23% |
| Probably not, I'm not really interested. (2) | 6% | 5% | 7% | 4% | 8% |
| No, thanks. I'm not interested at all (1) | 3% | 3% | 2% | 2% | 3% |
| Mean | 3.98 | 4.12 | 3.83 | 4.16 | 3.82 |

*How interesting is this concept to you?  Is this something that might appeal to you?*

| Additional Purchase or Substitution? (Base = Those Interested in the Concept, 3/4/5) | Total % (n=916) | WildBird Owner % (n=474) | Non-Owner % (n=442) | Frequent User % (n=439) | Occasional User % (n=436) |
|---|---|---|---|---|---|
| In place of current carrier | 22% | 13% | 32% | 20% | 25% |
| In addition to current carrier | 60% | 70% | 50% | 69% | 52% |
| I don't know | 18% | 18% | 18% | 11% | 23% |
| No Answer/Did not see question | 84 | 39 | 45 | 28 | 55 |

*If this product were available would you have purchased it... (Select one)*

ATTORNEYS' EYES ONLY

WILDBIRD0000242





| Fit with WildBird – Active Carrier (Base = WB List or Aware of WildBird) | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Yes – This fits with WildBird | 83% | 86% | 72% | 85% | 81% |
| Maybe – It might be something WildBird could offer | 13% | 12% | 20% | 12% | 15% |
| No – I don't associate this with WildBird at all | 1% | 1% | 2% | 1% | 2% |
| I have no idea | 2% | 1% | 6% | 1% | 3% |
| No Answer/Did not see question | 351 | - | 351 | 127 | 218 |

*Thinking about what you know about WildBird again, how well do you think these new product ideas might fit with what you know about the brand?*

83

ATTORNEYS' EYES ONLY

WILDBIRD0000243





**Wagon:**

Interest in the wagon is more moderate, ranging from mild to strong across all groups.

- While over half feel it may fit with WildBird, almost one-third do not see a connection at all.

| Interest in Wagon | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Pretty/Really Interesting (Top 2 Box) | 59% | 57% | 61% | 61% | 56% |
| Yes, please! This is really interesting. (5) | 28% | 30% | 26% | 31% | 25% |
| Probably - It is pretty interesting. (4) | 31% | 27% | 35% | 30% | 31% |
| Maybe. It's somewhat interesting. (3) | 27% | 25% | 29% | 25% | 29% |
| Probably not, I'm not really interested. (2) | 8% | 9% | 7% | 6% | 10% |
| No, thanks. I'm not interested at all (1) | 6% | 9% | 3% | 7% | 5% |
| Mean | 3.66 | 3.59 | 3.74 | 3.72 | 3.61 |

*How interesting is this concept to you? Is this something that might appeal to you?*

| Fit with WildBird – Wagon (Base = WB List or Aware of WildBird) | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Yes – This fits with WildBird | 23% | 23% | 25% | 26% | 21% |
| Maybe – It might be something WildBird could offer | 43% | 43% | 42% | 43% | 43% |
| No – I don't associate this with WildBird at all | 30% | 31% | 26% | 29% | 32% |
| I have no idea | 4% | 3% | 7% | 3% | 5% |
| No Answer/Did not see question | 351 | - | 351 | 127 | 218 |

*Thinking about what you know about WildBird again, how well do you think these new product ideas might fit with what you know about the brand?*

84

WILDBIRD0000244

**Bouncer:**

Interest in the Bouncer is similar to the Wagon – mild to moderate across all groups. However, the fit with WildBird is more intuitive – one-third of moms see a clear fit with the brand, and almost half believe it may fit.

| Interest In Bouncer | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Pretty/Really Interesting (Top 2 Box) | 58% | 56% | 61% | 61% | 56% |
| Yes, please! This is really interesting. (5) | 25% | 26% | 24% | **29%** | **22%** |
| Probably - It is pretty interesting. (4) | 33% | **29%** | **37%** | 32% | 34% |
| Maybe. It's somewhat interesting. (3) | 27% | 27% | 28% | 25% | 29% |
| Probably not, I'm not really interested. (2) | 8% | 8% | 7% | 8% | 7% |
| No, thanks. I'm not interested at all (1) | 7% | **9%** | ***4%*** | 6% | 7% |
| Mean | 3.62 | 3.56 | 3.69 | 3.69 | 3.56 |

***How interesting is this concept to you? Is this something that might appeal to you?***

| Fit with WildBird – Bouncer (Base = WB List or Aware of WildBird) | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Yes – This fits with WildBird | 34% | 35% | 31% | 31% | 36% |
| Maybe – It might be something WildBird could offer | 47% | 47% | 49% | 50% | 44% |
| No – I don't associate this with WildBird at all | 16% | 17% | 13% | 16% | 16% |
| I have no idea | 3% | **2%** | **7%** | 2% | 4% |
| No Answer/Did not see question | 351 | - | 351 | 127 | 218 |

***Thinking about what you know about WildBird again, how well do you think these new product ideas might fit with what you know about the brand?***

# VOCCII



## Co-Sleeper with Lounger

Interest is moderate for the co-sleeper concept, although the percentage who are very intrersted is slightly higher than for the Wagon or Bouncer.  Frequent Users tend to be the most interested.

- Like the Bouncer, one-third see a clear fit with WB, and over 40% feel it may be something the brand can offer.

| Interest in Co-Sleeper with Lounger | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Pretty/Really Interesting (Top 2 Box) | 56% | 55% | 56% | 60% | 51% |
| Yes, please! This is really interesting. (5) | 30% | 32% | 28% | 34% | 26% |
| Probably - It is pretty interesting. (4) | 26% | 23% | 28% | 25% | 25% |
| Maybe. It's somewhat interesting. (3) | 22% | 20% | 24% | 19% | 25% |
| Probably not, I'm not really interested. (2) | 9% | 11% | 7% | 8% | 10% |
| No, thanks. I'm not interested at all (1) | 13% | 14% | 13% | 13% | 13% |
| Mean | 3.50 | 3.49 | 3.51 | 3.60 | 3.40 |

*How interesting is this concept to you?  Is this something that might appeal to you?*

| Fit with WildBird – Co-Sleeper (Base = WB List or Aware of WildBird) | Total % (n=649) | WildBird Owner % (n=513) | Non-Owner % (n=136) | Frequent User % (n=340) | Occasional User % (n=306) |
|---|---|---|---|---|---|
| Yes – This fits with WildBird | 35% | 35% | 35% | 35% | 34% |
| Maybe – It might be something WildBird could offer | 43% | 44% | 39% | 44% | 42% |
| No – I don't associate this with WildBird at all | 19% | 19% | 18% | 19% | 18% |
| I have no idea | 4% | 3% | 8% | 2% | 6% |
| No Answer/Did not see question | 351 | - | 351 | 127 | 218 |

*Thinking about what you know about WildBird again, how well do you think these new product ideas might fit with what you know about the brand?*

ATTORNEYS' EYES ONLY

WILDBIRD0000246





## Demographic Profile of Respondents

As designed, 100% are female or non-binary, and representative of the population in terms of region.
- However, compared to Non-customers, WB Owners are significantly less likely to be Black/African American.

| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Gender:** | | | | | |
| Female | 100% | 100% | 99% | 100% | 100% |
| Non-binary or gender fluid | 0% | | 1% | 0% | 0% |
| **Region:** | | | | | |
| Northeast | 16% | 16% | 15% | 18% | 13% |
| South | 33% | 28% | 38% | 31% | 35% |
| Midwest | 24% | 24% | 24% | 22% | 26% |
| West | 24% | 27% | 22% | 25% | 24% |
| Other* | 3% | 5% | 0% | 4% | 2% |
| **Race:** | | | | | |
| Black/African American | 7% | **4%** | **11%** | 7% | 7% |
| White | 80% | 81% | 79% | 79% | 81% |
| Hispanic/Latino (of any race) | 12% | 14% | 10% | **15%** | *10%* |
| Middle Eastern/North African | 1% | 0% | 1% | 1% | 1% |
| Asian/Indian/Pacific Islander | 7% | 8% | 6% | 7% | 7% |
| Native American | 1% | 1% | 1% | 1% | 1% |
| Other | 1% | 1% | | 1% | 1% |
| Prefer not to say | 1% | 2% | 0% | 1% | 1% |

*Some of the WildBird customers were from outside the US.

ATTORNEYS' EYES ONLY





Respondents are mainly in the age range of 26 – 35. Almost one-third are 31 – 32, and one-quarter are 26 – 29 or 33 – 35.

- WildBird Owners follow a similar pattern, however, WB moms are significantly more likely to be older, age 36 – 39.

| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Age:** | | | | | |
| 18 - 21 | 0% | 1% | 0% | 1% | 0% |
| 22 – 25 | 8% | 8% | 9% | 8% | 9% |
| 26 – 29 | 25% | 26% | 23% | 24% | 24% |
| 30 – 32 | 32% | **29%** | **36%** | 31% | 34% |
| 33 – 35 | 26% | **22%** | **31%** | 27% | 25% |
| 36 – 39 | 7% | **12%** | **1%** | 7% | 6% |
| 40 – 42 | 1% | 3% | 0% | **2%** | **0%** |
| 43 – 45 | 0% | 0% | 0% | 0% | 0% |
| Over 45 | 0% | 0% | 0% | 0% | 0% |

ATTORNEYS' EYES ONLY

WILDBIRD0000248





Most respondents (77%) have one or two children, two years old or less.

- WildBird Owners are significantly more likely to have only one (1) child who is under 12 months old. They are significantly less likely to be expecting or have children over 1 year.
- Frequent Users are more likely to have two children, including one under 12 months. One-third also have a child age 3 ½ or older.

| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Number of Children** | | | | | |
| **None yet – this is our first baby** | 6% | 6% | 5% | **2%** | **7%** |
| **One (1)** | 43% | 46% | *39%* | **39%** | 47% |
| **Two (2)** | 34% | 32% | 36% | **38%** | *31%* |
| **Three (3)** | 11% | 10% | 11% | 13% | 9% |
| **Four or more (4+)** | 7% | 6% | 8% | 9% | 6% |
| **Children by Ages** | | | | | |
| Expecting a baby | 21% | *15%* | **27%** | *16%* | **23%** |
| Have a child/children under 12 months | 62% | **79%** | *44%* | **71%** | *54%* |
| Have a child/children age 1 to 2 (12 – 24 mos) | 33% | *20%* | **46%** | *28%* | 37% |
| Have a child/children age 2 ½ to 3 ½ (31 – 42 mos) | 23% | *20%* | **26%** | 25% | 22% |
| Have a child/children age 3 ½ or older | 29% | *23%* | **36%** | 32% | 28% |

89

WILDBIRD0000249





Almost three-quarters of respondents have a college degree or post graduate degree or study.

- WildBird Owners are more likely to have post-secondary degrees, compared to Non-owners. They are significantly more likely to have a post graduate degree or study.
- Similarly, WildBird Owners are significantly more likely to have higher incomes of $150K or more.

| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Education:** | | | | | |
| Some high school | 0% | 0% | 0% | 0% | 0% |
| High School Degree (or GED) | 6% | 3% | 8% | 4% | 7% |
| Some College | 12% | 10% | 14% | 13% | 11% |
| Associates Degree | 11% | 9% | 13% | 10% | 12% |
| College Degree | 42% | 44% | 39% | 42% | 41% |
| Post Graduate Study or Degree | 30% | 34% | 25% | 30% | 29% |
| **Household Income:** | | | | | |
| Under $50K | 3% | 5% | 0% | 3% | 2% |
| $50K - $74K | 16% | 8% | 24% | 13% | 19% |
| $75K - $99K | 23% | 17% | 29% | 22% | 24% |
| $100K - $149K | 28% | 26% | 29% | 30% | 26% |
| $150K or more | 28% | 38% | 18% | 30% | 26% |
| Prefer not to say | 2% | 4% | 0% | 2% | 3% |

ATTORNEYS' EYES ONLY

WILDBIRD0000250



As a way to understand lifestyle, respondents were asked about the cars they owned. The largest number of respondents (predictably) indicated they own a premium SUV, Crossover, Truck or Minivan and/or a value SUV, Crossover, Truck or Minivan.

- WildBird Owners are significantly more likely to own a premium SUV, Crossover, Truck or Minivan, or something like a Tesla. They are significantly less likely to own a vehicle in the "value" category.

| Demographics | Total %<br>(n=1,000) | WildBird Owner %<br>(n=513) | Non-Owner %<br>(n=487) | Frequent User %<br>(n=467) | Occasional User %<br>(n=524) |
|---|---|---|---|---|---|
| **Types of Cars** | | | | | |
| Premium SUV, Crossover, Truck or Minivan | 37% | 42% | 31% | 36% | 37% |
| Value SUV, Crossover, Truck or Minivan | 20% | 15% | 26% | 19% | 21% |
| Premium sedan (Buick, Honda, Jeep, Mitsubishi, Toyota, etc.) | 18% | 18% | 18% | 19% | 17% |
| Value sedan (Chevrolet, Ford, Kia, Hyundai, etc.) | 17% | 14% | 19% | 17% | 16% |
| Luxury SUV, Crossover or Truck | 13% | 13% | 13% | 14% | 12% |
| Luxury sedan (Porsche, Jaguar, Mercedes Benz, BMW, Lexus, Acura, Infiniti, Genesis, Volvo, Land Rover, Audi, etc.) | 9% | 8% | 9% | 9% | 8% |
| Elite (Ferrari, Lamborghini, etc.) | 1% | 0% | 1% | 1% | 1% |
| Something else (see below) | 4% | 5% | 3% | 4% | 3% |

*What type(s) of car(s) do you drive?*

Other cars that were mentioned included a variety of specific brands. Those mentioned by more than one or two individuals include:

    Tesla  8
    None   5
    EV     3
    Subaru 3

91

 WILDBIRD0000251





Most moms describe themselves as Practical, Price-conscious and Fun, as well as Deliberate decision-makers.
- While these same descriptors apply to WildBird moms, they are significantly more likely to characterize themselves as:
  - Practical
  - Fashionable
  - Trend-conscious
  - Spontaneous in the purchases made
  - Influencer (among friends)
- By contrast, they are significantly less likely to consider themselves:
  - Conservative
  - Cautious
  - Serious
  - Leading-edge

| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Descriptors** | | | | | |
| Practical | 65% | **68%** | **62%** | 62% | 67% |
| Price-conscious | 51% | 49% | 54% | **47%** | **55%** |
| Fun | 51% | 53% | 47% | 52% | 49% |
| Deliberate decision-maker | 44% | 44% | 43% | 40% | 46% |
| Introvert | 39% | 41% | 37% | **36%** | **42%** |
| Successful | 37% | 38% | 37% | **41%** | **34%** |
| Fashionable | 32% | **38%** | **27%** | 37% | 28% |
| Conservative | 28% | **24%** | **31%** | 25% | 30% |
| Trend-conscious | 26% | **35%** | **16%** | 31% | **21%** |
| Cautious | 23% | **20%** | **26%** | 20% | 25% |
| Spontaneous in the purchases I make | 21% | **24%** | **17%** | 23% | 18% |
| Influencer (among my friends) | 19% | **22%** | **15%** | 24% | **15%** |
| Extrovert | 19% | 18% | 20% | 21% | 18% |
| Serious | 13% | **10%** | **16%** | 13% | 13% |

ATTORNEYS' EYES ONLY

WILDBIRD0000252




| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| Upscale | 12% | 14% | 10% | 14% | 10% |
| Leading-edge | 8% | **6%** | **9%** | **10%** | **6%** |
| Extravagant | 6% | 5% | 7% | 7% | 4% |
| None of These (exclusive) | 1% | 1% | 0% | 0% | 1% |

*Which of the following words would you use to describe yourself?*

ATTORNEYS' EYES ONLY

WILDBIRD0000253

 

Moms typically use one of three social media outlets: Instagram, Facebook, or TikTok. Instagram is by far the most commonly used outlet.

- WildBird moms are significantly more likely to use Instagram and significantly less likely to use Facebook.

| Demographics | Total % (n=1,000) | WildBird Owner % (n=513) | Non-Owner % (n=487) | Frequent User % (n=467) | Occasional User % (n=524) |
|---|---|---|---|---|---|
| **Primary Social Media Outlet** | | | | | |
| Instagram | 54% | 71% | 37% | 56% | 52% |
| Facebook | 17% | 5% | 30% | 14% | 20% |
| TikTok | 16% | 17% | 16% | 19% | 15% |
| YouTube | 3% | 1% | 4% | 3% | 2% |
| X (formerly Twitter) | 2% | 1% | 2% | 2% | 1% |
| Reddit | 2% | 2% | 3% | 3% | 2% |
| Pinterest | 2% | 1% | 3% | 1% | 3% |
| Whatsapp | 1% | 0% | 1% | 1% | 1% |
| SnapChat | 1% | 0% | 2% | 0% | 2% |
| LinkedIn | 0% | 0% | 0% | 0% | 0% |
| Something else | 0% | 0% | | | 0% |
| I don't use social media | 1% | 2% | 1% | 1% | 2% |

*What is your primary social media outlet?*

94





# Appendices

95

WILDBIRD0000255





## APPENDIX A – Other types of carriers owned

| | | |
|---|---|---|
| (1) tushbaby hip seat carrier | Hippie Joey (1) | Soft buckle carrier |
| 1 onbuhimo | Homemade Indian Baby Wrap passed down from mother to daughter for 6 generations | Soft non-buckle carrier (cross between wrap and traditional carrier) |
| 1 solly baby wrap | Hybrid carrier-1 | Solly 1  Joey carrier 1  Wildbird aerial carrier 1 |
| 1 water ring sling 2 onbuhimo carriers | I don't have one yet. I've only registered. | Solly baby wrap |
| 2 buckle carriers, 1 wrap | I have 1 buckle carrier and 1 sling carrier | Sollybaby wrap  Ergo baby  Osprey hiking baby  WildBird |
| 2 of the slings | I have a hip carrier | Structured carrier |
| 2 Wildbird ring slings 2 Wildbird aerial buckle carriers  1 ergobaby Omni 360 2 solly baby wraps | I have a lot some are from SHEIN that had the baby facing to the back which is helpful | The Baby K'tan... it's like a wrap without the fuss. Just 1. |
| 5 rings slings and 2 carriers | I have a tush baby carrier that the baby sits on. | The hip carrier |
| A baby k'tan- 1 classic and 2 active with breathable fabric | I have an Osprey hiking baby carrier, an Ergo Baby Omni 360, and a boba wrap | The tushbaby |
| A carrier for forward facing | I have Ergo, Infantino and Tula | The tushbaby hip carrier |
| A hiking carrier | I have one baby wrap and one buckle carrier. | Those listed, onbuhimo as well. |
| A hiking carrier backpack, just one. | I have one lightweight buckle carrier | To match the day |
| A hybrid carrier 1 | I have one moby wrap I wore it alot when my son was born so I could still get things done around my house. And I don't remember the other one I have but it's more toddler friendly | Traditional buckle baby carrier |
| A ring sling | I have quite a few and I have tried them all but the baby does not like them all because some make her uncomfortable and her comfort is key | Traditional Rebozo |
| A running specific baby shawl | I have the solly baby wrap for super newborn, 3 wild bird ring slings and I just bought my first | Tush baby |

96

WILDBIRD0000256

# VOCCII



| | Arial carrier now that she is 1. I wish I had the longer version of the ring sling | |
|---|---|---|
| A structured backpack style | I have the wildbird arterial and another wrap carrier | Tush baby |
| A traditional wrap for carrying tiny baby in India or Africa. | I have this one that's like a wrap but has a latch too | Tush baby |
| A Tula explore. A carrier for toddler like a sling | I have two cloth baby wraps. | Tush baby |
| A Tushbaby (1) | I have two WildBird ring slings and one aerial baby carrier! | Tush baby - I own one |
| All three | I just have one wrap baby carrier. | Tush Baby Hip Carrier |
| Anything from Walmart or Target, we have one and share it and adjust the size to who's wearing it | I only have 7 of these types | Tush baby with infant snug seat (1) |
| Artipoppe babybjorn | I only have one and it's the wrap type. | Tush baby with snug attachment |
| Baby Bjorn (1) and Ergobaby (1) | I only have one right now it's the backpack one and it's super comfy and stretchy | Tushbaby |
| Baby bump, hip wearer | It is a baby K'tan carrier. It isn't a traditional wrap since it starts already looped and isn't a structure carrier with buckles. Only have 1. | Tushbaby |
| Baby carriers | It is similar to the buckle carrier but without buckles | Tushbaby |
| Baby K'tan wrap (two total) Tushbaby (one total) | It's a hiking backpack that has a seat for a child to sit in | Tushbaby |
| Back with straps and a sun visor for baby | It's a wrap but it's just one band of fabric | Tushbaby |
| Backpack - 1 | It's for hiking. So it sits on the back shoulders. We just have one | Tushbaby |
| Backpack osprey carrier for hiking | It's like a wrap but it doesn't tie. It's a full circle and you pull it over your head and the baby can lay or sit in it. Looks like a breastfeeding cover | Tushbaby (1) |
| Boba bliss hybrid wrap and soft buckle carrier | Lillebaby  Lillebaby toddler  Twin go  Sling Ergo baby carrier | Tushbaby carrier |

ATTORNEYS' EYES ONLY

WILDBIRD0000257

# VOCCII



| | | |
|---|---|---|
| Buckle baby carrier with bottom seat for toddler age | Meh dai 1 Onbuhimo 1 | Tushbaby x 1 |
| Bump suit armadillo & wild bird aerial | Moby and Lille baby | Tushbaby, 1 |
| Camp style carrier | Mom mobby wrap its comfortable | Twin baby carrier |
| easy to use | More like a swaddle. 1 | Uppa baby bassinet stroller attachment, mobywrap I own 1, infantino buckle carrier 1, and big sling |
| Ergo Tula Wildbird Babyjone | Muslim wrap | Vintage cloth |
| Ergo (1) | Onbuhimos, wrap conversions, meh dai | Waterproof baby wrap |
| Ergo baby 1 | One buckle baby carrier | We have a few different carriers selected on our registry. However all are simple buckle or tactical slip on carriers. |
| Ergo baby hand me down (1) A wrap (2) A Wildbird aerial :) (1) | One buckle carrier (1) | We have infantino baby carrier |
| Ergo carrier one | One Ergobaby carrier I received as a gift. | We have one Baby K'tan in active/performance fabric. |
| Ergo, Tula, solly, wild bird | One hiking carrier with a metal frame designed only to be worn on back to cover long distances. Can only be used with infants and children 6 months and older. | We have one hiking backpack carrier |
| Forget the name of it but its for carrying a toddler on your shoulders | One that goes around my hip and has a place for her to sit on | We own 2 traditional baby carriers and one sling |
| hiking baby carrier | One Tushbaby | Wild bird 1 Happy baby 1 Moby ring sling 1 Ergo baby 1 Infantino hepsy 1 Can't remember the rest 3 |
| Hiking backpack - 1 | Osprey - 1 | WildBird aerial WildBird sling Happy baby - 2 |
| hiking backpack carrier | Osprey back carrier | Wildbird carrier is the main one I use. The wraps are annoying and difficult to use but I have one. And we have a Lillie baby as well that we don't use. |
| Hiking carrier | Ring waist apron style = 3 | Wildbird sling x 2 Nuna x 2 |

98

ATTORNEYS' EYES ONLY

WILDBIRD0000258





| Hiking carriers (2) | Side pouch | Woven wrap |
|---|---|---|
| Hiking/structured. (Osprey) | Silly baby wrap, one | Woven wrap |
| Hip Carrier - 1 | Sling | Wrap |
| Hip Holder Carrier with a buckle (shoulder sling style) | Sling :1x Traditional Baby Buckle : 3x | Wrap- one |
| Hip seat (1) | Sling 1 | Wrap. 2, sling x2, structured x3 |
| Hippie Joey | Sling 1  Structured 1  Wrap 1 | Wrap/buckle hybrid - the moby, I have one |

99





## APPENDIX B – Reasons for owning multiple carriers of the same type

| | different fabrics for summer heat. also one that is easily transported in diaper bag | Have 3 wildbird. Backups for blowouts, leaving one home, washing, etc |
|---|---|---|
| Able to wash one and use the other | | |
| as the baby grows, the sling is great for newborns. the buckle carrier is not as good for newborns without an insert. i use the buckle carrier when baby gets much older | Disliked initial one | I had multiple wraps in case my newborn had a blowout and it needed to be washed - there often wasn't enough time in between contact naps for it to be washed and dried! |
| Baby #2 didn't like the Tula. The buckle's female part cracked. | Don't have multiple | I got one I didn't like and ordered a better one from another brand |
| Baby spit up on carriers and they need to be washed occasionally, so it's nice to have a back up so you're not waiting for your carrier to dry | Ergo baby carrier was too bulky so I bought WildBird carrier | I purchased the first one and hated it and then was gifted 2 wraps but don't love the heat that comes with them and lastly loved my WildBird so much I purchased 2 other variations of it |
| Bought one and didn't like it. Bought another type. | Found I disliked particular features | Husband larger size |
| Cloth wrap carriers need to be washed more often I have found. | Friends gifted us different baby carriers. | I registered for them based off reviews but didn't end up liking them once I actually had a baby |
| Comfort | Gifted a second one | I have twins |
| Couldn't find one at the time I was out d | Gifted to me | in attempt to find the best fit |
| Did not like the first purchased | Given as gifts | Incase of poop or spit up always good to have a back up |
| Didn't like some | Got as gifts | Just different options based on the baby's comfort |
| Didn't like the original one we had | Got one from a friend and bought one | Multiple hand me downs! |
| Didn't like the other | Hand me down. Then bought my own preferred one. | My partner and I baby wear at the same time with each of our children |
| Different brands/styles | Hand me downs given to us as well | needed one with more support when baby grew |

ATTORNEYS' EYES ONLY

WILDBIRD0000260

# VOCCiI



| | | |
|---|---|---|
| One fabric is more breathable than the other, which is great in the northeast for our changing seasons :) | They are uncomfortable so I keep purchasing new ones in hope they will be more comfortable | To try different fabrics, and in case it gets dirty can use the 2nd one and not have.to.do.laumdry immedy |
| One for up to 30lbs and one for over 30lbs - wrap style | Searching for the most comfort for my body and one for lightweight and compact travel | Trial and error to one I liked. |
| One for when my baby was smaller | Size | Tried different brands and now own multiple. |
| One of our buckle carriers my husband did research on and added to our registry but it wasn't comfortable. And then I did research and found one I liked. One has a forward facing option so that's nice. The one we both like that I picked is only backpack a | The one I bought for the first time was too big and wasn't comfortable to wear with my baby so had to get a new one | Tried multiple brands before finding one I liked |
| One was a gift | The first one I bought doesn't fit my body anymore. The second one fits a plus size body better. | Trying out different brands |
| One was a gift and one I purchased | Received to many baby shower gifts 🫠 | Trying out different brands |
| One was a gift then I decided to purchase the wildbird carrier I preferred. | The wraps have multipurpose and are mainly user for swaddling or carseat covering | Trying out different ones |
| One was gifted to us | To have extra in case one is in the wash | Trying to find one to fit both me and my husband |
| One was infant and one was for a bigger size | Theyre the same type but fit different and I will use them at different phases of baby's growth. | Two houses and one for car |
| One was purchased for my older child. We bought a new one for my second due to wanting different features. | Style comfort and condition of the carriers each one has a purpose | Two were gifted and I hate them so k bought myself the 3rd one |
| Ordered a new one to see if it was easier to use | To have one to wear when the other is dirty or being cleaned. | Variations in comfort; and ultimately still haven't found the perfect one. |
| Purchased 1, was gifted others (used). | To have extras when one gets soiled | Wanted to see what was most comfortable |
| Received one as gift | To match my outfits | was gifted multiple |

ATTORNEYS' EYES ONLY





| Was gifted multiple on accident | Was given to me | We got two as a gift. We decided to keep both. |
|---|---|---|
| Was given hand me downs | We got a few as hand me downs. My husband prefers one, one stays in the car, and I alternate between the one my husband uses and another | We had been trying to find one we really like |

ATTORNEYS' EYES ONLY

WILDBIRD0000262





## APPENDIX C – Reasons for owning different types of carriers

| | | |
|---|---|---|
| 1st time mom & needed to find bc which style worked best for my small frame | I had one that I didn't like so I got the WildBird. I solely use the WildBird carrier | See which kind myself and/or partner and baby prefers |
| A backup when one is dirty | I had wraps when she was tiny and slings since she has been bigger | So we can have extras |
| age | I keep one at home and one in the car | Solly wrap was great for newborn days, structured carrier is better now that baby is bigger |
| ages of the baby | I like a wrap for newborns. More structure as they get bigger. | Some are more comfortable after my C-section delivery when baby is a newborn, and some are more comfortable as baby gets bigger |
| Because the first one I had was big for my baby and it wasn't comfortable to wear | I like different carriers for different ages. When I have newborns I prefer a wrap but as they grow I prefer a more structured buckle carrier. | some were gifts |
| Comfort | I like the wrap for around the house but prefer the traditional for outdoors | Still haven't found the perfect one |
| Couldn't figure out the wrap baby carrier | I liked the wrap for the newborn days but needed something more structured as my baby got bigger. | The second carrier was a gift that I do not use. |
| Difference in material like the sling to the traditional | I prefer a wrap-style carrier for the first 6 months and then I switch to a back-carry with a structured carrier. | The wrap is better for the newborn stage |
| different ages | I purchased the Rebozo for my birth but may use it to carry my baby! | The wrap was for when our child was newborn and the other carrier was for when they got bigger |
| Different ages | I tried a ring sling, but my child didn't like it.I tried a wrap and it was hard to use. | They were gifted |
| Different ages | I use a wrap for newborn and buckle up to two | They were gifts. |

103

WILDBIRD0000263

# VOCCII



| | I used a wrap carrier with my newborn and more structured carriers once he got bigger and needed more support | To find the right fit & to have one stored in my diaper bag & my house so I have a carrier with me at all times |
|---|---|---|
| Different ages and stages get different carriers | | |
| Different ages. A prefer a wrap carrier for a tiny infant. Ring sling for ease, although it's my least favorite of the options. | I used wraps mostly when my baby was a newborn and still now for sleep. Then the structured one for more active times. | To see what baby would like |
| Different ages/development | I want to see what the baby prefers too | To try them out to see which is more comfortable to wear |
| Different carriers for different ages | I wanted a wrap for the early newborn days. Then I switch to a traditional buckle carrier once baby is older. | To use at different ages. One for newborn and one for when they're older and can hold their head up |
| Different fabric for different seasons, in addition to my selected answers :) | I was gifted 2 from a friend as hand me downs. | To use at different ages/stages |
| Different levels of comfort depending on expected length of wear. Different ease of use depending on time available to put on. | I was gifted the dolly wrap and then purchased a more structured carrier but didn't do enough resource on it and regretted that purchase so I purchased the wild bird aerial carrier and love it! | To use at different ages/stages |
| Different support for baby's ages | I was gifted them | To use for other purposes including swaddling and covering the carseat |
| Different temperatures (I live in a VERY hot climate) | I was given an extra one as a hand-me-down after we had purchased our own | To use with the baby at different weights/stages |
| Disliked one | I wasn't sure which kind/style I would like or if my baby would have a preference. | Trial and error. Trying to find one that baby and I liked best. |
| First baby, unsure what would like | in an attempt to find the best fit | Tried different ones to find the most comfortable one and now own multiple for different stages. For example, wraps are best for newborn stage, then buckle carriers for older babies, might need a lighter fabric for being out when it's really hot, etc. |
| For different kids ages/sizes | Just registered for one. | Tried one didn't like it, got a different one |

104

WILDBIRD0000264

# VOCCII



| | | |
|---|---|---|
| For ease of installation. Wraps are comfy, but a pain to put on. Buckles are easybtobput on, but less comfy over time. | Lalabu is what I have. I misclicked on the first answer as it's not sturdy like an Ergobaby | Tried one from a different brand but did not like it. decided to purchase the wild bird carrier. |
| Friends gifted us a couple. | My baby prefers a traditional carrier to our wrap now that she's 6 months. Our wrap served us well when she was 0-4 months | Tried to find one we liked most |
| Gifts | My baby was born early and below the recommended weight for most carriers, so I purchased additional carriers to be able to baby wear earlier. | Trying multiple styles out to see which is most comfortable |
| Given from friends | My baby was too little for the strap on carrier at first, so I bought a sling. | Trying to find a best one |
| Got multiples as gifts | NA | Trying to find one that fits needs the most and with different weather conditions. Also have certain ones that are easy to pack with us. I also have multiple because one is for my husband and some are for my older child that my newborn is not within the w |
| Had a wrap for when she was younger. Only use the aerial now | needed one with more support when baby grew | Two of them were given as gifts |
| Hand me downs | One for spouse one for me | Two were hand me downs from a friend, they worked well when baby was super little but then I picked out my own |
| Hand me downs | One for the newborn stage and the traditional carrier for when she is large enough | Unsure which I would like best |
| Have not received the first one yet | One was a gift | Use different types as baby gets older (wrap for infant, sling or buckle carrier for toddler) |
| Heat one lightweight for summer | One was a gift then I decided to purchase the Wildbird carrier I preferred. | wanted options |
| I bought different kinds to see what I liked best and what baby was most comfortable in. | One was gifted other was purchased by me | Wanted to try them all to see what was most comfortable |

105

WILDBIRD0000265





| | | |
|---|---|---|
| I bought one thinking I'd like it and then didn't or baby didn't so bought another to try | One was given to me | Was gifted multiple on accident. |
| I bought the wrap before the sling and enjoy the sling more | One was more for newborn stage with a bit more structure than a wrap but with support of a buckle carrier. | Wasn't sure which would work best for me |
| I didn't know which Id like the best and I was gifted the sling. | Received different options at baby shower | We got a cloth wrap for when the baby is smaller/ now keep it in my car as a back up. We use the Aerial carrier as our main one |
| I didn't like my wrap. I like my buckle carrier more | Registered for what ppl said to originally (ergo, silly, etc.) but then got pregnant and got one that I thought could carry a baby/toddler over belly, now purchased the wild bird ones that are lighter than ergo and easier to use than solly since I'll have | We were gifted some and choose to hang on to them in case we may need |
| I didn't like the first one so I tried another brand | Same answer as before, they're the same type but fit differently. Some better when baby is smaller and other when baby weighs a bit more. | Weather, one is a mesh material which is nice for the hot summers here |
| I got one I didn't like and ordered a different style | Same as other answer. | When it is dirty |
| I had a sling on my registry but it wasn't a good quality sling and didn't work | Searching for ultimate back support for me, ease, and comfort | I had one for my first child and wanted a different one for my second but I kept both |

106

WILDBIRD0000266