# Exhibit 12

| Email Address | Store Name | Store Type | Contact Name | Address 1 | Address 2 | City | State | Zip Code | Country | Language |
|---|---|---|---|---|---|---|---|---|---|---|
| amy@dreambabydecor.com | Dream Baby Decor | Kids or Toy Store | Amy Tech | 2138 Generals Highway | B | Annapolis | MD | 21401 | United States | English |
| berriesandbird@gmail.com | berries & bird | Kids or Toy Store | Mariah Parkkonen | 115 School Street | UNIT B | Greer | SC | 29651-3441 | United States | English |
| breastfeedingcenter@yahoo.com | The Breastfeeding Center | Unknown Store | Elizabeth Studer | 2800 Lincoln Way E | | Massillon | OH | 44646 | United States | English |
| colleenmorgans@me.com | Mabel's Clothing & Gifts | Clothing Boutique | Colleen Morgans | 136 South Cedros Avenue | | Solana Beach | CA | 92075 | United States | English |
| growinggreenfamiliesllc@gmail.com | Growing Green Families, PLLC | Unknown Store | Larissa Tenzycki | 127 N John Sims Pkwy | Ste B | Valparaiso | FL | 32580 | United States | English |
| hello@littlegemsbabyboutique.com | Little Gems Baby Boutique | Kids or Toy Store | Jordan Nelson | 720 Pacha Parkway | #5 | North Liberty | IA | 52317 | United States | English |
| hello@marleyandmoose.com | Marley & Moose | Kids or Toy Store | Brittany Baron | 1429 Sun River Road | | Berthoud | CO | 80513 | United States | English |
| hello@thriveissaquah.com | Thrive Lactation Counseling | Unknown Store | Shannon Rastetter | 13606 231st place SE | | Issaquah | WA | 98027 | United States | English |
| info@bumpsnbundles.com | Bumps 'n Bundles | Clothing Boutique | Becky Salyer | 1027 Shiloh Crossing Blvd | Suite 5 | Billings | MT | 59102 | United States | English |
| Info@littlelovesbaby.com | Little loves baby store | Kids or Toy Store | Carl Roberts | 18363 Grace Avenue | | Port Charlotte | FL | 33948-7412 | United States | English |
| info@wildbird.co | WildBird Test | Unknown Store | Kristina Clayton | 1338 E Zenith Ave | | Salt Lake City | UT | 84106 | United States | English |
| jac@babycubby.com | The Baby Cubby | Unknown Store | Jacquelyn Muir | 520 S 850 E | Suite A1 | Lehi | UT | 84043 | United States | English |
| Kate@shop-thewild.com | The Wild (formerly Wild Was Mama) | Kids or Toy Store | Kate Martin | 105 Grand Street | ground floor | brooklyn | NY | 11249 | United States | English |
| kristin@gogentlynation.com | Go Gently Nation | Kids or Toy Store | Kristin Coia | 2639 Manhattan Beach Boulevard | | Redondo Beach | CA | 90278 | United States | English |
| kristin@little-wares.com | Little Wares | Kids or Toy Store | Kristin Ramirez | 15 Rich Avenue | | Erdenheim | PA | 19038 | United States | English |
| oceansideretail@communalcoffee.com | Communal | Gift Store | Communal Retail | 602 South Tremont Street | SUITE 100 | Oceanside | CA | 92054 | United States | English |
| retail@communalcoffee.com | Communal Coffee | General or Mercantile Store | Jen Byard | 2209 Fern St. | | San Diego | CA | 92104 | United States | English |
| rochelle@babies-in-bloom.com | Babies in Bloom | Kids or Toy Store | Rochelle McLean | 127 Main Street | | Vista | CA | 92084 | United States | English |
| special_orders@albeebaby.com | AlbeeBaby | Kids or Toy Store | Marissa Acosta | 715 Amsterdam Avenue | | New York | NY | 10025 | United States | English |
| | Chicago Birthworks Collective | Unknown Store | Tayo Mbande | 9124 S Marshfield Ave | | Chicago | IL | 60620 | United States | English |
| | Minted Method Shop | Kids or Toy Store | Sasha May | 3617 Tree Farm Court | | Bellingham | WA | 98226 | United States | English |
| | Twisted Peach Mobile Cocktail Bar | Cafe or Restaurant | Caitlin Leunen | 858 Northwest Poplar Place | | Redmond | OR | 97756-1010 | United States | English |
| | Fitted | General or Mercantile Store | Whitney Wilson | 426 Main st. | | Seneca | KS | 66538 | United States | English |
| | The Children's Warehouse | Unknown Store | Stephanie Booth | 2120 North 3rd Street | | Coeur d'Alene | ID | 83814 | United States | English |
| | LOVEBIRD CAFE & MARKET | Clothing Boutique | audrey gawley | 515 Drum Point Road | | Brick Township | NJ | 8723 | United States | English |

| Email Address | Store Name | Store Type | Contact Name | Address 1 | Address 2 | City | State | Zip Code | Country | Language |
|---|---|---|---|---|---|---|---|---|---|---|
| | Boomerang Kids | Kids or Toy Store | Laura Gaston | 11635 Clayton Boulevard | | Clayton | NC | 27520 | United States | English |
| | Harper James Boutique | Clothing Boutique | Megan Senciboy | 362 Tradition Drive | | Cape Girardeau | MO | 63701 | United States | English |
| | Montana Apothecary & Co. | Bookstore | Shelbi Frieling | 1921 11th Avenue South | | Great Falls | MT | 59405 | United States | English |
| | The Nesting House | Unknown Store | Chris Kinka | 542 Carpenter Lane | | Philadelphia | PA | 19119 | United States | English |
| | Elegant Mommy | Unknown Store | Lindsey Auch | 3121 S Harmony Ct | | Sioux Falls | SD | 57110 | United States | English |
| | Bleu & Co | Clothing Boutique | Cara Oberst | 1250 Cedar Circle | | Cedar Hill | TX | 75104 | United States | English |
| | Alison + Company Boutique | Clothing Boutique | Alison Mcgrane | 305 E Frederick St | | Arenzville | IL | 62611 | United States | English |
| | Diaper Lab | Kids or Toy Store | Salina Gonzales | 25 Verdun Street | | Cambridge | MA | 2140 | United States | English |
| | Scheels All Sports, Inc. - Main Account | Unknown Store | Scheels All Sports | 3030 Pine Lake Road | | Lincoln | NE | 68516 | United States | English |
| | White Oak Boutique | Clothing Boutique | Sara Bearss | 3258 Carabiner Street | | Castle Rock | CO | 80108-7849 | United States | English |
| | Piccola | Kids or Toy Store | Maria Matteoli | 860 11th Street | | Arcata | CA | 95521 | United States | English |
| | Under The Almond Trees | Unknown Store | Hillary Lamendola | 190 King Street | | Charleston | SC | 29401 | United States | English |
| | Kith + Kissui | Unknown Store | Laura powers | 5 East Citrus Avenue#104 | | Redlands | CA | 92373 | United States | English |
| | Balloon Bash Events | Unknown Store | Callie Johnson | 303 7th Avenue | | Hattiesburg | MS | 39401 | United States | English |
| | george + maeve | Kids or Toy Store | Jody Domangue | 1144 Main St. | | Crete | NE | 68333 | United States | English |
| | Wildflower & Company | Clothing Boutique | Wildflower LLC | 22555 Marter Road | | St Clair Shores | MI | 48080 | United States | English |
| | Mountain Momma | Clothing Boutique | Ginger Torres | 9880 Old Bridge Road | | Terrell | TX | 75160-5301 | United States | English |
| | Wayfarer Coffee Roasters | Cafe or Restaurant | Karen Bassett | 626 Main Street | | Laconia | NH | 3246 | United States | English |
| | Monarch | Clothing Boutique | Abby Weisbeck | 570 Lulu Lane | | Roberts | WI | 54023 | United States | English |
| | Kicks and Giggles Baby And Kids Boutique | Kids or Toy Store | Lisa DenHerder | 329 Main Street | Suite 3 | Rapid City | SD | 57701 | United States | English |
| | The Salon at Kalea Bay | Spa or Beauty Store | Dianna Bennett | 47 Stonehurst Road | | Grosse Pointe Shores | MI | 48236-2626 | United States | English |
| | The Children's Shop | Kids or Toy Store | Claire Irvin | 305 North Beaton Street | | Corsicana | TX | 75110 | United States | English |
| | Manna | Unknown Store | Whitney Shelhamer | 510 East Sherman Avenue | | Coeur d'Alene | ID | 83814 | United States | English |
| | The Hair Loft | Spa or Beauty Store | Desi Barsness | 1517 Forest Street | | Hastings | MN | 55033 | United States | English |
| | The HoneyBee Boutique | Clothing Boutique | Elizabeth Summers | 608 U.S. 51 | Suite C | Ridgeland | MS | 39157 | United States | English |
| | Afterall Floral | Florist or Garden Store | Afterall Floral | 2 Vine Street | | Peterborough | NH | 3458 | United States | English |
| | Jack N Jill Resale | Clothing Boutique | Kristen Black | 2241 14th Avenue Southeast | | Albany | OR | 97322 | United States | English |
| | Hudson City Kids | Clothing Boutique | Stephanie Shoemaker | 163 New York Avenue | unit 1 | Jersey City | NJ | 7307 | United States | English |

| Email Address | Store Name | Store Type | Contact Name | Address 1 | Address 2 | City | State | Zip Code | Country | Language |
|---|---|---|---|---|---|---|---|---|---|---|
| | the little seedling | Unknown Store | Margaret Ging | 490 S Maple Rd. | #953 | Ann Arbor | MI | 48103 | United States | English |
| | Ivy Lane Home Staging | Home Decor Store | Lauren Dalrymple | 622 Wild Honey Drive | | Berthoud | CO | 80513 | United States | English |
| | Javista Organic Coffee Bar | Cafe or Restaurant | Armond Bagdasarian | 6725 Sunset Boulevard | | Los Angeles | CA | 90028 | United States | English |
| | Pretty in Peach | Clothing Boutique | Candace Patterson | 117 1st Street | | Kennett | MO | 63857 | United States | English |
| | Darling Empire | Kids or Toy Store | Nicole Stone | 840 Palomar Road | | San Marino | CA | 91108 | United States | English |
| | Medley Co | Gift Store | hannah bullard | 13523 Herndon Oak Grove Road | | Oak Grove | KY | 42262 | United States | English |
| | The Farm House Kids Co. | Clothing Boutique | Derion Schieber | 811 n 4th street | | ponca city | OK | 74601 | United States | English |
| | Modern Heirloom LLC | Home Decor Store | Caroline Poole | 604 9th AVE SW | | Dyersville | IA | 52040 | United States | English |
| | Merle Norman Cosmetic Studio | Clothing Boutique | Samantha Bradford | 202 Bettina Court | | Ghent | WV | 25843-9372 | United States | English |
| | Larkspur Daisy | Clothing Boutique | Heather Marcellais | 220 W Main st | | Mandan | ND | 58554 | United States | English |
| | Design Theory Studio | Home Decor Store | Elizabeth Keel | 702 Randolph ave Se | | Huntsville | AL | 35801 | United States | English |
| | Baby Dill | Kids or Toy Store | Tracey Lark | 6641 Schneider Road | | Kingsley | MI | 49649 | United States | English |
| | Mini Mint Studio | Kids or Toy Store | Sharai Simpkins | 745 41st Avenue | | Santa Cruz | CA | 95062 | United States | English |
| | Freeman Home | Home Decor Store | Wendee Freeman | 4540 St Rt K | | West Plains | MO | 65775 | United States | English |
| | Little Blessings Boutique | Clothing Boutique | Michelle Justice | 213 South Mayo Trail | Suite B | Pikeville | KY | 41501 | United States | English |
| | Pak Mail | Gift Store | Brooke Scheierman | 701 Foxtail Run | | San Marcos | TX | 78666-5038 | United States | English |
| | Tadpole | Kids or Toy Store | Anica Vujanic | 58 Clarendon Street | | Boston | MA | 2116 | United States | English |
| | Anatomy Clothing Co & littles | Clothing Boutique | Dayna Corlis | 205 West Alamo Street | | Brenham | TX | 77833 | United States | English |
| | Solsara | Gift Store | Karla Amador | 32395 Clinton Keith Road | B4 | Wildomar | CA | 92595 | United States | English |
| | Threads Mama Baby | Clothing Boutique | Christel Gillette | 2129 Maplewood Road | | Jefferson Township | PA | 18436 | United States | English |
| | Another Banger | Gift Store | Sandra Martinelli | 8040 Soquel Drive | | Aptos | CA | 95003 | United States | English |
| | The Southern Stork Baby Boutique | Unknown Store | Kaitlyn Trites | 695 North Main Street | Suite D | Hiawassee | GA | 30546 | United States | English |
| | Chicken Little | Kids or Toy Store | Jen Bouma | 1236 State Street | | Santa Barbara | CA | 93101 | United States | English |
| | Enlightened Baby | Kids or Toy Store | Whitney LeBlanc | 3511 Blue Wing Drive | | Dickinson | TX | 77539 | United States | English |
| | Mint & Honey | Spa or Beauty Store | Rachael Carter | 503 7th Street | | Altavista | VA | 24517 | United States | English |
| | The little cottage | Clothing Boutique | Elizabeth Martin | 230 Franklin Road | 11J | Franklin | TN | 37064 | United States | English |
| | Prairie Oaks Designs | Unknown Store | Sara Dawson | 423 Main | | Florence | KS | 66851 | United States | English |
| | Desert moon and Sunset boutique | Spa or Beauty Store | Ashley Frame | 385 East South Street | | Powell | WY | 82435 | United States | English |
| | jam | Kids or Toy Store | Joanna Miller | 3427 9th Avenue | | sacramento | CA | 95817 | United States | English |
| | Tomblin's Jewelry & Gifts | Gift Store | Charli Baugh | 800 main | | Cassville | MO | 65625 | United States | English |
| | Hartwell Happy Hounds | Pet Store | Bre Shattles | 105 Depot Street | | Hartwell | GA | 30643 | United States | English |

| Email Address | Store Name | Store Type | Contact Name | Address 1 | Address 2 | City | State | Zip Code | Country | Language |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Indy Jo | Clothing Boutique | Emilie Dubois | 1505 Northwest Prospect Avenue |  | Grants Pass | OR | 97527 | United States | English |
|  | Soel Boutique | Clothing Boutique | Shelby Russell | 4801 n university ave #430 |  | provo | UT | 84604 | United States | English |
|  | NOMI | Kids or Toy Store | Tessa French | 2600 South Hills Ct |  | North little rock | AR | 72116 | United States | English |
|  | Studio 814 llc | Unknown Store | Alexa Cheramie | 222 North Vermont Ave |  | Covington | LA | 70433 | United States | English |
|  | Sweet P | Clothing Boutique | Mia Crete | 4 Pearl Street | 108 | Essex Junction | VT | 5452 | United States | English |
|  | Wild Ones Baby Boutique | Kids or Toy Store | Kaleigh Meyer | 206 West Alamo Street |  | Brenham | TX | 77833 | United States | English |
|  | Pacifica Banks | Unknown Store | Gracie Lockwood | 410 West Riverview Avenue | Unit A | Soldotna | AK | 99669-7713 | United States | English |
|  | Vintage Market | Unknown Store | Teresa Benedict | 210 East Main Street |  | Turlock | CA | 95380 | United States | English |
|  | Green Dazzle Baby | Unknown Store | Arlene Orozco | 11105 Akron Avenue |  | Lubbock | TX | 79423-6735 | United States | English |
|  | Blonde Robin | Clothing Boutique | Emily Rayburn | 505 S Market Street 424 |  | Danville | OH | 43014 | United States | English |
|  | August Baby | Clothing Boutique | Taylor Green | 13229 Southwest Jenkins Road |  | Beaverton | OR | 97005 | United States | English |
|  | The Southern find | Home Decor Store | Christy Bemrose | 173 West Main Street |  | Monmouth | OR | 97361 | United States | English |
|  | Nora Jo Co | Kids or Toy Store | Melissa Baldridge | 615 Alder Street |  | Central Point | OR | 97502 | United States | English |
|  | Nature Baby Outfitter | Kids or Toy Store | Amber Roper | 409 1st Avenue East | Suite B | Kalispell | MT | 59901 | United States | English |
|  | Queens & Castles LLC | Clothing Boutique | Rave M | 706 County Road 10 | North Entrance | Steele | ND | 58482 | United States | English |
|  | Three Littles | Unknown Store | Elizabeth Mahon | 1260 4th st NE |  | Washington | DC | 20002 | United States | English |
|  | Hey Little Diddle | Kids or Toy Store | Celeste Nance | 730 South Rangeline Road |  | Carmel | IN | 46032 | United States | English |
|  | District Fitness Marblehead/Reyes Boxing | Fitness or Yoga Studio | Jami Reyes | 118 Washington Street |  | Marblehead | MA | 1945 | United States | English |
|  | Local Hair Co | Spa or Beauty Store | Carly VZ | 304 Eva Street | Box 304 | Irwin | IA | 51446 | United States | English |
|  | Peppermint Barn | Clothing Boutique | Kristi Lane | 1701 El Camino Real |  | Sierra Vista | AZ | 85635 | United States | English |
|  | Nectar | Gift Store | Tricia Kelly | 2048 Mentone Blvd |  | Mentone | CA | 92359 | United States | English |
|  | Fredericksburg Natural Baby | Unknown Store | Amanda Avery | 203 East Main Street |  | Fredericksburg | TX | 78624 | United States | English |
|  | Box, Inc. | Gift Store | twyla elsener | 400 S Main St |  | frederick | OK | 73542 | United States | English |
|  | Little Josie's | Clothing Boutique | Kim Skeen | 7409 Clinton Hwy |  | Powell | TN | 37849-5208 | United States | English |
|  | Alabaster Baby | Kids or Toy Store | Viviana Nicholson | 2605 North 4th Street | 101 | Coeur d'Alene | ID | 83815-3781 | United States | English |
|  | The Silly Goose Childrens Shop | Kids or Toy Store | Kaitlyn Henderson | 499 Steel Levee Road |  | mckenzie | TN | 38201 | United States | English |
|  | Oahu Holistic Healing | Unknown Store | Reese Bridge | 91-213 LUKINI PL |  | EWA BEACH | HI | 96706 | United States | English |
|  | Paisley jo boutique | General or Mercantile Store | Kelsey Bieret | 113 North 5th Street |  | Sac City | IA | 50583 | United States | English |

| Email Address | Store Name | Store Type | Contact Name | Address 1 | Address 2 | City | State | Zip Code | Country | Language |
|---|---|---|---|---|---|---|---|---|---|---|
| | Light and Lamp Candle Co. | Unknown Store | Goldene Nelson | 2909 Abel Drive | 2909 Abel Drive | Grand Junction | CO | 81504 | United States | English |
| | forever french baby | Clothing Boutique | Chantelle French | 207 North Gilbert Road | Unit 113 | Gilbert | AZ | 85234 | United States | English |
| | EcoBambino | Kids or Toy Store | Jacqueline Blom | 863 Monterey Street | | San Luis Obispo | CA | 93401 | United States | English |
| | The Beauty Parlor | Spa or Beauty Store | Mikayla mikaykay12@hotmail.com | 17634 325th Street | | Red Wing | MN | 55066 | United States | English |
| | Vintage Pearl | Home Decor Store | Debbie Whiteted | 62 Pandy Ann Lane | | Wilmington | NC | 28411 | United States | English |
| | Kindred & Company Coastal Home and Garden | Gift Store | Molly Turmelle | 29 High Street | | Kennebunk | ME | 4043 | United States | English |
| | Reynolds Garden Shop | Gift Store | Katie Reynolds | 255 East Bay Avenue | | Manahawkin | NJ | 8050 | United States | English |
| | Baby Blooms LLC | Unknown Store | Kaitlyn Nelson | 2515 3rd Street | | Peru | IL | 61354 | United States | English |
| | Juvenile Shop | Unknown Store | Lauren Logan | 13356 Ventura Boulevard | | Los Angeles | CA | 91423 | United States | English |
| | Graceful Sprouts | Kids or Toy Store | Samantha Beaty | 7224 204th Street Northeast | 101 | Arlington | WA | 98223 | United States | English |
| | Petit Nordique Boutique Inc. | Clothing Boutique | Mikayla Powers | 34 King Street West | | Bowmanville | ON | L1C1R3 | Canada | English |
| | Carefree Pop-Up Boutique | Clothing Boutique | Courtne Hornick | 5596 East Canyon Ridge North Drive | | Cave Creek | AZ | 85331 | United States | English |
| | Blue Line K-9 | Unknown Store | Hollie Kelly | 1501 Singer Road | | Joppatowne | MD | 21085 | United States | English |
| | Flower Happy Floral & Gifts | Florist or Garden Store | Pam Suarez | 304 North 1st Street | | Hamilton | MT | 59840-2528 | United States | English |
| | Wyntour Gardens | Gift Store | stacy giles | 8026 Airport Road | | Redding | CA | 96002 | United States | English |