# Exhibit 16



New Arrivals    Classes & Events    Baby & Toddler    Moms    Lifestyle    Registry

Showing **18** results for "Carriers"

Sort By: Title: A-Z

Product Type ▾    Price, $ ▾    Rating ▾

**Product Type**
☐ Baby Carriers (4)
☐ Buckle Carriers (1)
☐ carrier (1)
☐ girasol (1)
☐ Like Artipop (1)
☐ New Arrivals (1)
☐ Stretchy Wraps (5)
☐ Structured Carriers (1)
☐ Summer Weight Woven

**Price, $**
Min — Max
$59    $89    $120    $150    $180


Cassiope Woven Wraps - Castalia Carbone
$99.00

Didymos Woven Wrap - Lisca Azzurro
$150.00 $172.00

Didymos Woven Wrap - Lisca Emerald
$150.00 $172.00


Didymos Woven Wrap - Waves Silver
$94.80 $158.00


Ergobaby Aura Baby Wrap (More Colors)
$59.00


Girasol MySol - Wilderness Blue with Conjunctiva Belt
$180.00

Girasol Woven Wrap - Chichi Yellow
$135.00

Girasol Woven Wrap - Cinnamon
$135.00


Girasol Woven Wrap - Coral Diamond
$129.00


Girasol Woven Wrap - Light Rainbow Diamond
$122.00


Girasol Woven Wrap - Piedra
$117.00


Girasol Woven Wrap - Sol y Mar
$139.00


Solly Baby Wrap - Ballet
$74.00


Solly Baby Wrap - Cottage Rose
$74.00


Solly Baby Wrap - Mocha Chequer
$74.00


Solly Baby Wrap - Natural & Grey
$74.00


West of the 4th Weaving Machine Woven Wrap
$111.00 $185.00


WildBird Aerial Carrier
$178.00

**NEWSLETTER**
Sign up to receive the latest on new products, sales and events.
Email address    Sign up

**ABOUT US**
Work With Us
The Wild Blog
Classes & Events
FAQs

**CUSTOMER CARE**
Contact Us
Shipping Policy
Return Policy
Gift Cards

Exhibit
Wildbird000016
15th Sep 2025