# Exhibit 18

Search results from 1 to 230

Search term | WILD

| Mark | | Status | Goods/Services | Date | Classes |
|---|---|---|---|---|---|
| WILD & PRE | Wild & Precious | Live | IC 035: On-line retail store ser | 1a | 2023-01-20 | IC 035 |
| GRACE 'N' V | GRACE 'N' WILD | Live | IC 024: Gift baskets comprise | 1a | 2023-08-14 | IC 024 |
| OTTERLY W | OTTERLY WILD | Live | IC 003: Deodorants for perso | 66a | 2021-10-13 | IC 003 IC 005 |
| WILD BABY | WILD BABY | Live | IC 025: Infant, baby, and todd | 1a | 2017-09-12 | IC 025 IC 028 |
| WILD ACOR | wild acorn | Live | IC 025: Clothing for children a | 1b | 2022-08-24 | IC 025 IC 035 |
| WILD ACOR | acorn WILD | Live | IC 025: Clothing for children a | 1a | 2022-08-24 | IC 025 IC 035 |
| WILD ACOR | WILD ACORN | Live | IC 025: Clothing for children a | 1b | 2022-08-24 | IC 025 IC 035 |
| WILD AND F | WILD AND PURE | Live | IC 003: Baby hand soap; body | 1a | 2020-06-08 | IC 003 IC 021 |
| ROLLIN' WII | Rollin' Wild | Live | IC 028: Games, toys and playt | 66a | 2021-06-18 | IC 028 |
| WILD CHILD | Wild Childz | Live | IC 028: Doll accessories; Doll | 1a | 2021-02-05 | IC 028 |
| WILD PIXY | WILD PIXY | Live | IC 019: Non-precious stone ga | 1a | 2017-10-24 | IC 019 IC 028 |
| WILD FORES | wild forest | Live | IC 005: Adhesive tapes for me | 1a | 2025-01-07 | IC 005 |
| SMALL+WIL | SMALL+WILD | Live | IC 016: Children's books, stor | 1a | 2019-05-16 | IC 016 |
| WILD WORL | | Live | IC 018: Baby backpacks; Back | 1a | 2020-04-24 | IC 018 |
| WILD + FREI | WILD + FREE | Live | IC 041: Education services, na | 1a | 2017-07-12 | IC 041 |
| WILD + RAE | Wild + Rae | Live | IC 025: Boots; Dresses; Pajam | 1b | 2024-07-27 | IC 025 |
| WILD & GOI | Wild & Gorgeous | Live | IC 025: Hats; Pants for [ infan | 1a | 2018-01-05 | IC 025 |
| INDIGO WIL | INDIGO WILD | Live | IC 004: House mark for scente | 1a | 2019-06-05 | IC 004 IC 021 |
| MUSTANG V | Mustang Wild | Live | IC 025: Fabric sold as an integ | 1b | 2025-05-15 | IC 025 |
| WILD FAIRY | Wild Fairy | Live | IC 005: All purpose disinfecta | 1a | 2025-01-07 | IC 005 |
| WEE WILD ( | wild ones | Live | IC 028: Baby multiple activity | 1a | 2019-09-06 | IC 028 |
| WEE WILD ( | WEE WILD ONES | Live | IC 028: baby multiple activity | 1a | 2019-05-15 | IC 028 IC 035 |
| WILD HARV | WILD HARVEST | Live | IC 029: canned tomatoes; app | 1a | 2008-04-15 | IC 029 IC 030 |
| WILD LIKE N | WILD LIKE MY CURLS | Live | IC 025: Baby tops; Bottoms as | 1a | 2024-07-05 | IC 025 |
| WN WILD N | | Live | IC 020: Sensory Swings, Swing | 1b | 2025-01-16 | IC 020 |
| WILD FOR S | WILD FOR STYLE | Live | IC 024: Bedding, namely, bed | 1a | 2020-10-13 | IC 024 IC 028 |
| WILD CROP | Wild Crop | Live | IC 005: Medical dressings; Me | 1a | 2025-08-06 | IC 005 |
| WILD WISHI | WILD WISHES | Live | IC 003: Perfumes; eaux de toi | 66a | 2019-12-02 | IC 003 |
| WILD PRAIR | WILD PRAIRIE | Live | IC 003: Non-medicated soap, | 66a | 2020-09-30 | IC 003 IC 021 |
| INDE WILD | INDE WILD | Live | IC 003: Skin soap; cosmetics a | 66a | 2021-10-21 | IC 003 IC 005 |
| WET 'N WIL | WET 'N WILD | Live | IC 035: On-line retail store ser | 1a | 2020-10-29 | IC 035 |
| WILD 4 LEM | WILD 4 LEMONS | Live | IC 025: Beachwear; Lingerie; S | 1a | 2021-02-05 | IC 025 |
| GRACE 'N' V | Grace 'n' Wild | Live | IC 025: Clothing, namely, tops | 1a | 2020-03-24 | IC 025 |
| WILD DONK | WILD DONKEY | Live | IC 025: Clothing; headgear; ap | 66a | 2024-08-16 | IC 025 IC 035 |
| WILD & FRE | WILD & FREE RANCH | Live | IC 010: Dishes adapted for fee | 1a | 2023-07-13 | IC 010 |
| THE YOUNG | The Young & Wild | Live | IC 018: All purpose sport bags | 1a | 2017-09-28 | IC 018 IC 025 |
| WILD OATS | WILD OATS | Live | IC 024: Dish towels; tablecloth | 1b | 2024-06-20 | IC 024 IC 025 |
| WILD DIAM | WILD DIAMOND | Live | IC 025: Clothing extension use | 1a | 2019-07-22 | IC 025 |
| WILD CARR | WILD CARROT HERBALS | Live | IC 003: Baby powder; [ Bar so | 1a | 2010-02-11 | IC 003 |
| WILD ROSE | Wild Rose Tattoo Clothing | Live | IC 025: Tattoo clothing, name | 1a | 2023-03-10 | IC 025 |
| MOTHER OI | MOTHER OF WILD | Live | IC 031: Cut flowers; live flowe | 1a | 2020-01-23 | IC 031 IC 035 |

Exhibit
Wildbird000018
15th Sep 2025

| Mark | Status | Goods/Services | Date | Classes |
|------|--------|----------------|------|---------|
| WILD KINGI / Wild Kingdom | Live | IC 018: Back packs; Tote bags.1a | 2025-03-26 | IC 018 IC 024 I |
| WILD BUNC / WILD BUNCH | Live | IC 042: RESTAURANT SERVICE1a | 1998-01-26 | IC 042 |
| WILD BUNC / WILD BUNCH | Live | IC 016: PRINTED MATERIALS F1a | 1998-03-09 | IC 016 |
| WILD ISLAN / Wild Island | Live | IC 041: Amusement center; A 1a | 2018-12-31 | IC 041 |
| WILD RIDER / WILD RIDER | Live | IC 009: Protective clothing; pr66a | 2023-01-16 | IC 009 IC 028 |
| REALLY WIL / REALLY WILD | Live | IC 024: Textiles and substitut<66a | 2025-01-22 | IC 024 IC 025 I |
| WILD WISHI / Wild Wishes | Live | IC 041: Charitable education s1a | 2025-02-14 | IC 041 |
| PLAYTIME G / PLAYTIME GOES WILD WITH | Live | IC 028: Action figure toys; Bal1a | 2014-08-11 | IC 028 |
| WILD ONES / Wild Ones | Live | IC 036: Charitable fundraising1a | 2022-02-04 | IC 036 IC 041 I |
| NEON WILD / NEON WILD | Live | IC 009: Downloadable compu1a | 2021-01-14 | IC 009 IC 041 |
| WILD DOUC / WILD DOUGH | Live | IC 028: Playthings and toys, n.1a 44e | 2019-12-23 | IC 028 IC 035 |
| WILD WHEE / WILD WHEELS | Live | IC 028: Dolls; Action figure to'1a | 2024-10-01 | IC 028 |
| PLAY WILD / Play Wild | Live | IC 009: Computer game softw1a | 2015-01-29 | IC 009 (CANCE |
| WILD BRAIN / WILD BRAIN | Live | IC 041: Entertainment service1a | 2015-09-16 | IC 041 |
| MR WILD / Mr Wild | Live | IC 041: Book publishing; Book1a | 2025-02-16 | IC 041 |
| WILD DUNE / WILD DUNES | Live | IC 045: Hotel concierge servic1a | 2003-11-05 | IC 045 IC 035 I |
| WILD BUNC / WILD BUNCH | Live | IC 025: Clothing, namely, mer1a | 1998-03-19 | IC 025 |
| CLOUD WILI / Cloud wild | Live | IC 020: Air mattresses for use1a | 2021-07-26 | IC 020 |
| WILD MERC / WILD MERCURY | Live | IC 009: [ Apparatus for recor<44e | 2017-01-06 | IC 009 (CANCE |
| WILD DOVE / WILD DOVES | Live | IC 025: Children's wear, name1a | 2019-10-01 | IC 025 |
| BIG WILD / BIG WILD | Live | IC 009: Prerecorded audio an<1a | 2018-11-16 | IC 009 IC 025 I |
| WILD HICKC / WILD HICKORY | Live | IC 009: Sunglasses; cases for s1b | 2024-05-15 | IC 009 IC 018 I |
| WILD KRAT / WILD KRATTS | Live | IC 016: Paper banners; lunch l1a | 2012-09-06 | IC 016 IC 018 I |
| WILD MANE / WILD MANES | Live | IC 018: Bags for children, nam1b | 2023-11-29 | IC 018 |
| WILD MAN / WILD MAN | Live | IC 012: Bicycles; Mopeds; Bic\1a | 2020-09-24 | IC 012 IC 025 I |
| WILD FEMII / WILD FEMINIST | Live | IC 025: Jackets; One-piece gar1a | 2016-11-07 | IC 025 |
| WILD GRINI / WILD GRINDERS | Live | IC 025: Clothing for men, won1a | 2008-06-02 | IC 025 |
| WET'N WILI / Wet'nWild | Live | IC 008: [ [ souvenir spoons ] ].1a | 1997-04-21 | (CANCELLED) I |
| WILD CHILD / WILD CHILD | Live | IC 041: Arranging and conduc1a | 2019-11-15 | IC 041 |
| WILD HANK / Wild Hank | Live | IC 025: Clothing jackets for ch1a | 2025-01-17 | IC 025 |
| WILD NATIC / Wild Nation | Live | IC 025: Shirts; Shirts and shor1a | 2020-09-11 | IC 025 |
| WILD ACES / WILD ACES | Live | IC 025: men's, women's and c1a | 2020-11-10 | IC 025 |
| WILD CITY / Wild City | Live | IC 025: Boots; Bras; Footwear1a | 2021-02-10 | IC 025 |
| WILD PETS / WILD PETS | Live | IC 009: Downloadable compu44e | 2022-04-03 | IC 009 IC 028 |
| WILD DUNE / wild dunes | Live | IC 045: Hotel concierge servic1a | 2003-11-05 | IC 045 IC 035 I |
| WILD CHILD / WILD CHILD | Live | IC 042: RETAIL STORE AND M,1a | 1988-04-01 | IC 042 |
| WOODSY W / Woodsy Wild | Live | IC 016: Printed children's boo1a | 2024-05-10 | IC 016 |
| WILD BRAIN / WILD BRAIN | Live | IC 038: Transmission of films i1a | 2015-09-16 | IC 038 |
| WILD REPUI / WILD REPUBLIC | Live | IC 025: Children's apparel, na'1a | 2018-09-05 | IC 025 |
| WILD MANE / WILD MANES | Live | IC 041: Entertainment service1a | 2023-11-29 | IC 041 |
| WILD ELEG/ / Wild Elegance | Live | IC 009: 3D spectacles; Smartg1b | 2024-02-08 | IC 009 |
| WILD TENN / Wild Tennis | Live | IC 016: printed books and bo<44e | 2017-11-10 | IC 016 IC 025 I |
| WILD ROOT / WILD ROOTS | Live | IC 041: Educational services, r1a | 2016-12-14 | IC 041 |
| WILD CHILD / WILD CHILD | Live | IC 041: Arranging, organizing, 1a | 2022-10-26 | IC 041 |
| WILD MANE / WILD MANES | Live | IC 016: Printed items for child1b | 2023-11-29 | IC 016 |

| Mark | Status | Goods/Services | Date | IC |
|---|---|---|---|---|
| WILD PETIT (wild petits) | Live | IC 020: Baby bolsters; Baby b(1a | 2021-05-20 | IC 020 |
| WILD ABOU (Wild about Dinosaurs!) | Live | IC 016: Wirebound books; Ske1a | 2025-04-08 | IC 016 |
| DISNEY'S W (DISNEY'S WILD ABOUT SAFETY) | Live | IC 041: Educational services r(1a | 2003-05-07 | IC 041 |
| INDE WILD (indē wild) | Live | IC 021: Combs; Cups; Curryco 44e | 2021-06-27 | IC 021 IC 003 I |
| WILD SCIEN (WILD SCIENCE LAB) | Live | IC 035: Advertising services; E66a | 2021-11-11 | IC 035 IC 003 |
| THE WILD C (THE WILD OSCAR) | Live | IC 003: [ 3-in-1 organic soap b1a | 2016-01-19 | IC 003 IC 043 |
| WILD & PRE (Wild & free) | Live | IC 025: Dresses; Pajamas; Pan1a | 2023-01-30 | IC 025 |
| WILD BIRDS (WILD BIRDS UNLIMITED) | Live | IC 025: Coats; Hats; Shirts; Un1a | 2024-09-28 | IC 025 IC 031 I |
| REWILD THI | Live | IC 025: Clothing, namely, t-sh 1a | 2024-08-02 | IC 025 IC 035 I |
| WILD OATS (WILD OATS) | Live | IC 024: Dish towels; tablecloth1b | 2024-06-20 | IC 024 IC 025 I |
| VANDER WI (Vander Wild Skincare Collective) | Live | IC 003: Dish detergents; Esser1a | 2020-08-19 | IC 003 |
| TWO WILD (TWO WILD HARES) | Live | IC 003: Baby hand soap; Bar s1a | 2018-11-13 | IC 003 IC 020 I |
| LET GOOD (LET GOOD GROW WILD) | Live | IC 005: Medicated cleaning pr1b | 2021-08-20 | IC 005 IC 003 |
| LET YOUR S (let your senses run wild...) | Live | IC 016: Subscription boxes tha1a | 2022-08-02 | IC 016 |
| PRETTY WIL (PRETTY WILD KIDS) | Live | IC 025: Clothing, for babies, t(1a | 2018-02-14 | IC 025 |
| WILD SPIRIT (Wild Spirit Threads) | Live | IC 025: Trousers for adults, ba1b | 2025-06-24 | IC 025 |
| WILD IN CO (Wild in Color) | Live | IC 025: Coats; Hats; Leggings; 1a | 2025-01-14 | IC 025 IC 035 |
| WILD CHILD (WILD CHILD GYM) | Live | IC 041: Gymnasiums; Coachin1a | 2022-11-28 | IC 041 |
| WILD WEST | Live | IC 025: T-shirts; T-shirts for m1a | 2018-01-26 | IC 025 |
| THE WILD U (THE WILD UNKNOWN) | Live | IC 016: Printed children's boo1a | 2021-04-14 | IC 016 |
| WILD ROOT (WILD ROOT CREATIONS) | Live | IC 016: Printed illustrations; p1a | 2022-04-07 | IC 016 IC 041 I |
| WILD BROT (Wild Brothers Productions) | Live | IC 038: Streaming of audio an1a | 2025-03-12 | IC 038 IC 041 I |
| WILD WONI (Wild Wonder Minds) | Live | IC 016: Printed flash cards; Ed1a | 2025-06-11 | IC 016 |
| RECLAIM TH (RECLAIM THE WILD) | Live | IC 025: Beachwear; Coverups;1b | 2025-02-28 | IC 025 IC 035 |
| WILD WEST | Live | IC 025: T-shirts; T-shirts for m1a | 2018-01-26 | IC 025 |
| WILD WEST (Wild Western Hippie) | Live | IC 025: Hats; Shoes; T-shirts; H1a | 2020-08-07 | IC 025 |
| WILD HEART (WILD HEART SOCIETY) | Live | IC 044: Psychotherapy and ps1a | 2020-07-21 | IC 044 |
| WILD WEST | Live | IC 025: Footwear, namely, bo 1a | 2013-11-18 | IC 025 |
| WILD GINGI | Live | IC 025: Athletic apparel, name1a | 2015-09-05 | IC 025 |
| WILD EXPLC (WILD EXPLORERS CLUB) | Live | IC 041: Education services, na1a | 2017-07-11 | IC 041 |
| WILD SOUL! (Wild Souls Ranch) | Live | IC 044: Therapeutic equine-ba1a | 2018-08-30 | IC 044 |
| WILD GOAT (WILD GOAT EDGE) | Live | IC 041: Charitable services, na1a | 2018-10-10 | IC 041 |
| REALLY "WI (Really WILD) | Live | IC 041: [ [ television programn1a | 1993-11-12 | (CANCELLED) I |
| I AM WILD (I AM WILD) | Live | IC 014: Jewelry, clocks and wa1a | 2013-07-18 | IC 014 IC 016 I |
| HEADS GON (Heads Gone Wild) | Live | IC 044: Barber services; Barbe1a | 2021-07-09 | IC 044 |
| NAT GEO W (NAT GEO WILD) | Live | IC 041: Educational and enter1a | 2010-12-14 | IC 041 |
| KITTY'S WIL | Live | IC 016: Printed children's boo1a | 2025-07-14 | IC 016 |
| WILD AT HE (wild at heart) | Live | IC 025: Belts for clothing; Cam1a | 2010-02-04 | IC 025 |
| WET 'N WIL (WET 'N' WILD) | Live | IC 009: [ [ magnets ] ].; IC 0081a | 1997-04-02 | (CANCELLED) I |
| WILD AXE T (WILD) | Live | IC 025: Hoodies; T-shirts for a1a | 2019-04-15 | IC 025 |
| WILD ABAN (Wild Abandon Adventures) | Live | IC 025: Hats; Headwear; Hood1b | 2024-06-12 | IC 025 |
| THE GOOD (THE GOOD WILD) | Live | IC 005: Pharmaceutical and v(66a | 2023-05-05 | IC 005 IC 029 I |
| RAINFORES (RAINFOREST CAFE WILD BUNCH CLUB) | Live | IC 042: RESTAURANT AND BA1a | 1998-11-20 | IC 042 IC 035 |
| WILDRIDE (WILDRIDE) | Live | IC 035: Retailing services and 66a | 2023-05-12 | IC 035 IC 018 |
| WILDRIDE (WILDRIDE) | Live | IC 018: Baby and children carr1a | 2024-05-20 | IC 018 |

| Mark | | Status | Goods/Services | | Date | |
| --- | --- | --- | --- | --- | --- | --- |
| WILDBIRD | WildBird | Live | IC 024: Baby bedding, namely | 1a | 2024-03-22 | IC 024 IC 025 I |
| WILDBIRD | WILDBIRD | Live | IC 024: Baby bedding, namely | 1a | 2025-03-05 | IC 024 IC 025 I |
| THE FUTURE | THE FUTURE IS WILD | Live | IC 009: Motion picture films f | 44e | 2001-03-12 | IC 009 (CANCE |
| BAND OF TH | Band of the Wild | Live | IC 025: Costumes for use in cl | 1a | 2022-07-06 | IC 025 |
| RUN WILD N | RUN WILD MY CHILD | Live | IC 009: Downloadable e-book | 1a | 2021-05-14 | IC 009 IC 041 |
| WILD MIND | WILD MIND REBEL HEART | Live | IC 018: Athletic bags, tote bag | 1b 44e | 2023-11-14 | IC 018 |
| WILD BEGIN | Wild Beginnings Nature School | Live | IC 041: Educational services, r | 1a | 2022-01-14 | IC 041 |
| WILD AND F | WILD AND FREE FOUNDATION | Live | IC 041: Educational and enter | 1a | 2014-07-03 | IC 041 |
| WILD ZOO F | Wild Zoo Furniture Inc | Live | IC 020: Children's furniture. | 1a | 2019-06-13 | IC 020 |
| DOGS OF TH | DOGS OF THE WILD | Live | IC 016: Printed novels; Printed | 1a | 2021-02-12 | IC 016 |
| WILD YOOT | WILD YOOT BOOKS | Live | IC 025: T-Shirts for babies, chi | 1a | 2015-11-12 | IC 025 IC 041 |
| WILD IN THI | WILD IN THE CITY | Live | IC 041: Charitable services, na | 1a | 2018-02-02 | IC 041 |
| LIVE WILD. I | | Live | IC 018: All purpose bags name | 1a | 2019-05-20 | IC 018 IC 025 |
| FOLLOW HE | FOLLOW HEART GO WILD | Live | IC 020: Furniture; Camping fu | 1a | 2025-01-08 | IC 020 |
| KIDWILD | KidWild | Live | IC 024: Baby bedding, namely | 44e | 2015-01-18 | IC 024 IC 025 |
| WILD MIND | WILD MIND REBEL HEART | Live | IC 028: Games, namely, educa | 1b 44d | 2023-11-14 | IC 028 |
| GRACE 'N' W | grace 'n' wild | Live | IC 025: Cloth bibs; Clothing, n | 1a | 2021-06-10 | IC 025 |
| EVERWILD | EverWild | Live | IC 025: Baby clothing/product | 1b | 2021-09-14 | IC 025 |
| WILD SIDE N | WILD SIDE NUMBER SENSE CARDS | Live | IC 028: Card games; Education | 1a | 2022-07-27 | IC 028 |
| CALL OF THI | Call of the Wild Camps | Live | IC 041: Educational services, r | 1a | 2025-06-26 | IC 041 |
| WILD THING | WILD THINGS | Live | IC 024: Children's blankets. | 1a | 2017-08-17 | IC 024 |
| WHERE THE | Where the Wild Things Play | Live | IC 041: Children's entertainm | 1a | 2023-05-30 | IC 041 |
| WILD ETHIC | | Live | IC 025: Fabric sold as an integ | 1a | 2025-03-05 | IC 025 IC 028 I |
| WILD THING | WILD THINGS | Live | IC 024: Children's blankets. | 1a | 2017-08-17 | IC 024 |
| VIVIWILD | viviwild | Live | IC 025: Baby layettes for cloth | 1a | 2019-04-04 | IC 025 |
| ROARINGW | ROARINGWILD | Live | IC 025: Baby layettes for cloth | 1a | 2019-07-05 | IC 025 |
| WALT DISNI | | Live | IC 009: Pre-recorded digital vi | 1a | 2004-04-26 | IC 009 |
| WILD WEST | WILD WEST COWBOYS OF MOO MESA | Live | IC 028: Collectable toy figures | 1b | 2025-07-22 | IC 028 IC 009 I |
| WILD WEST | | Live | IC 028: Collectable toy figures | 1b | 2025-07-22 | IC 028 IC 009 I |
| THE WILD H | THE WILD HORSES OF SABLE ISLAND | Live | IC 014: Jewelry, clocks and wa | 1a | 2013-08-30 | IC 014 IC 018 I |
| WILDONE | WILDONE | Live | IC 010: Sphygmomanometers | 1a | 2020-11-25 | IC 010 |
| WILD POUS! | WILD POUSS | Live | IC 005: [ Medicated skin care | 66a | 2017-10-10 | IC 005 IC 003 |
| WILDCATTE | WILDCATTERS | Live | IC 025: clothing, namely, jerse | 1a | 2002-10-22 | IC 025 |
| WILDHORSE | WILDHORSE SALOON | Live | IC 006: [ brass ] keychains.; IC | 1a | 1996-09-23 | IC 006 (CANCE |
| WILDHORSE | | Live | IC 006: [ [ brass keychains ] ].; | 1a | 1996-10-11 | (CANCELLED) I |
| PELICANWII | PelicanWild | Live | IC 025: T-shirts, Graphic T-shi | 1a | 2019-05-04 | IC 025 |
| PELICANWII | | Live | IC 025: T-shirts, Graphic T-shi | 1a | 2019-06-28 | IC 025 |
| THE YASIEL | The Yasiel Puig Wild Horse Children's Foundation | Live | IC 041: Charitable services, na | 1a | 2018-04-18 | IC 041 |
| WILD PLACE | | Live | IC 041: educational services, r | 1a | 1996-08-01 | IC 041 |
| WILDVUE | WildVue | Live | IC 009: Telemeters; Wattmete | 1a | 2024-01-29 | IC 009 |
| WILDTURTL | Wildturtle | Live | IC 011: Flashlights; Humidifier | 1a | 2024-09-20 | IC 011 |
| WILDHD | WILDHD | Live | IC 009: Cables, electric; Camc | 1a | 2017-07-13 | IC 009 |
| MIGOI | | Live | IC 025: Apparel for dancers, n | 1a | 2024-07-22 | IC 025 |
| WILDGREEN | Wildgreen | Live | IC 018: Backpacks, book bags, | 1a | 2021-11-14 | IC 018 |
| ROTWILD | rotwild | Live | IC 003: Soaps; fabric softener | 66a | 2024-06-20 | IC 003 |

| | | | | |
|---|---|---|---|---|
| WILDPATH | Live | IC 028: Waterslides; Air mattr | 1a | 2024-09-30 IC 028 IC 024 |
| WILD SOL | Live | IC 025: Clothing, namely, tops | 1a | 2023-06-20 IC 025 IC 030 |
| HIWILD | Live | IC 024: [ Baby bedding, namel | 1a | 2017-05-05 IC 024 |
| SALVAJE OE | Live | IC 025: Hats; Jeans; Scarfs; Sh | 1a | 2022-03-23 IC 025 |
| THE WILD A | Live | IC 009: Downloadable electro | 1a | 2012-01-26 IC 009 IC 016 |
| WBF WILD E | Live | IC 041: Educational services, r | 1a | 2020-09-18 IC 041 |
| WILDSHIP S | Live | IC 018: Tote Bags; wearable s | 1a | 2021-11-09 IC 018 IC 024 I |
| WILDBERRII | Live | IC 018: Mountaineering sticks | 66a | 2021-03-09 IC 018 |
| HÔTEL WYL | Live | IC 043: Services for providing | 66a | 2023-03-14 IC 043 |
| BOUGIEWIL | Live | IC 014: Bracelets made of leat | 1a | 2018-07-26 IC 014 IC 025 |
| WILDSMITH | Live | IC 003: After-sun lotions; afte | 66a | 2018-08-01 IC 003 |
| WILDSWIM | Live | IC 025: Athletic apparel, name | 1a | 2021-06-14 IC 025 IC 041 |
| WILDLANDE | Live | IC 025: Gloves as clothing; Ha | 1a | 2020-03-19 IC 025 |
| REPWILD | Live | IC 020: Hutches; Playpens; Bir | 1a | 2024-10-18 IC 020 |
| TWENTYFOI | Live | IC 016: Art prints; Children's t | 1a | 2020-01-16 IC 016 IC 025 |
| HARVESTWI | Live | IC 025: Hats; Hats for infants, | 1a | 2019-09-01 IC 025 IC 041 |
| GLENWILD | Live | IC 041: Providing tennis court | 1a | 2007-04-13 IC 041 (CANCE |
| WONDERW | Live | IC 041: Children's entertainm | 1a | 2009-06-30 IC 041 |
| WILDFIRE | Live | IC 018: [ [ accessories namely | 1a | 2004-02-02 (CANCELLED) I |
| WILDFLOWI | Live | IC 028: Action toys in the natu | 1b 44d | 2023-09-20 IC 028 IC 009 |
| ELEPHWILD | Live | IC 024: Comforters; Curtains; | 1a | 2022-05-31 IC 024 IC 025 |
| WB WILDBR | Live | IC 025: Coats; Dresses; Hats; l | 1a | 2022-07-09 IC 025 |
| WILDVOICE | Live | IC 041: Provision of informati | 1a | 2023-07-24 IC 041 |
| WILDSTAR | Live | IC 028: Games, toys and playt | 44e | 2023-09-22 IC 028 |
| WILDFLOWI | Live | IC 028: Action toys in the natu | 1b 44d | 2023-09-20 IC 028 IC 009 |
| WILDWORK | Live | IC 041: Services, namely, prov | 1a | 2014-06-06 IC 041 (CANCE |
| NORTHWILI | Live | IC 025: Clothing, namely, swe | 44e | 2022-08-10 IC 025 IC 035 |
| WILDVIBE | Live | IC 025: [ Boots; Boots for spor | 1a | 2018-05-13 IC 025 |
| WILDCHEF | Live | IC 008: Spoons being tablewa | 66a | 2022-03-11 IC 008 IC 011 I |
| WILDCOLOF | Live | IC 016: Crayons; Drawing pen | 1b | 2024-10-18 IC 016 |
| WILDPARTY | Live | IC 014: Bracelets; Earrings; Ch | 1a | 2023-04-03 IC 014 |
| WINWILD | Live | IC 008: Axes; Pliers; Beard clip | 1a | 2020-08-25 IC 008 |
| WILDBREAT | Live | IC 025: Coats; Dresses; Leggin | 1a | 2022-06-20 IC 025 |
| GLENWILD | Live | IC 016: Paper; printed matter | 1a | 2007-04-13 IC 016 (CANCE |
| WILDGUARI | Live | IC 016: printed publications, r | 1a | 2005-04-27 IC 016 |
| WILDHORSE | Live | IC 025: CLOTHING, NAMELY, ( | 1a | 1999-01-05 IC 025 IC 042 |
| WILDTHING | Live | IC 025: screenprinted clothing | 1a | 2024-02-28 IC 025 |
| WILDWOVE | Live | IC 025: Pajamas; Bibs not of p | 1a | 2024-04-30 IC 025 |
| W WILDBRA | Live | IC 038: Transmission and dist | 1a | 2019-12-13 IC 038 IC 009 I |
| INTOTHEWI | Live | IC 020: Antique reproduction | 1a | 2022-04-11 IC 020 |
| WILDLIGHT | Live | IC 038: Streaming of films, mc | 1b | 2022-10-27 IC 038 IC 035 I |
| WEARTOWI | Live | IC 025: Hats; Headwear; Legg | 1a | 2024-01-05 IC 025 |
| WILD5DESIC | Live | IC 035: On-line retail store ser | 1a | 2018-10-28 IC 035 |
| WBF | Live | IC 041: Educational services, r | 1a | 2020-12-16 IC 041 |
| 4THEWILD1 | Live | IC 025: Beachwear; Lingerie; S | 1a | 2023-09-12 IC 025 |

| | | | | | |
|---|---|---|---|---|---|
| WILDPLAY E | Wild Play | Live | IC 041: Children's entertainm 1a | 2013-07-03 | IC 041 |
| WANDERWI | WANDERWILD FAMILY RETREATS | Live | IC 009: Audio and video recor 1b | 2023-05-30 | IC 009 IC 016 I |
| W WILDBRA | WildBrain spark | Live | IC 038: Transmission and dist 1b | 2019-12-13 | IC 038 IC 035 I |
| C.WILDYFIE | C. WildyField | Live | IC 012: Rowboats; Rowcycles; 1a | 2021-07-02 | IC 012 |
| WILD'N WA | | Live | IC 041: Entertainment service 1a | 2007-11-15 | IC 041 |
| WILDPLAY E | WildPlay | Live | IC 041: Entertainment service 1a | 2019-01-15 | IC 041 |
| W WILDBRA | WildBrain spark | Live | IC 041: Entertainment service 1a | 2019-12-13 | IC 041 |
| NWTF FOUI | NWTF FOUNDATION | Live | IC 025: Clothing for babies, to 1a | 2019-10-08 | IC 025 |
| KIDS WILDL | KIDS WILDLIFE FLOSSUPS | Live | IC 021: dental floss holder for 1a | 2004-05-27 | IC 021 |

| | | | |
|---|---|---|---|
| Wild & Precious, LLC (LIMITEI | 2024-02-06 | 7299251 | PRINCIPAL |
| Wishco LLC (LIMITED LIABILIT | 2024-08-06 | 7467687 | PRINCIPAL |
| Crystal Spring Consumer Divis | 2023-10-31 | 7203823 | PRINCIPAL |
| BLUE FOREST HOLDINGS, LLC | 2018-05-01 | 5458150 | PRINCIPAL |
| Wild Acorn, LLC (LIMITED LIABILITY COMPANY; IOWA, USA); 2310 SE | | | PRINCIPAL |
| Wild Acorn, LLC (LIMITED LIABILITY COMPANY; IOWA, USA); 2310 SE | | | PRINCIPAL |
| Wild Acorn, LLC (LIMITED LIABILITY COMPANY; IOWA, USA); 2310 SE | | | PRINCIPAL |
| GLYCIOME, LLC (LIMITED LIAE | 2021-09-07 | 6480081 | PRINCIPAL |
| Kyra Buschor (INDIVIDUAL; UI | 2023-03-14 | 6998479 | PRINCIPAL |
| Dreamcleod (LIMITED LIABILI | 2022-09-13 | 6847765 | PRINCIPAL |
| Davies Importing PTY LTD (prc | 2018-10-02 | 5577444 | PRINCIPAL |
| Xie, Xiaoyu (INDIVIDUAL; China); No.38, G1, Qiaqiao Vill. Shuanggui 1 | | | PRINCIPAL |
| Sauter, Alison P. (INDIVIDUAL | 2020-08-25 | 6137336 | PRINCIPAL |
| Shenzhen Zuodi Commercial ( | 2020-11-10 | 6194523 | PRINCIPAL |
| ARMENT, AINSLEY (INDIVIDU, | 2018-08-14 | 5538520 | PRINCIPAL |
| DBA Wild and Rae; 15422 Assembly Lane, Huntingtin Beach, Californ | | | PRINCIPAL |
| LITTLE & GORGEOUS INC. (CO | 2018-08-07 | 5535417 | PRINCIPAL |
| Indigo Wild, LLC (LIMITED LIA | 2020-08-11 | 6121931 | PRINCIPAL |
| Mustang Wild LLC (LIMITED LIABILITY COMPANY; Georgia, USA); 284 | | | PRINCIPAL |
| Xie, Xiaoyu (INDIVIDUAL; China); No.38, G1, Qiaqiao Vill. Shuanggui 1 | | | PRINCIPAL |
| Blue Box Toy Factory Limited | 2021-04-13 | 6323263 | PRINCIPAL |
| Blue Box Toy Factory Limited | 2020-07-14 | 6103288 | PRINCIPAL |
| SUPERVALU LICENSING LLC (L | 2010-07-20 | 3822419 | PRINCIPAL |
| LIU Bei (INDIVIDUAL; China); J | 2025-08-05 | 7878100 | PRINCIPAL |
| Steel Horse, LLC (LIMITED LIABILITY COMPANY; Maine, USA); 7 Carte | | | PRINCIPAL |
| Animal Adventure, LLC (LIMIT | 2022-03-01 | 6660872 | PRINCIPAL |
| Shuicai FU (INDIVIDUAL; China); Room 104, No.111, ChengJiawai Vill; | | | PRINCIPAL |
| SEPHORA (SOCIÉ | 2019-07-12 | 2020-09-15 | 6150179 | PRINCIPAL |
| Wild Prairie Soap | 2020-03-30 | 2022-05-24 | 6726701 | PRINCIPAL |
| Inde Wild B.V. (B | 2021-04-26 | 2023-05-16 | 7051242 | PRINCIPAL |
| Keith Perry (INDIVIDUAL; USA | 2022-09-06 | 6840240 | PRINCIPAL |
| Beautiful Dreamer LLC (LIMIT | 2022-07-19 | 6798842 | PRINCIPAL |
| Stoltz-Marshall, Jacqueline (II | 2022-04-05 | 6694825 | PRINCIPAL |
| Limited (Limited | 2024-08-15 | | PRINCIPAL |
| Wild & Free Ranch LLC (LIMIT | 2024-07-16 | 7447764 | PRINCIPAL |
| 6 TWO APPAREL GROUP LTD. | 2019-04-30 | 5740671 | PRINCIPAL |
| KEHE DISTRIBUTORS, LLC (LIMITED LIABILITY COMPANY; DELAWARE, | | | PRINCIPAL |
| Wang Jinsong (INDIVIDUAL; C | 2020-09-29 | 6165297 | PRINCIPAL |
| Wild Carrot Herbals, LLC (LIM | 2011-02-22 | 3921962 | PRINCIPAL-2(F) |
| Gift Ko LLC (LIMITED LIABILITY COMPANY; DISTRICT OF COLUMBIA, l | | | PRINCIPAL |
| DBA Mother of Wild; 167 Por | 2021-05-25 | 6365469 | PRINCIPAL |

| | | | |
|---|---|---|---|
| Mutual of Omaha Insurance Company (CORPORATION; Nebraska, USPRINCIPAL | | | |
| Rainforest Cafe, Inc. (CORPOF | 2001-06-05 | 2457656 | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOF | 2002-10-29 | 2643642 | PRINCIPAL |
| Wild Island, Inc. (CORPORATI( | 2019-08-06 | 5826214 | PRINCIPAL |
| Wilton Bradley F | 2023-01-12  2024-10-22 | 7539794 | PRINCIPAL |
| The Really Wild ( | 2024-07-22 | | PRINCIPAL |
| Chester Moore (INDIVIDUAL; USA); 2310 Newton St, ORANGE, Texas PRINCIPAL | | | |
| VTech Electronics North Ame | 2016-05-17 | 4960905 | PRINCIPAL |
| Wild Ones Natural Landscape | 2023-03-21 | 7004588 | PRINCIPAL |
| NEON WILD, INC. (CORPORAT | 2024-02-20 | 7310968 | PRINCIPAL |
| Tiger Kids Pty Ltc | 2019-12-20  2021-12-21 | 6598478 | PRINCIPAL |
| DBA Odyssey Toys; 20855 NE | 2025-05-06 | 7787236 | PRINCIPAL |
| AKA WILDWORKS, SMART BO | 2016-10-18 | 5064961 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2017-01-17 | 5125368 | PRINCIPAL |
| Shae Alan Pozarzycki (INDIVIDUAL; USA); 1717 west 15th street, Port PRINCIPAL | | | |
| LOWE WILD DUNES INVESTOI | 2005-07-26 | 2975307 | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOF | 2003-09-16 | 2764487 | PRINCIPAL |
| Chen, Zhitong (INDIVIDUAL; C | 2022-06-07 | 6754161 | PRINCIPAL |
| Derek Wax (INDI | 2016-07-07  2018-10-09 | 5578050 | PRINCIPAL |
| DBA Wild Doves; 1630 30th S | 2020-05-12 | 6052177 | PRINCIPAL |
| Big Wild Music LLC (LIMITED I | 2021-02-09 | 6263655 | PRINCIPAL |
| American Heartland Corporation (CORPORATION; Delaware, USA); 6 PRINCIPAL | | | |
| Kratt Brothers C | 2012-08-24  2015-06-16 | 4756309 | PRINCIPAL |
| JAKKS Pacific, Inc. (CORPORATION; DELAWARE, USA); 2951 28th Stre PRINCIPAL | | | |
| Dongguan Meiluodi Electroni | 2021-11-02 | 6543002 | PRINCIPAL |
| Wildfang Co. (CORPORATION; | 2017-10-24 | 5315059 | PRINCIPAL |
| WILD GRINDERS, LLC (LIMITE | 2012-07-31 | 4183534 | PRINCIPAL |
| EPR PARKS, LLC (LIMITED LIAE | 1998-10-27 | 2199474 | PRINCIPAL |
| DBA Wild Child; 2325 Bush St | 2020-06-23 | 6084455 | PRINCIPAL |
| Wild Hank LLC (LIMITED LIABILITY COMPANY; Illinois, USA); 12172 S IPRINCIPAL | | | |
| DBA Wild Nation; Apt 216, 59 | 2021-04-06 | 6317668 | SUPPLEMENTAL  2021-02-16 |
| FANCHISE LEAGUE COMPANY | 2023-04-25 | 7037601 | PRINCIPAL |
| Fuzhou Extraordinary Road e | 2021-12-28 | 6602351 | PRINCIPAL |
| Moose Creative Managemen | 2023-04-04 | 7018782 | PRINCIPAL |
| WILD DUNES LLC (LIMITED LI/ | 2005-07-26 | 2975308 | PRINCIPAL |
| WEST, RENEE (INDIVIDUAL; U | 1988-12-06 | 1516008 | PRINCIPAL |
| Miller, Kristell Anne (INDIVIDI | 2025-02-18 | 7694715 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2017-04-04 | 5177299 | PRINCIPAL |
| K & M International, Inc. (COF | 2019-04-16 | 5727081 | PRINCIPAL |
| JAKKS Pacific, Inc. (CORPORA | 2025-03-11 | 7725669 | PRINCIPAL |
| Taizhou Shiyu Trading Co., Ltd (limited company (ltd.); CHINA); Jiaoji PRINCIPAL | | | |
| BAKKER, Ed (INDIVIDUAL; CAI | 2019-02-12 | 5672409 | PRINCIPAL |
| WILD ROOTS FRANCHISING, L | 2017-08-08 | 5260255 | PRINCIPAL |
| Wild Child Gym Inc. (CORPORATION; CALIFORNIA, USA); 9715 Washi PRINCIPAL | | | |
| JAKKS Pacific, Inc. (CORPORATION; DELAWARE, USA); 2951 28th Stre PRINCIPAL | | | |

| | | | |
|---|---|---|---|
| SCANDINAVIAN TECHNOLOG` | 2022-06-07 | 6751071 | PRINCIPAL |
| GraySheep Graphics; 92 Abalone Ln E, Ponte Vedra Beach, Florida 32 | | | PRINCIPAL |
| Disney Enterprises, Inc. (CORF | 2005-07-26 | 2978787 | PRINCIPAL |
| INDE WILD B.V. (BESLOTEN VI | 2023-08-22 | 7141569 | PRINCIPAL |
| WILD SCIENCE LAB LIMITED (I | 2023-11-14 | 7215237 | PRINCIPAL |
| Marcos Tuachi Nathan (INDIV | 2017-05-23 | 5210297 | PRINCIPAL |
| Odyssey Group LLC (LIMITED | 2024-12-31 | 7634925 | PRINCIPAL |
| Wild Birds Unlimited, Inc (CORPORATION; Indiana, USA); 11711 N. Cc | | | PRINCIPAL |
| AKA Rewild the Wild; 226 South 2nd Street, Carbondale, Colorado 81 | | | PRINCIPAL |
| KEHE DISTRIBUTORS, LLC (LIMITED LIABILITY COMPANY; Delaware, L | | | PRINCIPAL |
| Vandergon,Sara K (INDIVIDU/ | 2021-04-06 | 6314827 | PRINCIPAL |
| Gallagher, Nicole (INDIVIDUA | 2020-10-13 | 6175794 | PRINCIPAL |
| New Theory Ventures Holdings, LLC (LIMITED LIABILITY COMPANY; T | | | PRINCIPAL |
| PRE BOX, LLC (LIMITED LIABIL | 2025-03-04 | 7715801 | PRINCIPAL |
| Agent 88 Pty Ltd (proprietary | 2019-06-11 | 5776681 | PRINCIPAL |
| Serena Marie Owens (INDIVIDUAL; USA); 4971 E SR 234, Greenfield, | | | PRINCIPAL |
| Parrot Fish Studio, Inc. (CORPORATION; Florida, USA); 9441 SW 146 ! | | | PRINCIPAL |
| Wild Child Gym Inc. (CORPORATION; CALIFORNIA, USA); 9715 Washii | | | PRINCIPAL |
| Zeybek, Mustafa (INDIVIDUAl | 2021-03-02 | 6283489 | PRINCIPAL |
| KIM KRANS, LLC (LIMITED LIA | 2021-09-07 | 6479168 | PRINCIPAL |
| Haefeli, Jennifer (INDIVIDUAL | 2024-08-06 | 7464889 | PRINCIPAL |
| Wild Brothers Productions LLC (LIMITED LIABILITY COMPANY; Florida | | | PRINCIPAL |
| Shannon Haverty (LIMITED LIABILITY COMPANY; Florida, USA); 3428 | | | PRINCIPAL |
| Reclaim the Wild; 30003 S Lake Falls Cr, Spring, Texas 77386, UNITEC | | | PRINCIPAL |
| Zeybek, Mustafa (INDIVIDUAl | 2021-03-02 | 6283490 | PRINCIPAL |
| Wild Western Hippie (LIMITEI | 2021-03-30 | 6305665 | PRINCIPAL |
| DBA Wild Heart Society; 156C | 2021-03-02 | 6281660 | PRINCIPAL |
| Sandoval, Rodolfo Avila (INDI | 2014-10-28 | 4627495 | PRINCIPAL |
| LEFFLER, NICOLE M (INDIVIDL | 2019-02-19 | 5680899 | PRINCIPAL |
| ARMENT, AINSLEY (INDIVIDU, | 2018-08-14 | 5538508 | PRINCIPAL |
| Wild Souls Ranch (charitable, | 2019-04-30 | 5738956 | PRINCIPAL |
| THE CAPRA COMPANY LLC (LI | 2019-12-24 | 5945572 | PRINCIPAL |
| NATIONAL GEOGRAPHIC PAR` | 1997-07-01 | 2075006 | PRINCIPAL |
| AKA Roberto Dutesco; 220 Pii | 2017-04-11 | 5181866 | PRINCIPAL |
| Morrison, Yolanda (SOLE PRO | 2022-09-13 | 6842997 | PRINCIPAL |
| National Geographic Society ( | 2012-03-06 | 4110332 | PRINCIPAL |
| Becky Lewis; 2757 GA hwy 130 E, Vidalia, Georgia 30474, UNITED ST/ | | | PRINCIPAL |
| DBA Wild at Heart Decor & Gi | 2010-09-14 | 3847523 | PRINCIPAL |
| EPR PARKS, LLC (LIMITED LIAE | 1998-10-13 | 2194958 | PRINCIPAL |
| DBA Wild Axe Throwing; 3251 | 2022-03-01 | 6660048 | PRINCIPAL |
| Tenacity Road Studios LLC (LIMITED LIABILITY COMPANY; Oregon, US | | | PRINCIPAL |
| FONKA GIDA SAr | 2023-03-17 2025-01-07 | 7636679 | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOF | 2002-01-22 | 2532499 | PRINCIPAL-2(F)-IN PART |
| Wildride B.V. (be | 2023-05-05 | | PRINCIPAL |
| Wildride B.V. (besloten vennootschap (b.v.); Netherlands); Donkere ! | | | PRINCIPAL |

| | | | |
|---|---|---|---|
| WildBird (LIMITED LIABILITY C | 2025-05-20 | 7798495 | PRINCIPAL |
| Wildbird (LIMITED LIABILITY PARTNERSHIP; Utah, USA); 50 W Broadv | | | PRINCIPAL |
| THE FUTURE IS WILD AUSTRA | 2006-03-28 | 3072373 | PRINCIPAL |
| Band of the Wild (SOLE PROP | 2023-08-22 | 7143081 | PRINCIPAL |
| Run Wild My Child, LLC (LIMIT | 2022-08-16 | 6817904 | PRINCIPAL |
| Limited (PRIVATI | 2023-11-13 | | PRINCIPAL |
| RAISING NEXT GENERATIONS | 2023-08-29 | 7152179 | PRINCIPAL |
| Bracken, Matthew (INDIVIDU/ | 2015-09-22 | 4819217 | PRINCIPAL |
| Wild Zoo Furniture Inc (CORP | 2019-12-31 | 5949246 | PRINCIPAL |
| Kevin Blaize (INDIVIDUAL; US/ | 2022-03-29 | 6682923 | PRINCIPAL |
| Wild Yoot LLC (LIMITED LIABII | 2019-09-10 | 5857720 | PRINCIPAL |
| Arizona Elk Society (CORPOR/ | 2018-09-11 | 5560417 | PRINCIPAL |
| Live Wild Be Free (LIMITED LI/ | 2020-03-31 | 6022223 | PRINCIPAL |
| Han, Xin (INDIVIDUAL; China); No. 369, Beichongqing Rd, Zhangdian | | | PRINCIPAL |
| FORMERLY Flink 2015-01-18 | 2015-11-03 | 4844363 | PRINCIPAL |
| Limited (PRIVATI | 2023-11-13 | | PRINCIPAL |
| Wishco LLC (LIMITED LIABILIT | 2023-03-28 | 7013448 | PRINCIPAL |
| Smith, Noah (INDIVIDUAL; USA); 9427 Mascot Rd, Mascot, TENNESSI | | | PRINCIPAL |
| Jump-Fox LLC (LIMITED LIABIL | 2024-10-29 | 7552972 | PRINCIPAL |
| Inspire Behavioral Learning, LLC (LIMITED LIABILITY COMPANY; Califc | | | PRINCIPAL |
| Blue Spring Partners, LLC (LIN | 2019-03-26 | 5710659 | PRINCIPAL |
| Where the Wild Things Play L | 2024-06-18 | 7419728 | PRINCIPAL |
| Wild-Ethiopia; 1400 Owensville Road, Charlottesville, Virginia 22901, | | | PRINCIPAL |
| Blue Spring Partners, LLC (LIN | 2020-04-07 | 6029617 | PRINCIPAL |
| Shenzhen Weigai Technology | 2019-10-08 | 5879754 | PRINCIPAL |
| Shenzhen Roaringwild Co., Lt | 2020-01-28 | 5972014 | PRINCIPAL |
| DISNEY ENTERPRISES, INC. (C | 2008-02-26 | 3389689 | PRINCIPAL |
| The Nacelle Company, LLC (LIMITED LIABILITY COMPANY; California, | | | PRINCIPAL |
| The Nacelle Company, LLC (LIMITED LIABILITY COMPANY; California, | | | PRINCIPAL |
| AKA Roberto Dutesco; 220 Pii | 2017-10-17 | 5311543 | PRINCIPAL |
| GUANGDONG AIKU E-COMM | 2021-07-20 | 6427936 | PRINCIPAL |
| Gulam Nasser (II 2017-06-13 | 2018-09-18 | 5563309 | PRINCIPAL |
| ECHL, INC. (CORPORATION; V | 2004-08-10 | 2872667 | PRINCIPAL |
| ATTRACTIONS IP, LLC (LIMITE | 1997-12-16 | 2121249 | PRINCIPAL |
| ATTRACTIONS IP, LLC (LIMITE | 1997-12-30 | 2125258 | PRINCIPAL |
| Tcherniavskaia, Natalia (INDI\ | 2019-11-05 | 5903177 | PRINCIPAL |
| Tcherniavskaia, Natalia (INDI\ | 2019-11-05 | 5903368 | PRINCIPAL |
| Puig, Yasiel (INDIVIDUAL; CUE | 2019-02-12 | 5673290 | PRINCIPAL |
| NATURE FORWARD, INC. (NO | 1997-07-01 | 2075712 | PRINCIPAL |
| Hangzhou Tanlink Technology | 2024-12-03 | 7586810 | PRINCIPAL |
| Jianye Deng (INDIVIDUAL; Chi | 2025-06-17 | 7833564 | PRINCIPAL |
| Wildvision Electronics Co., Lt | 2018-08-21 | 5547189 | PRINCIPAL |
| Mohammed, George (INDIVIDUAL; USA); 867 Wendt Terrace, Laguna | | | PRINCIPAL |
| Hangzhou Ceecool Outdoor Co.,Ltd. (limited company (ltd.); CHINA); | | | PRINCIPAL |
| pro & relux GmbH (GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (G | | | PRINCIPAL |

| | | | |
|---|---|---|---|
| Pujiang Kaihan Industry and Trade Co.,Ltd. (limited company (ltd.); C | | | PRINCIPAL |
| AJAB Investments, LLC (LIMIT | 2024-11-19 | 7573947 | PRINCIPAL |
| Shenzhen ji mei hu wai yong | 2017-12-12 | 5354577 | PRINCIPAL |
| Pen Wang (INDIVIDUAL; CHIN | 2023-05-02 | 7041421 | PRINCIPAL |
| BOB LITTER'S FUEL AND HEAT | 2012-09-04 | 4202072 | PRINCIPAL |
| Wild Bird Fund, Inc. (non-prof | 2023-02-21 | 6982762 | PRINCIPAL |
| WILDSHIP STUDIO LLC (LIMITI | 2022-12-13 | 6923270 | PRINCIPAL |
| Limited liability company "RW | 2023-04-04 | 7014509 | PRINCIPAL |
| GRAND HOTEL N 2022-11-21 | 2024-10-29 | 7546760 | PRINCIPAL |
| Crump, Yolanda J (INDIVIDUA | 2020-03-03 | 6003401 | PRINCIPAL |
| TWC Products Li 2018-02-02 | 2020-03-24 | 6015646 | PRINCIPAL |
| Kadoch, Laurie C. (INDIVIDUA | 2024-12-24 | 7626771 | PRINCIPAL |
| PLASWELL POLYMERS LLC (LII | 2021-03-16 | 6292310 | PRINCIPAL |
| SHENZHEN XIHUA YAQI TECH | 2025-07-08 | 7858694 | PRINCIPAL |
| DBA Twenty Four Wild; 404 W | 2020-08-25 | 6135170 | PRINCIPAL |
| DBA HarvestWild; 10939 Oak | 2021-01-26 | 6257895 | PRINCIPAL |
| GLENWILD COMMUNITY ASS | 2008-10-21 | 3518938 | PRINCIPAL |
| DBA Wonderwild; 767 N Shep | 2010-02-02 | 3744622 | PRINCIPAL |
| MUDDY GIRL HOLDINGS LLC ( | 2006-03-14 | 3067437 | PRINCIPAL |
| Moose Creative | 2023-09-19 | | PRINCIPAL |
| SHAOXING ELEPHANTWILD H | 2023-07-11 | 7105509 | PRINCIPAL |
| Xia Men Lie Teng Shang Mao | 2023-07-25 | 7121654 | PRINCIPAL |
| WildVoice Company, Inc. (CO | 2025-03-25 | 7735010 | PRINCIPAL |
| Spin Master Ltd. 2023-04-05 | 2025-06-10 | 7821880 | PRINCIPAL |
| Moose Creative | 2023-09-19 | | PRINCIPAL |
| AKA WILDWORKS, SMART BO | 2016-04-19 | 4943022 | PRINCIPAL |
| ARARAT AYAKKABI DERI TEKS | 2024-12-03 | 7583430 | PRINCIPAL |
| Xiamen Santouliubi Technolo | 2019-01-01 | 5642485 | PRINCIPAL |
| WILDLAB HOLDII 2021-10-07 | 2024-02-13 | 7301516 | PRINCIPAL |
| Evriholder Products, LLC (LIMITED LIABILITY COMPANY; Indiana, USA | | | PRINCIPAL |
| Zhang, Yihao (INDIVIDUAL; CH | 2024-04-23 | 7365439 | PRINCIPAL |
| Shenzhen Qianhai Sukada Te | 2021-11-02 | 6542594 | PRINCIPAL |
| Xia Men Lie Teng Shang Mao | 2023-07-25 | 7120627 | PRINCIPAL |
| GLENWILD COMMUNITY ASS | 2008-10-21 | 3518939 | PRINCIPAL |
| Nauck, Todd (INDIVIDUAL; US | 2006-10-17 | 3156835 | PRINCIPAL |
| ATTRACTIONS IP, LLC (LIMITE | 2002-10-08 | 2629625 | PRINCIPAL |
| Wildthings Snap-Ons LLC (LIMITED LIABILITY COMPANY; Ohio, USA); | | | PRINCIPAL |
| DBA Wildwoven; 1442 Ozette | 2025-01-28 | 7670927 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2024-03-05 | 7322988 | PRINCIPAL |
| Shenzhen Kublai Khan Outdo | 2023-05-23 | 7060561 | PRINCIPAL |
| Pantheon Studios, Inc. (CORPORATION; CALIFORNIA, USA); 21650 W | | | PRINCIPAL |
| Ngo, Van Thi Thuy (INDIVIDU | 2024-12-10 | 7596002 | PRINCIPAL |
| DBA Wild5Designs; 8656 Calh | 2019-06-04 | 5769137 | PRINCIPAL |
| Wild Bird Fund, Inc. (non-prof | 2021-11-09 | 6551818 | PRINCIPAL |
| DBA 4TheWild1s; 30003 S Lake Falls Cr, Spring, TEXAS 77386, UNITEL | | | PRINCIPAL |

| | | | |
|---|---|---|---|
| WILDPLAY LTD. (CORPORATIC | 2014-06-24 | 4554730 | PRINCIPAL |
| Wanderwild Family Retreats LLC (LIMITED LIABILITY COMPANY; NEW | | | PRINCIPAL |
| Wild Brain Entertainment, Inc. (CORPORATION; DELAWARE, USA); St | | | PRINCIPAL |
| Shanghai Guffey Information | 2022-07-12 | 6788676 | PRINCIPAL |
| Powerhouse Studios, Inc. (CO | 2008-07-22 | 3471140 | PRINCIPAL |
| WildPlay Element Parks (CORI | 2020-03-10 | 6009138 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2025-02-25 | 7706526 | PRINCIPAL |
| The National Wild Turkey Fed | 2020-05-12 | 6052453 | PRINCIPAL |
| RANIR, LLC (LIMITED LIABILIT` | 2005-11-15 | 3014610 | PRINCIPAL |