# Exhibit 20





# F2907-22: Changes to the ASTM Baby Sling Standard

August 23, 2022 / 3 minutes of reading



## Baby Carrier Industry Alliance Announces Changes to the ASTM Baby Sling Standards, effective November 19, 2022

YADKINVILLE, NORTH CAROLINA — On August 11, 2022, the US Consumer Product Safety Commission voted 4-1 to adopt the updated ASTM Infant Sling Standard, F2907-22, as the mandatory safety standard for baby sling carriers. The new requirements go into effect on November 19, 2022. "The key changes are to

WILDBIRD0003462

warning statements and the warning label format," says Kristi Hayes-Devlin, executive director of the Baby Carrier Industry Alliance. "The ASTM subcommittee has worked hard to begin harmonizing the standards, and the changes incorporate ANSI Z535, another industry standard that addresses safety labels."

The standard is not yet available to purchase from ASTM. However, the standard is publicly available for temporary public viewing. Changes are outlined within the public document.

## Key information for baby sling manufacturers

All baby slings sold in the US must be tested to the ASTM F2907 standard. All slings manufactured prior to November 19, 2022 can reference the current version of the standard, F2907-19.

However, on and after November 19, 2022, infant sling carriers must be tested in accordance with F2907-22. The updated standard requires changes to both sewn-in warning labels and printed warnings within the product literature.

## Rationale for the suggested effective date

Zachary Foster, CPSC, explained that the date of implementation is based on policies of the JPMA, a trade organization that represents many large companies within the juvenile product space. Although the CPSC did not codify the standard as law until August 11, the standard was published in May. "Six months from standard publication is the typical timeframe JMPA allows for juvenile products to meet new voluntary standard requirements . . . . Unless CPSC receives significant adverse comment within 30 days of publication in the federal register, the November 19 effective date will likely remain unchanged."

"We realized it can be confusing to navigate changes to safety standards," says Hayes-Devlin. "The Baby Carrier Industry Alliance exists to make it easier for our members to navigate product regulations. We're please to offer product labels and templates that are compliant with the ASTM standards, and new labels will be available to members soon."

## About the Baby Carrier Industry Alliance

The Baby Carrier Industry Alliance is a non-profit trade organization committed to advancing the baby carrier industry. We support manufacturers, retailers, educators and related organizations in their endeavors to bring quality carriers and education to caregivers. Resources include compliance checklists and support navigating and understanding international product safety regulations. Instagram: @babycarrierindustryalliance | https://babycarrierindustryalliance.org

###

View the Record of Commission Action (.pdf): https://www.babycarrierindustryalliance.org/wp-content/uploads/2023/01/2022-08-11-FINAL-RCA-ASTMs-Revised-Safety-Standard-for-Sling-Carriers.pdf

View F2907-22, the ASTM baby sling standard, with revisions (document is available to the public on a temporary basis)



Share this post

← Previous Post                                                                 Next Post →

**Download our FREE guide to US baby carrier compliance**

Email address

☐ I agree with the storage and handling of my data by this website. - Privacy Policy *

**SEND ME THE GUIDE!**



Supporting baby carrier innovation and babywearing professionals since 2010.

## Help and information

About Us
Contact Us
Privacy Policy
Terms and Conditions
Code of Conduct
Visible and Kissable® Trademark

## Quick Links

Member Dashboard
Board Room
Member Resources
Compliance Support
Discounts and Testing
Warning Labels & Cards

## Discover

Membership
Business Articles and Webinars
Business Classifieds
Directory
Research & Education
Events
Blog

Copyright © 2025 Baby Carrier Industry Alliance

