# Exhibit 24

North America

| Month | Shipping country | Orders | Gross sales | Discounts | Returns | Net sales | Shipping charges | Duties | Additional fees | Taxes | Total sales | Month (previous_period) | Orders (previous_period) | Gross sales (previous_period) | Discounts (previous_period) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2024 | United States | 3 | 390 | -390 | 0 | 0 | 33 | 0 | 0 | 0 | 33 | 11/1/2023 | 0 | 0 | 0 |
| 1/1/2025 | United States | 501 | 77136.75 | -40590.78 | -256.35 | 36289.62 | 3894 | 0 | 0 | 0 | 40183.62 | 12/1/2023 | 0 | 0 | 0 |
| 2/1/2025 | United States | 1080 | 127191.65 | -29634.89 | -960.3 | 96596.46 | 7130.26 | 0 | 0 | 6.98 | 103733.7 | 1/1/2024 | 0 | 0 | 0 |
| 3/1/2025 | United States | 1794 | 198698.55 | -44490.88 | -4497.79 | 149709.88 | 13554.44 | 0 | 0 | 41.09 | 163305.41 | 2/1/2024 | 0 | 0 | 0 |
| 4/1/2025 | United States | 1358 | 156115.99 | -43731.27 | -5352.66 | 107032.06 | 7069.14 | 0 | 0 | 2781.2 | 116882.4 | 3/1/2024 | 0 | 0 | 0 |
| 5/1/2025 | United States | 1375 | 165757.94 | -23785.39 | -5827.9 | 136144.65 | 1672.21 | 0 | 0 | 2986.3 | 140803.2 | 4/1/2024 | 0 | 0 | 0 |
| 6/1/2025 | United States | 1489 | 179980.51 | -19407.84 | -12269.91 | 148302.76 | 1717.47 | 0 | 0 | 3245 | 153265.27 | 5/1/2024 | 0 | 0 | 0 |
| 7/1/2025 | United States | 1715 | 206960.68 | -25460.09 | -10000.95 | 171499.64 | 3299.84 | 0 | 0 | 4209.6 | 179009.08 | 6/1/2024 | 0 | 0 | 0 |
| 8/1/2025 | United States | 278 | 32364.73 | -3181.1 | -413.92 | 28769.71 | 377.96 | 0 | 0 | 730.78 | 29878.45 | 7/1/2024 | 0 | 0 | 0 |
| 3/1/2025 | Mexico | 1 | 208 | -208 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2/1/2024 | 0 | 0 | 0 |
| 1/1/2025 | Canada | 5 | 578 | -406.3 | 0 | 171.7 | 18 | 0 | 0 | 0 | 189.7 | 12/1/2023 | 0 | 0 | 0 |
| 2/1/2025 | Canada | 3 | 350 | -136.65 | 0 | 213.35 | 0 | 0 | 0 | 0 | 213.35 | 1/1/2024 | 0 | 0 | 0 |
| 3/1/2025 | Canada | 7 | 1544 | -408.4 | 0 | 1135.6 | 30 | 0 | 0 | 0 | 1165.6 | 2/1/2024 | 0 | 0 | 0 |
| 4/1/2025 | Canada | 10 | 1274 | -1152.45 | 0 | 121.55 | 0 | 0 | 0 | 0 | 121.55 | 3/1/2024 | 0 | 0 | 0 |
| 5/1/2025 | Canada | 1 | 158 | -158 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4/1/2024 | 0 | 0 | 0 |
| 4/1/2025 | Australia | 1 | 119 | -119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3/1/2024 | 0 | 0 | 0 |
| 7/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6/1/2023 | 0 | 0 | 0 |
| 8/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7/1/2023 | 0 | 0 | 0 |
| 9/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8/1/2023 | 0 | 0 | 0 |
| 10/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9/1/2023 | 0 | 0 | 0 |
| 11/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10/1/2023 | 0 | 0 | 0 |

RIDE000487

North America

| Month | Shipping country | Returns (previous_ period) | Net sales (previous_ period) | Shipping charges (previous_ period) | Duties (previous_ period) | Additional fees (previous_ period) | Taxes (previous_ period) | Total sales (previous_ period) |
|---|---|---|---|---|---|---|---|---|
| 12/1/2024 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8/1/2025 | United States | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/1/2025 | Mexico | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1/1/2025 | Canada | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2/1/2025 | Canada | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/1/2025 | Canada | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4/1/2025 | Canada | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/1/2025 | Canada | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4/1/2025 | Australia | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11/1/2024 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

RIDE000487