# Exhibit 26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILDBIRD, LLC,

    Plaintiff,

v.

WILDRIDE B.V., and WILDRIDE USA CORP.,

    Defendants.

Case No. 1:25-cv-05993

**DECLARATION OF BRITT SCHOORL IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    I, Britt Schoorl, declare and state as follows:

    1.    I am the co-founder and Creative Director of Wildride B.V. and Wildride USA

Corp. (collectively, "Wildride"), the Defendants in this action. This declaration is based upon my

personal knowledge of the facts stated herein and my review of the documents and records

referenced herein. If called upon to do so, I am able to testify competently to the matters as stated

herein.

    2.    As Creative Director of Wildride, I am responsible for managing and overseeing

the brand's creative direction, including the conception, creation, design, development,

marketing, advertising, promotion, and launch of Wildride products worldwide.

**A.  The Concept Behind WILDRIDE and the WILDRIDE Toddler Carrier**

    3.    Wildride B.V. was founded in 2021 with the purpose of offering a smart, safe, and

fashionable product for young parents to carry their toddlers who have physically outgrown or

aged out of the traditional front or back baby carriers typically sold to young parents.

4.       In 2020, before Wildride's other co-founder, Joost Hultink, and I created the
WILDRIDE toddler carrier, we were each using homemade, makeshift solutions to carry our
toddlers around. Joost was using a surf strap hung diagonally over his shoulder to carry his child
on his hip. I, on the other hand, often carried my daughter around in a shopper bag. We thought
that surely there was a better way to carry our children around.

5.       In or around April 2021, inspired by adventures with our children and a desire for
a carrier which would allow us to carry our toddlers with us with ease and comfort, Joost and I
designed and created our flagship product—"the WILDRIDE toddler swing carrier."

6.       Our vision for Wildride has always been to create a reliable brand with a smart,
safe, and fashionable product for parents looking to take their "wild" children along for the ride
in a comfortable, quick, and easy way. Therefore, it was important that, in designing the
WILDRIDE toddler carrier, we created a product that allowed on-the-go parents to swiftly and
simply pick up their on-the-move toddlers.

7.       The WILDRIDE toddler carrier is SGS-certified (both ASTM and CEN/TR) and
consists of a fabric shell in which a child can sit comfortably and supported. The bucket is
attached to a wide strap, which is worn diagonally over the other shoulder with a soft shoulder
pad. For added convenience, that strap has a secure plastic buckle at chest height, which can be
easily opened and closed with one hand. The WILDRIDE toddler carrier has been exhaustively
tested by physiotherapists, occupational therapists, and industrial designers to ensure that the
design is suitable for children who can hold their head up and sit on their own, generally children
from nine months to four years of age or children weighing 18 to 44 lbs. Accordingly, the
WILDRIDE toddler carrier is not designed, marketed, or recommended for newborns, infants, or
babies.

8.      The WILDRIDE toddler carrier offers parents ergonomic and comfortable
carrying comfort in numerous stylish designs and fabrics with new designs added to the
collection every six months. The WILDRIDE toddler carrier is a unique carrier product because,
unlike front or back carriers, parents can interact with their child eye-to-eye when carrying them
at the hip, and see the same things together, making quality time with their little ones fun and
pain-free.



9.      The WILDRIDE toddler carrier has always been marketed as a "toddler carrier."
For example, the product pages on Wildride's website describe the toddler carrier as "The
Perfect Transition from Baby Carrier" and "[T]he ideal step up for parents who need a versatile,
easy-to-use option for their toddler," and includes a weight recommendation of 18 to 44 lbs. I
understand that Plaintiff contends that Wildride markets its product as a "baby carrier" on
Nordstrom's website, but this was a mistake by Nordstrom, that has since been corrected.

10.     The WILDRIDE name was originally born from the name of a children's clothing
brand that I created independently in 2019 called "Wildrose." When Wildride's other co-founder
approached me with the idea for a carrier suitable for toddlers, we were inspired by the
"Wildrose" name. Our kids often told us that being carried on our hips felt like swinging, and we
feel, as parents, that carrying a toddler anywhere is often a "wild ride." Children who are

walking, talking, and running around are more independent, lack inhibition, and full of "wild" energy, and a sense of adventure and exploration. Therefore, the combination of the words "wild" and "ride" felt like a perfect description of Wildride's product and the message we wanted to convey to Wildride's customers.

11.     Children are often described as "wild" which is why Wildride's marketing and branding elements, i.e., packaging, tags, and social media content, primarily emphasize the "ride" element to differentiate our brand from other wild-formative brands. For example, Wildride's product packaging displays the tagline "ENJOY THE RIDE!," its social media accounts use hashtags like #itsawildride and #toddlercarrier, and Wildride's blog regularly features adventurous parents using our toddler carrier in a series titled *A Wildride With.* Examples of such branding initiatives are attached hereto as **Exhibit 1.** A true and correct copy of Wildride's brand guidebook is attached hereto as **Exhibit 2**.

12.     Around the time Wildride chose the WILDRIDE trademark to represent our brand, I conducted a search of the Internet and social media to determine whether any other brands were already using WILDRIDE for a similar product.

13.     When you type "wild" into Instagram, many accounts populate the search results. When I conducted my search on Instagram, I only found one Instagram account using @wildride which appeared to be owned or operated by the TV personality, Steve-O. I did not see anyone using WILDRIDE for a similar product on Instagram at the time.

14.     Before adopting the WILDRIDE trademark, I was not aware of Plaintiff. I discovered Plaintiff much later in or around October 2024 on social media while working on social media marketing efforts. At no time did Wildride intend to trade off Plaintiff's products or purported goodwill, nor did Wildride make any trademark, design, or product choices based on

any of Plaintiff's trademark, design, or products. Simply put, Wildride has no intention of associating itself with Plaintiff's brand. I would have never imagined that Plaintiff would bring a lawsuit, because the overall commercial impression of our trademarks, products, and designs is clearly different from Plaintiff in my view.

15.    I have reviewed Plaintiff's offerings as shown in its preliminary injunction motion. Plaintiff does not appear to offer any carriers similar to the WILDRIDE toddler carrier. Plaintiff's offerings appear to include traditional front and back carriers and a wrap carrier, none of which are hip or sling carriers like the WILDRIDE toddler carrier. Further, unlike Plaintiff, Wildride does not market its products as baby products, does not recommend that its carrier be used with any child under 9 months old, and does not use any type of "bird"-focused branding.

16.    In addition to the WILDRIDE trademark, Wildride uses its logo, a stylized cheetah head. Wildride adopted this logo because cheetahs are commonly understood as wild animals, but are also kid-friendly, cool, and bold.



17.    Wildride's cheetah logo is used on most, if not all, of the brand's social media accounts, marketing and product packaging, often appearing alongside the tagline, "THE TODDLER SWING CARRIER," which we include to convey to consumers that we are a toddler company. The cheetah logo also appears on the product itself—either on the strap of the toddler carrier immediately next to the WILDRIDE trademark or as a standalone tag.

18.     Wildride offers products other than the toddler carrier under the WILDRIDE trademark which also align with our wild and adventure themes, such as our leopard-print scarf and sunglasses for "bold little explorers." True and correct copies of product pages are attached hereto as **Exhibit 3**.

19.     Wildride's target demographic includes young parents with active lifestyles—whether they are heading to the beach, hiking mountains, exploring museums, or navigating busy city streets—and toddlers aged 9 months to 4 years old.

20.     Wildride is a premium brand offering a product to customers who are highly discerning and focused on the safety, practicality, functionality, and aesthetics of products they are purchasing for themselves, but especially for their child. The retail price for our toddler carrier range from 132 to over 500 USD.

21.     Wildride regularly receives five-star reviews on the toddler carrier from purchasers. Wildride does receive customer complaints like any company, but they are few and far between, and typically concern things like the texture or "feel" of the fabric.

**B.  Wildride's Extensive Intellectual Property Rights**

22.     In an effort to protect the brand and goodwill that Wildride has been steadily building since 2021, Wildride has prioritized securing trademark rights in every country where it sells its toddler carrier.

23.     On August 19, 2021, Wildride filed Registration No. 018536206 for the stylized mark, , in International Classes 18, 25, and 35 in the European Union Intellectual Property Office (EUIPO) which matured to registration on January 12, 2022.

24.     The WILDRIDE toddler carrier product design is protected under a Registered Community Design (RCD) No. 015010565-0001, registered with the EUIPO on February 3,

2023. The registration provides design right protection for the WILDRIDE toddler carrier throughout all 27 EU Member States.

25.     On May 12, 2023, Wildride filed International Registration No. 1743929 for the WILDRIDE trademark in International Classes 18, 24, 25, 35 in 54 countries.

26.     Wildride has since secured registrations for the WILDRIDE trademark in over 30 countries, including without limitation Australia, Bonaire, Sint Eustatius and Saba, Bosnia and Herzegovina, Chile, China, Colombia, Curaçao, Egypt, Indonesia, Iran, Japan, Liechtenstein, Malaysia, Mexico, Montenegro, Morocco, New Zealand, North Macedonia, Norway, Philippines, South Korea, Russia, San Marino, Serbia, Singapore, Sint Maarten, Slovenia, Switzerland, Türkiye, United Arab Emirates, United Kingdom, Vietnam.

27.     Wildride extended International Registration No. 1743929 to the U.S. with a priority filing date of May 12, 2023, which is filed with the United States Patent and Trademark Office (USPTO) as U.S. Application Serial No. 79375825.

28.     On April 15, 2024, Wildride filed Registration No. 019013984 for the stylized mark, , in International Class 18 in the EUIPO which matured to registration August 13, 2024.

29.     Wildride filed an additional trademark application directly with the USPTO over a year before this lawsuit was filed, on May 20, 2024, under U.S. Application Serial No. 98558373 for the WILDRIDE trademark in International Class 18 with a date of first use in U.S. commerce of June 18, 2021.

30.     Notably, the USPTO did not cite Plaintiff's U.S. Application Serial No. 98463953 for WILDBIRD against Wildride's U.S. Serial No. 98558373 for a likelihood of confusion. This

was the case even though Plaintiff had filed its trademark application for WILDBIRD only two months earlier, on March 22, 2024.

**C.  Wildride's Use of the WILDRIDE Trademark in the United States**

31.     Since June 2021, consumers from around the world could purchase the WILDRIDE-branded toddler carrier online through its wildridecarrier.com website.

32.     Wildride has offered its toddler carrier under the WILDRIDE trademark in the United States since June 18, 2021.

33.     To date, Wildride's toddler carrier has been sold in over 5,000 stores across more than 90 countries, ranging from luxury department stores to online retailers and specialty boutiques.

34.     Wildride first started offering the WILDRIDE toddler carrier as a direct-to-consumer product, but in recent years, particularly as a result of rapidly increasing demand for the toddler carrier in the U.S., Wildride has ramped up its business-to-business operations.

35.     Since well before this lawsuit, in or around September 2024, Wildride began offering its WILDRIDE toddler carrier in boutique brick-and-mortar retail stores, through the Brixy network of independently owned and operated baby stores in the U.S. There are approximately seven Brixy retailers in the U.S. that currently sell Wildride toddler carriers.

36.     In or around February 2025, Wildride began selling its WILDRIDE-branded toddler carrier in Nordstrom.

37.     In or around May 2025, Wildride entered into discussions with Target to carry WILDRIDE-branded toddler carriers in stores. Those discussions culminated in an arrangement whereby Target is expected to begin carrying WILDRIDE-branded toddler carriers in hundreds of Target stores by March 2026.

38.     Wildride also regularly attends and exhibits at business-to-business exhibitions, trade shows and retailer/buyer showcases such as ABC Kids Expo, Kind + Jugend, and Nordstrom brand showcases, all of which are major business-to-business events focused on connecting juvenile product brands with retailers, distributors, and other trade professionals.

39.     Over the past five years, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

### D. Wildride's Advertising and Marketing of the WILDRIDE Toddler Carrier

40.     Wildride's social media presence is vital to the success and growth of the brand worldwide. Wildride utilizes its social media accounts primarily for its global marketing of the WILDRIDE toddler carrier.

41.     Since 2021, Wildride has advertised and promoted its brand on social media. This includes @wildride_official, @wildrideuk, @wildride_czsk, @wildride_nordics, @wildride_pl, @wildride_southafrica, @wildride_sea, @wildrideofficial_tw, @wildride_latam, and @wildride_japan (on Instagram); @wildridecarrier and @wildrideuk (on Tik Tok); and Wildride and Wildride UK (on Facebook). Collectively, among all of its accounts, Wildride has hundreds of thousands of followers on social media.

42.     Wildride's Instagram accounts share the WILDRIDE trademark as the dominant portion of the handle, have identical icons, and contain similar posts, all of the foregoing creating a cohesive look and feel and strong online presence.

43.     Wildride currently works with thousands of influencers worldwide, who have a combined millions of social media followers, to promote the WILDRIDE-branded toddler carriers. Wildride has engaged in influencer marketing in the U.S. since as early as November 9,

2021 when it gifted its first WILDRIDE-branded toddler carrier to a U.S. social media influencer.

44.     In 2023, after engaging with U.S. social media influencers and promoting the WILDRIDE toddler carrier on social media for years, several of Wildride's Instagram videos went viral with tens of millions of views on each video. As a result, Wildride saw an immediate response and uptick in demand for WILDRIDE toddler carriers from U.S. consumers.

45.     Due to the increasing demand for WILDRIDE-branded toddler carriers in the U.S. over the past five years, we formally incorporated a separate entity, Wildride USA Corp. ("Wildride USA"), in Delaware in January 2024 to establish a physical presence in the U.S., formally legitimizing the presence that we had already built in the U.S. since 2021.

46.     In or around December 2024, Wildride activated the us.wildridecarrier.com subdomain of its wildridecarrier.com website, which would provide faster shipping and no import duties or fees for U.S. consumers. For all intents and purposes, us.wildridecarrier.com is the same website as wildridecarrier.com, which has been accessible to U.S. customers and used to make orders into the U.S. for years. The addition of the us. subdomain, however, helps Wildride on the back end for shipping, stocking, and warehousing purposes, given that Wildride also established a U.S.-based warehouse in 2024 as well.

### E.  Wildride Has Not Experienced Any Instances of Confusion with Plaintiff

47.     In the past five years, Wildride has not experienced instances in which @wildride_official, or Wildride's other Instagram accounts, were tagged in a post or story showing the Plaintiff's product.

48.     In the past five years, Wildride has not experienced any instances of actual consumer confusion with Plaintiff. To the contrary, Wildride has received numerous inquiries

from those interested in marketing for Wildride, who have in fact listed Wildbird as one of the brands (among other brands) that they worked with in the past. Similarly, major U.S. retailers, like Nordstrom and Target, have either already begun or will begin selling the WILDRIDE toddler carrier in its online and brick-and-mortar stores. To us, this suggests that retailers, marketers, and influencers are well aware that Wildbird is a different brand from Wildride, and, given their interest in working with both companies (among others), have no doubt that the two brands can each exist independent from one another. Attached as **Exhibit 4** are true and correct copies of customer service inquiries we have received from such marketers.

49.     In the past five years, I am not aware of any instance in which someone has reached out to Wildride asking if it was Plaintiff, any instance in which someone has reached out to purchase a Wildride product believing it to be a Wildbird product, or any instance in which somebody has reached out to complain to Wildride about a Wildbird product that they purchased. Upon reasonable inquiry, no one else at Wildride is aware of any such instances.

50.     In May 2025, Wildride attended the ABC Kids Expo in Las Vegas, Nevada which is an annual trade show for the juvenile products industry. The event is specifically for business-to-business relationship building where manufacturers, retailers, distributors, and industry professionals can connect to showcase and discover the latest juvenile products. This is not an event targeting end-customers.

51.     I have reviewed Plaintiff's account of what it claims it experienced at the ABC Kids Expo. Wildride did not see or interact with Plaintiff at the ABC Kids Expo.  Wildride did not have any interactions at the event related to Plaintiff—that is, no one asked if Wildride was related to or affiliated with Plaintiff. It was clear to me that the third parties we interacted with

were not confused about the fact that we were Wildride, not the Plaintiff. At no point did anyone at the showcase come up to our booth and call us "Wildbird."

52.     In June 2025, Wildride also attended a showcase at Nordstrom in Seattle, Washington which was an intimate gathering of at most 10 brands and Nordstrom buyers. I have also reviewed Plaintiff's account of what it claims it experienced at the Nordstrom showcase. Again, Wildride did not interact with Plaintiff at the showcase. Wildride did not experience any confusion at the showcase, and at no point did any of Nordstrom's buyers come up to our booth and call us "Wildbird." The lack of confusion specifically amongst Nordstrom buyers (who are not our end-customers) is evident by the very fact that (i) Nordstrom willingly carries both Wildride's and Plaintiff's products, and (ii) Nordstrom invited both Wildride and Plaintiff to exhibit at the same showcase.

### F.  Wildride Would Suffer Extreme Hardship if Plaintiff's Injunction is Granted

53.     Wildride, through its well-established and long-standing trademark rights and use around the world, has cemented itself as a global brand with substantial goodwill.

54.     An injunction that prevents Wildride from using its WILDRIDE trademark in connection with its toddler carrier would wreak serious, irreparable harm. Wildride has invested millions of euros into building its brand. Contrary to Plaintiff's contention, Wildride is a globally established brand—not a knock-off company or newcomer to the U.S. market. Over the past five years, Wildride has built a strong global following through extensive marketing and advertising of the toddler carrier under the WILDRIDE trademark which has resulted in substantial goodwill and consumer recognition.

55.     With every intention to lawfully establish itself as a global brand, Wildride has taken substantial steps and invested in securing valid trademark and design rights for the

WILDRIDE trademark and the toddler carrier design around the world, including the U.S. Further, Wildride has invested significant time and resources into building meaningful relationships with U.S. retailers through traveling to attend U.S. exhibitions and trade shows to meet with retailers and buyers—relationships which are likely to become soured or attenuated by a sudden halt in production or distribution and a forced rebrand. It even incorporated Wildride USA in the U.S., almost two years ago, to further cement the enormous investments Wildride had already made in the U.S. market.

56.     Wildride's success in the U.S. is a direct result of the foregoing efforts to establish itself as a recognizable and independent brand with a unique product and commercial impression. At this stage, it would be prohibitively expensive, time-consuming, and burdensome if Wildride were forced to undo all of the growth and success it has had under the WILDRIDE name for the past five years.

57.     Beyond the harm of lost investment, Wildride would also suffer from lost sales, possible loss of customers, reputational damage, harm to Wildride's brand, significant costs associated with rebranding, and costs associated with lost media and social media purchases. An injunction which prevents Wildride from using its trademark in connection with its toddler carrier in the U.S. while Wildride continues to use its trademark everywhere else in the world would create an impossible situation for Wildride, and a confusing situation for Wildride's consumers.

58.     Consumers in the U.S. and around the world already recognize the brand "Wildride" as the single source of Wildride's toddler carrier. So an injunction which requires Wildride to sell the same product under two different brand names would create confusion among consumers on a mass scale given Wildride's global presence, fundamentally affecting

Wildride's rights and goodwill abroad. Wildride's marketing and advertising efforts are dependent on its social media influencer relationships and its social media accounts, which all share the WILDRIDE trademark in their names. Because social media is global, Wildride's reach on these platforms is not siloed to just Wildride's U.S. consumers.

59.     If enjoined, Wildride would have to create an entirely new brand segmented at just the U.S. market, and secure new social media handles—of which there is no guarantee—which will undoubtedly cause confusion in their consumers all over the world, not just the U.S. Because consumers already identify the brand "Wildride" as the source of its toddler carrier, changing the name now would create unnecessary confusion and therefore harm innocent consumers.

60.     Further, if Wildride is enjoined from using its trademark in the U.S. now but ultimately wins this lawsuit, then Wildride would have to change its name now, just to change it back later—which not only multiplies the inevitable consumer confusion but would further cause significant damage to Wildride's brand and reputation.

61.     Moreover, Plaintiff's preliminary injunction motion calls for payment of profits to Plaintiff, destruction of product, and attorneys' fees, all of which would leave Wildride without sufficient funds to rebrand itself, adding insult to injury should Wildride be enjoined from using its trademark in the U.S.

62.     On the evening of Friday, July 18, 2025, Wildride received an email from Plaintiff's CEO, Nate Gunn apprising Wildride for the first time that Plaintiff was asserting its trademark rights against us. This was a surprise, because, as noted, we have already been in the U.S. market for years without any issue, and have never experienced any instance of actual confusion. Nor do I believe the parties' marks, products, or branding are confusingly similar.

63.     On Tuesday, July 22, 2025, when I spoke to Mr. Gunn about his email, I understood that Plaintiff had already filed a lawsuit in the U.S. We did not have a chance to have a meaningful conversation with Mr. Gunn before Plaintiff filed suit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 3, 2025 in Haarlem, Netherlands.

_____

Britt Schoorl

# Exhibit 1





THE ULTIMATE FOLLOW UP
TO THE BELLY CARRIER

FROM 9 MONTHS -
4 YEARS (max 20kg)

Watch the
How to use

HOW TO USE

ENJOY THE RIDE

HOLIDAY ESSENTIAL

WILDRIDE

'THE TODDLER SWING CARRIER'

WILDRIDECARRIER.COM

RIDE000143



**THE TODDLER SWING CARRIER**

#itsawildride
#enjoytheride

CONFIDENTIAL - ATTORNEY'S EYES ONLY



**WILDRIDE**

'the toddler swing carrier'

ENJOY THE RIDE!

WWW.WILDRIDECARRIER.COM

Wildride BV
Donkere Spaarne 44
2011 JH Haarlem
The Netherlands

Wildride USA Corp
228 East 45th Street, Suite 9E
New York, NY 10017
United States of America

Wildride Toddler Carrier 87102

CONFIDENTIAL - ATTORNEY'S EYES ONLY

https://us.wildridecarrier.com/blogs/blog/a-wildride-with-berdi-schouten
August 7, 2025 at 12:27 PM EDT



US ORDERS SHIP LOCALLY. NO IMPORT DUTIES

# WILDRIDE

HOME   SHOP ˅   LEARN ˅   SEEN ON   BLOG

ENGLISH ˅   UNITED STATES (USD $) ˅   LOGIN

Home   Blog   A Wildride With Berdi Schouten

JUN 19, 2025

# A Wildride With Berdi Schouten

Berdi Kramers is a mother of two, a creative thinker, and a quiet force behind the scenes at Wildride. Her days unfold somewhere between the real and the imaginative — parenting moments captured through her lens, long walks without a plan, and a belief that nature has the power to ground both parent and child.

Before joining the Wildride team, Berdi was already living the spirit of it. What began with one summer and a carrier turned into something more lasting: a way of moving through motherhood with freedom, humour and a touch of strategy.

We spoke with her about bedtime rituals, parenting surprises, and the small moments that matter most.



*Tell us a bit about yourself.*

I'm Berdi. I'm a mom to Billy (7) and Jack (4), a content creator, a horse lover, and now part of the Wildride team. It still feels a little surreal. I've always loved sharing the mess and the magic of family life, mostly through photos and small observations.

Being outside is important to us. It clears my head and resets the energy when the house gets too loud. At Wildride, I get to encourage other parents to do the same — to get out, explore, and not worry too much about perfection. It fits how I live and how I parent.



## To get out, explore, and not

RIDE000107

# worry too much about perfection.

*What adventure made you fall in love with Wildride?*

We spent a long summer in Spain, and bringing the Wildride carrier turned out to be a game changer for us. Walks with the dog, strolls along the beach, bumpy trails. I didn't have to think about bringing a stroller. I packed it last minute, not knowing how often we'd use it, but it turned out to be essential.

When little legs got tired, I had the perfect solution. I started creating content of Jack and me using the carrier, just to show how happy we were with it. That joy turned into something bigger.

**From user to team. It happened quite naturally.** Now I get to share a product I truly believe in and help other parents discover how much easier and more fun outings can be with a Wildride.

**Now that's what I call a wild ride.**



*What's the last thing your child said that made you laugh?*

At the petting zoo, Jack saw a goat with a little tag on its ear. He looked up at me, completely serious, and asked,
"Can we please buy this one?"

I had to pause for a second before answering because honestly, I was tempted.

*What surprised you most about parenthood?*

One moment you're calmly drinking coffee, and the next you're standing there, speechless, because your child just asked,
"So… when exactly am I getting my horse?"

She had already announced it to everyone, from the neighbours to her teacher.

And then suddenly, you catch yourself saying things exactly like your own mom did. Phrases like "We're not made of money" and "This is not a restaurant," but also "Because I said so," "I'm not mad, I'm disappointed," and "We're leaving in five minutes" for the 37th time, without even realising it.

*What's your go-to trick for bedtime?*

I let the kids sleep together in one big bed. It saves me a whole lot of hassle. It starts as a bedtime routine with a story, a little song, the usual rhythm. But if that fails and they suddenly aren't tired anymore, I just climb in between them.

It's the comfiest bed in the house anyway, so I end up getting my sleep too. **Honestly, it's less parenting and more strategic co-sleeping.**

*What grounds you most in everyday parenting?*

**Knowing that not everything needs to be solved right away.** That it's okay to pause, to not have the answer. I try to give the kids space to feel things, even if it's loud or messy.

And I remind myself that humor fixes more than control ever does.

Through simple rituals and spontaneous detours, Berdi brings calm into the everyday chaos of family life. Her story is a reminder that there is no one right way to parent — only the one that feels true to you, with room for laughter, creativity and a few good naps along the way.

RIDE000108



## MORE BLOG POSTS

View all posts



JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more



JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more



JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more



JUNE 18 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

**SUPPORT**
Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service

**LEARN**
Find your answers
Our story
How to use
Certifications
Product Registration

**SHOP**
All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

**NEWSLETTER**
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

I agree to receiving marketing emails and

**FOLLOW US ON SOCIAL**
 Facebook
Instagram
TikTok

RIDE000109



Contact

Manual

Special deals

English

United States (USD $)

© 2025 Wildride USA, All rights reserved. Powered by Shopify

♡ Follow on shop

RIDE000110

https://us.wildridecarrier.com/blogs/blog/a-wildride-with-britt-schoorl    August 7, 2025 at 12:26 PM EDT

ⓧ ORDERED ON WEEKDAYS BEFORE 12 PM (EST).
SAME DAY

**WILDRIDE**

HOME    SHOP ˅    LEARN ˅    SEEN ON    BLOG    ENGLISH ˅    UNITED STATES (USD $) ˅    LOGIN    🔍    

Home    Blog    A Wildride With Britt Schoorl

JUL 31, 2025

# A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by fields, quiet roads, and room to breathe. For Britt, freedom isn't just an idea – it's the feeling of driving her Jeep with the roof off, wind in her hair, and her girls laughing in the backseat.

As the founder of Wildride, she's woven her personal journey of motherhood into a brand that helps other parents move through their own with more ease, joy, and spontaneity. In this edition of *A Wildride With*, Britt shares how she finds adventure in the everyday, what freedom means to her, and why she believes parenting doesn't have to be perfect to be beautiful.



*Tell us a bit about yourself.*

I'm Britt – mama to Marley and Vivienne, founder of Wildride, and someone who feels most alive when I'm outdoors. **I love living in the countryside; it gives me space to think, slow down, and really be present with my girls,** without all the noise.

To me, freedom means being able to pack up the Jeep and just go – no plan, just the open road, a sunset, or a spontaneous ice cream stop. It's those little adventures that make me feel alive and grateful.



## "Freedom doesn't have to be

RIDE000112

far away — sometimes it's just an open road, the wind in your hair, and your kids laughing in the backseat."

My husband's an entrepreneur too, so naturally, business is a part of our conversations. We share ideas, challenge each other, and we both learn from how the other sees things. That's a big part of what makes our connection strong. But we also know when to put it aside. **At home, it's about being present. It's about the girls. It's about us.** And that balance — between growing in business and protecting the quiet, steady space of our family — is what we value most.

**With Wildride, I wanted to create something that gave other parents that same sense of freedom — to carry your child, move through motherhood, and still feel like yourself.**

*What was your wildride?*

There have been many, but honestly, starting Wildride while raising two little girls has been my wildest ride so far.

We had just launched the brand when I found out I was pregnant with Marley. I was still working as Head of Design at a fashion brand and constantly nauseous. I honestly don't know how I managed — working full-time, then heading to my parents' printing company in the evenings to pack orders. It was rough. That first year of building a brand while raising a baby and a toddler taught me so much — it's the hardest part, but once you push through, the challenges just change.

When we stepped into Wildride full-time, things started to flow. I'm so proud of the energy we've built — our team is a beautiful mix of people, full of creativity and drive. I truly *love* to work, and every day I feel lucky to wake up and do what I love.

**Motherhood itself is the ultimate wild ride** — the laughter, the meltdowns, the quiet cuddles, all in between Instagram virals, production calls, and endless emails. But **I've learned to embrace the chaos, to find balance, and to keep coming back to what matters most.**

My husband is my anchor. He keeps our home steady, making sure that work never overtakes family. Together, we've created a space where our girls feel safe, free, and loved.

Vivienne is so much like me — serious, thoughtful, with a heart of gold. She's smart, always looking out for others, and her dance moves are the best. I see her strengths and also her vulnerabilities — because I recognize them in myself.

Marley, on the other hand, is my little spirit animal. She doesn't take life too seriously. Her one-liners are legendary — I'll never forget her walking in at just three years old and saying, "Hi guys! Alles chill hier?" She's a natural cool girl who loves a party and brings so much light to our lives.

**And my top parenting food trick? Make it look fun.** Add some color — carrots next to broccoli, laid out nicely — and they're happy to start eating.



RIDE000113

**What's your favorite way to make mealtime more fun?**

With just a bit of creativity, even the simplest meals can turn into little parties on a plate. It doesn't have to be fancy – just fun! A silly face here, a surprising shape there, and suddenly your kid is actually excited to eat. Rice in a coffee cup? Yep! Turn it over and *voilà* – a perfect rice dome. Add little carrot "hairs" and you've got yourself a cheerful dinner buddy.

**Do you have a special trick to comfort your kids when you're not around?**

If my kids miss me, I always tuck a happy photo in their bag.
Sometimes it's a sweet picture of the sisters together, other times one of me with my own mom from way back. A little reminder of love.

Britt's story is not one of chasing balance but of creating it. She chooses to let her family and her work grow alongside each other, never at the expense of the other, always with a deep sense of gratitude for what it means to build something that matters. With Wildride, Britt has taken that belief and turned it into something tangible, a way for other parents to stay connected to who they are while carrying their children close, moving together, and finding beauty in the simplest of days. It's a quiet kind of strength, shaped not by doing everything, but by staying true to what feels right.

## MORE BLOG POSTS

View all posts



JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more



JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more



JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more



JUNE 18 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

**SUPPORT**
Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy

**LEARN**
Find your answers
Our story
How to use
Certifications

**SHOP**
All products
Toddler carriers
Accessories
Accessibility Statement

**NEWSLETTER**
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

**FOLLOW US ON SOCIAL**
Facebook
Instagram
TikTok

RIDE000114



Terms of Service

Contact

Product Registration

Manual

Accessibility Improvement

☐ I agree to receiving marketing emails and special deals

English ⌄

United States (USD $) ⌄

© 2025 Wildride USA, All rights reserved. Powered by Shopify

♡ Follow on shop

RIDE000115

Case 1:25-cv-05933-MLC    Document 70-24    Filed 10/07/25    Page 30 of 46

US ORDERS SHIP LOCALLY. NO IMPORT DUTIES

# WILDRIDE

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG        ENGLISH ⌄    UNITED STATES (USD $) ⌄    LOGIN    🔍    

Home    Blog    A Wildride With Floortje Schuurman

JUL 03, 2025

# A Wildride With Floortje Schuurman

Floortje Schuurman is a mother, maker, and thoughtful soul. At 35, she shares her days with four young boys and her husband, in a home where life rarely stands still. Her hands are often full with a skein of yarn, a toddler reaching up, or a snack passed across the room. Still, there is a quiet clarity in the way she moves through it all.

In this edition of *A Wildride With*, she offers a glimpse into her world. A life shaped not by big milestones but by the gentle repetition of care, craft, and presence.



RIDE000117

*Tell us a bit about yourself.*

My name is Floortje. I am mothering my 4 boys Lev (7), Ziggy (5), King (2) and Isaiah (0) together with my loving husband Tom. Interwoven with my daily life with the kids is my business of designing and making clothing.

The main reason why I am able to stay relatively calm and peaceful with my boys is because I can combine my family life so well with my creativity. I always have some sort of crochet/knitting project at hand which instantly gives me so much joy and peace.

*What was your wildride?*

I already started to write down all our adventures, that on paper might seem pretty wild, but honestly, my wildest ride turns out to be finding happiness in the daily grind. The getting up every morning with the instant chaos of all these kids, the un-specialness of school runs, laundry, groceries, cooking and cleaning. The feeling of an absolute win when I realize I haven't forgotten anything at home before going to the playground, but also the never ending creative solutions when I did forget something. The being able to still laugh so much with my partner. The deep appreciation for those short moments in the evening when the house is tidied up and quiet again after another day of chaos. Daily grind has definitely been made easy by being able to put the kids in a carrier and having my hands free: think last-minute grocery shopping with hungry, tired and thus whining kids and thank God being able to put the lying-on-the-floor-screaming toddler in a Wildride.

## ″
## My wildest ride turns out to be finding happiness in the daily grind.




*What surprised you most about parenthood?*

What most surprises me at the moment is how I experience having four kids, including a newborn, as so

RIDE000118

much easier as the time where I had only one baby. **I think it has a lot to do with having more experience and not feeling so overwhelmed with the 'newness' of everything.** I also felt so crippled by the fear to damage or traumatize my baby, now I realize they will most probably get their own share of trauma to deal with and this is not something I can control as much as I would like to believe.

*What's in your bag?*

I don't leave the house without a knitting or crochet project. A sunscreen from Tallow, which I also use as my regular face cream and I apply regularly during the day when I am outside a lot. My concealer from Charlotte Tilbury, together with an eyebrow pencil, this is the only make-up I regularly wear and I often don't mind a touch up during the day. There are always some lego pieces or other small kids' toys scattered through my bag. My hair brush.

*What's your best lifehack for kids?*

I do my best to make it my main priority to be happy and connected with myself. If I notice I start trying to control the kids to make myself feel better or more at ease, I know it's time for me to start going inward. Which is not always easy, so full disclosure, there is always Buurman & Buurman as a good last resort to momentarily escape any type of madness, haha.

*If you could give one piece of advice to a new parent, what would it be?*

Don't buy into all the feelings of guilt or trying to be perfect. **Ultimately what's best for our kids is for us to just be happy with ourselves.** Feeling guilty and not feeling good enough are exactly things that stand in the way of us feeling at peace and content.

---

Parenthood rarely unfolds in big, defining moments. More often, it's built from repetition, adjustment, and the quiet tasks that fill a day. A soft pause after a noisy afternoon. A small project returned to between meals. A child soothed by something familiar. These are the quiet details that shape a family. Sometimes, that's the heart of the wild ride.



## MORE BLOG POSTS

View all posts






RIDE000119



JULY 31 2025

## A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more

JULY 03 2025

## A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more

JUNE 19 2025

## A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more

JUNE 18 2025

## 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

### SUPPORT
Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service
Contact

### LEARN
Find your answers
Our story
How to use
Certifications
Product Registration
Manual

### SHOP
All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

### NEWSLETTER
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and special deals

### FOLLOW US ON SOCIAL
○ Facebook
○ Instagram
○ TikTok

English ⌄    United States (USD $) ⌄

© 2025 Wildride USA, All rights reserved. Powered by Shopify

♡ Follow on shop

# Exhibit    to Schoorl Decl. Provisionally Filed Under Seal

# Exhibit

https://us.wildridecarrier.com/collections/accessories/products/green-leo-sunnies September 21, 2025 at 8:02 PM EDT

‹ ⏱ ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY ›

# WILDRIDE

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG

ENGLISH ⌄    UNITED STATES (USD $) ⌄    LOGIN    🔍    🛍 0

Home / Shop / Accessories / Green Leo Sunnies







## GREEN LEO SUNNIES

**$25.00**

☆☆☆☆☆  0 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY

✓ FREE SHIPPING ON ALL ORDERS FROM $100.00

● In stock

● US ORDERS SHIP LOCALLY. NO IMPORT DUTIES.

| ADD TO CART |
| --- |

| Buy with **shop** |
| --- |

More payment options

Pay over time for orders over **$35.00** with shop Pay  Learn more

     


OFTEN BOUGHT TOGETHER

 MESH BEACH BAG
$25.00
QUICK VIEW

Sun's out? Adventure on.

Our Green Leo sunglasses are made for bold little explorers. With a playful leopard-print top and soft green finish, they're as stylish as they are sturdy. The round lenses offer 100% UV protection, while the lightweight fit keeps things comfy all day long.

*Perfect for sunny days, wild rides, and everything in between.*

SHIPPING & DELIVERY                                          +





**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

## FAQ

What payment methods can I use?                                          +

How long does it take to receive my order?                               +

What are your shipping rates?                                            +

Do you offer refunds?                                                    +

How to (partially) return my order?                                     +

## RECENTLY VIEWED



MESH BEACH BAG
$25.00



TODDLER CARRIER LEOPARD PRINT BROWN
$119.00



TODDLER CARRIER COFFEE
$109.00



PREMIUM SLIDE ON BAG
$39.00

## YOU MAY ALSO LIKE



TODDLER CARRIER BEIGE
$109.00



TODDLER CARRIER LEOPARD PRINT GREY
$119.00



TODDLER CARRIER CAMEL LINEN
$109.00



TODDLER CARRIER GREEN GRAPHIC
$179.00

CUSTOMER REVIEWS



We're looking for stars!

Let us know what you think

Be the first to write a review!



**SUPPORT**

Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service
Contact
Your privacy choices

**LEARN**

Find your answers
Our story
How to use
Certifications
Product Registration
Manual

**SHOP**

All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

**NEWSLETTER**

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and special deals

**FOLLOW US ON SOCIAL**

Facebook
Instagram
TikTok

English ⌄    United States (USD $) ⌄

© 2025 Wildride USA. All rights reserved. Powered by Shopify

♡ Follow on shop

https://wildridecarrier.com/products/leo-scarf                                    September 21, 2025 at 8:01 PM EDT



‹  ⓘ  FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90  ›

# WILDRIDE

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG          ENGLISH ⌄    NETHERLANDS (EUR €) ⌄    LOGIN    🔍    🛍 

Home    Leopard Scarf



## LEOPARD SCARF

€19,00

★★★★★  3 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 4 PM, SHIPPED THE SAME DAY

✓ FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90

● In stock

| ADD TO CART |
| :---: |

| Buy with shop |
| :---: |

More payment options

OFTEN BOUGHT TOGETHER

TODDLER CARRIER BLACK
€79,00
QUICK VIEW

SLIDE ON BAG
€19,00
QUICK VIEW

Enhance your Wildride carrier with this versatile scarf, doubling as a fashion accessory and practical tool for various purposes like wiping spills or keeping your little one warm. Upgrade your adventures with style and functionality! 🦩✨ #WildrideEssentials

PRODUCT DETAILS                                          +

SHIPPING & DELIVERY                                      +






  

**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

# FAQ

What payment methods can I use?                          +

How long does it take to receive my order?              +

What are your shipping rates?                            +

Do you offer refunds?                                    +

How to (partially) return my order?                      +

## YOU MAY ALSO LIKE




BLOCKED SCARF
€19,00



**NEW IN!**

PREMIUM SLIDE ON BAG
€24,00



SLIDE ON BAG
€19,00



TODDLER CARRIER CAMEL LINEN
€89,00

## CUSTOMER REVIEWS

5 
Based on 3 reviews

| | | |
|---|---|---|
| 5 ★ | ▬▬▬▬▬ | 3 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

Write A Review

Q  Rating ▾   With media ○

Sort by: Highest rating ▾

 Julian A.
Verified Buyer

★★★★★ Perfect product

26/12/24

Perfect product



Store Owner
Hi Julian! Thank you so much for your review 💗 Enjoy your Wildride 🧡



Was this review helpful? 👍 0 👎 0

**Julie C.**
Verified Buyer

★★★★★ **Très joli**

26/12/24

Très joli

Store Owner
Hi Julie! Thank you so much for your review 💗 Enjoy your Wildride 😊

Was this review helpful? 👍 0 👎 0

**Ana R.** PT
Verified Buyer

★★★★★ **Giro**

21/12/24

Giro

Store Owner
Hi Ana! Thank you so much for your review 💗 Enjoy your Wildride 😊

Was this review helpful? 👍 0 👎 0



**SUPPORT**
Shipping Policy
Refund Policy
Privacy Policy
Terms of Service
Contact
Stop sharing personal information
B2B-account request

**LEARN**
Find your answers
Our story
How to use
Certifications

**SHOP**
All products
Toddler carriers
Accessories
Bags

**NEWSLETTER**
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and special deals

**FOLLOW US ON SOCIAL**
Facebook
Instagram
TikTok

English ⌄    Netherlands (EUR €) ⌄

© 2025 wildridecom, All rights reserved. Powered by Shopify

Nederland / Netherlands ⌄    English ⌄

CLAIM YOUR DISCOUNT

# Exhibit

CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL





You received a new message from your online store's contact form.

**Country Code:**
US

**Name:**
Sommer hanff

**Email:**
urbancowgirlphotog@gmail.com

**Body:**
Hi! I'm Sommer Dawn. I am a photography business owner and started growing my TikTok account. I do not have a huge following as I'm just getting started. But I have recently been looking into different brands that I would love to work with eventually to show their products and how they make mom life simpler but are also still stylish. I have been using Wildbird carriers since my son was six months old, while I have loved the brand, now that he is a year and a half it is so difficult to try to get him into those carriers, and I found your brand and thought that I would reach out to see if y'all would be interested in working together since your carrier seem to be a little bit easier to maneuver.

I do hope to hear from y'all soon, and I am excited for any opportunities that you may be willing to provide. Thank you so much for your consideration. It means more to me than you know. Have a beautiful day.

-Sommer Dawn Hanff

TikTok- urban.cowgirl.photog