# Exhibit 27

# PART 2 OF 2



old children, provide ergonomic positioning and promote a healthy spine and hip development as your child grows. Both offer a front carry position with your baby facing in or facing out, but you can also have them on your back or in newborn mode.

They have magnetic buckles that automatically lock into place for a secure attachment, and each of them comes with two GOTS-certified organic cotton bibs.

Nuna makes sure to include head support, an attached hood to protect babies from the elements, and innovative leg openings that easily adjust for a customized fit for smaller babies. The baby carriers are very comfortable to wear with their padded shoulder straps and adjustable buckled waistbands, and they distribute the baby's weight evenly.

The brand makes its CUDL baby carrier from OEKO-TEX-certified fabric, so it is completely free of toxic substances. Both carriers are also crafted with mesh fabrics allowing air to flow, which is ideal for the warmer months. Some of the styles also feature an ultra-soft, mercerized cotton fabric.

SHOP NUNA SUSTAINABLE BABY CARRIER



### 4. Tula



Materials: Hemp, Linen, Cotton, Bamboo Viscose

Price: $99 - 578

Tula sells functional, ergonomic, and stylish baby carriers that are made to withstand the wear and tear of our lives with kids.

There are six different models to choose from, all of which are available in a huge selection of colors and expressive prints.

You can pick bright or muted colors, fun and fancy geometric patterns, multicolored designs, or the most adorable prints featuring cute animals, flowers, and many more!

Tula has different models intended for use for newborns and toddlers, but it also has different styles made for bigger babies and even extra-large carriers for preschoolers (up to 70 pounds). You can also buy one of its beautiful handwoven ring slings: they are ultra-soft and adjustable to fit babies from 8 to 35 lb.

Tula even sells ultra-compact, travel-friendly carriers that fold into their attached storage waistband when not in use. Perfect for parents who are constantly on the go!

The brand makes its baby carriers using cotton, linen, hemp, or bamboo viscose, so they are all very breathable. They can also be adjusted to comfortably fit a wide range of body types.

fold even sets ultra-compact, travel-friendly carriers that fold into their attached storage waistband when not in use. Perfect for parents who are constantly on the go!

The brand makes its baby carriers using cotton, linen, hemp, or bamboo viscose, so they are all very breathable. They can also be adjusted to comfortably fit a wide range of body types.

SHOP TULA SUSTAINABLE BABY CARRIERS



### 5. Stokke

Materials: Cotton, Linen

Price: $149 - 189

Stokke is a Norwegian company creating high-quality strollers, high chairs, and other nursery essentials that are designed to grow with your child. It offers two models of baby carriers for infants and toddlers, available in an array of timeless, beautiful patterns and neutral colors. Both of them are adjustable as your baby grows, are very easy to use, and provide ergonomic support and comfort.



Their front and back carrying options will give you a lot of flexibility, and with the Limas Carrier, you can also carry your baby on your hips! The Limas Carrier Flex even allows you to turn it into an onbuhimo, a traditional Japanese carrier, by simply removing the waist belt.

Stokke makes its baby carriers from 100% cotton, except for one of its designs, which is crafted from a blend of linen and cotton. The fabrics are breathable and made to last for years, and they are certified OEKO-TEX Standard 100, meaning they are free of harmful and toxic substances.

Both carriers have also been recognized as hip-healthy products by the International Hip Dysplasia Institute, so they are 100% safe to wear.

SHOP STOKKE SUSTAINABLE BABY CARRIERS



### 6. hope&plum

Materials: hemp & organic cotton

Price: $80 - 285

Hope&Plum handcrafts all of their carriers in Minnesota, so if you are looking to support an American made brand, this is great option! We

Materials: hemp & organic cotton

Price: $80 - 285

Hope&Plum handcrafts all of their carriers in Minnesota, so if you are looking to support an American-made brand, this is great option! We also love that they are size-inclusive and create carriers for all different body types.

Pictured is one of their most sought-after baby carriers, the Lark. Meticulously designed to adapt alongside your growing child, The Lark provides versatile carrying options that allow for both front and back carrying positions. This flexibility makes it suitable from the earliest months to toddlerhood, ensuring that you can keep your little one close, whether they are a tiny infant in need of soothing or an active toddler ready for adventure. Available in two distinct sizes, The Lark offers a snug and customizable fit for parents of various body types, maximizing comfort during extended wear.

use code **SUSTAINABLYCHIC10** for 10% off your purchase

SHOP HOPEANDPLUM SUSTAINABLE BABY CARRIERS

## 7. Wildbird

Materials: Linen, TENCEL Modal, Polyester, Nylon

Price: $55 - 268

Wildbird is a sustainable baby carrier brand selling beautiful ring slings and more structured carriers. Its ring slings are made from 100% European linen or a blend of TENCEL modal and linen dyed with low-impact dyes.

Recommended for babies from 8 to 35 lb, the slings are great for quickly getting toddlers in and out and allow for multiple carrying positions. They are also very versatile as they can fold compactly into diaper bags and can be used as nursing covers or sunshades.

Wildbird also has a structured buckle carrier you can use to carry your baby in the front or on your back. It is made in a Fair Trade factory using natural linen as well. The carrier features padded cross-back straps, a folding hood, and a waist belt for comfort. Plus, it comes in two sizes and provides full lumbar support.

Wildbird only uses long-staple linen fibers, resulting in stronger yarns and extremely smooth and supple weaves. They are sourced from Europe's oldest linen factory (founded in 1778) and are extremely

back straps, a folding hood, and a waist belt for comfort. Plus, it comes in two sizes and provides full lumbar support.

Wildbird only uses long-staple linen fibers, resulting in stronger yarns and extremely smooth and supple weaves. They are sourced from Europe's oldest linen factory (founded in 1778) and are extremely durable and absorbent.

The brand is CPSIA and ASTM-compliant, and its slings and carriers have been acknowledged as "hip-healthy" by the International Hip Dysplasia Institute.

SHOP WILDBIRD SUSTAINABLE BABY CARRIERS



## 8. Ergobaby

Materials: Recycled Polyester, Cotton, Viscose, Polyester

Price: $39-249

Ergobaby creates innovative, ergonomic baby products, from strollers to bouncers to different baby carriers.

There are many styles of structured carriers to choose from, including all-in-one models that provide all the carrying options you need as your baby grows from newborn to toddler.



Ergobaby makes sure to include many practical details in its carriers, including comfortable padded shoulder straps, side pockets, privacy hoods, and lumbar support waist belts.

We particularly recommend the brand's Aerloom baby carrier, which is made from GRS-certified post-consumer recycled polyester yarns. It is also produced in limited quantities to avoid overproduction and unsold inventory. Plus, some of Ergobaby's carriers received the OEKO-TEX Standard 100 certification.

Ergobaby also sells different baby wraps featuring a viscose fabric made from eucalyptus and acacia trees. It even has hip seats that are very convenient to use in every new mom's daily life!

The brand's baby carriers won many awards, and they were named "best baby carriers overall" by Forbes. Ergobaby also regularly supports nonprofits promoting the well-being of babies and parents, and you can even shop for refurbished carriers on the brand's website!

SHOP ERGOBABY SUSTAINABLE BABY CARRIERS

## 9. Baby K'Tan

WILDBIRD0001054

## 9. Baby K'Tan

Materials: Organic Cotton

Price: $70

Baby K'Tan is a babywearing brand that created a ready-to-wear wrap allowing us to wear our babies in multiple positions without complicated buckling, adjusting, or wrapping.

The carriers have a patented double-loop design that includes two loops connected by a third smaller one.

They function as a sling, wrap, and baby carrier all at the same time, but without the complicated steps. We simply need to slip the carrier on like a shirt in three simple steps, and we are good to go!

Baby K'Tan's carriers can be worn five different ways, and we can even breastfeed our babies using them. They are recommended for use with babies from 8 to 35 lb and are available in sizes XXS to XL.

The brand designs its carriers in many solid colors, as well as several beautiful prints. They are machine washable and are made from organic cotton, cotton, or a blend of synthetic fabrics. We've made sure to link up the *organic cotton carrier for the most sustainable option!

Baby K'Tan carriers are recognized as a hip-healthy product by the International Hip Dysplasia Institute, and the ergonomic positions they offer promote healthy infant development.

The brand won numerous awards for its baby carriers, and it devotes a percentage of the proceeds from all sales to the American Heart Association and the National Down Syndrome Society!

SHOP BABY K'TAN SUSTAINABLE BABY CARRIERS

## 10. Oscha Slings

Materials: Organic Cotton, Linen, Bamboo Viscose, Silk, BCI Cotton, Hemp, Wool, Cashmere, Cotton, Recycled Yarns, TENCEL Lyocell

Price: $89 - 379

Oscha Slings has been an expert in baby slings, wraps, and structured carriers for more than ten years. It sells an incredibly wide range of

Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT

Page 9 of 14

WILDBIRD0001055



Price: $89-379

Oscha Slings has been an expert in baby slings, wraps, and structured carriers for more than ten years. It sells an incredibly wide range of products, featuring gorgeous styles and colors.

From floral prints to vibrant tones, there are styles for everyone.

It even got exclusive rights from Middle-Earth Enterprises to create a unique collection of wraps, slings, and carriers inspired by The Lord of the Rings and The Hobbit!

Its ring slings and baby wraps are infinitely adjustable, and its Cairis carriers are very quick and easy to put on. They are very soft and practical and can be used by multiple caregivers.

Oscha Slings' products are all ethically handmade in the British Isles using responsibly sourced yarns, including hemp, linen, organic cotton, TENCEL lyocell, bamboo viscose, wool, and recycled fabrics.

All the fabrics are cut and stitched in the brand's solar-powered workshop in Scotland and are finished without the use of any chemicals. Oscha Slings also has a zero-waste approach because it collects all fabric scraps and resells them.

The brand is also carbon-neutral, and each sale contributes to growing its grove in the Caledonian forest in the Scottish Highlands!

**SHOP OSCHA SLINGS AND SUSTAINABLE BABY CARRIERS**





### 11. Happy Baby

Materials: Linen, Modal, Organic Cotton, Hemp, Cotton, TENCEL Lyocell

Price: $55-189

Happy Baby is a small, family-owned company selling machine-washable baby carriers and wraps, all of which are made by stay-at-home moms in the United States. Its soft, structured carriers are custom woven from linen or a cotton-linen blend, and they are dyed using non-toxic dyes in an array of lovely solid colors.

You can use them for babies ranging from newborn to 45 lbs, and one of the models offers a forward-facing option.

Happy Baby's carriers have a minimal design, are fully adjustable, and can grow with your child. They also feature practical details such as comfortable wide shoulder straps, a purse holder on each shoulder, and an oversized hidden pocket.

Happy Baby's carriers have a minimal design, are fully adjustable, and can grow with your child. They also feature practical details such as comfortable wide shoulder straps, a purse holder on each shoulder, and an oversized hidden pocket.

The brand also has a Japanese-inspired waistless onbuhimo carrier, which is designed to support a high back carry position, as well as toddler carriers made from TENCEL lyocell, linen, cotton corduroy, or a hemp-cotton blend.

You can also buy baby wraps made from organic cotton and modal, and different ring slings and wraps from the brand Apple Blossom Wovens.

Plus, Happy Baby donates a portion of the proceeds from every onbuhimo carrier sold to several Japanese charities, and a percentage of all other product sales to other nonprofits.

SHOP HAPPY BABY SUSTAINABLE BABY CARRIERS

### About the Author



Eva Astoul is a French freelance writer, specializing in content related to sustainability, simple living, and a growth-focused healthy lifestyle. She runs her own blog, Green With Less, to inspire people to live a more minimalist and sustainable life.

# MAKE SURE TO PIN THE PHOTO BELOW TO SAVE THIS POST FOR LATER!



## WANT TO FIND MORE SUSTAINABLE BRANDS?

The Brand Directory features hundreds of sustainable brands approved by us!

We have broken everything down by category for easy shopping, along with discount codes unique to Sustainably Chic viewers.

SHOP THE SUSTAINABLE BRAND DIRECTORY

## RELATED READING YOU MAY ALSO ENJOY:

‹ ›







*8 Sustainable Nursing Bra Brands For Eco-Conscious Breastfeeding Moms (2024)*

*Be Festive This Season with These 6 Organic Holiday Pajama Brands*

*11 Natural and Organic Prenatal Vitamins Great for You & Baby (2024)*

f  𝕏  in  ⬚  ♥

*Comments (0)*                                    Newest First

Preview   Post Comment...

PREVIOUS

Plant-Based Packaging 101: Exploring the Sustainability Benefits

NEXT

Merging Green: How Circular Economy and Tech Innovations are Shaping Our Future

**CLICK HERE TO FIND 200+ SUSTAINABLE BRANDS IN OUR BRAND DIRECTORY**

## SUBSCRIBE TO OUR NEWSLETTERS

~ we are so glad you are here ~

Sign up below to receive emails filling you in on all things Sustainable Fashion, Beauty and Lifestyle!

Email Address

SIGN UP

Preview   Post Comment...

PREVIOUS

Plant-Based Packaging 101: Exploring the
Sustainability Benefits

NEXT

Merging Green: How Circular Economy and
Tech Innovations are Shaping Our Future

**CLICK HERE TO FIND 200+
SUSTAINABLE BRANDS IN OUR
BRAND DIRECTORY**

## SUBSCRIBE TO OUR NEWSLETTERS

~ we are so glad you are here ~

Sign up below to receive emails filling you in on all things Sustainable Fashion, Beauty and Lifestyle!

Email Address

SIGN UP

## BECAUSE *fashion* CAN
## *exist* RESPONSIBLY

SEARCH   ABOUT   CONTACT   PRIVACY POLICY   TERMS   NEWSLETTER

f ℗ ⌾

DO NOT SELL OR SHARE MY INFORMATION

# Exhibit 1



stokke.com

Shop Summer Sale - Up to 20% Off Baby Registry Favorites



# New YOYO® Wild Collection

For those who live bold, love deeply and refuse to fade into the background.

Shop now





Meer informatie

Nieuwe wilde kleuren voor
YOYO®
STOKKE®

RIDE000247



# Parenthood, reimagined.

From the concrete catwalk to the corner café, the YOYO® Wild Collection turns every stroll into a statement.



Shop Summer Sale - Up to 20% Off Baby Registry Favorites



# New YOYO® Wild Collection

For those who live bold, love deeply and refuse to fade into the background.

Shop now



# Exhibit 11 to Lichtman Decl. Provisionally Filed Under Seal

# Exhibit 1

🔒 Page Vault

| | |
|---|---|
| Document title: | These Are the Perfect Gifts for the New Mom in Your Life - Home & Texture |
| Capture URL: | https://homeandtexture.com/gift-guide-new-mom/ |
| Page loaded at (UTC): | Wed, 27 Aug 2025 18:03:19 GMT |
| Capture timestamp (UTC): | Wed, 27 Aug 2025 18:04:17 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 8 |
| Capture ID: | moCJoyrAM76pTUFxdhpGwK |
| Display Name: | ketterlingc |

WILDBIRD0000430



GIFT GUIDES → MOTHERHOOD GIFTS

# These Are the Perfect Gifts for the New Mom in Your Life

The arrival of a new baby is a joyful and momentous occasion, and what better way to celebrate the new mom in your life than with a thoughtful gift this holiday season? Motherhood, while incredibly rewarding, can also be extremely taxing. From sleepless nights to endless diaper changes, new moms deserve to be pampered and shown how much they are appreciated.

As you begin your holiday shopping, consider these thoughtful gifts that will make any new mom feel loved and cherished.

- Nest Bedding Luxury Weighted Blanket
- Nespresso Vertuo Pop+ Coffee Machine with Aeroccino by De'Longhi Pacific Blue
- Wildbird Margay Aerial Buckle Carrier
- Wildbird CloudBlend™ Robe
- Potty Pillow

By Kelsey Marie
November 30, 2023 at 7:30 AM PST

SHARE THIS

   

Capital One

Serious cash back for your business

Earn unlimited 2% cash back with Spark Cash Plus

Capital One



Students get a month of Creative Cloud Pro on us.
Ends Sep 1.
Buy now
Adobe Creative Cloud Pro



by Kelsey Marie
November 30, 2023 at 7:30 AM PST

**SHARE THIS**

   

Photo Credit: William Fortunato

## For the Home

Gift the new mom in your life with items that will not only beautify her home but make her life easier. Consider a cozy throw blanket for those late-night feedings or a set of luxury sheets to help her get a good night's sleep. A high-quality coffee maker can also be a game-changer for those early mornings. Additionally, consider gifting her with a robot vacuum. This will allow her to spend more time with her baby and less time cleaning up after them.

## Self-Care and Relaxation

A spa gift set, complete with bath bombs, candles, and essential oils, can provide a perfect escape from the demands of motherhood. Alternatively, a gift certificate for a massage or facial can provide a much-needed moment of self-care. Don't forget about the gift of time. Whether that means offering to babysit while the new mom enjoys a night out with her partner or simply offering to help with household chores, the gift of time is priceless.



Photo Credit: Roman Odi

## Practical Gif



Capital One

Serious cash back for your business

Earn unlimited 2% cash back with Spark Cash Plus

Capital One

SPARK BUSINESS

Learn More ›

home&texture
newsletters

Fancy a bit of home&texture in your inbox? Sign up to our newsletters and we'll keep you in the loop with everything good going on in the creative world.

your email address

SUBSCRIBE  →




Students get a month of Creative Cloud Pro on us.
Ends Sep 1.
Buy now
Adobe Creative Cloud Pro

WILDBIRD0000432

Photo Credit: Roman Odintsov

## Practical Gifts

Consider items that can make the new mom's life easier. For example, a stylish and functional diaper bag can be a game-changer. Similarly, a high-quality baby carrier can provide convenience and ease as the new mom navigates life with her little one, keeping her hands free while still being close to her baby.


Serious cash back for your business
Earn unlimited 2% cash back with Spark Cash Plus

## Sentimental Gifts

A personalized piece of jewelry, such as a necklace with the baby's birthstone, can be a cherished keepsake. A custom-made photo album or frame can also be a beautiful way to commemorate this special time in the new mom's life.



### Nest Bedding Luxury Weighted Blanket

This luxurious weighted blanket offers an embrace like no other. It's an ideal gift for a new mom craving relaxation and comfort. The blanket mimics a gentle hug to help reduce stress and enhance sleep quality—which is vital for postpartum recovery. The chic grey ombre and deep charcoal design make it a versatile addition to any room, ensuring it's as stylish as it's soothing. Whether draped over the couch for a cozy night or laid across the bed for added comfort, this weighted blanket is a piece of serenity for the multitasking mother.

**Shop Now**



### Nespresso Vertuo Pop+ Coffee Machine with Aeroccino by De'Longhi Pacific Blue

Elevate the new mom in your life's daily ritual with the Nespresso Vertuo Pop+ coffee machine. This vibrant appliance offers a burst of color and convenience to any kitchen or living room. With its compact design, made from 35% recycled plastic, it's environmentally conscious and perfect for small spaces. The Vertuo Pop+ delivers barista-style coffee with five cup sizes at the touch of a button. It's a thoughtful gift that brings a cheerful pop of color and delicious coffee, providing a little luxury in the midst of her new, busy lifestyle.

**Shop Now**


Capital One
Serious cash back for your business
Earn unlimited 2% cash back with Spark Cash Plus
Capital One
SPARK BUSINESS
Learn More ›


home & texture
newsletters
Fancy a bit of home&texture in your inbox? Sign up to our newsletters and we'll keep you in the loop with everything good going on in the creative world.

your email address

SUBSCRIBE →




Students get a month of Creative Cloud Pro on us.
Ends Sep 1.
Buy now
Adobe Creative Cloud Pro






## Wildbird Margay Aerial Buckle Carrier

Made with 100% jacquard Belgian linen, this aerial buckle carrier boasts a chic leopard pattern that merges design with luxury. Perfect for new moms, this sling facilitates hands-free comfort, allowing them to accomplish daily tasks while maintaining a close bond with their baby. This carrier is safe for infants and toddlers weighing 7-45 pounds and can be worn with the baby facing inward on the front or on the back. Its padded waist belt and shoulder straps ensure optimal comfort. This carrier comes with personalized baby-wearing education for proper use and is recognized as "Hip-Healthy" by the International Hip Dysplasia Institute.

**Shop Now**





## Wildbird CloudBlend™ Robe

Wrap the new mom in your life in the embrace of Wildbird's CloudBlend™ Robe, a garment that redefines comfort. This robe is a gift that offers the same soothing touch as a mother's care for her newborn. Adjustable tie closures provide a secure fit, while pockets add practical convenience. Designed to mimic the tenderness of baby skin, CloudBlend™ is breathable, stretchy, and moisture-wicking. Sustainably sourced from eucalyptus and beech tress, it's an eco-friendly choice that's naturally hypoallergenic and non-toxic, perfect for sensitive postpartum skin.

**Shop Now**

### POPULAR POSTS

1   Inside Michael Jordan's Funky Chicago House

2   These Are the 10 Things You Should Never Put in the Dishwasher

3   A Look Inside Elon Musk's Tiny $50,000 House

4   It's Black Business Month, So Let's Go Shopping and #BuyBlack!

5   25 Deliciously Simple Tequila Drinks With Only Two Ingredients



## Potty Pillow

This versatile cushion offers more than just lumbar support; it's a sanctuary for new moms during those countless hours spent by the potty. Its antimicrobial fabric repels bacteria. Its water resistance ensures quick clean-ups, maintaining a hygienic space for both mother and baby. Removable covers with a hidden zipper make it simple to keep fresh or change styles to suit your bathroom decor. The ingenious slip-on design provides stability, and when not in use, it tucks away neatly in its storage pouch. Doubling as a knee cushion, it's an indispensable ally for every nurturing moment.













Students get a month of **Creative Cloud Pro on us.** Ends Sep 1.   Buy now    Adobe Creative Cloud Pro




**Shop Now**

*Our editors love finding you the best products and offers! If you purchase something by clicking on one of the affiliate links on our website, we may earn a commission at no extra cost to you.*

**CapitalOne** Earn unlimited 2X miles with Venture X ›

**GIFT GUIDES**

Shop our gift guides for every season, for every person in your life, carefully curated by our editorial team.



**GIFT GUIDES**

### Stay Warm With This Winter Home Maintenance Guide

by  Melody Brown  | January 19, 2023



**GIFT GUIDES**

### Goodbye Red Cups: These Are The 7 Cocktail Glasses You Need Right Now

by  Stephanie Taylor  | January 20, 2023



**GIFT GUIDES**

### Home DIY: Shop These 5 Products to Transform Your Home

by  homeandtexture  | January 20, 2023



**Students get a month of Creative Cloud Pro on us.** Ends Sep 1. **Buy now** Adobe Creative Cloud Pro



WILDBIRD0000435

# Spaces

Whether it's luxury or ease, every area of your home should be as fabulous and unique as you.



GIFT GUIDES

**GIFT GUIDES**

## Home DIY: Shop These 5 Products to Transform Your Home

by homeandtexture | January 20, 2023



**DECORATE**

### Don't Miss These Nordstrom Last Buys For Your Home

by Erika Hardison | March 7, 2023



**DECORATE**

### Shop These Last Buys at Saks Fifth

by Erika Hardison | March 22, 2023



**GIFT GUIDES**

### Mother's Day Gifts to Fill that Special Woman's Home With Love

by Kelsey Marie | April 18, 2023

READ MORE →






FOLLOW ALONG ON INSTAGRAM

# #homeandtexture

Find us on social for more home inspiration where culture, personal style, and sophisticated shopping intersect to help you create a home where you love to live.



Students get a month of Creative Cloud Pro on us.
Ends Sep 1.
Buy now
Adobe Creative Cloud Pro




    

FOLLOW ALONG ON INSTAGRAM

# #homeandtexture

Find us on social for more home inspiration where culture, personal style, and sophisticated shopping intersect to help you create a home where you love to live.

  

Load More     Follow on Instagram

# h&t

JOIN OUR MAILING LIST

Get early access to exclusive deals, editors' picks and new launches.

Your email address    SUBSCRIBE →

| VERTICALS | SPACES | H&T |
|---|---|---|
| Homeownership | Kitchen | About us |
| Organize | Bedroom | Advertising |
| Decorate | Bath | Affiliate Partnership |
| Gift guides | Living | Contact Us |
| | Dining | |
| | Kid's Room | |
| | Office | |
| | Garden | |
| | See all | |

  

Copyright 2024, home & texture    privacy policy    terms & conditions

 Students get a month of Creative Cloud Pro on us. Ends Sep 1. Buy now  Adobe Creative Cloud Pro 



Document title: These Are the Perfect Gifts for the New Mom in Your Life - Home &amp; Texture
Capture URL: https://homeandtexture.com/gift-guide-new-mom/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:04:17 GMT

WILDBIRD0000437

# Exhibit 13

February 18, 2015

MyWildBirdsDesigns
298 W Mutton Hollow Rd
Kaysville UT 84037

## RE: Infringement of "WILDBIRD" trademark

To Whom It May Concern:

     It has come to our attention that you are operating a business entity making use of the name ***MyWildbirdDesigns*** with the intent to sell baby related clothing and wearables at MyWildBirdDesigns.StoreEnvy.com.

     Please be advised that the use of the aforementioned name "Wildbird" is an infringement of the trademark which is registered with the US Patent & Trademark Office pursuant to the registration number 4892777 as attached hereto. Such registered trademark protects the holder from any infringing entity using the same, or similar, mark in conducting commerce related to baby and children's products. Because the owner of the Wildbird mark also sells baby related clothing and wearables, the likelihood of customer confusion is obvious.

     As such, we hereby demand that you cease and desist the use of "WILDBIRD" in any business name, URL, domain name, or other business operation.

     Please acknowledge receipt of this letter immediately (at MatthewLowe@Gmail.com) and give us your written response **no later than March 4th, 2015** outlining in specific detail the steps you are taking to comply with the demands enumerated herein. If your full compliance is not assured, then the owner of the WILDBIRD mark is prepared to pursue any and all available legal remedies, including injunctive relief, actual damages, exemplary damages, and costs and attorneys' fees.

     Sincerely yours,

     **MATTHEW M. LOWE**
     ATTORNEY AT LAW
     MATTHEWLOWE@GMAIL.COM
     801.231.9597

WILDBIRD0003380



**United States Patent and Trademark Office**
Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Feb 18 03:21:03 EST 2016

TESS Home NEW USER STRUCTURED FREE FORM Browse Dict SEARCH OG BOTTOM HELP PREV LIST CURR LIST NEXT LIST FIRST DOC PREV DOC NEXT DOC LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 1 out of 8**

TSDR ASSIGN Status TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# Wildbird

| | |
|---|---|
| Word Mark | **WILDBIRD** |
| Goods and Services | IC 018. US 001 002 003 022 041. G & S: Baby carriers worn on the body. FIRST USE: 20140501. FIRST USE IN COMMERCE: 20140501 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86570894 |
| Filing Date | June 23, 2015 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 10, 2015 |
| Registration Number | 4892777 |
| Registration Date | January 26, 2016 |
| Owner | (REGISTRANT) Wildbird LIMITED LIABILITY COMPANY UTAH 1338 East Zenith Ave Salt Lake City UTAH 84106 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS Home NEW USER STRUCTURED FREE FORM Browse Dict SEARCH OG TOP HELP PREV LIST CURR LIST NEXT LIST FIRST DOC PREV DOC NEXT DOC LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

WILDBIRD0003381

# Exhibit 14

🔒 **Page Vault**

| | |
|---|---|
| Document title: | The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter |
| Capture URL: | https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/ |
| Page loaded at (UTC): | Wed, 27 Aug 2025 18:52:29 GMT |
| Capture timestamp (UTC): | Wed, 27 Aug 2025 18:54:08 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 31 |
| Capture ID: | g8pVks2qT5Bqi3U8bMbxZF |
| Display Name: | ketterlingc |

PDF REFERENCE #:        vsEK3hCUvhT2wHDBfw5ahX

WILDBIRD0000720



Class is in session. Google
Shopping has the essentials.

Find Wirecutter's back-to-school picks near you.

Start Shopping

JOURNALISM BY                          SPONSORED BY

The New York Times **Wirecutter**        Google Shopping

🔍 How can we help?              🖅 | **Wirecutter**              Log in    **Subscribe**

**Home & Garden**   **Kitchen**   **Health & Lifestyle**   **Tech**   **Baby & Kid**   **Style**   **Gifts**   **Podcast**   **Deals**

We independently review everything we recommend. We may make money from the links on our site. **Learn more** ›

BABY AND KID › BABY

# The Best Baby Wraps and Slings

Updated July 2, 2025

🔗   𝕏   f   ✉   🔖 Save



Photo: Signe Brewster

 By **Kerry Davis McGuinness**

Babies often feel most content snuggled in tightly against their parents, and
stretchy wraps and ring slings offer the best ways to hold them up close to
the people they love.

---

**FYI**

Sakura Bloom is no longer making
our Basics Ring Sling pick in linen
and has replaced it with a more

Babies often feel most content snuggled in tightly against their parents, and stretchy wraps and ring slings offer the best ways to hold them up close to the people they love.

We logged roughly 360 hours babywearing with 15 wraps and ring slings for three months in late 2023 and early 2024 before concluding that the **Solly Baby Wrap** is the best wrap for newborns. The **Koala Babycare Koala Cuddle Band** is the best hybrid option for people who don't want to learn how to wrap, and the **Sakura Bloom Basics Ring Sling** is the best choice for babywearing on the go.

**FYI**

Sakura Bloom is no longer making our Basics Ring Sling pick in linen and has replaced it with a more expensive waffle linen, which we will test. In the meantime, the **Maya Lightly Padded Ring Sling** and **Hope&Plum Ring Sling** are nice, more moderately-priced ring slings worth considering.

July 2025

# Everything we recommend

**BROWSE THIS ARTICLE**

Why you should trust us

Who this is for

How to choose: A stretchy wrap, hybrid wrap, or ring sling

How we picked and tested

Our wrap pick: Solly Baby Wrap

Our hybrid wrap pick: Koala Babycare Koala Cuddle Band

Our ring sling pick: Sakura Bloom Basics Ring Sling

| Top pick 🔖 | Top pick 🔖 | Top pick |
|---|---|---|
|  |  |  |
| **The best wrap** | **The best hybrid wrap** | **The best ring** |
| Solly Baby Wrap | Koala Babycare Koala Cuddle Band | Sakura Bloom Ba Sling |
| This stretchy wrap is made of a soft, lightweight rayon fabric that fans across the shoulders to distribute the baby's weight. It's the most comfortable of any wrap we tried. | This intuitive wrap combines the benefits of a stretchy wrap with a T-shirt-like design that you slip over your head. | This ring sling's line to wear and easy to can comfortably car birth to toddlerhood |
| **$74 from Amazon** | **$50 from Amazon** | **Buy from Sakura** |
| **$74 from Nordstrom** | May be out of stock | |

● ∎

‹  ›

ADVERTISEMENT



The school year starts on Google Shopping.

Whatever this year brings you, find what you need in-store. Buy Wirecutter-recommended items near you.

Start Shopping

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT

WILDBIRD0000722



JOURNALISM BY
The New York Times **Wirecutter**

SPONSORED BY
Google Shopping

## What we looked for

⊘ **Comfort**

The wrap or ring sling should be comfortable for both the caregiver and the baby.

⊘ **Shareability**

We prioritized wraps and slings that can be shared between wearers, removing the danger to an infant if the sizing is off.

⊘ **User-friendliness**

Every wrap and sling takes some effort to master, but ultimately it should be easy to put on each time.

⊘ **Easy cleaning**

We prefer slings and wraps that are machine-washable.

**Top pick**



🔖

### The best wrap

Solly Baby Wrap

This stretchy wrap is made of a soft, lightweight rayon fabric that fans across the shoulders to distribute the baby's weight. It's the most comfortable of any wrap we tried.

**$74 from Amazon**

**$74 from Nordstrom**

The **Solly Baby Wrap** has a silkier feel and a lighter weight than other wraps we tested, so it's particularly comfortable to wear in warm weather and around the house. The stretchy fabric conforms to babies' bodies and doesn't loosen as much over time as other wraps we tried, so newborns stay

BROWSE   Sections in this article

we tested, so it's particularly comfortable to wear in warm weather and around the house. The stretchy fabric conforms to babies' bodies and doesn't loosen as much over time as other wraps we tried, so newborns stay secure. You can use it with babies up to 25 pounds (an average 15- to 18-month-old). Properly tying the Solly Baby Wrap involves a bit of a learning curve, though, which might seem difficult for someone in an early-postpartum, sleep-deprived haze.



**Top pick**

### The best hybrid wrap

Koala Babycare Koala Cuddle Band

This intuitive wrap combines the benefits of a stretchy wrap with a T-shirt-like design that you slip over your head.

**$50 from Amazon**

May be out of stock

The **Koala Babycare Koala Cuddle Band** is similar to a stretchy wrap—except by design, it's already wrapped for you. And unlike with other popular hybrid wraps we tried, caregivers of different sizes can easily share the Koala Cuddle Band between them. One downside is that the fabric doesn't spread over the shoulders as easily as with the Solly wrap since it's sewn into shape, so over time a heavier baby could start to pull on the wearer's neck. The Koala Cuddle Band holds babies up to 20 pounds.



**Top pick**

### The best ring sling

Sakura Bloom Basics Ring Sling

This ring sling's linen fabric is cool to wear and easy to adjust, and it can comfortably carry babies from birth to toddlerhood.

**Buy from Sakura Bloom**

The **Sakura Bloom Basics Ring Sling** is a reliable option if you want something that is simpler to get on and off than a wrap, and it works with a wider age range (it holds kids up to 35 pounds). Once you understand how to put on a ring sling, it's faster to secure than a wrap. We like the breathability of the Sakura Bloom sling's linen fabric, and once adjusted it slipped less than most of the other slings we tested.

WILDBIRD0000724

breathability of the Sakura Bloom sling's linen fabric, and once adjusted it slipped less than most of the other slings we tested.



**Upgrade pick**

🔖

**Same sling, luxe fabric**

Sakura Bloom Silk Ring Sling

The lush matte silk of this variety makes it the lightest sling we tested, and once you tighten it, the baby doesn't budge.

**Buy from Sakura Bloom**

The **Sakura Bloom Silk Ring Sling** is an upgrade of the Sakura Bloom Basics Ring Sling; the parents we tested with said it was featherlight in comparison with the linen version. The matte silk-blend fabric makes this sling more lightweight than all the others we tested, and because of that, this sling packs down the smallest—yet it carries the weight of a baby just as well as slings made of thicker fabrics. And as with the linen version of the Sakura Bloom sling, we were satisfied with how well the fabric stayed in the ring once adjusted.



## Get today's recommendation

Expert advice. Very good deals. The absolute best (and worst) things we've tested lately. Sent to your inbox daily.

**Sign Up**

For information about our privacy practices, including how to opt out of marketing emails, see our Privacy Policy. For general questions, contact us anytime.

ADVERTISEMENT



▷ⁱ

Buy your back-to-school faves near home — or near campus.

Find Wirecutter Picks near you with Google Shopping.

Start Shopping

JOURNALISM BY
The New York Times **Wirecutter**

SPONSORED BY
Google Shopping

## The research

**Why you should trust us**

**Who this is for**

**How to choose: A stretchy wrap, hybrid wrap, or ring sling**

**How we picked and tested**

**Our wrap pick: Solly Baby Wrap**

**Our hybrid wrap pick: Koala Babycare Koala Cuddle Band**

**Our ring sling pick: Sakura Bloom Basics Ring Sling**

**Upgrade-pick ring sling: Sakura Bloom Silk Ring Sling**

**Other baby wraps and slings worth considering**

**The competition**

**How to wear your baby safely**

**Sources**

**Looking for something else?**

 **You Can — and Should — Love Your Baby Carrier**

 **The Best Nursing Pillows**

 **The Best Full-Size Strollers**

 **The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**

## Why you should trust us

Kerry Davis McGuinness was already a babywearing fan when she took over as the writer of this guide in fall 2023 while expecting her second child. She had previously tried out various wraps, slings, and structured carriers with her first child, babywearing him regularly into toddlerhood.

To research this guide, Kerry spoke to baby-carrying experts, read reviews, and talked to parents about how they wore their babies. She then tested 15 wraps, hybrid wraps, and ring slings over a period of three months, wearing her infant for an average of four to five hours a day.

Kerry is also the author of Wirecutter's guides to the best baby monitors, baby carriers, and kids travel gear. She previously wrote for tech publications including Engadget and IDG News Service, reporting on AI chatbots, self-driving cars (video), and data centers.

This guide builds on the work conducted by science journalist Jennifer Bogo in 2017. Jennifer tested 15 wraps, ring slings, and mei dais with her infant, recruiting her husband and seven other local parents and their

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT

Page 6 of 30

WILDBIRD0000726

Bogo in 2017. Jennifer tested 15 wraps, ring slings, and mei dais with her infant, recruiting her husband and seven other local parents and their partners to help.

## Who this is for

First-time parents may be shocked to discover how much their babies prefer being held. They might also think of soft structured buckle carriers as the standard way to wear a baby. But the reality is that the bulkiness of some buckle carriers can get in the way of what an infant really wants: proximity to their person. A stretchy wrap or ring sling is often the best way to hold an infant closest to an adult's body.

Experts we spoke to told us that being carried helps the whole family: A wrap or sling gives newborns the secure feeling they crave and gives parents the freedom to move about the house or take a walk with their arms free.

"Babies who are carried cry less. Baby's temperament plays into it—but when the baby cries less and smiles more and when the baby is more calm, parents feel like they can interact more," said Hannah Rigg, a babywearing educator and licensed master social worker at Natural Resources, a retail store and community hub for parents in San Francisco. "And it's also this 'Oh, I'm doing something right' feeling."

For infants, studies have found that physical proximity to caregivers helps in big ways, like stabilizing heart rate and body temperature and reducing crying over time. Another study that focused on babywearing for young parents found that those who wore their baby for just one hour a day for three months were more likely to have secure attachments with their babies, which is predictive of better mental health as children grow.

Wearing a baby also provides a host of other benefits, such as increased responsiveness with a non-birthing partner. Of course, not everyone takes to wearing a wrap or sling, and there are risks to consider, too.

ADVERTISEMENT





# Get fresh gear for a fresh start on Google Shopping.

This is your year. Now make it look like yours. Get Wirecutter-recommended items at stores near you.

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT
Page 7 of 30
WILDBIRD0000727

Subscribe



This is your year. Now make it look like yours. Get Wirecutter-recommended items at stores near you.

Start Shopping

JOURNALISM BY
The New York Times **Wirecutter**

SPONSORED BY
Google Shopping

## How to choose: A stretchy wrap, hybrid wrap, or ring sling

The wrap or sling that your baby ultimately enjoys the most is likely to end up as your favorite, too. You may need to try a few options to find what works best for your family; borrowing from friends, purchasing used, or taking your baby to try on samples in a store is a good way to find the best fit. But in general, the babywearing experts we spoke with said it's unrealistic to expect just one carrier to work best from newborn to toddlerhood, as your preferences and your baby's preferences may evolve.

### Stretchy wrap

These carriers are made of one very long piece of fabric that is carefully arranged over the adult's body. The models we tested support an infant from birth until the child weighs 25 to 35 pounds; cotton blends, though much warmer, are generally used in wraps that can hold more weight. Most infants age out of a wrap by 5 or 6 months, when they want to see more around them (in a wrap, their head is often partially covered by the fabric).

One downside to this design is that stretchy wraps are not great for donning or removing in a public place, as it's difficult to keep the fabric from touching the likely dirty ground.

### Hybrid wrap

If learning how to properly put on a stretchy wrap seems intimidating, you may prefer a hybrid design, which marries a stretchy wrap with a T-shirt-like style that you simply slip over your head. A baby goes into a hybrid wrap the same way as with a stretchy wrap. Hybrid models have an additional piece of fabric to tie over the front so that the baby can't slip out the side of the fabric holding up their legs, butt, and back.

The drawback of a hybrid wrap is that typically the fabric can't stretch over

the side of the fabric holding up their legs, butt, and back.

The drawback of a hybrid wrap is that typically the fabric can't stretch over the caregiver's shoulders to distribute the baby's weight, which can become uncomfortable for the adult more quickly than if they were wearing a stretchy wrap.

### Ring sling

Ring slings are simpler to use than wraps by design: You loop a piece of fabric over your body and thread it through two rings to make a seat to support the baby. Curious little ones who like to look around may prefer a ring sling over a wrap; slings can also help babies with torticollis, a condition in which the muscles in their neck become stiff. "Wearing the sling on the side of the body that forces them to turn to the side they do not favor can help improve those symptoms," said Dr. Holly Walker Kim, a chiropractor who treats infants and families.

Most ring slings, including many of the models we tested, can carry a child up to 35 pounds or about age 3. They're great for on-the-go babywearing since you can put them on and take them off quickly; they can also serve as a blanket or a nursing cover in a pinch.

If you or your baby ultimately doesn't like any of these options, you may prefer a buckle baby carrier, which is more structured and generally easier to use.

ADVERTISEMENT

## How we picked and tested

## How we picked and tested



Photo: Signe Brewster

A good baby wrap or ring sling keeps caregivers reaching for it time and again. Here's what we looked for.

**Ease of use:** Yes, all of these options take some practice to master. But overall, we considered models that are fairly simple to put on and make it relatively easy to secure the baby.

**Comfort:** A wrap or sling should be comfortable for you (with little pulling on the neck) and the baby (ideally you should be able to settle the child in about 10 seconds). We looked for lightweight, breathable fabric that felt soft, not scratchy, against delicate skin.

**Safety:** We looked for wraps and slings that kept the child's legs in a safe M position. And we wanted options that allow you to perform simple tasks without dislodging the child.

**Washability:** Blowouts and spit-up are inevitable, so we preferred options that are machine-washable.

**Shareability:** In general it's cheaper and easier if parents and caregivers can easily switch out on the same carrier.

**Thoughtful design:** We favored designs that consider the wearer, such as those that include a pocket or pouch to fold the material into itself for storage or a place to stash keys during a walk.

**Thoughtful design:** We favored designs that consider the wearer, such as those that include a pocket or pouch to fold the material into itself for storage or a place to stash keys during a walk.

Since 2017, we've interviewed 11 experts and involved about a dozen parents in the testing of baby wraps. In early 2024, after reading dozens of reviews on sites such as <u>Babylist</u> and buyer reviews on retailer sites like Amazon, Kerry Davis McGuinness made a list of more than 25 models to consider, including the original picks in this guide plus new wraps and slings that were not available when we conducted our original testing. She narrowed that group down to 15 after talking with two babywearing educators about what they considered essential in both stretchy wraps and ring slings. She also spoke with a fabric-science educator and a chiropractor about the benefits of babywearing.

Kerry spent three months wearing her newborn in all 15 of those wraps and slings, for contact naps, while squatting and standing to do endless loads of laundry in a stacked washer and dryer, while playing on the floor with her toddler, while making lunch, while cleaning and changing cat litter, and on walks. Many of them went along on shopping trips too. Kerry's husband tried them as well, and members of a weekly parenting class tried them with their babies.

ADVERTISEMENT



THE LONG WEEKEND SALE

only until 9/1

shop now



---

## Our wrap pick: Solly Baby Wrap



Photo: Signe Brewster

**Top pick**



🔖

### The best wrap

**Solly Baby Wrap**

This stretchy wrap is made of a soft, lightweight rayon fabric that fans across the shoulders to distribute the baby's weight. It's the most comfortable of any wrap we tried.

**$74 from Amazon**

**$74 from Nordstrom**

The **Solly Baby Wrap**, our wrap pick since 2017, is superior to the other wraps we tested mainly due to its fabric, which is the thinnest and softest of those we tried. Despite how much it stretches, the Solly wrap still returns to

WILDBIRD0000732

Case 4:25-cv-03178-DLC  Document 50-164  Filed 10/03/25  Page 44 of 113  Subscribe

The **Solly Baby Wrap**, our wrap pick since 2017, is superior to the other wraps we tested mainly due to its fabric, which is the thinnest and softest of those we tried. Despite how much it stretches, the Solly wrap still returns to its shape better than any other wrap we tested. Over two rounds of testing, many years apart, we found that infants stayed in place in the Solly wrap during walks and gentle, general movement for hours at a time.

**The fabric is comfortable, even hours in.** The Solly Baby Wrap is made from Tencel modal, a type of rayon from manufactured cellulose fiber. It's a soft, thin, flexible fabric—it basically feels like silky pajamas—that bounces back into shape once you remove the baby. The thin, breathable material won't cause you or your baby to overheat, unlike some of the heavier wraps we tried. Frances Kozen, senior lecturer at the Human Centered Design department at Cornell University, told us that rayons are soft but not as strong as the linen or fabrics in our ring sling pick; that's why the Solly wrap is preferable for carrying a baby, not a toddler, despite its ability to hold up to 25 pounds.



It takes some practice to get comfortable putting on a wrap. But once they get the hang of it, many people appreciate the closeness—and freedom—that a wrap provides. Video: Signe Brewster

 

**Learning to wrap it correctly isn't as hard as it seems.** Wrapping fabric around your body in a way that keeps a baby supported can be daunting, and getting it tight enough so that your child won't droop takes some skill. We found that after about three practice tries, a new wearer could replicate a successful wrap time and again.

**Babies settle in it quickly.** The Solly Baby Wrap and its front-wrap cross-carry position settled Kerry's baby faster than any other carrier she tried, including ring slings and soft-structured buckle carriers. Wirecutter editors

carry position settled Kerry's baby faster than any other carrier she tried, including ring slings and soft-structured buckle carriers. Wirecutter editors have loved the Solly wrap over the years for good reason. It's a winner in those first few postpartum months, when a baby wants to sleep on you but you may want or need to move around the house and use your arms.



You wrap the Solly Baby Wrap's soft, stretchy fabric across both shoulders, crossing over the back. Photo: Signe Brewster

  

**Caregivers can share.** The parents in our testing panels, who ranged from 5-foot-3 to 6-foot-2, all successfully wrapped the Solly Baby Wrap on themselves. The wrap comes in just one size, and its long length of fabric (it's about 5.5 yards) provides a custom fit for any body shape. Afterward it packs down into a pocket on its tail for on-the-go storage.

**It's washable (but delicate).** Solly recommends washing the wrap on a gentle cycle and tumbling dry on low, instructions that you should carefully follow. The wrap comes in more than a dozen solid colors.

Solly offers a 30-day return policy; the wrap must be clean, unwashed, and in original packaging.

**Flaws but not dealbreakers**

## Flaws but not dealbreakers

**The soft fabric easily snags.** Solly says to be careful not to wash the wrap
with other clothing due to the danger of its snagging on Velcro or buttons—
which is exactly what happened after Kerry's three casually-washing-it-
with-everything months. Take it from us: Wash this wrap by itself.

**It isn't cheap.** Starting prices for the Solly wrap are more than $70 and hit
closer to $90 for collaborations or special prints. That could seem like a lot
for something you may use for only a few months. But resale value seems
strong, and we found used Solly wraps going for $40 to $50 online.

**It isn't the go-to choice for crowded public places.** You may not want to
have to assemble this wrap on your body in, say, a crowded food court while
trying frantically to keep the fabric from touching the floor (yep, it was
impossible). We do have one tip: If you're driving somewhere, put the wrap
on before leaving the house and then place the baby in the wrap once you
get to your destination.

**It's hard to transfer a sleeping baby without waking them.** Due to the
design of the front-wrap cross-carry, the fabric can catch on the baby's feet
as you lift the child out. If transferring a sleeping baby is what you're
hoping for, a ring sling may work better for you.

**Breastfeeding with the baby inside is difficult.** Since a snug fit is necessary
to keep the baby secure, you would have to loosen everything to position
the baby to breastfeed—while not loosening things too much and
jeopardizing the baby's safety. Solly has a video tutorial demonstrating how
to make this work, but both writers of this guide found the task too difficult
and instead removed their babies to nurse.

ADVERTISEMENT

## Our hybrid wrap pick: Koala Babycare Koala Cuddle Band

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT
Page 15 of 30
WILDBIRD0000735



Photo: Signe Brewster



**Top pick**

### The best hybrid wrap

Koala Babycare Koala Cuddle Band

This intuitive wrap combines the benefits of a stretchy wrap with a T-shirt-like design that you slip over your head.

**$50 from Amazon**

May be out of stock

If the idea of learning how to properly put on a traditional wrap like the Solly Baby Wrap is too much, a hybrid wrap might appeal to you. We like the affordable **Koala Babycare Koala Cuddle Band** for its easy pull-on style, stretchy fabric, and adjustable sides. And unlike with some other hybrid stretchy wraps we tried, the Koala Cuddle Band's fabric isn't scratchy or irritating. It also holds the baby snugly, in the same front-wrap cross-carry position as the Solly Baby Wrap does.

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT

Page 16 of 30

WILDBIRD0000736

stretchy fabric, and adjustable sides. And unlike with some other hybrid stretchy wraps we tried, the Koala Cuddle Band's fabric isn't scratchy or irritating. It also holds the baby snugly, in the same front-wrap cross-carry position as the Solly Baby Wrap does.

**It's simple to use.** Slip the Koala Cuddle Band over your head, tighten the side straps, put the baby's legs into the fabric loops one at a time, and then spread the fabric out for support. You end up with the same front-wrap cross-carry as with the Solly wrap. After the baby is in the Koala wrap, you put a second piece of fabric around the baby and tie it at your back; this safety measure ensures that the child can't slip out the sides. The baby should be snug, but not so close that their head is touching your chin.

**Caregivers can share.** Though some hybrid styles come in multiple sizes, we've concluded that it's safer to choose a hybrid wrap that you can adjust to fit different-size wearers; that way, you don't run the risk of wearing a wrap that's too big or too small and endangering the baby. The Koala Cuddle Band comes in one size (and six colors), but thanks to the easily adjustable rings on each side strap, it fits most people.



Due to the more structured back portion of the Koala Cuddle Band, the fabric typically doesn't spread out over the adult's shoulders as the Solly wrap does. This can cause the baby's weight to pull on the wearer's neck over time. Photo: Signe Brewster

  

WILDBIRD0000737

 
Wirecutter

BROWSE   Our hybrid wrap pick: Koala Babycare Koala Cuddle Band



**Its fabric doesn't drag on the ground.** Since the piece is already looped for you, you won't find any dragging fabric here. This makes the Koala Cuddle Band a great option for putting on in public places, and it's easy to use if you're switching a child from riding in a stroller to being carried.

**The front portion has a storage pocket.** You can stash a diaper, wipes, and a wallet in the sizable front pocket of the wrap, which takes up the whole front portion of the separate secondary piece.

Koala Babycare offers a 30-day return policy on the Koala Cuddle Band.



After placing the baby through the loops, you wrap an additional piece of fabric around the child to ensure that they don't slip out the sides. The Solly wrap achieves the same result with a single piece of fabric but requires slightly more skill to wrap. Video: Signe Brewster

### Flaws but not dealbreakers

**The fabric doesn't easily stretch over the shoulders.** One of the joys of the Solly Baby Wrap is being able to comfortably wear your baby for hours, and we found that isn't the case with the Koala Cuddle Band. The shoulder fabric is sewn to the back panel in such a way that it tends to bunch up by the neck and pull unless you put it on very carefully, and it doesn't spread out over the shoulders to distribute the baby's body weight the way the Solly wrap does. Even with careful effort to get the back piece lower before putting a baby inside, our testers found that it tended to pull on their necks over time.

**The side rings are a bit awkward to reach.** Some people may find it difficult to reach the rings that loosen the straps, as they are positioned between the wearer's side and back. If you have trouble scratching an itch in the middle of your back, you may have a hard time reaching these rings for fine-tuning.

WILDBIRD0000738

wearer's side and back. If you have trouble scratching an itch in the middle of your back, you may have a hard time reaching these rings for fine-tuning.

## Our ring sling pick: Sakura Bloom Basics Ring Sling





Looking for something else?

You Can — and Should — Love Your Baby Carrier

The Best Nursing Pillows

The Best Full-Size Strollers

The Best Baby Bathtubs and Bath Seats

Read more from Baby and kid

**Top pick**

🔖

### The best ring sling

Sakura Bloom Basics Ring Sling

This ring sling's linen fabric is cool to wear and easy to adjust, and it can comfortably carry babies from birth to toddlerhood.

**Buy from Sakura Bloom**



Our testing panel deemed the **Sakura Bloom Basics Ring Sling** the best of its type in 2017, and after we retested it along with five other ring slings in late 2023 and early 2024, we once again named it our favorite. The sling works well with infants just past the newborn stage as well as toddlers, making it a versatile choice that can grow with a family. It fits any body type (and comes in an **extra long version**), and it softens with washing. While this model is more expensive than other options we tested, we found it more reliable, as the rings didn't slip on the fabric.

**It's simpler than a wrap.** The fabric is shorter than that of a wrap, so there's less chance of it dangling on the floor, and you need to secure it only at the shoulder, via the double rings. If you're looking for the smallest option to

less chance of it dangling on the floor, and you need to secure it only at the shoulder, via the double rings. If you're looking for the smallest option to bring in a diaper bag, you're likely to prefer a ring sling.

**It stays put.** Sakura Bloom's rings tighten down on the linen fabric and keep it from slipping better than those of any other ring sling we tried. We like this sling in particular for its nicely defined rails, the outside edges of the fabric that you pull on to secure a good fit. Our testers found the thick rails easy to grab and adjust without looking at the fabric.



The rings on the linen Sakura Bloom Basics Ring Sling (and our upgrade pick, the Sakura Bloom Silk Ring Sling) tightened down on the fabric better than those of any other sling we tried.
Photo: Signe Brewster

**It's soft yet strong.** Linen is a strong and sturdy fabric for babywearing, yet it still feels nice against the skin, especially as it softens after washing. (Sakura Bloom recommends hand-washing its slings but says you can machine-wash them on the gentle cycle and dry the linen version on low. Put a sock over the rings so that they don't get scratched.) Cornell's Frances Kozen told us that linen and hemp are stronger than cotton, which is why a relatively lightweight, single layer of linen is strong enough to carry a child up to 35 pounds. We successfully used the same linen sling with a 35-pound 3-year-old and a 15-pound 3-month-old, with no discernable strain to the wearer or stretching of the fabric.

**It's easy to nurse in.** Simply loosen the ring slightly to drop a baby to the breast (though consider the orientation when placing your child in the sling, so they're positioned on the preferred breast). We like this sling best because of how well the rings allow fabric to slide down for feeds and then up again. This fabric doesn't get snagged or stuck at important moments as the materials of other ring slings sometimes do.



### Looking for something else?


**You Can — and Should — Love Your Baby Carrier**


**The Best Nursing Pillows**


**The Best Full-Size Strollers**


**The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**

WILDBIRD0000740



One benefit of a ring sling is the ability to easily scoop up a toddler into a hip carry while you're out and about. This child is 3 years old and has been worn in slings while on the go since he was 1.
Video: Signe Brewster

**Babies and toddlers transfer out easily.** Some babies fall asleep only while being carried, and slings—far better than a stretchy wrap in this regard—allow you to easily transfer them elsewhere once they're deeply asleep. While you're supporting the baby, just loosen the ring and then lift the fabric over the baby and your head.

**It fits almost everyone.** The Basics Ring Sling is handmade in California and comes in muted colors, typically about five options, though the shades change continuously. The standard length is 75 inches; the company also sells an 82-inch option. Very tall or plus-size people may be interested in the longer length, though Sakura Bloom says that as long as you have at least 6 inches of the tail once the baby is secured, it's enough fabric. The company also makes more expensive options in **waffle linen** and silk.

Sakura Bloom offers a 30-day return policy for store credit; items must be unwashed, clean, and in their original packaging.

---

#### Flaws but not dealbreakers

**Creating a safe seat takes a bit of practice.** Just like stretchy wraps, ring slings require you to go through at least one tutorial video and some practice to figure out how to get the best position. Without a deep seat, your baby is in danger of sliding out or being uncomfortable.

**Head support is lacking.** A wobbly newborn could struggle in a ring sling without much neck support. Some videos suggest wrapping a washcloth in the edge of the fabric closest to their head for more support, or using the tail of the sling. We found that neither option worked especially well. Kerry's infant outgrew the problem by the time she reached about 3 months and

## Looking for something else?


**You Can — and Should — Love Your Baby Carrier**


**The Best Nursing Pillows**


**The Best Full-Size Strollers**


**The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**



of the sling. We found that neither option worked especially well. Kerry's infant outgrew the problem by the time she reached about 3 months and had better head control; coincidentally (or not) this was the same time she started tolerating ring slings for longer stretches of time.

## Upgrade-pick ring sling: Sakura Bloom Silk Ring Sling



Photo: Signe Brewster



**Upgrade pick**

🔖

### Same sling, luxe fabric

Sakura Bloom Silk Ring Sling

The lush matte silk of this variety makes it the lightest sling we tested, and once you tighten it, the baby doesn't budge.

**Buy from Sakura Bloom**

The **Sakura Bloom Silk Ring Sling** offers all the benefits of the line's basic

WILDBIRD0000742



The **Sakura Bloom Silk Ring Sling** offers all the benefits of the line's basic ring sling plus the joys of silk: It's beautiful, breathable, and so lightweight. Parents who intend to babywear for a long time and have had good luck with slings in the past may want to consider this upgrade.

**The fabric doesn't budge once secured.** Like its linen counterpart, this silk ring sling is dependably strong once secured with a babe inside; two hours into a house pickup and vacuum session, we didn't need to do any additional tightening.



Our writer found that once she secured her baby in the Sakura Bloom Silk Ring Sling, she could wear her child for hours without having to make any adjustments. Photo: Signe Brewster

**It helps you feel special and put together.** Postpartum bodies go through a lot of changes, and finding the right clothing size often feels like a mystery. Having a beautiful ring sling can be a confidence booster, and let's be honest: It's nice to use beautiful things! A sling can act as an accessory while you're wearing a baby. This one comes in six pastel colors, though shades come in and out of stock.

**It's the smallest and lightest of the slings we tested.** This silk sling is a delight for cramming into a diaper bag, weighing about 2.7 ounces (to the linen sling's 3.5 ounces) and packing down to the size of a thick double-decker sandwich. Cornell's Frances Kozen confirmed that the benefit of using silk is that it's strong and also lighter in weight than linen or hemp.

Sakura Bloom offers a 30-day return policy for store credit; items must be unwashed, clean, and in their original packaging.



### Looking for something else?

 You Can — and Should — Love Your Baby Carrier

 The Best Nursing Pillows

 The Best Full-Size Strollers

 The Best Baby Bathtubs and Bath Seats

Read more from **Baby and kid**



Ring slings consist of a fabric panel threaded through two rings to create a seat for your baby.
Video: Signe Brewster

### Flaws but not dealbreakers

**Clearly, the cost is an issue.** A ring sling that costs more than $200 is certainly an investment. This model is for the true sling aficionado; if you're not sure about this accessory, you might want to borrow a friend's first or look for one on secondhand sites like Poshmark.

**You must launder it with care.** Sakura Bloom's instructions say that machine-washing on the delicate cycle is fine, but hand-washing is preferred. A company blog post on caring for silk recommends a vinegar rinse to preserve the shine. Kerry washed hers on the delicate cycle and air-dried it (she skipped the vinegar) three times, and it still looked new. Cornell's Kozen warns that heat damages silk, so it's important to avoid a hot-air cycle.

## Other baby wraps and slings worth considering

### Stretchy wraps

**If you want a basic, helpfully designed wrap for less money:** The **Ergobaby Aura Baby Wrap** doesn't feel as silky smooth as the Solly Baby Wrap, but it costs about $25 less. The material feels like a thin workout tee and packs down into a pocket on the tail for easy carrying. It has one up on the Solly wrap in its design: White stitching on one side of the fabric helps guide beginning wrappers on how to position the fabric so that they feel confident in their arranging skills. The fabric is a bit shorter than that of the Solly wrap, though, which creates an awkward final tie. Like the Solly wrap, the Ergobaby wrap can carry a baby up to 25 pounds.

**If you want a more substantial wrap for a cold climate or to carry an older**

### Looking for something else?



**You Can — and Should — Love Your Baby Carrier**



**The Best Nursing Pillows**



**The Best Full-Size Strollers**



**The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**

Ergobaby wrap can carry a baby up to 25 pounds.

**If you want a more substantial wrap for a cold climate or to carry an older baby:** The **Moby Wrap Baby Carrier**, our former runner-up wrap pick, can hold babies up to 35 pounds. It's made from 100% cotton (thick, to support that extra weight), and it felt really warm to us, so you have to dress your child accordingly if you plan on carrying them in a warm climate. It's also very long—6 yards—so we wouldn't recommend this model for a wrap newcomer.

### Hybrid wraps

**If you want a hybrid wrap with more support at the shoulders:** The **Lillébaby DragonFly Wrap** is designed so that its fabric spreads easily over the shoulders, much as a basic stretchy wrap does. From the back, it looks like a T-shirt with ruched shoulders, which could be better for someone with arm or neck stiffness than the Koala Cuddle Band because it pulls less on the neck. But it has more excess dangling fabric than the Koala hybrid wrap does, and the fabric has a stiffness to its stretch that takes some getting used to. It can carry up to 30 pounds.

### Ring slings

**If you want a ring sling with extra padding and a zippered storage pouch:** The **Maya Lightly Padded Ring Sling** has a padded shoulder area that makes wearing a ring sling for hours on end an especially comfortable experience. The cotton slings are made in Guatemala and come in a variety of colors, including some helpfully striped fabric that allows you to find the rails quickly. The zippered pouch in the tail of the sling gives you a safe place to put your keys or phone. This model is also one of the least expensive slings we tested. But the padding keeps the sling from being reversible and makes it harder to adjust the baby's weight over your shoulder.

**If you want a thicker, softer, longer ring sling:** The **Hope&Plum Ring Sling** comes in a thick hemp and cotton blend that initially feels softer than the material of the Sakura Bloom Basics Ring Sling (once you wash the Sakura Bloom sling, it softens up). The Hope&Plum sling is available in three lengths of 74, 84, and 94 inches, the last of which is the longest of any of the slings we tested and is intended for plus-size people; it comes in a range of solid colors, stripes, and vibrant floral prints. The downside of the thicker material is that it could feel too warm in summer or in hotter climates.

## The competition

### Stretchy wraps

The **Boba Serenity Wrap** let us and our baby down, literally. Despite the

## Looking for something else?



**You Can — and Should — Love Your Baby Carrier**



**The Best Nursing Pillows**



**The Best Full-Size Strollers**



**The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT
Page 25 of 30
WILDBIRD0000745

Wirecutter
subscribe

BROWSE   The competition

The **Boba Serenity Wrap** let us and our baby down, literally. Despite the wearer's efforts to wrap this model as tightly as possible on their body, a 17-pound baby still slouched low once placed inside (could not reach for a kiss, as the TICKS guidelines advise) and bounced with each step.

The **Moby Evolution Baby Wrap Carrier** is made of a dense fabric that feels scratchy in comparison with the Solly Baby Wrap and isn't as long. Ultimately we were disappointed in the fabric's overly generous stretch and texture.

The first writer of this guide, Jennifer Bogo, tested the **Boba Classic Wrap** and found that the cotton-spandex blend was too stretchy—babies bounced considerably on walks and felt heavier to carry.

The **CuddleBug Baby Wrap** seemed even stretchier than the Boba Classic Wrap, to the point of not feeling secure. Multiple testers didn't feel comfortable leaving the house with the baby in it. Even moderate walks resulted in backache.

### Hybrid wraps

Two testers found the **Boppy ComfyFit Baby Carrier** uncomfortable on their shoulders with the baby in a facing-in carry (unlike with the other stretchy and hybrid wraps we tested, with the ComfyFit, older babies are safe when carried facing out), and they removed it early in testing to avoid lasting pain.

At first we loved using the **Konny Baby Carrier Flex AirMesh**; the sides adjusted easily, and it was lightweight and simple to figure out. However, after our testers wore it for a while, the fabric felt scratchy on the neck, a particular concern for us knowing that so much of the fabric touches the baby. The additional head-support piece was too flimsy, as well.

The **Baby K'Tan Active Oasis Baby Carrier** is the only hybrid carrier we tested that comes in specific sizes (XS to XL), but Kerry's baby didn't seem to be supported well in the size recommended for Kerry's body. Perhaps sizing down for a better fit, as some reviews say to do, would have helped, but this makes us hesitant to recommend it.

We didn't test the **Baby K'Tan Original Baby Carrier** because of complaints about the thick fabric in hot climates. We did test the company's **Breeze Baby Carrier** for the first iteration of this guide, but not again in 2024 because it's similarly made of 100% cotton (though it has a mesh panel that you can rotate over the baby in warmer weather); the Active Oasis version's fabric seemed like a better, breathable fabric.

We didn't test the **Lalabu Simple Wrap** since it requires a baby to weigh at least 13 pounds.

### Looking for something else?


**You Can — and Should — Love Your Baby Carrier**


**The Best Nursing Pillows**


**The Best Full-Size Strollers**


**The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**

**Wirecutter**    subscribe

**BROWSE**    The competition

We didn't test the **Boba Simple Wrap** since it requires a baby to weigh at least 13 pounds.

We passed on trying the **Lillébaby Lillelight Baby Carrier** (no longer available) after reading that it needs an additional newborn insert that isn't included.

We didn't test the **Moby Easy-Wrap Carrier**, as reviews seemed mixed.

A relatively high price and a lumpy-looking back caused us to eliminate the **Mumma Etc. Wrap Carrier** from consideration for testing. We were also unable to find any independent reviews of it at the time of our initial research.

We declined to test the **Stokke Limas Carrier** because of a very thin backstrap on the design that looked unlikely to support the weight of a baby up to 33 pounds, as it's designed for.

### Ring slings

The **Kyte Baby Ring Sling** is a less expensive linen sling that failed to impress due to its thin and nearly undetectable rails, which made it harder to adjust. Plus, the rings failed to lock the fabric down tightly every time.

**Wildbird's Linen Ring Slings** rank among the more affordable of those we tested, and its linen blend feels very soft out of the package, with excellent, thick rails. But multiple testers needed to adjust the rings often to keep their baby secure, even after rethreading. However, this model may still be a good option if you're starting wearing a sling with a toddler, where tiny adjustments aren't critical.

Jennifer sweated while wearing the **Tula Ring Sling** on warm summer days and found that her back ached after a mile-long walk.

The **Hip Baby Wrap** was lightweight for tucking into a diaper bag and easy for Jennifer to pull on and off while holding a 6-week-old baby. But when another tester wore the Hip Baby Wrap with a 12-week-old infant, she found that the sling loosened more than the others and needed to be continually adjusted for a good fit. It also led to backaches.

We didn't test the **Moby Ring Sling** because online reviewers disliked the fabric.

We elected not to test the **Mumma Etc. Sling** after two babywearing educators we spoke with said they had never heard of it, and we couldn't find any independent reviews at the time of our initial research.

## How to wear your baby safely

Following a few rules of thumb will help mitigate the risks. Wearing the

**Looking for something else?**



You Can — and Should — Love Your Baby Carrier



The Best Nursing Pillows



The Best Full-Size Strollers



The Best Baby Bathtubs and Bath Seats

Read more from **Baby and kid**

WILDBIRD0000747

## How to wear your baby safely

Following a <u>few rules of thumb</u> will help mitigate the risks. Keeping the <u>TICKS</u> acronym, which lays out key safety points, in mind can guide you.

**Safeguard breathing:** Ensure that the baby's airway remains open at all times by holding the baby upright with their face visible and their head close enough to kiss. Continuous monitoring is important because the baby's position can shift.

**Prevent falls:** Learn how to tie a wrap or sling tightly, taking up the slack so that it's snug. You shouldn't have to keep one hand on the carrier for support, and the baby should remain secure as you bend forward. Be sure to reposition and retighten the carrier after nursing.

**Protect hip health:** Babies' hip sockets are made of soft cartilage, so they're more at risk of becoming misaligned or dislocated. The baby should remain in a "froggy" or M position, with their thighs supported, their hips bent, and their knees slightly higher than their bottom.

**Seek guidance as needed:** Babywearing is a skill, and like any new skill it requires practice. "I have found it really is less about the brand of carrier and more about how comfortable a parent is about their baby and trusting their own intuition in caring for their baby," said Hannah Rigg, the babywearing educator from Natural Resources. For many of our picks, you can find how-to videos on their makers' sites to learn how to do things correctly, and some makers, like Solly, can connect you with a babywearing educator to **confirm for free** that you're using their wraps properly. Some stores offer classes, and the <u>r/babywearing subreddit</u> has regular fit-check posts where experienced babywearers can offer tips.

*This article was edited by Amy Miller Kravetz and Kalee Thompson. Jennifer Bogo contributed reporting.*

### Looking for something else?



**You Can — and Should — Love Your Baby Carrier**



**The Best Nursing Pillows**



**The Best Full-Size Strollers**



**The Best Baby Bathtubs and Bath Seats**

Read more from **Baby and kid**

## Sources

1. Hannah Rigg, LMSW, <u>babywearing consultant, Natural Resources</u>, phone interview, October 4, 2023

2. Kaytee Crawford, IBCLC, <u>babywearing educator</u>, phone interview, September 27, 2023

3. Lynne Banach, <u>founder and owner, Sakura Bloom</u>, phone interview, October 20, 2023

4. Frances Kozen, <u>senior lecturer and director of undergraduate studies, Human Centered Design department, Cornell University</u>, email interview, December 6, 2017, and January 26, 2024

5. Holly Walker Kim, DC, <u>doula and owner of Enlightened Wellness</u>, in-person and email interviews, January 10, 2024, and February 27, 2024

6. Adriane Stare, owner of Wild Was Mama, phone interview, August 11, 2017

WILDBIRD0000748

6. Adriane Stare, owner of Wild Was Mama, phone interview, August 11, 2017

7. Angelique Geehan, babywearing consultant, phone interview, August 8, 2017

8. Rachel Boarman, babywearing consultant, email interview, November 8, 2017

9. Joanna McNeilly, founder of the Center for Babywearing Studies and co-owner of Metro Minis, phone interview, August 17, 2017

10. Eric Peterson, co-owner of Metro Minis, phone interview, August 17, 2017

11. Theresa Carroll, clinical assistant professor, department of occupational therapy at the University of Illinois at Chicago, email interview, December 4, 2017

## Meet your guide



**Kerry Davis McGuinness**
X  in

Kerry Davis McGuinness is a freelance writer based in San Francisco. Tech reporting has been her main beat for 10 years, but she has branched out into covering baby gear since becoming a parent, which has also made her obsessed with trying every packaged toddler snack she can find.

## Further reading



### You Can — and Should — Love Your Baby Carrier

We've tested 32 baby carriers since 2017. These four are the best.



### The Best Nursing Pillows

Nursing pillows come in a variety of shapes and sizes. These are the ones we love.



### The Best Full-Size Strollers

We considered more than 100 full-size strollers to determine the best ones to transport your kids and all of their stuff. These are the top four.



### The Best Baby Bathtubs and Bath Seats

Document title: The 4 Best Baby Wraps and Slings of 2025 | Reviews by Wirecutter
Capture URL: https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/
Capture timestamp (UTC): Wed, 27 Aug 2025 18:54:08 GMT

WILDBIRD0000749

**BROWSE** Sources



### The Best Full-Size Strollers

We considered more than 100 full-size strollers to determine the best ones to transport your kids and all of their stuff. These are the top four.



### The Best Baby Bathtubs and Bath Seats

After 25 hours testing 10 baby bathtubs and bath seats with our own infants, we recommend these safe, easy to use, adaptable products. Read on to learn more.

ADVERTISEMENT





The New York Times
# Wirecutter

Wirecutter is the product recommendation service from The New York Times. Our journalists combine independent research with (occasionally) over-the-top testing so you can make quick and confident buying decisions. Whether it's finding great products or discovering helpful advice, we'll help you get it right (the first time). Subscribe now for unlimited access.

About Wirecutter

Our team

Staff demographics

Jobs at Wirecutter

How to pitch

Contact The New York Times

Send us feedback

Newsletters

© 2025 Wirecutter, Inc., A New York Times Company    Privacy Policy    Terms of Service    Cookie Policy    Partnerships & Advertising    Licensing & Reprints    RSS

Your Privacy Choices

# Exhibit 15

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

WILDBIRD LLC,

    *Plaintiff*,

    v.

WILDRIDE B.V., and WILDRIDE USA CORP.,

    *Defendants*.

Civil Action No: 1:25-cv-05993

## PLAINTIFF'S AMENDED RESPONSES TO DEFENDANTS' PRELIMINARY-INJUNCTION RELATED REQUESTS FOR ADMISSION

Plaintiff Wildbird LLC ("Plaintiff"), by and through its undersigned counsel, hereby responds to Defendants Wildride B.V. and Wildride USA Corp.'s (together, "Defendants") First Set of Requests for Requests for Admission to Plaintiff ("Requests") as follows:

## PRELIMINARY STATEMENT

The following responses and objections are based only upon information presently available to and specifically known by Plaintiff. Facts and evidence now known may be imperfectly understood. Additionally, discovery is continuing in this matter. Accordingly, Plaintiff reserves the right to modify or amend these responses on the basis of subsequently acquired knowledge, information, or understanding. These responses reflect the information that is presently available to Plaintiff as derived from such investigation as was possible prior to the date of these responses. Plaintiff expressly reserves the right to amend, add to, delete from, or otherwise modify or supplement each response, to produce documents, and/or to make such claims and contentions as may be appropriate when Plaintiff has concluded discovery and has ascertained more relevant facts. Except for facts expressly admitted, if any, no incidental or implied admissions are intended or should be construed from any response. The fact that Plaintiff provides a response

to part or all of any Request is not intended and shall not be construed to be a waiver by Plaintiff of all or any part of any objection to any such Request. Plaintiff's responses are made without waiver of the following rights, and, on the contrary, are intended to preserve and do preserve the following:

(i)     the right to raise all questions of authenticity, foundation, relevancy, materiality, privilege, and admissibility as evidence for any purpose of the information identified in response to the Requests that may arise in any subsequent proceedings in, or trial of, this or any other action;

(ii)     the right to object on any ground to the use of said information identified in response to the Requests in any subsequent proceeding in, or hearing of, this or any other action;

(iii)     the right to object on any ground to the introduction into evidence of information identified in response to the Requests;

(iv)     the right to object on any ground at any time to other discovery involving the information provided; and,

(v)     the right to amend or supplement this response in the event that any information is unintentionally omitted. Inadvertent identification or production of privileged documents or information by Plaintiff is not a waiver of any applicable privilege.

This Preliminary Statement is incorporated into each response set forth below.

## **GENERAL OBJECTIONS**

Plaintiff asserts the following general objections ("General Objections") to each and every one of the Requests where applicable. The General Objections may or may not be reasserted after each specific Request. The assertion of the same, similar or additional objections to each specific Request, or the failure to assert any additional objection to each specific Request, does not waive or alter the General Objections immediately set forth below:

1.      Plaintiff objects to all definitions, instructions, and Requests that purport to impose any obligations on Plaintiff beyond those set forth in the Federal Rules of Civil Procedure or any applicable local rule or order of the Court.

2.      Plaintiff objects to each and every Request to the extent it improperly calls for information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or by any other recognized legal privilege, including because it purports to extend to Plaintiff's attorneys.

3.      Plaintiff objects to the definition of "WILDRIDE MARK" in Paragraph Five of the Definitions section of Defendants' First Set of Requests for Admission on the ground that it assumes the "WILDRIDE Mark" is a valid and protectable trademark.

4.      Plaintiff objects to each and every Request to the extent that it seeks Plaintiff's confidential, private, or proprietary information. Plaintiff will designate any such information in accordance with the Protective Order in this action.

5.      Plaintiff objects to each and every Request to the extent that it seeks confidential, private, or personal information about Plaintiff's customers who are not parties to this case, and without notice to said parties. Plaintiff will designate any such information in accordance with the Protective Order in this action.

6.      Plaintiff  objects to each and every Request to the extent it seeks information not in Plaintiff's possession, custody, or control.

7.      Plaintiff objects to each and every Request to the extent it seeks information already in the possession, custody, or control of, or equally available to, Plaintiff.

8.      Plaintiff objects to each and every Request to the extent it is vague, ambiguous, cumulative, overbroad, unduly burdensome, or disproportional to the needs of the case.

9.      Plaintiff objects to each and every Request to the extent that the applicable timeframe is vague, ambiguous, or overbroad.

### REQUESTS FOR ADMISSION

**REQUEST NO. 1:**    Admit that you were not aware of any instance prior to May 2025 in which a potential customer, supplier, or other third party stated that, or questioned whether, Wildbird was affiliated with Wildride, or vice versa.

**RESPONSE:** Plaintiff objects to this request to the extent it insinuates that no confusion existed before the earliest date on which Plaintiff became aware of actual confusion between the parties' respective WILDBIRD and WILDRIDE marks and products.

Admitted.

**REQUEST NO. 2:**    Admit that you were not aware of Wildride's use of the WILDRIDE Mark in commerce in the United States prior to May 2025.

**RESPONSE:** Plaintiff admits that, prior to May 2025, it was not aware of Defendants using their WILDRIDE Mark in United States commerce while being physically present in the United States.

**AMENDED RESPONSE:** Plaintiff objects to this Request No. 2 on the ground that the phrase "in commerce in the United States" is ambiguous.  Plaintiff understands that, under U.S. trademark law, there are two types of United States commerce, namely: (i) United States interstate commerce (*i.e.*, commerce between States in the United States) and (ii) United States foreign commerce (*i.e.*, commerce between the United States and a foreign nation(s)).   Based on this understanding, it is not clear to Plaintiff whether the phrase "in commerce in the United States," as used by Defendants in this Request No. 2, refers to United States interstate commerce or United States foreign commerce.   Nonetheless, Plaintiff admits that, prior to May 2025, it was not aware

of Defendants' use of the WILDRIDE Mark in United States interstate commerce; instead, prior to May 2025, Plaintiff was only aware of Defendants' use of the WILDRIDE Mark in United States foreign commerce.   Specifically, prior to May 2025, Plaintiff understood that Defendants shipped a *de minimis* amount of WILDRIDE-branded products into the United States from the Netherlands.  In May 2025, Plaintiff discovered, for the first time, that Defendants were using their WILDRIDE Mark while physically present in the United States.  Plaintiff made this discovery while attending the 2025 ABC Kids Expo in Las Vegas, Nevada, which Plaintiff and Defendants attended from May 21-23, 2025.  Plaintiff subsequently discovered that Defendants had a United-States-specific website; Defendants were meeting with buyers for Nordstrom, which has locations throughout the United States and is one of Plaintiff's retail partners; and Defendants had a physical address in the State of New York.  May 2025 also is when Plaintiff first became aware of Defendants' use of the WILDRIDE Mark creating actual confusion in the United States.

**REQUEST NO. 3:**   Admit that the word "ride" and the word "bird" do not mean the same thing.

**RESPONSE:** Plaintiff interprets this request as referring to the impression that the parties' marks allegedly leave or make on consumers.  Whether consumers believe that the words "ride" and "bird"—whether standing alone and/or when used within the parties' WILDBIRD and WILDRIDE marks—have the same meaning or a different meaning is information that lies with consumers, not Plaintiff.  Accordingly, Plaintiff lacks sufficient knowledge and information to form a belief about the truth or falsity of this Request and, therefore, denies it.

**AMENDED RESPONSE:** Plaintiff objects to this Request No. 3 on the ground that it is not limited to Plaintiff's understanding of the words "ride" and "bird."  Plaintiff also objects to this Request No. 3 on the ground that it seeks irrelevant information.  This action is not about

whether the words "ride" and "bird" have the same or different meanings; rather, this action is about whether Defendants' WILDRIDE mark infringes Plaintiff's WILDBIRD mark. Based on the instances of actual confusion in the record, Plaintiff denies that the words "ride" and "bird" do not mean the same thing when used within the parties' WILDRIDE and WILDBIRD marks and for the parties' products. Nonetheless, Plaintiff admits that, based on its understanding of the words "ride" and "bird," those words—when used standing alone and not used within the parties' WILDBIRD and WILDRIDE marks for the parties' products—do not mean the same thing.

**REQUEST NO. 4:** Admit that you do not possess any consumer surveys, focus group studies, or market research concerning brand recognition of the WILDBIRD Mark or confusion between the WILDBIRD Mark and the WILDRIDE Mark.

**RESPONSE:** Plaintiff objects to this request as impermissibly compound in that it contains at least two (2) discrete subparts, namely, trademark strength and actual confusion, which are separate *Polaroid* factors.

As to the part of the request regarding brand recognition of the WILDBIRD Mark, denied. As to the part of the request regarding actual confusion, admitted.

**REQUEST NO. 5:** Admit that, in the past five (5) years, you have not initiated any formal enforcement actions, including administrative proceeding or civil actions, against a third party for use of the word "WILD" or a similar term, unless that third party also used "BIRD" or some variant thereof.

**RESPONSE:** Plaintiff objects to this request because it exceeds the number of requests permitted under the Court's PI-related Scheduling Order allowing five requests for admission. [ECF 18]. Nonetheless, Plaintiff admits this Request.

Dated: September 3, 2025

GREENBERG TRAURIG, LLP

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas (JT1016)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9219
Email: jonathan.thomas@gtlaw.com

Molly R. Littman-Johnson (*pro hac vice*)
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Tel:  (612) 259-9669
Fax: (612) 259-9700
Email: Molly.Littman@gtlaw.com

*Attorneys for Plaintiff Wildbird LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2025, I served a true and correct copy of the foregoing document, titled *Plaintiff's Amended Responses to Defendants' Preliminary-Injunction Related Requests for Admission* via electronic mail, on the following counsel of record for Defendants:

Leo M. Lichtman
James M. Slater
ESCA LEGAL
Leo@esca.legal
James@esca.legal
1177 6th Avenue, 5th Floor
New York, New York 10036

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

*Attorney for Plaintiff*

# Exhibit 16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

WILDBIRD LLC,

    *Plaintiff*,

    v.

WILDRIDE B.V., and WILDRIDE USA CORP.,

    *Defendants.*

Civil Action No: 1:25-cv-05993

### PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANTS' PRELIMINARY-INJUNCTION RELATED INTERROGATORIES

Plaintiff Wildbird LLC ("Plaintiff"), by and through its undersigned counsel, hereby responds to Defendants Wildride B.V. and Wildride USA Corp.'s (together, "Defendants") First Set of Interrogatories ("Interrogatories") as follows:

### PRELIMINARY STATEMENT

The following responses and objections are based only upon information presently available to and specifically known by Plaintiff. Facts and evidence now known may be imperfectly understood. Additionally, discovery is continuing in this matter. Accordingly, Plaintiff reserves the right to modify or amend these responses on the basis of subsequently acquired knowledge, information, or understanding. These responses reflect the information that is presently available to Plaintiff as derived from such investigation as was possible prior to the date of these responses. Plaintiff expressly reserves the right to amend, add to, delete from, or otherwise modify or supplement each response, to produce documents, and/or to make such claims and contentions as may be appropriate when Plaintiff has concluded discovery and has ascertained more relevant facts. Except for facts expressly admitted, if any, no incidental or implied admissions are intended or should be construed from any response. The fact that Plaintiff provides a response

to part or all of any Interrogatory is not intended and shall not be construed to be a waiver by Plaintiff of all or any part of any objection to any such Interrogatory. Plaintiff's responses are made without waiver of the following rights, and, on the contrary, are intended to preserve and do preserve the following:

(i)     the right to raise all questions of authenticity, foundation, relevancy, materiality, privilege, and admissibility as evidence for any purpose of the information identified in response to the Interrogatories that may arise in any subsequent proceedings in, or trial of, this or any other action;

(ii)     the right to object on any ground to the use of said information identified in response to the Interrogatories in any subsequent proceeding in, or hearing of, this or any other action;

(iii)     the right to object on any ground to the introduction into evidence of information identified in response to the Interrogatories;

(iv)     the right to object on any ground at any time to other discovery involving the information provided; and,

(v)     the right to amend or supplement this response in the event that any information is unintentionally omitted. Inadvertent identification or production of privileged documents or information by Plaintiff is not a waiver of any applicable privilege.

This Preliminary Statement is incorporated into each response set forth below.

## **GENERAL OBJECTIONS**

Plaintiff asserts the following general objections ("General Objections") to each and every one of the Interrogatories where applicable. The General Objections may or may not be reasserted after each specific Interrogatory. The assertion of the same, similar or additional objections to each

specific Interrogatory, or the failure to assert any additional objection to each specific Interrogatory, does not waive or alter the General Objections immediately set forth below:

1.      Plaintiff objects to all definitions, instructions, and Interrogatories that purport to impose any obligations on Plaintiff beyond those set forth in the Federal Rules of Civil Procedure or any applicable local rule or order of the Court.

2.      Plaintiff objects to each and every Interrogatory to the extent it improperly calls for information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or by any other recognized legal privilege, including because it purports to extend to Plaintiff's attorneys.

3.      Plaintiff objects to the definition of "WILDRIDE Mark" in Paragraph Five of the Definitions section of Defendants' First Set of Interrogatories on the ground that it assumes the "WILDRIDE Mark" is a valid and protectable trademark.

4.      Plaintiff objects to each and every Interrogatory to the extent that it seeks Plaintiff's confidential, private, or proprietary information. Plaintiff will designate any such information in accordance with the Protective Order in this action.

5.      Plaintiff objects to each and every Interrogatory to the extent that it seeks confidential, private, or personal information about Plaintiff's customers who are not parties to this case, and without notice to said parties. Plaintiff will designate any such information in accordance with the Protective Order in this action.

6.      Plaintiff  objects to each and every Interrogatory to the extent it seeks information not in Plaintiff's possession, custody, or control.

7.      Plaintiff objects to each and every Interrogatory to the extent it seeks information already in the possession, custody, or control of, or equally available to, Plaintiff.

8.      Plaintiff objects to each and every Interrogatory to the extent it is vague, ambiguous, cumulative, overbroad, unduly burdensome, or disproportional to the needs of the case.

9.      Plaintiff objects to each and every Interrogatory to the extent that the applicable timeframe is vague, ambiguous, or overbroad.

## INTERROGATORIES

**INTERROGATORY NO. 1:**      Identify each instance or communication of alleged confusion between you and Wildride in the past five (5) years, including the date, manner in which the information was shared with you, the names of each person who participated in or has knowledge about the alleged confusion, and a description of the communication.

**ANSWER:** Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney/client privilege or work product doctrine.

Subject to and without waiving its objections, Plaintiff identifies the following:

- May 22, 2025 – ABC Kids Expo – a buyer from Nordstrom asked Plaintiff's representative if Plaintiff's WILDBIRD brand was affiliated with Defendants' WILDRIDE brand.

- May 23, 2025 -  ABC Kids Expo – one supplier said to Plaintiff's representative "oh, yes; I saw your booth" – but they were referring to Defendants' booth.

- May 23, 2025 – ABC Kids Expo - a supplier asked Plaintiff's representative "You are Wildride, yes"?

- June 2025 – Nordstrom brand showcase – at least 4 category leads for Nordstrom stores throughout the U.S. asked Plaintiff's representative if Plaintiff's WILDBIRD brand was affiliated with Defendants' WILDRIDE brand or if Plaintiff's

WILDBIRD brand was the same as Defendants' WILDRIDE brand.

- July 2025 – confusion on social media – prospective consumers "tagged" Plaintiff's Instagram account when posting about Defendants' products.

- August 2025 – in a search for "Wildbird" on Nordstrom's website, Defendants' WILDRIDE-branded baby carrier is the first item to appear.

- August 2025 – additional confusion on social media – prospective consumers "tagged" Plaintiff's Instagram account when posting about Defendants' products.

Plaintiff's search for information and documents is ongoing.

**INTERROGATORY NO. 2:**       Identify the date and manner in which you first became aware of Wildride's existence in the United States and each person who participated in or has knowledge about the discovery.

**ANSWER**: Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney/client privilege or work product doctrine.

Subject to and without waiving its objections, Plaintiff states the following: Plaintiff first became aware of Wildride's physical existence in the United States on or about May 21, 2025, at the ABC Kids Expo in Las Vegas, Nevada. Nate Gunn has knowledge about this discovery.

**INTERROGATORY NO. 3:**       Identify each channel through which you distribute and sell, or intend to distribute and sell, Wildbird's Goods and Services in the United States, including domain names, online storefronts, third-party e-commerce platforms, retailers, wholesale accounts, and social media handles.

**ANSWER:** Plaintiff identifies the following trade channels: (1) Wildbird's website www.wildbird.co; (2) Wildbird's social media pages, including Instagram @wildbird, Facebook @mywildbird, TikTok at @mywildbird; and YouTube at @mywildbird; (3) third-party brick-and-

mortar retailers such as Nordstrom, Target, and boutique baby and children's stores throughout the United States; and (4) third-party e-commerce websites such as Amazon.com, Nordstrom.com, Target.com, Babylist.com, and boutique baby and children's online retail stores.  Pursuant to FED. R. CIV. P. 33(d), please also see the document that begins with the Bates Number "WILDBIRD0003376."

**INTERROGATORY NO. 4:**        Identify each and every channel of advertising used to promote the WILDBIRD Goods and Services in the United States, and the total dollar amount spent on each, by year.

**ANSWER:** Wildbird objects to this Interrogatory to the extent it asks for the total dollar amount spent on each channel of advertising as opposed to advertising as a whole.  Wildbird also objects to this Interrogatory to the extent it seeks Wildbird's confidential information.

Subject to and without waiving its objections, please see Wildbird's response to Interrogatory No.  3.  Pursuant to FED. R. CIV. P. 33(d), please also see the document that begins with the Bates Number "WILDBIRD0003383."

**INTERROGATORY NO. 5:**        Identify the annual revenue earned by you in connection with the sale of Wildbird's Goods and Services, by year, from 2014 to the present.

**ANSWER**: Wildbird objects to this Interrogatory to the extent it seeks Wildbird's confidential information.

Subject to and without waiving its objection, as well as FED. R. CIV. P. 33(d), please see the document that begins with the Bates Number "WILDBIRD0003383."

Dated: August 29, 2025

GREENBERG TRAURIG, LLP

/s/ Jonathan W. Thomas
Jonathan W. Thomas (JT1016)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9219
Email: jonathan.thomas@gtlaw.com

Molly R. Littman-Johnson (*pro hac vice*)
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Tel:  (612) 259-9669
Fax: (612) 259-9700
Email: Molly.Littman@gtlaw.com

*Attorneys for Plaintiff Wildbird LLC*

## VERIFICATIOÃ

I, Nate Gunn, am the Co-Founder of Wildbird LLC.  I have the authority to sign this Verification on Wildbird's behalf.  I have read and reviewed these responses to Defendants' First Set of Interrogatories in this lawsuit.  To the best of my knowledge, these interrogatory responses are true and correct as of the day they are made.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2025.

Nate Gunn

## CERTIFICATE OF SERVICE

I hereby certify that, on August 28, 2025, I served a true and correct copy of the foregoing document, titled *Plaintiff's Responses and Objections to Defendants' Preliminary-Injunction Related Interrogatories* via electronic mail, on the following counsel of record for Defendants:

Leo M. Lichtman
James M. Slater
ESCA LEGAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 29, 2025, I served a true and correct copy of the foregoing document, titled *Plaintiff's Responses and Objections to Defendants' Preliminary-Injunction Related Interrogatories* via electronic mail, on the following counsel of record for Defendants:

Leo M. Lichtman
James M. Slater
ESCA LEGAL
Leo@esca.legal
James@esca.legal
1177 6th Avenue, 5th Floor
New York, New York 10036

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

*Attorney for Plaintiff*

# Exhibit 17 to Lichtman Decl. Provisionally Filed Under Seal

# Exhibit 18 to Lichtman Decl.
# Provisionally Filed Under Seal

# Exhibit 19

‹  THOUSANDS OF FIVE STAR REVIEWS ★ ★ ★ ★ ★  ›



# CloudBlend™

Introducing our CloudBlend™ collection, featuring a luxurious Tencel fabric creating the ultimate breathable, stretchy–soft, moisture–wicking products that won't pill or lose their shape. So soft, so breathable, it's the closest thing to actually sleeping on ...

Read More

**218 PRODUCTS**                                    **SORT BY: DEFAULT**





LOW STOCK

ACTIVATE $10 OFF

**harvey - cloudblend™ footless pajamas**







**desert lark - cloudblend™ footless pajamas**

**galah - cloudblend™ footless pajamas**





**lola - cloudblend™ footless pajamas**

**placido - cloudblend™ footless pajamas**



pink robin - cloudblend™ footless pajamas



dove - cloudblend™ footless pajamas



**sam - cloudblend™ footless pajamas**



**sparrow - cloudblend™ footless pajamas**



ACTIVATE $10 OFF

LOW STOCK



gulliver - cloudblend™ footless pajamas

kingfisher - cloudblend™ footless pajamas

# Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

EMAIL ADDRESS

**SUBSCRIBE NOW**

ACTIVATE $10 OFF

   

## Shop

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

## Learn

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

## About

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

## Support

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

COPYRIGHT © 2025, WILDBIRD

# Exhibit 20

WILDBIRD0000160



Thank you thank you @wildbird for this carrier!! We all love it for the velcro toddler 💚

WILDBIRD0003377



Attached at the hip kind of day

@wildbird saving my arm

WILDBIRD0003379



WILDBIRD0003384

# Exhibit 21

🔒 Page Vault

| | |
|---|---|
| Document title: | wildbird \| Nordstrom |
| Capture URL: | https://www.nordstrom.com/sr?origin=keywordsearch&keyword=wildbird&sid=75034 |
| Page loaded at (UTC): | Wed, 27 Aug 2025 22:31:15 GMT |
| Capture timestamp (UTC): | Wed, 27 Aug 2025 22:31:41 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | vRzvK4X1faMgLHPrmEiwVn |
| Display Name: | ketterlingc |

WILDBIRD0003355

# NORDSTROM

Q wildbird ✕   ⊘ Sign In ⌄   🏬 Your Store Tysons Corner Center ⌄   🛍

| New | Sale | Women | Men | Beauty | Shoes | Accessories | Kids | Designer | Home | Gifts | Explore |

Home / All Results

**Pickup & Shipping** —

🏬 **Tysons Corner Center**
Shop items available for pickup at your store

⊘ **Members get free 2-day shipping for select items and locations--**
join in your account.

☐ Pick up today
☐ Pick up tomorrow

**Gender** +

**Product Type** +

**Size** +

**Color** +

**Brand** +

**Price** +

**Fabric Care** +

**Feature** +

**Length** +

**Material** +

## You searched for "wildbird"

20 items                                                     Sort: Featured ⌄



**WILDBIRD** Aerial Linen Baby Carrier
$177.99

**WILDBIRD** CloudBlend™ One-Piece Pajamas (Baby)
$27.99

**WILDBIRD** CloudBlend™ Footie One-Piece Pajamas...
$27.99

**La DoubleJ** Tea Jar
$350
⏱ Only a few left

**WILDBIRD** CloudBlend™ Two-Piece Short Pajamas...
$27.99

**WILDBIRD** CloudBlend™ Two-Piece Long Pajamas...
$27.99

**WILDBIRD** CloudBlend 1.0 TOG Sleep Sack
$43.99

**La DoubleJ** Runner Wildbird Blue Small
$90

WILDBIRD0003356



**WILDBIRD** CloudBlend™
$27.99

**WILDBIRD** CloudBlend™
$27.99

**WILDBIRD** CloudBlend 1.0
$43.99

Blue Small

**La DoubleJ** Dishtowel (50X70) Wildbird Viola...
$50

**La DoubleJ** Large Napkins Set Of 2 (17.7"x17.7")
$90

**La DoubleJ** Large Napkins Set Of 2 (17.7"x17.7")
$90

**La DoubleJ** Apron With Pocket
$120

**La DoubleJ** Apron With Pocket
$120

**La DoubleJ** Bubble Vase
$650
⏱ Only a few left

**La DoubleJ** Large Napkins Set Of 2 (45X45) Wildbird...
$90

**La DoubleJ** Dessert Plates Set Of 2
$170

**La DoubleJ** Dessert Plates

**La DoubleJ** Placemats Set

**La DoubleJ** Medium

**La DoubleJ** Placemats Set



**La DoubleJ** Dessert Plates Set Of 2

$170

**La DoubleJ** Placemats Set Of 2 (13.8"x17.7")

$120

**La DoubleJ** Medium Tablecloth (!80X280)...

$320

**La DoubleJ** Placemats Set Of 2 (35X45) Wildbird Viol...

$120

THE Nordy CLUB

### Get $60 Off Your Next Purchase
For new credit cardmembers! Ends September 7. Terms apply. Apply Now



Get Email Updates: | Email Address | Sign up

**Customer Service**
Contact Us
Order Status
Shipping
Return Policy & Exchanges
Price Adjustments
Gift Cards
FAQ
Product Recalls
United States

**About Us**
All Brands
Careers
Corporate Social Responsibility
Diversity, Equity, Inclusion & Belonging
Get Email Updates
Nordstrom Blog
The Thread
Nordy Podcast

**Stores & Services**
Find a Store
Free Style Help
Alterations & Tailoring
SkinSpirit Clinic | Spa Nordstrom
Nordstrom Restaurants
Nordstrom Local

**Nordstrom Card & Rewards**
The Nordy Club Rewards
Apply for a Nordstrom Card
Pay My Bill
Manage My Nordstrom Card

**Nordstrom, Inc.**
Nordstrom Rack
Investor Relations
Press Releases
Nordstrom Media Network

Get our apps

Top

Privacy    Your Privacy Rights    Terms & Conditions    California Supply Chains Act    ©2025 Nordstrom, Inc.

# Exhibit 22

https://www.reddit.com/r/babywearing/comments/1bn4u5s/former_ring_sling_hater_turned_lover/   September 16, 2025 at 4:15 PM EDT





RIDE000552





RIDE000553



# Exhibit 23

Generated on: This page was generated by TSDR on 2025-10-02 15:49:27 EDT
Mark: WILDBIRD

# Wildbird

| | | | |
|---|---|---|---|
| US Serial Number: | 86670894 | Application Filing Date: | Jun. 23, 2015 |
| US Registration Number: | 4892777 | Registration Date: | Jan. 26, 2016 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor:



DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

Status: Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Aug. 05, 2022

**Publication Date:** Nov. 10, 2015

**Date Cancelled:** Aug. 05, 2022

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | WILDBIRD |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Baby carriers worn on the body | | |
| International Class(es): | 018 - Primary Class | U.S Class(es): | 001, 002, 003, 022, 041 |
| Class Status: | SECTION 8 - CANCELLED | | |
| First Use: | May 01, 2014 | Use in Commerce: | May 01, 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Wildbird |
| **Owner Address:** | 1338 East Zenith Ave<br>Salt Lake City, UTAH UNITED STATES 84106 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country** UTAH
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | WILDBIRD<br>1338 E Zenith Ave<br>Salt Lake City, UTAH UNITED STATES 84106-3432 |
| **Phone:** | 805-807-6115 |
| **Correspondent e-mail:** | nhgunn@gmail.com |

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 05, 2022 | CANCELLED SEC. 8 (6-YR) | |
| Jan. 26, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 26, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 10, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 10, 2015 | PUBLISHED FOR OPPOSITION | |
| Oct. 21, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 01, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 29, 2015 | ASSIGNED TO EXAMINER | |
| Jun. 30, 2015 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jun. 29, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 26, 2015 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 26, 2016 |

# Exhibit 24

**Generated on:** This page was generated by TSDR on 2025-10-02 21:15:42 EDT

**Mark:** WILDBIRD

# WildBird

| | |
|---|---|
| **US Serial Number:** 98463953 | **Application Filing Date:** Mar. 22, 2024 |
| **US Registration Number:** 7798495 | **Registration Date:** May 20, 2025 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**  LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 20, 2025

**Publication Date:** Apr. 01, 2025

# Mark Information

**Mark Literal Elements:** WILDBIRD

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Back packs for carrying babies; baby carriers worn on the body

**International Class(es):** 018 - Primary Class     **U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2014     **Use in Commerce:** Nov. 14, 2014

**For:** Baby bedding, namely, swaddling blankets, fitted crib sheets, crib skirts, blankets, pillow covers

**International Class(es):** 024 - Primary Class     **U.S Class(es):** 042, 050

**Class Status:** ACTIVE

**First Use:** Feb. 28, 2022     **Use in Commerce:** Feb. 28, 2022

**For:** Baby pajamas; toddler pajamas; sleep gowns, sleepwear for babies in the nature of sleepsacks

**International Class(es):** 025 - Primary Class     **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**First Use:** Feb. 28, 2022     **Use in Commerce:** Feb. 28, 2022

**For:** Play mats for toddlers and babies

**International Class(es):** 028 - Primary Class     **U.S Class(es):** 022, 023, 038, 050

|  |  |  |  |
|---|---|---|---|
| **Class Status:** | ACTIVE |  |  |
| **First Use:** | Feb. 28, 2022 | **Use in Commerce:** | Feb. 28, 2022 |

|  |  |
|---|---|
| **For:** | On-line retail store services featuring baby related consumer products, namely baby carriers, baby pajamas, baby bedding, baby playmats, toddler pajamas, and baby sleep sacks |
| **International Class(es):** | 035 - Primary Class |
| | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** | ACTIVE |
| **First Use:** | Jul. 01, 2014 |
| | **Use in Commerce:** Nov. 14, 2014 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | WildBird |  |  |
| **Owner Address:** | 50 W Broadway st<br>Salt Lake City, UTAH UNITED STATES 84101 |  |  |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | UTAH |

## Attorney/Correspondence Information

### Attorney of Record

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | Jerome Fogel |  |  |
| **Attorney Primary Email Address:** | jfogel@fpgeneralcounsel.com | **Attorney Email Authorized:** | Yes |

### Correspondent

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | Jerome Fogel<br>Fogel & Potamianos LLP<br>4100 West Alameda Ave STE 300<br>Burbank, CALIFORNIA United States 91505 |  |  |
| **Phone:** | 866 268 2787 ext. 101 |  |  |
| **Correspondent e-mail:** | jfogel@fpgeneralcounsel.com rkramer@fpgeneral counsel.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 20, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 20, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 01, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 01, 2025 | PUBLISHED FOR OPPOSITION | |
| Mar. 26, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 07, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 04, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 28, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 28, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 28, 2025 | PETITION TO REVIVE-GRANTED | |
| Feb. 28, 2025 | TEAS PETITION TO REVIVE RECEIVED | |
| Jan. 20, 2025 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |

| Jan. 20, 2025 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 03, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 03, 2024 | NON-FINAL ACTION E-MAILED | |
| Oct. 03, 2024 | NON-FINAL ACTION WRITTEN | |
| Oct. 01, 2024 | ASSIGNED TO EXAMINER | 88579 |
| Aug. 20, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 22, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| Current Location: | FILE REPOSITORY (FRANCONIA) | Date in Location: | May 20, 2025 |

## Assignment Abstract Of Title Information

### Summary

| | | | |
|---|---|---|---|
| Total Assignments: | 1 | Registrant: | WildBird |

### Assignment 1 of 1

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 8785/0540 | Pages: | 16 |
| Date Recorded: | Mar. 18, 2025 | | |
| Supporting Documents: | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | WILDBIRD, LLC | Execution Date: | Mar. 14, 2025 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | UTAH |

### Assignee

| | | | |
|---|---|---|---|
| Name: | MERCHANT FINANCIAL CORPORATION, AS LENDER | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CONNECTICUT |
| Address: | 1441 BROADWAY, 17TH FLOOR NEW YORK, NEW YORK 10018 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | CSC J. PATERSON |
| Correspondent Address: | 19 WEST 44TH STREET SUITE 200 NEW YORK, NY 10036 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| Number of Proceedings: | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91301665 | Filing Date: | Sep 12, 2025 |
| Status: | Suspended | Status Date: | Sep 16, 2025 |
| Interlocutory Attorney: | KEVIN G CRENNAN | | |

### Defendant

| | |
|---|---|
| Name: | Wildride B.V. |
| Correspondent | FRANCESCA M. WITZBURG |

| | | | |
|---|---|---|---|
| **Address:** | ESCA LEGAL LLC<br>1177 6TH AVE, 5TH FLOOR<br>NEW YORK NY UNITED STATES , 10036 | | |
| **Correspondent e-mail:** | fw@esca.legal , fw-pto@esca.legal | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WILDRIDE | | 98558373 | |

**Plaintiff(s)**

| | | | |
|---|---|---|---|
| **Name:** | Wildbird, LLC | | |
| **Correspondent Address:** | SABINA A. VAYNER<br>GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD NE, SUITE 2500, TERMINUS 200<br>ATLANTA GA UNITED STATES , 30305 | | |
| **Correspondent e-mail:** | atltrademark@gtlaw.com , sabina.vayner@gtlaw.com , vanleeuwenm@gtlaw.com , Jonathan.Thomas@gtlaw.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WILDBIRD | | 98463953 | 7798495 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 5 | SUSP PEND DISP OF CIVIL ACTION | Sep 16, 2025 | |
| 4 | D MOT TO SUSP PEND DISP CIV ACT W/ CONSENT | Sep 16, 2025 | |
| 3 | INSTITUTED | Sep 12, 2025 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 12, 2025 | Nov 11, 2025 |
| 1 | FILED AND FEE | Sep 12, 2025 | |

# Exhibit 25 to Lichtman Decl. Provisionally Filed Under Seal