# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

WILDBIRD LLC,

    *Plaintiff*,

    v.

WILDRIDE B.V., and WILDRIDE USA CORP.,

    *Defendants*.

Civil Action No: 1:25-cv-05993

---

**DECLARATION OF JONATHAN W. THOMAS, ESQ. IN**
**SUPPORT OF PLAINTIFF'S PRELIMINARY-INJUNCTION MOTION**

I, Jonathan W. Thomas, hereby declare as follows:

1.      I am a resident of the State of New York; over the age of 18; and competent to make this declaration.

2.      I am a Shareholder in the New York City office of the law firm of GREENBERG TRAURIG, LLP.   I am counsel of record for the Plaintiff in this lawsuit, namely, Wildbird LLC ("Wildbird").   I submit this declaration in support of Wildbird's motion for a preliminary injunction against the Defendants in this lawsuit, Wildride B.V., and Wildride U.S.A. Corp. (together, "Defendants").

3.      I could and would testify about the matters set forth in this declaration.  The bases of my knowledge of the matters set forth in this declaration are: (i) my representation of Wildbird in this matter and (ii) my review of the exhibits attached to this declaration.

4.      I attach hereto as **Exhibit 1** a true and correct copy of U.S. Trademark Application Serial Number 79/375,825.

5.      I attach hereto as **Exhibit 2** a true and correct copy of U.S. Trademark Application Serial Number 98/558,373.

6.      I attach hereto as **Exhibit 3** a July 21, 2025, printout of the homepage of the website located at https://us.wildridecarrier.com.

7.      I attach hereto as **Exhibit 4** July 22, 2025, printout of the "Privacy Policy" section of the website located at https://us.wildridecarrier.com.

8.      I attach hereto as **Exhibit 5** a July 21, 2025, printout of the website located at WILDRIDE Baby Carrier | Nordstrom.

9.      I attach hereto as **Exhibit 6** a July 21, 2025, printout of the results from the WayBack Machine for the website located at https://us.wildridecarrier.com.

2

10.     I attach hereto as **Exhibit 7** a July 22, 2025, printout of the home page of Defendants' Instagram account.

Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of July 2025.

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

# Exhibit 1

# REQUEST FOR EXTENSION OF PROTECTION

## SERIAL NUMBER: 79375825

## FILING DATE: 05/12/2023

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| IMAGE | \\TICRS\EXPORT18\IMAGEOUT18\793\758\79375825\xml1\APP0002.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | YES |
| MARK IN COLOR | NO |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| TM IMAGE: COLOR | NO |
| IMAGE FILE NAME | \\TICRS\EXPORT18\IMAGEOUT18\793\758\79375825\xml1\APP0002.JPG |
| TYPE (IMAGE TYPE) | JPG |
| TEXTUAL ELEMENTS OF MARK | WILDRIDE |
| **HOLDER DETAILS** | |
| CLIENT IDENTIFIER | 1561499 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | Wildride B.V. |
| ADDRESS | Kempstraat 3 |
| | NL-2023 ER HAARLEM |
| COUNTRY | Netherlands |
| ENTITLEMENT ESTABLISHMENT | Benelux |
| LEGAL NATURE | Besloten Vennootschap |
| LEGAL NATURE: PLACE INCORPORATED | Netherlands |
| CORRESPONDENCE INDICATOR | YES |
| **BASIC GOODS AND SERVICES** | |
| VERSION OF NICE CLASSIFICATION USED | 12-2023 |
| NICE CLASSIFICATION | 18 |
| GOODS AND SERVICES | Baby and children carriers worn on the body; pouch baby and infant carriers; baby and infant carriers; sling bags for carrying babies and infants; slings for carrying babies and infants; leather and imitations of leather; animal skins; trunks and suitcases; umbrellas, bags; travelling bags; travelling trunks; rucksacks; handbags; purses; backpacks; beach bags, wheeled shopping bags, school bags; garment bags for travel; bags for travel kits, sold empty; wallets, pocket wallets; baby and infant carrying bags. |
| NICE CLASSIFICATION | 24 |
| | Textiles and textile goods, not included in other classes; bed covers; table covers; |

| | |
|---|---|
| GOODS AND SERVICES | picnic linen; picnic rugs; picnic blankets; bath linen; bed sheets; duvet covers; pillow covers; pillow cases; baby blankets, bed blankets, yoga blankets, travelling blankets, sofa blankets, woolen blankets, receiving blankets, silk blankets; towels; bad towels; beach towels; travelling rugs; table linen; wall hangings; baby buntings; baby blankets. |
| NICE CLASSIFICATION | 25 |
| GOODS AND SERVICES | Clothing, footwear, headgear; clothing for men, women, children and babies; rompers, shirts, golf shirts, t-shirts, polo shirts, knitted and woven tops and shirts, sweatshirts, tank tops, sweaters, blouses, jerseys, turtlenecks, breeches for wear, jogging bottoms, tracksuits, blazers, sports jackets, trousers, jeans, skirts, dresses, bridal gowns, suits, overalls, jumpers, waistcoats, jackets (clothing), coats, raincoats, parkas, ponchos, swimwear, bikinis, swimming trunks, topcoats, rainwear, windproof jackets; dancewear, namely maillots and ballet suits, nightwear, pyjamas, bath robes, shower caps, jumper dresses, underwear, items of lingerie, boxer shorts, leather belts [clothing], neckties; headgear, namely hats, woollen hats, caps, visors, headbands (clothing), ear muffs (clothing); scarves, wristbands, cloth bibs; footwear, gym shoes, sneakers, socks, stockings, hosiery, shoes, boots, beach shoes, sandals: slippers; mules; gloves [clothing]; braces [suspenders] for clothing; layettes [clothing]; sashes for wear; maniples; shower caps; sleep masks; clothing for wedding; nightwear, bath robes, lingerie; rainwear. |
| NICE CLASSIFICATION | 35 |
| GOODS AND SERVICES | Export-import agency services; business administration; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to baby and children carriers worn on the body, pouch baby and infant carriers, baby and infant carriers, carrier bags, slings for carrying babies and infants, slings, sling bags for carrying babies and infants, leather and imitations of leather, animal skins; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to trunks and suitcases, umbrellas, bags, travelling bags, travelling trunks, rucksacks, handbags, purses, backpacks, beach bags, wheeled shopping bags, school bags, garment bags for travel, bags for travel kits, wallets, pocket wallets; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to textiles and textile goods, bed covers, table covers, picnic linen, picnic rugs, picnic blankets, bath linen, sheets, duvet covers, pillow covers, pillow cases, blankets, towels, bath towels, beach towels, travelling rugs, table linen, beach wraps, wall hangings, baby buntings, baby blankets; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to clothing, footwear, headgear, clothing for men, women, children and babies, rompers, shirts, golf shirts, T-shirts, polo shirts, knitted and woven tops and shirts, sweatshirts, tank tops, sweaters, blouses; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to jerseys, turtlenecks, breeches for wear, jogging bottoms, tracksuits, blazers, sports jackets, trousers, jeans, skirts, dresses, bridal gowns, suits, overalls, jumpers, waistcoats, jackets, coats, raincoats, parkas, ponchos, swimwear, bikinis, swimming trunks, topcoats; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to rainwear, windproof jackets, dancewear, maillots, ballet suits, nightwear, pyjamas, bath robes, shower caps, jumper dresses, underwear, lingerie, boxer shorts, belts, neckties, headgear, hats, caps, visors, headbands, ear muffs; scarves, wristbands, cloth bibs; purchase, sales services, import and export, retailing services, wholesale services, shop services, business intermediary, selling and buying and business advice relating to footwear, gym shoes, sneakers, socks, stockings, hosiery, shoes, boots, beach shoes, sandals, slippers, mules, gloves, braces for clothing, layettes, sashes for wear, wet suits, maniples, shower caps, sleep masks, clothing for wedding, nightwear, bath robes, lingerie, rainwear. |

## PARIS PRIORITY DETAILS

| | |
|---|---|
| PARIS PRIORITY CODE: | Benelux |
| PARIS PRIORITY APPLICATION NUMBER | 1483533 |
| PARIS PRIORITY APPLICATION DATE | 05/05/2023 |

## BASE REGISTRATION DETAILS

| | |
|---|---|
| BASE APPLICATION NUMBER | 1483533 |
| BASE APPLICATION DATE | 05/05/2023 |

## REPRESENTATIVE DETAILS

| | |
|---|---|
| CLIENT IDENTIFIER | 1299228 |
| NAME | LegalMatters.com B.V. |
| ADDRESS | Keizersgracht 620 |
| | NL-1017 ER Amsterdam |
| COUNTRY | Netherlands |

## INTENT TO USE GROUP

| | |
|---|---|
| CONTRACTING PARTY CODE | United States of America |

## DESIGNATIONS

| | |
|---|---|
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |

## INTERNATIONAL REGISTRATION DETAILS

| | |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 1743929 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 05/12/2023 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 05/12/2033 |
| EFFECTIVE DATE OF MODIFICATION | 05/12/2023 |
| NOTIFICATION DATE | 08/03/2023 |
| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 07/21/2023 |
| IB DOCUMENT ID | 1726516901 |
| OFFICE OF ORIGIN CODE | Benelux |
| OFFICE REFERENCE | 79375825 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |

# WILDRIDE

# Exhibit 2

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98558373**
**Filing Date: 05/20/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98558373 |
| **MARK INFORMATION** | |
| *MARK | WILDRIDE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | WILDRIDE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Wildride B.V. |
| *MAILING ADDRESS | Donkere Spaarne 44 |
| *CITY | 2011 JH, Haarlem |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Netherlands |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | - |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | besloten vennootschap (b.v.) |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Netherlands |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 018 |
| *IDENTIFICATION | Baby and children carriers worn on the body; pouch baby and infant carriers; baby and infant carriers worn on the body; sling bags for carrying babies and infants; slings for carrying babies and infants; baby and infant carrying bags |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/00/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/18/2021 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-13214790119-20240520 062847041699 . Specimens |

| | of_use.pdf |
|---|---|
| CONVERTED PDF FILE(S)<br>(3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\985\583\98558373\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\583\98558373\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\583\98558373\xml1\ APP0005.JPG |
| SPECIMEN DESCRIPTION | product label |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Kiranjit K Dharsan |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Seiter Legal Studio |
| STREET | 1110 N Virgil Ave, Suite #98436 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 90029 |
| EMAIL ADDRESS | kiran@seiterlegalstudio.com |
| RECOGNIZED CANADIAN ATTORNEY/AGENT | Kiranjit K Dharsan |

## DOMESTIC REPRESENTATIVE INFORMATION

| | |
|---|---|
| NAME | Kiranjit K Dharsan |
| FIRM NAME | Seiter Legal Studio |
| STREET | 1110 N Virgil Ave, Suite #98436 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP CODE | 90029 |
| EMAIL ADDRESS | kiran@seiterlegalstudio.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Kiranjit K Dharsan |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | kiran@seiterlegalstudio.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mail@seiterlegalstudio.com; marni@seiterlegalstudio.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |

| APPLICATION FOR REGISTRATION PER CLASS | 350 |
|---|---|
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /kkd/ |
| SIGNATORY'S NAME | Kiranjit K Dharsan |
| SIGNATORY'S POSITION | Attorney of record, California Bar member |
| SIGNATORY'S PHONE NUMBER | 310-795-8998 |
| DATE SIGNED | 05/20/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98558373**
**Filing Date: 05/20/2024**

## To the Commissioner for Trademarks:

**MARK:** WILDRIDE (Standard Characters, see mark)
The literal element of the mark consists of WILDRIDE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Wildride B.V., a besloten vennootschap (b.v.) legally organized under the laws of Netherlands, having an address of
    Donkere Spaarne 44
    2011 JH, Haarlem -
    Netherlands
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 018:  Baby and children carriers worn on the body; pouch baby and infant carriers; baby and infant carriers worn on the body; sling bags for carrying babies and infants; slings for carrying babies and infants; baby and infant carrying bags

In International Class 018, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/00/2021, and first used in commerce at least as early as 06/18/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) product label.

**Original PDF file:**
SPE0-13214790119-20240520 062847041699 _ . _Specimens_ of use.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
Webpage URL: None Provided
Webpage Date of Access: None Provided

The owner's/holder's proposed attorney information: Kiranjit K Dharsan. Recognized Canadian attorney(s)/agent(s) is/are Kiranjit K Dharsan. Kiranjit K Dharsan of Seiter Legal Studio, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    1110 N Virgil Ave, Suite #98436
    Los Angeles, California 90029
    United States
    kiran@seiterlegalstudio.com

Kiranjit K Dharsan submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant hereby appoints Kiranjit K Dharsan of Seiter Legal Studio
    1110 N Virgil Ave, Suite #98436
    Los Angeles California 90029
    United States
    kiran@seiterlegalstudio.com
as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

The applicant's current Correspondence Information:

Kiranjit K Dharsan
PRIMARY EMAIL FOR CORRESPONDENCE: kiran@seiterlegalstudio.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mail@seiterlegalstudio.com; marni@seiterlegalstudio.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: /kkd/   Date: 05/20/2024
Signatory's Name: Kiranjit K Dharsan
Signatory's Position: Attorney of record, California Bar member
Signatory's Phone Number: 310-795-8998
Signature method: Signed directly within the form
Payment Sale Number: 98558373
Payment Accounting Date: 05/20/2024

Serial Number: 98558373
Internet Transmission Date: Mon May 20 06:56:31 ET 2024
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202405200656326
22356-98558373-8706a2337d64f9e372a7927a8
c61c3fb2aca8c07c411d514fee7b40b148f1b8e8
4-CC-56315322-20240520062847041699

# WILDRIDE







# Exhibit 3

| Document title: | The ultimate hip carrier for toddlers \| Wildride – Wildride USA |
|---|---|
| Capture URL: | https://us.wildridecarrier.com/ |
| Page loaded at (UTC): | Mon, 21 Jul 2025 18:47:41 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 18:48:47 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | hMpooLC4YmrykZmjejw3Su |
| Display Name: | hymelr |

PDF REFERENCE #:      fHN1kJxoVKvfK2aqQ2G2kw





**ARS (MAX. 20 KG)    THE #1 TODDLER CARRIER    FOR TODDLERS FROM 9 MONTHS - 4 YEARS (MAX. 20 K**

## TODDLER HIP CARRIERS

From 9 months - 4 years (max. 44lbs)

Shop Carriers



**TODDLER CARRIER DENIM**
$109.00



**TODDLER CARRIER COFFEE**
$109.00



**TODDLER CARRIER BLACK**
$109.00



**TODDLER CARRIER LEOPARD PRINT BROWN**
$119.00

**TODDL**
$109.0

## FOR EVERY ADVENTURE

**Hip carrier for toddlers 9 months - 4 years (max. 44lbs)**

From bustling markets to serene nature trails, our Wildride hip carrier keeps us connected and ready for any adventure life brings us. Who needs a stroller when you've got this?

- Your child can look around and you can go out and explore together
- A safe way to carry your toddler



CLAIM YOUR DISCOUNT





- Your child can look around and you can go out and explore together
- A safe way to carry your toddler
- Easy and quick in use

GO FOR AN ADVENTURE

# SHOP BY CATEGORY



CARRIERS →



ACCESSORIES →

## HOLIDAY ESSENTIAL

### Travel musthave

Pack light! This toddler hip carrier is compact, portable, and ready to take you places, strollers can't. Adventure awaits – are you in?

Soaking up the sun on the beach or strolling through historic streets, the Wildride carrier is our must-have holiday essential. Say goodbye to bulky strollers and say



CLAIM YOUR DISCOUNT

Soaking up the sun on the beach or strolling through
historic streets, the Wildride carrier is our must-have
holiday essential. Say goodbye to bulky strollers and say
hello to ultimate exploration!

- Explore the world with ease
- Lighten your load
- From city streets to rugged trails, nothing can hold you
  back
- Step into freedom

**SHOP CARRIERS**



## FEATURED IN



# SMALL IN SIZE, BIG IN BONDING

### Your on-the-go parenting solution

Small enough to take anywhere, yet big enough to
enhance your bonding experience. Discover the Wildride
baby hip carrier: Compact but powerful, fostering those
precious parent-child moments. It's more than just a
carrier; it's your helper, your extra set of hands.

- Make memories together, hassle-free
- Small and sleek, the ultimate sidekick

**SHOP CARRIERS**



**CLAIM YOUR DISCOUNT**



carrier; it's your helper, your extra set of hands.

- Make memories together, hassle-free
- Small and sleek, the ultimate sidekick

**SHOP CARRIERS**

## SEE IT IN USE

FOLLOW US @WILDRIDE_OFFICIAL



**30 DAY RETURNS**
Returns within 30 days, receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

### SUPPORT
Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service
Contact
Your privacy choices

### LEARN
Find your answers
Our story
How to use
Certifications
Product Registration
Manual

### SHOP
All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

### NEWSLETTER
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and special deals

### FOLLOW US ON SOCIAL
 Facebook
 Instagram
 TikTok

English ⌄     United States (USD $) ⌄

© 2025 Wildride USA, All rights reserved. Powered by Shopify

♡ Follow on shop

CLAIM YOUR DISCOUNT

# Exhibit 4

THE ORIGINAL VIRAL TODDLER CARRIER

WILDRIDE(L) 

Q (/search)  ✉ (/cart)

# Privacy policy

Last Updated: [12/19/2024]

## 1. INTRODUCTION

**1.1.** This Privacy Policy (this "**Privacy Policy**") governs the processing by WILDRIDE USA CORP., a Delaware corporation ("**Wildride**", "**we**", "**our**"), of information from individuals including our customers, and other users of our website https://wildridecarrier.com and its subdomains (our "**Website**") and those we interact with offline. Hereinafter we refer to such individuals as "**you**". This Privacy Policy applies to U.S. residents only. If you are an EU resident, please see the applicable Privacy Policy here [link (https://wildridecarrier.com/policies/privacy-policy)]. If you are a resident of California, certain state data protection laws and regulations grant you certain rights regarding your Personal Data (as defined below). For more information on such rights, please see our State-Specific Notice [link (https://us.wildridecarrier.com/pages/california-privacy-policy)].

When we use the term "Personal Data" or "Personal Information", we refer to information that identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with you or your household. We also refer to information otherwise defined in the state privacy laws applicable to you ("Personal Data" or "Personal Information").

**1.2. Please read this Privacy Policy carefully to understand our policies and practices regarding your Personal Information and how we will treat it. If you do not agree with our practices, your choice is not to use our Website. By accessing or using our Website, you agree to this Privacy Policy.**

**1.3**. Wildride may amend this Privacy Policy at any time. In case the Privacy Policy is amended, we will make the amended Privacy Policy available to you on our Website. [We will notify you of any material amendments to the Privacy Policy, using the contact information we have on file]. Please review this Privacy Policy whenever you visit the Website or when prompted when we collect Personal Information from you offline to check if there have been any changes, so that you know the terms that apply to you at that time. At the top of this Privacy Policy, you can see when this Privacy Policy has been updated. Continued use of our Website following such changes constitutes the acceptance of those changes.

❌

CLAIM YOUR DISCOUNT

# 2. PROCESSING OF PERSONAL DATA

**2.1.** We collect and process several types of information from and about you, which may be deemed as Personal Data:

- Name;
- Email address;
- Internet Protocol (IP) address;
- phone;
- Signature;
- Physical characteristics or description;
- Address;
- Telephone number;
- Records of subscription purchased, obtained, or considered;
- Browsing history, search history, information on consumer's interaction with our Website;

**2.2.** We collect your Personal Data in different ways:

- <u>Directly from you</u>: For example, by asking you to provide it to us (for example by filling out forms on our Website (e.g., registration, subscription, "contact us" forms etc.), or if you post contributions through interactive features on our Website (e.g., reviews, testimonials, social media feed, etc.); subscribe to a newsletter, respond to a survey, use live chat, or open a support ticket or enter information on our Website).
- <u>Indirectly from you</u>: For example, through automatic data technologies or tools (e.g., Cookies (as defined below) and other tracking technologies, including but not limited to Google Analytics), which collect certain information about your IP address, Website usage, and browser setting. For more information on the Cookies we use, please see Section 4 . Generally, and to the best of our knowledge, the information collected through the Cookies is aggregated and de-identified. However, there may be laws and regulations in certain jurisdictions that consider such information (or portions thereof) as Personal Data *2.
- <u>From third parties</u>: For example, through advertising networks, from service providers, data analytics providers, social media, etc.

**2.3.** We store your Personal Data as long as necessary to perform the purposes of processing as set forth in Section 3 of this Privacy Policy. Please refer to our Retention Policy under Section 6 for further information.

**2.4.** With respect to aggregated and de-identified information we collect, we will not attempt to reidentify the information, except to determine whether our deidentification processes satisfy the requirements pursuant to applicable law.

**2.5.** Our contact form is intended to facilitate a reasonable turnaround time. Please do not provide any sensitive Personal Information (e.g., health information, financial information, etc.) on the contact form. By clicking "send" you thereby consent to our use of your Personal Information to process your inquiry or request.

*1 "Precise geolocation" means any data that is derived from a device and that is used or intended to be used to locate a consumer within a geographic area. Under California law, this is the equivalent to or less than the area of a circle with a radius of 1,850 feet, except as prescribed by regulations. If this does not apply this can be removed.

**CLAIM YOUR DISCOUNT**

*2 We included this clarification because IP addresses, for instance, are considered Personal Data. Also, any information that may be traced back to an individual (i.e., not adequately de-identified) may be deemed as Personal Data as well.

# 3. PURPOSES OF PERSONAL DATA COLLECTION

**3.1.** Personal Data is collected and processed by Wildride for the following purposes:

- Fulfilling or meeting the reason you provided the Personal Data. For example, if you disclose Personal Data to ask a question about our products, we will use such Personal Data to respond to your request/inquiry. If you provide your Personal Data to purchase a product, we will use such Personal Data to process and fulfill your orders and transactions, verify your information, or process payment.
- Presenting our Website and its contents and features to you and providing customer service (including providing you with support, investigating and addressing your concerns, and monitoring and improving our responses);
- Providing, supporting, personalizing, and developing our Website and products;
- Personalizing your Website experience and delivering to you content and product offerings relevant to your interests, including offers and ads through our Website, third-party sites (e.g., social media platforms, such as Meta and LinkedIn), and via email or text message (with your consent, where required by applicable law), including remarketing (targeting individuals who have already interacted with our Website), targeted advertising, and profiling;
- Notifying you about changes to our Website or any products we offer or provide through it;
- Conducting audits related to counting ad impressions, verifying positioning and quality of ad impressions, and auditing compliance with this specification and other standards;
- Helping to ensure the safety, security, and integrity of our Website, products, databases, other technology assets, and business;
- Debugging to identify and repair errors that impair existing intended functionality of our Website;
- Short-term, transient use, including, but not limited to, non-personalized advertising shown as part of your current interaction with us;
- Evaluating or conducting a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which Personal Data held by us about our Website users is among the assets transferred;
- Responding to law enforcement requests and as required by applicable law, court order, or governmental regulations;
- As described to you when collecting your Personal Data;
- For purposes you consented to.

# 4. DISCLOSURE/SALE/SHARING OF YOUR PERSONAL DATA

**4.1.** Wildride discloses your Personal Data to the following third parties:

- Service providers: We may disclose your Personal Data with external service providers that provide services to enable your use of our Website and the fulfillment of the obligations of our contract. These service providers have been carefully selected and commissioned by us and are bound by our instructions and are regularly checked. We have entered into and maintain agreements (e.g., data processing agreements) with our service providers to whom we disclose Personal Data and who process Personal Data on our behalf.

**CLAIM YOUR DISCOUNT**

- Shopify: Shopify is a payment processor. You provide Personal Data directly to Shopify when you purchase our products. We do not have access to credit card information or other personal information you provide to Shopify.
- <u>Other companies in the Wildride group</u>: We may disclose your Personal Data to companies within the Wildride group to the extent necessary for us to fulfill the purposes mentioned under Section 3 and such companies shall be deemed service providers for the purpose of this Privacy Policy;
- <u>Counterparties in a corporate transaction</u>: We may disclose your Personal Data to a potential buyer during negotiation of, in connection with, a corporate transaction where your Personal Data is included as an asset (e.g., a merger, acquisition, joint venture, or financing or asset sale). Your Personal Data may also be disclosed in the event of insolvency, bankruptcy, or receivership;
- <u>Government authorities, law enforcement representatives</u>: We may disclose your Personal Data with third parties, such as legal advisors and law enforcement representatives to comply with court orders, enforcement actions, and applicable laws, rules, and regulations;

**4.2.** We do not sell Personal Data for monetary consideration; however, the below activities may constitute as "sale" or "sharing" of Personal Data under certain state laws (e.g., California) regardless of whether an exchange of monetary consideration takes place or not.

Cross-context Behavioral/Targeted/Interest-based Advertising.
Cross-context behavioral advertising means sending you targeted advertising based on information (which may include Personal Data) obtained from your activity across businesses, websites, or applications with which you intentionally interacted. We may use third party advertising companies to serve you targeted advertising based on your Personal Data as well as aggregated and de-identified data collected when you visited our Website (e.g., browsing history). We may disclose to, or permit, such third-party advertising companies to collect information about your use of our Website to enable them to display advertising on our behalf.

Profiling; Advertising based on Lookalike Audiences
Profiling means any form of automated processing of Personal Data to evaluate and predict certain characteristics about you. From time to time, we provide third-party companies (e.g., [Meta]) with your Personal Data and certain aggregated and de-identified data to request from such companies the creation of lookalike audiences (i.e., customers likely to be interested in our offerings because they share characteristics similar to our existing customers). This enables us to target our advertising efforts to the members of the lookalike audience.

Google Analytics and Google Ads
We use a tool called "Google Analytics" - a web analytics service provided by Google to monitor the performance of our Website and collect information on your use of our Website. You can learn more about how Google Analytics collects and processes information here: https://policies.google.com/privacy?hl=en-US; and how to opt out of being tracked by Google Analytics by following the instructions found here https://tools.google.com/dlpage/gaoptout.

We also use Google Ads, a service that allows us to reach people who previously visited our Website. Google Ads may use Cookies and/or device identifiers to serve you ads on various sites on the internet based on your past visits to our Website. You may opt out of the use of this Cookie by visiting Google's Advertising and Privacy through this link: https://policies.google.com/technologies/ads or by visiting Google Ads Settings accessible through this link: https://adssettings.google.com/anonymous?hl=en or declining the use of analytical, tracking and analytical Cookies when prompted as you enter our Website. We note that Google only has access to aggregated and de-identified information being collected through these tools.

***Do Not Track***
Some internet browsers may be configured to send "Do Not Track" signals to the online services that you visit. To find out more about "Do Not Track", please visit <u>here</u> (<u>https://fpf.org/thank-you-for-visiting-allaboutdnt-com/</u>).

**CLAIM YOUR DISCOUNT**

***Cookies***

We use cookies and other technologies (e.g., pixels, tags) (collectively, the "**Cookies**") on our Website. Cookies are text or image data files that are placed or saved on the internet browser of the user's computer system. They enable the browser or mobile device to be uniquely identified when the user visits our Website again. Cookies are placed to improve the use of our Website for our Website's visitor.

<u>Essential Cookies</u>. We use certain Cookies that are necessary to run our Website. Deactivating these Cookies will compromise the functionality of our Website. Such essential Cookies cannot be deactivated. If you do not agree with our use of such essential Cookies, your only choice is not to visit our Website.

<u>Analytical, Tracking, and Advertising Cookies</u>. We also use Cookies to track and analyze the behavior of the visitors to our Website. You may decline the use of these Cookies when you are prompted via the pop-up window prior to entering our Website. However, if you do so, you will not be able to enjoy the full functionality of our Website.

Below is a list of the Cookies we currently use on our Website:

| Cookie Name | Provider of cookie | Description | Expiration date |
|---|---|---|---|
| _shopify_sa_t | Shopify | Shopify Used for analytics related to marketing and referrals. | 30 minutes |
| _shopify_sa_p | Shopify | Shopify Used for analytics related to marketing and referrals. | 30 minutes |
| _shopify_y | Shopify | Used for analytics and tracking customer behavior. | 1 year |
| _shopify_s | Shopify | Used for session-based analytics and tracking. | 30 minutes |
| _secure_session_id | Shopify | Stores information about the session for secure transactions. | Session (until browser close) |
| cart_currency | Shopify | Stores the currency used in the shopping cart. | 14 days |
| cart_sig | Shopify | Ensures the security of the cart checkout process. | Session |

**CLAIM YOUR DISCOUNT**

| _landing_page | Shopify | Tracks landing pages to help Shopify understand marketing attribution. | 14 days |
|---|---|---|---|
| _orig_referrer | Shopify | Stores the original referrer for marketing purposes. | 14 days |
| *_cookie_consent | User-defined/Shopify | Stores the user's preferences for accepting or rejecting cookies. | Duration based on settings (e.g., 1 year) |

## 5. SECURITY

Wildride will use commercially reasonable efforts to secure the processing of your Personal Information, by maintaining administrative, technical, and physical controls which are designed to protect your Personal Information against loss or theft, as well as against any unauthorized access, risk of loss, disclosure, copying, misuse, or modification. Therefore, we implement security measures where appropriate and applicable, such as, the:

- Pseudonymization and encryption of Personal Information while in transfer;
- Measures to ensure the ongoing confidentiality, integrity, availability, and resilience of processing systems and services;
- Measures to restore the availability of and access to Personal Information in a timely manner in the event of a physical or technical incident; and
- A process for regularly testing, assessing, and evaluating the effectiveness of technical and organizational measures to ensure security of processing.

Unfortunately, the transmission of information via the internet is not completely secure. Although we do our best to protect your Personal Data, we cannot guarantee the security of your Personal Data while in transit to our Website. Any transmission of Personal Data is at your own risk. The safety and security of your Personal Data also depend on your efforts (e.g., securing your password, transmitting your Personal Data over a secure network, etc.).

## 6. RETENTION POLICY (OUR "RETENTION POLICY")

Personal Data are retained for various lengths of time depending on what is reasonably necessary for us to fulfill the purpose for which it was collected. Applicable laws, rules, or regulations may require that we retain it for a longer period of time.

How long we keep Personal Data can vary widely depending on the context of the services we offer. We use the following criteria to determine the retention period: the nature of the Personal Data; the context in which the Personal Data have been collected; the consequences for you and the existing safeguards, such as pseudonymization.

**CLAIM YOUR DISCOUNT**

For example, if you sign up for the newsletter, or if you submit a request or question using the contact form on our Website, we will keep your Personal Data for as long as necessary to address your request or respond to your question.

# 7. YOUR RIGHTS

Below is a list of requests that you can submit to Wildride in connection with your Personal Data. Please refer to our State Specific Notice [link (https://us.wildridecarrier.com/pages/california-privacy-policy)] for additional rights that residents of certain states may exercise.

Every user of our Website may request from Wildride (i) information on the Personal Data we collect from them, (ii) access to an overview of such Personal Data, (iii) correct or delete their Personal Data, and (iv) to receive the requested information on your Personal Data in a portable manner. You can make any of the foregoing requests by contacting Wildride using the contact information under Section 10 below.

In addition to the foregoing requests, if you do not wish to receive any marketing emails from us, please do so by selecting the desired options in your Wildride account or making use of the opt-out option provided to you in every email we send you.

To fulfil your requests under this Section, we may request specific additional information from you to verify your identity. We collect and process such information for the sole purpose of enabling us to respond to your request.

Please be informed that if you make certain requests (e.g., request to delete Personal Data), we may no longer be able to offer you the use of our Website or portions thereof (e.g., access to your Wildride account may be limited). You may also lose access to the Personal Data in your Wildride Account. Wildride is not under any obligation to maintain a back-up of such information and data.

# 8. MINORS

Our Website is not meant for users under the age of 18. We do not knowingly collect information from users under the age of 18, and do not target users under the age of 18. If we receive a valid notice through info@wildridecarrier.com that a user under the age of 18 has provided us with Personal Information, we will take measures to delete it as soon as possible.

# 9. LINKS TO OTHER SITES

Our Website may, from time to time, contain links to and from the websites, plug-ins, and applications of our partner networks, advertisers, affiliates, or social media sites. This Privacy Policy does not apply to practices of such third-party websites and online services you may access, which may (or may not) have privacy policies. Please note that Wildride does not control such "linked" websites (or the content contained on such websites) and takes no responsibility for their content. It should not be implied that Wildride endorses or otherwise recommends such websites, or the products or services they offer. To learn about the data privacy practices of these third parties, please visit their respective privacy notices or policies.

**CLAIM YOUR DISCOUNT**

# 10. CONTACT INFORMATION

To ask questions about or comment on this Privacy Policy, contact us at:

Phone: +1 (646) 225-6683
Email: info@wildridecarrier.com
Mailing Address: 228 EAST 45TH STREET, SUITE 9E, NEW YORK, NY 10017
Website: us.wildridecarrier.com
Contact Form: link to contact form (https://us.wildridecarrier.com/pages/contact)

If you need to access this Privacy Policy in an alternative format due to having a disability, please contact info@wildridecarrier.com or +1 (646) 225-6683.



## SUPPORT            ## LEARN            ## SHOP

### NEWSLETTER

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

☐ I agree to receiving marketing emails and special deals

### FOLLOW US ON SOCIAL

Facebook(https://www.facebook.com/peop

Instagram(https://www.instagram.com/wildr

TikTok(https://www.tiktok.com/@wildrideca

English        United States (USD $)

© 2025 Wildride USA, All rights reserved. Powered by Shopify (https://www.shopify.com?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)



**CLAIM YOUR DISCOUNT**

# Exhibit 5

| | |
|---|---|
| Document title: | WILDRIDE Baby Carrier \| Nordstrom |
| Capture URL: | https://www.nordstrom.com/s/baby-carrier/8368911?<br>origin=coordinating-8368911-0-1-FTR-recbot-recently_viewed_snowplow_mvp&recs_<br>placement=FTR&recs_strategy=recently_viewed_snowplow_mvp&recs_source=recbo<br>t&recs_page_type=search&recs_seed=0&color=GREY%2F%20BLACK%20LEOPAR<br>D%20PATTERN |
| Page loaded at (UTC): | Mon, 21 Jul 2025 18:50:34 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 18:52:06 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)<br>Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | 59nu7oQzvsyJWevYgb6fYN |
| Display Name: | hymelr |

   
Get $60 off your next purchase as a new cardmember! Ends August 3. See Terms & Apply

# NORDSTROM

Search for products or brands

Sign In | Your Store — Valley Fair | Bag (0)

Anniversary Sale | New | Sale | Women | Men | Beauty | Shoes | Accessories | Kids | Designer | Home | Gifts | Explore

Home / Kids / Baby Gear & Essentials / Baby Carriers





New!



Click for Details, Fit & Styling Tips



## Baby Carrier

### WILDRIDE

$119.00

Color: Grey/ Black Leopard Pattern



1

**2 people are viewing**

🔄 Free returns anytime
Sold by Nordstrom

○ Free Pickup at **Nordstrom Valley Fair**
Arrives in store Thu, Jul 24–Tue, Jul 29

⦿ Free Shipping to **95054**
Arrives between Thu, Jul 24–Tue, Jul 29

🛍 **Add to Bag**

♡ Add to Wish List

🚫 **Get $60 off your next purchase as a new cardmember!** Ends August 3. Terms apply. Apply Now

Pay in 4 interest-free payments of $29.75 with 🅢 Afterpay ⓘ
or 𝗣 PayPal ⓘ

### You Might Also Like


Popular
New!
WILDRIDE
$109


Popular
Sponsored
Nuna
$700


WILDRIDE
$39


New!
WILDRIDE
$179



---

Document title: WILDRIDE Baby Carrier | Nordstrom
Capture URL: https://www.nordstrom.com/s/baby-carrier/8368911?origin=coordinating-8368911-0-1-FTR-recbot-recently_viewed_snowplow_mvp&recs_placement…
Capture timestamp (UTC): Mon, 21 Jul 2025 18:52:06 GMT

Page 1 of 4



Baby Carrier
WILDRIDE

$119.00    Add to Bag




## Details & care

Leave the stroller behind and enjoy carrying your baby in this lightweight, stylish carrier that has an ergonomic design that keeps you and baby comfortably traveling.

**What it does:** This carrier is compact and easy to fold so it stores away on a shelf or in your luggage.

**Additional features:** Its symmetrical design adapts effortlessly to both left- and right-handed caregivers, ensuring ease and comfort.

**Maximum child weight/height:** 15 to 44 lb.; ages 9 months to 4 years old.

**Carrier weight/dimensions:** 11" x 3.8" x 2.8".

- 100% cotton
- Spot clean
- Imported
- Item #10848331

## 🎁 Gift options

Choose your gift options at Checkout. Some items may not be eligible for all gift options

**Delivery**

✉ Email gift message (free)

**Need help finding the perfect gift? We've got you covered.**

Shop Gifts

## Shipping & returns

Free shipping. Free returns. All the time. Purchases made online can also be returned or exchanged at any Nordstrom store, free of charge. Read more about our shipping & returns policies.

## Reviews

⭐⭐⭐⭐⭐ (0)

No reviews yet–be the first!

Write a Review

## Recommended for You









**Baby Carrier**
WILDRIDE

$119.00

🛒 Add to Bag







Popular

==Anniversary Sale==

**Solly Baby**
Sale: $54.99
After Sale: $74
★★★★⯪ (61)

Popular

Savings Event

**Tushbaby**
$68 $85
★★★★⯪ (29)

Savings Event

**Tushbaby**
$92 $115
★★★★★ (1)

Popular

==Anniversary Sale==

**UPPAbaby**
Sale: $899.99
After Sale: $1,199.99
★★★★★ (21)

New!

**Jellycat**
$28

## Discover More Items

Sponsored







**Joolz**
$139.99

==Anniversary Sale==

**Nuna**
Sale: $429.99
After Sale: $575
★★★★⯪ (235)

**Nanit**
$399.99
★★★★★ (188)

**Thule**
$1,799.95
★★★★⯪ (7)

==Anniversary==

**Nuna**
Sale: $509.9
After Sale: $
★★★★⯪ (



THE *Nordy* CLUB

**GET $60 OFF YOUR NEXT PURCHASE**
For new cardmembers! Ends August 3. Restrictions apply.
Apply Now

Get Email Updates:  [Email Address]   Sign up

Baby Carrier
WILDRIDE

Add to Bag $119.90









**Joolz**

$139.99




Anniversary Sale

**Nuna**

Sale: $429.99
After Sale: $575

★★★★★ (235)

**Nanit**

$399.99

★★★★★ (188)

**Thule**

$1,799.95

★★★★☆ (7)

Anniversary

**Nuna**

Sale: $509.9
After Sale: $

★★★★☆



THE Nordy CLUB

**GET $60 OFF YOUR NEXT PURCHASE**
For new cardmembers! Ends August 3. Restrictions apply.

Apply Now

Get Email Updates:

[Email Address]   Sign up

**Customer Service**

Contact Us

Order Status

Shipping

Return Policy & Exchanges

Price Adjustments

Gift Cards

FAQ

Product Recalls

United States

**About Us**

All Brands

Careers

Corporate Social Responsibility

Diversity, Equity, Inclusion & Belonging

Get Email Updates

Nordstrom Blog

The Thread

Nordy Podcast

**Stores & Services**

Find a Store

Free Style Help

Alterations & Tailoring

SkinSpirit Clinic | Spa Nordstrom

Nordstrom Restaurants

Nordstrom Local

**Nordstrom Card & Rewards**

The Nordy Club Rewards

Apply for a Nordstrom Card

Pay My Bill

Manage My Nordstrom Card

**Nordstrom, Inc.**

Nordstrom Rack

Investor Relations

Press Releases

Nordstrom Media Network

Get our apps

Top

Privacy   Your Privacy Rights   Terms & Conditions   California Supply Chains Act   ©2025 Nordstrom, Inc.

# Exhibit  6

| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | https://web.archive.org/web/20250000000000*/https:/us.wildridecarrier.com/ |
| Page loaded at (UTC): | Mon, 21 Jul 2025 18:54:56 GMT |
| Capture timestamp (UTC): | Mon, 21 Jul 2025 18:55:48 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | uugbEk4MNtbfzf8rchu1W8 |
| Display Name: | hymelr |

PDF REFERENCE #:          6MZrY83HhTWyqAYaucfnku



INTERNET ARCHIVE

ABOUT    BLOG    PROJECTS    HELP    DONATE    CONTACT    JOBS    VOLUNTEER    PEOPLE

INTERNET ARCHIVE
**WayBackMachine**

DONATE

Explore more than 946 billion web pages saved over time

https://us.wildridecarrier.com/

**Calendar** · Collections · Changes · Summary · Site Map · URLs

Saved **4 times** between May 19, 2025 and July 3, 2025.

2002  2003  2004  2005  2006  2007  2008  2009  2010  2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023  2024  **2025**

| | JAN | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | | |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | | |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | | |
| 26 | 27 | 28 | 29 | 30 | 31 | | | |

**FEB**
|  |  |  |  |  |  | 1 |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

**MAR**
|  |  |  |  |  |  | 1 |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**APR**
|  |  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**MAY**
|  |  |  | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | **19** | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**JUN**
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | **21** |
| **22** | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**JUL**
| | | 1 | 2 | **3** | 4 | 5 |
|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**AUG**
|  |  |  |  |  | 1 | 2 |
|---|---|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**SEP**
| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**OCT**
| | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**NOV**
| | | | | | | 1 |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**DEC**
| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## Note

This calendar view maps the number of times **https://us.wildridecarrier.com/** was crawled by the Wayback Machine,
*not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Terms of Service (Dec 31, 2014)


The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a
digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

# Exhibit 7

< wildride_official



**wildride_official** ✓  • • •

Follow    Message    ⊕

**WILDRIDE**
The #1 Original Toddler Swing Carrier! 🌍 The perfect follow-up to your belly carrier. From 9 months - 4 years (max... more
🔗 wildridecarrier.com/?utm_source=organic_link&utm_medium=instagram&utm_campaign=bio

Followed by joegonzales.co

          

Instructions  FAVES  PRESS  SEEN ON  REVIEWS  HOW TO ...  HOLIDAY  ENJOY  Musthave  Howto9m...  Wildr

| 1,406 posts | 328K followers | 3,793 following |
| --- | --- | --- |

    

  



     



wildride_official







