# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WILDBIRD LLC,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>　　　*Defendants*. | Civil Action No: 1:25-cv-05993 |

**DECLARATION OF JONATHAN W. THOMAS, ESQ. IN**
**<u>SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

I, Jonathan W. Thomas, hereby declare as follows:

1.      I am a resident of the State of New York; over the age of 18; and competent to make this declaration.

2.      I am a Shareholder in the New York City office of the law firm of GREENBERG TRAURIG, LLP.   I am counsel of record for the Plaintiff in this lawsuit, namely, Wildbird LLC ("Wildbird").  I submit this declaration in support of Wildbird's motion for a temporary restraining order against the Defendants in this lawsuit, Wildride B.V., and Wildride U.S.A. Corp. (together, "Defendants").

3.      I could and would testify about the matters set forth in this declaration.  The bases of my knowledge of the matters set forth in this declaration are: (i) my representation of Wildbird in this matter and (ii) my review of the exhibits attached to this declaration.

4.      I attach hereto as **Exhibit 1** a true and correct copy of documents produced in this lawsuit that bear the Bates Range RIDE000160-162.

5.      I attach hereto as **Exhibit 2** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003458.

6.      I attach hereto as **Exhibit 3** a September 18, 2025, printout from the website target.com.

7.      I attach hereto as **Exhibit 4** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003490.

8.      I attach hereto as **Exhibit 5** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003441.

9.      I attach hereto as **Exhibit 6** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003432.

10. I attach hereto as **Exhibit 7** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003468.

11. I attach hereto as **Exhibit 8** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003478.

12. I attach hereto as **Exhibit 9** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003501.

13. I attach hereto as **Exhibit 10** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003454.

14. I attach hereto as **Exhibit 11** a September 18, 2025, printout of the website www.theabcshow.com.

15. I attach hereto as **Exhibit 12** a true and correct copy of Plaintiff's September 3, 2025, Amended and Responses to Defendants' First Set of Requests for Admission in this lawsuit.

16. I attach hereto as **Exhibit 13** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003507.

17. I attach hereto as **Exhibit 14** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003377.

18. I attach hereto as **Exhibit 15** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003378.

19. I attach hereto as **Exhibit 16** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003379.

20. I attach hereto as **Exhibit 17** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003384.

21.     I attach hereto as **Exhibit 18** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003466.

22.     I attach hereto as **Exhibit 19** a true and correct copy of a document produced in this lawsuit that begins with the Bates Range WILDBIRD0003467.

Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of September 2025.

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 19, 2025, I served a true and correct copy of the foregoing document on the following counsel of record for Defendants via ECF and electronic mail:

<div align="center">

Leo M. Lichtman
James M. Slater
ESCA LEGAL
Leo@esca.legal
James@esca.legal
1177 6th Avenue, 5th Floor
New York, New York 10036

</div>

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

*Attorney for Plaintiff*





## Earth loves cloth diapering

(we do, too)



## Our New Location!!

Sadly our Greenpoint home is permanently closed, BUT we now are located in Williamsburg Brooklyn at Grand Street Healing! We are collaborating with Dominic Kirke Bridgley, Doula and one of the founders of Carriage House Birth, on this lovely space. In the collection we focus on products that support the prenatal & postpartum periods as well as products for infants. Find more location specific information on our new Instagram, @thewildshop, and come see us!



## Popular Collections







RIDE000160








## About us

We empower parents by providing products and education to support their unique journey through parenthood. We strive to work with vendors and artists who are creating beautiful products in an environmentally and ethically responsible way and host a large offering of classes and workshops from prenatal to postpartum and for kids of all ages.



## Diapering

View all (6)



Design Duo Changing Basket - Craft
$120.00



Colorie Diapers
$20.99



Design Duo Changing Basket - Fenced Meridian
$120.00




Kookaroo Pocket Changer
$149.95

## Mother Mother

View all (9)









Mother Mother Magnesium Oil
$24.00

Mother Mother Organic Herbal Sitz Bath
$24.00

Mother Mother Everything Oil
$28.00

Mother Mother Morning Sickness Relief Bands
$12.00

## Apothecary

View all (54)






OMA Lovell - The Vosges Seaweed Soap
$45.00

OMA Cove - The Best Bitter Herb's Steamed Soap
$45.00

Kate McLovell - Dusk Stone | Natural Insect Repellent
$38.00

Kate McLovell - The Everywhere Stick
$28.00

## Blog

View all





Why Baltic Amber?
What's The Hype
About?

Read more

Women Owned
Among the Flowers

Read more

Happy Baby Carriers

Read more



**NEWSLETTER**

Sign up to receive the latest on new products, sales and events.

Email Address

Sign up

**ABOUT US**

Work With Us
The Wild Blog
Classes & Events
FAQs

**CUSTOMER CARE**

Contact Us
Shipping Policy
Return Policy
Gift Cards

Back to the top ^

Copyright © 2025 The Wild
Theme by Clean Themes. Ecommerce Software by Shopify

Showing 18 results for "Carriers"

Sort By Title: A-Z ▾

Product Type ▾    Price, $ ▾    Rating ▾

▾ Product Type
- Baby Carriers (4)
- Buckle Carriers (1)
- carrier (1)
- girasol (5)
- Like Artipop (1)
- New Arrivals (1)
- Stretchy Wraps (5)
- Structured Carriers (1)

▾ Price, $
Min — Max


Cassiope Woven Wrap - Castalia Carbone
$99.00


Didymos Woven Wrap - Lisca Azzurro
$150.00 $172.00


Didymos Woven Wrap - Lisca Emerald
$150.00 $172.00


Didymos Woven Wrap - Waves Silver
$94.00 $168.00


Ergobaby Aura Baby Wrap (More Colors)
$59.00


Girasol MySol - Wilderness Blue with Conjunctiva Belt
$180.00


Girasol Woven Wrap - Cinnamon
$135.00


Girasol Woven Wrap - Chichi Yellow
$135.00


Girasol Woven Wrap - Coral Diamond
$129.00


Girasol Woven Wrap - Light Rainbow Diamond
$122.00


Girasol Woven Wrap - Piedra
$117.00


Girasol Woven Wrap - Sol y Mar
$139.00


Solly Baby Wrap - Ballet
$74.00


Solly Baby Wrap - Cottage Rose
$74.00


Solly Baby Wrap - Mocha Chequer
$74.00


Solly Baby Wrap - Natural & Grey
$74.00


West of the 4th Weaving Machine Woven Wrap
$111.00 $155.00


WildBird Aerial Carrier
$178.00

Back to the top ▲

NEWSLETTER
Sign up to receive the latest on new products, sales and events.
Email address    [ Signup ]

ABOUT US
Work With Us
The Wild Blog
Classes & Events
FAQs

CUSTOMER CARE
Contact Us
Shipping Policy
Return Policy
Gift Cards

WILDBIRD0003458

WILDBIRD0003459

Ship to 10017    Kips Bay



WILDBIRD



Free baby essential samples at select 🎯 stores from 9/20-9/21, 11:30 AM - 3:30 PM

**Find Stores**

Sponsored

Filter (1)    Sort    Brand (1)    Deals    Type    Guest Rating    Style    Pri

Wildbird ✕

## 17 results for "WILDBIRD"

Pickup    Shop in store    Same Day Delivery    Shipping







**$28.00**

WildBird Linen Lovey Kitten

Wildbird

★★★★★ 2 reviews

**$178.00 - $178.99**

Wildbird Aerial Carrier

Wildbird

★★★★★ 1014 reviews

**$28.00**

WildBird Linen Lovey Bear

Wildbird

★★★★★ 3 reviews





 +1 option ∨

 +1 option ∨

**Shipping** arrives Fri, Sep 26
Shipping dates may vary

Add to cart ♡

**Shipping** arrives Wed, Sep 24
Shipping dates may vary

Add to cart ♡

**Shipping** arrives Fri, Sep 26
Shipping dates may vary

Add to cart ♡







**$84.00**

Wildbird Aerial Buckle Wrap

Wildbird

★★★★☆ 67 reviews



**Shipping** arrives Sat, Sep 20
Shipping dates may vary

**$59.99 - $69.99**

**Lower price on select items**

Wildbird Ring Sling Baby Carrier

Wildbird

★★★★★ 370 reviews



**Shipping** arrives Thu, Sep 25
Shipping dates may vary

**$84.00**

WildBird Linen Quilted Playmat

Wildbird

★★★★☆ 13 reviews



**Shipping** arrives Fri, Sep 26
Shipping dates may vary

Add to cart ♡

Add to cart ♡

Add to cart ♡





**$28.00**

WildBird Linen Lovey Bunny

Wildbird

★★★★★ 2 reviews

**$28.00**

WildBird CloudBlend™ Swaddle

Wildbird

★★★★★ 6 reviews

**$28.00**

WildBird CloudBlend™ Long Sleeve Pajamas Set

Wildbird

★★★★★ 9 reviews

Case 2:25-cv-05999-BDLC   Document 38-8   Filed 09/19/25   Page 14 of 102









**$48.00**

WildBird CloudBlend™ Sleep Sack TOG 2.5

Wildbird

★★★★★ 46 reviews

+1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

Add to cart

**$44.00**

WildBird CloudBlend™ Sleep Sack TOG 1

Wildbird

★★★★★ 77 reviews

 +1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

Add to cart

**$28.00**

WildBird CloudBlend™ Footless Pajamas

Wildbird

★★★★★ 24 reviews

+1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

Add to cart









**$28.00**

WildBird CloudBlend™ Sleep Gown

Wildbird

★★★★★ [3 reviews](#)

 +1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

**Add to cart**  ♡

**$28.00**

WildBird CloudBlend™ Short Sleeve Pajamas Set

Wildbird

★★★★★ [5 reviews](#)

 +1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

**Add to cart**  ♡

**$38.00**

WildBird CloudBlend™ Crib Sheet

Wildbird

★★★★☆ [4 reviews](#)

 +1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

**Add to cart**  ♡





**$14.00**

WildBird Linen + Maple Ring Teether

Wildbird

★★★★★ [5 reviews](#)

 +1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

**Add to cart**  ♡

**$28.00**

WildBird CloudBlend™ Footed Pajamas

Wildbird

★★★★★ [57 reviews](#)

 +1 option ⌄

**Shipping** arrives Fri, Sep 26

Shipping dates may vary

**Add to cart**  ♡

**Easy solutions for nourishing & nurturing**
Shop essentials for Baby Month.

  

Sponsored

## Trending Baby Carriers



**$84.00**
Wildbird Aerial Buckle
Wrap

★★★★⯪ 67 reviews

Add to cart



**$178.00 - $178.99**
Wildbird Aerial Carrier

★★★★★ 1014 reviews

Add to cart



**$59.99 - $69.99**
Lower price on select items
Wildbird Ring Sling Baby
Carrier

★★★★★ 370 reviews

Add to cart



Easy solutions for nourishing & nurturing
Shop essentials for Baby Month.

Sponsored



Your passport to magic
Use your Disney Gift Card to purchase Theme Park tickets & more.

Disneyland



Sponsored

**Get top deals, latest trends, and more.**

Email address

Sign up

Privacy policy

*See offer details. Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com

## About Us

About Target

Careers

News & Blog

Target Brands

Bullseye Shop

Sustainability & Governance

Press Center

Advertise with Us

Investors

Affiliates & Partners

Suppliers

TargetPlus

## Help

Target Help

Returns

Track Orders

Recalls

Contact Us

Feedback

Accessibility

Security & Fraud

Team Member Services

Legal & Privacy

## Stores

 Find a Store

Clinic

Pharmacy

Target Optical

More In-Store Services

## Services

Target Circle™

Target Circle™ Card

Target Circle 360™

Target App

Registry

Same Day Delivery

Order Pickup

Drive Up

Free 2-Day Shipping

Shipping & Delivery

More Services

### Expect More. Pay Less.

Terms    CA Supply Chain    Privacy Policy    CA Privacy Rights    Your Privacy Choices    Interest Based Ads

Health Privacy Policy    TM & © 2025 Target Brands, Inc.

Nordy Club members get free 2-day shipping on select items in select locations. <u>Learn More</u>

# NORDSTROM



Q Search for products or brands

(Q) Sign In ▼     [N] Your Store     [bag]
                      Cherry Hill ▼

New   **Sale**   Women   Men   Beauty   Shoes   Accessories   Kids   Designer   Home   Gifts   Explore

• Next ›

Home / Kids / Baby Gear & Essentials / Baby Carriers

## Baby Carriers

**Pickup & Shipping** —

[N] **Cherry Hill**
Shop items available for pickup at your store

(Ⓝ) Members get fr...
2-day shipping f...
select items and...
locations--
join in your acco...

☐ Pick up today

**Gender** +

**Color** +

**Brand** +

All Baby Gear & Essentials   **Baby Carriers**   Bath & Safety   Blanke   ›

78 items

Sort: Featured ⌄

**WILDRIDE**
Toddler Carrier
**$109**

**WILDBIRD**
Aerial Linen Baby Carrier
**$177.99**

**WILDRIDE**
Toddler Carrier
**$119**

Sponsored
**Nuna**
CUDL
Luxe C

WILDBIRD0003490

⭐ **3** (3)

⭐ **3** (2)

**$400**

⭐ **4.6** (25)





**WILDRIDE**
Toddler
Carrier

**$179**





**Tushbaby**
Hip Seat
Carrier

**$85**

⭐ **4.5** (29)





**BabyBjörn**
Baby Carrier
Mini

**$99.99 –
$119.99**

⭐ **4.8** (968)



Sponsored

**BabyBjörn**
Baby Carrier
Mini &...

**$99.99**







**BabyBjörn**
Harmony
Baby Carrier

**$249.99**

⭐ **4.8** (308)







**Solly Baby**
Tencel®
Modal Bab...

**$74 – $84**

⭐ **4.7** (62)







**LÍLLÉbaby**
Elevate Baby
Carrier

**$169.99**

⭐ **4.8** (33)





**Solly Baby**
Tencel®
Modal Bab...

**$74**

⭐ **4.7** (62)







WILDBIRD0003491





**Osprey**
Poco™ Child
Carrier

**$370**

⭐ 5 (3)





**Tushbaby**
Hands-Free
Carrier Set

**$168 – $198**





**Nuna**
CUDL™ Luxe
Clik 4-In-1...

**$400**

⭐ 4.6 (25)







Sponsored

**BabyBjörn**
Harmony
Baby Carrier

**$249.99**

⭐ 4.8 (308)



**Tushbaby**
Hip Seat
Carrier

**$115**

⭐ 5 (1)






**Osprey**
Poco™ LT
Child...

**$300**

⭐ 4.8 (4)






**Momcozy**
Baby Carrier
with Natura...

**$89.99**






Sponsored

**BabyBjörn**
Baby Carrier
Mini

**$99.99 –
$119.99**

⭐ 4.8 (968)






WILDBIRD0003492







**MOBY**
Easy-Wrap
Baby Carrier

**$49.99**
⭐ **4.5** (145)





**ERGObaby**
Omni Breeze
Baby Carrier

**$200**
⭐ **4.6** (186)



**Stokke**
Limas Flex
Organic...

**$199**
⭐ **5** (1)



  

**Nuna**
CUDL 4-in-1
Baby Carrier

**$220**
⭐ **4.8** (56)



  



**Tushbaby**
Pearl
Newborn...

**$115**







**Nuna**
CUDL™ Clik
Baby Carrier

**$250**
⭐ **4.3** (16)



**Tushbaby**
Hip Seat
Carrier

**$115**









WILDBIRD0003493

          

**Stokke**
Limas
Organic...
**$179**
⭐ 2 (1)

**WILDBIRD**
Long Ring
Sling Carrier
**$67.99**

**MOBY**
Embroidered
Eyelet Easy...
**$59.99**
⭐ 4.5 (143)

**BabyBjörn**
Baby Carrier
Free
**$174.99 –
$184.99**
⭐ 4.8 (287)

          

**Tushbaby**
Hip Seat
Carrier +...
**$110 – $155**

**ERGObaby**
Omni
Dream Bab...
**$200**
⭐ 4.6 (70)

**LÍLLÉbaby**
All Seasons
Baby Carrier
**$99.99**
⭐ 4.9 (1501)

**Osprey**
Poco™
Premium...
**$420**
⭐ 4 (5)

       

**Osprey**
Poco Soft
Child...

**Tushbaby**
Hands-Free
Carrier Set...
**$198**

**ERGObaby**
Omni 360
Cool Air...

**LÍLLÉbaby**
Complete
All Seasons...

WILDBIRD0003494

$135
★ 4.1 (8)

$180
★ 4.6 (680)

$99.99 –
$119.99
★ 4.9 (1523)



**BabyBjörn**
Quilted
Cover for...
**$99.99**
★ 4.8 (45)



**KeaBabies**
Original
Wrap...
**$29.96**
★ 5 (1)



**BabyBjörn**
Baby Carrier
Mini & Pouch
**$99.99**



**LÍLLÉbaby**
Complete
Airflow Ba...
**$79.99**
★ 4.6 (20)



**Nuna**
CUDL™
Deux Deni...
**$300**



**Tushbaby**
Quilted Faux
Leather Hi...
**$98**
★ 5 (2)



**ERGObaby**
Embrace
Baby Carrier
**$100**
★ 4.7 (313)



**KeaBabies**
D-Lite Wrap
Carrier
**$39.96**
★ 5 (2)

WILDBIRD0003495



**LÍLLÉbaby**
Complete
All Seasons...

**$139.99**

⭐ **4.7** (61)



**Thule**
Sapling
Child...

**$379.95**

⭐ **4.7** (49)




**LÍLLÉbaby**
CarryOn
Airflow DLX...

**$109.99**

⭐ **5** (1)


  

**Tushbaby**
Crossbody
Strap

**$28**



**BabyBjörn**
Hooded
Fleece...

**$49.99**

⭐ **4.8** (151)



**Stokke**
Limas™
Mesh Baby...

**$219**


 

**Osprey**
Poco™ SLT
Child Carrier

**$265**

⭐ **3** (2)



**MOBY**
Ring Sling
Double...

**$58.99**

⭐ **4.5** (62)









WILDBIRD0003496



**LÍLLÉbaby**
Elevate
Baby Carrier
**$169.99**
⭐ **4.8** (33)



**Thule**
Yepp Nexxt2
Maxi Fram...
**$289.95**
⭐ **3.2** (13)



**BabyBjörn**
One Baby
Carrier
**$199.99**
⭐ **5** (2)



**MOBY**
x Petunia
Pickle...
**$49.99**
⭐ **4.6** (144)



**Thule**
Baby
Supporter...
**$99.95**





**Comfy Cubs**
Baby Wrap
Carrier
**$39.99**



**LÍLLÉbaby**
Elevate Baby
Carrier
**$169.99**
⭐ **4.8** (36)




**MOBY**
Evolution
Baby Carrier
**$49.99**
⭐ **4.6** (344)



**MOBY**
Reversible
Baby Wrap...
**$49.99**



**ERGObaby**
'Easy Snug'
Cotton...
**$35**




**LÍLLÉbaby**



**Thule**
Chariot
Infant Sling...
**$149.95**

WILDBIRD0003497

⭐ **4.6** (61)

🕐 Only a
few left

⭐ **4.6** (69)

Complete 6-
in-1 All...

**$139.99**

⭐ **3** (2)









**CYBEX**
Yema Denim
Trim Baby...

**$199.95**

⭐ **3.7** (3)

🕐 Only a
few left

**MOBY**
Classic Wrap
Baby Carrier

**$49.99**

⭐ **4.6** (190)

**Tushbaby**
Sprinkle
Shower...

**$142**

**Osprey**
Raincover
for Poco...

**$37.50**

⭐ **5** (2)

•    12

# Recently Viewed

WILDBIRD0003498



**Popular**

WILDRIDE

**$119**

★★★☆☆ (2)

WILDRIDE

**$109**

★★★☆☆ (3)

WILDRIDE

**$179**

THE *Nordy* CLUB

**Cardmembers Get a $20 Note for Every $200 Spent Through This Sunday!**
That's 10 points per dollar!   Apply Now & See

**Get Email Updates:**   Email Address    Sign up

| Customer Service | About Us | Stores & Services | Nordstrom Card & Rewards | Nordstrom, Inc. |  Get our app ⌃ Top |
|---|---|---|---|---|---|
| Contact Us | All Brands | Find a Store | The Nordy Club Rewards | Nordstrom Rack | |
| Order Status | Careers | Free Style Help | | Investor Relations | |
| Shipping | Corporate Social Responsibility | Alterations & Tailoring | Apply for a Nordstrom Card | Press Releases | |
| Return Policy & Exchanges | Diversity, Equity, Inclusion & Belonging | SkinSpirit Clinic \| Spa Nordstrom | Pay My Bill | Nordstrom Media Network | |
| Price Adjustments | Get Email Updates | Nordstrom Restaurants | Manage My Nordstrom | | |

WILDBIRD0003499

Gift Cards    Nordstrom    Nordstrom    Card

FAQ          Blog          Local

Product      The Thread

Recalls      Nordy

United       Podcast
States

Privacy    Your Privacy    Terms &    California Supply    ©2025
           Rights          Conditions   Chains Act         Nordstrom, Inc.

WILDBIRD0003500




**BIRD QUESTIONS**

# Is the Wildbird carrier worth it?

 By **PETER KNIGHT** — February 28, 2024     💬 No Comments     🕐 10 Mins Read



*Is the Wildbird carrier worth it*

The Wildbird ring sling baby carrier has become an increasingly popular option for parents looking for a comfortable, convenient way to keep their little ones close. But with its relatively high price tag compared to basic ring slings, many parents wonder whether the Wildbird is worth the investment.

WILDBIRD0003441

Here's an in-depth look at the pros, cons, features, and alternatives to help you decide if the Wildbird ring sling is worth it for you and your family.

## What is the Wildbird ring sling?

The Wildbird ring sling is a premium ring sling made by Wildbird Baby Carriers, a family-owned company founded in 2010. Like a basic ring sling, it's a long piece of fabric connected by two metal rings that allows you to carry your baby in a pouch on your hip. But the Wildbird aims to improve on some of the issues with standard ring slings related to adjustability, security, and comfort through its patented features. These include:

- Rail system – The Wildbird has a rail running along the tail of the sling that allows you to quickly tighten and loosen the pouch with one hand by sliding the fabric through the rings, making it easier to get a custom fit.

- Shoulder design – Padded cushions lift the rings off your shoulder to prevent digging and distribute weight more comfortably.

- Security seat – An inner seat board adds an extra layer of fabric for head and neck support.

- Handwoven fabrics – Options like linen, cotton, or cashmere aim for maximum breathability and softness against baby's skin.

The Wildbird can be used from newborn to 35 lbs and comes in a wide selection of colorful patterns and fabrics. It retails for around $180 – significantly pricier than basic ring sling carriers that can cost as little as $25.

WILDBIRD0003442

9/13/25, 2:53 PM
Case 1:25-cv-06999-DDC   Document 78-45   Filed 09/13/25   Page 31 of 102
Is the Wildbird carrier worth it?

# What are the pros of the Wildbird ring sling?

Users praise many aspects of the Wildbird that make it stand out from cheaper sling options:

- **Easy adjusting** – The rail system allows you to loosen or tighten the sling with one hand until you get the perfect customized fit for you and baby. This provides more convenience and allows you to quickly adjust as baby grows.

- **Superior comfort** – The contoured shoulder design better distributes weight and minimizes pressure points for comfortable wearing over extended periods. The inner seat gives more head and neck support.

- **Versatile positions** – From newborn to toddler, the Wildbird allows multiple carry positions including facing in hug, hip, back, cradle, and inward facing out.

- **High-end fabrics** – The handwoven material is noticeably softer, more breathable, and higher quality than cheaper slings.

- **Discreet nursing** – The design allows for easy breastfeeding on the go.

- **Premium look and feel** – It has an elegant, high-quality style compared to the more casual look of basic slings.

In reviews, many moms say the Wildbird is the most comfortable sling they've ever used. The adjustability in particular makes it easy to get the perfect fit tailored to your body and keeps baby secure as they grow. For those planning to wear their baby for hours each day, the extra padding and support also helps reduce fatigue.

# What are the cons of the Wildbird ring sling?

WILDBIRD0003443

The biggest downside of the Wildbird is the steep price. At around $180, it costs almost 10 times more than some basic slings. Other potential drawbacks include:



- **Steep learning curve** – It takes some practice to get the tightening and positioning right compared to simpler slings.
- **Limited longevity** – Some report the inner seat flattens over time, reducing head support for an older baby. Most users get 1-2 years of use before needing to size up.
- **Can get hot** – The inner cushioning and tight fit allow less airflow than some carriers.
- **Not great for sharing** – Adjusting the fit each time makes it less convenient for sharing with a partner.
- **Expensive replacement** – If you damage the sling, repair or replacement costs are high.

WILDBIRD0003444

While very well-made, the sling does require more care than a basic cotton or linen ring sling. Following washing instructions precisely is important to prevent damage. Some parents also dislike that the Wildbird name and logo are prominently displayed along the side.

## How does the Wildbird compare to other top ring slings?

The Wildbird is pricier than other popular high-end ring sling brands like Sakura Bloom ($140-160) and Sleeping Baby Productions ($120-150). But many parents feel the extra features like the rail system and more luxe shoulder padding justify the Wildbird's higher cost. It's considered one of the most comfortable options for all-day babywearing.

Compared to lower cost slings like Maya Wrap ($70) and Comfy Joey ($60), the Wildbird wins for customized adjustability and premium feel. But the simpler designs are easier to use right away. Here's a quick brand comparison:

| Brand | Price Range | Key Features | Best For |
|-------|-------------|--------------|----------|
| Wildbird | $170-190 | One-handed rail adjustment, cushy shoulder padding, inner seat support | All-day babywearing, adjustable custom fit for mom and baby |
| Sakura Bloom | $140-160 | Lightweight linen and silk, simple ring design | Hot climates, discreet nursing |
| Sleeping Baby Productions | $120-150 | Artisan quality, handwoven wraps | Traditional babywearing cultures |

WILDBIRD0003445

| Maya Wrap | $60–80 | Breathable cotton, variety of sizes | Budget-conscious parents |
| Comfy Joey | $50–70 | Lightweight fabric, simple pouch | Occasional use, newborns |

# Should you buy the Wildbird ring sling?

The Wildbird ring sling is an excellent choice for parents who want a high-quality sling they can wear comfortably for long periods and adjust as their baby grows. The padding, support, and customization make it stand out from cheaper slings.

However, the $180 price tag is hard to swallow for some. The complex adjustments also have more of a learning curve. For parents who just need a simple, affordable sling for occasional use, a basic lightweight pick may suffice.

Here are some key questions to help you decide if the investment is worthwhile for you:

- Will this be your primary way of carrying baby for multiple hours every day?
- Do you prefer breathable linen or prefer more cushy shoulder padding?
- Is it in your budget or would a cheaper sling work just as well?
- How long will you use a carrier (the Wildbird works up to around 2 years old)?
- Do you want the ease of nursing discreetly on the go?
- Do you need to share the carrier with a partner or caregiver?

WILDBIRD0003446

For the parent who plans to wear their baby for long stretches daily and wants the very best in comfort, support, and adjustability, the extra cost of the Wildbird is worthwhile. You'll also get the most value if you use it as your primary carrier for the first couple years.

But for shorter term or occasional use, you can likely find a suitable ring sling for half the price or less. Try out the Wildbird in person if possible to decide if it's worth the investment.

# Top alternatives to the Wildbird ring sling

Several more affordable slings offer a simpler, streamlined design if the Wildbird is out of your budget:

## Maya Wrap Ring Sling – $70

The Maya Wrap is loved for its lightweight, breathable cotton that keeps mom and baby cooler in warm weather. The basic pouch design cinches securely and allows discreet breastfeeding. Sizing ranges from newborn to 35 lbs.

## Sakura Bloom Linen or Silk Ring Sling – $140-160

For a sling nearly as luxurious as the Wildbird but $20-40 cheaper, Sakura Bloom's linen and silk blends provide excellent softness and temperature control. The lightweight fabric is preferred for hot climates or summer use.

## Sleeping Baby Productions Artisan Sling – $120-150

Handwoven by artisans for a custom look and feel, these slings rival the Wildbird's quality. The wraps come in a variety of eclectic patterns inspired

WILDBIRD0003447

9/13/25, 2:53 PM
Case 1:25-cv-09993-DDC    Document 78-15   Filed 09/13/25    Page 36 of 102
Is the Wildbird carrier worth it?

by traditional babywearing cultures around the world.

## Comfy Joey Organic Cotton Ring Sling – $50-70

The most budget-friendly option, Comfy Joey offers a simple, no-frills sling design. While not as plush or supportive as the Wildbird, it gets the job done for lighter use at a fraction of the cost. An affordable choice for newborns.

A ring sling like the Sakura Bloom or Sleeping Baby can give you a similar high-end babywearing experience for less if you don't need all the features of the Wildbird. Or go even more budget-friendly with Maya Wrap or Comfy Joey.

# Other carriers to consider

While ring slings are great for the first few months, some parents may prefer other carrier types as baby grows. Here are popular alternatives to ring slings to look at:

## Wraparound baby carriers

A wrap carrier made from a long piece of fabric can be worn in a variety of positions as baby grows. Many parents love the closeness of wraps. But they have more of a learning curve and can be hotter in warm weather. Some top brands are Boba, Moby, and LennyLamb.

## Soft structured carriers

These offer more ergonomic support with buckles and straps to take pressure off shoulders. Many allow front and back carrying positions for babies and toddlers. Leading brands include Ergo Baby, Tula, and Lillebaby.

WILDBIRD0003448

## Mei Tai carriers

Mei Tais have a hybrid structure with shoulder straps and a waist belt like structured carriers but allow wrapping across the back panel like a wrap. Integra Baby, Catbird Baby, and BabyHawk are popular mei tai brands.

Choosing the right baby carrier often comes down to when and how you plan to use it. Seek out local babywearing groups where you can test drive different options before investing in one.

# Frequently asked questions

## Does the Wildbird need breaking in?

The Wildbird doesn't require as much breaking in as some slings since the shoulder padding provides cushioning right away. But some adjustment to the fit over the first few uses helps ease any stiffness in the fabric. It will mold to your body over time.

## What size Wildbird should I get?

Wildbird offers three sizes based on wearer height:

- Petite: Under 5′ 6″
- Standard: 5′ 6″ to 6′
- Tall: Over 6′

Measure from your sternum to the floor without shoes on to determine your height. Standard accommodates most wearers. But petite is better if you have a shorter torso and tall for those with longer torsos.

WILDBIRD0003449

# How long will a Wildbird last?

With proper care, a Wildbird sling should last through 1–2 years of regular use before starting to show signs of wear. Many moms report the inner seat cushion flattens over time, reducing head support for older babies around 1 year old. But the sling remains functional and adjustable beyond that time frame.

## Can Wildbird be machine washed?

Wildbird recommends hand washing only in cold water to preserve the shape and materials. Machine washing risks damage from agitation. Spot clean as needed between hand washings to prolong its lifespan.

## Is there a warranty?

Wildbird offers a limited lifetime warranty. They will repair defects in materials and workmanship or damage from manufacturing for the usable life of the product. This excludes normal wear and tear over time or damage from improper use and care.

# The bottom line

The Wildbird ring sling justifies its higher price tag with features that enhance comfort, security, and ease of use. For parents committed to babywearing who want the very best, it's an excellent investment. But more affordable options exist if you don't need all the bells and whistles.

Think about your budget, how often you'll carry your baby, and whether features like maximum adjustability matter most to you. This can help

WILDBIRD0003450

determine if the approximately $180 Wildbird has sufficient added value compared to a simpler, cheaper ring sling in the $50-150 range.

While pricier up front, the Wildbird yields dividends when used as your primary carrier for the first couple years. But less expensive slings still get the job done if you'll use a carrier less frequently or want multiple options. Try the Wildbird for yourself before deciding if the splurge is worthwhile for you.



**Peter Knight**

**RELATED POSTS**

WILDBIRD0003451

### Why does my budgie make a chirping sound?

July 24, 2025

### Should you not pick up bird feathers?

July 24, 2025

### How do you treat a bird with a twisted neck?

July 24, 2025

### Why would a song bird sing at night?

July 24, 2025

**ADD A COMMENT**

WILDBIRD0003452

**INFO**

About Us

Contact Us

Sitemap

Privacy Policy

© 2025 Birdful.org, All Rights Reserved.

WILDBIRD0003453

BLOG    PLACES    ABOUT    **TODDLER TRAVEL DIARIES**

All Posts    Places    Tips & Reviews    Brazil    Sweden    China    Portugal    Albania    Romania    More ∨

 andrew · 5 min read

# Wildride Toddler Carrier Review: Is It Worth the Hype?

Updated: Apr 13

*Disclaimer: This product was provided by Wildride and reviewed independently*

We've all been there: the airport dash with a suitcase and boarding pass, while your toddler insists on exploring every shiny surface. Or maybe it's a "quick" trip to the local shops, which, let's be honest, is never truly quick with a little one. That's why the **Wildride Toddler Carrier** caught our eye – a stylish hip carrier promising to make those moments a bit smoother. But does it actually deliver? We took ours for a test run in Brazil and Argentina and in this review, we'll find out if it's a game-changer for daily life or if it gathers dust in the back of a cupboard. Let's get into it!

WILDBIRD0003432



## Ease of Use and Design: As Simple As It Looks?

The Wildride toddler carrier certainly leans into minimalism, and that's immediately apparent in its design: a broad, padded shoulder strap and a firm, contoured hip seat. This simplicity is, in theory, a huge plus for busy parents. The concept of quick 'ups and downs' is appealing, especially when you're dealing with a toddler who's constantly shifting between wanting to walk and wanting to be carried. The ability to switch sides—a thoughtful touch for both left- and right-handed users—adds a layer of flexibility.

WILDBIRD0003433

To get your toddler in, you use a 'lift and tuck' manoeuvre to position them onto the hip seat. It might seem a little unusual at first, especially with a wiggly little one, but honestly, you'll quickly find it becomes second nature. It's simply a matter of getting the fabric seat comfortably positioned and securing the straps.

The appeal of the Wildride is that it allows you to quickly get your child in and out, making short trips much easier. The lack of multiple buckles and complicated adjustments mean that it is easier than many other carriers. The idea is that you can focus on your child, not on the carrier.

**Rating 5/5**

WILDBIRD0003434



## Style and Aesthetics: A Fashion-Forward Carrier

The Wildride toddler carrier stands out with its sleek, modern design – in combination with its relatively high price point it becomes a statement piece, not just a functional tool. The clean lines and minimalist aesthetic effortlessly complement any outfit, elevating your parenting style.

WILDBIRD0003435

You have a choice of either cotton or linen, offering breathability for warm climates and added durability for everyday wear. But the true beauty lies in the diverse range of colours and prints, from earthy tones to vibrant designs that inject a dose of playful energy into your day. There's a Wildride to match every unique personality (being married to a Swede we naturally ended up with the sand-coloured linen carrier!). This focus on style transforms the Wildride from a mere carrier into a coveted accessory.

Rating 5/5



## Weight Distribution and Comfort: It's Hip to Look After Your Back

The Wildride toddler carrier is suitable for children aged 9 months to 4 years, up to a maximum weight of 20kg. The core design philosophy centres around ergonomic weight distribution, evident in the broad shoulder strap and solid hip seat, which immediately shifts your child's weight away from your back and arms onto your hip and shoulder.

It's worth noting that for extended use, such as long hikes or full-day outings, a full back carrier would provide more comprehensive support. The Wildride has been designed for short, on-the-go moments and it effectively redistributes weight, making it a comfortable and convenient option for quick errands, travel, and navigating busy spaces.

Based on our initial use, it was comfortable for about 20-30mins, after which we could switch carrying sides, or more accurately, put her down and let her roam around!

Rating 4/5

WILDBIRD0003436

Case 1:25-cv-05999-BDC Document 28-6 Filed 09/07/25 Page 47 of 102



**Airport Adventures and Travel Triumphs: Your Secret Weapon**

As you can imagine, we spend a lot of time in airports and toddlers are masters of unpredictable behaviour in this setting. Honestly, for people who fly 25+ times a year, the Wildride toddler carrier is our secret weapon. Quickly pop your child in and out for queues and security checks, then fold it neatly into your carry-on. Instead of your toddler dragging their feet as you try to rush to the gate, you can put them in the Wildride and transform this part of their journey into a delightful sightseeing tour of the shops and planes as you briskly make it to the gate.

Navigating a new city? The Wildride excels in crowded streets, bustling markets, and captivating museums, allowing you to explore with confidence. It's perfect for keeping them close and safe in busy places where you don't want them to roam around by themselves.

**Rating 5/5**

WILDBIRD0003437



Follow us on Instagram! @toddlertraveldiaries





WILDBIRD0003438





HOME        PLACES        BLOG        ABOUT

© Toddler Travel Diaries Ltd 2025  

*Some links in this blog are affiliate links. By choosing to purchase through these links, we may receive a small commission, at no extra cost to you, which helps us continue doing what we love.*



Summary

| Pros: | Cons: |
| --- | --- |
| Simple design for effortless use – quick and easy to use | Premium product with a relatively high price point |
| Travel friendly | Not suitable for extended use (the maximum comfort time we found was 30mins before we needed to switch sides) |
| Effective weight distribution | |
| Comfortable and elevated position for the child | |
| Compact and portable design | |
| Stylish and aesthetically pleasing | |

WILDBIRD0003439

Conclusion: Your Stylish Sidekick for Everyday Adventures

The Wildride carrier is stylish, practical and easy to use, offering freedom and flexibility when on the move with a baby/toddler. Its intuitive design makes those quick 'ups and downs' a breeze, perfect for navigating busy airports, spontaneous supermarket runs, or exploring new destinations.



While it's best suited for short trips, its ability to free you from the pram and the back (and arm!) pain of carrying your toddler everywhere is undeniable. In essence, the Wildride provides a liberating option for parents wanting to embrace spontaneity and navigate their day with a little less bulk and a lot more ease.

For an exclusive 15% off your **Wildride carrier**, use the code **TODDLERTRAVELDIARIES** at checkout!

WILDBIRD0003440

THOUSANDS OF FIVE STAR REVIEWS ★★★★★





# Toddler Carriers

Transporting your toddler is incredibly easy in our Aerial and Sling carriers. Our range of carriers are perfect for toddlers at different stages of development. They are handmade from soft materials, come in a range of beautiful colors and styles,...

Read More

**27 PRODUCTS**                                    **SORT BY: DEFAULT**



BEST SELLER

ACTIVATE $10 OFF



BEST SELLER

WILDBIRD0003468

Case 1:25-cv-00999-DLC   Document 78-17   Filed 09/15/25   Page 52 of 102
Explore toddler carriers for babies, toddlers – wildbird

acadian - aerial carrier          willow - aerial carrier





desert lark - aerial carrier          cosmos - aerial carrier

ACTIVATE $10 OFF

WILDBIRD0003469

Case 1:25-cv-00993-DLC   Document 73-17   Filed 09/13/25   Page 53 of 102





**SOLD OUT**

**sparrow - aerial carrier**

**barka - aerial carrier**

ACTIVATE $10 OFF

WILDBIRD0003470



LOW STOCK



BEST SELLER

**cory - aerial carrier**

**raven - aerial carrier**

ACTIVATE $10 OFF

WILDBIRD0003471



**monarch - aerial carrier**



**giggle - aerial carrier**

ACTIVATE $10 OFF

WILDBIRD0003472




LOW STOCK

carmine - aerial carrier                    victoria - aerial carrier

# Benefits of Toddler Carriers

Babywearing can continue well into toddlerhood - it doesn't have to end when your child is no longer an infant. Using a carrier to transport your toddler comes with several immediate and long-term benefits for your little one.

## Enhanced bonding

ACTIVATE $10 OFF

WILDBIRD0003473

Keeping your child close helps foster a stronger bond. This is because you can both keep up regular eye contact, enjoy physical touch, and ensure your child feels secure at all times. Over time, this is a really essential part of creating a deep connection between parent and child, and babywearing has an edge over strollers in this regard.

## Better cognitive development

Using a carrier gives you more opportunity to talk with and listen to your toddler, which is so important for their language development. They'll also have a better view of the world around them, so they can observe other people, and their surrounding environment, and enjoy plenty of visual stimulation. This is a great way for them to learn about the world and promotes continued curiosity.

## A chance to rest

Carrying your toddler is great for a big day out. When your toddler becomes tired or you're in an area that is a little unsafe for small children, simply use your carrier! Comfortable padding and ergonomic backing support your child while they get some much-needed rest.

## Healthier sleeping patterns

Did you know that carrying your toddler can even lead to healthier sleeping patterns? This is because the rhythmic motion that comes with sitting in a carrier creates a sense of calm, making it much easier for your toddler to nap while you carry them. A quality baby carrier for toddlers will offer plenty of comfort and breathable material, which makes for better sleep.

# How to Choose a Toddler Carrier

The first consideration when choosing a carrier for a toddler should always be safety and the wellbeing of your child. Picking the right carrier means thinking about the height and weight of your toddler – if the carrier is too big or small, they'll be _____ their movement will probably be restricted... which should be

ACTIVATE $10 OFF

WILDBIRD0003474

avoided. If the carrier is not sized correctly, your toddler might not be properly supported.

Carrying your toddler should always be comfortable and the carrier should provide the right amount of support for the parent. Our carriers are handmade and designed to be easy to wear, with comfortable straps that provide ergonomic support for moms and dads alike. This also promotes a better wearing position for the parent, which helps avoid issues like back aches.

# Essential Features of Toddler Carriers

There are plenty of great features that make our carriers popular among parents around the world. These include:

- Safe for babies from 7-35lbs in our Slings and 7-45lbs in our Aerial Buckle Carrier
- Padded shoulder straps that offer support and comfort
- Premium polyester mesh lining and nylon straps
- A padded waist belt that takes the weight off your back
- A range of different styles and colors
- Wearable facing inwards or on your back
- Acknowledged as "Hip-Healthy" by the International Hip Dysplasia Institute.

One-on-one baby-wearing education and support is available.

TAKE THE QUIZ

# Maintenance and Cleaning Tips

Keeping your carrier clean is easy if you follow these maintenance and cleaning tips:

1. **Spot cleaning** - remove small stains with a damp cloth.
2. **Read the care instructions** - each aerial carrier comes with instructions that explain how to properly care for your carrier and keep it in pristine condition.
3. **Wash by hand** - each carrier is washable by hand in cool water, with a gentle

ACTIVATE $10 OFF

WILDBIRD0003475

4 . **Machine wash on a gentle cycle** - with a gentle liquid detergent that doesn't contain optical brighteners.

5 . **Hang dry or dry flat** once washed.

**MANUAL (PDF)**



Front Carry

# Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

EMAIL ADDRESS

ACTIVATE $10 OFF

WILDBIRD0003476



**SUBSCRIBE NOW**

f  𝓟  ⓘ  ♪

## Shop

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

## Learn

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

## About

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

## Support

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

COPYRIGHT © 2025, WILDBIRD

**ACTIVATE $10 OFF**

WILDBIRD0003477

(EST), SHIPPED THE SAME

THE ORIGINAL VIRAL T

# WILDRIDE (/)

Q (/search)    (/cart)

Home (/) / Shop (/collections/all) / Carriers (/collections/wildride-toddler-carrier) / Toddler carrier Coffee



(//us.wildridecarrier.com/cdn/shop/fil
v=172785499

CLAIM YOUR DISCOUNT

WILDBIRD0003478

(//us.wildridecarrier.com/cdn/shop/fil
v=172785499



CLAIM YOUR DISCOUNT

WILDBIRD0003479

(//us.wildridecarrier.com/cdn/shop/file
v=172785499



CLAIM YOUR DISCOUNT

WILDBIRD0003480

(///us.wildridecarrier.com/cdn/shop/files/
v=172785499



CLAIM YOUR DISCOUNT

WILDBIRD0003481

(//us.wildbird.co/cdn/sh
17285499



## TODDLER CARRIER COFFEE

$109.00

★★★★☆ 272 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY

✓ FREE SHIPPING ON ALL ORDERS FROM $100.00

✓ FROM 9 MONTHS TO 4 YEARS (MAX 20KG - 44LBS)

✓ A UNIQUE FASHIONABLE FOLLOW UP TODDLER CARRIER FOR THE TRADITIONAL FRONT OR BACK CARRIERS

⬤ In stock

COLOR

       

**CLAIM YOUR DISCOUNT**

WILDBIRD0003482

US ORDERS SHIP LOCALLY. NO IMPORT DUTIES    ✅ 2 YEARS WARRANTY    ✔ QUALITY TESTED & APPROVED    🛡 US ORDER

**ADD TO CART**

**Buy with shop**

More payment options

Pay in 4 interest-free installments of $27.25 with shop Learn more

VISA

OFTEN BOUGHT TOGETHER

MESH BEACH BAG? (/PRODUCTS/MESH-BEACH-BAG?
PR_PROD_STRAT=PINNED&PR_REC_ID=8CA33BF21&PR_REC_PID=15478258762063&PR_REF_PID=9606090162511&PR_SEQ=UNIFORM)

GREEN LEO SUNNIES (/PRODUCTS/GREEN-LEO-SUNNIES?
PR_PROD_STRAT=PINNED&PR_REC_ID=8CA33BF21&PR_REC_PID=15437957333327&PR_REF_PID=9606090162511&PR_SEQ=UNIFORM)

$25.00

QUICK VIEW

## PRODUCT DESCRIPTION −

Parenting just got easier with the Wildride Toddler Carrier. Whether you're running errands or exploring new places, this supportive carrier keeps your child close while keeping your hands free.

Crafted from **100% cotton**. Its natural fibers ensure comfort while providing lasting durability, making it a reliable choice for everyday use. Built for any season, it offers year-round versatility while maintaining a **lightweight** feel.

This versatile hip and baby carrier is the **perfect alternative to a stroller**, giving you the freedom to move through places where wheels can't go. Its **symmetrical design** adapts effortlessly to both left- and right-handed caregivers, ensuring ease and comfort.

**Why Pick Wildride?**

- **Effortless** – Slip it on and off within seconds.
- **Compact & Lightweight** – Conveniently folds for on-the-go use.
- **Comfortable Design** – Provides optimal support for both parent and child.
- **Ideal for Toddlers** – Fits children from 9 months to 4 years (up to 20 kg/44 lbs). Wildride is the best baby carrier for parents looking for a quick and easy carrying solution.
- **All-Terrain Ready** – Perfect for exploring places where strollers can't go.
- **Certified Quality** – Tested by SGS to meet safety standards.
- **Sustainable** – Eco-conscious with minimal plastic packaging.

The **Wildride Toddler Carrier Coffee** is **Dutch-designed**, combining practicality with timeless style. Ditch the bulky stroller and experience ultimate freedom with Wildride!

---

**PRODUCT DETAILS** +

**SHIPPING & DELIVERY** +

**PRODUCT MANUAL** +

**HOW TO USE** +

**CLAIM YOUR DISCOUNT**

WILDBIRD0003483



**30 DAY RETURNS**
Returns within 30 days receive a full refund.



**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.



**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

**CLAIM YOUR DISCOUNT**

WILDBIRD0003484



### Easily lift your toddler and set them down without any hassle or stress

Once your llittle ones start toddling around, they're constantly signaling for a lift up, a put down, and then up again. While traditional carriers have you strapping them in tight to keep them close, Wildride simplifies the whole routine. It lets you effortlessly scoop them up when they want to be snuggled and put them down when they're ready to explore on their own.

**CLAIM YOUR DISCOUNT**

WILDBIRD0003485



## No limitations

With the WildRide toddler carrier, the possibilities are endless. Whether you're heading to the beach, trekking through forests, exploring museums, or navigating bustling city streets, there are no limitations. This versatile carrier empowers you to go wherever your adventures take you with your little one in tow. Its durable design and comfortable features ensure that you can explore freely, making every outing an exciting journey for both you and your child.

**CLAIM YOUR DISCOUNT**

# FAQ

What payment methods can I use? +

How long does it take to receive my order? +

What are your shipping rates? +

Do you offer refunds? +

How to (partially) return my order? +

## RECENTLY VIEWED

   

**TODDLER CARRIER BEIGE (/PRODUCTS/TODDLER-CARRIER-BEIGE?_POS=1&_SID=2C8E9D566&_SS=R)**
$109.00

**WILDRIDE SUNFLOWER CARRIER BY DREAMING OUT LOUD (/PRODUCTS/WILDIRDE-SUNFLOWER-CARRIER-BY-DREAMING-OUT-LOUD?_POS=2&_SID=2C8E9D566&_SS=R)**
$119.00

**TODDLER CARRIER GREEN GRAPHIC (/PRODUCTS/TODDLER-CARRIER-GREEN-GRAPHIC?_POS=3&_SID=2C8E9D566&_SS=R)**
$179.00

**TODDLER CARRIER CHEQUERED (/PRODUCTS/TODDLER-CARRIER-CHEQUERED?_POS=4&_SID=2C8E9D566&_SS=R)**
$179.00

## YOU MAY ALSO LIKE

Combine your style with these products

   

**TODDLER CARRIER BEIGE (/PRODUCTS/TODDLER-CARRIER-BEIGE?PR_PROD_STRAT=E5_DESC&PR_REC_ID=CEE50469A&PR_REC_PID=9606103236943&PR_REF_PID=9606090162511&PR_SEQ=UNIFORM)**
$109.00

**MESH BEACH BAG (/PRODUCTS/MESH-BEACH-BAG?PR_PROD_STRAT=JAC&PR_REC_ID=CEE50469A&PR_REC_PID=1547825876206363&PR_REF_PID=9606090162511&PR_SEQ=UNIFORM)**
$25.00

**TODDLER CARRIER DENIM (/PRODUCTS/TODDLER-CARRIER-DENIM?PR_PROD_STRAT=E5_DESC&PR_REC_ID=CEE50469A&PR_REC_PID=9606113460559&PR_REF_PID=9606090162511&PR_SEQ=UNIFORM)**
$109.00

**TODDLER CARRIER ARMY GREEN (/PRODUCTS/TODDLER-CARRIER-ARMY-GREEN?PR_PROD_STRAT=E5_DESC&PR_REC_ID=CEE50469A&PR_REC_PID=9606120997199&PR_REF_PID=9606090162511&PR_SEQ=UNIFORM)**
CLAIM YOUR DISCOUNT
$109.00

WILDBIRD0003487

## CUSTOMER REVIEWS

4.4
★★★★☆
Based on 272 reviews

| | |
|---|---|
| 5 ★ | 181 |
| 4 ★ | 42 |
| 3 ★ | 37 |
| 2 ★ | 5 |
| 1 ★ | 7 |

**Write A Review**

🔍 Rating ⌄    With media ○

Sort by: **Highest rating** ⌄

---

**Jon K.** DE
✓ Verified Buyer

★★★★★ **Absolutely love this toddler carrier!**    01/09/25

Absolutely love this toddler carrier! 🐆 ✨ Very comfortable for me and safe for my little one. The leopard print is stylish and the quality feels amazing. Highly recommend! 💕

**Store Owner**
Hi Jon! Thank you so much for your review ❤️ Enjoy your Wildride 🧡

Was this review helpful? 👍 0 👎 0

---

**Andreia P.** PT
✓ Verified Buyer

★★★★★ **I love it! Thanks for**    01/09/25

I love it! Thanks for the great ideia.

**Store Owner**
Hi Andreia! Thank you so much for your review ❤️ Enjoy your Wildride 🧡

Was this review helpful? 👍 0 👎 0

---

**Marja H.** NL
✓ Verified Buyer

★★★★★ **Mijn dochter is heel blij**    30/07/25

Mijn dochter is heel blij met met de Toddler Carrier. Ze zijn er mee op vakantie geweest en hebben er veel gebruik van kunnen maken. Draagt heel fijn.

**Store Owner**
Hi Marja! Bedankt voor je review 🙏 Veel plezier met je Wildride 🧡

Was this review helpful? 👍 0 👎 0

**CLAIM YOUR DISCOUNT**

WILDBIRD0003488



**SUPPORT**          **LEARN**          **SHOP**

**NEWSLETTER**

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

☐ I agree to receiving marketing emails and special deals

**FOLLOW US ON SOCIAL**

Facebook(https://www.facebook.com)

Instagram(https://www.instagram.com)

TikTok(https://www.tiktok.com/@wild

English          United States (USD $)

© 2025 Wildride USA. All rights reserved. Powered by Shopify (https://www.shopify.com?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)

♡ Follow on shop

**CLAIM YOUR DISCOUNT**

WILDBIRD0003489

Case 2:25-cv-05099-BDC Document 34-9 Filed 10/17/25 Page 3 of 42

THE ORIGINAL VIRAL TODDLER CARRIER

# WILDRIDE⁽ᴸ⁾

Home (/) / Shop (/collections/all) / Carriers (/collections/wildride-toddler-carrier)

⇅ **FILTER AND SORT**                                                    16 PRODUCTS



**TODDLER CARRIER DENIM
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
DENIM)**
$109.00



**TODDLER CARRIER COFFEE
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
COFFEE)**
$109.00



**TODDLER CARRIER BLACK
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
BLACK)**
$109.00



**TODDLER CARRIER LEOPARD PRINT BROWN
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
LEOPARD-PRINT-BROWN)**
$119.00



**TODDLER CARRIER BEIGE
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-BEIGE)**
$109.00



**TODDLER CARRIER ARMY GREEN
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-ARMY-
GREEN)**
$109.00

❌

**CLAIM YOUR DISCOUNT**

WILDBIRD0003501



SPECIAL





SPECIAL

**TODDLER CARRIER GREEN GRAPHIC
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
GREEN-GRAPHIC)**
$179.00

**TODDLER CARRIER VINTAGE ROSE
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
VINTAGE-ROSE)**
$109.00

**TODDLER CARRIER CHEQUERED
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
CHEQUERED)**
$179.00







**TODDLER CARRIER CAMEL LINEN
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
CAMEL-LINEN)**
$109.00

**TODDLER CARRIER LEOPARD PRINT GREY
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
LEOPARD-PRINT-GREY)**
$119.00

**TODDLER CARRIER DIRTY DESERT
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-DIRTY-
DESERT)**
$109.00





SPECIAL

EXCLUSIVE



**TODDLER CARRIER BROWN ZEBRA PRINT
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-
ZEBRA-PRINT)**
$119.00

**WILDRIDE SUNFLOWER CARRIER BY DREAMING
OUT LOUD (/COLLECTIONS/WILDRIDE-
TODDLER-CARRIER/PRODUCTS/WILDIRDE-
SUNFLOWER-CARRIER-BY-DREAMING-OUT-
LOUD)**
$119.00

**TODDLER CARRIER BOHO
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/BOHO-TODDLER-CARRIER)**
$119.00

**CLAIM YOUR DISCOUNT**

WILDBIRD0003502



**TODDLER CARRIER FERN**
(/COLLECTIONS/WILDRIDE-TODDLER-
CARRIER/PRODUCTS/TODDLER-CARRIER-FERN)
$109.00

A walk in the woods, a long stroll on the beach or a trip to a museum; there are plenty of times to think of when a toddler carrier is the perfect solution. A toddler sling carrier is easy to take to places you can't reach with a buggy or a stroller. Be inspired by the convenience and ergonomic comfort of the Wildride toddler baby carrier. From now on, lifting, putting down and carrying your little toddler is effortless and painless!

## Discover the toddler carrier from Wildride

Do you love to go hiking with your little one? Experience the benefits of the toddler carrier from Wildride. This is the ultimate successor to the well-known belly or back carrier. The Wildride toddler sling carrier is specially designed for toddlers. The lightweight material and durable, trendy designs make a toddler sling carrier ideal for any parent. Our toddler carrier is the ideal solution if you can't bring a stroller with you.

## Toddler baby carrier in different designs

At Wildride, we want to be responsive to every moment. That's why the toddler sling carrier comes in many different prints. Depending on your personal style, type of trip you are going to take and the season, choose the perfect toddler baby carrier. For a walk in the park, forest or on the beach, our evergreens are great. This line of toddler sling carriers come in beautiful basic colors. Are you a big fan of (animal) prints? Then check out our series of toddler carriers in leopard print or with a zebra design (https://us.wildridecarrier.com/products/toddler-carrier-leopard-print-brown). Looking for a toddler baby carrier with a luxurious feel? Then our line of deluxe Wildride carriers (https://us.wildridecarrier.com/collections/wildride-toddler-carrier/products/toddler-carrier-chequered) is right for you. You'll find the ideal toddler sling carrier for every adventure at Wildride!

## Easy baby carrier for toddlers

Another beneficial feature of a toddler baby carrier for a toddler is the fact that you can use the carrier for a long time. Your growing child can be lifted into the carrier with ease. The Wildride can carry from 9 months up to 4 years, max 44lbs. No more fussing with an awkward baby carriage on the sandy beach or in a crowded museum gallery. From now on, the child carrier for a toddler is the mode of transportation for any adventure. Fold the toddler carrier and take it with you in the car, on your bike or in your bag on the way to the train. Do you sometimes have back or arm pain after lifting your little one? Thanks to the ergonomic design of the Wildride, this is a thing of the past. From now on, lifting, putting down and carrying your little toddler is effortless and painless. Experience the comfort of this holiday essential yourself and head out with your little one.

**CLAIM YOUR DISCOUNT**

WILDBIRD0003503

## About our toddler carrier

Wildride is a 100% Dutch design brand. Each of our toddler carriers is made according to a sustainable production process. Moreover, the toddler baby carriers are made of pure cotton. For the production process we use a minimum of plastics and this is also the case for the packaging material. The latest trends in materials and prints are clearly reflected in our collection of toddler baby carriers. Do you like to travel by bike with your little one? Our toddler bike carrier is quick and easy to take along on your bike ride.

**Want to learn more about toddler carriers? Feel free to** <u>contact us (https://us.wildridecarrier.com/pages/contact)</u>. **Our team will gladly tell you more about the different baby carriers**



**SUPPORT**     **LEARN**     **SHOP**

**NEWSLETTER**

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

☐ I agree to receiving marketing emails and special deals

**FOLLOW US ON SOCIAL**

Facebook(https://www.facebook.com

Instagram(https://www.instagram.com

TikTok(https://www.tiktok.com/@wild

English     United States (USD $)

© 2025 Wildride USA. All rights reserved. Powered by Shopify (https://www.shopify.com?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)



**CLAIM YOUR DISCOUNT**

WILDBIRD0003504

US ORDERS SHIP LOCALLY, NO IMPORT DUTIES

**WILDRIDE**.io

Q (/search)  (/cart)

AUG 27, 2025

# What age is a toddler? Understanding the toddler years

Parents often ask: *When does a baby become a toddler?* Most experts describe toddlers as being **between 1 and 3 years old**, with the preschool years beginning around age 3 or 4. But more than age, it is the changes in movement, language, and daily routines that define this special stage.

## Baby to toddler: how to recognize the stage

Every child develops at their own pace, yet there are common signs that mark the shift from baby to toddler:

- **Motor skills**: First steps quickly turn into walking, running, climbing, and carrying objects. Everyday surroundings become an adventure course.

- **Daily routines**: Toddlers start feeding themselves, drinking from cups, and experimenting with simple self-care. They may pull off socks, lift arms for a shirt, or try to put on shoes by themselves, even if they end up on the wrong feet. Potty training usually begins with awareness, such as noticing wet and dry, before becoming part of daily life.

- **Language**: Early words grow into short phrases by age two. By three, many children are chatting and asking endless questions.

- **Play and social skills**: Play becomes more imaginative. Toddlers copy adults, explore pretend play, and begin to play alongside other children, gradually moving toward interaction.

- **Emotions**: Strong feelings are common. Joy, frustration, and determination often appear in quick succession. Over time, toddlers take small steps toward managing emotions.

- **Independence**: Between 18 months and 3 years, children want to do more by themselves, from feeding and dressing to deciding what to play with. Around age three, some already show the confidence of preschoolers, while still very much in the toddler stage. There is no strict cut-off and every child develops at their own pace.

## Why toddler age is special

The toddler years are active, unpredictable, and full of discovery. Children explore with determination while still seeking closeness and reassurance. For parents, it is a stage that can be challenging but also filled with moments of growth, connection, and joy.

## Staying close in the toddler years

The toddler stage is all about movement and discovery, but it is also about connection. Children want to test their limits and explore the world, while still turning back for security and comfort. For parents, it can feel like a constant dance between giving freedom and staying close.

A toddler carrier makes that balance easier. It gives children the space to walk and play when they are curious, and a familiar place to rest when their energy fades. More than convenience, it is a way to stay connected through one of the most dynamic stages of childhood.

❌

**CLAIM YOUR DISCOUNT**

WILDBIRD0003454



(https://us.wildridecarrier.com/collections/wildride-toddler-carrier)

## MORE BLOG POSTS

View all posts

   

AUGUST 28 2025

Why a toddler carrier is the best stroller
alternative (/blogs/blog/why-a-toddler-
carrier-is-the-best-stroller-alternative)

Toddlers want to walk, be carried, and walk again. Discover why
a toddler carrier is the best stroller alternative: lightweight,
compact, and ready for every day.

Read more

AUGUST 27 2025

What age is a toddler? Understanding
the toddler years (/blogs/blog/what-
age-is-a-toddler-understanding-the-
toddler-years)

Toddlers are usually between 1 and 3 years old, but the stage is
about more than age. Discover toddler milestones in
movement, play, emotions, and independence.

Read more

JULY 31 2025

A Wildride With Britt Schoorl
(/blogs/blog/a-wildride-with-britt-
schoorl)

Britt Schoorl is a 35-year-old mother, founder, and free spirit at
heart. She lives in the countryside with her husband and two
daughters, Marley (4) and Vivienne (6), surrounded by...

Read more

JULY 03 2025

A Wildride With Floortje Schuurman
(/blogs/blog/a-wildride-with-floortje-
schuurman)

Floortje is a mother of four and a maker at heart. In this edition
of A Wildride With, she reflects on the quiet patterns of family
life, the role of...

Read more

CLAIM YOUR DISCOUNT

WILDBIRD0003455

SUPPORT   LEARN   SHOP

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

☐ I agree to receiving marketing emails and special deals

Facebook(https://www.facebook.com/people/Wildride/100

Instagram(https://www.instagram.com/wildride_official/)

TikTok(https://www.tiktok.com/@wildridecorner)

English      United States (USD $)

© 2025 Wildride USA. All rights reserved. Powered by Shopify(https://www.shopify.com/?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)

♡ Follow on shop

CLAIM YOUR DISCOUNT

WILDBIRD0003456






**EXPLORE** HUNDREDS OF EXHIBITS

Your brand starts bangs here



▶ PLAY

## IT'S TIME TO SIGN UP!

The Juvenile Industry Premier Event. Trade show will start in:

END DEAL

## LET'S GET SOCIAL #ABCKIDS2024








## REGISTER



🌐 Exhibit

REGISTER TODAY

👜 ATTENDEE

REGISTER TODAY

📓 MEDIA

REGISTER TODAY

ABOUT ABC KIDS EXPO

### ABC Kids Expo 2026!

Discover the latest trends and innovations in the world of children's products at the upcoming 22nd-anniversary ABC Kids Expo in Las Vegas! Join us for an immersive experience where leading brands showcase their newest collections and innovations in baby gear, toys, apparel, gifts, and more. The expo offers diverse exhibitors, from industry giants to emerging startups. Engage in networking opportunities, gain insights from thought leaders, and explore a dynamic marketplace.

Whether you're a retailer, manufacturer, or industry professional, the ABC Kids Expo promises to be a hub of inspiration and connection. Don't miss this unparalleled event in Las Vegas that brings together the best in the business to shape the future of children's products!



**WHEN**

Wednesday – Friday

13 – 15 May, 2026

**WHERE**

Mandalay Bay Hotel & Convention Center

**WHO**

Juvenile Industry

*Closed To Industry

**SEE PRICING NOW**

**WHY JOIN US**



## MEDIA COVERAGE

We partnered with an industry leading marketing & PR company serving the baby, juvenile, and family marketplace to help drive press and influencer coverage of our live event. This partnership brings credentialed press and influencers to the ABC Expo to report on the hottest trends, newest products, and health of the industry. ABC is committed to providing a positive experience for exhibitors, press, and influencers.



## EXHIBIT

ABC Kids Expo is your opportunity to meet face-to-face with domestic and international buyers, media, and fellow suppliers at the premier juvenile products show worldwide.

One-on-one opportunities to meet with prospective retail buyers from all channels of retail.

Discounted services and lodging for staff. World-class dining and gaming are on-site to meet with clients after hours.

ABC Ki
face-to-

Don't r
late

Show $p

## 2025 PARTNERS

## SCHEDULE

| DAY 1 |
|---|
| MAY 13, 2026 |

| 7:30am – 4:00pm Bayside E & F | REGISTRATION |
| 9:00am – 5:00pm Bayside E & F | TRADE SHOW OPEN |

| DAY 2 |
|---|
| MAY 14, 2026 |

| 7:30am – 4:00pm Bayside E & F | REGISTRATION |
| 9:00am – 5:00pm Bayside E & F | TRADE SHOW OPEN |

| DAY 3 |
|---|
| MAY 15, 2026 |

| 7:30am – 9:00am Bayside E & F | REGISTRATION |
| 9:00am – 1:00pm | TRADE SHOW OPEN |



## THE
## VENUE

**MANDALAY BAY HOTEL & CONVENTION CENTER**

### 3950 Las Vegas Blvd S, Las Vegas, NV 89119

Colorful and lively, Mandalay Bay's resort, suite and luxury collections offer more of everything you love. From larger spaces to natural wood and stone décor, these exotic retreats have all of the comforts of home. For the ultimate in indulgence, our one-to-four bedroom Luxury Collection also offers a true Las Vegas escape beyond your most extravagant expectations.

**BOOK A ROOM**



## Our History


### In The Beginning

Association of Independent Stores (A.I.S.S.) debuts with 4-way partnership of NINFRA, USA Baby, Baby Furniture Plus Assn. and Baby News — Exhibitor wait list swells to over 300 exhibitors

2001/2002


### ABC Formation

NINFRA resigns from partnership with A.I.S.S. and forms All Baby & Child (aka ABC)

First industry reception held — Top of the Riviera

### It's A Hit!

At that time, the largest event ever held in the juvenile products industry ABC launches "Retailers Reward Program" for participating specialty retailers.

2004

### ABC Recognized and Awarded

ABC Team wins its first of many prestigious awards — 1st Place Trade Show Week Fastest 50 award for the growth of a trade show.

2005

### Show Me What's New and Modern

ABC launches New Product Showcase and Modern Child® Pavilion ABC launches Early & Often program.

2006

### Choo Choo

Introduction of The ABC Trolley and Money Vault for retailers.

2007

### The Next Natural Step

ABC launches the Naturally Kids® Pavilion.

2008

### Show Expands and Opens To Industry

Event opens to non-specialty retailers for the first time ABC launches the Baby Product Experts program to replace "Early & Often"

2009

### New Year, New Pavilion

ABC launches Maternity Square® Pavilion with inaugural runway event International attendance from 66 countries — an all time record.

2010

### We're Moving

ABC moves to Louisville, Kentucky for 2 years due to unavailability of space in Las Vegas for this 1 million square foot show.

2011

### Historic Partnerships

ABC and JPMA established a partnership agreement in 2012 to finance essential industry initiatives. Concurrently, Brixy was established as a novel retail specialty organization.

2012

### International Expansion and Invention Connection

ABC went international with North American Pavilions at CBME (Shanghai) and Harrogate (UK)


ABC continued to grow... international attendance now nearly doubled that of its debut in 2001.

2013

## 65 Countries Participate

International attendance from 65 countries —

ABC introduces Made in USA Showcase

2014

## Celebrity Nursery Debuts

International attendance from 70+ countries (new record) — Introduction of ABC Celebrity Nurseries.

2015

## Continued Growth

International attendance from 79 countries

2016

## New Look ABC

ABC undergoes a complete rebranding of its entire show, introducing a new logo and incorporating additional floor destinations, Buyers Lounges, and an on-floor Media Center.

2017

## Introduction of The Plaza

ABC launches The Plaza™ on the trade show floor

ABC North American pavilion at CBME in Shanghai hosts record number of exhibitors

Site of the ABC industry party moved to the amazing Brooklyn Bowl @ The LINQ

2018

## Last LVCC Show

Unbeknownst at the time was the looming global pandemic, and 2019 would go down as the final expo hosted at the Las Vegas Convention Center.

2019

## Global Pandemic

ABC cancels 2020 show due to historic Global Pandemic and shut down of most US cities.

2020

## New Management, New Venue

ABC brings on board a new show management company and relocates the ABC Kids Expo to Orlando, FL due to the shutdown in Las Vegas.

However, the surge of the Delta Variant of COVID-19 compels ABC to cancel the event before its scheduled date.

2021

## Viva Las Vegas



Combining the show and accommodations under one roof.

The event shifts from its traditional fall dates to spring starting from 2022 and beyond.

2022

### Jackpot!

The 2023 expo undergoes expansion and encounters unprecedented growth, selling out quickly with waiting lists surpassing the number of exhibitors. ABC reveals plans to relocate to the larger Mandalay Bay Resort & Convention Center for 2024. ABC recognized as one of Fastest 50 growing trade shows.

2023

### 20th Anniversary

The 2024 Expo marks the 20th anniversary edition in its new home at the Mandalay Bay Convention Center. Even with the move to a larger venue, the show sells out for the third consecutive year. ABC receives multiple industry awards recognizing its continued growth.

2023

## ABOUT US

The ABC Kids Expo is a premier annual trade show for the juvenile products industry, organized by All Baby & Child Corporation (ABC). It serves as a leading business-to-business event where manufacturers, retailers, distributors, and industry professionals connect to showcase and discover the latest products for babies, children, and parents

## SUBSCRIBE

News, Events, and Information directly to your inbox.

Your email

## FOLLOW US

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILDBIRD LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No: 1:25-cv-05993 |
| WILDRIDE B.V., and WILDRIDE USA CORP., | |
| *Defendants*. | |

**PLAINTIFF'S AMENDED RESPONSES TO DEFENDANTS'**
**PRELIMINARY-INJUNCTION RELATED REQUESTS FOR ADMISSION**

Plaintiff Wildbird LLC ("Plaintiff"), by and through its undersigned counsel, hereby responds to Defendants Wildride B.V. and Wildride USA Corp.'s (together, "Defendants") First Set of Requests for Requests for Admission to Plaintiff ("Requests") as follows:

**PRELIMINARY STATEMENT**

The following responses and objections are based only upon information presently available to and specifically known by Plaintiff. Facts and evidence now known may be imperfectly understood. Additionally, discovery is continuing in this matter. Accordingly, Plaintiff reserves the right to modify or amend these responses on the basis of subsequently acquired knowledge, information, or understanding. These responses reflect the information that is presently available to Plaintiff as derived from such investigation as was possible prior to the date of these responses. Plaintiff expressly reserves the right to amend, add to, delete from, or otherwise modify or supplement each response, to produce documents, and/or to make such claims and contentions as may be appropriate when Plaintiff has concluded discovery and has ascertained more relevant facts. Except for facts expressly admitted, if any, no incidental or implied admissions are intended or should be construed from any response. The fact that Plaintiff provides a response

to part or all of any Request is not intended and shall not be construed to be a waiver by Plaintiff of all or any part of any objection to any such Request. Plaintiff's responses are made without waiver of the following rights, and, on the contrary, are intended to preserve and do preserve the following:

(i)      the right to raise all questions of authenticity, foundation, relevancy, materiality, privilege, and admissibility as evidence for any purpose of the information identified in response to the Requests that may arise in any subsequent proceedings in, or trial of, this or any other action;

(ii)      the right to object on any ground to the use of said information identified in response to the Requests in any subsequent proceeding in, or hearing of, this or any other action;

(iii)      the right to object on any ground to the introduction into evidence of information identified in response to the Requests;

(iv)      the right to object on any ground at any time to other discovery involving the information provided; and,

(v)      the right to amend or supplement this response in the event that any information is unintentionally omitted. Inadvertent identification or production of privileged documents or information by Plaintiff is not a waiver of any applicable privilege.

This Preliminary Statement is incorporated into each response set forth below.

## **GENERAL OBJECTIONS**

Plaintiff asserts the following general objections ("General Objections") to each and every one of the Requests where applicable. The General Objections may or may not be reasserted after each specific Request. The assertion of the same, similar or additional objections to each specific Request, or the failure to assert any additional objection to each specific Request, does not waive or alter the General Objections immediately set forth below:

1.      Plaintiff objects to all definitions, instructions, and Requests that purport to impose any obligations on Plaintiff beyond those set forth in the Federal Rules of Civil Procedure or any applicable local rule or order of the Court.

2.      Plaintiff objects to each and every Request to the extent it improperly calls for information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or by any other recognized legal privilege, including because it purports to extend to Plaintiff's attorneys.

3.      Plaintiff objects to the definition of "WILDRIDE Mark" in Paragraph Five of the Definitions section of Defendants' First Set of Requests for Admission on the ground that it assumes the "WILDRIDE Mark" is a valid and protectable trademark.

4.      Plaintiff objects to each and every Request to the extent that it seeks Plaintiff's confidential, private, or proprietary information. Plaintiff will designate any such information in accordance with the Protective Order in this action.

5.      Plaintiff objects to each and every Request to the extent that it seeks confidential, private, or personal information about Plaintiff's customers who are not parties to this case, and without notice to said parties. Plaintiff will designate any such information in accordance with the Protective Order in this action.

6.      Plaintiff objects to each and every Request to the extent it seeks information not in Plaintiff's possession, custody, or control.

7.      Plaintiff objects to each and every Request to the extent it seeks information already in the possession, custody, or control of, or equally available to, Plaintiff.

8.      Plaintiff objects to each and every Request to the extent it is vague, ambiguous, cumulative, overbroad, unduly burdensome, or disproportional to the needs of the case.

9.      Plaintiff objects to each and every Request to the extent that the applicable timeframe is vague, ambiguous, or overbroad.

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:**    Admit that you were not aware of any instance prior to May 2025 in which a potential customer, supplier, or other third party stated that, or questioned whether, Wildbird was affiliated with Wildride, or vice versa.

**RESPONSE:** Plaintiff objects to this request to the extent it insinuates that no confusion existed before the earliest date on which Plaintiff became aware of actual confusion between the parties' respective WILDBIRD and WILDRIDE marks and products.

Admitted.

**REQUEST NO. 2:**    Admit that you were not aware of Wildride's use of the WILDRIDE Mark in commerce in the United States prior to May 2025.

**RESPONSE:** Plaintiff admits that, prior to May 2025, it was not aware of Defendants using their WILDRIDE Mark in United States commerce while being physically present in the United States.

**AMENDED RESPONSE:** Plaintiff objects to this Request No. 2 on the ground that the phrase "in commerce in the United States" is ambiguous.  Plaintiff understands that, under U.S. trademark law, there are two types of United States commerce, namely: (i) United States interstate commerce (*i.e.*, commerce between States in the United States) and (ii) United States foreign commerce (*i.e.*, commerce between the United States and a foreign nation(s)).   Based on this understanding, it is not clear to Plaintiff whether the phrase "in commerce in the United States," as used by Defendants in this Request No. 2, refers to United States interstate commerce or United States foreign commerce.   Nonetheless, Plaintiff admits that, prior to May 2025, it was not aware

of Defendants' use of the WILDRIDE Mark in United States interstate commerce; instead, prior to May 2025, Plaintiff was only aware of Defendants' use of the WILDRIDE Mark in United States foreign commerce.   Specifically, prior to May 2025, Plaintiff understood that Defendants shipped a *de minimis* amount of WILDRIDE-branded products into the United States from the Netherlands.  In May 2025, Plaintiff discovered, for the first time, that Defendants were using their WILDRIDE Mark while physically present in the United States.   Plaintiff made this discovery while attending the 2025 ABC Kids Expo in Las Vegas, Nevada, which Plaintiff and Defendants attended from May 21-23, 2025.  Plaintiff subsequently discovered that Defendants had a United-States-specific website; Defendants were meeting with buyers for Nordstrom, which has locations throughout the United States and is one of Plaintiff's retail partners; and Defendants had a physical address in the State of New York.   May 2025 also is when Plaintiff first became aware of Defendants' use of the WILDRIDE Mark creating actual confusion in the United States.

**REQUEST NO. 3:**   Admit that the word "ride" and the word "bird" do not mean the same thing.

**RESPONSE:** Plaintiff interprets this request as referring to the impression that the parties' marks allegedly leave or make on consumers.  Whether consumers believe that the words "ride" and "bird"—whether standing alone and/or when used within the parties' WILDBIRD and WILDRIDE marks—have the same meaning or a different meaning is information that lies with consumers, not Plaintiff.  Accordingly, Plaintiff lacks sufficient knowledge and information to form a belief about the truth or falsity of this Request and, therefore, denies it.

**AMENDED RESPONSE:** Plaintiff objects to this Request No. 3 on the ground that it is not limited to Plaintiff's understanding of the words "ride" and "bird."  Plaintiff also objects to this Request No. 3 on the ground that it seeks irrelevant information.  This action is not about

whether the words "ride" and "bird" have the same or different meanings; rather, this action is about whether Defendants' WILDRIDE mark infringes Plaintiff's WILDBIRD mark.  Based on the instances of actual confusion in the record, Plaintiff denies that the words "ride" and "bird" do not mean the same thing when used within the parties' WILDRIDE and WILDBIRD marks and for the parties' products.   Nonetheless, Plaintiff admits that, based on its understanding of the words "ride" and "bird," those words—when used standing alone and not used within the parties' WILDBIRD and WILDRIDE marks for the parties' products—do not mean the same thing.

**REQUEST NO. 4:**   Admit that you do not possess any consumer surveys, focus group studies, or market research concerning brand recognition of the WILDBIRD Mark or confusion between the WILDBIRD Mark and the WILDRIDE Mark.

**RESPONSE:** Plaintiff objects to this request as impermissibly compound in that it contains at least two (2) discrete subparts, namely, trademark strength and actual confusion, which are separate *Polaroid* factors.

As to the part of the request regarding brand recognition of the WILDBIRD Mark, denied. As to the part of the request regarding actual confusion, admitted.

**REQUEST NO. 5:**   Admit that, in the past five (5) years, you have not initiated any formal enforcement actions, including administrative proceeding or civil actions, against a third party for use of the word "WILD" or a similar term, unless that third party also used "BIRD" or some variant thereof.

**RESPONSE:** Plaintiff objects to this request because it exceeds the number of requests permitted under the Court's PI-related Scheduling Order allowing five requests for admission. [ECF 18].   Nonetheless, Plaintiff admits this Request.

Dated: September 3, 2025

GREENBERG TRAURIG, LLP

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas (JT1016)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9219
Email: jonathan.thomas@gtlaw.com

Molly R. Littman-Johnson (*pro hac vice*)
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Tel:  (612) 259-9669
Fax: (612) 259-9700
Email: Molly.Littman@gtlaw.com

*Attorneys for Plaintiff Wildbird LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 3, 2025, I served a true and correct copy of the foregoing document, titled *Plaintiff's Amended Responses to Defendants' Preliminary-Injunction Related Requests for Admission* via electronic mail, on the following counsel of record for Defendants:

<div align="center">

Leo M. Lichtman

James M. Slater

ESCA Legal

Leo@esca.legal

James@esca.legal

1177 6th Avenue, 5th Floor

New York, New York 10036

</div>

<div align="right">

*/s/ Jonathan W. Thomas*

Jonathan W. Thomas

*Attorney for Plaintiff*

</div>

Case 1:25-cv-05993-DLC   Document 789-13   Filed 07/25   Page 95 of 102

# WILDRIDE [(/web/20241202093239/http://us.wildridecarrier.com/)](https://web.archive.org/web/20241202093239/http://us.wildridecarrier.com/)

🔒 Enter using password

# Opening soon

| Email | → |
| --- | --- |



Facebook(https://web.archive.org/web/20241202093239/https://www.facebook.com/people/Wildride/100067558177

Instagram(https://web.archive.org/web/20241202093239/https://www.instagram.com/wildride_official/)

TikTok(https://web.archive.org/web/20241202093239/https://www.tiktok.com/@wildridecarrier)

Powered by Shopify (https://web.archive.org/web/20241202093239/https://www.shopify.com/?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)

WILDBIRD0003507

WILDBIRD0003508



Thank you thank you
@wildbird for this
carrier!! We all love it for
the velcro toddler 💚

WILDBIRD0003377



WILDBIRD0003378



WILDBIRD0003379



WILDBIRD0003384



WILDBIRD0003466





WILDBIRD0003467