# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>        Defendants. | Case No. 1:25-cv-05993 (DLC) |

**DECLARATION OF BRITT SCHOORL IN OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Britt Schoorl, declare and state as follows:

1.        I am the co-founder of Wildride B.V. and Wildride USA Corp. (collectively, "Wildride"), the Defendants in this action. This declaration is based upon my personal knowledge of the facts stated herein and my review of the documents and records referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

2.        Wildride B.V. was founded with the purpose of offering a smart, safe, and fashionable product for young parents to carry their toddlers who have since physically outgrown or aged out of the traditional front or back baby carriers that are typically sold to young parents.

3.        In or around April 2021, inspired by adventures with our children, Wildride's other co-founder and I designed and created our flagship product—the toddler carrier.

4.        Wildride's toddler carrier is not designed or marketed for newborns, infants, or babies. It is specifically designed for children from nine months old to four years old up, weighing 18 to 44 lbs.

5.        Wildride's toddler carrier has always been marketed as a "toddler carrier," and not a "baby carrier."  For example, the product pages on Wildride's website describe the toddler

1

carrier as "The Perfect Transition from Baby Carrier" and "[T]he ideal step up for parents who need a versatile, easy-to-use option for their toddler." I understand that Plaintiff contends that Wildride markets its product as a "baby carrier" on Nordstrom's website, but this was a mistake by Nordstrom that has since been corrected.

6.      The trademark WILDRIDE was originally born from the name of a children's clothing brand that I created independently in 2019 called "Wildrose." When Wildride's other co-founder approached me with the idea for a carrier suitable for toddlers, we were inspired by the "Wildrose" name. Our kids often told us that being carried on our hips felt like swinging, and we feel, as parents, that carrying a toddler anywhere is often a "wild ride." Children who are walking, talking, and running around are full of adventure, "wild" energy, and exploration. Therefore, the combination of the words "wild" and "ride" felt like a perfect description of Wildride's product and the message we wanted to convey to Wildride's customers.

7.      Wildride's marketing and branding initiatives play heavily on these themes with particular emphasis on the "ride" element. For example, Wildride's product packaging displays the tagline "ENJOY THE RIDE!" and Wildride's blog regularly feature adventurous parents using our toddler carrier in a series titled *A Wildride With.* Attached hereto as Exhibit A are examples of such branding initiatives.

8.      In addition to the WILDRIDE trademark, Wildride uses a cheetah head logo to fit into the brand's "wild" theme. Wildride picked this logo because cheetahs are cool, bold, and the image is an approachable and understandable one for kids.

9.      Wildride's cheetah logo is used on most, if not all, of the brand's social media accounts, marketing and product packaging, often appearing alongside the tagline, "THE TODDLER SWING CARRIER." The cheetah logo also appears on the product itself—either on

the strap of the toddler carrier immediately next to the WILDRIDE trademark or as a standalone tag.

10.     Wildride offers products other than the toddler carrier under the WILDRIDE trademark which also align with our wild and adventure themes, such as our leopard-print scarf and sunglasses for "bold little explorers." Attached hereto as Exhibit B are product pages for the aforementioned products.

11.     Wildride has offered its toddler carrier under the WILDRIDE trademark in the United States since June 18, 2021.

12.     In or around February 2025, Wildride began selling its WILDRIDE-branded toddler carrier in Nordstrom.

13.     Wildride currently works with thousands of influencers worldwide to promote the WILDRIDE-branded toddler carriers. Wildride has engaged in influencer marketing in the U.S. since as early as November 9, 2021 when it gifted its first WILDRIDE-branded toddler carrier to a U.S. social media influencer.

14.     In 2023, several of Wildride's Instagram videos went viral with tens of millions of views on each video. As a result, Wildride saw an immediate response and uptick in demand for WILDRIDE toddler carriers from U.S. consumers.

15.     Due to the increasing demand for WILDRIDE-branded toddler carriers in the U.S. over the past five years, we created a new U.S.-based entity, Wildride USA Corp. to establish a physical presence in the U.S., formally legitimizing the presence that we had already built in the U.S. since 2021.

16.     In a further effort to protect the brand and goodwill that Wildride has been steadily building, Wildride filed International Registration No. 1743929 on May 12, 2023 for the

WILDRIDE trademark in International Classes 18, 24, 25, 35 in 54 countries where it sells its toddler carrier.

17.     Wildride has since secured registrations for the WILDRIDE trademark in over 30 countries, including without limitation Australia, Bonaire, Sint Eustatius and Saba, Bosnia and Herzegovina, Chile, China, Colombia, Curaçao, Egypt, Indonesia, Iran, Japan, Liechtenstein, Malaysia, Mexico, Montenegro, Morocco, New Zealand, North Macedonia, Norway, Philippines, South Korea, Russia, San Marino, Serbia, Singapore, Sint Maarten, Slovenia, Switzerland, Türkiye, United Arab Emirates, United Kingdom, Vietnam.

18.     Wildride extended International Registration No. 1743929 to the U.S. with a priority filing date of May 12, 2023, which is filed with the United States Patent and Trademark Office (USPTO) as U.S. Application Serial No. 79375825.

19.     Wildride filed an additional trademark application directly with the USPTO over a year before this lawsuit was filed, on May 20, 2024, for the WILDRIDE trademark in International Class 18 under U.S. Application Serial No. 98558373.

20.     Notably, the USPTO did not cite Plaintiff's trademark application for WILDBIRD against Wildride's U.S. Serial No. 98558373 for a likelihood of confusion. This was the case even though Plaintiff had filed its trademark application for WILDBIRD only two months earlier, on March 22, 2024.

21.     Since well before this lawsuit, Wildride's toddler carrier has been sold in over 5,000 stores across more than 90 countries, ranging from luxury department stores to online retailers and specialty boutiques. An order that would prohibit Wildride from selling its branded products in any third-party store or website would have a devastating impact on Wildride's business, and the goodwill that Wildride has worked so hard to build.

22.     In the past five years, Wildride has not experienced instances in which @wildrideofficial, Wildride's Instagram account, was tagged in a post or story showing the Plaintiff's product.

23.     In the past five years, Wildride has not experienced any instances of actual consumer confusion with Plaintiff. To the contrary, Wildride has received numerous inquiries from those interested in marketing for Wildride, who have in fact listed Wildbird as one of the brands (among other brands) that they worked with in the past. To us, this suggests that marketers and influencers are well aware that Wildbird is a different brand from Wildride, and, given their interest in working with both companies (among others), have no doubt that the two brands can each exist independent from one another. Attached as Exhibit C are examples of customer service inquiries we have received from such marketers.

24.     In the past five years, I am not aware of any instance in which someone has reached out to Wildride asking if it was Plaintiff, any instance in which someone has reached out to purchase a Wildride product believing it to be a Wildbird product, or any instance in which somebody has reached out to complain to Wildride about a Wildbird product that they purchased.

25.     In or around May 2025, Wildride entered into discussions with Target to carry WILDRIDE-branded toddler carriers in stores. Those discussions culminated in an arrangement whereby Target is expected to begin carrying WILDRIDE-branded toddler carriers. However, the anticipated timeline for such a roll-out is not until March 2026.

26.     Notably, these discussions with Target began well before I testified at Wildride's deposition on September 15. Had Plaintiff's counsel asked for details concerning Wildride's future retail distribution plans, I would have freely shared this information. Plaintiff's counsel did not ask for the details of Wildride's future retail distribution plans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 21, 2025 in Haarlem, Netherlands.

_____

Britt Schoorl

Exhibit A

⊕  US ORDERS SHIP LOCALLY. NO IMPORT DUTIES  ›

**WILDRIDE**          HOME   SHOP ˅   LEARN ˅   SEEN ON   BLOG          ENGLISH ˅   UNITED STATES (USD $) ˅   LOGIN   Q  

Home   Blog   A Wildride With Berdi Schouten

JUN 19, 2025

# A Wildride With Berdi Schouten

Berdi Kramers is a mother of two, a creative thinker, and a quiet force behind the scenes at Wildride. Her days unfold somewhere between the real and the imaginative – parenting moments captured through her lens, long walks without a plan, and a belief that nature has the power to ground both parent and child.

Before joining the Wildride team, Berdi was already living the spirit of it. What began with one summer and a carrier turned into something more lasting: a way of moving through motherhood with freedom, humour and a touch of strategy.

We spoke with her about bedtime rituals, parenting surprises, and the small moments that matter most.



*Tell us a bit about yourself.*

I'm Berdi. I'm a mom to Billy (7) and Jack (4), a content creator, a horse lover, and now part of the Wildride team. It still feels a little surreal. I've always loved sharing the mess and the magic of family life, mostly through photos and small observations.

Being outside is important to us. It clears my head and resets the energy when the house gets too loud. At Wildride, I get to encourage other parents to do the same – to get out, explore, and not worry too much about perfection. It fits how I live and how I parent.



## To get out, explore, and not

RIDE000107

# worry too much about perfection.

*What adventure made you fall in love with Wildride?*

We spent a long summer in Spain, and bringing the Wildride carrier turned out to be a game changer for us. Walks with the dog, strolls along the beach, bumpy trails. I didn't have to think about bringing a stroller. I packed it last minute, not knowing how often we'd use it, but it turned out to be essential.

When little legs got tired, I had the perfect solution. I started creating content of Jack and me using the carrier, just to show how happy we were with it. That joy turned into something bigger.

**From user to team. It happened quite naturally.** Now I get to share a product I truly believe in and help other parents discover how much easier and more fun outings can be with a Wildride.

**Now that's what I call a wild ride.**



*What's the last thing your child said that made you laugh?*

At the petting zoo, Jack saw a goat with a little tag on its ear. He looked up at me, completely serious, and asked,
"Can we please buy this one?"

I had to pause for a second before answering because honestly, I was tempted.

*What surprised you most about parenthood?*

One moment you're calmly drinking coffee, and the next you're standing there, speechless, because your child just asked,
"So... when exactly am I getting my horse?"

She had already announced it to everyone, from the neighbours to her teacher.

And then suddenly, you catch yourself saying things exactly like your own mom did. Phrases like "We're not made of money" and "This is not a restaurant," but also "Because I said so," "I'm not mad, I'm disappointed," and "We're leaving in five minutes" for the 37th time, without even realising it.

*What's your go-to trick for bedtime?*

I let the kids sleep together in one big bed. It saves me a whole lot of hassle. It starts as a bedtime routine with a story, a little song, the usual rhythm. But if that fails and they suddenly aren't tired anymore, I just climb in between them.

It's the comfiest bed in the house anyway, so I end up getting my sleep too. **Honestly, it's less parenting and more strategic co-sleeping.**

*What grounds you most in everyday parenting?*

**Knowing that not everything needs to be solved right away.** That it's okay to pause, to not have the answer. I try to give the kids space to feel things, even if it's loud or messy.

And I remind myself that humor fixes more than control ever does.

---

Through simple rituals and spontaneous detours, Berdi brings calm into the everyday chaos of family life. Her story is a reminder that there is no one right way to parent – only the one that feels true to you, with room for laughter, creativity and a few good naps along the way.

RIDE000108



## MORE BLOG POSTS

View all posts



JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more



JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more



JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more



JUNE 18 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

**SUPPORT**

Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service

**LEARN**

Find your answers
Our story
How to use
Certifications
Product Registration

**SHOP**

All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

**NEWSLETTER**

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

I agree to receiving marketing emails and

**FOLLOW US ON SOCIAL**

Facebook
Instagram
TikTok

RIDE000109



© 2025 Wildride USA, All rights reserved. Powered by Shopify

RIDE000110

https://www.instagram.com/p/DLF81X8oGkg/?img_index=1                                                                                      August 7, 2025 at 11:29 AM EDT



ⓘ ORDERED ON WEEKDAYS BEFORE 12 PM (EST):
SAME DAY

# WILDRIDE

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG

ENGLISH ⌄    UNITED STATES (USD $) ⌄    LOGIN    🔍    

Home    Blog    A Wildride With Britt Schoorl

JUL 31, 2025

# A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by fields, quiet roads, and room to breathe. For Britt, freedom isn't just an idea – it's the feeling of driving her Jeep with the roof off, wind in her hair, and her girls laughing in the backseat.

As the founder of Wildride, she's woven her personal journey of motherhood into a brand that helps other parents move through their own with more ease, joy, and spontaneity. In this edition of *A Wildride With*, Britt shares how she finds adventure in the everyday, what freedom means to her, and why she believes parenting doesn't have to be perfect to be beautiful.



*Tell us a bit about yourself.*

I'm Britt – mama to Marley and Vivienne, founder of Wildride, and someone who feels most alive when I'm outdoors. **I love living in the countryside; it gives me space to think, slow down, and really be present with my girls**, without all the noise.

To me, freedom means being able to pack up the Jeep and just go – no plan, just the open road, a sunset, or a spontaneous ice cream stop. It's those little adventures that make me feel alive and grateful.



## "Freedom doesn't have to be

RIDE000112

far away — sometimes it's
just an open road, the wind
in your hair, and your kids
laughing in the backseat."

My husband's an entrepreneur too, so naturally, business is a part of our conversations. We share ideas, challenge each other, and we both learn from how the other sees things. That's a big part of what makes our connection strong. But we also know when to put it aside. **At home, it's about being present. It's about the girls. It's about us.** And that balance — between growing in business and protecting the quiet, steady space of our family — is what we value most.

**With Wildride, I wanted to create something that gave other parents that same sense of freedom — to carry your child, move through motherhood, and still feel like yourself.**

*What was your wildride?*

There have been many, but honestly, starting Wildride while raising two little girls has been my wildest ride so far.

We had just launched the brand when I found out I was pregnant with Marley. I was still working as Head of Design at a fashion brand and constantly nauseous. I honestly don't know how I managed — working full-time, then heading to my parents' printing company in the evenings to pack orders. It was rough. That first year of building a brand while raising a baby and a toddler taught me so much — it's the hardest part, but once you push through, the challenges just change.

When we stepped into Wildride full-time, things started to flow. I'm so proud of the energy we've built – our team is a beautiful mix of people, full of creativity and drive. I truly *love* to work, and every day I feel lucky to wake up and do what I love.

**Motherhood itself is the ultimate wild ride** – the laughter, the meltdowns, the quiet cuddles, all in between Instagram virals, production calls, and endless emails. But **I've learned to embrace the chaos, to find balance, and to keep coming back to what matters most.**

My husband is my anchor. He keeps our home steady, making sure that work never overtakes family. Together, we've created a space where our girls feel safe, free, and loved.

Vivienne is so much like me – serious, thoughtful, with a heart of gold. She's smart, always looking out for others, and her dance moves are the best. I see her strengths and also her vulnerabilities – because I recognize them in myself.

Marley, on the other hand, is my little spirit animal. She doesn't take life too seriously. Her one-liners are legendary – I'll never forget her walking in at just three years old and saying, "Hi guys! Alles chill hier?" She's a natural cool girl who loves a party and brings so much light to our lives.

**And my top parenting food trick? Make it look fun.** Add some color – carrots next to broccoli, laid out nicely – and they're happy to start eating.



RIDE000113

*What's your favorite way to make mealtime more fun?*

With just a bit of creativity, even the simplest meals can turn into little parties on a plate. It doesn't have to be fancy – just fun! A silly face here, a surprising shape there, and suddenly your kid is actually excited to eat. Rice in a coffee cup? Yep! Turn it over and *voilà* – a perfect rice dome. Add little carrot "hairs" and you've got yourself a cheerful dinner buddy.

*Do you have a special trick to comfort your kids when you're not around?*

If my kids miss me, I always tuck a happy photo in their bag.
Sometimes it's a sweet picture of the sisters together, other times one of me with my own mom from way back. A little reminder of love.

**Britt's story is not one of chasing balance but of creating it. She chooses to let her family and her work grow alongside each other, never at the expense of the other, always with a deep sense of gratitude for what it means to build something that matters. With Wildride, Britt has taken that belief and turned it into something tangible, a way for other parents to stay connected to who they are while carrying their children close, moving together, and finding beauty in the simplest of days. It's a quiet kind of strength, shaped not by doing everything, but by staying true to what feels right.**

## MORE BLOG POSTS

View all posts



JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more



JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more



JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more



JUNE 18 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

---

**SUPPORT**

Shipping Policy

Refund Policy

Privacy Policy

California Privacy Policy

**LEARN**

Find your answers

Our story

How to use

Certifications

**SHOP**

All products

Toddler carriers

Accessories

Accessibility Statement

**NEWSLETTER**

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

**FOLLOW US ON SOCIAL**

 Facebook

Instagram

TikTok

RIDE000114



© 2025 Wildride USA, All rights reserved. Powered by Shopify

RIDE000115

https://www.instagram.com/p/DMzJLbRoEUS/?img_index=1                                    August 7, 2025 at 11:27 AM EDT



 

**WILDRIDE**

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG          ENGLISH ⌄    UNITED STATES (USD $) ⌄    LOGIN    Q

⊙ US ORDERS SHIP LOCALLY. NO IMPORT DUTIES

Home   Blog   A Wildride With Floortje Schuurman

JUL 03, 2025

# A Wildride With Floortje Schuurman

Floortje Schuurman is a mother, maker, and thoughtful soul. At 35, she shares her days with four young boys and her husband, in a home where life rarely stands still. Her hands are often full with a skein of yarn, a toddler reaching up, or a snack passed across the room. Still, there is a quiet clarity in the way she moves through it all.

In this edition of *A Wildride With*, she offers a glimpse into her world. A life shaped not by big milestones but by the gentle repetition of care, craft, and presence.



RIDE000117



*Tell us a bit about yourself.*

My name is Floortje. I am mothering my 4 boys Lev (7), Ziggy (5), King (2) and Isaiah (0) together with my loving husband Tom. Interwoven with my daily life with the kids is my business of designing and making clothing.

The main reason why I am able to stay relatively calm and peaceful with my boys is because I can combine my family life so well with my creativity. I always have some sort of crochet/knitting project at hand which instantly gives me so much joy and peace.

*What was your wildride?*

I already started to write down all our adventures, that on paper might seem pretty wild, but honestly, my wildest ride turns out to be finding happiness in the daily grind. The getting up every morning with the instant chaos of all these kids, the un-specialness of school runs, laundry, groceries, cooking and cleaning. The feeling of an absolute win when I realize I haven't forgotten anything at home before going to the playground, but also the never ending creative solutions when I did forget something. The being able to still laugh so much with my partner. The deep appreciation for those short moments in the evening when the house is tidied up and quiet again after another day of chaos. Daily grind has definitely been made easy by being able to put the kids in a carrier and having my hands free: think last-minute grocery shopping with hungry, tired and thus whining kids and thank God being able to put the lying-on-the-floor-screaming toddler in a Wildride.

## //

# My wildest ride turns out to be finding happiness in the daily grind.




*What surprised you most about parenthood?*

What most surprises me at the moment is how I experience having four kids, including a newborn, as so

RIDE000118

much easier as the time where I had only one baby. I think it has a lot to do with having more experience **and not feeling so overwhelmed with the 'newness' of everything.** I also felt so crippled by the fear to damage or traumatize my baby, now I realize they will most probably get their own share of trauma to deal with and this is not something I can control as much as I would like to believe.

*What's in your bag?*

I don't leave the house without a knitting or crochet project. A sunscreen from Tallow, which I also use as my regular face cream and I apply regularly during the day when I am outside a lot. My concealer from Charlotte Tilbury, together with an eyebrow pencil, this is the only make-up I regularly wear and I often don't mind a touch up during the day. There are always some lego pieces or other small kids' toys scattered through my bag. My hair brush.

*What's your best lifehack for kids?*

I do my best to make it my main priority to be happy and connected with myself. If I notice I start trying to control the kids to make myself feel better or more at ease, I know it's time for me to start going inward. Which is not always easy, so full disclosure, there is always Buurman & Buurman as a good last resort to momentarily escape any type of madness, haha.

*If you could give one piece of advice to a new parent, what would it be?*

Don't buy into all the feelings of guilt or trying to be perfect. **Ultimately what's best for our kids is for us to just be happy with ourselves.** Feeling guilty and not feeling good enough are exactly things that stand in the way of us feeling at peace and content.

---

Parenthood rarely unfolds in big, defining moments. More often, it's built from repetition, adjustment, and the quiet tasks that fill a day. A soft pause after a noisy afternoon. A small project returned to between meals. A child soothed by something familiar. These are the quiet details that shape a family. Sometimes, that's the heart of the wild ride.



## MORE BLOG POSTS

View all posts






RIDE000119



JULY 31 2025

### A Wildride With Britt Schoorl

Britt Schoorl is a 35-year-old mother, founder, and free spirit at heart. She lives in the countryside with her husband and two daughters, Marley (4) and Vivienne (6), surrounded by...

Read more

JULY 03 2025

### A Wildride With Floortje Schuurman

Floortje is a mother of four and a maker at heart. In this edition of A Wildride With, she reflects on the quiet patterns of family life, the role of...

Read more

JUNE 19 2025

### A Wildride With Berdi Schouten

From long walks in Spain to quiet evenings at home, Berdi shares how the Wildride toddler carrier became her everyday essential. A reflection on motherhood, movement and finding comfort in...

Read more

JUNE 15 2025

### 10 Reasons why you need a Wildride toddler carrier

Practical. Comfortable. Made for the moments that matter. A real mom shares 10 honest reasons why the Wildride Toddler Carrier became her go-to for everyday life. From quick errands to...

Read more

---

#### SUPPORT

Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service
Contact

#### LEARN

Find your answers
Our story
How to use
Certifications
Product Registration
Manual

#### SHOP

All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

#### NEWSLETTER

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and special deals

#### FOLLOW US ON SOCIAL

Facebook
Instagram
TikTok

English ∨    United States (USD $) ∨

© 2025 Wildride USA. All rights reserved. Powered by Shopify

♡ Follow on shop



RIDE000121

CONFIDENTIAL - ATTORNEYS' EYES ONLY



ENJOY YOUR WILDRIDE

#itsawildride

○ wildride_official



WILDRIDE

wildridecarrier.com

CONFIDENTIAL - ATTORNEY'S EYES ONLY



# THE TODDLER SWING CARRIER

#itsawildride

#enjoytheride



# WILDRIDE
### 'the toddler swing carrier'

ENJOY THE RIDE!
_____
WWW.WILDRIDECARRIER.COM
_____

Wildride BV
Donkere Spaarne 44
2011 JH Haarlem
The Netherlands

Wildride USA Corp
228 East 45th Street, Suite 9E
New York, NY 10017
United States of America

Wildride Toddler Carrier BT102

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Exhibit B

https://us.wildridecarrier.com/collections/accessories/products/green-leo-sunnies　　　　　September 21, 2025 at 8:02 PM EDT

‹  ⏱  ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY  ›

# WILDRIDE

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG

ENGLISH ⌄    UNITED STATES (USD $) ⌄    LOGIN    🔍    🛍 ⁰

Home / Shop / Accessories / Green Leo Sunnies







## GREEN LEO SUNNIES
$25.00

☆☆☆☆☆  0 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 12 PM (EST), SHIPPED THE SAME DAY

✓ FREE SHIPPING ON ALL ORDERS FROM $100.00

● In stock

● US ORDERS SHIP LOCALLY. NO IMPORT DUTIES.

| ADD TO CART |
|---|

| Buy with shop |
|---|

More payment options

Pay over time for orders over **$35.00** with shop Pay  Learn more

     

OFTEN BOUGHT TOGETHER

 MESH BEACH BAG
$25.00
QUICK VIEW

Sun's out? Adventure on.

Our Green Leo sunglasses are made for bold little explorers. With a playful leopard-print top and soft green finish, they're as stylish as they are sturdy. The round lenses offer 100% UV protection, while the lightweight fit keeps things comfy all day long.

*Perfect for sunny days, wild rides, and everything in between.*

SHIPPING & DELIVERY                                          +

  

**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

# FAQ

What payment methods can I use?                                              +

How long does it take to receive my order?                                   +

What are your shipping rates?                                                +

Do you offer refunds?                                                        +

How to (partially) return my order?                                          +

## RECENTLY VIEWED



MESH BEACH BAG
$25.00



TODDLER CARRIER LEOPARD PRINT BROWN
$119.00



TODDLER CARRIER COFFEE
$109.00



PREMIUM SLIDE ON BAG
$39.00

## YOU MAY ALSO LIKE



TODDLER CARRIER BEIGE
$109.00



TODDLER CARRIER LEOPARD PRINT GREY
$119.00



TODDLER CARRIER CAMEL LINEN
$109.00



TODDLER CARRIER GREEN GRAPHIC
$179.00

CUSTOMER REVIEWS



We're looking for stars!

Let us know what you think

Be the first to write a review!



SUPPORT

Shipping Policy
Refund Policy
Privacy Policy
California Privacy Policy
Terms of Service
Contact
Your privacy choices

LEARN

Find your answers
Our story
How to use
Certifications
Product Registration
Manual

SHOP

All products
Toddler carriers
Accessories
Accessibility Statement
Accessibility Improvement

NEWSLETTER

Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email

☐ I agree to receiving marketing emails and special deals

FOLLOW US ON SOCIAL

Facebook
Instagram
TikTok

English ⌄     United States (USD $) ⌄

© 2025 Wildride USA. All rights reserved. Powered by Shopify

♡ Follow on shop



# WILDRIDE

HOME    SHOP ⌄    LEARN ⌄    SEEN ON    BLOG          ENGLISH ⌄    NETHERLANDS (EUR €) ⌄    LOGIN   🔍   🛍 ⁰

Home    Leopard Scarf







## LEOPARD SCARF

€19,00

★★★★★   3 Reviews

✓ ORDERED ON WEEKDAYS BEFORE 4 PM, SHIPPED THE SAME DAY

✓ FREE SHIPPING WITHIN THE EU ON ALL ORDERS FROM €90

● In stock

| ADD TO CART |
| Buy with **shop** |

More payment options

### OFTEN BOUGHT TOGETHER



TODDLER CARRIER BLACK
€79,00
QUICK VIEW

SLIDE ON BAG
€19,00
QUICK VIEW

Enhance your Wildride carrier with this versatile scarf, doubling as a fashion accessory and practical tool for various purposes like wiping spills or keeping your little one warm. Upgrade your adventures with style and functionality! 🐾 ✨ #WildrideEssentials

PRODUCT DETAILS                                    +

SHIPPING & DELIVERY                                +

 

**30 DAY RETURNS**
Returns within 30 days receive a full refund.

**WORLDWIDE SHIPPING**
Ship anywhere, rates available at checkout.

**24/7 SUPPORT**
Chat with us anytime, we're happy to help.

## FAQ

What payment methods can I use? +

How long does it take to receive my order? +

What are your shipping rates? +

Do you offer refunds? +

How to (partially) return my order? +

## YOU MAY ALSO LIKE

   

BLOCKED SCARF
€19,00

PREMIUM SLIDE ON BAG
€24,00

SLIDE ON BAG
€19,00

TODDLER CARRIER CAMEL LINEN
€89,00

## CUSTOMER REVIEWS

5 ★★★★★ Based on 3 reviews

5 ★ ▬▬▬▬ 3
4 ★ 0
3 ★ 0
2 ★ 0
1 ★ 0

**Write A Review**

Rating ▾   With media ◯

Sort by: Highest rating ▾

 Julian A.
Verified Buyer

★★★★★ Perfect product

Perfect product

26/12/24

Store Owner
Hi Julian! Thank you so much for your review ❤️ Enjoy your Wildride 🧡

Was this review helpful?  👍 0  👎 0

Julie C.
Verified Buyer

★ ★ ★ ★ ★  Très joli

26/12/24

Très joli

Store Owner
Hi Julie! Thank you so much for your review 💗 Enjoy your Wildride 🌼

Was this review helpful?  👍 0  👎 0

Ana R. **PT**
Verified Buyer

★ ★ ★ ★ ★  Giro

21/12/24

Giro

Store Owner
Hi Ana! Thank you so much for your review 💗 Enjoy your Wildride 🌼

Was this review helpful?  👍 0  👎 0



**SUPPORT**
Shipping Policy
Refund Policy
Privacy Policy
Terms of Service
Contact
Stop sharing personal information
B2B-account request

**LEARN**
Find your answers
Our story
How to use
Certifications

**SHOP**
All products
Toddler carriers
Accessories
Bags

**NEWSLETTER**
Join to get special offers, free giveaways, and once-in-a-lifetime deals.

Email →

☐ I agree to receiving marketing emails and special deals

**FOLLOW US ON SOCIAL**
Facebook
Instagram
TikTok

English ˅    Netherlands (EUR €) ˅

© 2025 wildridecom, All rights reserved. Powered by Shopify

Nederland / Netherlands ˅    English ˅

CO    CLAIM YOUR DISCOUNT

Exhibit C







CONFIDENTIAL



CONFIDENTIAL

You received a new message from your online store's contact form.

**Country Code:**
US

**Name:**
Sommer hanff

**Email:**
urbancowgirlphotog@gmail.com

**Body:**
Hi! I'm Sommer Dawn. I am a photography business owner and started growing my TikTok account. I do not have a huge following as I'm just getting started. But I have recently been looking into different brands that I would love to work with eventually to show their products and how they make mom life simpler but are also still stylish. I have been using Wildbird carriers since my son was six months old, while I have loved the brand, now that he is a year and a half it is so difficult to try to get him into those carriers, and I found your brand and thought that I would reach out to see if y'all would be interested in working together since your carrier seem to be a little bit easier to maneuver.

I do hope to hear from y'all soon, and I am excited for any opportunities that you may be willing to provide. Thank you so much for your consideration. It means more to me than you know. Have a beautiful day.

-Sommer Dawn Hanff

TikTok- urban.cowgirl.photog