# Exhibit 6
# PART 1 OF 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC, | |
| Plaintiff, | Case No. 1:25-cv-05993 (DLC) |
| v. | |
| WILDRIDE B.V., and WILDRIDE USA CORP., | |
| Defendants. | |

**DECLARATION OF LEO M. LICHTMAN IN OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Leo M. Lichtman, declare and state as follows:

1.      I am a Partner at ESCA Legal LLC and counsel of record to Defendants Wildride B.V. and Wildride USA Corp. ("Wildride") in this action. This declaration is based upon my personal knowledge of the facts stated herein and my review of the documents and records referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

2.      I provide this declaration in opposition to Plaintiff's Motion for Temporary Restraining Order (the "Motion").

3.      Attached hereto as Exhibit A is a true and correct copy of a printout of Plaintiff's website, wildbird.co, created by my firm on September 21, 2025.

4.      Attached hereto as Exhibit B is a true and correct copy of an email chain between counsel, culminating in an email dated September 8, 2025 sent by Plaintiff's counsel.

5.      Attached hereto as Exhibit C is a true and correct copy of a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with

the Court. It is Bate stamped RIDE000248. It is a compilation of data that my firm pulled from the U.S. Patent and Trademark Office's trademark database, by conducting a search for live registrations and applications for marks that contain the word "wild," and contain either "baby" or "children" in the goods/services description.

6.      Attached hereto as Exhibit D is a is a true and correct copies of printouts from webpages with the URLs etsy.com/market/born_to_be_wild_onsie and pinterest.com/ideas/wild-one-onesie/939323156952/, created by my firm on September 21, 2025

7.      Attached hereto as Exhibit E is a true and correct copy of documents produced in this lawsuit, Bates Ranges RIDE000520-27 and RIDE000575-582.

8.      Attached hereto as Exhibit F is a true and correct copy of documents produced in this lawsuit, Bates Ranges RIDE000512-19, RIDE000528-574, and RIDE000587-94.

9.      Attached hereto as Exhibit G is a true and correct copy of a printout from a webpage with the URL pinterest.com/ideas/animal-baby-room/945276021428/, created by my firm on September 21, 2025.

10.     Attached hereto as Exhibit H is a true and correct copy of a printout of a product page on shop-thewild.com, created by my firm on September 21, 2025.

11.     Attached hereto as Exhibit I is a true and correct copy of excerpts from the rough transcript of Plaintiff's Rule 30(b)(6) deposition, held on September 17, 2025. Because the entire transcript was provisionally designated as HIGHLY CONFIDENTIAL, the excerpts are limited to those that cannot reasonably be argued fall under the protective order because they are based on public information (such as conversations with third-parties at public events or social media posts) or information Plaintiff itself disclosed without any confidentiality designation. Certain other portions are redacted to protect unnecessary disclosure of information. A true and correct copy of

Plaintiff's verified response to Defendants' Interrogatory No. 1, which is what prompted the lines of questioning set forth in the excerpts, is attached as Exhibit J.

12. I understand that Plaintiff purportedly learned, on the evening of September 17, 2025, that Defendants planned to sell WILDRIDE-branded carriers at Target stores in the United States. (ECF No. 38, ¶ 6.).

13. Between September 17, 2025 and the filing of Plaintiff's Motion, I did not receive any communication from Plaintiff's counsel notifying me of this discovery or otherwise asking me to confirm with my clients the veracity of this discovery. In fact, despite emailing Plaintiff's counsel on September 18, 2025, I received no response until after the Motion was filed.

14. Had Plaintiff's counsel contacted me about this alleged discovery, I would have immediately reached out to my clients to confirm (as I did immediately after the Motion was filed). Given that my clients have no plans to sell WILDRIDE-branded carriers at Target stores until March 2026, Plaintiff could have avoided burdening the Court and the parties with this Motion had its counsel communicated with me beforehand.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2025 in Brooklyn, New York.

_____

Leo M. Lichtman

Exhibit A

https://wildbird.co/ September 21, 2025 at 7:36 PM EDT

**WILDBIRD**

SHOP CARRIERS    SHOP BABY    FOR MOM    BUNDLE & SAVE    LEARN    GIFTS & SETS    SALE



# Archer is Restocked!

Our best-selling stripe is back in Aerial + Sling.

**SHOP NOW**

*The perfect blend of comfort and beauty*

⊘ HIP DYSPLASIA APPROVED    ♡ LOVED BY 500K+ PARENTS    ◈ ONE-OF-A-KIND DESIGN    ⚘ UNMATCHED COMFORT    ✎ SIZE INCLUSIVE    ⊘ HIP DYSPLASIA APPROVED    ♡ LOVED BY



# Our Baby Carriers



**Aerial Wrap**

Softest, easy-to-use buckle wrap for newborns.



**Aerial Carrier**

Most supportive, all-in-one carrier for baby to toddler.



**Ring Sling**

Stylish & most versatile carrier for newborn to toddler.



# As Seen On









## Our WildBird Community

    

## Trusted By 100,000+ Parents

★★★★★
print is absolutely gorgeous
he carrier itself is so
comfortable and supportive.

Maikha L.  ✓ Verified purchase

★★★★★
The only carrier that doesn't hurt
my back! truly incredible!

Caitlyn C.  ✓ Verified purchase

★★★★★
LOVE the Wildbird Aerial carrier!
It's beautiful and comfortable
AND great support.

Kiersten B.  ✓ Verified purchase

★★★★★
I am so in love with this
company!! Beautiful prints. Even
better fabrics.

Emilee R.  ✓ Verified purchase

★★★★★
Unmatched comfort.
carriers before. Just

Julia C.  ✓ Verified purcha

## Discover Our Bestsellers



**acadian - aerial carrier**
$178.00

**willow - aerial carrier**
$178.00

**desert lark - aerial carrier**
$178.00

**sparrow - aerial carrier**
$178.00

VIEW ALL

## Shop Baby



SHOP ALL | BABY PAJAMAS | SLEEP SACKS | PREGNANCY PILLOW | WOMEN'S ROBES | TODDLER SLINGS | SUNHATS | PLAYMATS | LOVEYS | TEETHE

**bushwren - cloudblend™ footless pajamas**
$28.00

**bushwren - cloudblend™ sleep sack tog 1**
$44.00

**bushwren - cloudblend™ footed pajamas**
$28.00

**bushwren - cloudblend™ sleep sack tog 2.5**
$48.00

VIEW ALL

## Popular Categories

AERIAL BUCKLE CARRIER | RING SLINGS | BABY PAJAMAS | SLEEP SACKS | PREGNANCY PILLOW | SLEEP TIME | PLAY TIME | BUNDLE & GIFTS | SCRAPS

## Bundle & Save

Save up to 15% off when you bundle our faves!

BUILD MY BUNDLE

## Join Our List

Be the first to know about our newest launches, exclusive deals, and more.

YOUR EMAIL

YOUR BABY'S BIRTHDAY OR DUE DATE

PHONE NUMBER

By submitting this form, you agree to receive recurring automated promotional and personalized marketing text messages (e.g. cart reminders) from Wildbird at the cell number used when signing up. Consent is not a condition of any purchase. Reply HELP for help and STOP to cancel. Msg frequency varies. Msg & data rates may apply. View *Terms* & *Privacy*

SUBSCRIBE NOW



Shop

Learn

About

Support

AERIAL BUCKLE CARRIERS

AERIAL BUCKLE WRAP

RING SLINGS

WILDBIRD BABY

SALE

TUTORIALS

WHY WILDBIRD

COMPARE

VIRTUAL CONSULTATION

QUIZ

FAQS

STORY

BABY REGISTRY

AFFILIATE

TERMS & CONDITIONS

CONTACT

PRODUCT REGISTRATION

RETURNS & EXCHANGES

ACTIVATE $10 OFF

COPYRIGHT © 2025. WILDBIRD

# Exhibit B

| | |
|---|---|
| **From:** | Jonathan.Thomas@gtlaw.com |
| **To:** | Leo Lichtman |
| **Cc:** | Madison Marino; James Slater; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene |
| **Subject:** | Re: Wildbird v. Wildride: Wildbird"s PI-Related Discovery Requests and Deposition Notice |
| **Date:** | Monday, September 8, 2025 6:27:11 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Hi, Leo. Any chance you could do 9/17-9/19? If so, we're okay with asking the Court to push the PI deadlines--including the hearing--back a week. We don't want to short-change your clients' opposition time frame.

Best,

Jonathan

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Monday, September 8, 2025 5:52:33 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Hi Jonathan,

Unfortunately there are some scheduling conflicts on Thursday; we may be able to work around them, but let me know whether 9/16 would be possible—doing the two depos on back-to-back days--given that we are already pushing the depos past the 9/12 date.



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use

of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

---

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Monday, September 8, 2025 5:09 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>;
Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** Re: Wildbar v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Hi, Leo.

I hope you had a nice weekend.

Mr. Gunn just learned that he has an unexpected conflict on Friday, 9/12.

Is there any chance the deposition could be on Thursday, 9/11?  A 10 am ET start time on Thursday works for us if it works for your team.

I apologize for any inconvenience.

Thanks,

Jonathan

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Monday, September 8, 2025 2:38:50 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson,
Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT)
<Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbar v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Jonathan,

Further to the below, attached is an amended depo notice, memorializing the revised 9/12 date. It's otherwise the same as the prior depo notice.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Leo Lichtman
**Sent:** Wednesday, September 3, 2025 4:46 PM
**To:** Jonathan.Thomas@gtlaw.com
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Thank you, and confirmed for 9/12.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Wednesday, September 3, 2025 4:20 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>;
Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Hi, Leo.

I attach my client's amended responses to your clients' requests for admission.

Also, are we confirmed for my client's 30(b)(6) deposition on 9/12?

Thanks,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com

GT GreenbergTraurig

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Tuesday, September 2, 2025 6:04 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson,
Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT)
<Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Great – thank you for the clarification.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Tuesday, September 2, 2025 5:29 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Thanks for your email, Leo.

We expect to send our client's amended responses to you by tomorrow, 9/3. In the meantime, I think there may have been a misunderstanding, as Mr. Somerville is not a lawyer and is not providing any legal advice to Wildbird. Given that, I confirm that Mr. Somerville will not have access to any documents that your clients produce and designate as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Thanks,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Tuesday, September 2, 2025 4:05 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT) <Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Jonathan,

Circling back regarding the below. Let me know if we can expect supplemental responses or otherwise a good time to discuss.

Additionally, as a quick update I wanted to let you know that we are in the process of finalizing a production batch which should be sent out shortly. We are continuing to review and will produce documents on a rolling basis.

There is one issue with disclosure of certain documents that I wanted to flag, to get your clarification on. My clients are under the impression that Jason Somerville may be holding himself out as an attorney for Wildbird. In particular, they noted that on the Monday morning call last week with Judge Netburn, Nate Gunn apparently referred to him as Wildbird's attorney. This appears to be at odds with information about him that is publicly available. In any event, my clients are understandably hesitant about turning over proprietary information such as sales records, even under the protective order, if there is a possibility that Mr. Somerville is being given access to documents marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Can you please clarify and confirm that he is not an attorney or otherwise acting as Wildbird's attorney, and that he will not be granted access to documents marked AEO?

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Saturday, August 30, 2025 11:58 AM
**To:** Jonathan.Thomas@gtlaw.com
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com; Tanisha Greene <Tanisha@esca.legal>
**Subject:** Re: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Thanks Jonathan, you as well.

Best,

**Leo M. Lichtman**
Partner

**ESCA Legal LLC**
Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave. #211
Westfield, NJ 07023

Direct: (347) 745-2535

https://www.esca.legal

Get Outlook for iOS

---

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Saturday, August 30, 2025 8:11:21 AM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>;
Molly.Littman@gtlaw.com <Molly.Littman@gtlaw.com>; Carrie.Ketterling@gtlaw.com
<Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** Re: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Good morning, Leo.

Confirming receipt of your email below.

We will respond substantively to your email early next week.

In the meantime, enjoy the long weekend.

Thanks,

Jonathan

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Friday, August 29, 2025 6:04:59 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson,
Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>; Ketterling, Carrie (Para-MSP-LT)
<Carrie.Ketterling@gtlaw.com>; Tanisha Greene <Tanisha@esca.legal>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Jonathan,

I'm writing pursuant to local rule 37.2 and Judge Cote's individual rules to address
certain deficiencies with your client's responses to Defendants' requests for admissions
(RFAs). The below is not a complete recitation of all potential deficiencies, and as such,
Defendants reserve all rights should it discovery additional issues with Plaintiff's
responses. Nonetheless, in the interest of hopefully resolving this issue quickly and
efficiently, I wanted to bring the below to your attention now to two discrete issues.

**Your Client's Deficient Response to RFA 2**

This RFA pertains to your client's awareness of Defendants' use of WILDRIDE in US commerce. It asked Plaintiff to admit that it was not aware of Wildride's use of the WILDRIDE Mark in commerce in the US prior to May 2025. Plaintiff indicated that it was not aware of Defendants' use of the mark in commerce in the US **while being physically present in the US**. The request does not ask for an admission as to Plaintiffs' awareness of Defendants' use of its mark "while being physically present in the US." It simply asks for an admission as to Plaintiffs' awareness of Defendants' use of its mark in US commerce.

We both know that use of a mark in US commerce does not require physical presence in the US. And more importantly, your clients' awareness of my clients' **use** of the mark has a critical bearing on such issues as whether irreparable harm would ensue absent a preliminary injunction, not to mention the application of a laches defense. Those have nothing to do with whether or not Defendants are physically in the US, and they were not part of the RFA. Your clients' "response" to the request, which is qualified by an irrelevant condition that was not part of the request, is really just a non-response.

We request that you please provide a supplemental response that specifically responds to the request as posed, without the unrequested qualifier.

**Your Client's Deficient Response to RFA 3**

This RFA asked that your client admit that the word "ride" and the word "bird" do not mean the same thing. Your client stated that it lacks sufficient knowledge and information to form a belief. It represented that it was interpreting the request as "referring to the impression that the parties' marks allegedly leave or make on consumers," and suggested that such information about whether the words "ride" and "bird" have the same meaning or a different meaning lies with consumers and not with Plaintiff.

This is plainly not a proper response. Rule 36 explicitly provides that requests for admission can relate to facts, the application of law to fact, or opinions about either. The RFA poses an extremely basic question—admit or deny that one word does not mean the same thing as another word. The meaning of these respective words is a crucial issue in this litigation, and we are entitled to ask your client to take a stance, one way or the other. Indeed, it already took a stance as to the meaning of one of those words, when it provided a sworn declaration from Nate Gunn attesting that the name "Wildbird" was adopted in part, based on the "nurturing and protective nature of a mother bird." ECF

No. 10 ¶ 5. Wildbird clearly understands that these words hold meaning—it cannot avoid responding about whether those meanings are different by couching it in terms of what it believes a consumer understands the meaning of these words to mean. That is not what the RFA posed.

Importantly, however, even if it was about consumer impression, your client's response would still be improper. Rule 36 specifically provides that an answering party may assert lack of knowledge or information as a reason for failing to admit or deny "only if the party states it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny." Your client's response does not include this phrase; nor could it do so in good faith. This is because your client initiated this lawsuit on the basis that the marks "create the same and/or a confusingly similar **overall impression**," Compl. ¶ 48, and doubled down on this by arguing that the parties' respective uses of their marks "create the same **overall impression on consumers** in the marketplace" ECF No. 9 at 16 and that an injunction would therefore "benefit **the public** by preventing additional confusion." *Id.* at 25. Your client cannot, on one hand, make lofty assertions about the impressions that two respective word marks leave on consumers, while on the other hand, profess ignorance about the impressions that the respective words in those marks leave on consumers when those assertions are scrutinized.

We request that you please provide a supplemental response in line with the requirements of Rule 36.

**Request to Meet and Confer**

As noted above, please provide supplemental responses at your earliest convenience next week. However, to the extent your client will not agree to correct the above deficiencies, please let me know your availability to meet and confer at your earliest convenience next week. I am hopeful that we can resolve this without the need for court intervention, but if not, we intend to raise these issues with Judge Cote.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Friday, August 29, 2025 1:25 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com; Carrie.Ketterling@gtlaw.com
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Counsel,

I attach Plaintiff's responses and objections to Defendants' first set of: (i) document requests; (ii) requests for admission; and (iii) interrogatories.

We will email Plaintiff's second document production to you via separate email.

Thanks,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com | www.gtlaw.com



**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Friday, August 15, 2025 6:31 PM
**To:** Thomas, Jonathan (Shld-NY-IP-Tech) <Jonathan.Thomas@gtlaw.com>
**Cc:** Madison Marino <Madison@esca.legal>; James Slater <James@esca.legal>; Littman-Johnson, Molly R. (Shld-MSP-IP-Tech) <Molly.Littman@gtlaw.com>
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

**\*EXTERNAL TO GT\***

Jonathan,

Attached are Defendants' (1) first set of RFPs; (2) first set of ROGs; and (3) first set of RFAs, pursuant to the scheduling order. We will serve a deposition notice next week, and in the meantime check with our clients on availability for the date you noticed.

Best,



Leo M. Lichtman
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036
Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Jonathan.Thomas@gtlaw.com <Jonathan.Thomas@gtlaw.com>
**Sent:** Friday, August 15, 2025 1:54 PM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Cassidy Moon <Cassidy@esca.legal>; James Slater <James@esca.legal>; Molly.Littman@gtlaw.com
**Subject:** RE: Wildbird v. Wildride: Wildbird's PI-Related Discovery Requests and Deposition Notice

Counsel,

I hope all is well.

Pursuant to the July 30, 2025, Scheduling Order in this case (Doc. No. 18), I attach Plaintiff's preliminary-injunction related: (i) document requests; (ii) interrogatories; (iii) requests for admission; and (iv) deposition notice.

Best regards,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



---

**From:** Thomas, Jonathan (Shld-NY-IP-Tech)
**Sent:** Friday, August 8, 2025 2:41 PM
**To:** leo@esca.legal
**Cc:** cassidy@esca.legal
**Subject:** RE: Wildbird v. Wildride: Wildbird's First Document Production

And here is the password: <mark>l@wGT*Prod001*</mark>

Best,

Jonathan

**Jonathan W. Thomas**
Shareholder

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9219 M +1 917.715.6593
Jonathan.Thomas@gtlaw.com  |  www.gtlaw.com



**From:** Jonathan.Thomas@gtlaw.com <GT-LiquidFiles@gtlaw.com>
**Sent:** Friday, August 8, 2025 2:40 PM
**To:** leo@esca.legal
**Cc:** cassidy@esca.legal
**Subject:** Wildbird v. Wildride: Wildbird's First Document Production

Hi, Leo.

Wildbird's first document production is accessible via the attached .zip file.  I will send you a separate email with the file's password.

Please let me know if you have any issues accessing Wildbird's production.

Best,

Jonathan

## Secure Message Info

| | |
|---|---|
| Message ID | FOOGOmoZOpAVlo3zxsij7G |
| Message Expires | Monday, 18 August |
| Message URL | https://files.gtlaw.com/message/FOOGOmoZOpAVlo3zxsij7G |
| Permission | Only specified recipients can access the files attached to this message. |

## Files attached to this message

| Filename | Size |
|---|---|
| WILDBIRD001 (1).zip | 89.3 MB |

**Download Files**

**Reply to this Secure Message**

You will need to authenticate to view this Secure Message. If you don't have an account on files.gtlaw.com, you can still click on the download link and you will be prompted to validate your email.

---

If you need assistance accessing or using this system, please contact the sender.



**Greenberg Traurig — Liquid Files: https://files.gtlaw.com**

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

Exhibit C

Search results from 1 to 230
Search term: WILD

| SerialNumber | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | FiledDate | InternationalClass | OwnerFullText | PriorityDate | RegistrationDate | RegistrationNumber | RegistrationType | SupplementalRegistrationDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97762041 | WILD & PRE | Wild & Precious | Live | IC 035: On-line retail store serv | 1a | 2023-01-20 | IC 035 | Wild & Precious, | | 2024-02-06 | 7299251 | PRINCIPAL | |
| 98131118 | GRACE 'N' | Grace 'n' Wild | Live | IC 024: Gift baskets comprised | 1a | 2023-08-14 | IC 024 | Wishco LLC (LIMI | | 2024-08-06 | 7467687 | PRINCIPAL | |
| 79335184 | OTTERLY W | OTTERLY WILD | Live | IC 003: Deodorants for persona | 66a | 2019-10-13 | IC 003 IC 005 IC 021 | Crystal Spring Cor | | 2023-10-31 | 7203823 | PRINCIPAL | |
| 87605291 | WILD BABY | WILD BABY | Live | IC 025: Infant, baby, and toddle | 1a | 2017-09-12 | IC 025 IC 028 | BLUE FOREST HO | | 2018-05-01 | 5458150 | PRINCIPAL | |
| 97561961 | WILD ACORI | acorn | Live | IC 025: Clothing for children an | 1b | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 97561984 | WILD ACORI | acorn | Live | IC 025: Clothing for children an | 1a | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 97561953 | WILD ACORI | WILD ACORN | Live | IC 025: Clothing for children an | 1b | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 88953691 | WILD AND F | WILD AND PURE | Live | IC 003: Baby hand soap; body v | 1a | 2020-06-08 | IC 003 IC 021 | GLYCIOME, LLC (L | | 2021-09-07 | 6480081 | PRINCIPAL | |
| 79328911 | ROLLIN' WIL | | Live | IC 028: Games, toys and playth | 66a | 2021-06-18 | IC 028 | Kyra Buschor (IND | | 2023-03-14 | 6998479 | PRINCIPAL | |
| 90513944 | WILD CHILD | Wild Childz | Live | IC 028: Doll accessories; Doll ca | 1a | 2021-02-05 | IC 028 | Dreamcleod (LIM | | 2022-09-13 | 6847765 | PRINCIPAL | |
| 87978272 | WILD PIXY | WILD PIXY | Live | IC 019: Non-precious stone gar | 1a | 2018-07-03 | IC 019 IC 028 | Davies Importing | | 2018-10-02 | 5577444 | PRINCIPAL | |
| 98941945 | WILD FORES | wild forest | Live | IC 005: Adhesive tapes for med | 1a | 2025-01-07 | IC 005 | Xie, Xiaoyu (INDI' | | | | PRINCIPAL | |
| 88433487 | SMALL+WIL | SMALL + WILD | Live | IC 016: Children's books, story | 1a | 2019-05-16 | IC 016 | Sauter, Alison P. | | 2020-08-25 | 6137336 | PRINCIPAL | |
| 88886040 | WILD WORL | | Live | IC 018: Baby backpacks; Backpa | 1a | 2020-04-24 | IC 018 | Shenzhen Zuodi ( | | 2020-11-10 | 6194523 | PRINCIPAL | |
| 87525410 | WILD + FREI | WILD + FREE | Live | IC 041: Education services, nam | 1a | 2017-07-12 | IC 041 | ARMENT, AINSLE | | 2018-08-14 | 5538520 | PRINCIPAL | |
| 98669883 | WILD + RAE | Wild + Rae | Live | IC 025: Boots; Dresses; Pajama: | 1b | 2024-07-27 | IC 025 | DBA Wild and Rac | | | | PRINCIPAL | |
| 87745098 | WILD & GOF | Wild & Gorgeous | Live | IC 025: Hats; Pants for [ infants | 1a | 2018-01-05 | IC 025 | LITTLE & GORGEC | | 2018-08-07 | 5535417 | PRINCIPAL | |
| 88460751 | INDIGO WIL | INDIGO WILD | Live | IC 004: House mark for scented | 1a | 2019-06-05 | IC 004 IC 021 IC 003 | Indigo Wild, LLC ( | | 2020-08-11 | 6121931 | PRINCIPAL | |
| 90187373 | MUSTANG V | Mustang Wild | Live | IC 025: Fabric sold as an integra | 1b | 2025-05-15 | IC 025 | Mustang Wild LLC | | | | PRINCIPAL | |
| 98941897 | WILD FAIRY | Wild Fairy | Live | IC 005: All purpose disinfectant | 1a | 2025-01-07 | IC 005 | Xie, Xiaoyu (INDI' | | | | PRINCIPAL | |
| 88607239 | WEE WILD ( | wild forest | Live | IC 028: Baby multiple activity to | 1a | 2019-09-06 | IC 028 | Blue Box Toy Fact | | 2021-04-13 | 6323263 | PRINCIPAL | |
| 88431294 | WEE WILD ( | WEE WILD ONES | Live | IC 028: Baby multiple activity to | 1a | 2019-05-15 | IC 028 IC 035 | Blue Box Toy Fact | | 2020-07-14 | 6103288 | PRINCIPAL | |
| 77449116 | WILD HARVE | WILD HARVEST | Live | IC 029: canned tomatoes; apple | 1a | 2008-04-15 | IC 029 IC 030 IC 005 | SUPERVALU LICE| | | 2010-07-20 | 3822419 | PRINCIPAL | |
| 98634593 | WILD LIKE N | | Live | IC 025: Baby tops; Bottoms as c | 1a | 2025-05-08 | IC 025 | LIU Bei (INDIVIDU | | 2025-08-05 | 7878100 | PRINCIPAL | |
| 98967670 | WN WILD N | | Live | IC 020: Sensory Swings, Swings | 1b | 2025-05-16 | IC 020 | Steel Horse, LLC ( | | | | PRINCIPAL | |
| 90252125 | WILD FOR S | | Live | IC 024: Bedding, namely, bed b | 1a | 2020-10-13 | IC 024 IC 028 | Animal Adventur | | 2022-03-01 | 6660872 | PRINCIPAL | |
| 99324278 | WILD CROP | Wild Crop | Live | IC 005: Medical dressings; Med | 1a | 2025-08-06 | IC 005 | Shuicai FU (INDIV | | | | PRINCIPAL | |
| 79277468 | WILD WISHE | WILD WISHES | Live | IC 003: Perfumes; eaux de toile | 66a | 2019-07-24 | IC 003 | SEPHORA (SOCIÉ | 2019-07-12 | 2020-09-15 | 6150179 | PRINCIPAL | |
| 79298003 | WILD PRAIR | Wild Prairie | Live | IC 003: Non-medicated soap, n: | 66a | 2020-09-30 | IC 003 IC 021 | Wild Prairie Soap | 2020-03-30 | 2022-05-24 | 6726701 | PRINCIPAL | |
| 79336398 | INDE WILD | INDE WILD | Live | IC 003: Skin soap; cosmetics an | 66a | 2021-10-21 | IC 003 IC 005 | Inde Wild B.V. (BI | 2021-04-26 | 2023-05-16 | 7051242 | PRINCIPAL | |
| 90287360 | WET 'N WILI | WET 'N WILD | Live | IC 035: On-line retail store serv | 1a | 2020-10-29 | IC 035 | Keith Perry (INDI' | | 2022-09-06 | 6840240 | PRINCIPAL | |
| 90514904 | WILD 4 LEM | WILD 4 LEMOONS | Live | IC 025: Beachwear; Lingerie; Sh | 1a | 2021-02-05 | IC 025 | Beautiful Dreame | | 2022-07-19 | 6798842 | PRINCIPAL | |
| 88845991 | GRACE 'N' ( | Grace 'n' Wild | Live | IC 025: Clothing, namely, tops, | 1a | 2020-03-24 | IC 025 | Stoltz-Marshall, J | | 2022-04-05 | 6694825 | PRINCIPAL | |
| 79420680 | WILD DONK | WILD DONKEY | Live | IC 025: Clothing; headgear; app | 66a | 2024-08-16 | IC 025 IC 035 IC 018 | Limited (Limited | 2024-08-15 | | | PRINCIPAL | |
| 98083518 | WILD & FRE | WILD & FREE RANCH | Live | IC 010: Dishes adapted for feed | 1a | 2023-07-13 | IC 010 | Wild & Free Ranc | | 2024-07-16 | 7447764 | PRINCIPAL | |
| 87626637 | THE YOUNG | The Young & Wild | Live | IC 018: All purpose sport bags; | 1a | 2017-09-28 | IC 018 IC 025 | 6 TWO APPAREL ( | | 2019-04-30 | 5740671 | PRINCIPAL | |
| 98610690 | WILD OATS | WILD OATS | Live | IC 024: Dish towels; tablecloths | 1b | 2024-06-20 | IC 024 IC 025 IC 029 | KEHE DISTRIBUT( | | | | PRINCIPAL | |
| 88526645 | WILD DIAM( | WILD DIAMOND | Live | IC 025: Clothing extension use | 1a | 2019-07-22 | IC 025 | Wang Jinsong (IN | | 2020-09-29 | 6165297 | PRINCIPAL | |
| 77934043 | WILD CARRC | WILD CARROT HERBALS | Live | IC 003: Baby powder; [ Bar soap | 1a | 2010-02-11 | IC 003 | Wild Carrot Herb | | 2011-02-22 | 3921962 | PRINCIPAL-2(F) | |
| 97832895 | WILD ROSE | Wild Rose Tattoo Clothing | Live | IC 025: Tattoo clothing, namely | 1a | 2023-03-10 | IC 025 | Gift Ko LLC (LIMIT | | | | PRINCIPAL | |
| 88770345 | MOTHER OF | MOTHER OF WILD | Live | IC 031: Cut flowers; live flower: | 1a | 2020-01-23 | IC 031 IC 035 IC 043 | DBA Mother of W | | 2021-05-25 | 6365469 | PRINCIPAL | |
| 99104892 | WILD KINGE | Wild Kingdom | Live | IC 018: Back packs; Tote bags.; | 1a | 2025-03-26 | IC 018 IC 024 IC 025 | Mutual of Omaha | | | | PRINCIPAL | |
| 75423587 | WILD BUNC | WILD BUNCH | Live | IC 042: RESTAURANT SERVICES | 1a | 1998-01-26 | IC 042 | Rainforest Cafe, | | 2001-06-05 | 2457656 | PRINCIPAL | |
| 75982249 | WILD BUNC | WILD BUNCH | Live | IC 016: PRINTED MATERIALS FC | 1a | 1998-03-09 | IC 016 | Rainforest Cafe, | | 2002-10-29 | 2643642 | PRINCIPAL | |
| 88246167 | WILD ISLAN | Wild Island | Live | IC 041: Amusement center; Am | 1a | 2018-12-31 | IC 041 | Wild Island, Inc. ( | | 2019-08-06 | 5826214 | PRINCIPAL | |
| 79367030 | WILD RIDER | WILD RIDER | Live | IC 009: Protective clothing; pro | 66a | 2023-01-16 | IC 009 | Wilton Bradley H | 2023-01-12 | 2024-10-22 | 7539794 | PRINCIPAL | |
| 79428592 | REALLY WILI | REALLY WILD | Live | IC 024: Textiles and substitutes | 66a | 2025-01-22 | IC 024 IC 025 IC 035 | The Really Wild C | 2024-07-22 | | | PRINCIPAL | |
| 99041574 | WILD WISHE | Wild Wishes | Live | IC 041: Charitable fundraising s | 1a | 2025-02-14 | IC 041 | Chester Moore (I | | | | PRINCIPAL | |
| 86362343 | PLAYTIME V | Cheeky Playtime Wishes | Live | IC 028: Action figure toys; Baby | 1a | 2014-08-11 | IC 028 | VTech Electronics | | 2016-05-17 | 4960905 | PRINCIPAL | |
| 97254070 | WILD ONES | Wild Ones | Live | IC 036: Charitable fundraising | 1a | 2022-02-04 | IC 036 IC 041 IC 044 | Wild Ones Natura | | 2023-03-21 | 7004588 | PRINCIPAL | |
| 90980764 | NEON WILD | NEON WILD | Live | IC 009: Downloadable compute | 1a | 2021-01-14 | IC 009 IC 041 | NEON WILD, INC. | | 2024-02-20 | 7310968 | PRINCIPAL | |
| 88737615 | WILD DOUG | WILD DOUGH | Live | IC 028: Playthings and toys, nar | 1a | 2019-12-23 | IC 028 IC 035 | Tiger Kids Pty Ltd | 2019-12-20 | 2021-12-21 | 6598478 | PRINCIPAL | |
| 98779631 | WILD WHEE | WILD WHEELS | Live | IC 028: Dolls; Action figure toys | 1a | 2024-10-01 | IC 028 | DBA Odyssey Toy | | 2025-05-06 | 7787236 | PRINCIPAL | |

| Serial | Mark | | Goods/Services | Date | Reg Info | | Reg No | Status | |
|---|---|---|---|---|---|---|---|---|---|
| 86518547 | PLAY WILD | Play Wild Live | IC 009: Computer game softwa 1a | 2015-01-29 | IC 009 (CANCELLED) AKA WILDWORKS | | 2016-10-18 | 5064961 | PRINCIPAL |
| 86758914 | WILD BRAIN | WILD BRAIN Live | IC 041: Entertainment services, 1a | 2015-09-16 | IC 041 | Wild Brain Entert | 2017-01-17 | 5125368 | PRINCIPAL |
| 99043262 | MR WILD | Mr Wild Live | IC 041: Book publishing; Book a 1a | 2025-02-16 | IC 041 | Shae Alan Pozarz | | | PRINCIPAL |
| 76556934 | WILD DUNE | WILD DUNE Live | IC 045: Hotel concierge service 1a | 2003-11-05 | IC 045 IC 035 IC 039 LOWE WILD DUN | | 2005-07-26 | 2975307 | PRINCIPAL |
| 75453080 | WILD BUNC | WILD BUNCH Live | IC 025: Clothing, namely, men's 1a | 1998-03-19 | IC 025 | Rainforest Cafe, I | 2003-09-16 | 2764487 | PRINCIPAL |
| 90849546 | CLOUD WILD | Cloud wild Live | IC 020: Air mattresses for use w 1a | 2021-07-26 | IC 020 | Chen, Zhitong (IN | 2022-06-07 | 6754161 | PRINCIPAL |
| 87291405 | WILD MERC | WILD MERCURY Live | IC 009: [ Apparatus for recordi 44e | 2017-01-06 | IC 009 (CANCELLED) Derek Wax (INDI 2016-07-07 | | | 5578050 | PRINCIPAL |
| 88637367 | WILD DOVE | WILD ꗊ DOVES Live | IC 025: Children's wear, namely 1a | 2019-10-01 | IC 025 | DBA Wild Doves; | 2020-05-12 | 6052177 | PRINCIPAL |
| 88197188 | BIG WILD | BIG WILD Live | IC 009: Prerecorded audio and 1a | 2018-11-16 | IC 009 IC 025 IC 041 Big Wild Music LL | | 2021-02-09 | 6263655 | PRINCIPAL |
| 98553144 | WILD HICKC | WILD HICKORY Live | IC 009: Sunglasses; cases for su 1b | 2024-05-15 | IC 009 IC 018 IC 025 American Heartla | | | | PRINCIPAL |
| 85722192 | WILD KRAT | WILD KRATTS Live | IC 016: Paper banners; lunch ba 1a | 2012-09-06 | IC 016 IC 018 IC 019 Kratt Brothers Co 2012-08-24 | | 2015-06-16 | 4756309 | PRINCIPAL |
| 98290722 | WILD MANE | WILD MANES Live | IC 018: Bags for children, name 1b | 2023-11-29 | IC 018 | JAKKS Pacific, Inc | | | PRINCIPAL |
| 90205548 | WILD MAN | WILD MAN Live | IC 012: Bicycles; Mopeds; Bicyc 1a | 2020-09-24 | IC 012 IC 025 IC 028 Dongguan Meilue | | 2021-11-02 | 6543002 | PRINCIPAL |
| 87228296 | WILD FEMIN | WILD FEMINIST Live | IC 025: Jackets; One-piece garm 1a | 2016-11-07 | IC 025 | Wildfang Co. (CO | 2017-10-24 | 5315059 | PRINCIPAL |
| 77489026 | WILD GRINE | WILD GRINDERS Live | IC 025: Clothing for men, wome 1a | 2008-06-02 | IC 025 | WILD GRINDERS, | 2012-07-31 | 4183534 | PRINCIPAL |
| 75278490 | WET'N WILL | Wet'n Wild Live | IC 008: [ [ souvenir spoons ] ]; 1a | 1997-04-21 | (CANCELLED) IC 008 EPR PARKS, LLC (1 | | 1998-10-27 | 2199474 | PRINCIPAL |
| 88694981 | WILD CHILD | WILD CHILD Live | IC 041: Arranging and conducti 1a | 2019-11-15 | IC 041 | DBA Wild Child; 2 | 2020-06-23 | 6084455 | PRINCIPAL |
| 99004542 | WILD HANK | Wild Hank Live | IC 025: Clothing jackets for chil 1a | 2025-01-17 | IC 025 | Wild Hank LLC (LI | | | PRINCIPAL |
| 90173320 | WILD NATIC | WILD Nation Live | IC 025: Shirts; Shirts and short- 1a | 2020-09-11 | IC 025 | DBA Wild Nation; | 2021-04-06 | 6317668 | SUPPLEMENTAL | 2021-02-16 |
| 90310135 | WILD ACES | WILD ACES Live | IC 025: men's, women's and ch 1a | 2020-11-10 | IC 025 | FANCHISE LEAGU | 2023-04-25 | 7037601 | PRINCIPAL |
| 90522091 | WILD CITY | Wild City Live | IC 025: Boots; Bras; Footwear; 1a | 2021-02-10 | IC 025 | Fuzhou Extraordi | 2021-12-28 | 6602351 | PRINCIPAL |
| 97344615 | WILD PETS | WILD PETS Live | IC 009: Downloadable compute 44e | 2022-04-03 | IC 009 IC 028 | Moose Creative M | 2023-04-04 | 7018782 | PRINCIPAL |
| 76556935 | WILD DUNE | WILD DUNE Live | IC 045: Hotel concierge service 1a | 2003-11-05 | IC 045 IC 035 IC 039 WILD DUNES LLC | | 2005-07-26 | 2975308 | PRINCIPAL |
| 73720078 | WILD CHILD | WILD CHILD Live | IC 042: RETAIL STORE AND MAI 1a | 1988-04-01 | IC 042 | WEST, RENEE (IN | 1988-12-06 | 1516008 | PRINCIPAL |
| 98545320 | WOODSY W | Woodsy Wild Live | IC 016: Printed children's books 1a | 2024-05-10 | IC 016 | Miller, Kristell An | 2025-02-18 | 7694715 | PRINCIPAL |
| 86758903 | WILD BRAIN | WILD BRAIN Live | IC 038: Transmission of films ar 1a | 2015-09-16 | IC 038 | Wild Brain Entert | 2017-04-04 | 5177299 | PRINCIPAL |
| 88105894 | WILD REPUE | WILD REPUBLIC Live | IC 025: Children's apparel, nam 1a | 2018-09-05 | IC 025 | K & M Internatio | 2019-04-16 | 5727081 | PRINCIPAL |
| 98290697 | WILD MANE | WILD MANES Live | IC 041: Entertainment services, 1a | 2023-11-29 | IC 041 | JAKKS Pacific, Inc | 2025-03-11 | 7725669 | PRINCIPAL |
| 98397695 | WILD ELEGA | Wild Elegance Live | IC 009: 3D spectacles; Smartgla 1b | 2024-02-08 | IC 009 | Taizhou Shiyu Tra | | | PRINCIPAL |
| 87680123 | WILD TENNI | Wild ꗊ Tennis Live | IC 016: printed books and book 44e | 2017-11-10 | IC 016 IC 025 IC 041 BAKKER, Ed (INDI | | 2019-02-12 | 5672409 | PRINCIPAL |
| 87268585 | WILD ROOT | WILD ROOTS Live | IC 041: Educational services, na 1a | 2016-12-14 | IC 041 | WILD ROOTS FRA | 2017-08-08 | 5260255 | PRINCIPAL |
| 97649492 | WILD CHILD | WILD CHILD Live | IC 041: Arranging, organizing, c 1a | 2022-10-26 | IC 041 | Wild Child Gym Ir | | | PRINCIPAL |
| 98290725 | WILD MANE | WILD MANES Live | IC 016: Printed items for childre 1b | 2023-11-29 | IC 016 | JAKKS Pacific, Inc | | | PRINCIPAL |
| 90725047 | WILD PETIT! | wild petits Live | IC 020: Baby bolsters; Baby bou 1a | 2021-05-20 | IC 020 | SCANDINAVIAN T | 2022-06-07 | 6751071 | PRINCIPAL |
| 99125370 | WILD ABOU | Wild about Dinosaurs! Live | IC 016: Wirebound books; Sket 1a | 2025-04-08 | IC 016 | GraySheep Graph | | | PRINCIPAL |
| 78246883 | DISNEY'S W | DISNEY'S WILD ABOUT SAFETY Live | IC 041: Educational services rel 1a | 2003-05-07 | IC 041 | Disney Enterprise | 2005-07-26 | 2978787 | PRINCIPAL |
| 90797265 | INDE WILD | inde wild Live | IC 021: Combs; Cups; Currycom 44e | 2021-06-27 | IC 021 IC 003 IC 005 INDE WILD B.V. (I | | 2023-08-22 | 7141569 | PRINCIPAL |
| 79336856 | WILD SCIEN | WILD SCIENCE LAB Live | IC 035: Advertising services; Bu 66a | 2021-11-11 | IC 035 IC 003 | WILD SCIENCE LA | 2023-11-14 | 7215237 | PRINCIPAL |
| 86880149 | THE WILD O | THE WILD OSCAR Live | IC 003: [ 3-in-1 organic soap ba 1a | 2016-01-19 | IC 003 IC 043 | Marcos Tuachi N | 2017-05-23 | 5210297 | PRINCIPAL |
| 97772880 | WILD & PRE | wild+free Live | IC 025: Dresses; Pajamas; Pants 1a | 2023-01-30 | IC 025 | Odyssey Group Ll | 2024-12-31 | 7634925 | PRINCIPAL |
| 98775481 | WILD BIRDS | WILD BIRDS UNLIMITED Live | IC 025: Coats; Hats; Shirts; Unif 1a | 2024-09-28 | IC 025 IC 031 IC 035 Wild Birds Unlimi | | | | PRINCIPAL |
| 98680736 | REWILD THE | REWILD THE WORLD Live | IC 025: Clothing, namely, t-shir 1a | 2024-08-02 | IC 025 IC 035 IC 009 AKA Rewild the V | | | | PRINCIPAL |
| 98610682 | WILD OATS | WILD OATS Live | IC 024: Dish towels; tablecloths 1b | 2024-06-20 | IC 024 IC 025 IC 029 KEHE DISTRIBUTC | | | | PRINCIPAL |
| 90124775 | VANDER WI | Vander Wild Mercantile Live | IC 003: Dish detergents; Essent 1a | 2020-08-19 | IC 003 | Vandergon,Sara I | 2021-04-06 | 6314827 | PRINCIPAL |
| 88192429 | TWO WILD | two WILD HARES Live | IC 003: Baby hand soap; Bar so 1a | 2018-11-13 | IC 003 IC 020 IC 021 Gallagher, Nicole | | 2020-10-13 | 6175794 | PRINCIPAL |
| 90893829 | LET GOOD G | LET GOOD GROW WILD Live | IC 005: Medicated cleaning pre 1b | 2021-08-20 | IC 005 IC 003 | New Theory Vent | | | PRINCIPAL |
| 97530414 | LET YOUR SE | LET YOUR senses run wild Live | IC 016: Subscription boxes that 1a | 2022-08-02 | IC 016 | PRE BOX, LLC (LIM | 2025-03-04 | 7715801 | PRINCIPAL |
| 87797799 | PRETTY WIL | PRETTY WILD KIDS Live | IC 025: Clothing, for babies, toc 1a | 2018-02-14 | IC 025 | Agent 88 Pty Ltd | 2019-06-11 | 5776681 | PRINCIPAL |
| 99249638 | WILD SPIRIT | Wild Spirit Threads Live | IC 025: Trousers for adults, bab 1b | 2025-06-24 | IC 025 | Serena Marie Ow | | | PRINCIPAL |
| 98961947 | WILD IN CO | Wild in Color Live | IC 025: Coats; Hats; Leggings; S 1a | 2025-01-14 | IC 025 IC 035 | Parrot Fish Studic | | | PRINCIPAL |
| 97693638 | WILD CHILD | WILD CHILD GYM Live | IC 041: Gymnasiums; Coaching 1a | 2022-11-28 | IC 041 | Wild Child Gym Ir | | | PRINCIPAL |
| 87771767 | WILD WEST | WILD WEST Live | IC 025: T-shirts; T-shirts for me 1a | 2018-01-26 | IC 025 | Zeybek, Mustafa | 2021-03-02 | 6283489 | PRINCIPAL |
| 90645533 | THE WILD U | THE WILD UNKNOWN Live | IC 016: Printed children's books 1a | 2021-04-14 | IC 016 | KIM KRANS, LLC ( | 2021-09-07 | 6479168 | PRINCIPAL |
| 97351444 | WILD ROOT | WILD ROOT CREATION Live | IC 016: Printed illustrations; pai 1a | 2022-04-07 | IC 016 IC 041 IC 042 Haefeli, Jennifer | | 2024-08-06 | 7464889 | PRINCIPAL |
| 99080677 | WILD BROTI | Wild Brothers Productions Live | IC 038: Streaming of audio and 1a | 2025-03-12 | IC 038 IC 041 IC 042 Wild Brothers Prc | | | | PRINCIPAL |
| 99228799 | WILD WONI | WILD Wonder Minds Live | IC 016: Printed flash cards; Edu 1a | 2025-06-11 | IC 016 | Shannon Haverty | | | PRINCIPAL |
| 99060776 | RECLAIM TH | RECLAIM THE WILD Live | IC 025: Beachwear; Coverups; E 1b | 2025-02-28 | IC 025 IC 035 | Reclaim the Wild | | | PRINCIPAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 87771807 | WILD WEST | Live | IC 025: T-shirts; T-shirts for men 1a | 2018-01-26 IC 025 | Zeybek, Mustafa | 2021-03-02 | 6283490 | PRINCIPAL |
| 90100815 | WILD WEST Wild Western Hippie | Live | IC 025: Hats; Shoes; T-shirts; Bc 1a | 2020-08-07 IC 025 | Wild Western Hip | 2021-03-30 | 6305665 | PRINCIPAL |
| 90064846 | WILD HEAR | Live | IC 044: Psychotherapy and psyc 1a | 2020-07-21 IC 044 | DBA Wild Heart S | 2021-03-02 | 6281660 | PRINCIPAL |
| 86122158 | WILD WEST | Live | IC 025: Footwear, namely, boot 1a | 2013-11-18 IC 025 | Sandoval, Rodolf | 2014-10-28 | 4627495 | PRINCIPAL |
| 86748783 | WILD GING! | Live | IC 025: Athletic apparel, namel 1a | 2015-09-05 IC 025 | LEFFLER, NICOLE | 2019-02-19 | 5680899 | PRINCIPAL |
| 87524130 | WILD EXPLC | Live | IC 041: Education services, nam 1a | 2017-07-11 IC 041 | ARMENT, AINSLE | 2018-08-14 | 5538508 | PRINCIPAL |
| 88098979 | WILD SOUL! Wild Souls Ranch | Live | IC 044: Therapeutic equine-bas 1a | 2018-08-30 IC 044 | Wild Souls Ranch | 2019-04-30 | 5738956 | PRINCIPAL |
| 88149650 | WILD GOAT WILD GOAT EDGE | Live | IC 041: Charitable services, nan 1a | 2018-10-10 IC 041 | THE CAPRA COMI | 2019-12-24 | 5945572 | PRINCIPAL |
| 74802799 | REALLY "WII | Live | IC 041: [ [ television programmi 1a | 1993-11-12 (CANCELLED) IC 0 | NATIONAL GEOG | 1997-07-01 | 2075006 | PRINCIPAL |
| 86013633 | I AM WILD I AM WILD | Live | IC 014: Jewelry, clocks and wat 1a | 2013-07-18 IC 014 IC 016 IC 018 | AKA Roberto Dut | 2017-04-11 | 5181866 | PRINCIPAL |
| 90820424 | HEADS GON Heads Gone Wild | Live | IC 044: Barber services; Barberi 1a | 2021-07-09 IC 044 | Morrison, Yoland | 2022-09-13 | 6842997 | PRINCIPAL |
| 85976127 | NAT GEO W NAT GEO WILD | Live | IC 041: Educational and enterta 1a | 2010-12-14 IC 041 | National Geograp | 2012-03-06 | 4110332 | PRINCIPAL |
| 99281619 | KITTY'S WIL | Live | IC 016: Printed children's book: 1a | 2025-07-14 IC 016 | Becky Lewis; 275 | | | PRINCIPAL |
| 77928089 | WILD AT HE world at heart | Live | IC 025: Belts for clothing; Cami 1a | 2010-02-04 IC 025 | DBA Wild at Hear | 2010-09-14 | 3847523 | PRINCIPAL |
| 75267814 | WET 'N WILI WET 'N WILD | Live | IC 009: [ [ magnets ] ].; IC 008: 1a | 1997-04-02 (CANCELLED) IC 00! | EPR PARKS, LLC (I | 1998-10-13 | 2194958 | PRINCIPAL |
| 88386509 | WILD AXE TI WILD | Live | IC 025: Hoodies; T-shirts for ad 1a | 2019-04-15 IC 025 | DBA Wild Axe Thi | 2022-03-01 | 6660048 | PRINCIPAL |
| 98597501 | WILD ABAN Wild Abandon Tennacity | Live | IC 025: Hats; Headwear; Hoode 1b | 2024-06-12 IC 025 | Tenacity Road Stu | | | PRINCIPAL |
| 79377298 | THE GOOD \ THE GOOD WILD | Live | IC 005: Pharmaceutical and vet 66a | 2023-05-05 IC 005 IC 029 IC 030 | FONKA GIDA SAN 2023-03-17 | 2025-01-07 | 7636679 | PRINCIPAL |
| 75592606 | RAINFOREST | Live | IC 042: RESTAURANT AND BAR 1a | 1998-11-20 IC 042 IC 035 | Rainforest Cafe, I | 2002-01-22 | 2532499 | PRINCIPAL-2(F)-IN |
| 79375825 | WILDRIDE WILDRIDE | Live | IC 035: Retailing services and w 66a | 2023-05-12 IC 035 IC 018 | Wildride B.V. (be 2023-05-05 | | | PRINCIPAL |
| 98558373 | WILDRIDE WILDRIDE | Live | IC 018: Baby and children carrie 1a | 2024-05-20 IC 018 | Wildride B.V. (be | | | PRINCIPAL |
| 98463953 | WILDBIRD WildBird | Live | IC 024: Baby bedding, namely, ! 1a | 2024-03-22 IC 024 IC 025 IC 028 | WildBird (LIMITEI | | 2025-05-20 | 7798495 | PRINCIPAL |
| 99068040 | WILDBIRD WILDBIRD | Live | IC 024: Baby bedding, namely, ! 1a | 2025-03-05 IC 024 IC 025 IC 028 | Wildbird (LIMITEI | | | PRINCIPAL |
| 76223082 | THE FUTURE THE FUTURE IS WILD | Live | IC 009: Motion picture films fea 44e | 2001-03-12 IC 009 (CANCELLED | THE FUTURE IS W | 2006-03-28 | 3072373 | PRINCIPAL |
| 97491291 | BAND OF TH Band of the Wild | Live | IC 025: Costumes for use in chil 1a | 2022-07-06 IC 025 | Band of the Wild | 2023-08-22 | 7143081 | PRINCIPAL |
| 90712430 | RUN WILD N RUN WILD MY CHILD | Live | IC 009: Downloadable e-books 1a | 2021-05-14 IC 009 IC 041 | Run Wild My Chil | 2022-08-16 | 6817904 | PRINCIPAL |
| 98269598 | WILD MIND | Live | IC 018: Athletic bags, tote bags, 1b 44e | 2023-11-14 IC 018 | Limited (PRIVATE 2023-11-13 | | | PRINCIPAL |
| 97221197 | WILD BEGIN | Live | IC 041: Educational services, na 1a | 2022-01-14 IC 041 | RAISING NEXT GE | 2023-08-29 | 7152179 | PRINCIPAL |
| 86327766 | WILD AND F | Live | IC 041: Educational and enterta 1a | 2014-07-03 IC 041 | Bracken, Matthev | 2015-09-22 | 4819217 | PRINCIPAL |
| 88471964 | WILD ZOO F Wild Zoo Furniture Inc | Live | IC 020: Children's furniture. 1a | 2019-06-13 IC 020 | Wild Zoo Furnitur | 2019-12-31 | 5949246 | PRINCIPAL |
| 90528032 | DOGS OF TI DOGS OF THE WILD | Live | IC 016: Printed novels; Printed : 1a | 2021-02-12 IC 016 | Kevin Blaize (IND | 2022-03-29 | 6682923 | PRINCIPAL |
| 86818466 | WILD YOOT WILD YOOT | Live | IC 025: T-Shirts for babies, chilc 1a | 2015-11-12 IC 025 IC 041 | Wild Yoot LLC (LII | 2019-09-10 | 5857720 | PRINCIPAL |
| 87782464 | WILD IN TH WILD IN THE CITY | Live | IC 041: Charitable services, nan 1a | 2018-02-02 IC 041 | Arizona Elk Socie | 2018-09-11 | 5560417 | PRINCIPAL |
| 88438343 | LIVE WILD. I | Live | IC 018: All purpose bags namel 1a | 2019-05-20 IC 018 IC 025 | Live Wild Be Free | 2020-03-31 | 6022223 | PRINCIPAL |
| 98943832 | FOLLOW HE | Live | IC 020: Furniture; Camping furr 1a | 2025-01-08 IC 020 | Han, Xin (INDIVIC | | | PRINCIPAL |
| 86506542 | KIDWILD KidWild | Live | IC 024: Baby bedding, namely, l 44e | 2015-01-18 IC 024 IC 025 | FORMERLY Flink l 2015-01-18 | 2015-11-03 | 4844363 | PRINCIPAL |
| 98269627 | WILD MIND | Live | IC 028: Games, namely, educat 1b 44d | 2023-11-14 IC 028 | Limited (PRIVATE 2023-11-13 | | | PRINCIPAL |
| 90767040 | GRACE 'N W grace n wild | Live | IC 025: Cloth bibs; Clothing, nai 1a | 2021-06-10 IC 025 | Wishco LLC (LIMI | 2023-03-28 | 7013448 | PRINCIPAL |
| 97027660 | EVERWILD EverWild | Live | IC 025: Baby clothing/products 1b | 2021-09-14 IC 025 | Smith, Noah (IND | | | PRINCIPAL |
| 97522812 | WILD SIDE N | Live | IC 028: Card games; Educationa 1a | 2022-07-27 IC 028 | Jump-Fox LLC (LII | 2024-10-29 | 7552972 | PRINCIPAL |
| 99253685 | CALL OF THE Call of the Wild Camps | Live | IC 041: Educational services, na 1a | 2025-06-26 IC 041 | Inspire Behaviora | | | PRINCIPAL |
| 87573545 | WILD THING | Live | IC 024: Children's blankets. 1a | 2017-08-17 IC 024 | Blue Spring Partn | 2017-10-03 | 5710659 | PRINCIPAL |
| 98020078 | WHERE THE | Live | IC 041: Children's entertainmer 1a | 2023-05-30 IC 041 | Where the Wild 1 | 2024-06-18 | 7419728 | PRINCIPAL |
| 99068319 | WILD ETHIO | Live | IC 025: Fabric sold as an integra 1b | 2025-03-05 IC 025 IC 028 IC 016 | Wild-Ethiopia; 14 | | | PRINCIPAL |
| 87573560 | WILD THINC WILD THINGS | Live | IC 024: Children's blankets. 1a | 2017-08-17 IC 024 | Blue Spring Partn | 2020-04-07 | 6029617 | PRINCIPAL |
| 88370799 | VIVIWILD viviwild | Live | IC 025: Baby layettes for clothir 1a | 2019-04-04 IC 025 | Shenzhen Weigai | 2019-10-08 | 5879754 | PRINCIPAL |
| 88501553 | ROARINGW ROARINGWILD | Live | IC 025: Baby layettes for clothir 1a | 2019-07-05 IC 025 | Shenzhen Roarin( | 2020-01-28 | 5972014 | PRINCIPAL |
| 78407986 | WALT DISNE | Live | IC 009: Pre-recorded digital vid 1a | 2004-04-26 IC 009 | DISNEY ENTERPR | 2008-02-26 | 3389689 | PRINCIPAL |
| 99296975 | WILD WEST | Live | IC 028: Collectable toy figures; 1b | 2025-07-22 IC 028 IC 009 IC 041 | The Nacelle Comp | | | PRINCIPAL |
| 99297001 | WILD WEST | Live | IC 028: Collectable toy figures; 1b | 2025-07-22 IC 028 IC 009 IC 041 | The Nacelle Comp | | | PRINCIPAL |
| 86052728 | THE WILD H | Live | IC 014: Jewelry, clocks and wat 1a | 2013-08-30 IC 014 IC 018 IC 021 | AKA Roberto Dut | 2017-10-17 | 5311543 | PRINCIPAL |
| 90343599 | WILDONE WILDONE | Live | IC 010: Sphygmomanometers; 1a | 2020-11-25 IC 010 | GUANGDONG AII | 2021-07-20 | 6427936 | PRINCIPAL |
| 79229827 | WILD POUSS WILD POUSS | Live | IC 005: [ Medicated skin care p! 66a | 2017-10-10 IC 005 IC 003 | Gulam Nasser (IN 2017-06-13 | 2018-09-18 | 5563309 | PRINCIPAL |
| 78177129 | WILDCATTE WILDCATTERS | Live | IC 025: clothing, namely, jersey 1a | 2002-10-22 IC 025 | ECHL, INC. (CORP | 2004-08-10 | 2872667 | PRINCIPAL |
| 75170432 | WILDHORSE WILDHORSE SALOON | Live | IC 006: [ brass ] keychains.; IC 0 1a | 1996-09-23 IC 006 (CANCELLED | ATTRACTIONS IP, | 1997-12-16 | 2121249 | PRINCIPAL |
| 75180488 | WILDHORSE | Live | IC 006: [ [ brass keychains ] ].; I! 1a | 1996-10-11 (CANCELLED) IC 00( | ATTRACTIONS IP, | 1997-12-30 | 2125258 | PRINCIPAL |
| 88415700 | PELICANWIL PelicanWild Live | Live | IC 025: T-shirts, Graphic T-shirt 1a | 2019-05-04 IC 025 | Tcherniavskaia, N | 2019-11-05 | 5903177 | PRINCIPAL |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 88493536 | PELICANWIL | Live | IC 025: T-shirts; Graphic T-shirt | 1a | 2019-06-28 | IC 025 | Tcherniavskaia, N | 2019-11-05 | 5903368 | PRINCIPAL |
| 87882353 | THE YASIEL | Live | IC 041: Charitable services, nan | 1a | 2018-04-18 | IC 041 | Puig, Yasiel (INDI | 2019-02-12 | 5673290 | PRINCIPAL |
| 75143816 | WILD PLACE | Live | IC 041: educational services, na | 1a | 1996-08-01 | IC 041 | NATURE FORWAI | 1997-07-01 | 2075712 | PRINCIPAL |
| 98379593 | WILDVUE | WildVue | Live | IC 009: Telemeters; Wattmeter | 1a | 2024-01-29 | IC 009 | Hangzhou Tanlinl | 2024-12-03 | 7586810 | PRINCIPAL |
| 98761579 | WILDTURTL | Wildturtle | Live | IC 011: Flashlights; Humidifiers | 1a | 2024-09-20 | IC 011 | Jianye Deng (IND | 2025-06-17 | 7833564 | PRINCIPAL |
| 87526473 | WILDHD | WildHD | Live | IC 009: Cables, electric; Camcor | 1a | 2017-07-13 | IC 009 | Wildvision Electro | 2018-08-21 | 5547189 | PRINCIPAL |
| 98660807 | MIGOI | | Live | IC 025: Apparel for dancers, nai | 1a | 2024-07-22 | IC 025 | Mohammed, Geo | | | PRINCIPAL |
| 97124278 | WILDGREEN | Wildgreen | Live | IC 018: Backpacks, book bags, s | 1a | 2021-11-14 | IC 018 | Hangzhou Ceecoo | | | PRINCIPAL |
| 79409037 | ROTWILD | rotwild | Live | IC 003: Soaps; fabric softener fc | 66a | 2024-06-20 | IC 003 | pro & relux Gmbl | | | PRINCIPAL |
| 98777044 | WILDPATH | | Live | IC 028: Waterslides; Air mattre | 1a | 2024-09-30 | IC 028 IC 024 | Pujiang Kaihan Ir | | | PRINCIPAL |
| 98051383 | WILD SOL | WILD SOL | Live | IC 025: Clothing, namely, tops, | 1a | 2023-06-20 | IC 025 IC 030 | AJAB Investment | 2024-11-19 | 7573947 | PRINCIPAL |
| 87439354 | HIWILD | hiwild | Live | IC 024: [ Baby bedding, namely | 1a | 2017-05-05 | IC 024 | Shenzhen ji mei I | 2017-12-12 | 5354577 | PRINCIPAL |
| 97325853 | SALVAJE OF | | Live | IC 025: Hats; Jeans; Scarfs; Shir | 1a | 2022-03-23 | IC 025 | Pen Wang (INDIV | 2023-05-02 | 7041421 | PRINCIPAL |
| 85525672 | THE WILD A | | Live | IC 009: Downloadable electroni | 1a | 2012-01-26 | IC 009 IC 016 | BOB LITTER'S FUE | 2012-09-04 | 4202072 | PRINCIPAL |
| 90191308 | WBF WILD E | WBF | Live | IC 041: Educational services, la | 1a | 2020-09-18 | IC 041 | Wild Bird Fund, Ir | 2023-02-21 | 6982762 | PRINCIPAL |
| 97116262 | WILDSHIP S | | Live | IC 018: Tote Bags; wearable str | 1a | 2021-11-09 | IC 018 IC 024 IC 009 | WILDSHIP STUDIO | 2022-12-13 | 6923270 | PRINCIPAL |
| 79316038 | WILDBERRII | WILDBERRIES | Live | IC 018: Mountaineering sticks; | 66a | 2023-03-14 | IC 018 | Limited liability c | 2023-04-04 | 7014509 | PRINCIPAL |
| 79374885 | HÔTEL WYL | HOTEL WYLD | Live | IC 043: Services for providing fc | 66a | 2023-03-14 | IC 043 | GRAND HOTEL M | 2022-11-21 | 2024-10-29 | 7546760 | PRINCIPAL |
| 88054351 | BOUGIEWIL | Bougie Wild | Live | IC 014: Bracelets made of leath | 1a | 2018-07-26 | IC 014 IC 025 | Crump, Yolanda J | 2020-03-03 | 6003401 | PRINCIPAL |
| 79250797 | WILDSMITH | WILDSMITH | Live | IC 003: After-sun lotions; afters | 66a | 2018-08-01 | IC 003 | TWC Products Lir | 2018-02-02 | 2020-03-24 | 6015646 | PRINCIPAL |
| 90771658 | WILDSWIM | WILDSWIM | Live | IC 025: Athletic apparel, namel | 1a | 2021-06-14 | IC 025 IC 041 | Kadoch, Laurie C. | 2024-12-24 | 7626771 | PRINCIPAL |
| 88839925 | WILDLANDE | WILDLANDER | Live | IC 025: Gloves as clothing; Hats | 1a | 2020-03-19 | IC 025 | PLASWELL POLYN | 2021-03-16 | 6292310 | PRINCIPAL |
| 98808025 | REPWILD | REPWILD | Live | IC 020: Hutches; Playpens; Bird | 1a | 2024-10-18 | IC 020 | SHENZHEN XIHU/ | 2025-07-08 | 7858694 | PRINCIPAL |
| 88762903 | TWENTYFOI | | Live | IC 016: Art prints; Children's bo | 1a | 2020-01-16 | IC 016 IC 025 | DBA Twenty Four | 2020-08-25 | 6135170 | PRINCIPAL |
| 88601285 | HARVESTWI | | Live | IC 025: Hats; Hats for infants, b | 1a | 2019-09-01 | IC 025 IC 041 | DBA HarvestWild | 2021-01-26 | 6257895 | PRINCIPAL |
| 77156280 | GLENWILD | | Live | IC 041: Providing tennis court f | 1a | 2007-04-13 | IC 041 (CANCELLED) | GLENWILD COMM | 2008-10-21 | 3518938 | PRINCIPAL |
| 77771884 | WONDERW | wonderwild | Live | IC 041: Children's entertainmen | 1a | 2009-06-30 | IC 041 | DBA Wonderwild | 2010-02-02 | 3744622 | PRINCIPAL |
| 78360827 | WILDFIRE | WILDFIRE | Live | IC 018: [ [ accessories namely, | 1a | 2004-02-02 | (CANCELLED) IC 018 | MUDDY GIRL HOI | 2006-03-14 | 3067437 | PRINCIPAL |
| 98188355 | WILDFLOWI | WILDFLOWERS | Live | IC 028: Action toys in the natur | 1b 44d | 2023-09-20 | IC 028 IC 009 | Moose Creative N | 2023-09-19 | | PRINCIPAL |
| 97435170 | ELEPHWILD | | Live | IC 024: Comforters; Curtains; D | 1a | 2022-05-31 | IC 024 IC 025 | SHAOXING ELEPH | 2023-07-11 | 7105509 | PRINCIPAL |
| 97495832 | WB WILDBR | | Live | IC 025: Coats; Dresses; Hats; Le | 1a | 2022-07-09 | IC 025 | Xia Men Lie Teng | 2023-07-25 | 7121654 | PRINCIPAL |
| 98098433 | WILDVOICE | WildVoice | Live | IC 041: Provision of informatior | 1a | 2023-07-24 | IC 041 | WildVoice Compa | 2025-03-25 | 7735010 | PRINCIPAL |
| 98192120 | WILDSTAR | WILDSTAR | Live | IC 028: Games, toys and playth | 44e | 2023-09-22 | IC 028 | Spin Master Ltd. ( | 2023-04-05 | 2025-06-10 | 7821880 | PRINCIPAL |
| 98188355 | WILDFLOWI | Image for 98188 | Live | IC 028: Action toys in the natur | 1b 44d | 2023-09-20 | IC 028 IC 009 | Moose Creative N | 2023-09-19 | | PRINCIPAL |
| 86978394 | WILDWORK | Wildworks | Live | IC 041: Services, namely, provic | 1a | 2014-06-06 | IC 041 (CANCELLED) | AKA WILDWORK! | 2016-04-19 | 4943022 | PRINCIPAL |
| 97542835 | NORTHWILI | Northwild | Live | IC 025: Clothing, namely, sweat | 44e | 2022-08-10 | IC 025 IC 035 | ARARAT AYAKKAI | 2024-12-03 | 7583430 | PRINCIPAL |
| 87919143 | WILDVIBE | WILDVIBE | Live | IC 025: [ Boots; Boots for sport; | 1a | 2018-05-13 | IC 025 | Xiamen Santouliu | 2019-01-01 | 5642485 | PRINCIPAL |
| 79355239 | WILDCHEF | WILDCHEF | Live | IC 008: Spoons being tableware | 66a | 2021-11-10 | IC 008 IC 011 IC 021 | WILDLAB HOLDIN | 2021-10-07 | 2024-02-13 | 7301516 | PRINCIPAL |
| 98809048 | WILDCOLOR | WILDCOLORS | Live | IC 016: Crayons; Drawing penci | 1b | 2024-10-18 | IC 016 | Evriholder Produc | | | PRINCIPAL |
| 97869645 | WILDPARTY | WILDPARTY | Live | IC 014: Bracelets; Earrings; Cha | 1a | 2023-04-03 | IC 014 | Zhang, Yihao (IND | 2024-04-23 | 7365439 | PRINCIPAL |
| 90136968 | WINWILD | WINWILD | Live | IC 008: Axes; Pliers; Beard clipp | 1a | 2020-08-25 | IC 008 | Shenzhen Qianha | 2021-11-02 | 6542594 | PRINCIPAL |
| 97467262 | WILDBREAT | WildBreath | Live | IC 025: Coats; Dresses; Legging | 1a | 2022-06-20 | IC 025 | Xia Men Lie Teng | 2023-07-25 | 7120627 | PRINCIPAL |
| 77156289 | GLENWILD | GLENWILD | Live | IC 016: Paper; printed matter, r | 1a | 2007-04-13 | IC 016 (CANCELLED) | GLENWILD COMM | 2008-10-21 | 3518939 | PRINCIPAL |
| 78617610 | WILDGUARI | | Live | IC 016: printed publications, na | 1a | 2005-04-27 | IC 016 | Nauck, Todd (IND | 2007-10-17 | 3156835 | PRINCIPAL |
| 75616076 | WILDHORSE | WILDHORSE | Live | IC 025: CLOTHING, NAMELY, CT | 1a | 1999-01-05 | IC 025 IC 042 | ATTRACTIONS IP, | 2002-10-08 | 2629625 | PRINCIPAL |
| 98425623 | WILDTHING | WILDTHINGS | Live | IC 025: screenprinted clothing ( | 1a | 2024-02-28 | IC 025 | Wildthings Snap- | | | PRINCIPAL |
| 98528273 | WILDWOVE | Wildwoven | Live | IC 025: Pajamas; Bibs not of pa | 1a | 2024-04-30 | IC 025 | DBA Wildwoven; | | 2025-01-28 | 7670927 | PRINCIPAL |
| 88726942 | W WILDBRA | WildBrain | Live | IC 038: Transmission and distril | 1a | 2019-12-13 | IC 038 IC 009 IC 035 | Wild Brain Entert | 2024-01-09 | 7322988 | PRINCIPAL |
| 97357069 | INTOTHEWI | IntoTheWild | Live | IC 020: Antique reproduction ft | 1a | 2022-04-11 | IC 020 | Shenzhen Kublai | 2023-05-23 | 7060561 | PRINCIPAL |
| 97650480 | WILDLIGHT | | Live | IC 038: Streaming of films, mot | 1b | 2022-10-27 | IC 038 IC 035 IC 041 | Pantheon Studios | | | PRINCIPAL |
| 98344949 | WEARTOWI | WEARTOWILD | Live | IC 025: Hats; Headwear; Leggin | 1a | 2024-01-05 | IC 025 | Ngo, Van Thi Thu | 2024-12-10 | 7596002 | PRINCIPAL |
| 88172187 | WILD5DESIC | Wild5Designs | Live | IC 035: On-line retail store serv | 1a | 2018-10-28 | IC 035 | DBA Wild5Design | 2019-06-04 | 5769137 | PRINCIPAL |
| 90386776 | WBF | WBF | Live | IC 041: Educational services, na | 1a | 2020-12-16 | IC 041 | Wild Bird Fund, Ir | 2021-11-09 | 6551818 | PRINCIPAL |
| 98176208 | 4THEWILD1 | 4TheWild1s | Live | IC 025: Beachwear; Lingerie; Sv | 1a | 2023-09-12 | IC 025 | DBA 4TheWild1s; | | | PRINCIPAL |
| 86002541 | WILDPLAY E | WildPlay | Live | IC 041: Children's entertainmer | 1a | 2013-07-03 | IC 041 | WILDPLAY LTD. (C | 2014-06-24 | 4554730 | PRINCIPAL |
| 98019636 | WANDERWI | | Live | IC 009: Audio and video record | 1b | 2023-05-30 | IC 009 IC 016 IC 039 | Wanderwild Fam | | | PRINCIPAL |
| 88726950 | W WILDBRA | WildBrain spark | Live | IC 038: Transmission and distril | 1b | 2019-12-13 | IC 038 IC 035 IC 045 | Wild Brain Entert | | | PRINCIPAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90809328 | C.WILDYFIELD C. WildyField | Live | IC 012: Rowboats; Rowcycles; S | 1a | 2021-07-02 | IC 012 | Shanghai Guffey | 2022-07-12 | 6788676 | PRINCIPAL |
| 77330534 | WILD'N WA | Live | IC 041: Entertainment services | 1a | 2007-11-15 | IC 041 | Powerhouse Stud | 2008-07-22 | 3471140 | PRINCIPAL |
| 88262442 | WILDPLAY E WildPlay | Live | IC 041: Entertainment services | 1a | 2019-01-15 | IC 041 | WildPlay Element | 2020-03-10 | 6009138 | PRINCIPAL |
| 88985463 | W WILDBRA WildBrain spark | Live | IC 041: Entertainment services, | 1a | 2019-12-13 | IC 041 | Wild Brain Entert | 2025-02-25 | 7706526 | PRINCIPAL |
| 88645885 | NWTF FOUN NWTF FOUNDATION | Live | IC 025: Clothing for babies, tod | 1a | 2019-10-08 | IC 025 | The National Wild | 2020-05-12 | 6052453 | PRINCIPAL |
| 76594502 | KIDS WILDLI KIDS WILDLIFE FLORIDA | Live | IC 021: dental floss holder for c | 1a | 2004-05-27 | IC 021 | RANIR, LLC (LIMIT | 2005-11-15 | 3014610 | PRINCIPAL |

# Exhibit D

Case 1:25-cv-08993-DLC    Document 84-4    Filed 09/27/25    Page 33 of 102



**Etsy**  ≡ Categories   | born to be wild onsie   | ✕  🔍 | Sign in  🎁  🛒

Gifts   Halloween Favorites   Home Favorites   Fashion Finds   Registry   Gift Cards

# Born to Be Wild Onesie  1,000+ items with ads ⓘ

Show results for born to be wild onsie instead.

( Exclude digital items )  ( Free shipping )  ( Arrives within 7 days )  ( Star Seller )  ( Ships from United States )          Sort by: Relevancy ↑↓



Born Wild Onesie
★★★★★ (15)
$14.99



Lion Onesie and Bib Gift Set, Wild One Lion Bab...
★★★★★ (171)
$10.00
FREE shipping
📍 Ships from NY



Born To Be Wild Baby Onesies® Brand Born To Be...
★★★★★ (17.2k)
$9.99  $19.98 (50% off)



Born to be Wild Personalized Onesie Bodysuit
★★★★½ (107)
$14.95



Born Two Be Wild Birthday Party Animal TShirt T...
Ad by Etsy seller
★★★★★ (3.3k)
$11.99  $14.99 (20% off)



Born to be Wild Personalized Onesie Bodysuit
★★★★½ (107)
$14.95



Born to be wild safari animals birthday shirt, jun...
Ad by Etsy seller
★★★★★ (1.7k)
$12.59  $17.99 (30% off)



18 BABY ONESIE Iron On Tranfers (Born to be Wil...
Ad by Etsy seller
★★★★★ (5)
$15.00  $20.00 (25% off)
FREE shipping



Born To Be Wild Baby Bodysuit: 100% Cotton On...
★★★★★ (3)
$14.48
FREE shipping



Born to Be Wild Onesie, Baby Boar Outfit, Cute I...
★★★★★ (1)
$13.99



Born To Be Wild Baby Onesie®, Retro Floral Baby ...
★★★★★ (1.1k)
$6.99  $13.98 (50% off)



Born at Home Wild & Free Onesie | Baby Shower ...
★★★★★ (11)
$14.77













Baby Bodysuit with Baby Horse Watercolor, Infan...
Ad by Etsy seller
★★★★★ (389)
$24.80 $31.00 (20% off)



Custom Baby Onesie®, Baby Announcement On...
Ad by Etsy seller
★★★★★ (1.1k)
$7.98 $22.80 (65% off)



Mountleisure - Colorado Little Bear Infant Onesi...
Ad by Etsy seller
$20.00
FREE shipping

Born to be Wild Motorcycle Bodysuit - Born to b...
Ad by Etsy seller
★★★★★ (1.4k)
$15.50



Born TWO be Wild Birthday Embroidered T-Shirt ...
★★★★★ (4.5k)
$26.99



Born To Be Wild Funny Baby Bodysuit, Cute Baby...
★★★★★ (589)
$9.99 $19.98 (50% off)



Born to be Wild Hooded Long Sleeve Infant One...
★★★★★ (219)
$19.89



Born Wild Baby Bodysuit, Funny New Baby Gift, ...
★★★★★ (66)
$17.05 $18.95 (10% off)



Baby Name Bodysuit Custom, Colorful Born to b...
★★★★★ (17)
$15.96 $19.95 (20% off)



Born to be WILD - Bear style Onesie or regular o...
★★★★★ (599)
$19.99



Born to Be Wild Baby Bodysuit – Safari Theme Ba...
★★★★★ (2)
$25.16 $33.55 (25% off)



Born To Be Wild Baby Onesie® - Funny Retro Bod...
★★★★★ (77.9k)
$6.99 $13.98 (50% off)



Let Them Be Little, Tiny Monster, Organic Baby ...
Ad by Etsy seller
★★★★★ (61)
$14.50



Born Wild Baby Onesie® - Lion Baby Boy Onesie®...
Ad by Etsy seller
★★★★★ (108.4k)
$6.99 $13.98 (50% off)



Born to Be Wild Onesie, Baby Boar Outfit, Cute I...
Ad by Etsy seller
★★★★★ (1)
$13.99



I Was Born To Be Wild And Free Baby Onesie® - C...
Ad by Etsy seller
★★★★★ (77.9k)
$6.99 $13.98 (50% off)



Born to Be Wild Baby Onesie
★★★★★ (1)
$19.00



Born to be Wild Motorcycle Bodysuit - Born to b...
★★★★★ (1.4k)
$15.50

Born To Be Wild Camo Baby Bodysuit, Baby Sho...
★★★★★ (1.4k)
$15.99



Baby Full Outfit Set / Toddler Full Outfit Set / Tre...
★★★★★ (1.5k)
$14.36 $16.89 (15% off)

  

18 BABY ONESIE Iron On Tranfers (Born to be Wil...
★★★★★ (5)
**$15.00** $20.00 (25% off)
FREE shipping

Mountleisure - Colorado Little Bear Infant Onesi...
**$20.00**
FREE shipping

Born to Be Wild Lion Baby Bodysuit | Cute Jungle...
**$12.76** $15.01 (15% off)

Born to Be Wild Onesie. Newborn Onesie. Wild ...
★★★★★ (133)
**$15.50**

   

Baby Name Bodysuit Custom, Colorful Born to b...
Ad by Etsy seller
★★★★★ (17)
**$15.96** $19.95 (20% off)

Born To Be Wild Shirt, Retro Summer Baby Girl, T...
Ad by Etsy seller
★★★★★ (4.1k)
**$6.49** $12.99 (50% off)

Two wild safari floral zoo animal girls 2nd birthd...
Ad by Etsy seller
★★★★★ (50.8k)
**$10.49** $14.99 (30% off)

Wild Spirit Baby Onesie® - Wild One Onesie®
Ad by Etsy seller
★★★★★ (296)
**$21.00**
FREE shipping

   

Woodland Onesie®, Born Wild Onesie, Baby Bear...
★★★★★ (29.4k)
**$14.99** $19.99 (25% off)

Funny Skeleton Baby Bodysuit: Born to be Wild - ...
★★★★☆ (14)
**$16.79** $23.99 (30% off)

Born To Be Wild Baby Romper Sweatshirt, Flower...
★★★★★ (413)
**$12.99** $19.99 (35% off)

Born Wild Onesie
★★★★★ (15)
**$14.99**

   

Born to Roar Baby Onesie: Dinosaur/Lion Theme, ...
★★★★★ (138)
**$17.48** $29.12 (40% off)

Born To Be Wild | Cute Children's Explorer Tiger I...
★★★★★ (90)
**$14.00** $17.50 (20% off)

Born to Be Wild Infant Bodysuit - Cute Baby One...
**$17.97**

Born TWO be wild birthday shirt, Two wild shirt, ...
★★★★★ (1.9k)
**$7.80** $15.00 (48% off)

   






Born to Be Wild Infant Bodysuit - Cute Baby One...
Ad by Etsy seller
$17.97

Two Wild Safari Birthday Shirt | Personalized shir...
Ad by Etsy seller
★★★★★ (30.9k)
$12.99 $25.99 (50% off)

Two Wild Birthday Shirt, 2nd Birthday Shirt, Girls...
Ad by Etsy seller
★★★★★ (16.1k)
$9.70 $24.25 (60% off)

Born Wild Lion Baby Onesie® + Wild Baby Bodysu...
Ad by Etsy seller
★★★★★ (1.9k)
$11.99 $19.99 (40% off)






Born To Be Wild Baby Onesie®, Retro Boho Baby ...
★★★★★ (2.2k)
$6.99 $13.98 (50% off)

Born Two Be Wild Baby Romper, Zoo Birthday Ou...
$7.60 $18.99 (60% off)
FREE shipping

Born To Be Wild baby romper, Safari Birthday Shi...
★★★★½ (142)
$8.53 $13.98 (39% off)

Born To Be Wild Shirt, Retro Summer Baby Girl, T...
★★★★★ (4.1k)
$6.49 $12.99 (50% off)

Born To Be Wild Baby Bodysuit: Unisex Shower G...
★★★★★ (10.9k)
$9.94 $16.57 (40% off)

Wild One Woodland Baby Onesie ® or Shirt, Pers...
★★★★★ (1.3k)
$15.00 $25.00 (40% off)

Custom Infant Baby Bodysuit and hat, Zoo Crew ...
★★★★★ (1.4k)
$5.99 $9.99 (40% off)

Baby Boy SVG, Born To Be Wild SVG, Cactus SVG...
★★★★★ (20.9k)
$2.74 $4.57 (40% off)
☁ Digital Download

← (1) 2 3 4 5 →


Invitations
Shop now →


Signs
Shop now →


Baby Boys' Bodysuits
Shop now →



## Recently viewed


Born Wild Onesie
9teen8ighty4
$14.99


Wild One Onesie®, Wild One...
KiddoCoutureCo
$11.99 $23.98 (50% off)


Lion Onesie and Bib Gift Set...
BlipBabyCompany
$10.00
FREE shipping


Born Wild Onesie
9teen8ighty4
$14.99



## Review spotlight ⓘ

Here is a selection of four-star and five-star reviews from customers who were delighted with the products they found in this category.



jkben, ★★★★★

"Very cute ... can't wait to gift"

Safari Zip Romper Baby Outfit Lion, Unicorn, Cow, Giraffe or Sheep Baby...

Julie Morrison, ★★★★★

"Fabulous quality, exactly as described. Can't wait to give it to my grandson"

Two Wild Hoodie, 2nd Birthday Outfit, Gift for 2 Year Old

lisafeierman, ★★★★★

"So cute and nice quality, can't wait to dress my daughter in it."

Hamilton 44 Baby Bodysuit, Little Driver Bodysuit, Hamilton Fan Gift Baby...

Nicola Watts, ★★★★★

"Very lovely wall decor to add to my son's safari themed room 😊"

Born to be wild sign, kids wall sign door sign, wooden words for walls, quotes fo...

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Enter your email          Subscribe

Etsy is powered by 100% renewable electricity.

**Etsy**

Download the Etsy App

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Sell on Etsy
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Privacy settings

United States  |  English (US)  |  $ (USD)

© 2025 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

https://www.pinterest.com/ideas/wild-one-onesie/939323156952/ — September 21, 2025 at 8:17 PM EDT

 

Q Search for baby safari outfit

Log in   Sign up

Explore  >  Children's Fashion  >  Baby Clothing

# Wild one onesie

Discover Pinterest's best ideas and inspiration for Wild one onesie. Get inspired and try out new things.

73 people searched this · Last updated 1d

   

One Year Old Onesie   Cute Short Sl >   Wild One Birthday Shirt   The Wild O >   Jungle Baby Shower Cookies   Zoo >   Onsie Svg Ideas   Simple Onsie Des >   New To The Zoo Bodysuit   Zoo The >

Wild One Onesies® Brand, One...   Wild One Birthday Shirt   Jungle Baby Shower Cookies   Onsie Svg Ideas   New To The Zoo Bodysuit
Highest Quality ⭐ Our onesies...   First Birthday Boy Wild One...   Wild One baby onsie by...

    

Wild One Tshirt   Wild One Party St >   Cute Short Sleeve Onesie For First Bi >   1st Birthday Shirts Boy   1st Birthda >   Leopard 1st Birthday Party   Cheetah >   Where The Wild Things Are 4e Outfit >

Wild One Birthday Shirt Safari...   Wild One Infant Baby Rib Bodysui...   Wild One Birthday Shirt | Baby Bo...   18 month Wild One Onesie,...   Where the Wild Things Are Baby...
Check out this amazing first...   Wild One Infant Baby Rib Bodysui...   Want a cute toddler outfit for your...   Check out this listing I just found...   This round up of Where the Wild...

## Related interests

   

Baby Safari Outfit   Monkey Onesie   Custom Baby Onesies   Cute Baby Clothes   Simple Gender Reveal Ideas

See more

Wild one onesie and more

## Explore related boards

    

For the Baby   Baby first bday   Emily's Shower   Lily birthday   Etsy store
Jessica Emerson   Lauren Michelle   Laura Hill   Raheemail   TheLittlePinecones
321 Pins · 5mo   57 Pins · 3y   51 Pins · 1y   49 Pins · 5mo   950 Pins · 8mo

## Ideas like this



Animal Safari Infant Onesie, Jungle...



Wild One Safari Jungle 1st Birthday...



"Wild One" First Birthday! Animal Prin...



This Is My First Rodeo Organic Onesie...



Wild One Birthday Baby Bodusuit...



Adventure Travel Woodland Birthday ...



Wild One Bear Kids Long and
Short-sleeve Onesies and tees.



Wild One First Birthday Onesie®, 1st...



Happy Camper Bear Baby Bodysuit |...



Warner Bros. Warner Bros. Where the...



Baby SVG Bundle, Baby Onesie SVG,...



First birthday WILD ONE romper
Cake Smash photo!!
Welcome to Dream BIG Boutique,
located in Smithfield, Rhode Islan...



Wild One Mommy T-Shirt For Women ...



Wild One Infant Baby Rib Bodysuit,
First Birthday, One Years Old,...
Wild One Infant Baby Rib Bodysuit
First Birthday One Years - Etsy



Happy Trails Adventure - Baby Boy Gir...



Wild One Bear Baby Bodysuit, Jungle...

Wild Thing - 6m onesie



One Year Old Onesie    Cute Short S...

Wild One Onesies® Brand, One
Year Old Safari Bodysuit, First...
Highest Quality ☀ Our onesies
and toddler tees are printed using...



Wild One Baby First Birthday Bodysui...



Wild One First Birthday Safari Jungle...



Wild One Zoo Safari Jungle Animal
1st Birthday Baby Bodysuit First...
Wild One Zoo Safari Jungle Animal
1st Birthday Baby Bodysuit | First...



Stephan Baby One Pieces | Stephan...



Yoga Sprout Baby Boy Cotton...

Happy Camper Squatch Baby Bodysu...



First Birthday custom Onesie® - Cute...



Personalized Wild One Baby
Jersey Bodysuit | Zazzle
Not all baby bodysuits are created
equal – this popular style is a mus...





"WILD ONE" Safari, Jungle Theme Fir...



Wild One Birthday Baby Onesie®, Wil...



Personalized Wild One First Birthday



Wild one 1st birthday shirt or onesie,...



Kyle&Deena Ny Matching Sets |...



Wild One Baby Bodysuit for First...

Personalized Safari Birthday Romper,...



Wild One 1St Birthday Baby Romper,...

Forest creature baby onesie

Wild One Baby Romper, Safari Birthd...



Wild one Lion first birthday Baby...

Personalized Wild One Baby Onesie®...

Wild One

Wild One 1st Birthday Romper: Crown...



Safari First Birthday Onesie Wild One...

Made Of Mountains One Pieces | Nwt...



Wild One Onesie®, Wild Baby Bodysui...

One Wild Child, 1st Birthday Boy, First...

Wild One 1st Birthday Safari Animals...

Handmade One Pieces | Custom Baby...

Wild Little One Birthday Baby Onesie...

Jungle Wild One 1st Birthday Baby...











Custom Baby "Wild One" First Birthda...

Wild One Baby Onesie, Wild One...

Wild One Custom Birthday Tee or...

Wild One Birthday Girl Outfit. - Etsy

Safari Wild One 1st Birthday Baby...











Custom, "Wild One", Unisex, Baby Te...

Wild One Safari Organic Cotton Baby...

Wild One First Birthday Wild Animals...

Onesie - Wild Thing

Baby bodysuit | Zazzle
Baby bodysuit



OLIVER is the wild ONE









Wild One Bodysuit Wild One 1st
Birthday Outfit



Wild ONE Baby Onesie® First Birthday...



Wild One First Birthday Outfit:...



WILD ONE baby's first birthday
safari animals bodysuit

WILD ONE safari animal bodysuit
perfect for baby's first birthday!...



Baby Onesie, Wild One, Custom...

Wild One Birthday Shirt, First
Birthday Outfit, Custom Baby...

First Birthday Outfit - Custom Baby
Onesie ® - Wild One Birthday -...



Jungle Animal Wild ONE Boy 1st...

Wild ONE Baby Onesie® First Birthday...



Wild One 1st Birthday Jungle Baby...



Wild One T Shirt Bubble Romper, Bab...

Wild One Safari Animal 1st Birthday...

Wild ONE Svg 1st Shirt Wild One
Onesie Safari Birthday Wild One...

Wild ONE Svg 1st Shirt Wild One
Onesie Safari Birthday Wild One...

Exhibit E

https://malandjess.com/wildflower-baby-shower/

September 15, 2025 at 11:17 PM EDT



NEWSLETTER    ABOUT    CONTACT    HOME PAGE    SHOP ∨

*Follow us!*
f ⊙ ℗ E



Type & Hit Enter...  🔍

HOME PAGE    ABOUT    FOOD ∨    HOME    EVENTS    CRAFTS    FAMILY    CONTACT    SHOP ∨

*Events*

# Wildflower Baby Shower

by  Mal and Jess   on  June 19, 2023



A little Wildflower is on the way! Check out our Wildflower themed baby shower for inspiration at your next baby or bridal shower.

 

We had the best time showering my dear friend with a Wildflower Baby Shower theme. Her little Wildflower is on the way and we can not wait to meet her!



*This post may contain affiliate links. We may earn a commission on purchases made after clicking on these links. We only recommend products we believe in. Thank you for your support!*

## Invitation



ABOUT US



**Mal and Jess**

*Lifestyle Bloggers*

We are Mal and Jess, a sister duo here to inspire you through crafting, baking, cooking, party planning, home design, traveling and all the creative things in between! We hope to inspire you to follow your passions and Create Your Joy!

Learn more about us here!

f  ⊙  ℗

## Stay Inspired

Join our newsletter for our most recent content!

Email Address

 

Subscribe

We respect your privacy. Unsubscribe at any time.

Type & Hit Enter...



Time Flies Birthday Party

RIDE000520

I always like to start with the invitation and use that as inspiration to create the rest of the theme. I used Etsy for this invitation and sent the invitations electronically. For printing, we typically use Costco or Walgreens or print right at home on card stock. For the best deal, check out the Entire Wildflower Bundle Package of digital printables here.



Baseball Birthday Party

A Very Glam Christmas





## Free Wildflower Printables

Subscribe to get our Free Wildflower Tabletop Printables



Email Address

**Send me the Printables**

We respect your privacy. Unsubscribe at any time.

RIDE000521



# Drinks

We made both an alcoholic and non-alcoholic sparkling sangria that was so delicious and refreshing. We dressed up the drinks by making floral ice cube molds that guests could put on the top of their coup champagne glasses, along with fresh mint they could pick right off the vine. See How to Make Edible Floral Ice Molds here for all the details.

We dressed up our wine and champagne bucket by creating oversized ice cubes with wildflowers frozen inside. This was such a fun and easy way to decorate and chill the beverages. Learn How to Make Flower Ice Cubes here for all the details.







RIDE000522






## Food & Dessert

We ordered the food from both The Fresh Market and Whole Foods from their catering department online. It was such a simple process and the food was delicious! This event was in the summertime so we opted for chilled, refreshing food, including chicken salad croissants, shrimp cocktail, grilled and chilled vegetables with balsamic vinaigrette, fresh fruit, and Mozzarella caprese.



The cake was the Chantilly cake from Whole Foods and it was mouth watering good! It is so fresh and light, the perfect summertime dessert!

Our cookies were of course from the infamous @soozcakes and were just as delicious as they were beautiful. They also served as the party favors, as they come prepackaged when ordered ahead and shipped!

RIDE000523



RIDE000524







RIDE000525



## Decor and Florals

Since the theme was Wildflower, it only made sense to dress up the space with tons of beautiful florals. We found these perfect wildflower arrangements at Trader Joe's for an excellent price! I highly recommend their florals for any event. We arranged them the night before to save time decorating on the day of the event.

We printed Wildflower quotes and put in frames around the space. We also had a large Welcome sign printed at Walgreens that we displayed near our games we played outside.

We created a beautiful hanging floral backdrop the we hung from our outdoor pergola behind the gift opening area where the Mom-to-Be sat. Check out our post on How to Make Hanging Floral Garland, including a video tutorial, to see how we created this beautiful backdrop.



We dressed the outdoor tables with flowers and chiffon table runners to keep things simple, beautiful, and on theme.



RIDE000526



https://www.theskinnyarm.com/post/little-wildflower-baby-shower

September 15, 2025 at 11:22 PM EDT

THE *skinny* ARM

HOME    ALL    LIFESTYLE    PARTIES    TRAVEL    SHOPS    ABOUT    CONTACT    The Blogger Brunch

Ad removed.
Show details

# LITTLE WILDFLOWER BABY SHOWER

June 12, 2023    Parties    Lifestyle



Recap and sources from my wildflower-themed baby shower!

Baby Shower time! I can't believe my baby shower is over and now we are busy prepping for the arrival of our sweet baby girl!



Custom T-shirts you'll love starting at just $10
Great branding, made easy
vistaprint
Learn more

i want to share all the details, in time, but for today, i'm going to share an overview and vendor information for any of my local Dallas gals who want to use the same vendors for your upcoming events.





RIDE000575





A few of my girls hosted the sweetest baby shower for me (and graciously let me help with the planning, even though I'm sure I drove them crazy!). My theme was "a little wildflower is on the way!" I had seen the theme mentioned online or in a few photos, but nothing like what I wanted to do, so I had to run with it!







I wanted a slightly non-traditional shower...no opening gifts, please! My husband and I got **married in 2020**, so that meant an intimate wedding and very few official wedding festivities leading up to the big day. I wanted to make up for that with a little bit of a friend reunion baby shower! I had more ladies at my shower than we had guests at our wedding and it was so fun!



I'll share more about our menu and food items, but the cake was the star of the show! It was from Dallas Affaires in Lakewood, and was "so" good! Of course, I had to go strawberry flavor and it was perfect. Dallas Affaires also did my cake for my **Gender Reveal Party** and it was amazing!

RIDE000577



Our arched backdrops and balloons were provided by **Balloonish** and they were fabulous! I ordered the sign decals from Etsy and they worked beautifully.





We ended up having two or three focal points of the shower. This small food outpost in the kitchen started as the beverage table, but we ended up displaying the second cake from Dallas Affaires here as well! Due to the number of guests at the shower, I had a faux cake (two tiers, with the dried florals on it)and a real cake to serve to the guests. This was the real cake...since it was beautiful as well, I decided to add a few blooms to the top and use it for a fun name reveal to my hostesses and my mom and MIL as a fun surprise. I'll share about the name reveal in a separate post.





RIDE000579





The punch was absolute perfection (so delish!) and one of my hostesses created it and did such a great job! I'll share details in a **separate post**, but it was a **Strawberry Lemonade Spritz**, complete with edible floating flowers.



RIDE000580



Everyone loved the sugar cookies! They were actually ordered online from a bakery in Florida by one of my hostesses and they turned out so cute!

Again, our balloons were by Balloonish and were fabulous. We originally planned to do a multicolor display with flowers, and something totally different; we had to shift last minute, and it all worked out just fine! My biggest event advice is always: be ready to roll with whatever happens! ;)



RIDE000581





My beautiful shower hostesses! Thank you to these ladies for the most special day celebrating baby girl!



Truth be told, I do not enjoy "shower activities" so I was pretty adamant about not playing games or making all of my guests sit through an hour of me opening presents, but I did want to have a special activity to celebrate baby girl and have a way to remember each of the sweet women who were able to come to the shower. We created a "Prayers for Baby" station and it was so sweet to be able to read all of the notes to baby girl! I was CRACKING UP at this note from a family member and friend! She has a sense of humor and her prayers for baby include that baby loves to have her photo taken and enjoy a good party (because her mom is going to insist on both! lol).

RIDE000582

# Exhibit F

Case 1:25-cv-08993-DLC Document 78-66 Filed 09/12/25 Page 60 of 112

https://lifewithmybuddies.com/wild-one-birthday/                    September 15, 2025 at 11:36 PM EDT

 




SHOP NOW

BABY, BABY DEVELOPMENT, BABY PRODUCTS, FAMILY, LATEST, MOM, PARENTING, TODDLER, TODDLER GEAR

# A Wild One Birthday Party

September 13, 2023



  

Are you wanting to have a "Wild One" birthday theme for your baby's first birthday?

This theme is perfect for your adventurous little one and will make for a memorable first birthday party.

In this blog post, I'll share some tips and ideas to help you throw the perfect "Wild One" theme first birthday party!

My baby just turned one and I couldn't believe it! Where had the time gone?



**Tess Moulton**

BLOG CREATOR

Hello! I'm Tess, a preschool teacher turned mom, and I love discovering and creating fun ways to keep kids engaged and learning! Welcome!

*Tess Moulton*

My Personal Favorites ──────


Pregnancy Must-Haves: Essential Guide for 2024
Read More »


55 Brain Development Activities For Your 2-Year-Old
Read More »


Top Picks: Preschool Teacher-Approved Books for One-Year-Olds
Read More »

Sponsor ──────


Montessori inspired, minimal & modern.

RIDE000512

Now I knew my son didn't particularly care about having a birthday party quite yet, but I totally wanted to celebrate this huge moment!

**Related Article:** First Birthday Wishes For Your Son

My husband and I often joke that our son is like a bear; he is a chunky little dude, he grunts a lot, and he has giant baby hands that look like bear paws when he crawls.

So naturally, doing some kind of a woodsy theme seemed just right.

I'm all for a pun, and so when I came across the "Wild One" theme, I knew it was perfect!

I began to scour the internet for ideas, and got to work!

I made a few decorations, found some fun things off Amazon, and I was ready to party!

Here is how I threw my son a Wild One Birthday!





Please accept cookies to access this content

Engage



40 ENGAGING ACTIVITIES

TO HELP MAKE IT TO NAP TIME

GET THE GUIDE

Explore











*This post contains affiliate links, which means I may receive a small commission at no cost to you if you purchase through a link.*

## Send out the invitations

Sending out invitations is the first step to any party, and it's a great time to announce your theme.

There are plenty of "Wild One" themed invitations available online, or you can choose to make your own.

I found mine off of Zazzle and printed the invites through Walmart.



Use animal print patterns or incorporate forest-inspired colors, like green and brown.

Don't forget to include all the important details, such as the date, time, and location of the party!

### Set the scene with decorations

Transform your space into a forest with decorations inspired by the great outdoors.

Think greenery and wood to create a nature-inspired feel.

A DIY balloon garland can also add a pop of color and whimsy to your party.

Hanging a "Wild One" banner is another great decoration idea.

Add some animal toys around the room to complete the theme!

My son had several forest animal stuffies that we used to decorate!

Etsy had this cute National Parks template that I used to make a sign for welcoming guests to the party!



I used cardboard to cut out the signs and then painted them so that they would resemble trail signs.



RIDE000514

I made this cute little banner out of paper and yarn to hang on my son's highchair.



And of course, I had to display my son's monthly milestones pictures!

It is so fun to see them all side by side and to see how much he has changed!



Here are some other decoration ideas I found:

Woodland Decorations



One Banner



Wooden Animals (Varying Sizes)



RIDE000515

Wild One Balloons



Wooden Happy Birthday Banner



Balloon Kit



Animal Figurines



Party Signs



RIDE000516

When it comes to food, you can really get creative with the "Wild One" theme.

Serve up some classic forest-inspired foods such as berries, trail mix, and meat kabobs.

My husband barbecued several different types of meat to serve for our guests. We paired that with chips, salad, watermelon, and coleslaw.

We opted to serve a full meal for the party, but there are so many cute little snacks and treats you can make and serve:

- Have a bowl of plain potato chips and label them as "Wood Chips"
- Make an array of berries and label them as "Forest Berries"
- Pretzel Sticks could be labeled as "Twigs"
- Put large marshmallows on skewers, dip them in chocolate, and roll in graham cracker crumbles for "S'mores on a Stick"
- Using corn syrup, attach a mini golden Oreo to the base of a chocolate kiss. On top of the golden Oreo, use corn syrup to attach a mini chocolate chip to make "Acorns"
- Dip pretzel rods in white chocolate and then drizzle milk chocolate over them to make "Birch Sticks"
- A side of carrots can be "Rabbit Food"
- A bowl of Milk Duds can be "Deer Droppings"
- Unpackage and display Swiss Rolls to make "Fire Logs"
- You can also have out several nuts, m&ms, and raisins to "Make Your Own Trail Mix"

I opted to make a naked cake for my son's smash cake and made a simple little cake topper to put on top.



Here are the paper products and utensils I used:

Wooden Cutlery Set

Wood Grain Paper Plates

Tablecloth

Cupcake/Food Stand

Wild One Cake Topper

## Activities

Be sure to plan some fun and creative activities that will let the kids unleash their wild side!

Set up a craft table where kids can make their own animal masks or nature-inspired headbands.

You could also create a "wild" scavenger hunt or set up an animal-themed obstacle course in your backyard.

Rock climbing, boulder hopping, and tight-rope walking activities could also be enjoyable for kids of all ages.

A photo booth with animal props is another fun idea.

You can also set up a sensory table, filled with natural materials like sand, leaves, and pinecones.

**Related Article:** Easy and Exciting Activities for One-Year-Olds

RIDE000518

Here are some resources for activities:

Bean Bag Toss



Photo Booth Props



Make A Woodland Animal Sticker



Coloring Book



RIDE000519

Home   Articles   Store   About   Collaborate   MOM'S FIRST STEPS      

Birthday Party   Jun 13   -   Written By Clarice at Mom's First Steps

# CREATIVE IDEAS FOR WILD ONE FIRST BIRTHDAY PARTY

Your baby is turning one—it's remarkable how quickly that first year passes! As a mom of 5, I've planned my fair share of first birthday parties, and I can tell you that the "Wild One" theme is an excellent choice that captures the adventure of that first trip around the sun. I've seen firsthand how special these milestone celebrations can be for both baby and parents. Here's how to plan a memorable Wild One first birthday celebration that will impress your guests and create special memories during this milestone first birthday celebration.

Before diving into the details, you might also find our complete first birthday planning guide helpful for timelines and checklists, or explore creative first birthday gift ideas that your little one will truly enjoy.

*This post may have affiliate links, which means I may receive commissions if you choose to purchase through links I provide (at no extra cost to you). As an Amazon Associate, I earn from qualifying purchases. Read more about these links in my disclaimer policy.*

## WHAT IS A WILD ONE FIRST BIRTHDAY THEME?

The Wild One theme is a safari or jungle animal concept celebrating your child's first year of development. Popular since 2018, it works well regardless of season or gender.

This theme incorporates animal motifs like lions, elephants, giraffes, and monkeys with natural elements, greenery, wood textures, and earth tones. It centers around adventure and exploration —an appropriate metaphor for a child discovering the world.









RIDE000528





**Want Fewer Ads Like This One?**

Get Grow Today



What makes this theme effective is its adaptability. You can choose a whimsical approach with cartoon animals or a sophisticated style with realistic safari elements.

If you're looking for more first birthday themes, we have plenty of creative options to explore.

## PLANNING YOUR WILD ONE FIRST BIRTHDAY PARTY: ESSENTIAL TIMELINE

Early organization reduces stress. Here's an effective timeline:

2-3 Months Before:

- Secure your venue
- Finalize your guest list
- Order essential decorations that might require extended shipping

1-2 Months Before:

- Distribute invitations
- Book a photographer if desired
- Research decoration ideas

2-4 Weeks Before:

- Plan your menu
- Purchase non-perishable supplies
- Order or plan the cake
- Select the birthday outfit

1 Week Before:

- Confirm RSVPs
- Complete decoration purchases
- Prepare your home if hosting there

Day Before:

- Set up decorations that can be arranged in advance
- Prepare food items that can be made ahead
- Ensure all electronics are charged

Complete as much preparation as possible the day before to avoid morning stress.

RIDE000529

## WILD ONE FIRST BIRTHDAY INVITATIONS AND ANNOUNCEMENTS

Invitations establish the theme for your event. Both digital and physical options have advantages:

Digital Options:

- More economical (often free)
- Environmentally conscious
- Simplified RSVP tracking
- Can include direct links to registry information

Printed Options:

- Provide a tangible keepsake
- Better suited for older relatives
- Can incorporate textural elements
- Serve as additions to memory books

**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.



Buy on Amazon

RIDE000530

. . .

Include essential information: date, time, location, RSVP details, and special instructions.

Effective wording examples:

- "Our little animal is turning ONE!"
- "[Name] has been wild for ONE whole year!"
- "The safari continues as [Name] turns ONE!"

Quality templates are available on Etsy, Canva, or Zazzle.

## STUNNING WILD ONE FIRST BIRTHDAY DECORATIONS

Decorations bring the Wild One theme to life. Combine store-bought items with DIY projects for impressive results without significant expense.

Statement pieces:




Buy on Amazon

. . .



- Balloon garlands in jungle colors (green, tan, brown with gold accents)
- "WILD ONE" letter banner

RIDE000531

Table decor:

- [Burlap table runner](#) with artificial greenery
- [Stuffed animals as centerpieces](#)
- [Animal print paper plates](#) and napkins
- [Wooden serving trays](#) for a natural aesthetic



**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

| Your Email... | SUBSCRIBE |

We use your personal data for interest-based advertising, as outlined in our [Privacy Notice](#).

RIDE000532



Photo opportunities:

- Backdrop created from a green tablecloth, artificial vines, and paper leaves
- Photo props including safari hats, binoculars, and animal masks
- "ONE" sign constructed from cardboard and animal print paper

A cost-effective approach: purchase plastic animals from the dollar store and apply gold spray paint to enhance their appearance.

## WILD ONE FIRST BIRTHDAY OUTFIT IDEAS FOR THE BIRTHDAY STAR

The birthday outfit will feature prominently in keepsake photographs. Whether you're planning for a first birthday girl or a first birthday boy, choosing the perfect first birthday outfit is essential.

For girls, animal print tutus paired with a "Wild One" onesie create a charming look.





For boys, khaki shorts or pants coordinated with a safari shirt or animal print suspenders work well.









Practical recommendations:

- Prepare a backup outfit (cake gets messy)
- Consider foregoing shoes as children often remove them
- Test headpieces before the event
- Prioritize comfort—uncomfortable children don't photograph well



## DELICIOUS WILD ONE FIRST BIRTHDAY FOOD AND CAKE IDEAS

Food primarily serves adult guests but can complement your theme. Simple finger foods with jungle-themed names work well:

- "Giraffe Bites" (cheese cubes)
- "Monkey Munchies" (banana chips and fruit)
- "Crocodile Sandwiches" (cucumber sandwiches)
- "Safari Snack Mix" (Chex mix with animal crackers)
- "Watering Hole" (punch bowl with decorative elements)

The smash cake serves as the centerpiece. Consider ordering one from a local bakery if you're not confident in your baking skills. For more inspiration, check out our first birthday cake ideas for creative designs that will wow your guests.

RIDE000534

For reduced-sugar options, discuss alternatives with your baker like banana cake with light cream cheese frosting.

For adult guests, prepare a simple sheet cake with buttercream frosting and add plastic animals on top to create a safari scene. If you're looking for other sweet themes, consider a Sweet One first birthday, berry first birthday party, or even a donut birthday party theme.

## MEMORABLE WILD ONE FIRST BIRTHDAY ACTIVITIES AND GAMES

One-year-olds have limited capacity for organized activities, but a few simple planned activities help entertain older children and provide structure. For more ideas on keeping little ones entertained, explore our first birthday games guide.

Successful activities:

- Safari Scavenger Hunt: Hide stuffed animals for older children to find using miniature binoculars.
- Animal Sound Game: Play animal sounds and mimic them together.
- Sensory Play: Fill a container with dried beans and hide plastic animals inside.
- Photo Booth: Create a simple backdrop with props like safari hats and animal masks.

**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.



what to expect.

Getting Pregnant ⌄    Pregnancy ⌄    First Year ⌄    Toddler ⌄    Family ⌄    Baby Names ⌄    Registry ⌄    Baby Products ⌄    Community Groups ⌄    News

Advertisement

First Year

# Host a 'Wild One' Birthday That's a Roaring Good Time

by **Maryn Liles**
✔ Fact-Checked by **Caroline Picard** | November 29, 2023



Lean into animal prints and jungle decor for a totally wild first birthday celebration.

📑 **IN THIS ARTICLE**

**Wild One birthday party decorations**

📍 **Wild One birthday party food**

**Wild One birthday party games**

**Wild One birthday party favors**

A baby's first year is often anything but tame, which is one of the reasons why a "Wild One" birthday party theme is so fitting.

"It's been a wild year between birth and all of baby's first-year milestones — not only for the baby, but also for the parents," says Arpie Mikaelian, an event designer, mom of two and founder of ARPiggy . "To have reached the first year is an accomplishment for all parties."

AD

Boston
Children's
Hospital

Where the world comes for answers

From playful, animal patterns to jungle-inspired accents, a Wild One first birthday party will give you tons of opportunities to get creative with your decor, smash cake and other party accents. "Wild One is such a great theme because there is always a way to add a twist or use a new color combo for a fresh take," says Andrea King, party planner and

Read on for professional advice on how to plan a first birthday party that brings your Wild One theme to life. Plus, get tons of unique first birthday ideas, decor and food inspo that'll guarantee everyone has a roar-ing good time.

## Wild One birthday party decorations

### Lean into animal prints for invites and decor



Animal prints are a must for any Wild One birthday party. Adorn your party invites with cute critters — like elephants and tigers — and set the scene day-of with a welcome sign decked out in a variety of patterns, from zebra stripes to cheetah spots and more.

"You can also incorporate traditional safari colors into your theme, such as green, black, gold, white and beige," Mikaelian says.

### Adorn your space with greenery



RIDE000588



Montgo Farmhouse

Give your houseplants a new home for the day! Forage your home and yard for as many potted plants as you can find, and move them all into your party area to give your space serious jungle vibes fitting for a Wild One birthday. You can even borrow plants from friends and neighbors if you don't have a green thumb yourself.

## Go big with balloons



Every Occasion Events

Nothing says "party" quite like a gigantic balloon garland. This one — complete with faux leaves, a few animal print accent balloons and a couple of stuffed critters — makes for a striking Wild One birthday focal point and photo backdrop.

## Display toy animals everywhere



**Related Topics**

First Year    First Year Groups

Advertisement



RIDE000589



Mongo Firehouse

Small animal figurines — whether they're scattered across your buffet table, perched atop your cake or sitting at each place setting — are one of the easiest ways to bring your Wild One birthday theme to life without breaking the bank! Or, if your child has a few beloved wild animal plush toys, you can incorporate those into your design too, Mikaelian says.

**Use custom colors**



The Balloon Mama

This first birthday party theme can be completely gender-neutral — or you can give it a colorful twist by adding pops of pink and florals throughout your Wild One birthday decor.

**Create an epic photo op**



RIDE000590

Profile

"A Jeep backdrop is a great addition to any Wild One birthday party," Mikaelian says. You can even DIY your own out of cardboard — complete with a custom license tag! It makes an adorable spot for partygoers to take pics with the guest of honor.

### Monkey around with Wild One table decor



AbFiggy

Jazz up your Wild One place settings with cute monkey-shaped cut-outs made from construction paper. You can also print out safari-themed coloring pages and incorporate boxes of crayons into each place setting for a more interactive take on this idea.

## Wild One birthday party food

### Serve treats in true safari style



RIDE000591



King Event Design

Wooden trays, animal print cupcake wrappers and a few stuffed animals will take your buffet table to the next level without tons of extra effort.

### Tie your Wild One birthday look together with printables



King Event Design

"Look for small businesses that offer custom labels that coordinate with your theme and colors," King suggests. "These are a great way to dress up even the most basic cupcakes, chocolate or candies."

### Feed your pride with a lion-shaped veggie tray



Advertisement

Guests will be roar-ing with excitement when they spot this lion-shaped veggie tray. Use carrot sticks and sliced bell peppers for the mane, hummus for the face, crackers for the eyes and cucumbers for the nose and whiskers. It's an easy (and healthy!) way to make your buffet table stand out and take your Wild One birthday theme to the next level.

## Offer refreshments at the local "watering hole"



Clever signage, like "watering hole" on the water and "jungle juice" on the punch, is a quick way to transform a simple beverage station into a party highlight. The best part: It only requires two drinks: a batch of a colorful, kid-friendly beverage (such as a Kool-Aid or Gatorade mix) and infused water.

## Serve a totally wild birthday cake



RIDE000593



Baked by Lacey

No Wild One birthday cake would be complete without a few animals in party hats! "Your favorite bakery or cookie artist can help add little pieces of themed edible art to your sweets table," King says. Icing that resembles foliage adds to the effect.

Remove the top tier and give it to your baby to smash, and save the bottom tiers to serve to guests.

## Wild One birthday party games

### Encourage exploration with safari gear for little ones

AMiggy

For any youngsters in attendance, a rack of safari vests they can wear during your event will get them into the Wild One birthday spirit. Set out a few magnifying glasses nearby so they can pretend they're true explorers. "Kids can also cosplay with various wild animal costumes, ranger outfits, hats, binoculars and masks," suggests Mikaelian.

### Create an adventure-worthy craft station




Exhibit G

https://www.pinterest.com/ideas/animal-baby-room/945276021428/ September 21, 2025 at 7:35 PM EDT





Q Search for woodland animals nursery

Log in    Sign up

Explore

# Animal baby room

Discover Pinterest's best ideas and inspiration for Animal baby room. Get inspired and try out new things.

1k people searched this · Last updated 1d








Benjamin Nursery    Baby In Nursery  >

Baby Nursery Designs 2025 with...
Introduction Designing a nursery i...

Nursery Jungle Theme    Sage Green  >

Safari Nursery 2

Nursery With Greenery    Sage Safa >

Nursery With Greenery

Nursery Themes Safari    Jungle The >

Nursery Themes Safari

Jungle Safari Kids Room Decor    Kid >

Jungle Safari Kids Room Decor









Cute Nursery Ideas Gender Neutral  >

Cute Nursery Ideas Gender Neutral

Dinosaur Baby Room Ideas    Simple >

31 Inspiring Baby Boy Nursery...
If you've been stuck between...

Animal Print Rug Nursery    Animal R >

Animal Print Rug Nursery

Jungle Room    Jungle Nursery    Ba >

A Modern Jungle Nursery in Every...
Tour a baby girl nursery that adds ...

Animal-themed Baby Room Inspiratio >

Animal-themed Baby Room...







Baby Room Inspiration Ideas    Safa >

Baby Room Inspiration Ideas

Baby Boy Rooms Forest Theme    For >

21 Stunning Nursery Decor Ideas...
Transform your baby's room with...

Woodland Nursery Wallpaper Boy  >

Woodland Nursery Wallpaper Boy

Safari Nursery Green Accent Wall    >

Safari Nursery Green Accent Wall

Dinosaur Themed Nursery Boy    Nu >

16+ Charming Baby Boy Nursery...
Baby Boy Nursery Themes Ideas:...










**Ideas For Animal-themed Baby Rooms**

Cribspiration: A Boho Chic Safari...
Typically, when you see pictures o...


**Cow Baby Room Themed Nursery**

Farm animals nursery
Farmhouse, farm animal baby boy...


**Nursery Woodland Animals    Forest**

43 Woodland Nursery Ideas for a...
Transforming your baby's nursery...


**Small Safari Nursery    Green Room**

Baby safari nursery
Baby nursery safari theme


**Baby Room Jungle Theme    Serene**

Baby Room Jungle Theme

## Related interests


**Woodland Animals Nursery**


**Jungle Nursery Ideas**


**Newborn Room**


**Toddler Rooms**


**Baby Room Safari**

See more

Animal baby room and more

## Explore related boards


**Baby Room**
Dessi Starhovska
16 Pins · 1d


**nursery**
Julia Wensel
80 Pins · 3d


**Baby room inspiration**
Digital Wall Art WildThingsPrintCo
1.2k Pins · 2d


**Home Decor**
Wendy Nicole Cerda Cabrera
990 Pins · 8h


**Baby stuff**
Samantha Davis
41 Pins · 4d

## Ideas like this


**Baby Nursery Designs 2025 with 38 Cozy Neutral Modern and...**
Baby Nursery Designs 2025 with 38 Cozy Neutral Modern and...


**10+ Safari and Jungle Nursery Ideas to Transform Your Baby's...**
Looking to design a safari-themed nursery? Discover over 10 stunnin...


**26 Inspirational Safari-Themed Nursery Ideas for Your Dream...**
Looking for Safari-Themed Nursery Ideas? These creative designs...


**Earth Toned Safari Accents - 25 Neutral Nursery Ideas Calming an...**
Surprisingly, you can embrace a safari theme and stay neutral by...


**Amazon.com: Baby Safari Animals for Girl or Boy Nursery Bedroom,...**


**Nursery Animal Wall Art Safari Nurser...**


**28 Gender-Neutral Baby Nurseries Everyone's Already Loving**
Safari-themed decor offers lively baby nursery inspiration with...


**3Pcs Personalized Name...**

**Baby Nursery Decor Cheetah Wall Art Modern Baby Nursery Ideas &...**
This Baby Nursery is full of charm, blending soft neutral tones with...


**Safari Nursery Printables**



Gorgeous woodland-nursery! 🌿 💗 in 2025 | Forest baby rooms,...
Feb 4, 2025 - This Pin was discovered by ScDecorum....



Safari Nursery Wall Art Decor Set of 6...



15 Adorable Baby Girl Nursery Themes for 2025 - Parenting and...



Pink safari theme




Kids Snail Shelf (28")



Woodland Animal Nursery Wall Art...



21 Safari Nursery Ideas We Love!

SEE THE FULL GALLERY ON MY ROOM INSPO

21 Inspiring Safari Nursery Ideas
Planning a baby nursery? Get excited to create an amazing...





Nursery Themes Safari    Jungle The... >



Nature-Inspired Woodland Baby Room Ideas
Cozy, rustic, and playful—discover woodland nursery designs with...



CRANE BABY Safari Animal Wooden...



51 Simply Adorable Baby Girl Nursery Ideas You'll Love!
50 Simply Adorable Baby Girl Nursery Ideas You'll Love!




Framed Baby Safari Animals Nursery...





21 Stunning Nursery Decor Ideas That Will...



29 BABY NURSERY Inspiration Ideas

29 Fresh Nursery Ideas for Boys and Girls
A safari adventure nursery provides lively baby nursery inspiration wit...



15+ Nursery Themes Girl Ideas

Charming Nursery Themes Girl Ideas for a Lovely Baby Room

# Exhibit H

https://www.shop-thewild.com/collections/carriers/products/wildbird-aerial-carrier    September 21, 2025 at 8:50 PM EDT



New Arrivals    Classes & Events ⌄    Baby & Toddler ⌄    Parents ⌄    Carriers ⌄    Lifestyle ⌄    Registry ⌄



Shop / Buckle Carriers / WildBird Aerial Carrier

## WildBird Aerial Carrier

**$178.00**

or 4 installments of **$44.50 USD** by  afterpay⌖   More info

**Color:** Desert Lark



Quantity

− 1 +

Add to cart

Add to Registry

Free shipping
over $100*

Environmentally and
ethically responsible

      

· · · · · · · ·

Our most supportive baby carrier that is simple and intuitive to use. The perfect first-time baby carrier and beyond. Beautiful design combined with technical features for maximum comfort to carry babies from newborn to 45lbs. The Aerial Carrier is designed for front carry (facing inwards) and back carry.

Share: 🔲 🐦 ⓟ G+ ✉

## Related products

   



Didymos Woven Wrap - Waves Silver
From $87.00 $145.00

Girasol Woven Wrap - Piedra
From $59.40 $99.00

Didymos Woven Wrap - Lisca Emerald
From $150.00 $172.00

Cassiope Woven Wraps - Castalia Carbone
$99.00 $179.00

Back to the top ^

**NEWSLETTER**

Sign up to receive the latest on new products, sales and events

Email address          Sign up

**ABOUT US**

Work With Us
The Wild Blog
Classes & Events
FAQs

**CUSTOMER CARE**

Contact Us
Shipping Policy
Return Policy
Gift Cards

Copyright © 2025 The Wild.
Theme by Clean Themes. Ecommerce Software by Shopify

Exhibit I

1                    ROUGH DRAFT DISCLAIMER

2

3                         NOTICE

4        This transcript is an UNCERTIFIED ROUGH DRAFT

5    TRANSCRIPT ONLY.  It contains the raw output from

6    the court reporter's stenotype machine translated

7    into English by the court reporter's computer,

8    without the benefit of proofreading.  It will

9    contain untranslated steno outlines, mistranslations

10   (wrong words), and misspellings.  These and any

11   other errors will be corrected in the final

12   transcript.  Since this rough draft transcript has

13   not been proofread, the court reporter cannot assume

14   responsibility for any errors.

15        This rough draft transcript is intended to

16   assist attorneys in their case preparation and is

17   not to be construed as the final transcript.  It is

18   not to be read by the witness or quoted in any

19   pleading or for any other purpose and may not be

20   filed with any court.

21

22

23

24

25

                                                     1

** UNCERTIFIED ROUGH DRAFT **

```
 1                    ---oOo---

 2                   EXAMINATION

 3                    ---oOo---

 4  BY ATTORNEY LICHTMAN:

 5       Q.  Good morning, Mr. Gunn.

 6       A.  Good morning.

 7       Q.  Do you prefer Nathan or Nate?

 8       A.  The only person that calls me Nathan is my

 9  mom, so ...

10       Q.  Nate it is, or Mr. Gunn.

11           Well, I appreciate you coming on early.  I

12  know you're on the West Coast; correct?

13       A.  Only 7:00 a.m., not too bad.  So I got

14  three little kids, so, yeah, it's all good.

15       Q.  Where is your company located?

16       A.  So the company was formally addressed in

17  and established in Salt Lake City.

18       Q.  Is that where its current offices are?

19       A.  We're all remote-based.  We have a studio

20  office in Carlsbad, California, just south of me.

21           And then I reside in San Clemente,

22  California.

23           ATTORNEY THOMAS:  Leo, real quick, I'm

24  going to interject.  I'll do my best to keep my

25  interruptions to a minimum.  Before you and Nate get
```

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Jonathan, that your counsel has produced that
 2   additional evidence.
 3   BY ATTORNEY LICHTMAN:
 4        Q.  Is that accurate?  Is there anything I'm
 5   missing?
 6        A.  No.  I believe that's accurate.
 7        Q.  Okay.  And this -- that refers to
 8   everything over the last five years?
 9        A.  Yes.
10        Q.  Okay.  So let's start with May 22, 2025,
11   ABC Kids Expo.
12            What is the ABC Kids Expo?
13        A.  ABC Kids Expo is the baby/juvenile
14   exposition and trade show in Las Vegas, held every
15   year.
16        Q.  Is that something you attend every year?
17        A.  I try to, yeah.
18        Q.  And by "you," I'm talking about the
19   company, but is it also you personally that's in
20   attendance?
21        A.  Yes.
22        Q.  Okay.  And that year, were you exhibiting
23   your product?
24        A.  No.  We decided not to exhibit at shows,
25   and so we were just at the -- we were just at the
```

139

1   show.

2       Q.  You say decided not to at shows.  Have you

3   done it before and this year you chose not to, or

4   you just don't exhibit?

5       A.  We just don't exhibit.

6       Q.  Is there a reason for that?

7       A.  There's a lot of reasons.  I would say the

8   primary one is it's just not worth the cost.

9       Q.  Got it.

10      A.  We don't feel there's much value from

11  actually being a physical exhibitor.

12      Q.  Who were the people in attendance at these

13  expos?

14      A.  Yeah, it's primarily -- obviously, you have

15  the brands, the exhibitors themselves.  You've got

16  buyers.  So you've got baby boutiques.  You've got

17  all the major retailers there looking around.  And

18  then you've got sales reps.

19          So you have all the reps that represent the

20  exhibitors, and they're the middle people between

21  the buyer and the exhibitors.

22          And then you've got everything in between.

23  You know, you've got people that just want to go

24  just to see our latest products.  You have experts,

25  influencers, content creators.

                                              140

** UNCERTIFIED ROUGH DRAFT **

```
 1        Q.  Got it.
 2            Do you think it tends to just -- I mean,
 3   this isn't something that is like -- like, it's not
 4   like a -- it's not a market.  Like, people aren't --
 5   it's not really targeted towards kind of just the
 6   everyday consumer, right?  It's targeted towards,
 7   like, people who are going to market and sell
 8   products?
 9            ATTORNEY THOMAS:  Objection to form.
10            THE WITNESS:  It's --
11   BY ATTORNEY LICHTMAN:
12        Q.  So you say it's more like an industry
13   event?
14        A.  Definitely.
15        Q.  Okay.
16        A.  Primarily B2B.
17        Q.  Primarily B2B.  Okay.
18            And who from WildBird attended besides
19   yourself?
20        A.  And just to add a note, like, I would -- I
21   would say ABC might disagree with me there because
22   they do do a lot of marketing that's more mass, you
23   know.  I think they're just trying to promote the
24   baby industry and new products.  So there's that
25   side of it, too.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          So are the exhibitors.  You'll see most
 2  exhibitors posting to social media, showing the
 3  latest of their products.
 4          So take that with like a, you know, a
 5  little sidenote.
 6          (Overlapping speakers.)
 7  BY ATTORNEY LICHTMAN:
 8     Q.  If I wanted to go -- I'm sorry.  You kind
 9  of lagged for a second, and then I cut in thinking
10  you were done talking.
11          Sorry.  I got off track there.  I guess my
12  question -- I'll just --
13          (Overlapping speakers.)
14  BY ATTORNEY LICHTMAN:
15     Q.  What was that?
16     A.  I think you were saying could anybody go.
17     Q.  Well, I guess my question, my follow-up
18  question to that, I mean, you know, you kind of gave
19  some additional information.
20          If I am interested in buying a product at
21  this -- like, would I go to that event and be able
22  to, like, purchase a product at the event?
23     A.  Honestly, I don't know.
24     Q.  Okay.
25     A.  Yeah.
```

142

1    Q.  Okay.  So besides you, was there anybody

2   else from WildBird attending?

3    A.  Yeah, this -- this last May, I was there.

4   My two -- my two main sales reps were there.  My

5   wife was there.  She's our chief creative officer.

6   And then my freelance, contracted product developer

7   was there.  And I believe that was it, yeah.

8    Q.  And what are their names besides your wife?

9    A.  Yeah, so product developer is Brydie

10   O'Neill.  It's B-r-y-d-i-e.

11    Q.  Okay.

12    A.  And then the sales reps are going to be --

13   our Target rep is Steve and Scott of Keystone

14   Partners.  I am blanking their last names.  Sorry.

15   I can get those to you, though, if you need them.

16    Q.  It's okay for right now.  It might be

17   relevant in a second.

18    A.  Yeah, Scott and Steve were there.  And then

19   my other sales rep, that's a little bit wider.  So

20   he takes care of lots of retailers for us --

21    Q.  Got it.

22    A.  -- including Brixy.  Brixy is like a

23   boutique representative.  So they represent like

24   hundreds of boutiques.  And you kind of go

25   through -- it's like a fair for boutiques, similar.

                                          143

 1  And his name is Joe Licolli, he was also there.

 2      Q.  Okay.  So are you aware of whether Wildride

 3  was an exhibitor at this event?

 4      A.  I was.  I saw their booth.

 5      Q.  When did you see the booth?  Or what day?

 6  Excuse me.  To kind of be a little more clear, what

 7  date of the expo?

 8      A.  It would have been -- I arrived morning of

 9  day 2, so it was then.

10      Q.  What's day 2?

11      A.  Like, the date?

12      Q.  Yeah.  I know, because these dates are

13  May 22 and 23.  I'm just trying to kind of

14  understand.  Would that have been day 1 and day 2 or

15  day 2 and day 3?

16      A.  Yeah, May 22 was the second day of the

17  show.

18      Q.  Got it.

19          So you would have arrived on May 22 and

20  seen the booth on May 22?

21      A.  Uh-huh.  Yeah.

22      Q.  Did you speak with anybody at Wildride at

23  that time?

24      A.  No.

25      Q.  So the first bullet point says, "A buyer

                                                144

```
 1   from Nordstrom asked Plaintiff's representative if

 2   Plaintiff's WILDBIRD brand was affiliated with

 3   Defendants' WILDRIDE brand."

 4        So let me ask you first:  What are you

 5   referring to when you say "a buyer for Nordstrom"?

 6      A.  Part of the rep group.  Joe -- Joe Licolli,

 7   who is my sales rep and does purchasing for

 8   Nordstrom as well, like, helps the main purchaser

 9   there, asked me if we were affiliated.  He was

10   just -- he was like, "Who's this Wildride,

11   basically?  Like, are they -- are they part of you

12   guys?"  He's like, "I don't understand."

13      Q.  Oh, so it was Joe Licolli who is the,

14   quote/unquote, buyer from Nordstrom?

15      A.  Yes.

16      Q.  I thought you said he attended with you?

17      A.  Joe was there at the show independently.

18      Q.  Got it.  Thanks for clarifying that.

19      A.  Yeah.  He was there working with a few

20   clients and working with Nordstrom.

21      Q.  Got it.

22        So he doesn't work specifically for

23   Nordstrom, but he's in the B2B area, essentially?

24      A.  Yes.

25      Q.  And do you have his contact information?
```
                                                    145

```
 1      A.  Yeah.

 2      Q.  Do you have it offhand?

 3      A.  Like right now?

 4      Q.  Yeah.  I mean, it's fine if you don't.  I

 5 just am wondering if I can get it for the record now

 6 or if I'm going to need to ask from your counsel

 7 later.

 8      A.  Yeah, we can do a follow-up, and I can grab

 9 it for you.

10      Q.  Okay.  That's fine.

11          So who was the representative that he spoke

12 to and asked if it -- if Wildride was affiliated?

13      A.  So Joe just approached me on the showroom

14 floor and asked me if we had some attachments.

15      Q.  Got it.

16          So you are the plaintiff's representative

17 in that sentence?

18      A.  Yes.

19      Q.  Okay.  What exactly did he say?  I know you

20 kind of gave me the gist of it.  But this says he

21 asked if Plaintiff's WildBird brand was affiliated

22 with Defendants' Wildride brand.

23          But you kind of just said that he said,

24 "Who are these guys?  Are they affiliated with you?"

25 Which is kind of the other way around.  So I just
```

146

1  want to be really clear about, you know, exactly

2  what was the nature of the question.

3      A.  Definitely, it was my first interaction

4  with him of the day.  We were over by the Silver

5  Cross booth, and I was saying hi to him.  I hadn't

6  seen him in quite a while.

7          So we said hi, talked about the show a

8  little bit, and, you know, he just mentioned

9  Wildride, so -- yeah, he was kind of just asking if

10  we're affiliated.  He's like basically -- I couldn't

11  tell you word for word what he said.  But basically

12  like, "Are they with you?  Are they part" -- he was

13  just confused.

14      Q.  And so what did you say in response?

15      A.  I had already seen their booth.  And, you

16  know, I kind of shrugged and was like, "Yeah, no, I

17  saw that they were here.  I didn't realize they were

18  selling in the U.S.  I thought they were just some

19  teeny, little brand in Europe.  I'm kind of like --

20  I got -- I'm looking into it, figuring it out."

21      Q.  So did you --

22      A.  But, no, we're not.  We're talking about a

23  different company.

24      Q.  Okay.  Got it.

25          So you made clear you're not affiliated?

                                                    147

```
 1        A.  Yeah.
 2        Q.  Okay.  The next one says, "One supplier" --
 3   on May 23rd, the next day, "One supplier said to
 4   Plaintiff's representative, 'Oh, yes, I saw your
 5   booth,' but they were referring to Defendants'
 6   booth."
 7            Who is the supplier?
 8        A.  So on May 23, I spent time with Brydie, who
 9   came into town that morning, and we -- we've
10   obviously been -- you know, she was there in terms
11   of like just talking product development.  So we
12   went over to the supplier section of the trade show
13   where you got multiple suppliers from all over Asia.
14   We started meeting with a few people, just kind of
15   meeting and greeting.
16            And, yeah, one of the suppliers assumed --
17   you know, couldn't get it straight that, you know,
18   we were WildBird and they were Wildride.
19        Q.  Who was the supplier?
20        A.  I -- that's one I couldn't tell you.  It's
21   just some random supplier there at the show out of
22   her booth.
23        Q.  So you don't know their name?
24        A.  I don't have their name, no.
25        Q.  Or her contact information?
```
                                                      148

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.  No.  At the time it was pretty casual, and

2  it wasn't like -- I wasn't in the mode of great

3  concern.  So I wasn't -- I wasn't really kind of

4  keeping notes; put it that way.

5    Q.  Do you know what company they were

6  affiliated with?

7    A.  I couldn't tell you.  We met with probably

8  ten companies, maybe -- I don't know, maybe five to

9  ten companies that day.

10    Q.  So all you know is that they were in this

11  area with other suppliers?

12    A.  Correct.

13    Q.  How do you know they were a supplier, just

14  based on that context?

15    A.  It's pretty obvious at the show.  So there

16  is a -- all the suppliers are together.  They're all

17  pushed together.  And they're -- you know,

18  they're -- they're there with, you know, examples of

19  products, pictures of their manufacturing

20  facilities, catalogs of products that, you know, you

21  can develop.

22    Q.  Is this a -- is it your understanding that

23  this supplier is based in the United States?

24    A.  I -- they're either -- they're either

25  Chinese, Taiwanese, Vietnam, somewhere in Asia.

149

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       Q.  What made you say that?  What makes you say
 2  that or what makes -- what leads to that
 3  observation?
 4       A.  Of what country they're from?
 5       Q.  Yeah.
 6       A.  Okay.  Yeah, so when you go to a trade show
 7  like this that has suppliers, it says their name
 8  above their booth and where they're based.
 9       Q.  Got it.
10           So you knew they were based in Taiwan or
11  China based on that?
12       A.  Exactly.
13       Q.  Were they -- did they appear like Taiwanese
14  or Chinese, or did they appear American?
15       A.  Yes -- no, no.  There's no American
16  suppliers at this show.
17       Q.  So is it fair to say English is probably
18  not their first language?
19       A.  Not their first language, but competent.
20  They obviously do a lot of business with U.S.
21  companies and --
22       Q.  So the representative, though, is you?
23       A.  That conversation was me; my wife, Taylor;
24  and Brydie.  We were all three there.
25       Q.  Brydie wasn't the one who made that
```

                                                              150

1    statement, though.

2         A.  No.  This was the supplier.

3         Q.  Got it.

4             Did the supplier previously know any of

5    you?

6         A.  No.

7         Q.  So this was your first time meeting them?

8         A.  This interaction.

9         Q.  Were you wearing any clothing with your

10   branding on it or kind of displaying your branding?

11        A.  No.

12        Q.  So how did they know you -- what led them

13   to believe you were associated with Wildride?

14        A.  When we stated our name, when they asked us

15   for our name.

16        Q.  And what did you say?

17        A.  I said, you know, "I'm Nate with WildBird."

18        Q.  Got it.  And --

19        A.  And they were, "Oh, yeah, I saw your booth

20   over there," whatever.  And I'm like --

21        Q.  How many people were in the room?

22        A.  We were on the open floor, so there was no

23   room.  But it was me; Brydie; my wife, Taylor; and

24   this supplier and maybe -- maybe someone else with

25   them.  But it was a one-on-one interaction with

                                              151

1  Brydie and Taylor on the side of the conversation,
2  but --
3       Q.  I understand.  But, like, in the open
4  space, would you say there was more than 50 people
5  in the space?
6       A.  Yeah, I mean, yeah, probably.
7       Q.  Would you say more than a hundred people?
8       A.  In this -- like with the trade show, right,
9  there's like -- there's like rows; you know what I
10  mean?  So we're just at a booth down this row.  And
11  you're maybe surrounded by, you know, she's next
12  door -- sorry.  I'm just assuming that you kind of
13  have been.
14          (Overlapping speakers.)
15  BY ATTORNEY LICHTMAN:
16       Q.  Is it kind of like a conference, like, I
17  don't know, like a Comic Con or something?  I like
18  Comic Con, so I can speak to that.
19       A.  There's like a booth next to a booth, next
20  to a booth, you know.  It's like --
21       Q.  So it's a big floor with a lot of booths
22  and a lot of different people?
23       A.  Yeah, and like in that -- especially day 3,
24  it's press quiet by day 3 at this show.  So maybe in
25  our vicinity, maybe 25 people at max, right?  So not

                                              152

1  that many people.

2      Q.  Do you know how close you were standing to

3  this person?

4      A.  I was having an interaction with them like

5  I'm having with you right now, I mean, face to face.

6      Q.  Yeah, but we're on Zoom.  So I'm asking you

7  specifically like, physically, how far away were

8  you?

9      A.  A foot.  You know, we were shaking hands.

10      Q.  Do you know if they were wearing a hearing

11  aid?

12      A.  No.  The rest of our -- we ended up

13  speaking with her for probably 15, 20 minutes and

14  had a great conversation and seemed

15  well-communicated.

16      Q.  So at what point did this person say, "Oh,

17  yes, I saw your booth"?

18      A.  At the very beginning.

19      Q.  And what was your response?

20      A.  My response was just correcting her:  "No,

21  that's not us.  We're WildBird."

22      Q.  Did she say something -- when she said,

23  "Oh, yes, I saw your booth," did she specifically

24  say, "Oh, yes, I saw your booth.  You're Wildride"?

25          Right?  Or, like, how do you know she was

153

1  referring to Wildride at all?

2      A.  She pointed in the direction of Wildride's

3  booth.

4      Q.  Got it.

5      A.  Yeah.  I mean, it seemed pretty obvious to

6  me, but ...

7      Q.  Okay.  So when you kind of corrected this

8  person, did she continue to question it?  Or was

9  there any kind of further interaction about that?

10     A.  No.  She stood corrected and apologized,

11 and we moved it on.  Yeah.

12     Q.  All right.  Okay.  I'm going to move to the

13 next interaction.

14         On May 23, one supplier said, "A

15 Plaintiff's representative" -- oh, excuse me.

16         "One supplier asked Plaintiff's

17 representative, 'You are Wildride, yes?'"

18         Is this the same area where you've

19 interacted with the other supplier?

20     A.  Yeah, so this was like kind of the point in

21 time where this all started to -- I started to

22 really feel like, oh, wow, this might be a problem,

23 right?

24         So I went down a few more booths, you know.

25 And then towards the end of our tour of all the

                                              154

1  booths, you know, the same interaction happened

2  again, and pretty much identical to the previous

3  conversation I just explained.

4      Q.  So who was this supplier?

5      A.  Again, I -- I couldn't tell you the actual

6  supplier name or who it was.  At this point in time,

7  I -- I wasn't, you know, really even -- I wasn't

8  considering a lawsuit, like I need to keep track of

9  this.  It was more just I was in a mode of

10 frustration.  You know, I was like, Dang, this is

11 confusing for people, obviously.

12      And for a supplier to be confused is a

13 problem.  And so, yeah, that's where it kind of all

14 started at.

15      These three -- these first three

16 interactions, Leo, are like the first inklings of

17 confusion that just started getting my mind going

18 and being like, okay, this company is in the U.S.

19 now; I didn't realize.  Maybe they're actually

20 bigger than I ever thought.  Maybe they're going to

21 be a problem.  And then, you know, that was kind of

22 my first interaction at the show.

23      And then these three comments, you know,

24 and then a couple back to back showed me, oh, wow,

25 okay, there's some confusion here, and this is

                                                155

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  something I need to kind of talk to the team about.

2      Q.  Right.  So just to be clear, so I

3  understand you don't know their name.

4          Do you know the company that they were

5  affiliated with?

6      A.  Again, I don't.  I did not keep a single

7  note of who they were or what company they were

8  with, you know, their name, nothing like that.

9      Q.  What about their nationality?  You

10  remembered the other one.

11      A.  I did not remember the other one.  I

12  generally stated that these suppliers were

13  primarily -- or were all from Asia.  So Vietnam --

14      Q.  Got it.

15      A.  -- Taiwan, Chinese.

16      Q.  So this was another supplier based in Asia?

17      A.  This is another Asian supplier in that same

18  kind of section.  It was probably a few booths down.

19      Q.  Was it -- I mean, was it -- did they seem

20  like English was their first language?  And I'm not

21  asking if they were fluent.  I'm just asking if you

22  could tell.

23      A.  Yeah, I would say the same thing I answered

24  before:  competent, professionals; worked with --

25  obviously, the people that -- I'll just add some

                                                    156

** UNCERTIFIED ROUGH DRAFT **

```
 1  context, if it's needed, for you.
 2       If a company in China is going to send a
 3  supplier representative to the U.S., invest in ABC,
 4  they usually send their best English speakers.  I'll
 5  put it that way.
 6     Q.  Of course.
 7     A.  I would say a lot -- I work with a lot of
 8  people in Asia, obviously.  For the most part,
 9  understanding for them is much more -- it's a lot
10  easier for them to understand than it is for
11  actually them to speak.
12       So a lot of times we'll misrepresent people
13  in Asia for being poor speakers of English, but it's
14  really just because the actual spoken word is so
15  different.
16       So it's hard for them to nail the accent,
17  but they actually understand a lot more than we
18  think.
19       So, yeah, I would say they're all very
20  competent businesspeople.
21     Q.  Got it.
22       And so the supplier asked, "You are
23  Wildride, yes?"
24       How did the interaction start?  Did they
25  just go up to you and ask you that question, or was
```

157