# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILDBIRD LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No: 1:25-cv-05993 |
| WILDRIDE B.V., and WILDRIDE USA CORP., | |
| *Defendants.* | |

**DECLARATION OF MOLLY R. LITTMAN-JOHNSON, ESQ. IN SUPPORT OF
PLAINTIFF WILDBIRD LLC'S REPLY BRIEF IN SUPPORT OF MOTION FOR
<u>PRELIMINARY INJUNCTION</u>**

I, Molly R. Littman-Johnson, hereby declare as follows:

1.     I am a resident of the State of Minnesota, over the age of 18, and competent to make this declaration.

2.     I am a Shareholder at the law firm of Greenberg Traurig, LLP. I am counsel of record for the Plaintiff in this lawsuit, namely, Wildbird LLC ("Wildbird"). I submit this declaration in support of WIldbird's reply brief in support of its Motion for a Preliminary Injunction against the Defendants in this lawsuit, Wildride B.V. and Wildride USA Corp. (together "Defendants").

3.     I could and would testify about the matters set forth in this declaration. The bases of my knowledge of the matters set forth in this declaration are: (i) my representation of Wildbird in this matter and (ii) my review of the exhibits attached to this declaration.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of the "all hits" page of an Excel document produced in this lawsuit as Bates No. WILDBIRD0000158 and marked as Exhibit 15 to the 30(b)(6) Deposition of Wildbird LLC.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of portions of the transcript of the 30(b)(6) deposition of Plaintiff Wildbird.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of the "Safety and Certifications" page from Defendants' US Catalog, a document produced in this lawsuit as Bates No. RIDE000444.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of portions of the transcript of the 30(b)(6) deposition of Defendants Wildride B.V. and Wildride USA Corp., including true and correct copies of Deposition Exhibits 3-4 and 10-13.

Pursuant to 28 U.S.C. § 1726(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of October 2025.

*/s/Molly R. Littman-Johnson*
Molly R. Littman-Johnson

# EXHIBIT 1

# Produced in Native Format

WILDBIRD0000158

# PAGE COVERAGE TRACKER

## WILDBIRD

| Date | Outlet | UVM | Headline | Product | Link | Editor | Link to Prod Link | Earned or S... |
|---|---|---|---|---|---|---|---|---|
| February 8, 2022 | Mother Mag | 53.9k | WildBird Launches WildBird Baby, A New Line for Home & Play | Other | https://www.mothermag.com/wildbird-baby/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| February of 2023 | Mother Simple | 1k | How to Choose the Best Soft Baby Slings | Ring Sling | https://mothersimple.com/web-stories/how-to-choose-the-best-soft-baby-slings/ | N/A | Y | Earned |
| February of 2023 | Babe Hatch Collection | 103.3k | The Ultimate Eco-Friendly Baby Registry Curated by a sustainable living expert. | Aerial Carrier | https://babe.hatchcollection.com/eco-friendly-baby-registry-list/ | Abby K. Cannon, JD, RD, CDN | Y | Earned |
| May 11, 2023 | What to Expect | 968.1k | The Best Ring Slings for Comfortable Babywearing | Ring Sling | https://www.whattoexpect.com/baby-products/baby-carriers/best-ring-slings/ | Jessica Booth | Y | Target | Earned |
| May 11, 2023 | Home Business Mag | 3.4k | 23 Baby and Toddler Gifts Perfect for Any Celebration | Other | https://homebusinessmag.com/lifestyle/gifts/gifts-gifts-perfect-celebration/ | Shayla Henderson | N | No Link | Earned |
| May 16, 2023 | Little Baby Gear | 37k | 31 Genius New Mom Hacks You Need to Know to Survive with Newborn Baby | Ring Sling | https://littlebabygear.com/genius-new-mom-hacks-survive-with-newborn/ | Zooey Barnett | Y | DTC | Earned |
| May 27, 2023 | Parents | 7.7M | These are the 50+ Best Memorial Day Deals on Strollers, Car Seats, Cribs, and More | Ring Sling | https://www.parents.com/memorial-day-sales-baby-gear-7503764 | Kaitlin Stanford | Y | DTC | Earned |
| July 1, 2023 | Times of San Diego | 46.5k | San Diego Moms: Must-Haves for New Parents | Sack | https://timesofsandiego.com/life/2023/07/01/san-diego-moms-must-haves-for-new-parents/ | Hoa Quach | Y | DTC | Earned |
| July 29, 2023 | Simple Modest Mom | 10k | Favorite Finds from June & July 2023 | Sack | https://www.simplemodestmom.com/blog/favorite-finds-june-july-2023 | Simple Modest Mom Editors | Y | DTC | Earned |
| September 25, 2023 | The Bump | 8.357M | The Best Ring Sling Baby Carrier Styles to Keep Baby Close | Ring Sling | https://www.thebump.com/a/baby-ring-slings | Danielle Halibey | Y | DTC | Earned |
| September 25, 2023 | Forbes | 181.4M | 11 Must-Haves for a Safe and Stylish Nursery for Baby Safety Month | Other | https://www.forbes.com/sites/amandalauren/2023/09/25/11-must-haves-for-a-safe-and-s | Amanda Lauren | Y | DTC | Earned |
| November 6, 2023 | Little Baby Gear | 37k | 2023 Best Black Friday & Cyber Monday Deals for Baby & Mom Stuff | Ring Sling | https://littlebabygear.com/black-friday-deals-baby/ | Zooey Barnett | Y | DTC | Earned |
| November 10, 2023 | Mother Mag | 53.9k | 35 Holiday Gifts for New & Expecting Moms | Aerial Carrier | https://www.mothermag.com/gifts-for-new-moms-2023/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| November 30, 2023 | Home & Texture | 92.5k | These are the Perfect Gifts for the New Mom in Your Life | Aerial Carrier | https://homeandtexture.com/gift-guide-new-mom/ | Kelsey Marie | Y | DTC | Earned |
| December 8, 2023 | PN Mag | 4.4k | 15 Baby and Toddler Holiday Pajamas for 2023 | Pajama | https://www.pnmag.com/gear/toddler-christmas-pajamas/ | Ashley Ziegler | Y | DTC | Earned |
| December 20, 2023 | Forbes | 181.4M | Kids of All Ages Will Love These Holiday Gifts for the Home | Other | https://www.forbes.com/sites/amandalauren/2023/12/12/kids-of-all-ages-will-love-these | Amanda Lauren | Y | DTC | Earned |
| December of 2023 | Also Mom | 10k | The Best Ring Slings | Ring Sling | https://www.alsomom.com/best-ring-slings/ | Also Mom Editors | Y | DTC | Earned |
| January 3, 2024 | Little Baby Gear | 37k | Best Baby Carrier for Petite Mom – 5 Options for Short Moms | Ring Sling | https://littlebabygear.com/best-baby-carrier-petite-mom/ | Zooey Barnett | Y | DTC | Earned |
| January 4, 2024 | What to Expect | 968.1k | Best Baby Carriers, According to Parents Who Love Them | Aerial Carrier | https://www.whattoexpect.com/baby-products/baby-carriers/best-baby-carriers/ | Kathleen Felton | Y | Target | Earned |
| January 10, 2024 | Brit + Co | 1.26M | 51 of the Best Gifts for Pregnant Women in 2024 | Other | https://www.brit.co/gifts-for-pregnant-women/ | Olivia Taylor | Y | DTC | Earned |
| January 29, 2024 | Budget Mama Blog | 127.5M | Essentials for Babies and Toddlers on a Disney Vacation–What You'll Really Need! | Ring Sling | https://medium.com/@michole492/essentials-for-babies-and-toddlers-on-a-disney-vac | Budget Mama | Y | Amazon | Earned |
| February 6, 2024 | Forbes | 181.4M | 14 Best Valentine's Home Gifts for Families and Children | Ring Sling | https://www.forbes.com/sites/amandalauren/2024/02/06/14-best-valentines-day-home-g | Amanda Lauren | Y | DTC | Earned |
| February 16, 2024 | Mother Mag | 53.9k | 50+ President's Day Sales to Shop Now | Other | https://www.mothermag.com/presidents-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| March 12, 2024 | Mom | 450,141 | 7 Beautiful Baby Products for Parents with a Clean and Trendy Aesthetic | Aerial Carrier | https://mom.com/baby/beautiful-baby-products-for-parents-with-a-clean-and-trendy-aest | Ileana Paules-Bronet | Y | DTC | Earned |
| March 22, 2024 | Best Products | 1.75M | The 14 Best Baby Carriers that are Comfy for Both You and the Kid | Aerial Carrier | https://www.bestproducts.com/parenting/baby/g255/best-baby-carriers-and-wraps/ | Cat Bowen & Jill Layton | Y | DTC | Earned |
| April 2, 2024 | Parents | 7.7M | The 12 Best Wraps and Slings for Safe and Comfortable Babywearing | Aerial Carrier | https://www.parents.com/best-baby-wrap-carrier-8607569 | Ashley Ziegler & Katrina Cossey | Y | DTC | Earned |
| April 8, 2024 | Home Business Mag | 3.4k | Thoughtful Presents to Celebrate Mom this Mother's Day | Pajama | https://homebusinessmag.com/lifestyle/presents-celebrate-mom-mothers-day/ | Shayla Henderson | Y | DTC | Earned |
| April 9, 2024 | Mommyhood101 | 36.7k | Best Baby Carriers of 2024, Tested & Reviewed | Aerial Carrier | https://mommyhood101.com/best-baby-carrier | Tali Ditye, Ph.D. | Y | DTC | Earned |
| April 13, 2024 | Times of San Diego | 46.5k | San Diego Moms: Mother's Day Gift Guide 2024 | Other | https://timesofsandiego.com/life/2024/04/13/san-diego-moms-mothers-day-gift-guide-20 | Hoa Quach | Y | DTC | Earned |
| April 18, 2024 | NY Times | 546.1M | The Best Baby Wraps and Slings | Ring Sling | https://www.nytimes.com/wirecutter/reviews/best-baby-wraps-and-slings/ | Kerry Davis McGuinness | Y | DTC | Earned |
| April 27, 2024 | Forbes | 181.4M | Mother's Day Gift Guide: The Best Home and Decor Gifts for New Moms | Aerial Carrier | https://www.forbes.com/sites/amandalauren/2024/04/27/mothers-day-gift-guide-the-best | Amanda Lauren | Y | DTC | Earned |
| April 30, 2024 | Consumer Reports | 14.43M | Best Gifts for New Moms, According to a New Mom | Aerial Carrier | https://www.consumerreports.org/money/gift-giving/best-gifts-for-new-moms-a71453496 | Anna Kocharian | Y | DTC | Earned |
| April 30, 2024 | MSN | 594.3M | Best Gifts for New Moms, According to a New Mom | Aerial Carrier | https://www.msn.com/en-us/news/technology/best-gifts-for-new-moms-according-to-a-ne | Anna Kocharian | Y | DTC | Earned |
| May 1, 2024 | Baby Gaga | 45k | 8 Best Ring Sling Baby Carriers | Ring Sling | https://www.babygaga.com/best-ring-slings-for-baby/ | Courtney Marie L. | Y | Amazon | Earned |
| May 10, 2024 | Brit + Co | 1.26M | 37 Mother's Day Gifts for Expecting Moms That'll Make Them Feel Appreciated | Other | https://www.brit.co/gifts-for-new-mom/ | Jasmine Williams | Y | DTC | Earned |
| May 24, 2024 | Mother Mag | 53.9k | 50+ Memorial Day Sales to Shop Now | Other | https://www.mothermag.com/memorial-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| May 26, 2024 | CNN | 594.3M | The Essentials List: Jessie James Decker on her hectic life with 4 young kids and her everyday essentials | Mara Reinstein | https://www.cnn.com/underscored/home/jessie-james-decker-everyday-essentials | Mara Reinstein | Y | DTC | Earned |
| May 26, 2024 | Yahoo | 3.5B | The Essentials List: Jessie James Decker on her hectic life with 4 young kids and her everyday essentials | https://www.yahoo.com/lifestyle/essentials-list-jessie-james-decker-130025060.html | Mara Reinstein | Y | DTC | Syndicated |
| May 27, 2024 | Sally and Stylish Blog | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://medium.com/@rachelferrucci/from-cuddles-to-crawlers-top-picks-for-little-ones-f | Rachel Ferrucci | Y | DTC | Earned |
| May 27, 2024 | MSN | 614.3M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://www.msn.com/en-us/news/other/from-cuddles-to-crawlers-top-picks-for-little-ones | Rachel Ferrucci | Y | DTC | Syndicated |
| May 27, 2024 | Families | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://vocal.media/families/from-cuddles-to-crawlers-1jum_source=fterabr&utm_medium | Rachel Ferrucci | Y | DTC | Syndicated |
| May 29, 2024 | Crissy Beam via Medium | 127.5M | From Crawlers to Toddlers: Top Picks for Little Ones | Aerial Carrier | https://medium.com/@crissybeam/hey-there-fellow-moms-a997765ebf (171.2M) | Crissy Beam | Y | DTC | Earned |
| May 29, 2024 | Yahoo | 3.5B | Before & After: Warming! This Colorful Nursery Might Make You Hungry | Ring Sling | https://www.yahoo.com/lifestyle/warming-colorful-nursery-might-hungry-140000048.html | Cullen Ormond | Y | DTC | Syndicated |
| June 5, 2024 | Apartment Therapy | 11.6M | This Nursery Makeover Has Fruit All Over the Walls (and It's Not Wallpaper!) | Ring Sling | https://www.apartmenttherapy.com/fruit-themed-nursery-makeover-800-dollars-ba-3740 | Cullen Ormond | Y | DTC | Earned |
| June 24, 2024 | Forbes | 181.4M | The Best Baby Essentials, According to Experts and Parents | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/baby-essentials/?sh=541b | Lex Goodman | Y | DTC | Earned |
| July 22, 2024 | Sustainably Chic | 102k | 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings | Aerial Carrier | https://www.sustainably-chic.com/blog/sustainable-baby-carriers | Eva Astoul | Y | DTC | Earned |
| July 30, 2024 | Forbes | 181.4M | The Best Sun Hats for Babies and Toddlers to Shield Their Fragile Skin | Other | https://www.forbes.com/sites/forbes-personal-shopper/article/best-sun-hats-for-babies/ | Elizabeth Mitchell Kadar | Y | DTC | Earned |
| August 6, 2024 | NY Mag | 16M | All Our Favorite Swaddles (of the 29 We've Tried) | Sack | https://nymag.com/strategist/article/best-swaddles-sleepsacks.html | Aliihte Malone, Alexis Swerdloff, Laur | Y | DTC | Earned |
| August 8, 2024 | The Everymom | 382,731 | 50+ Amazon Products You Need Postpartum That You Didn't Think Of | Ring Sling | https://theeverymom.com/postpartum-essentials/ | Allyson Trammell, Alexandra Pagar-a | Y | DTC | Earned |
| August 19, 2024 | NewsBreak | 24M | I'm 9 Months Pregnant & These are Your Actual Baby Registry Non-Negotiables | Pajama | https://www.newsbreak.com/news-516289/3564550387492-i-m-9-months-pregnant-a | Gina Vaynshteyn | Y | DTC | Syndicated |
| August 27, 2024 | Today's Parent | 723k | How does this Artpopope Dupe compare to the original? Our carrier review | Aerial Carrier | https://www.todaysparent.com/shopping/how-this-artpopope-dupe-compare-to-the-ori | Lauren Finney Harden | Y | DTC | Earned |
| August 29, 2024 | Yahoo | 3.5B | The 60 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.yahoo.com/lifestyle/55-best-gifts-hard-impress-232100948.html (3.6B) | Laura Lajiness Kaupke | Y | DTC | Syndicated |
| August 29, 2024 | Harper's Bazaar | 17.67M | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.harpersbazaar.com/shopping/g44629930/best-gifts-for-brother/ (16.54M) | Laura Lajiness Kaupke | Y | DTC | Earned |
| August 29, 2024 | AOL | 277.3M | The 55 Best Gifts for Your Hard-to-Impress Brother | Aerial Carrier | https://www.aol.com/55-best-gifts-hard-impress-232100114.html | Laura Lajiness Kaupke | Y | DTC | Syndicated |
| August 30, 2024 | Mother Mag | 53.9k | 50+ End-of-Summer Sales to Shop Now | Other | https://www.mothermag.com/labor-day-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| September 2, 2024 | Forbes Vetted | 181.4M | Dear Vetted: Are Weighted Sleep Sacks Safe? | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/are-weighted-sleep-sacks | Elizabeth Mitchell Kadar | Y | DTC | Earned |
| September 25, 2024 | Forbes | 181.4M | The Best Baby Gifts to Give at Showers, Holidays, and Just Because | Aerial Carrier | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-gifts/?sh=36c4a | Elizabeth Mitchell Kadar | Y | DTC | Earned |
| September of 2024 | Champagne Living | 14k | First Birthday Fashion: Must-Have Clothes for Your Little One | Pajama | https://champagneliving.net/first-birthday-fashion-must-have-clothes-for-your-little-one/ | Champagne Living | Y | DTC | Earned |
| September of 2024 | MSN | 614.3M | First Birthday Fashion: Must-Have Clothes for Your Little One | Pajama | https://www.msn.com/en-us/lifestyle/shop/first-birthday-fashion-must-have-clothes-for-y | Champagne Living | Y | DTC | Syndicated |
| September of 2024 | Bay-Bee Blog | 5.4k | How to Choose the Best Comfortable Pregnancy Pillow from the Available Options | Other | https://blog.bay-bee.co.uk/how-to-choose-the-most-comfortable-pregnancy-pillow-fro | Bay-Bee Blog | Y | DTC | Earned |
| September of 2024 | Daily Mom | 25,346 | An Ultimate Checklist of The Best Newborn Baby Essentials, Baby Gear, and Toddler Products You Need For Baby Safety Month | Pajama | https://dailymom.com/discover/newborn-products-for-baby-safety-month/ | Daily Mom Editors | Y | DTC | Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | 2024 Christmas Gift Guide for Everyone | Aerial Carrier | https://livingoutjoy.com/2024-christmas-gift-guide/ | Living Out Joy Editors | Y | DTC | Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | Kid-Approved Gifts They'll Love: Ultimate 2024 Christmas Gift | Aerial Carrier | https://livingoutjoy.com/kid-approved-gifts/ | Living Out Joy Editors | Y | DTC | Earned |
| October 1, 2024 | Living Out Joy Blog | 5k | Christmas Gift Guide for Her: The Hottest Christmas Trends to Gift Her in 2024 | Aerial Carrier | https://livingoutjoy.com/christmas-trends/ | Living Out Joy Editors | Y | DTC | Earned |
| October 2, 2024 | Forbes | 181.4M | The Best Baby Clothes to Suit Every Style and Season | Pajama | https://www.forbes.com/sites/forbes-personal-shopper/article/best-baby-clothes/?sh=681 | Lex Goodman | Y | DTC | Earned |
| October 14, 2024 | Baby Chick | 158,260 | Best Baby Gifts for Newborns that Parents Actually Want | Ring Sling | https://www.baby-chick.com/best-baby-gifts-for-newborns-that-parents-actually-want/ | Baby Chick Editors | Y | Target | Earned |
| October 10, 2024 | Baby Chick | 158,260 | Best Baby Carriers | Ring Sling | https://www.baby-chick.com/best-baby-carriers/ | Baby Chick Editors | Y | Target | Earned |
| October 18, 2024 | NY Mag | 16M | The Very Best Baby Carriers | Aerial Carrier | https://nymag.com/strategist/article/best-baby-carriers.html (19.96M) | Liza Corsillo | Y | Amazon | Earned |
| October 27, 2024 | Home Business Mag | 3.4k | 5024 Holiday Gift Guide: Perfect Picks for Entrepreneurs | Ring Sling | https://homebusinessmag.com/lifestyle/holiday-gift-guide-entrepreneurs-2024-edition/ | Shayla Henderson | Y | DTC | Earned |
| October 28, 2024 | The Rebel Chick | 43.5k | Features Should You Look For in a Comfortable Maternity Pillow | Other | https://therebelchick.com/features-should-you-look-for-in-a-comfortable-maternity-pillow | Jennifer | Y | DTC | Earned |
| October 31, 2024 | Indi Blog Hub | 32.1k | A Comprehensive Guide to Selecting the Ideal Baby Carrier: Juggling Modern Needs, Budget, and Lifestyle | Ring Sling | https://indiblophub.com/post/a-comprehensive-guide-to-selecting-the-ideal-baby-carrier | Snugzy | N | No Link | Earned |
| October 31, 2024 | Go World Travel | 90.5k | Family Travel Made Easy: Gear & Essentials for a Seamless Journey | Kirstin Koerner | https://www.goworldtravel.com/family-travel-essentials/ | Kirstin Koerner | N | No Link | Earned |
| November 1, 2024 | Carly Riordan Blog | 27.8k | On My Radar 11.1.24 | Other | https://carlyriordan.com/on-my-radar-11-1-24.html | Carly Riordan | Y | DTC | Earned |
| November 3, 2024 | Residential Products | 58.3k | How to Choose the Right Maternity Pillow Based on Your Pregnancy Stage | Other | https://resident.com/resource/2024/11/03/how-to-choose-the-right-maternity-pillow | Residential Products | N | No Link | Earned |
| November 3, 2024 | NY Weekly | 70k | A New Parent's Guide to Baby Essentials for Comfort and Ease | Pajama | https://nyweekly.com/lifestyle/a-new-parents-guide-to-baby-essentials-for-comfort-and-e | NY Weekly Staff | N | No Link | Earned |
| November 6, 2024 | Snugzy Blog | 23.4k | The Verge's 2024 Holiday Gift Guide | Aerial Carrier | https://www.theverge.com/2420404/holiday-gift-guide-2024-best-ideas-unique-tech-ga | The Verge Staff | Y | DTC | Earned |
| November 15, 2024 | The Verge | 23.4k | 2024 Holiday Gift Guide: The Best Gifts for New Parents | Aerial Carrier | https://www.theverge.com/24242460/holiday-gift-guide-2024-best-parents | The Verge Staff | Y | DTC | Earned |
| November 7, 2024 | Parents | 7.7M | The Best Gifts for New Moms in 2024, According to Parents Who Are Also New Moms | Pajama | https://www.parents.com/best-gifts-for-new-moms-5112845 | Samson McDougall | Y | DTC | Earned |
| November 15, 2024 | Byrdie | 7.82M | The 65 Best Gifts for New Moms of 2024–Tested, Researched, & Ranked | Ring Sling | https://www.byrdie.com/best-gifts-for-new-moms-4842804 | Melanie Rud & Amanda Rosenblatt | Y | DTC | Earned |
| November 15, 2024 | Yahoo | 3.5B | I'm a New Mom & These are the Best Baby Gifts for New Parents | Ring Sling | https://www.yahoo.com/lifestyle/im-new-mom-best-baby-gifts-203055886.html (3.6B) | Gina Vaynshteyn | Y | DTC | Syndicated |
| November 15, 2024 | She Knows | 7.805M | I'm a New Mom & These are Your Actual Baby Registry Non-Negotiables | Ring Sling | https://www.sheknows.com/parenting/slideshow/3278292/best-baby-registry-essentials-chr | Gina Vaynshteyn | Y | DTC | Earned |
| November 20, 2024 | Nashville Baby Guide | 15k | Holiday Gift Guide for Moms & Kids | Pajama | https://nashvillebabyguide.com/holiday-gift-guide-for-moms-kids/ | Nashville Baby Guide | Y | DTC | Earned |
| November 25, 2024 | Forbes | 181.4M | Home Gifts for Kids that Wow: Holiday Must-Haves for Under $100 | Other | https://www.forbes.com/sites/amandalauren/2024/11/25/home-gifts-for-kids-that-wow-hol | Amanda Lauren | Y | DTC | Earned |
| November 23, 2024 | New Modern Mom | 123.2k | What is the best baby to carry around? | Ring Sling | https://newmodernmom.com/blog/best-baby-carriers/ | Barbara Mighdoll | Y | DTC | Earned |
| November 25, 2024 | Mother Mag | 53.9k | 80+ Black Friday and Cyber Monday 2024 Sales | Other | https://www.mothermag.com/black-friday-cyber-monday-deals-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| November 25, 2024 | New Modern Mom | 123.2k | What is the best age to travel with kids? | Ring Sling | https://newmodernmom.com/blog/best-age-to-travel-with-kids/ | Barbara Mighdoll | Y | DTC | Earned |
| December 2, 2024 | Mom | 450,141 | 30+ Best Gifts for New Moms of 2024 | Ring Sling | https://mom.com/momlife/gifts-for-new-moms | Mom Editors | Y | DTC | Earned |
| December 2, 2024 | The Bump | 8.357M | My Favorite Cyber Monday Deals of 2024 for Big Savings | Other | https://www.thebump.com/a/cyber-monday-baby-deals | Emily O'Donnell | Y | DTC | Earned |
| December 4, 2024 | Café Mom | 605k | Best Gifts for Kids that Encourage Play and Learning | Pajama | https://cafemom.com/lifestyle/best-gifts-for-kids | Shannon Cudd | Y | DTC | Earned |
| December of 2024 | BabyNod | 20.8k | 31 New Baby Gifts for the Little One | Sack | https://babynod.com/blogs/baby-products/best-gifts-for-newborns | Editor | N | No Link | Earned |
| December 6, 2024 | Maybe Baby | 86.2k | #199: My Favorite Things of 2024 | Other | https://haleynahman.substack.com/p/199-my-favorite-things-of-2024 | Haley Nahman | Y | DTC | Earned |
| December 4, 2024 | Mom | 450,141 | 30+ Holiday Gifts for New & Expecting Parents | Ring Sling | https://mom.com/momlife/holiday-gifts-for-new-expecting-parents | Mom Editors | Y | DTC | Earned |
| December 11, 2024 | We Heart | 82.3k | Benefits of Using a Baby Carrier: Comfort and Connection | Aerial Carrier | https://www.we-heart.com/2024/12/11/other-benefits-using-baby-carrier-comfort-connec | Steven John | Y | DTC | Earned |

| Date | Publication | Reach | Title | Carrier | URL | Author | | DTC | Earned |
|---|---|---|---|---|---|---|---|---|---|
| December 12, 2024 | New Modern Mom | 131.8k | Baby Travel Essentials List | Aerial Carrer | https://newmodernmom.com/blog/baby-travel-essentials-list/ | Barbara Mighdoll | Y | DTC | Earned |
| December 19, 2024 | Mom | 450,141 | The Best Baby Carriers for Every Type of Parent | Aerial Carrer | https://mom.com/momlife/the-best-baby-carriers-for-every-type-of-parent | Ileana Paules-Bronet | Y | DTC | Earned |
| December 20, 2024 | The Luxe Insider | 10k | Why are Pregnancy Pillows Essential for New Moms Recovering from C-Sections | Other | https://www.theluxeinsider.com/lifestyle/why-are-pregnancy-pillows-essential-for-new-mo | Francois Le Hecho | Y | DTC | Earned |
| December 24, 2024 | Mother Mag | 53.9k | The Best End-of-Year Sales | Aerial Carrer | https://www.mothermag.com/end-of-year-sales-2024/ | Katie Hintz-Zambrano | Y | DTC | Earned |
| January 3, 2025 | Baby Chick | 158k | Top 10 Must-Have Baby Products for 2025 | Aerial Carrer | https://www.baby-chick.com/top-10-must-have-baby-products/ | | Y | DTC | Earned |
| January 7, 2025 | Raising Arizona Kids | 28.3k | Pregnancy & Postpartum Must-Haves | Other | https://www.raisingarizonakids.com/2025/01/pregnancy-postpartum-must-haves/ | Kara Morrison | Y | DTC | Earned |
| January 10, 2025 | The Good Trade | 1.1M | 9 Baby Carrier Wraps Like Moby but Better (2025 Review) | Aerial Carrer | https://www.thegoodtrade.com/features/baby-carrier-wraps/ | Emily Torres, Kayti Christian | Y | DTC | Earned |
| January 27, 2025 | Raisie Bay | | The Differences Between Quilted Play Mats and PVC Play Mats | Other | https://www.raisiebay.com/2025/01/the-differences-between-quilted-play-mats-and-pvc-p | Anne Sweet | Y | DTC | |
| February 12, 2025 | Parents | 6.9M | The Best Baby Carrier I Found for Hands-Free Cuddling—and 3 Others Parents Love | Wild Bird Sling | https://www.parents.com/best-baby-carrier-8789150 | Cameron LeBlanc | Y | DTC | Earned |
| February 12, 2025 | Champagne Living | 10k | Hugs, Kisses, & Tail Wags: Valentine's Day Must-Haves for Your Little Loves | Other | https://champagneliving.net/hugs-kisses-tail-wags-valentines-day-must-haves-for-your-lit | Zippy Sandler | Y | DTC | Earned |
| February 12, 2025 | Tools2Tiaras | 6.3k | Adorable & Practical Gifts for Babies and Pets to Show Your Love | Other | https://champagneliving.net/hugs-kisses-tail-wags-valentines-day-must-haves-for-your-lit | Rachel Ferrucci | Y | DTC | Earned |

# EXHIBIT 2

# PROVISIONALLY FILED UNDER SEAL

# EXHIBIT 3

# PROVISIONALLY FILED UNDER SEAL

# EXHIBIT 4

# FILED REDACTED

800.211.DEPO (3376)
EsquireSolutions.com

```
 1              Confidential - AEO

 2

 3          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK

 4   -------------------------------
     WILDBIRD LLC,
 5
                  Plaintiff,
 6
              vs.       Civil Action No. 1:25-cv-05993
 7
     WILDRIDE B.V., and WILDRIDE USA CORP.,
 8
                  Defendants.
 9   -----------------------------

10

11

12   CONFIDENTIAL DEPOSITION OF BRITT SCHOORL and JOOST

13                    HULTINK

14             New York, New York

15         Monday, September 15, 2025

16

17

18

19

20

21

22

23   Reported by:
     Yaffa Kaplan
24   JOB NO. 13459884

25
```

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

*State of*
*Delaware*
The Official Website of the First State

**Department of State: Division of Corporations**

Allowable Characters

HOME

|  | Entity Details |
| --- | --- |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2881195 | Incorporation Date / Formation Date: | 1/3/2024 (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | WILDRIDE USA CORP. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | NORTHWEST REGISTERED AGENT SERVICE, INC. | | |
| --- | --- | --- | --- |
| Address: | 8 THE GREEN, STE B | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | 302-581-4070 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Exhibit
Wildbird0000003
15th Sep 2025

# WILDRIDE [(/web/20241202093239/http://us.wildridecarrier.com/)](/web/20241202093239/http://us.wildridecarrier.com/)

🔒 Enter using password

---

# Opening soon

| Email | → |
|-------|---|

 Facebook(https://web.archive.org/web/20241202093239/https://www.facebook.com/people/Wildride/100067558177

 Instagram(https://web.archive.org/web/20241202093239/https://www.instagram.com/wildride_official/)

 TikTok(https://web.archive.org/web/20241202093239/https://www.tiktok.com/@wildridecarrier)

Powered by Shopify (https://web.archive.org/web/20241202093239/https://www.shopify.com/?
utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore)



Exhibit
Wildbird0000004
15th Sep 2025

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

# Redacted

Redacted

Redacted

Redacted

Redacted