# Exhibit 11

WildBird Rev & Mktg Data

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | YTD 2025 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wildbird Revenue & Marketing Spend for Wildride Case** | | | | | | | | | | | | | |
| **Revenue** | $ 3,585 | $ 184,402 | $ 743,957 | $ 2,192,307 | $ 3,662,579 | $ 4,173,046 | $ 5,105,388 | $ 3,993,837 | $ 2,854,029 | $ 6,693,058 | $ 16,526,409 | $ 15,497,871 | $ 61,630,468 |
| **Marketing** | | | | $ 28,138 | $ 73,936 | $ 34,169 | $ 797,578 | $ 792,513 | $ 662,025 | $ 1,245,228 | $ 3,643,809 | $ 3,353,285 | $ 10,630,681 |

| Sum of Total sales | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row Labels | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Grand Total |
| AE | | | | | | | $ 22 | | | | | | $ 22 |
| Aland Islands | | | | | | | | $ 105 | | | | | $ 105 |
| Albania | | $ 88 | | | | | $ - | $ - | | | | | $ 88 |
| Andorra | | | | $ 80 | | | | | | | | | $ 80 |
| Angola | | | | | | | $ 85 | | $ 85 | | | | $ 169 |
| Antigua And Barbuda | | | | | | | | | | | $ 202 | | $ 202 |
| Argentina | | | | | | | | | | $ 381 | $ 217 | | $ 597 |
| Armenia | | | | | | | | | | | | $ 170 | $ 170 |
| Aruba | | | | | $ 72 | | | | | $ 65 | | | $ 137 |
| Australia | | $ 3,509 | $ 8,683 | $ 17,180 | $ 30,818 | $ 24,883 | $ 17,926 | $ 13,969 | $ 12,619 | $ 15,910 | $ 24,661 | $ 19,755 | $ 189,913 |
| Austria | | $ 173 | $ 865 | $ 875 | $ 1,329 | $ 2,392 | $ 2,711 | $ 965 | $ 595 | $ 1,261 | $ 1,836 | $ 1,678 | $ 14,678 |
| Azerbaijan | | | | | $ 39 | | | | | | | | $ 39 |
| Bahamas | | | | | $ 72 | | | | $ 166 | $ 552 | | $ 219 | $ 1,009 |
| Bahrain | | | | $ 95 | $ 105 | $ 176 | $ 154 | $ 147 | $ 199 | $ 770 | $ 1,102 | $ 571 | $ 3,319 |
| Bangladesh | | | | | | | | | | $ 83 | | | $ 83 |
| Barbados | | | | | $ 72 | | | | | | | | $ 72 |
| Belarus | | $ 95 | | | | $ 90 | | $ 75 | | | | | $ 260 |
| Belgium | | $ 163 | $ 343 | $ 276 | $ 1,254 | $ 1,956 | $ 1,802 | $ 464 | $ 80 | $ 1,270 | $ 1,506 | $ 828 | $ 9,943 |
| Bermuda | | | $ 72 | | $ 182 | | $ 664 | | | $ 460 | $ 1,071 | $ 1,099 | $ 3,547 |
| Bolivia | | | | | | | | $ - | | | | | $ - |
| Bosnia And Herzegovina | | | $ 72 | | | $ 105 | | | | $ 80 | | | $ 256 |
| Brazil | | $ 67 | $ 360 | | $ 139 | $ 573 | $ 333 | $ 212 | | $ 406 | $ 654 | $ 1,627 | $ 4,370 |
| Brunei | | | | | $ 80 | $ 234 | $ 49 | $ 304 | | | $ 238 | $ 231 | $ 1,136 |
| Bulgaria | | | | | | $ 227 | | $ 135 | | $ 84 | $ 722 | $ 888 | $ 2,056 |
| C√¥te d'Ivoire | | | | | $ - | $ 136 | | | | | | | $ 136 |
| CA | | | | | | | $ - | | | | | | $ - |
| Canada | $ 78 | $ 15,920 | $ 56,665 | $ 74,601 | $ 122,023 | $ 128,690 | $ 122,590 | $ 111,021 | $ 75,462 | $ 182,087 | $ 343,652 | $ 205,620 | $ 1,438,409 |
| Cayman Islands | | | | | $ 105 | | $ 251 | $ 271 | $ 300 | | $ - | | $ 927 |
| Chile | | | $ 67 | $ 100 | | $ 225 | $ 116 | $ 294 | $ 121 | $ 97 | $ 611 | $ 254 | $ 1,886 |
| China | | | $ 100 | $ 135 | | $ 99 | $ 463 | $ 185 | | $ 91 | $ 608 | $ 458 | $ 2,140 |
| Colombia | | | | | | $ - | $ 343 | | $ 96 | $ 460 | $ 200 | $ 323 | $ 1,422 |
| Costa Rica | | | | | | | | | | | $ 168 | $ 532 | $ 700 |
| Croatia | | | | | $ 231 | $ 1,504 | $ 138 | $ 304 | $ 543 | $ 353 | $ 621 | $ 457 | $ 4,150 |

Sales by Country - Shopify

| Sum of Total sales | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Grand Total |
| **Row Labels** | | | | | | | | | | | | | |
| Cyprus | | | | $ 73 | | | $ 275 | | $ 78 | | | $ 470 | $ 895 |
| Czech Republic | | | $ 72 | | $ 480 | $ 415 | $ 430 | $ 692 | $ 410 | $ 549 | $ 614 | $ 744 | $ 4,407 |
| DE | | | | | | $ - | | | | | | | $ - |
| Denmark | | | $ 72 | $ 64 | $ 265 | $ 1,121 | $ 1,490 | $ 1,840 | $ 179 | $ 280 | $ 538 | $ 730 | $ 6,580 |
| Dominican Republic | | | | | | $ 167 | | | | $ 89 | | | $ 256 |
| Ecuador | | | $ 177 | | | | | | | | | $ 11 | $ 187 |
| Egypt | | $ 67 | $ 72 | $ 75 | | $ 145 | $ 266 | | $ 85 | | | | $ 709 |
| El Salvador | | | | | | | | | $ 95 | | $ 359 | $ 134 | $ 589 |
| Estonia | | | $ 100 | | | $ 80 | $ 201 | $ 60 | $ 60 | | $ 209 | | $ 709 |
| Finland | | $ 80 | $ 115 | $ 100 | $ 363 | $ 1,394 | $ 1,424 | $ 624 | $ 252 | $ 825 | $ 298 | $ 930 | $ 6,404 |
| FR | | | | | | | $ - | | | | | | $ - |
| France | | $ 88 | $ 1,567 | $ 3,122 | $ 7,249 | $ 5,859 | $ 5,430 | $ 2,833 | $ 1,008 | $ 1,315 | $ 3,156 | $ 5,157 | $ 36,784 |
| French Polynesia | | | | | | | | | | | | $ 359 | $ 359 |
| GB | | | | | | | $ - | | | | | | $ - |
| Georgia | | | | | | | $ 86 | $ 74 | | | | $ 241 | $ 402 |
| Germany | | $ 527 | $ 2,590 | $ 4,710 | $ 9,204 | $ 11,305 | $ 12,413 | $ 6,126 | $ 1,935 | $ 8,055 | $ 6,838 | $ 10,368 | $ 74,070 |
| Greece | | | | | $ 160 | $ 280 | $ 186 | $ 187 | | $ 267 | $ 490 | $ 1,103 | $ 2,672 |
| Greenland | | | | | | | | $ 87 | | | | $ 172 | $ 258 |
| GU | | | | $ 175 | $ 240 | | | | | | | | $ 415 |
| Guadeloupe | | | | | $ 80 | $ 319 | | | | $ 111 | | | $ 510 |
| Guatemala | | | | $ 302 | | $ 171 | | | | $ 366 | $ (366) | $ 434 | $ 907 |
| Guernsey | | | | | | | | $ 155 | | | | | $ 155 |
| Haiti | | | | | | $ 87 | | | | | | | $ 87 |
| Honduras | | | | | | | | | $ 37 | $ - | $ 154 | $ - | $ 191 |
| Hong Kong | | | $ 300 | $ 329 | $ 1,919 | $ 2,216 | $ 2,162 | $ 1,117 | $ 1,168 | $ 1,195 | $ 1,188 | $ 1,527 | $ 13,121 |
| HR | | | | | | | $ - | | | | | | $ - |
| Hungary | | | | $ 200 | $ 513 | $ 460 | $ 577 | $ 1,205 | $ 236 | $ 752 | $ 428 | $ 1,045 | $ 5,416 |
| Iceland | | | | | $ 362 | $ 359 | $ 467 | $ 205 | $ 365 | $ 344 | $ 433 | $ 1,579 | $ 4,114 |
| India | | | $ 100 | $ 7 | | | | $ 724 | $ 141 | $ 105 | $ 742 | $ 233 | $ 2,052 |
| Indonesia | | | $ 100 | $ 974 | $ 1,186 | $ 2,291 | $ 2,306 | $ 640 | $ 366 | $ 640 | $ 874 | $ 398 | $ 9,774 |
| Ireland | | $ 176 | $ 433 | $ 1,302 | $ 1,828 | $ 4,089 | $ 3,780 | $ 1,773 | $ 1,264 | $ 2,036 | $ 4,017 | $ 2,089 | $ 22,787 |
| Isle Of Man | | | $ 100 | | | | | $ 71 | | | | $ 235 | $ 406 |
| Israel | | $ 88 | $ 100 | $ 901 | $ 1,059 | $ 2,182 | $ 2,931 | $ 2,091 | $ 1,336 | $ 2,270 | $ 3,644 | $ 3,471 | $ 20,073 |
| Italy | | | $ 215 | $ 1,141 | $ 2,164 | $ 3,171 | $ 2,667 | $ 2,306 | $ 554 | $ 311 | $ 1,737 | $ 1,957 | $ 16,225 |

Sales by Country - Shopify

| Sum of Total sales | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row Labels | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Grand Total |
| Jamaica | | | | | | | | | | $ 187 | $ 169 | $ 198 | $ 554 |
| Japan | | $ 80 | $ 387 | $ 911 | $ 4,346 | $ 4,745 | $ 4,782 | $ 2,985 | $ 1,090 | $ 2,259 | $ 22,756 | $ 1,367 | $ 45,707 |
| Jersey | | | $ 265 | | $ 140 | $ 71 | $ 75 | $ 399 | $ 68 | | | $ 452 | $ 1,470 |
| Jordan | | | | | | | | | | | | $ 484 | $ 484 |
| Kazakhstan | | | | | | $ 87 | $ 140 | $ 80 | $ 85 | $ 100 | | | $ 492 |
| Kenya | | | | | | | | $ 51 | | | | | $ 51 |
| Korea, Democratic People's Republic Of | | | | | | $ 95 | | | | | | | $ 95 |
| Kosovo | | | | | | | | | | | | $ 270 | $ 270 |
| Kuwait | | $ 176 | $ 325 | $ 100 | $ 265 | $ 252 | $ 553 | $ 248 | $ 668 | $ 82 | $ 929 | $ 745 | $ 4,344 |
| Latvia | | $ 160 | | $ 80 | $ 660 | $ 90 | $ 56 | | $ 137 | | | $ 219 | $ 1,401 |
| Lebanon | | | | | | $ 127 | | | | | | $ 287 | $ 414 |
| Liechtenstein | | | | | | | | | | $ 308 | | | $ 308 |
| Lithuania | | | | | | | $ 64 | $ 87 | | $ - | | $ 118 | $ 268 |
| Luxembourg | | $ 176 | $ 230 | $ 80 | $ 80 | $ 411 | $ 78 | | $ 85 | | | | $ 1,140 |
| Macao | | | | | | | $ 86 | | | | | | $ 86 |
| Malaysia | | | $ 100 | $ 265 | $ 969 | $ 1,930 | $ 553 | $ 448 | $ 530 | $ 1,615 | $ 989 | $ 1,300 | $ 8,701 |
| Maldives | | $ 154 | | | | | $ 175 | | | $ 228 | $ 523 | $ 767 | $ 1,847 |
| Malta | | $ 145 | | $ 100 | $ 610 | $ 80 | $ 105 | | | | $ 100 | $ 1,046 | $ 2,185 |
| Martinique | | | | | | $ 80 | | | | | | | $ 80 |
| Mauritius | | | | | | | | | | $ 67 | | $ 101 | $ 168 |
| Mexico | | $ 407 | $ 464 | $ 1,477 | $ 2,112 | $ 3,177 | $ 1,947 | $ 1,770 | $ 1,395 | $ 3,075 | $ 5,697 | $ 7,521 | $ 29,044 |
| Moldova, Republic of | | | | | | $ 95 | $ 192 | | $ 77 | | | $ 346 | $ 710 |
| Monaco | | | | | | | | $ 95 | $ 78 | | | $ 317 | $ 489 |
| Montenegro | | | | | | | | | $ 59 | | | | $ 59 |
| Morocco | | | | $ 72 | | | | | | | | | $ 72 |
| Netherlands | | $ 268 | $ 996 | $ 2,227 | $ 5,882 | $ 3,224 | $ 2,434 | $ 1,423 | $ 1,761 | $ 2,050 | $ 2,321 | $ 3,557 | $ 26,145 |
| New Zealand | | | $ 1,629 | $ 2,278 | $ 3,220 | $ 4,550 | $ 4,516 | $ 3,203 | $ 2,765 | $ 2,748 | $ 6,133 | $ 2,683 | $ 33,725 |
| Nicaragua | | | | | | $ 45 | | | | | $ 102 | $ 170 | $ 317 |
| Nigeria | | | $ 155 | | | $ 299 | | | | | | | $ 454 |
| NL | | | | | | | | $ - | | | | | $ - |
| Norway | | | $ 609 | $ 1,489 | $ 1,552 | $ 2,852 | $ 1,901 | $ 1,302 | $ 155 | $ 1,035 | $ 1,171 | $ 3,096 | $ 15,161 |

Sales by Country - Shopify

| Sum of Total sales | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Grand Total |
| **Row Labels** | | | | | | | | | | | | | |
| NZ | | | | | | | $ - | | | | | | $ - |
| Oman | | | | | | $ 357 | $ 241 | | | $ 255 | | $ 291 | $ 1,144 |
| Pakistan | | | | | | | | | | | | $ - | $ - |
| Panama | | | $ 265 | | | $ 159 | $ 302 | $ 213 | | | $ 356 | $ 380 | $ 1,674 |
| Peru | | | | | $ 150 | $ 210 | $ 145 | $ 53 | | | | $ 224 | $ 782 |
| PH | | | | | | | $ - | | | | | | $ - |
| Philippines | | | $ 144 | $ 119 | $ 698 | $ 554 | $ 713 | $ 674 | $ 306 | $ 800 | $ 3,735 | $ 3,807 | $ 11,550 |
| PL | | | | | | $ - | | | | | | | $ - |
| Poland | | $ 88 | $ 280 | $ 679 | $ 2,996 | $ 5,106 | $ 863 | $ 329 | $ - | $ 211 | $ 75 | $ 664 | $ 11,290 |
| Portugal | | | $ 192 | $ 260 | $ 686 | $ 594 | $ 1,296 | $ 254 | $ 460 | $ 485 | $ 920 | $ 2,232 | $ 7,379 |
| PR | | | $ 105 | $ 80 | $ 153 | | | | | | | | $ 338 |
| Qatar | | | | | | $ 425 | | $ 481 | $ 145 | $ 883 | $ 355 | $ 583 | $ 2,873 |
| Reunion | | | | | | | $ 64 | $ - | | | | | $ 64 |
| Romania | | | | | | $ 65 | $ 157 | $ 359 | $ 364 | $ 180 | $ 217 | $ 465 | $ 1,196 | $ 3,003 |
| RU | | | | | | | $ - | | | | | | $ - |
| Russia | | $ 301 | $ 578 | | $ 730 | $ 1,336 | $ 603 | $ 163 | | | $ - | | $ 3,711 |
| Saudi Arabia | | | $ 195 | $ 147 | $ 298 | $ 378 | $ 781 | $ (15) | | $ 1,171 | $ 1,224 | $ 4,857 | $ 9,037 |
| Serbia | | | | | | | $ - | | | $ - | | | $ - |
| Singapore | $ 306 | $ 1,230 | $ 4,147 | $ 6,600 | $ 11,679 | $ 10,003 | $ 10,094 | $ 4,504 | $ 7,852 | $ 10,525 | $ 8,883 | | $ 75,823 |
| Slovakia | | | | $ 150 | $ 185 | $ 314 | $ 323 | $ 144 | | $ 339 | $ 555 | $ 988 | $ 2,998 |
| Slovenia | | | | | $ 95 | | $ 549 | $ 78 | | $ 297 | | $ 357 | $ 1,375 |
| South Africa | | | $ 283 | $ 399 | $ 555 | $ 767 | $ 225 | $ 199 | $ 116 | $ 53 | $ 78 | $ 327 | $ 3,004 |
| South Korea | | | | | $ 705 | $ 372 | $ 979 | $ 1,073 | $ 75 | $ 951 | $ 85 | $ 976 | $ 5,215 |
| Spain | | $ 153 | $ 523 | $ 819 | $ 2,989 | $ 2,387 | $ 1,871 | $ 1,173 | $ 1,345 | $ 520 | $ 2,639 | $ 4,893 | $ 19,313 |
| Sweden | | $ 80 | $ 315 | $ 1,395 | $ 1,283 | $ 3,168 | $ 1,522 | $ 2,098 | $ 690 | $ 497 | $ 1,148 | $ 2,154 | $ 14,351 |
| Switzerland | | $ 523 | $ 2,136 | $ 2,580 | $ 5,086 | $ 3,682 | $ 5,421 | $ 4,988 | $ 1,194 | $ 1,613 | $ 5,343 | $ 8,875 | $ 41,442 |
| Taiwan | | | | $ 105 | $ 467 | $ 1,073 | $ 867 | $ 258 | $ 55 | $ 231 | $ 1,077 | | $ 4,133 |
| Thailand | | | $ 155 | $ 417 | $ 220 | $ 293 | | $ - | $ 85 | $ 554 | $ 2,216 | $ 1,289 | $ 5,228 |
| Trinidad and Tobago | | | | | | $ 256 | | | $ 70 | | | $ 220 | $ 545 |
| Turkey | | | | $ 80 | | | $ 85 | | | $ 75 | $ 63 | $ 677 | $ 980 |
| Turks and Caicos Islands | | | $ 72 | | | $ 82 | | | | | | | $ 154 |
| Uganda | | | | | | | $ - | | | | | | $ - |
| Ukraine | | | $ 400 | $ 335 | $ 190 | | $ 41 | | | $ 190 | | | $ 1,156 |

Sales by Country - Shopify

| Sum of Total sales | Column Labels | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Grand Total |
| Row Labels | | | | | | | | | | | | | |
| United Arab Emirates | | $ 67 | $ 195 | $ 1,026 | $ 1,767 | $ 3,743 | $ 832 | $ 1,846 | $ 2,101 | $ 1,626 | $ 3,259 | $ 4,166 | $ 20,628 |
| United Kingdom | | $ 3,126 | $ 6,324 | $ 8,307 | $ 12,920 | $ 15,740 | $ 14,638 | $ 15,091 | $ 6,917 | $ 12,738 | $ 20,653 | $ 31,459 | $ 147,913 |
| United States | $ 3,507 | $ 157,036 | $ 651,343 | $ 1,388,139 | $ 3,422,984 | $ 3,927,256 | $ 3,634,099 | $ 2,574,043 | $ 2,201,258 | $ 5,960,334 | $ 12,209,805 | $ 9,097,938 | $ 45,227,742 |
| United States Minor Outlying Islands | | | | | | $ 75 | | | | | | | $ 75 |
| united states of america | | | | | $ 184 | | | | | | | | $ 184 |
| Uruguay | | | | | $ 105 | | | | | $ 204 | $ 53 | $ 104 | $ 466 |
| US | | | | | | $ - | $ - | | | | | | $ - |
| Uzbekistan | | | | | | | $ 115 | | | | | | $ 115 |
| Vietnam | | | | | | $ 185 | $ 81 | | | $ - | $ 522 | | $ 788 |
| Zambia | | | | | | | | | | $ 79 | | | $ 79 |
| (blank) | | $ 214 | $ 630 | $ 223 | $ 36,462 | $ 43,348 | $ 148,275 | $ 96,942 | | $ 3,873 | $ 1,570 | $ 40,480 | $ 372,019 |
| Grand Total | $ 3,585 | $ 184,402 | $ 743,957 | $ 1,525,304 | $ 3,702,874 | $ 4,242,712 | $ 4,027,985 | $ 2,873,746 | $ 2,327,863 | $ 6,233,719 | $ 12,711,036 | $ 9,511,163 | $ 48,088,345 |