# Exhibit 15

https://www.loveandwild.co/?srsltid=AfmBOooijuOcMV78hu0V3ABXVC74ClFcKG1UPWsW9t7vPNuYVBLE9hd    August 7, 2025 at 5:04 PM EDT

Our School Years Book • Shop Our School Years Book • Shop Our School Years Book • Shop Our School Years Book •

*love + wild*   Home   Shop ⌄   Baby Books   Pregnancy Journals   School Year Memory Books   Baby Essentials   About   🔍 🛒



*made to love*
## baby books and pregnancy journals

shop now



baby memory books



pregnancy journals



baby blankets + pajamas

made with love    made with love    made with love    made with love    made with love    made with love    mad

## Save your memories forever

Our products are proudly designed and shipped from our studio in Florida

Exhibit
Wildbird000015
15th Sep 2025



## Heirloom Collection

A beautifully curated collection of baby books and pregnancy journals made in the USA with the highest quality materials and craftsmanship.



### Premium Craftmanship

A beautiful hardback cover wrapped in premium linen with foil stamping and durable Smyth sewn binding.



### Keepsake Box

Comes in a beautiful box to store your book with extra space for photos and keepsakes.



### Personalization

Our linen collection can be personalized to add your baby's initials to the front cover.

RIDE000147



Shop Collection

## meet the founder

Hi, I'm Ashley! I started love + wild in 2019 when I was pregnant with my daughter. My goal is to create thoughtfully designed products to inspire you to document the moments that matter most from pregnancy through your child's early years.

our story



## As Seen In

what to expect.        MOTHERLY

This is the second book we've purchased, I love the details and that the books goes beyond birth - there is also a lot of room for miscellaneous photos or notes. Would highly recommend!

‹  • • • •  ›

RIDE000148

## Who We Are

Woman Owned Small Business

Designed In Florida

Quality When It Matters

## Join Our Community

Receive early access to releases, exclusive offers + free shipping on your first order.

E-mail

Sign Up

**Help**

FAQ's

Contact Us

Shipping + Returns

**Inquire**

Our Story

Wholesale

Affiliate Sign Up

**More**

Blog

Terms of Service

Privacy Policy

**About Us**

Heirloom quality memory books made by a mom for moms. All orders ship from our studio in Florida.

f  ⊙  ℗

© 2025, byw + wild. Powered by Shopify.

RIDE000149



Hours & Location    About



my wild child

 Shop All    Q  ♀  🛒



**Natural & local children's toys, clothing, and outdoor gear**

**Free home delivery** to Viroqua, LaFarge, and Viola, Wisconsin

**Flat $5 shipping** throughout the US

 Text us

## Now accepting children's + mama clothing item donations and consignment for our used

## Just in time for summer...



Text us

Eco Snap Swim Diaper (Swim Safe
Program): Safety Orange, 24mo
$17.99

Eco Zip Long Sleeve Rashguard (Swim
Safety Program): Safety Green, 24mo
$26.99

Eco Zip Long Sleeve Rashguard (Swim
Safety Program): Safety Yellow, 4T
$26.99







Text us

RIDE000150

Eco Snap Swim Diaper (Swim Safe Program): Safety Orange, 12mo
$17.99

Snap Reusable Absorbent Swim Diaper 4T
$15.99

Snap Reusable Absorbent Swim Diaper 3T
$15.99







Blueberry Parachute
$28.00

Mini Blueberry Playsilk
$12.00

Easy-Change Eco Swim Trunks 12m
$24.99





Easy-Change Eco Swim Trunks 6m
$24.99

Orange Board Shorts: 2T
$15.00

Easy-Change Eco Swim Trunks 18m
$24.99







Eco Snap Swim Diaper with Gusset (Stripes Collection): Gray Stripe / 12m
$17.98

Easy-Change Eco Swim Trunks: 18m / Navy Aqua Gray Color Block
$24.99

Eco Snap Swim Diaper with Gusset (Stripes Collection): Light Pink Pinstripe / 6m
$17.98





RIDE000151



Classic trunk w/built-in swim diaper:
Seafoam Simple Dino / 6 Months
$19.99

Green Board Shorts: 3T
$15.00

Cap Sleeve Rashguard Shirt 12 m
$14.99

Easy-Change Eco Swim Trunks: 3T /
Navy Aqua Gray Color Block
$24.99

Breathable Sun Blanket
$19.99



Outerwear

Baby

Children's

Toys & Books

Mama

Text us

RIDE000152

**Hours**

Thursday 10-2pm
Friday 10-4pm
Saturday 10-3pm
Sunday 11-2 pm

# Newborn Cloth Diaper Rental

You want to wrap your newest bundle in cloth from the get go but don't want to splurge on newborn cloth? A rental is your solution!

**You will receive for 60 days:**
* 22 newborn cloth diapers
*1 mini diaper bag
(Extensions at a discount are an option)
* You must agree to use natural detergents and no bleach on diapers, see terms and conditions below.
A new stash of newborn diapers will run you around $400, and they are normally used just 3-6 weeks (shorter for a big baby, longer for a small baby). They are much smaller than even small sizes of cloth diapers that your little one will use for the rest of their diapering experience – so often the cost simply isn't worth it. What's a crunchy mama to do! Rent!
Cost: $50/per month



[ Text us ]

## Now offering used clothing!

[ Text us ]

Shop our used clothing offerings anytime, and drop by items for donation or consignment Fridays from 12-4 pm. Contact us for more information.

[ Learn more ]

**My Wild Child Boutique**



210 S Main St Ste A
Viroqua, WI
(307)258-2926



| Email | Sign up for news |

This form is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



[ Text us ]

© ____

*Mama Bear-Mama Owned * Free shipping on orders over $150*

  

Baby ⌄   Children ⌄   Gifts   Organic Stuffed Animals   Adult Wear   Wool Care Products   Shop by Brand ⌄   Sale   Customer Care ⌄

About Us



### Organic Boiled Wool Buntings

View More

View More

‹   ○  ○  ●  ○   ›   ‖

## Clothing As Nature Intended



# Because their well-being and our Earth's future go hand in hand.

*Organic Wool, Ethical Alpaca, European Linen, Organic Cotton & more - purposefully sourced for life's everyday adventures.*

RIDE000154



Baby and Kids Sun Hats →

Pure Linen →

Soft & Durable Organic Cotton →







Shoes, Boots & Sandals →

Organic Socks, Tights and Booties →

Summer Wool →







Outerwear →

Organic Cotton Waxed Canvas Jackets →

Baby Essentials →







RIDE000155




Children's Essentials →

Hats and Mittens →

Gift Ideas →




Wool Care →

Up to 30% off - Sale →



### Wool and Organic Fibers

We are committed to supplying your family with healthy, toxin free clothing with the highest human, environmental and animal welfare standards. We care and make sure our brands do too.



### Heirloom Quality

We put our hearts into sourcing beautiful long lasting clothes that stand the test of time. Purchasing quality items means needing less, and saving more. Gentle on the planet, gentle on you.



### Sustainable Packaging

We ship using biodegradable and recyclable packaging. Being gentle on the planet is a part of our core values. We stand to make the best choices for a healthier planet and a healthier future for our children.

## MOST LOVED ITEMS







RIDE000156

Disana – Shoulder Button Organic Merino Wool Sweater
From $46.95

Engel – Organic Merino Wool Silk Onesies – Long Sleeves
From $33.95

Disana – Merino Melange Button-Up Sweater
From $48.95

Cosilana Organic Wool Silk Cotton Kids Long Sleeve Top (12 months - 10 years)
From $24.95

Disana Organic Merino Wool Knitted Trouser Overall
From $42.95

Disana Organic Merino Wool Trous
Fron

< 1/4 >

view all

# Featured Products



PURE PURE

## NEW Colors! Pure Pure Organic Cotton Sun Hat - Baby and Toddler (5 colors)

$30.95

Shipping calculated at checkout.

Pay over time for orders over **$35.00** with shop☐ Learn more

Color

Caramel | Navy | Green
Salmon | Magenta

Size

45 (6-12 months)
47 (10-14 months) | 49 (1-2 years)
51 (2-3 years) | 53 (3-4 years)
55 (4-6 years)

Quantity

– 1 +

Add to cart

Buy with shop☐

More payment options

⇧ Share                View full details →



## Pololo - Little & Big Kids Barefoot Sneaker - Organic Cotton (3 colors)

$84.95

RIDE000157





Shipping calculated at checkout.

Pay in 4 interest-free installments of **$21.24**
with shop Learn more

Color

Sunny-Yellow    Turquoise

Maroon

Size

22 (US Little Kids 6-6.5)

23 (US Little Kids 7-7.5)

24 (US Little Kids US 8)

25 (US Little Kids 8.5-9)

26 (US Little Kids 9.5)

27 (US Little Kids 10-10.5)

28 (US Little Kids 11)

29 (US Little Kids 11.5)

30 (US Little Kids 12-12.5)

31 (US Little Kids 13-13.5)

32 (US Big Kids 1)

Quantity

–    1    +

Add to cart

Buy with shop Pay

More payment options

⭫ Share                    View full details →



# Let's Stay In Touch

helpful insights from our journey with wool and other natural fibers.

We'll only send what's meaningful — and if you ever want to share your story with
natural fibers, we'd truly love to hear from you. 💜

Email                                            →

**Quick links**          **Info**              **Our Mission**

Home page             Search                Our mission is to create a
                                             trusted space where families
About                 Delivery Policy        can find sustainable, toxin-free
Shop                  Return Policy          clothing and lifestyle goods —
Contact               Privacy Policy         rooted in community,
                      Terms of Service       customer care

RIDE000158



Subscribe to our emails

Email →

*commitment to the health of our children and the planet.*

♡ Follow on shop

Country/region

United States | USD $ ∨

© 2025, Nature's Wild Child Powered by Shopify  ·  Refund policy  ·  Privacy policy  ·  Terms of service  ·  Shipping policy  ·  Contact information

💬 Chat



New Arrivals    Classes & Events ˅    Baby & Toddler ˅    Parents ˅    Carriers ˅    Lifestyle ˅    Registry ˅



# Earth loves cloth diapering

(we do, too)

See more



## Our New Location!!

Sadly our Greenpoint home is permanently closed, BUT we now are located in Williamsburg Brooklyn at Grand Street Healing! We are collaborating with Domino Kirke-Badgley, Doula and one of the founders of Carriage House Birth, on this lovely space. In this collection we focus on products that support the prenatal & postpartum periods as well as products for infants. Find more location specific information on our new instagram, @thewild.burg, and come see us!

## Popular Collections



Nursery



We Love Babywearing



Sustainable Feeding

RIDE000160










## About us

We empower parents by providing products and education to support their unique journey through parenthood. We strive to work with vendors and artists who are creating beautiful products in an environmentally and ethically responsible way and host a large offering of classes and workshops from prenatal to postpartum and for kids of all ages!

## Diapering

View all (6)



Design Duo Changing Basket - Craft
$120.00



Coterie Diapers
$20.99



Design Duo Changing Basket - Primo Meridian
$120.00



Keekaroo Peanut Changer
$149.95

## Mother Mother

View all (9)

RIDE000161








Mother Mother Magnesium Oil
$24.00

Mother Mother Organic Herbal Sitz Bath
$24.00

Mother Mother Everything Oil
$28.00

Mother Mother Morning Sickness Relief Bands
$12.00

## Apothecary


View all (54)






OMA Food - The Vegan Seaweed Soup
$45.00

OMA Food - The Beef Bone Broth Seaweed Soup
$45.00

Kate McLeod - Dusk Stone | Natural Insect Repellant
$38.00

Kate McLeod - The Everywhere Stick
$28.00

## Blog

View all




Why Baltic Amber? What's The Hype About?

Women Owned Among the Flowers

Happy Baby Carriers

Read more


Read more

Read more



Back to the top ↗

**NEWSLETTER**

Sign up to receive the latest on new products, sales and events.

Email address

Sign up

**ABOUT US**

Work With Us
The Wild Blog
Classes & Events
FAQs

**CUSTOMER CARE**

Contact Us
Shipping Policy
Return Policy
Gift Cards






Copyright © 2025 The Wild.
Theme by Clean Themes. Ecommerce Software by Shopify.



RIDE000162

Welcome to our store

**The Wild Child**    Home   Brands   About Us



## Shop new merchandise from our Facebook page and Instagram page!



Subscribe to our emails

Email    →

RIDE000163



© 2025, The Wild Child Pictured by Shopify

RIDE000164

PRE-ORDER ITEMS CURRENTLY AVAILABLE TO GIFT CARD HOLDERS ONLY. CLICK HERE TO FIND OUT MORE



**WILD & TAME**

 

CLOTHING ⌄    ACCESSORIES ⌄    TEETHING ⌄    COT BEDDING ⌄    GIFTING ⌄    SHOP BY FABRIC ⌄    OUTLET







### WOULD YOU LIKE 10% OFF YOUR FIRST ORDER?

Sign up to our newsletter to receive a discount code straight to your inbox!

Plus you'll be the first to hear about special offers and new products!

First Name

W&T Loyalty Club

BABY & CHILDREN'S CLOTHING ›

 Handmade with joy
by a mummy for you and your
little ones

 Unique pieces
made from limited edition fabrics

 Made to be treasured
and passed down for more
adventures.

WELCOME TO

## The Wild and the Tame

A baby and children's boutique specialising in luxury clothing, accessories and nursery décor. We offer exquisite pieces, handcrafted from limited edition fabrics in the Kent countryside.

LAST MINUTE GIFTS

## Ready to Post

Whilst pre-orders are temporarily closed to non-gift card holders, a beautiful range of pre-made items are still available for immediate dispatch. Perfect for last minute gifts!

   

RIDE000165


Smiling Sunflowers Teething Ring
$23.00

Smiling Sunflowers Baby Comforter
$33.00

Smiling Sunflowers Headband
from $23.00


Smiling Sunflowers Bandana Bib
$22.00

VIEW ALL >

Free delivery
on orders over £50

Free gift
with orders over £75

## One of a Kind

We use stunning limited edition fabrics, which you simply won't find on the high street. Each product is cut and sewn individually, making every piece unique.





CUTE & COSY
Sweet little bonnets for autumn adventures

NEWBORN GIFTS
Shop presents for new bundles of joy



RIDE000166



★★★★★

"We are in love with this top! The material is so comfortable, great quality. The print is gorgeous. And the flutter sleeve makes it extra cute. It is perfect for summer time! And you can easily wear it with a cardigan in colder days. Very happy, thank you."

Sylvia, Rugby

● ● ● ● ‖

ABSOLUTELY ADORABLE

## Autumn Must Haves





Shortie Baby Romper (Pre-order)
from $48.00
★★★★★ 2 reviews



Roarsome Pre-Walker Shoes (Pre-order)
from $33.00

Designed for little individuals with big personalities, our unique clothing brings unmissable fun to blustery days!

SHOP THE LOOK ›

## Handmade with Joy

Every item is made in the UK and wrapped with care by founder and mum of two, Chantelle Nyamekye. Pretty packages of handmade joy, from this mummy to you and your little ones x



RIDE000167

MEET THE MAKER >

★★★★★

Even better than the pictures. The quality and detail is flawless and made even better by the care and service Chantelle gives. The best shopping experience I have ever had - thank you!"

Ali, London

● ● ❚❚

AS FEATURED IN



baby    TATLER    CWB:    BABA

CREATIVE IDEAS

## From the Blog





Styling Made Easy: Baby and Children's Summer Outfit Ideas

Dressing your little ones can be both fun and challenging, especially when you want them to look adorable while staying comfortable. Here's some inspiration for stylish...

Read more

How to Plan Your Nursery Around a Fabric Print

If you've just found out you're pregnant, congratulations! Wondering where to start converting your spare room into a beautiful nursery? This blog teaches you foolproof ways to combine pattern,...

Read more

JOIN OUR MAILING LIST

## Stay in the Know

Subscribe to our weekly email newsletter to be the first to hear about new products and limited edition

RIDE000168



HELP

FAQs

Pay Later with Klarna

Delivery & Returns

Caring for your Products

Privacy Policy

ABOUT

Get In Touch

Our Story

Blog

Wholesale

© 2025 The Wild and the Tame | Powered by Shopify

**WOULD YOU LIKE 10% OFF YOUR FIRST ORDER?**

Sign up to our newsletter to receive a discount code straight to your inbox!

Plus you'll be the first to hear about special offers and new products!

First Name

W&T Loyalty Club

RIDE000169

USE DISCOUNT CODE "HOLDYOURHORSES" FOR 15% OFF YOUR ORDER OF $75+



THE WILD ONES

SHOP ALL    SHOP BY BRAND ⌄    SHOP BY AGE ⌄    SHOP BY PRODUCT ⌄
MILWAUKEE MARKETS



# HOLD YOUR HORSES

Have you seen all of our new embroidered pieces?!

CHECK THEM OUT

## SHOP BY CATEGORY



**Infant (0-12 Months)**

Everything from the sweetest baby onesies to pacifiers, bottles & more

SHOP INFANT



**Toddler (1-3 Years)**

Screen printed & embroidered apparel + organic cotton pajamas

SHOP TODDLER



**Child (4-12 Years)**

Screen printed & embroidered apparel + organic cotton pajamas

SHOP CHILD







RIDE000170







**Adult**

Screen printed & embroidered tees, crews and baseball caps

SHOP ADULT

**Vinyl Stickers**

Deck out your cooler, water bottle, notebook, laptop and so much more

SHOP STICKERS

**Birthday Number Candles**

The sweetest, small batch candles to help celebrate your big days

SHOP CANDLES



## shop small, natural, & eco friendly

screen printed and embroidered designs, organic cotton pieces, + hand picked favorites from brands we believe in and love; making it easy for you to shop small, natural and eco friendly for all of your little ones' essentials

**Quick links**

About Us
Returns & Exchanges
Contact Us
Milwaukee Markets
Liam's Lost World Markets

All orders ship within 5 business days with the exception of orders containing custom pieces and/or pre-order items.

Please see custom pieces and pre-order item listings for an accurate turn around of your orders containing such pieces.

**E-NEWSLETTER: Subscribe to our monthly newsletter for insights, discounts, sneak peaks and more!**

Email address         SUBSCRIBE

USD $ ∨

     

© 2025, The Wild Ones Shop Powered by Shopify

RIDE000171



RIDE000205

     

**Relieve Boo-Boos**
The comfort pack relieves aches and pains with hot or cold therapy.

**Ease Restlessness**
The comfort pack gives off a subtle and pleasant lavender scent that's sure to ease any restlessness.

**Child-Safe**
Free of plastic parts and choking hazards. Non-toxic.

**Gift-Ready**
All Plush Pals come in kraft packaging that make for instant gifts.

## FEATURED PLUSH PALS

  

UNICORN STUFFED ANIMAL – MICROWAVEABLE PLUSH PAL WITH HOT COLD THERAPY PACK
$23.99

CAT STUFFED ANIMAL – HEATABLE PLUSH PAL WITH HOT COLD THERAPY PACK
$23.99

DINOSAUR STUFFED ANIMAL – HEATABLE PLUSH WITH HOT COLD PACK
$23.99

RIDE000206



## GALLERY



## BLOG POSTS

RIDE000207

   

**WIN AN ADORABLE DUCK PLUSH PAL THIS DECEMBER – WILD BABY GIVEAWAY**

December 01, 2025 • 3 min read

READ MORE

**WIN AN ADORABLE DINO PLUSH PAL THIS NOVEMBER – WILD BABY GIVEAWAY**

November 01, 2025 • 3 min read • 32 Comments

READ MORE

**WIN AN ADORABLE UNICORN PLUSH PAL THIS OCTOBER – WILD BABY GIVEAWAY**

October 01, 2025 • 3 min read • 48 Comments

READ MORE



**SHOP**

Original Plush Pals

Knitted Plush Pals

**EXPLORE**

About Us

Blog

Benefits

FAQs

Contact Us

Shipping & Returns

Privacy Policy

**CONNECT**

© 2025 Wild Baby. A Terran, LLC online store. 8275 South Eastern Avenue Suite 200 Las Vegas, NV 89123. All prices are in USD. Powered by Shopify.

RIDE000208

Enjoy free shipping when you spend over $100. Enter WILDBLUEBERRY at checkout to apply this offer.

home   new arrivals   collection   about   events   search



Login      🛒 0





ENSURING A BETTER FUTURE FOR OUR CHILDREN AND OUR PLANET, TOGETHER.

shop our pre-loved and eco-conscious, curated collections and
join the movement towards a more sustainable future for

Learn More

## shop new arrivals









sequin bomber | 4T
$30.00

tie dye polo | 7Y
$45.00

banana dress
$20.00

dinosaur romper | 3-6M
$14.00

Shop New Arrivals



RIDE000209




Shop Baby

Shop Toddler

## FOLLOW US ON INSTAGRAM FOR UPDATES ON NEW COLLECTIONS, SALES AND POP-UPS!

Sign up with your email address to receive news and updates.

| Email Address | | **Sign Up** |

**About Wild Blueberry**

About
FAQ
Contact

**Learn more**

Shipping & Returns
Size Guide
Brands We Love

RIDE000210

https://www.wildchildbrand.com/                                                                                                        August 7, 2025 at 5:07 PM EDT



Search   Q   

**STICKERS   CARDS   NOTEPADS   POSTCARDS   OTHER FLAIR   WHOLESALE**

ABOUT   CONTACT







**Stickers**
weatherproof vinyl stickers

**Postcards**
adventures are worth sharing

**Notepads**
perfect for the jotter or the doodler

---

## New Arrivals









**Stay Inspired Sticker**
$4.00

**Pipeline Oregon Sticker**
$4.00

**Vintage Sun California Sticker**
$4.00

**Bold Coast – Washington Evergreen Blue Sticker**
$4.00







**Memphis Shop Patch Sticker**
$4.00

**Bold Coast – California Golden Sunset Sticker**
$4.00

**San Diego Palms Sticker**
$4.00

**Shine Bright Sticker**
$4.00

---

## Popular Stickers











**Ladybug Flower Sticker**
$4.00

**Little Woodland Mushrooms Sticker**
$4.00

**Strawberries Sticker**
$4.00

**Mixed Bag of Emotions Sticker**
$4.00

RIDE000211






**Retro Oregon Sticker**
$4.00

**Life's Killer in the PNW Sticker**
$4.00

**Life's Swell West Coast Sticker**
$4.00

**Little Myrtle Turtle Sticker**
$4.00

more stickers

At Wild Child Brand, we are committed to reducing our impact on the environment, supporting other small businesses, and giving back to our community. To lower our carbon footprint, we make all our items in the USA. The majority of our catalog is produced within 150 miles of our studio.



What customers are saying…

★★★★★                    ★★★★★

is excellent quality and great packaging. I will
definitely be ordering from this company again.
-Amanda

Newsletter

Sign up for our newsletter below

Your Email

Sign Up

Info

About
Contact
Customer Care
Wholesale

Follow Us

This outfit is located in Eugene, Oregon
© 2025 Wild Child Brand™ All rights reserved. Terms & Conditions
All designs are protected under strict copyright laws and cannot be reproduced in any manner without the written consent of Wild Child Brand™.

RIDE000212



GIFT CARD    HOME    LITTLES

Shop All    Q        



## New Spring Arrivals



**Trafalgar B Recycled Nylon Bags 7 options**
$79.95





**Flower Press Toy 3 Options**
$15.00

Shop Now



**Citron Organic Bucket Sun Hat**
$28.00

Shop Now

## Books



**Gotta Go, Buffalo**
$16.99

Shop Now



**I Love the Mountains Book**
$18.99

Shop Now

## Baby Love



**Baby bunny (oatmeal) Cuddle Kind**
$34.00

Shop Now



**Baby Duckling Cuddle Kind**
$34.00

Shop Now



**Baby Kitten Cuddle Kind**
$34.00

Shop Now

RIDE000213



## Location & Hours

Wild Child Collective
438 N Last Chance Gulch
Helena, Montana 59601
(406) 558-9891
info@wildchildcollective.co

Get directions

| | |
|---|---|
| Monday | 10:00 am - 5:00 pm |
| Tuesday | 10:00 am - 5:00 pm |
| Wednesday | 10:00 am - 5:00 pm |
| Thursday | 10:00 am - 5:00 pm |
| Friday | 10:00 am - 5:00 pm |
| Saturday | 10:00 am - 5:00 pm |
| Sunday | 10:00 am - 4:00 pm |

## Stay in the Loop

Email | Sign Up

This form is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Wild Child Collective Shop                Copyright 2020

5833 Library Road, Bethel Park, Pennsylvania 15102 | 412-835-4367

HOME    CONSIGNOR INFO    WISH LIST    CONTACT US    CONSIGNOR PORTAL    CUSTOMER REVIEWS    FEATURED VENDORS

# WILD CHILD CONSIGNMENT

WELCOME TO WILD CHILD CHILDREN'S RESALE SHOP!



**CLICK HERE TO SEE THE FACEBOOK ONLINE CATALOG**

## ABOUT US







### LOCATION

Wild Child is located on Rt. 88 in Bethel Park, PA. The shop is right in between Logan Rd and Kings School Rd.

**GET DIRECTIONS**

### Hours of Operation

See the current week's hours on the CONTACT THE SHOP TAB or on google maps. If you are unable to stop by during the weekly walk-in hours, appointments to shop can be scheduled by sending an email, Facebook message, or by calling at 412-835-4367.

**CONTACT US**

### INVENTORY

You can find clothing size newborn to young adult, children's furniture, baby gear/equipment and toys in brand new or excellent condition at Wild Child.

**CLICK HERE TO SEE HOW TO BECOME A CONSIGNOR / ITEMS WE ACCEPT**

## EXAMPLES OF INVENTORY: PHOTO GALLERY (TO SEE CURRENT INVENTORY, CHECK OUT THE ONLINE CATALOG ON FACEBOOK)

RIDE000215



WILD CHILD PERKS! DRESSING ROOM*LARGE PLAYROOM FOR KIDS TO PLAY WHILE PARENTS SHOP*RESTROOM FOR CUSTOMER USE*PRIVATE AREA FOR FEEDING HUNGRY BABIES







FIND US ON FACEBOOK!





RIDE000216



## GIFT CARDS

Send a gift card to friends and family or buy it now for your future use.



Copyright © 2018 Wild Child Consignment – All Rights Reserved.

CONSIGNOR INFO   WISH LIST   CONTACT US   CONSIGNOR PORTAL   CUSTOMER REVIEWS   FEATURED VENDORS

Powered by


GoDaddy Airo

info@wildchildplayco.com   856-432-3083   WAIVER

About Us ⌄   Contact Us   Classes ⌄   **Wild Child** PLAY CO.   Open Play   Parties   Membership



# All About The Space

At Wildchild we seek to engage every type of child with every type of play. Each area of our playspace engages the child in a different way. We strive to be a multisensory environment where any child can thrive, engage and have a WILD time.



Tour of the permanent structures/play areas:

★ Take center stage and watch children let out their inner star potential. This space will also be used for our story times and many other purposes.

★ We have plenty of seating for parents to relax, socialize or work while their children are entertained in a clean and safe, contained, play area.

★ Gross motor play galore! We have opportunities for climbing, sliding, balancing and more on our central playground. Think suburban playground without all of nature's elements getting in the way.

★ What would a suburb be without our local businesses? The playhouses around the perimeter allow children to use their imaginations and let their creativity flow. There is a market, café, "outdoor" patio, vet office and a construction zone. All full of not only pretend play opportunities but also creative problem solving, STEM, costumes, math practice and more.

★ Soft play for the little ones! There is an entire area devoted to our youngest customers. They can practice their new gross motor skills and explore in a safe contained space. - PARTY ROOM- this large space is fully equipped for all of your party needs. This space is also used for our drop in classes.

★ Coffee Bar- When you enter or when you're settled come to our coffee bar and get a nice beverage and snack for both you and your kids.

RIDE000218



Have questions?
Feel free to contact us.

Your Name

Your Email

Subject

Message

Send



Mon – Fri: 9:00 AM to 6:00 PM | Sat and Sun: 10:00 AM to 6:00 PM
2076 Marlton Pike East | Cherry Hill, NJ 08003 | 856-432-3083 | info@wildchildplayco.com

Search                                                        🔍            🛒 View Cart

HOME    SELL US YOUR STUFF    CONTACT    SHOP    UPCOMING EVENTS    FOLLOW US

# The Wild Child Way

### WILD about fashion and fun!

Wild Child offers the area's largest selection of NEW and NEW to YOU merchandise. Our team works hard to build relationships with manufacturers to bring you NEW boutique quality items at great prices.

We depend on our local customers to fill our stores with fabulous NEW TO YOU merchandise. We pay cash for gently used name brand clothing, shoes, toys, and equipment.

Shop Now



**Lees Summit**

630 NE 291 HWY
Lees Summit, MO 64086
Call us now: (816) 554-1009
Email: customerservice@wildchildresale.com

**Liberty**

915 W Liberty Dr
Liberty, MO 64068
Call us now: (816) 883-8893
Email: customerservice@wildchildresale.com

**Return Policy**
We are unable to accept online returns at this time.
Rest assured, all items are thoroughly inspected and
carefully packaged.
Facebook  Instagram  Privacy Policy

Home  |  Sell us Your Stuff  |  Contact  |  Shop  |  Upcoming Events  |  Follow Us  |  Site Map

Copyright © 2007-2025 - Wild Child Resale
Website Design by RAIN

RIDE000220











*toys • games • activities • crafts • apparel • baby*



657 Vernon Avenue
Glencoe, IL
**847-835-3400**



1114 Central Avenue
Wilmette, IL
**847-728-0775**



| HOME | SHOP ONLINE | ABOUT US | CONTACT US | PRESS | BLOG | RETURN/REFUND POLICY |







Join our mailing list
Never miss an update

Email Address

Subscribe Now

Monday-Saturday 10a-5p
Sunday 11a-4p

* * * * * * * * * * * * * * * * * * * *

© 2024 by The Wild Child, LTD.                                    Return/Refund Policy



15% OFF SITE-WIDE

wild Ivy

New    Clothing    Toys + Accessories    Brands    Sale    Preloved



FREE SHIPPING ON ORDERS $50+



**SITE-WIDE**

15% OFF WITH CODE: SUMMER

SHOP NOW

## Just In
Our newest arrivals



Rylee + Cru Jogger Pant, Horses
$31.20 $52.00



Rylee + Cru Leggings, Idigo
$25.20 $42.00



Rylee + Cru Relaxed Long Sleeve Tee, Saddle Stripe
$25.20 $42.00



The Simple Folk Denim Shorts
from $80.00



The Simple Folk Overall Romper, Rust
$72.00



The Simple Folk Plant Dyed Kimono, Oak
$55.00



The Simple Folk Beach Bum Playsuit, Undyed
from $55.00



The Simple Folk Essential Bonnet, Mushroom
$25.00

RIDE000223



Show more



**Play Safe**

With non-toxic toys!

Show more

Mushie Paint Palette Press Toy, Multi
$14.99

Lion + Lamb the Label Wooden Shape Puzzle
$56.99

PlanToys Pets and Accessories
$15.00

## SO MUCH SALE
End of season up to 40% off!



Petit Co. Iggy Knit Romper, Sandy Beige
$24.50 $35.00

Petit Co. Knit Beanie, Forest
$19.60 $28.00

Petit Co. Sock Set
$11.20 $16.00

Quincy Mae Knit Booties, Sand
$21.00 $35.00

Show more

## Welcome to Wild Ivy

Wild Ivy was inspired by our own children and our love for soft, gender-neutral pieces. We offer beautifully made clothing and accessories for babies and kids that have been handpicked from brands with the style and comfort that we love. We supply eco-friendly, soft, sustainable and organic apparel for your little ones, and support mama and American made business who create quality and handmade products.



Free U.S. Shipping $50+
Free International Shipping $249+

Free 14-Day Returns
See Exclusions

Orders Ship in 1-4 Days
Not Including Weekends + Holidays

Subscribe To Our Newsletter For 10% off!

Your email                    Subscribe

**Follow Along**

f 🔗

**Support**

About

Contact

**Top Brands**

Rylee + Cru

Quincy Mae

**Top Sellers**

Holiday Shop

Blankets + Quilts

RIDE000224

Shipping & Returns

Coupons + Promotions

Terms of Service

Blog

The Simple Crib

New Gram

Moss & Fawn

Newborn

Wall Art

Toys + Decor

©Wild Ivy 2022

RIDE000225



## A classy country style for your Wild Ones

Offering high-quality clothing and accessories for babies and kids, from preemie to size 6.

Our mama-owned, Aggie-owned boutique blends modern style with southern charm to create timeless looks.

@wildonesbtx



RIDE000226



FREE SHIPPING ON ORDERS $100 • WE DO FREE RETURNS!





HOME    NEW ARRIVALS    ALL THINGS SUMMER    SHOP ⌄    HANDPOURED NONTOXIC SOY CANDLES    SALE    ABOUT

# Hey Y'all, Welcome





I am so glad you're here. My name is Whitney Peterson & I am the owner of Wild Poppy Boutique.
I started this business in August of 2021 what was once known as Wild West Co. I had my first
baby in August of 2024 that ended up being a whirlwind of unplanned medical issues & so many
surgeries and procedures, forcing me to focus my time on my newborn child & new family &
stepping away from the boutique. Upon returning in January of 2025, I needed something fresh
and new. I wanted to somehow keep a part of Wild West Co. since it is what got me where I am,
but I needed something more meaningful. Poppy is the birth flower of August & my son was born
in August. I decided to name my boutique after my son and honor him and all he has been
through. I rebranded and refreshed to Wild Poppy Boutique in January of 2025
My goal in this business is to give women the confidence they need & for them to love their
everyday look and outfit, whether it even just being casual clothes for lounging on the couch!
Every woman is beautiful and I want every woman to LOVE how they look & feel and give them
back the confidence they need. I have to give it up to God for giving me this opportunity + I
cannot thank him enough.
I am truly grateful + blessed.
XOXO,
*Whitney*

---

**SUPPORT**

Privacy Policy

**SHOP**

TOPS

**FOLLOW US ON SOCIAL MEDIA**

Instagram - @wild.poppyboutique

RIDE000228



https://www.wildrepublic.com/                                                                    August 7, 2025 at 5:05 PM EDT



About Us   Our Founders Legacy   Social Responsiblity ⌄   Just For Kids   Shop Now

To Become a Retailer ● Click here                                    Retail Customer ● Click here



## We create toys that are naturally fun!

For over four decades, Wild Republic's realistic stuffed animals and toys have helped children explore the beauty of nature. Our mission is to create toys that foster curiosity about wildlife and educate children about the wonders of nature. Wild Republic is the natural choice for young explorers everywhere.

## News & Press Releases








### Awards

Over the years, Wild Republic has garnered praise from some of the top toy organizations in the world.

Learn More

### Just for Family

Embark on an adventure to grow your imagination with Wild Republic. Learn interesting information about animals of all shapes and sizes with our Animal Facts.

Learn More

## Our Commitment

As a company committed to nature and conservation, Wild Republic strives not only to produce better toys for children, but also to create a world that's filled with compassion, responsibility and understanding.

★ To our Customers   ★ To the Animals   ★ To the Planet

RIDE000230

**Promise to the Planet**

     



View More



**OUR LOCATION**

7711 E. Pleasant Valley Rd.,
Independence,
OHIO USA 44131.

Toll-Free: 800-800-9678
Local: 330-425-2550
Fax: 330-425-3777

**MORE INFORMATION**

About Us

Our Commitment

ESG Report

Ecokins

Careers

Product Recall

Privacy Policy

Contact Us

**SHOP NOW**

Stuffed Animals

Toys

**FOLLOW US**

**OUR PARTNERS**

©2024. Wild Republic. All rights reserved.

RIDE000231



Search 🔍    🛍 [0]

Shop Online    Build-a-Buddy    Doll Clothes    Locations    About    Contact



WELCOME TO

# THE WILD THANG BOUTIQUE

A Diverse Collection of the Most Unique Children's and Women's Apparel

SHOP ONLINE

Whether you're a new parent, shopping for a loved one, or looking for that perfect one-of-a-kind outfit for an upcoming celebration, The Wild Thang Boutique offers one of the most unique lines of children's and women's clothing and accessories anywhere online. Browse our inventory, order online or visit any of our three stores.

CONTACT US        CALL: 575-313-2582

# FEATURED PRODUCTS



**Buffalo Axtec minky blanket**
$29.95



**cow spot printed minky blanket with fuchsia ruffle**
$27.95



**Aztec and cow button up collar shirt**
Starting at $28.95



**Buffalo Axtec cooler backpack bag**
$45.95









RIDE000232









3 pc Free as the sea-ariel pant
suit with Flounder and matching
bow
$32.95

Hippy Cowgirl print gown
$21.95

"Wild West". cow skull long
sleeve top and stripe bells
Starting at $36.95

Strawberry printed baby Swing 2
pc outfit
Starting at $34.95

At The Wild Thang Boutique, we're proud to offer one of the best selections of timeless children's and
women's clothes, accessories, outfits and fashion apparel. We have locations in both Florida and New
Mexico, and offer fast, affordable shipping throughout the entire United States and many International
locations.

SHOP ONLINE

## CHILDREN'S CLOTHES, APPAREL AND ACCESSORIES

From children's swimsuits and outerwear, to jumpers,
rompers, tops, bottoms and dresses, The Wild Thang
Boutique is one of the best places to shop for unique
and fashionable children's clothes online. Browse our
entire collection of children's clothing, outfits and
fashion apparel and discover what makes us a favorite
among other parents with amazing taste!

READ MORE





## WOMEN'S CLOTHING

The Wild Thang Boutique offers a unique shopping
experience for women, as well. From dresses, outwear,
tops, bottoms, swimsuits, and accessories, we offer a
wide range of fashionable options and designs for you
to enjoy. Browse our entire collection of women's
clothing online and discover what makes us one of the
best places to shop for unique and fashionable apparel!

READ MORE

RIDE000233

# THE WILD THANG
# BOUTIQUE LOCATIONS

Like most businesses, we started small and had big ambitions. It was the
popularity of our first store which allowed us to open more as we grew.
Today, we have two Wild Thang Boutique locations in Florida, as well as
our popular Let Them Be Little store in New Mexico. Get full location
details, contact information, directions and more.





The Wild Thang Boutique

Let Them Be Little Boutique


Englewood, FL
485 W Dearborn St. Suite A
Englewood, FL 34223
View Directions


Ruidoso, NM
2600 Sudderth Dr.
Ruidoso, NM 88345
View Directions



# Our Story

What started years ago as nothing more than a humble idea to sell children's
and women's clothes that were timeless and distinctive, has evolved into one
of the industry's most popular and unique clothing stores. Learn more about
the history of The Wild Thang Boutique and Let Them Be Little, and get to
know Farrah Cuellar, our company's founder.

READ MORE

For more information on our inventory, special size inquiries, shipping or placing an order online, get in touch with
The Wild Thang Boutique by phone at 575-313-2582 or via email by visiting our website's contact page.

CONTACT US



RIDE000234

Shop Online  /  Build-a-Buddy  /  Doll Clothes  /  Locations  /  About  /  Sitemap  /  Contact

## LOCATIONS

The Wild Thang Boutique
485 W Dearborn St. Suite A
Englewood, FL 34223
View Directions

(575) 313-2582

Let Them Be Little
2600 Sudderth Dr.
Ruidoso, NM 88345
View Directions

(575) 313-2582



Shipping & Returns   © 2025 The Wild Thang Boutique

Girls    Boys    Just In    Sale

# WILD WAWA

## English Garden is LIVE!

SHOP NOW

Co-founded by a mom and daughter duo in the spring of 2016, Wild Wawa is on a mission to add a special touch to your *wawa's* everyday adventures.

OUR STORY

HEIRLOOM  QUALITY

FEATURED POST

## The English Garden Lookbook is Live — The Final Chapter of SS25 🌸

We saved the sweetest surprise for last...Our beloved English Garden print is back — now in our most cherished silhouettes.  Take a closer look at all the magic coming tomorrow:Flutter Set —...

READ MORE



RIDE000236



JUST IN    TUTUS    DRESSES    TWO PIECE SETS    BOWS & HEADWEAR

Flutter Set - English Garden
★★★★★
2 Reviews
$84.00

Ciel Romper - English Garden
★★★★★
4 Reviews
$76.00

Coco Jumpsuit
★★★★★
1 Review

This section doesn't currently include any content. Add content to this section using the sidebar.



0:00 / 1:35



## Visit Our Store

Come visit us at our newly opened space in Encinitas, California and discover a world of treasures waiting for you.

FIND US →

RIDE000237



MADE        IN        PERU

WITH        LOVE

## Our Customers Say...

★★★★★ 2761 reviews



| Nancy B. ⊘ Verified Buyer | 07/31/25 |
|---|---|
| ★★★★★ | |
| **Very pretty bubble! Hoping it** | |
| Very pretty bubble! Hoping it fits through next summer | |

Adriana A. ⊘ Verified Buyer

★★★★★

**Staple piece in our closet!**

Staple piece in our closet!

Ciel Romper – English Garden

...uyer        08/02/25

its TTS but

TS but straps and stretchy chest

g flex

– Lemon Rose

Ciel Romper – English Garda



Dresses        Rompers & Overalls        Sale



☁ **Supreme Comfort**

Our clothing is luxuriously soft, thoughtfully crafted to prioritize your little one's delicate skin and ensure ultimate comfort.

☆ **Beautiful Design**

Our garments feature unique, handcrafted details that beautifully highlight the artistry of skilled craftsmanship, setting them apart from the rest.

♡ **Durability & Easy Care**

Our clothing is built to endure everyday wear while becoming even softer with each wash, ensuring lasting comfort and quality.

Follow us on Instagram

## @wildwawa

RIDE000238



# WILD WAWA

Join our email list for 10% off!

**Sign Up**

## Help

Search

Contact Us

Shipping Policy

Return Policy

Size Guide

Loyalty Program

Account

## Shop

Girls

Boys

Accessories

Gift Cards

## Company

About Us

Lookbooks

FAQs

Privacy Policy

Terms of Service

GET 10% OFF ✕

https://www.wildwestbaby.com/?fbclid=PAZXh0bgNhZW0CMTEAAae2rQL1Xu8_fVFR8us6VSRUFUVrQJxyhKqC8b848n00kQmFRmTIwk59cMjßpw_aem_NLdE2b7sfo    August 7, 2025 at 5:08 PM EDT
XX4VoLSdYrmQ



Home    Shop ∨    Contact ∨    Events    Store Hours    Our Story

## Wild West
BABY CO

🔍  👤  Cart 🛒 0



## Open Now!

3875 Tennyson Street

Denver, CO 80212

Monday – Sunday: 10 - 6

## Shop Collections



NEW IN CLOTHING



NEW IN TOYS



NEW IN BABY

## Shop Clothing









RIDE000240






Long Sleeve Skirted One Piece
$30.00

Knot Hat
$12.00

Gown and Hat Set
$46.00

Organic Cotton Short Sleeve Bodysuit
$20.00



Welcome to your next adventure

New Arrival!



**Relaxed Bubble Romper**

$48.00

Pay in 2 interest-free installments of **$24.00** with shop[Pay] Learn more

**COLOR:** Horseshoe

✕ ✕ ● ○ ✕

**SIZE:** 2-3Y

0(X)M    3(X)M    6(X)M    12(X)M    18(X)M    2-3Y

**SKU** 52962

**QUANTITY**    −    1    +

🟠 Only 1 left!

ADD TO CART

Get ready to romp in style with our Relaxed Bubble Romper! This playful piece features an eye-catching 'horseshoe' pattern on soft, natural fabric. With elastic leg openings and bottom snap closure, changing is a breeze. Perfect for fall, this short-sleeve romper is a must-have for any stylish baby. Machine washable... Read More

Collection list





RIDE000241




Clothing                    Sleep & Bedding                    Toys & Play



## Welcome to our family business!

We are thrilled you are here with us on this adventure. Wild West Baby Co was born out of the need to find a place that really captured the magic and excitement of one of the greatest changes in your life, parenthood!

All items in the boutique have been hand selected and tested by our growing family. The products combine quality with functionality and a hefty dose of cuteness. We can't wait to show you all of the wonderful items we have found for you to enjoy!

### Join our mailing list

No spam, unsubscribe anytime!

| Email address | JOIN |
|---|---|

*You're signing up to receive our emails and can unsubscribe at any time.

f  ⊙

---

**EXPLORE**

Terms & Conditions
Return Policy
Shipping Policy
Blog
Subscribe To Our Newsletter

**ABOUT**

**CONNECT WITH US**

| Join our mailing list | JOIN |
|---|---|

f  ⊙

© 2025 Wild West Baby Co • Powered by Shopify



**Meer informatie**

Nieuwe wilde kleuren voor YOYO®

STOKKE®

RIDE000243







Shop Summer Sale - Up to 20% Off Baby Registry Favorites



# New YOYO® Wild Collection

For those who live bold, love deeply and refuse to fade into the background.

Shop now





**Meer informatie** ↗

● ○

## Nieuwe wilde kleuren voor YOYO®
## STOKKE®

RIDE000247

06:30

stokke.com



# Parenthood, reimagined.

From the concrete catwalk to the corner café, the YOYO® Wild Collection turns every stroll into a statement.



06:30



    



# New YOYO® Wild Collection

For those who live bold, love deeply and refuse to fade into the background.

Shop now

