# Exhibit 16

New Arrivals | Classes & Events | Baby & Toddler | Moms | Lifestyle | Registry

Showing **18** results for "Carriers"      Sort By: Title: A-Z

- Product Type
  - Baby Carriers (4)
  - Buckle Carriers (1)
  - carrier (1)
  - girasol (1)
  - Like Artipop (1)
  - New Arrivals (1)
  - Stretchy Wraps (5)
  - Structured Carriers (1)

- Price, $
  - Min - Max
  - $59 $89 $120 $150 $180


Cassiope Woven Wraps - Castalia Carbone
$99.00


Didymos Woven Wrap - Lisca Azzurro
$150.00 $172.00


Didymos Woven Wrap - Lisca Emerald
$150.00 $172.00


Didymos Woven Wrap - Waves Silver
$94.80 $158.00


Ergobaby Aura Baby Wrap (More Colors)
$59.00


Girasol MySol - Wilderness Blue with Conjunctiva Belt
$180.00


Girasol Woven Wrap - Chichi Yellow
$135.00



Girasol Woven Wrap - Cinnamon
$135.00


Girasol Woven Wrap - Coral Diamond
$129.00


Girasol Woven Wrap - Light Rainbow Diamond
$122.00


Girasol Woven Wrap - Piedra
$117.00


Girasol Woven Wrap - Sol y Mar
$139.00


Solly Baby Wrap - Ballet
$74.00


Solly Baby Wrap - Cottage Rose
$74.00


Solly Baby Wrap - Mocha Chequer
$74.00


Solly Baby Wrap - Natural & Grey
$74.00


West of the 4th Weaving Machine Woven Wrap
$111.00 $185.00

WildBird Aerial Carrier
$178.00

NEWSLETTER
Sign up to receive the latest on new products, sales and events.
Email address   Sign up

ABOUT US
Work With Us
The Wild Blog
Classes & Events
FAQs

CUSTOMER CARE
Contact Us
Shipping Policy
Return Policy
Gift Cards

Exhibit
Wildbird000016
15th Sep 2025