# Exhibit 18

Search results from 1 to 230
Search term: WILD

| Mark | Status | Class | Goods | Date | Classes |
|---|---|---|---|---|---|
| WILD & PRECIOUS | Live | IC 035: On-line retail store ser | 1a | 2023-01-20 | IC 035 |
| GRACE 'N' WILD | Live | IC 024: Gift baskets comprised | 1a | 2023-08-14 | IC 024 |
| OTTERLY WILD | Live | IC 003: Deodorants for person | 66a | 2021-10-13 | IC 003 IC 005 |
| WILD BABY | Live | IC 025: Infant, baby, and todd | 1a | 2017-09-12 | IC 025 IC 028 |
| WILD ACORN | Live | IC 025: Clothing for children a | 1b | 2022-08-24 | IC 025 IC 035 |
| WILD ACORN | Live | IC 025: Clothing for children a | 1a | 2022-08-24 | IC 025 IC 035 |
| WILD ACORN | Live | IC 025: Clothing for children a | 1b | 2022-08-24 | IC 025 IC 035 |
| WILD AND PURE | Live | IC 003: Baby hand soap; body | 1a | 2020-06-08 | IC 003 IC 021 |
| ROLLIN' WILD | Live | IC 028: Games, toys and playt | 66a | 2021-06-18 | IC 028 |
| WILD CHILDZ | Live | IC 028: Doll accessories; Doll | 1a | 2021-02-05 | IC 028 |
| WILD PIXY | Live | IC 019: Non-precious stone ga | 1a | 2017-10-24 | IC 019 IC 028 |
| WILD FOREST | Live | IC 005: Adhesive tapes for me | 1a | 2025-01-07 | IC 005 |
| SMALL+WILD | Live | IC 016: Children's books, story | 1a | 2019-05-16 | IC 016 |
| WILD WORLD | Live | IC 018: Baby backpacks; Back | 1a | 2020-04-24 | IC 018 |
| WILD + FREE | Live | IC 041: Education services, na | 1a | 2017-07-12 | IC 041 |
| WILD + RAE | Live | IC 025: Boots; Dresses; Pajam | 1b | 2024-07-27 | IC 025 |
| WILD & GORGEOUS | Live | IC 025: Hats; Pants for [ infant | 1a | 2018-01-05 | IC 025 |
| INDIGO WILD | Live | IC 004: House mark for scente | 1a | 2019-06-05 | IC 004 IC 021 |
| MUSTANG WILD | Live | IC 025: Fabric sold as an integ | 1b | 2025-05-15 | IC 025 |
| WILD FAIRY | Live | IC 005: All purpose disinfectar | 1a | 2025-01-07 | IC 005 |
| WEE WILD ONES | Live | IC 028: Baby multiple activity | 1a | 2019-09-06 | IC 028 |
| WEE WILD ONES | Live | IC 028: baby multiple activity | 1a | 2019-05-15 | IC 028 IC 035 |
| WILD HARVEST | Live | IC 029: canned tomatoes; app | 1a | 2008-04-15 | IC 029 IC 030 |
| WILD LIKE MY CURLS | Live | IC 025: Baby tops; Bottoms as | 1a | 2024-07-05 | IC 025 |
| WN WILD N | Live | IC 020: Sensory Swings, Swing | 1b | 2025-01-16 | IC 020 |
| WILD FOR STYLE | Live | IC 024: Bedding, namely, bed | 1a | 2020-10-13 | IC 024 IC 028 |
| WILD CROP | Live | IC 005: Medical dressings; Me | 1a | 2025-08-06 | IC 005 |
| WILD WISHES | Live | IC 003: Perfumes; eaux de toi | 66a | 2019-12-02 | IC 003 |
| WILD PRAIRIE | Live | IC 003: Non-medicated soap, | 66a | 2020-09-30 | IC 003 IC 021 |
| INDE WILD | Live | IC 003: Skin soap; cosmetics a | 66a | 2021-10-21 | IC 003 IC 005 |
| WET 'N WILD | Live | IC 035: On-line retail store ser | 1a | 2020-10-29 | IC 035 |
| WILD 4 LEMONS | Live | IC 025: Beachwear; Lingerie; S | 1a | 2021-02-05 | IC 025 |
| GRACE 'N' WILD | Live | IC 025: Clothing, namely, tops | 1a | 2020-03-24 | IC 025 |
| WILD DONKEY | Live | IC 025: Clothing; headgear; ap | 66a | 2024-08-16 | IC 025 IC 035 |
| WILD & FREE RANCH | Live | IC 010: Dishes adapted for fee | 1a | 2023-07-13 | IC 010 |
| THE YOUNG & WILD | Live | IC 018: All purpose sport bags | 1a | 2017-09-28 | IC 018 IC 025 |
| WILD OATS | Live | IC 024: Dish towels; tablecloth | 1b | 2024-06-20 | IC 024 IC 025 |
| WILD DIAMOND | Live | IC 025: Clothing extension use | 1a | 2019-07-22 | IC 025 |
| WILD CARROT HERBALS | Live | IC 003: Baby powder; [ Bar so | 1a | 2010-02-11 | IC 003 |
| WILD ROSE Tattoo Clothing | Live | IC 025: Tattoo clothing, name | 1a | 2023-03-10 | IC 025 |
| MOTHER OF WILD | Live | IC 031: Cut flowers; live flowe | 1a | 2020-01-23 | IC 031 IC 035 |

Exhibit
Wildbird000018
15th Sep 2025

| Mark | | Status | Class/Goods | | Date/Info |
|---|---|---|---|---|---|
| WILD KINGI | Wild Kingdom | Live | IC 018: Back packs; Tote bags | 1a | 2025-03-26 IC 018 IC 024 I |
| WILD BUNC | WILD BUNCH | Live | IC 042: RESTAURANT SERVICE | 1a | 1998-01-26 IC 042 |
| WILD BUNC | WILD BUNCH | Live | IC 016: PRINTED MATERIALS F | 1a | 1998-03-09 IC 016 |
| WILD ISLAN | Wild Island | Live | IC 041: Amusement center; A | 1a | 2018-12-31 IC 041 |
| WILD RIDER | WILD RIDER | Live | IC 009: Protective clothing; pr | 66a | 2023-01-16 IC 009 IC 028 |
| REALLY WIL | REALLY WILD | Live | IC 024: Textiles and substitute | 66a | 2025-01-22 IC 024 IC 025 I |
| WILD WISH | Wild Wishes | Live | IC 041: Charitable education s | 1a | 2025-02-14 IC 041 |
| PLAYTIME C | PLAYTIME GOES WILD WITH | Live | IC 028: Action figure toys; Bat | 1a | 2014-08-11 IC 028 |
| WILD ONES | Wild Ones | Live | IC 036: Charitable fundraising | 1a | 2022-02-04 IC 036 IC 041 I |
| NEON WILD | NEON WILD | Live | IC 009: Downloadable compu | 1a | 2021-01-14 IC 009 IC 041 |
| WILD DOUC | WILD DOUGH | Live | IC 028: Playthings and toys, n | 1a 44e | 2019-12-23 IC 028 IC 035 |
| WILD WHEE | WILD WHEELS | Live | IC 028: Dolls; Action figure to | 1a | 2024-10-01 IC 028 |
| PLAY WILD | Play Wild | Live | IC 009: Computer game softw | 1a | 2015-01-29 IC 009 (CANCE |
| WILD BRAIN | WILD BRAIN | Live | IC 041: Entertainment service | 1a | 2015-09-16 IC 041 |
| MR WILD | Mr Wild | Live | IC 041: Book publishing; Book | 1a | 2025-02-16 IC 041 |
| WILD DUNE | WILD DUNES | Live | IC 045: Hotel concierge servic | 1a | 2003-11-05 IC 045 IC 035 I |
| WILD BUNC | WILD BUNCH | Live | IC 025: Clothing, namely, mer | 1a | 1998-03-19 IC 025 |
| CLOUD WIL | Cloud wild | Live | IC 020: Air mattresses for use | 1a | 2021-07-26 IC 020 |
| WILD MERC | WILD MERCURY | Live | IC 009: [ Apparatus for recor | 44e | 2017-01-06 IC 009 (CANCE |
| WILD DOVE | WILD DOVES | Live | IC 025: Children's wear, name | 1a | 2019-10-01 IC 025 |
| BIG WILD | BIG WILD | Live | IC 009: Prerecorded audio and | 1a | 2018-11-16 IC 009 IC 025 I |
| WILD HICKC | WILD HICKORY | Live | IC 009: Sunglasses; cases for s | 1b | 2024-05-15 IC 009 IC 018 I |
| WILD KRAT1 | WILD KRATTS | Live | IC 016: Paper banners; lunch l | 1a | 2012-09-06 IC 016 IC 018 I |
| WILD MANE | WILD MANES | Live | IC 018: Bags for children, nam | 1b | 2023-11-29 IC 018 |
| WILD MAN | WILD MAN | Live | IC 012: Bicycles; Mopeds; Bicy | 1a | 2020-09-24 IC 012 IC 025 I |
| WILD FEMIN | WILD FEMINIST | Live | IC 025: Jackets; One-piece gar | 1a | 2016-11-07 IC 025 |
| WILD GRINE | WILD GRINDERS | Live | IC 025: Clothing for men, won | 1a | 2008-06-02 IC 025 |
| WET'N WILE | Wet'n Wild | Live | IC 008: [ [ souvenir spoons ] ]. | 1a | 1997-04-21 (CANCELLED) I |
| WILD CHILD | WILD CHILD | Live | IC 041: Arranging and conduc | 1a | 2019-11-15 IC 041 |
| WILD HANK | Wild Hank | Live | IC 025: Clothing jackets for ch | 1a | 2025-01-17 IC 025 |
| WILD NATIC | Wild Nation | Live | IC 025: Shirts; Shirts and shor | 1a | 2020-09-11 IC 025 |
| WILD ACES | WILD ACES | Live | IC 025: men's, women's and c | 1a | 2020-11-10 IC 025 |
| WILD CITY | Wild City | Live | IC 025: Boots; Bras; Footwear | 1a | 2021-02-10 IC 025 |
| WILD PETS | WILD PETS | Live | IC 009: Downloadable compu | 44e | 2022-04-03 IC 009 IC 028 |
| WILD DUNE | wyld | Live | IC 045: Hotel concierge servic | 1a | 2003-11-05 IC 045 IC 035 I |
| WILD CHILD | WILD CHILD | Live | IC 042: RETAIL STORE AND M | 1a | 1988-04-01 IC 042 |
| WOODSY W | Woodsy Wild | Live | IC 016: Printed children's boo | 1a | 2024-05-10 IC 016 |
| WILD BRAIN | WILD BRAIN | Live | IC 038: Transmission of films | 1a | 2015-09-16 IC 038 |
| WILD REPUI | WILD REPUBLIC | Live | IC 025: Children's apparel, nar | 1a | 2018-09-05 IC 025 |
| WILD MANE | WILD MANES | Live | IC 041: Entertainment service | 1a | 2023-11-29 IC 041 |
| WILD ELEG/ | Wild Elegance | Live | IC 009: 3D spectacles; Smartg | 1b | 2024-02-08 IC 009 |
| WILD TENN | Wild Tennis | Live | IC 016: printed books and boc | 44e | 2017-11-10 IC 016 IC 025 I |
| WILD ROOT | WILD ROOTS | Live | IC 041: Educational services, r | 1a | 2016-12-14 IC 041 |
| WILD CHILD | WILD CHILD | Live | IC 041: Arranging, organizing, | 1a | 2022-10-26 IC 041 |
| WILD MANE | WILD MANES | Live | IC 016: Printed items for child | 1b | 2023-11-29 IC 016 |

| Mark | | Status | Goods/Services | Filing Date | Class |
|---|---|---|---|---|---|
| WILD PETITS | wild petits | Live | IC 020: Baby bolsters; Baby b(1a | 2021-05-20 | IC 020 |
| WILD ABOU | Wild about Dinosaurs! | Live | IC 016: Wirebound books; Ske1a | 2025-04-08 | IC 016 |
| DISNEY'S W | DISNEY'S WILD ABOUT SAFETY | Live | IC 041: Educational services r(1a | 2003-05-07 | IC 041 |
| INDE WILD | indē wild | Live | IC 021: Combs; Cups; Curryco 44e | 2021-06-27 | IC 021 IC 003 |
| WILD SCIEN | WILD SCIENCE LAB | Live | IC 035: Advertising services; E66a | 2021-11-11 | IC 035 IC 003 |
| THE WILD O | THE WILD OSCAR | Live | IC 003: [ 3-in-1 organic soap b1a | 2016-01-19 | IC 003 IC 043 |
| WILD & FRE | Wild & free | Live | IC 025: Dresses; Pajamas; Pan1a | 2023-01-30 | IC 025 |
| WILD BIRDS | WILD BIRDS UNLIMITED | Live | IC 025: Coats; Hats; Shirts; Un1a | 2024-09-28 | IC 025 IC 031 |
| REWILD THI | | Live | IC 025: Clothing, namely, t-sh1a | 2024-08-02 | IC 025 IC 035 |
| WILD OATS | WILD OATS | Live | IC 024: Dish towels; tableclotl1b | 2024-06-20 | IC 024 IC 025 |
| VANDER WI | Vander Wild Skincare Collective | Live | IC 003: Dish detergents; Esser1a | 2020-08-19 | IC 003 |
| TWO WILD | TWO WILD HARES | Live | IC 003: Baby hand soap; Bar s1a | 2018-11-13 | IC 003 IC 020 |
| LET GOOD ( | LET GOOD GROW WILD | Live | IC 005: Medicated cleaning pr1b | 2021-08-20 | IC 005 IC 003 |
| LET YOUR S | let your senses run wild... | Live | IC 016: Subscription boxes tha1a | 2022-08-02 | IC 016 |
| PRETTY WIL | PRETTY WILD KIDS | Live | IC 025: Clothing, for babies, t(1a | 2018-02-14 | IC 025 |
| WILD SPIRIT | Wild Spirit Threads | Live | IC 025: Trousers for adults, ba1b | 2025-06-24 | IC 025 |
| WILD IN CO | Wild in Color | Live | IC 025: Coats; Hats; Leggings; 1a | 2025-01-14 | IC 025 IC 035 |
| WILD CHILD | WILD CHILD GYM | Live | IC 041: Gymnasiums; Coachin1a | 2022-11-28 | IC 041 |
| WILD WEST | | Live | IC 025: T-shirts; T-shirts for m1a | 2018-01-26 | IC 025 |
| THE WILD U | THE WILD UNKNOWN | Live | IC 016: Printed children's boo1a | 2021-04-14 | IC 016 |
| WILD ROOT | WILD ROOT CREATIONS | Live | IC 016: Printed illustrations; p1a | 2022-04-07 | IC 016 IC 041 |
| WILD BROT | Wild Brothers Productions | Live | IC 038: Streaming of audio an1a | 2025-03-12 | IC 038 IC 041 |
| WILD WONI | Wild Wonder Minds | Live | IC 016: Printed flash cards; Ed1a | 2025-06-11 | IC 016 |
| RECLAIM TH | RECLAIM THE WILD | Live | IC 025: Beachwear; Coverups;1b | 2025-02-28 | IC 025 IC 035 |
| WILD WEST | | Live | IC 025: T-shirts; T-shirts for m1a | 2018-01-26 | IC 025 |
| WILD WEST | Wild Western Hippie | Live | IC 025: Hats; Shoes; T-shirts; l1a | 2020-08-07 | IC 025 |
| WILD HEAR | WILD HEART SOCIETY | Live | IC 044: Psychotherapy and ps1a | 2020-07-21 | IC 044 |
| WILD WEST | | Live | IC 025: Footwear, namely, bo1a | 2013-11-18 | IC 025 |
| WILD GINGI | | Live | IC 025: Athletic apparel, name1a | 2015-09-05 | IC 025 |
| WILD EXPLC | WILD EXPLORERS CLUB | Live | IC 041: Education services, na1a | 2017-07-11 | IC 041 |
| WILD SOUL! | Wild Souls Ranch | Live | IC 044: Therapeutic equine-ba1a | 2018-08-30 | IC 044 |
| WILD GOAT | WILD GOAT EDGE | Live | IC 041: Charitable services, na1a | 2018-10-10 | IC 041 |
| REALLY "WI | Really WILD | Live | IC 041: [ [ television programr1a | 1993-11-12 | (CANCELLED) |
| I AM WILD | I AM WILD | Live | IC 014: Jewelry, clocks and wa1a | 2013-07-18 | IC 014 IC 016 |
| HEADS GON | Heads Gone Wild | Live | IC 044: Barber services; Barbe1a | 2021-07-09 | IC 044 |
| NAT GEO W | NAT GEO WILD | Live | IC 041: Educational and enter1a | 2010-12-14 | IC 041 |
| KITTY'S WIL | | Live | IC 016: Printed children's boo1a | 2025-07-14 | IC 016 |
| WILD AT HE | wild at heart | Live | IC 025: Belts for clothing; Cam1a | 2010-02-04 | IC 025 |
| WET 'N WIL | WET 'N' WILD | Live | IC 009: [ [ magnets ] ].; IC 0081a | 1997-04-02 | (CANCELLED) |
| WILD AXE T | WILD AXE | Live | IC 025: Hoodies; T-shirts for a1a | 2019-04-15 | IC 025 |
| WILD ABAN | Wild Abandon Adventures | Live | IC 025: Hats; Headwear; Hoo(1b | 2024-06-12 | IC 025 |
| THE GOOD ' | THE GOOD WILD | Live | IC 005: Pharmaceutical and ve66a | 2023-05-05 | IC 005 IC 029 |
| RAINFORES | RAINFOREST CAFE WILD BUNCH CLUB | Live | IC 042: RESTAURANT AND BA1a | 1998-11-20 | IC 042 IC 035 |
| WILDRIDE | WILDRIDE | Live | IC 035: Retailing services and 66a | 2023-05-12 | IC 035 IC 018 |
| WILDRIDE | WILDRIDE | Live | IC 018: Baby and children carr1a | 2024-05-20 | IC 018 |

| Mark | Logo | Status | Goods/Services | Date | Classes |
|---|---|---|---|---|---|
| WILDBIRD | WildBird | Live | IC 024: Baby bedding, namely 1a | 2024-03-22 | IC 024 IC 025 I |
| WILDBIRD | WILDBIRD | Live | IC 024: Baby bedding, namely 1a | 2025-03-05 | IC 024 IC 025 I |
| THE FUTURE | THE FUTURE IS WILD | Live | IC 009: Motion picture films f 44e | 2001-03-12 | IC 009 (CANCE |
| BAND OF TH | Band of the Wild | Live | IC 025: Costumes for use in cl 1a | 2022-07-06 | IC 025 |
| RUN WILD | RUN WILD MY CHILD | Live | IC 009: Downloadable e-book 1a | 2021-05-14 | IC 009 IC 041 |
| WILD MIND | WILD MIND REBEL HEART | Live | IC 018: Athletic bags, tote bag 1b 44e | 2023-11-14 | IC 018 |
| WILD BEGIN | Wild Beginnings Nature School | Live | IC 041: Educational services, r 1a | 2022-01-14 | IC 041 |
| WILD AND F | WILD AND FREE FOUNDATION | Live | IC 041: Educational and enter 1a | 2014-07-03 | IC 041 |
| WILD ZOO F | Wild Zoo Furniture Inc | Live | IC 020: Children's furniture.   1a | 2019-06-13 | IC 020 |
| DOGS OF TH | DOGS OF THE WILD | Live | IC 016: Printed novels; Printe 1a | 2021-02-12 | IC 016 |
| WILD YOOT | WILD YOOT BOOKS | Live | IC 025: T-Shirts for babies, chi 1a | 2015-11-12 | IC 025 IC 041 |
| WILD IN THI | WILD IN THE CITY | Live | IC 041: Charitable services, na 1a | 2018-02-02 | IC 041 |
| LIVE WILD. | (logo) | Live | IC 018: All purpose bags name 1a | 2019-05-20 | IC 018 IC 025 |
| FOLLOW HE | FOLLOW HEART GO WILD | Live | IC 020: Furniture; Camping fu 1a | 2025-01-08 | IC 020 |
| KIDWILD | KidWild | Live | IC 024: Baby bedding, namely 44e | 2015-01-18 | IC 024 IC 025 |
| WILD MIND | WILD MIND REBEL HEART | Live | IC 028: Games, namely, educa 1b 44d 4 | 2023-11-14 | IC 028 |
| GRACE 'N' W | grace 'n' wild | Live | IC 025: Cloth bibs; Clothing, n 1a | 2021-06-10 | IC 025 |
| EVERWILD | EverWild | Live | IC 025: Baby clothing/product 1b | 2021-09-14 | IC 025 |
| WILD SIDE N | WILD SIDE NUMBER SENSE CARDS | Live | IC 028: Card games; Education 1a | 2022-07-27 | IC 028 |
| CALL OF THI | Call of the Wild Camps | Live | IC 041: Educational services, r 1a | 2025-06-26 | IC 041 |
| WILD THING | WILD THINGS | Live | IC 024: Children's blankets.   1a | 2017-08-17 | IC 024 |
| WHERE THE | Where the Wild Things Play | Live | IC 041: Children's entertainm 1a | 2023-05-30 | IC 041 |
| WILD ETHIC | (logo) | Live | IC 025: Fabric sold as an integ 1a | 2025-03-05 | IC 025 IC 028 I |
| WILD THING | WILD THINGS | Live | IC 024: Children's blankets.   1a | 2017-08-17 | IC 024 |
| VIVIWILD | viviwild | Live | IC 025: Baby layettes for cloth 1a | 2019-04-04 | IC 025 |
| ROARINGW | ROARINGWILD | Live | IC 025: Baby layettes for cloth 1a | 2019-07-05 | IC 025 |
| WALT DISNE | (logo) | Live | IC 009: Pre-recorded digital vi 1a | 2004-04-26 | IC 009 |
| WILD WEST | WILD WEST COWBOYS OF MOO MESA | Live | IC 028: Collectable toy figures 1b | 2025-07-22 | IC 028 IC 009 I |
| WILD WEST | (logo) | Live | IC 028: Collectable toy figures 1b | 2025-07-22 | IC 028 IC 009 I |
| THE WILD H | THE WILD HORSES OF SABLE ISLAND | Live | IC 014: Jewelry, clocks and wa 1a | 2013-08-30 | IC 014 IC 018 I |
| WILDONE | WILDONE | Live | IC 010: Sphygmomanometers 1a | 2020-11-25 | IC 010 |
| WILD POUSS | WILD POUSS | Live | IC 005: [ Medicated skin care 66a | 2017-10-10 | IC 005 IC 003 |
| WILDCATTE | WILDCATTERS | Live | IC 025: clothing, namely, jerse 1a | 2002-10-22 | IC 025 |
| WILDHORSE | WILDHORSE SALOON | Live | IC 006: [ brass ] keychains.; IC 1a | 1996-09-23 | IC 006 (CANCE |
| WILDHORSE | (logo) | Live | IC 006: [ [ brass keychains ] ].; 1a | 1996-10-11 | (CANCELLED) I |
| PELICANWII | PelicanWild | Live | IC 025: T-shirts, Graphic T-shi 1a | 2019-05-04 | IC 025 |
| PELICANWII | (logo) | Live | IC 025: T-shirts, Graphic T-shi 1a | 2019-06-28 | IC 025 |
| THE YASIEL | The Yasiel Puig Wild Horse Children's Foundation | Live | IC 041: Charitable services, na 1a | 2018-04-18 | IC 041 |
| WILD PLACE | (logo) | Live | IC 041: educational services, r 1a | 1996-08-01 | IC 041 |
| WILDVUE | WildVue | Live | IC 009: Telemeters; Wattmete 1a | 2024-01-29 | IC 009 |
| WILDTURTL | Wildturtle | Live | IC 011: Flashlights; Humidifier 1a | 2024-09-20 | IC 011 |
| WILDHD | WILDHD | Live | IC 009: Cables, electric; Camc 1a | 2017-07-13 | IC 009 |
| MIGOI | (logo) | Live | IC 025: Apparel for dancers, n 1a | 2024-07-22 | IC 025 |
| WILDGREEN | Wildgreen | Live | IC 018: Backpacks, book bags, 1a | 2021-11-14 | IC 018 |
| ROTWILD | rotwild | Live | IC 003: Soaps; fabric softener 66a | 2024-06-20 | IC 003 |

| Mark | Status | Goods/Services | Date | Classes |
|---|---|---|---|---|
| WILDPATH | Live | IC 028: Waterslides; Air mattr | 1a | 2024-09-30 IC 028 IC 024 |
| WILD SOL | Live | IC 025: Clothing, namely, tops | 1a | 2023-06-20 IC 025 IC 030 |
| HIWILD | Live | IC 024: [ Baby bedding, namel | 1a | 2017-05-05 IC 024 |
| SALVAJE OE | Live | IC 025: Hats; Jeans; Scarfs; Sh | 1a | 2022-03-23 IC 025 |
| THE WILD A | Live | IC 009: Downloadable electro | 1a | 2012-01-26 IC 009 IC 016 |
| WBF WILD | Live | IC 041: Educational services, | 1a | 2020-09-18 IC 041 |
| WILDSHIP S | Live | IC 018: Tote Bags; wearable s | 1a | 2021-11-09 IC 018 IC 024 |
| WILDBERRIE | Live | IC 018: Mountaineering sticks | 66a | 2021-03-09 IC 018 |
| HÔTEL WYL | Live | IC 043: Services for providing | 66a | 2023-03-14 IC 043 |
| BOUGIEWIL | Live | IC 014: Bracelets made of leat | 1a | 2018-07-26 IC 014 IC 025 |
| WILDSMITH | Live | IC 003: After-sun lotions; afte | 66a | 2018-08-01 IC 003 |
| WILDSWIM | Live | IC 025: Athletic apparel, name | 1a | 2021-06-14 IC 025 IC 041 |
| WILDLANDE | Live | IC 025: Gloves as clothing; Ha | 1a | 2020-03-19 IC 025 |
| REPWILD | Live | IC 020: Hutches; Playpens; Bir | 1a | 2024-10-18 IC 020 |
| TWENTYFOU | Live | IC 016: Art prints; Children's k | 1a | 2020-01-16 IC 016 IC 025 |
| HARVESTWI | Live | IC 025: Hats; Hats for infants, | 1a | 2019-09-01 IC 025 IC 041 |
| GLENWILD | Live | IC 041: Providing tennis court | 1a | 2007-04-13 IC 041 (CANCE |
| WONDERW | Live | IC 041: Children's entertainm | 1a | 2009-06-30 IC 041 |
| WILDFIRE | Live | IC 018: [ [ accessories namely | 1a | 2004-02-02 (CANCELLED) |
| WILDFLOWI | Live | IC 028: Action toys in the natu | 1b 44d | 2023-09-20 IC 028 IC 009 |
| ELEPHWILD | Live | IC 024: Comforters; Curtains; | 1a | 2022-05-31 IC 024 IC 025 |
| WB WILDBR | Live | IC 025: Coats; Dresses; Hats; | 1a | 2022-07-09 IC 025 |
| WILDVOICE | Live | IC 041: Provision of informati | 1a | 2023-07-24 IC 041 |
| WILDSTAR | Live | IC 028: Games, toys and playt | 44e | 2023-09-22 IC 028 |
| WILDFLOWI | Live | IC 028: Action toys in the natu | 1b 44d | 2023-09-20 IC 028 IC 009 |
| WILDWORK | Live | IC 041: Services, namely, prov | 1a | 2014-06-06 IC 041 (CANCE |
| NORTHWILL | Live | IC 025: Clothing, namely, swe | 44e | 2022-08-10 IC 025 IC 035 |
| WILDVIBE | Live | IC 025: [ Boots; Boots for spor | 1a | 2018-05-13 IC 025 |
| WILDCHEF | Live | IC 008: Spoons being tablewa | 66a | 2022-03-11 IC 008 IC 011 |
| WILDCOLOR | Live | IC 016: Crayons; Drawing pen | 1b | 2024-10-18 IC 016 |
| WILDPARTY | Live | IC 014: Bracelets; Earrings; Ch | 1a | 2023-04-03 IC 014 |
| WINWILD | Live | IC 008: Axes; Pliers; Beard clip | 1a | 2020-08-25 IC 008 |
| WILDBREAT | Live | IC 025: Coats; Dresses; Leggin | 1a | 2022-06-20 IC 025 |
| GLENWILD | Live | IC 016: Paper; printed matter | 1a | 2007-04-13 IC 016 (CANCE |
| WILDGUARI | Live | IC 016: printed publications, | 1a | 2005-04-27 IC 016 |
| WILDHORSE | Live | IC 025: CLOTHING, NAMELY, | 1a | 1999-01-05 IC 025 IC 042 |
| WILDTHING | Live | IC 025: screenprinted clothing | 1a | 2024-02-28 IC 025 |
| WILDWOVE | Live | IC 025: Pajamas; Bibs not of p | 1a | 2024-04-30 IC 025 |
| W WILDBRA | Live | IC 038: Transmission and distr | 1a | 2019-12-13 IC 038 IC 009 |
| INTOTHEWI | Live | IC 020: Antique reproduction | 1a | 2022-04-11 IC 020 |
| WILDLIGHT | Live | IC 038: Streaming of films, mc | 1b | 2022-10-27 IC 038 IC 035 |
| WEARTOWI | Live | IC 025: Hats; Headwear; Legg | 1a | 2024-01-05 IC 025 |
| WILD5DESIC | Live | IC 035: On-line retail store ser | 1a | 2018-10-28 IC 035 |
| WBF | Live | IC 041: Educational services, | 1a | 2020-12-16 IC 041 |
| 4THEWILD1 | Live | IC 025: Beachwear; Lingerie; S | 1a | 2023-09-12 IC 025 |

| Mark | Logo | Status | Class | Date | IC |
|---|---|---|---|---|---|
| WILDPLAY E | Wild Play | Live | IC 041: Children's entertainm | 1a | 2013-07-03 | IC 041 |
| WANDERW | WANDERWILD FAMILY RETREATS | Live | IC 009: Audio and video recor | 1b | 2023-05-30 | IC 009 IC 016 I |
| W WILDBRA | WildBrain spark | Live | IC 038: Transmission and distr | 1b | 2019-12-13 | IC 038 IC 035 I |
| C.WILDYFIE | C. WildyField | Live | IC 012: Rowboats; Rowcycles; | 1a | 2021-07-02 | IC 012 |
| WILD'N WA | | Live | IC 041: Entertainment service | 1a | 2007-11-15 | IC 041 |
| WILDPLAY E | WildPlay | Live | IC 041: Entertainment service | 1a | 2019-01-15 | IC 041 |
| W WILDBRA | WildBrain spark | Live | IC 041: Entertainment service | 1a | 2019-12-13 | IC 041 |
| NWTF FOUN | NWTF FOUNDATION | Live | IC 025: Clothing for babies, to | 1a | 2019-10-08 | IC 025 |
| KIDS WILDL | KIDS WILDLIFE FLOSSUPS | Live | IC 021: dental floss holder for | 1a | 2004-05-27 | IC 021 |

| Name | Date | Number | Role |
|---|---|---|---|
| Wild & Precious, LLC (LIMITED...) | 2024-02-06 | 7299251 | PRINCIPAL |
| Wishco LLC (LIMITED LIABILIT...) | 2024-08-06 | 7467687 | PRINCIPAL |
| Crystal Spring Consumer Divis... | 2023-10-31 | 7203823 | PRINCIPAL |
| BLUE FOREST HOLDINGS, LLC | 2018-05-01 | 5458150 | PRINCIPAL |
| Wild Acorn, LLC (LIMITED LIABILITY COMPANY; IOWA, USA); 2310 SE | | | PRINCIPAL |
| Wild Acorn, LLC (LIMITED LIABILITY COMPANY; IOWA, USA); 2310 SE | | | PRINCIPAL |
| Wild Acorn, LLC (LIMITED LIABILITY COMPANY; IOWA, USA); 2310 SE | | | PRINCIPAL |
| GLYCIOME, LLC (LIMITED LIAE...) | 2021-09-07 | 6480081 | PRINCIPAL |
| Kyra Buschor (INDIVIDUAL; U...) | 2023-03-14 | 6998479 | PRINCIPAL |
| Dreamcleod (LIMITED LIABILI...) | 2022-09-13 | 6847765 | PRINCIPAL |
| Davies Importing PTY LTD (pr...) | 2018-10-02 | 5577444 | PRINCIPAL |
| Xie, Xiaoyu (INDIVIDUAL; China); No.38, G1, Qiaqiao Vill. Shuanggui T | | | PRINCIPAL |
| Sauter, Alison P. (INDIVIDUAL...) | 2020-08-25 | 6137336 | PRINCIPAL |
| Shenzhen Zuodi Commercial... | 2020-11-10 | 6194523 | PRINCIPAL |
| ARMENT, AINSLEY (INDIVIDU...) | 2018-08-14 | 5538520 | PRINCIPAL |
| DBA Wild and Rae; 15422 Assembly Lane, Huntingtin Beach, Californ | | | PRINCIPAL |
| LITTLE & GORGEOUS INC. (CO...) | 2018-08-07 | 5535417 | PRINCIPAL |
| Indigo Wild, LLC (LIMITED LIA...) | 2020-08-11 | 6121931 | PRINCIPAL |
| Mustang Wild LLC (LIMITED LIABILITY COMPANY; Georgia, USA); 284 | | | PRINCIPAL |
| Xie, Xiaoyu (INDIVIDUAL; China); No.38, G1, Qiaqiao Vill. Shuanggui T | | | PRINCIPAL |
| Blue Box Toy Factory Limited | 2021-04-13 | 6323263 | PRINCIPAL |
| Blue Box Toy Factory Limited | 2020-07-14 | 6103288 | PRINCIPAL |
| SUPERVALU LICENSING LLC (L...) | 2010-07-20 | 3822419 | PRINCIPAL |
| LIU Bei (INDIVIDUAL; China); J... | 2025-08-05 | 7878100 | PRINCIPAL |
| Steel Horse, LLC (LIMITED LIABILITY COMPANY; Maine, USA); 7 Carte | | | PRINCIPAL |
| Animal Adventure, LLC (LIMIT...) | 2022-03-01 | 6660872 | PRINCIPAL |
| Shuicai FU (INDIVIDUAL; China); Room 104, No.111, ChengJiawai Vill. | | | PRINCIPAL |
| SEPHORA (SOCIÉ... 2019-07-12 | 2020-09-15 | 6150179 | PRINCIPAL |
| Wild Prairie Soap 2020-03-30 | 2022-05-24 | 6726701 | PRINCIPAL |
| Inde Wild B.V. (B 2021-04-26 | 2023-05-16 | 7051242 | PRINCIPAL |
| Keith Perry (INDIVIDUAL; USA...) | 2022-09-06 | 6840240 | PRINCIPAL |
| Beautiful Dreamer LLC (LIMIT...) | 2022-07-19 | 6798842 | PRINCIPAL |
| Stoltz-Marshall, Jacqueline (I...) | 2022-04-05 | 6694825 | PRINCIPAL |
| Limited (Limited | 2024-08-15 | | PRINCIPAL |
| Wild & Free Ranch LLC (LIMIT...) | 2024-07-16 | 7447764 | PRINCIPAL |
| 6 TWO APPAREL GROUP LTD. | 2019-04-30 | 5740671 | PRINCIPAL |
| KEHE DISTRIBUTORS, LLC (LIMITED LIABILITY COMPANY; DELAWARE, | | | PRINCIPAL |
| Wang Jinsong (INDIVIDUAL; C...) | 2020-09-29 | 6165297 | PRINCIPAL |
| Wild Carrot Herbals, LLC (LIM...) | 2011-02-22 | 3921962 | PRINCIPAL-2(F) |
| Gift Ko LLC (LIMITED LIABILITY COMPANY; DISTRICT OF COLUMBIA, L | | | PRINCIPAL |
| DBA Mother of Wild; 167 Por... | 2021-05-25 | 6365469 | PRINCIPAL |

| Name | Date 1 | Date 2 | Number | Type |
|---|---|---|---|---|
| Mutual of Omaha Insurance Company (CORPORATION; Nebraska, US | | | | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOR | 2001-06-05 | | 2457656 | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOR | 2002-10-29 | | 2643642 | PRINCIPAL |
| Wild Island, Inc. (CORPORATI | 2019-08-06 | | 5826214 | PRINCIPAL |
| Wilton Bradley F | 2023-01-12 | 2024-10-22 | 7539794 | PRINCIPAL |
| The Really Wild ( | 2024-07-22 | | | PRINCIPAL |
| Chester Moore (INDIVIDUAL; USA); 2310 Newton St, ORANGE, Texas | | | | PRINCIPAL |
| VTech Electronics North Amer | 2016-05-17 | | 4960905 | PRINCIPAL |
| Wild Ones Natural Landscape | 2023-03-21 | | 7004588 | PRINCIPAL |
| NEON WILD, INC. (CORPORAT | 2024-02-20 | | 7310968 | PRINCIPAL |
| Tiger Kids Pty Ltc | 2019-12-20 | 2021-12-21 | 6598478 | PRINCIPAL |
| DBA Odyssey Toys; 20855 NE | 2025-05-06 | | 7787236 | PRINCIPAL |
| AKA WILDWORKS, SMART BO | 2016-10-18 | | 5064961 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2017-01-17 | | 5125368 | PRINCIPAL |
| Shae Alan Pozarzycki (INDIVIDUAL; USA); 1717 west 15th street, Port | | | | PRINCIPAL |
| LOWE WILD DUNES INVESTOR | 2005-07-26 | | 2975307 | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOR | 2003-09-16 | | 2764487 | PRINCIPAL |
| Chen, Zhitong (INDIVIDUAL; C | 2022-06-07 | | 6754161 | PRINCIPAL |
| Derek Wax (INDI | 2016-07-07 | 2018-10-09 | 5578050 | PRINCIPAL |
| DBA Wild Doves; 1630 30th S | 2020-05-12 | | 6052177 | PRINCIPAL |
| Big Wild Music LLC (LIMITED L | 2021-02-09 | | 6263655 | PRINCIPAL |
| American Heartland Corporation (CORPORATION; Delaware, USA); 6 | | | | PRINCIPAL |
| Kratt Brothers C | 2012-08-24 | 2015-06-16 | 4756309 | PRINCIPAL |
| JAKKS Pacific, Inc. (CORPORATION; DELAWARE, USA); 2951 28th Stre | | | | PRINCIPAL |
| Dongguan Meiluodi Electronic | 2021-11-02 | | 6543002 | PRINCIPAL |
| Wildfang Co. (CORPORATION; | 2017-10-24 | | 5315059 | PRINCIPAL |
| WILD GRINDERS, LLC (LIMITED | 2012-07-31 | | 4183534 | PRINCIPAL |
| EPR PARKS, LLC (LIMITED LIAB | 1998-10-27 | | 2199474 | PRINCIPAL |
| DBA Wild Child; 2325 Bush St, | 2020-06-23 | | 6084455 | PRINCIPAL |
| Wild Hank LLC (LIMITED LIABILITY COMPANY; Illinois, USA); 12172 S | | | | PRINCIPAL |
| DBA Wild Nation; Apt 216, 59 | 2021-04-06 | | 6317668 | SUPPLEMENTAL 2021-02-16 |
| FANCHISE LEAGUE COMPANY | 2023-04-25 | | 7037601 | PRINCIPAL |
| Fuzhou Extraordinary Road e- | 2021-12-28 | | 6602351 | PRINCIPAL |
| Moose Creative Management | 2023-04-04 | | 7018782 | PRINCIPAL |
| WILD DUNES LLC (LIMITED LI/ | 2005-07-26 | | 2975308 | PRINCIPAL |
| WEST, RENEE (INDIVIDUAL; U | 1988-12-06 | | 1516008 | PRINCIPAL |
| Miller, Kristell Anne (INDIVIDU | 2025-02-18 | | 7694715 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2017-04-04 | | 5177299 | PRINCIPAL |
| K & M International, Inc. (COR | 2019-04-16 | | 5727081 | PRINCIPAL |
| JAKKS Pacific, Inc. (CORPORA | 2025-03-11 | | 7725669 | PRINCIPAL |
| Taizhou Shiyu Trading Co., Ltd (limited company (ltd.); CHINA); Jiaoji | | | | PRINCIPAL |
| BAKKER, Ed (INDIVIDUAL; CAN | 2019-02-12 | | 5672409 | PRINCIPAL |
| WILD ROOTS FRANCHISING, L | 2017-08-08 | | 5260255 | PRINCIPAL |
| Wild Child Gym Inc. (CORPORATION; CALIFORNIA, USA); 9715 Washii | | | | PRINCIPAL |
| JAKKS Pacific, Inc. (CORPORATION; DELAWARE, USA); 2951 28th Stre | | | | PRINCIPAL |

| Name | Date | Number | Status |
|---|---|---|---|
| SCANDINAVIAN TECHNOLOG' | 2022-06-07 | 6751071 | PRINCIPAL |
| GraySheep Graphics; 92 Abalone Ln E, Ponte Vedra Beach, Florida 32 | | | PRINCIPAL |
| Disney Enterprises, Inc. (CORP | 2005-07-26 | 2978787 | PRINCIPAL |
| INDE WILD B.V. (BESLOTEN V | 2023-08-22 | 7141569 | PRINCIPAL |
| WILD SCIENCE LAB LIMITED (L | 2023-11-14 | 7215237 | PRINCIPAL |
| Marcos Tuachi Nathan (INDIV | 2017-05-23 | 5210297 | PRINCIPAL |
| Odyssey Group LLC (LIMITED | 2024-12-31 | 7634925 | PRINCIPAL |
| Wild Birds Unlimited, Inc (CORPORATION; Indiana, USA); 11711 N. Cc | | | PRINCIPAL |
| AKA Rewild the Wild; 226 South 2nd Street, Carbondale, Colorado 81 | | | PRINCIPAL |
| KEHE DISTRIBUTORS, LLC (LIMITED LIABILITY COMPANY; Delaware, L | | | PRINCIPAL |
| Vandergon,Sara K (INDIVIDUA | 2021-04-06 | 6314827 | PRINCIPAL |
| Gallagher, Nicole (INDIVIDUA | 2020-10-13 | 6175794 | PRINCIPAL |
| New Theory Ventures Holdings, LLC (LIMITED LIABILITY COMPANY; T | | | PRINCIPAL |
| PRE BOX, LLC (LIMITED LIABIL | 2025-03-04 | 7715801 | PRINCIPAL |
| Agent 88 Pty Ltd (proprietary | 2019-06-11 | 5776681 | PRINCIPAL |
| Serena Marie Owens (INDIVIDUAL; USA); 4971 E SR 234, Greenfield, | | | PRINCIPAL |
| Parrot Fish Studio, Inc. (CORPORATION; Florida, USA); 9441 SW 146 S | | | PRINCIPAL |
| Wild Child Gym Inc. (CORPORATION; CALIFORNIA, USA); 9715 Washii | | | PRINCIPAL |
| Zeybek, Mustafa (INDIVIDUAL | 2021-03-02 | 6283489 | PRINCIPAL |
| KIM KRANS, LLC (LIMITED LIA | 2021-09-07 | 6479168 | PRINCIPAL |
| Haefeli, Jennifer (INDIVIDUAL | 2024-08-06 | 7464889 | PRINCIPAL |
| Wild Brothers Productions LLC (LIMITED LIABILITY COMPANY; Florida | | | PRINCIPAL |
| Shannon Haverty (LIMITED LIABILITY COMPANY; Florida, USA); 3428 | | | PRINCIPAL |
| Reclaim the Wild; 30003 S Lake Falls Cr, Spring, Texas 77386, UNITED | | | PRINCIPAL |
| Zeybek, Mustafa (INDIVIDUAL | 2021-03-02 | 6283490 | PRINCIPAL |
| Wild Western Hippie (LIMITEI | 2021-03-30 | 6305665 | PRINCIPAL |
| DBA Wild Heart Society; 1560 | 2021-03-02 | 6281660 | PRINCIPAL |
| Sandoval, Rodolfo Avila (INDI' | 2014-10-28 | 4627495 | PRINCIPAL |
| LEFFLER, NICOLE M (INDIVIDL | 2019-02-19 | 5680899 | PRINCIPAL |
| ARMENT, AINSLEY (INDIVIDU, | 2018-08-14 | 5538508 | PRINCIPAL |
| Wild Souls Ranch (charitable, | 2019-04-30 | 5738956 | PRINCIPAL |
| THE CAPRA COMPANY LLC (LI | 2019-12-24 | 5945572 | PRINCIPAL |
| NATIONAL GEOGRAPHIC PAR | 1997-07-01 | 2075006 | PRINCIPAL |
| AKA Roberto Dutesco; 220 Pii | 2017-04-11 | 5181866 | PRINCIPAL |
| Morrison, Yolanda (SOLE PRO | 2022-09-13 | 6842997 | PRINCIPAL |
| National Geographic Society ( | 2012-03-06 | 4110332 | PRINCIPAL |
| Becky Lewis; 2757 GA hwy 130 E, Vidalia, Georgia 30474, UNITED ST, | | | PRINCIPAL |
| DBA Wild at Heart Decor & Gi | 2010-09-14 | 3847523 | PRINCIPAL |
| EPR PARKS, LLC (LIMITED LIAE | 1998-10-13 | 2194958 | PRINCIPAL |
| DBA Wild Axe Throwing; 3251 | 2022-03-01 | 6660048 | PRINCIPAL |
| Tenacity Road Studios LLC (LIMITED LIABILITY COMPANY; Oregon, US | | | PRINCIPAL |
| FONKA GIDA SAI | 2023-03-17  2025-01-07 | 7636679 | PRINCIPAL |
| Rainforest Cafe, Inc. (CORPOF | 2002-01-22 | 2532499 | PRINCIPAL-2(F)-IN PART |
| Wildride B.V. (be | 2023-05-05 | | PRINCIPAL |
| Wildride B.V. (besloten vennootschap (b.v.); Netherlands); Donkere S | | | PRINCIPAL |

| Name | Date 1 | Date 2 | Number | Role |
|---|---|---|---|---|
| WildBird (LIMITED LIABILITY C | 2025-05-20 | | 7798495 | PRINCIPAL |
| Wildbird (LIMITED LIABILITY PARTNERSHIP; Utah, USA); 50 W Broadv | | | | PRINCIPAL |
| THE FUTURE IS WILD AUSTRA | 2006-03-28 | | 3072373 | PRINCIPAL |
| Band of the Wild (SOLE PROP | 2023-08-22 | | 7143081 | PRINCIPAL |
| Run Wild My Child, LLC (LIMIT | 2022-08-16 | | 6817904 | PRINCIPAL |
| Limited (PRIVATI | 2023-11-13 | | | PRINCIPAL |
| RAISING NEXT GENERATIONS | 2023-08-29 | | 7152179 | PRINCIPAL |
| Bracken, Matthew (INDIVIDU, | 2015-09-22 | | 4819217 | PRINCIPAL |
| Wild Zoo Furniture Inc (CORP | 2019-12-31 | | 5949246 | PRINCIPAL |
| Kevin Blaize (INDIVIDUAL; US, | 2022-03-29 | | 6682923 | PRINCIPAL |
| Wild Yoot LLC (LIMITED LIABII | 2019-09-10 | | 5857720 | PRINCIPAL |
| Arizona Elk Society (CORPOR/ | 2018-09-11 | | 5560417 | PRINCIPAL |
| Live Wild Be Free (LIMITED LI, | 2020-03-31 | | 6022223 | PRINCIPAL |
| Han, Xin (INDIVIDUAL; China); No. 369, Beichongqing Rd, Zhangdian | | | | PRINCIPAL |
| FORMERLY Flink | 2015-01-18 | 2015-11-03 | 4844363 | PRINCIPAL |
| Limited (PRIVATI | 2023-11-13 | | | PRINCIPAL |
| Wishco LLC (LIMITED LIABILIT | 2023-03-28 | | 7013448 | PRINCIPAL |
| Smith, Noah (INDIVIDUAL; USA); 9427 Mascot Rd, Mascot, TENNESSI | | | | PRINCIPAL |
| Jump-Fox LLC (LIMITED LIABIL | 2024-10-29 | | 7552972 | PRINCIPAL |
| Inspire Behavioral Learning, LLC (LIMITED LIABILITY COMPANY; Califc | | | | PRINCIPAL |
| Blue Spring Partners, LLC (LIN | 2019-03-26 | | 5710659 | PRINCIPAL |
| Where the Wild Things Play L | 2024-06-18 | | 7419728 | PRINCIPAL |
| Wild-Ethiopia; 1400 Owensville Road, Charlottesville, Virginia 22901, | | | | PRINCIPAL |
| Blue Spring Partners, LLC (LIN | 2020-04-07 | | 6029617 | PRINCIPAL |
| Shenzhen Weigai Technology | 2019-10-08 | | 5879754 | PRINCIPAL |
| Shenzhen Roaringwild Co., Ltc | 2020-01-28 | | 5972014 | PRINCIPAL |
| DISNEY ENTERPRISES, INC. (C | 2008-02-26 | | 3389689 | PRINCIPAL |
| The Nacelle Company, LLC (LIMITED LIABILITY COMPANY; California, | | | | PRINCIPAL |
| The Nacelle Company, LLC (LIMITED LIABILITY COMPANY; California, | | | | PRINCIPAL |
| AKA Roberto Dutesco; 220 Pii | 2017-10-17 | | 5311543 | PRINCIPAL |
| GUANGDONG AIKU E-COMM | 2021-07-20 | | 6427936 | PRINCIPAL |
| Gulam Nasser (II | 2017-06-13 | 2018-09-18 | 5563309 | PRINCIPAL |
| ECHL, INC. (CORPORATION; V | 2004-08-10 | | 2872667 | PRINCIPAL |
| ATTRACTIONS IP, LLC (LIMITE | 1997-12-16 | | 2121249 | PRINCIPAL |
| ATTRACTIONS IP, LLC (LIMITE | 1997-12-30 | | 2125258 | PRINCIPAL |
| Tcherniavskaia, Natalia (INDI\ | 2019-11-05 | | 5903177 | PRINCIPAL |
| Tcherniavskaia, Natalia (INDI\ | 2019-11-05 | | 5903368 | PRINCIPAL |
| Puig, Yasiel (INDIVIDUAL; CUE | 2019-02-12 | | 5673290 | PRINCIPAL |
| NATURE FORWARD, INC. (NO | 1997-07-01 | | 2075712 | PRINCIPAL |
| Hangzhou Tanlink Technology | 2024-12-03 | | 7586810 | PRINCIPAL |
| Jianye Deng (INDIVIDUAL; Chi | 2025-06-17 | | 7833564 | PRINCIPAL |
| Wildvision Electronics Co., Ltc | 2018-08-21 | | 5547189 | PRINCIPAL |
| Mohammed, George (INDIVIDUAL; USA); 867 Wendt Terrace, Laguna | | | | PRINCIPAL |
| Hangzhou Ceecool Outdoor Co.,Ltd. (limited company (ltd.); CHINA); | | | | PRINCIPAL |
| pro & relux GmbH (GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (G | | | | PRINCIPAL |

| Name | Date 1 | Date 2 | Number | Role |
|---|---|---|---|---|
| Pujiang Kaihan Industry and Trade Co.,Ltd. (limited company (ltd.); C | | | | PRINCIPAL |
| AJAB Investments, LLC (LIMIT | 2024-11-19 | | 7573947 | PRINCIPAL |
| Shenzhen ji mei hu wai yong | 2017-12-12 | | 5354577 | PRINCIPAL |
| Pen Wang (INDIVIDUAL; CHIN | 2023-05-02 | | 7041421 | PRINCIPAL |
| BOB LITTER'S FUEL AND HEAT | 2012-09-04 | | 4202072 | PRINCIPAL |
| Wild Bird Fund, Inc. (non-prof | 2023-02-21 | | 6982762 | PRINCIPAL |
| WILDSHIP STUDIO LLC (LIMITI | 2022-12-13 | | 6923270 | PRINCIPAL |
| Limited liability company "RW | 2023-04-04 | | 7014509 | PRINCIPAL |
| GRAND HOTEL N | 2022-11-21 | 2024-10-29 | 7546760 | PRINCIPAL |
| Crump, Yolanda J (INDIVIDUA | 2020-03-03 | | 6003401 | PRINCIPAL |
| TWC Products Li | 2018-02-02 | 2020-03-24 | 6015646 | PRINCIPAL |
| Kadoch, Laurie C. (INDIVIDUA | 2024-12-24 | | 7626771 | PRINCIPAL |
| PLASWELL POLYMERS LLC (LII | 2021-03-16 | | 6292310 | PRINCIPAL |
| SHENZHEN XIHUA YAQI TECH | 2025-07-08 | | 7858694 | PRINCIPAL |
| DBA Twenty Four Wild; 404 W | 2020-08-25 | | 6135170 | PRINCIPAL |
| DBA HarvestWild; 10939 Oak | 2021-01-26 | | 6257895 | PRINCIPAL |
| GLENWILD COMMUNITY ASS( | 2008-10-21 | | 3518938 | PRINCIPAL |
| DBA Wonderwild; 767 N Shep | 2010-02-02 | | 3744622 | PRINCIPAL |
| MUDDY GIRL HOLDINGS LLC ( | 2006-03-14 | | 3067437 | PRINCIPAL |
| Moose Creative | 2023-09-19 | | | PRINCIPAL |
| SHAOXING ELEPHANTWILD H | 2023-07-11 | | 7105509 | PRINCIPAL |
| Xia Men Lie Teng Shang Mao | 2023-07-25 | | 7121654 | PRINCIPAL |
| WildVoice Company, Inc. (CO | 2025-03-25 | | 7735010 | PRINCIPAL |
| Spin Master Ltd. | 2023-04-05 | 2025-06-10 | 7821880 | PRINCIPAL |
| Moose Creative | 2023-09-19 | | | PRINCIPAL |
| AKA WILDWORKS, SMART BO | 2016-04-19 | | 4943022 | PRINCIPAL |
| ARARAT AYAKKABI DERI TEKS | 2024-12-03 | | 7583430 | PRINCIPAL |
| Xiamen Santouliubi Technolo | 2019-01-01 | | 5642485 | PRINCIPAL |
| WILDLAB HOLDII | 2021-10-07 | 2024-02-13 | 7301516 | PRINCIPAL |
| Evriholder Products, LLC (LIMITED LIABILITY COMPANY; Indiana, USA | | | | PRINCIPAL |
| Zhang, Yihao (INDIVIDUAL; CH | 2024-04-23 | | 7365439 | PRINCIPAL |
| Shenzhen Qianhai Sukada Tec | 2021-11-02 | | 6542594 | PRINCIPAL |
| Xia Men Lie Teng Shang Mao | 2023-07-25 | | 7120627 | PRINCIPAL |
| GLENWILD COMMUNITY ASS( | 2008-10-21 | | 3518939 | PRINCIPAL |
| Nauck, Todd (INDIVIDUAL; US | 2006-10-17 | | 3156835 | PRINCIPAL |
| ATTRACTIONS IP, LLC (LIMITE | 2002-10-08 | | 2629625 | PRINCIPAL |
| Wildthings Snap-Ons LLC (LIMITED LIABILITY COMPANY; Ohio, USA); | | | | PRINCIPAL |
| DBA Wildwoven; 1442 Ozette | 2025-01-28 | | 7670927 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2024-03-05 | | 7322988 | PRINCIPAL |
| Shenzhen Kublai Khan Outdo | 2023-05-23 | | 7060561 | PRINCIPAL |
| Pantheon Studios, Inc. (CORPORATION; CALIFORNIA, USA); 21650 W | | | | PRINCIPAL |
| Ngo, Van Thi Thuy (INDIVIDU, | 2024-12-10 | | 7596002 | PRINCIPAL |
| DBA Wild5Designs; 8656 Calh | 2019-06-04 | | 5769137 | PRINCIPAL |
| Wild Bird Fund, Inc. (non-prof | 2021-11-09 | | 6551818 | PRINCIPAL |
| DBA 4TheWild1s; 30003 S Lake Falls Cr, Spring, TEXAS 77386, UNITED | | | | PRINCIPAL |

| Name | Date | Number | Role |
|---|---|---|---|
| WILDPLAY LTD. (CORPORATIC | 2014-06-24 | 4554730 | PRINCIPAL |
| Wanderwild Family Retreats LLC (LIMITED LIABILITY COMPANY; NEW | | | PRINCIPAL |
| Wild Brain Entertainment, Inc. (CORPORATION; DELAWARE, USA); Su | | | PRINCIPAL |
| Shanghai Guffey Information | 2022-07-12 | 6788676 | PRINCIPAL |
| Powerhouse Studios, Inc. (CO | 2008-07-22 | 3471140 | PRINCIPAL |
| WildPlay Element Parks (CORI | 2020-03-10 | 6009138 | PRINCIPAL |
| Wild Brain Entertainment, Inc | 2025-02-25 | 7706526 | PRINCIPAL |
| The National Wild Turkey Fed | 2020-05-12 | 6052453 | PRINCIPAL |
| RANIR, LLC (LIMITED LIABILIT` | 2005-11-15 | 3014610 | PRINCIPAL |