# Exhibit 27

# PART 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC, | |
| Plaintiff, | Case No. 1:25-cv-05993 (DLC) |
| v. | |
| WILDRIDE B.V., and WILDRIDE USA CORP., | |
| Defendants. | |

**DECLARATION OF LEO M. LICHTMAN IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Leo M. Lichtman, declare and state as follows:

1.      I am a Partner at ESCA Legal LLC and counsel of record to Defendants Wildride
B.V. and Wildride USA Corp. ("Wildride") in this action. This declaration is based upon my
personal knowledge of the facts stated herein and my review of the documents and records
referenced herein. If called upon to do so, I am able to testify competently to the matters as stated
herein.

2.      I provide this declaration in support of Defendants' Opposition to Plaintiff's
Motion for Preliminary Injunction (the "Motion").

3.      I am familiar with the United States Patent and Trademark Office's ("USPTO")
Trademark Search System ("TSS"), located at tmsearch.uspto.gov, which is a searchable database
of all trademark applications and registrations filed with the USPTO.

4.      In TSS, a user conducting a search of the USPTO's database can conduct a "General
Search" by entering any word which will yield results that contain or match that word without
filtering by mark, owner, etc. Under a basic search, a user can narrow or filter their search by

"Wordmark," "Goods and services," "Owner," "Serial number," "Registration number," and "Mark description," or can even further filter their search using a combination of field tags through the "Field tag and Search builder" option.

5.      A wordmark search on TSS, without using the field tag and search builder option, will pull all live and dead applications or registrations for all marks which contain that word in all classes of goods/services in the USPTO's database. A user can further filter results based on status, i.e., live or dead, by toggling the "Status filter" on the left-hand side of the screen.

6.      A user can additionally refine their wordmark search on TSS by specific language in the goods or services descriptions by typing such language in an additional search bar which appears next to the primary search bar where the wordmark appears at the top of the screen.

7.      Thus, a wordmark search on TSS for "WILD" with "live" toggled on and "dead" toggled off and refined to include "baby" or "children" in the goods/services description would identify all live applications or registrations for wordmarks that include the word "WILD," and are used for goods/services connected in some way to babies or children. Attached hereto as **Exhibit 1** is a true and correct copy of the results from that search on TSS from August 8, 2025 in a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with the Court. It is Bate stamped RIDE000248. The search, at the time it was conducted[1], revealed 230 live applications or registrations with the word "WILD" in the mark field in connection with baby or children's goods/services.

_____

[1] Since that time, five (5) new applications have been filed, bringing the total to 235, as reflected in an updated search completed on October 2, 2025. The new applications include, *inter alia*, WILD NEST, Serial No. 99390380, for "educational products for children," as well as WILDBORNE, Serial No. 99363613, for "[b]aby monitors" and "[b]aby carriers worn on the body."

8.      Of those 230 "wild"-formative marks, a substantial portion feature "wild" as the dominant portion of the mark for baby or children goods/services, these marks, as set forth on Exhibit 1, include:

    a.  WILDBERRIES, Reg. No. 7014509 for "slings for carrying infants; luggage tags; sling bags for carrying infants" in Class 18;

    b.  WILD ACORN, Reg. No. 7930956 for "Clothing for children and babies" in Class 25 and "Online retail store services featuring clothing for children and babies" in Class 35;

    c.  WILD BABY, Reg. No. 5458150 for "Infant, baby, and toddler clothing" in Class 25 and "Infant toys; Baby and toddler toys" in Class 28;

    d.  WILD OATS, Serial No. 98610690 for "baby clothing" in Class 25;

    e.  WILD DOUGH, Reg. No. 6598478 for "children's playthings and toys" in Class 28;

    f.  WILD DOVES, Reg. No. 6052177 for "Children's wear, namely, infant and toddler bodysuits" in Class 25;

    g.  WILDVIBE, Reg. No. 5642485 for "Children's and infant's apparel" in Class 25;

    h.  WILDCOLORS, Serial No. 98809048 for "Children's arts and crafts paper kits" in Class 16; and

    i.  WILDWOVEN, Reg. No. 7670927 for "Infant and toddler one piece clothing; Infant sleepers being clothing; Children's and infant's apparel" in Class 25.

9.      Attached hereto as **Exhibit 2** is a true and correct copy of a printout of Plaintiff's website, wildbird.co, created by my firm on September 21, 2025.

10. Attached hereto as **Exhibit 3** are true and correct copies of printouts from webpages with the URLs etsy.com/market/born_to_be_wild_onsie and pinterest.com/ideas/wild-one-onesie/939323156952/, created by my firm on September 21, 2025.

11. Attached hereto as **Exhibit 4** are true and correct copies of documents produced in this lawsuit, Bates Ranges RIDE000520-527, RIDE000575-582, RIDE000512-519, RIDE000528-535, and RIDE000587-594.

12. Attached hereto as **Exhibit 5** is a true and correct copy of a printout from a webpage with the URL pinterest.com/ideas/animal-baby-room/945276021428/, created by my firm on September 21, 2025.

13. Attached hereto as **Exhibit 6** are true and correct copies of relevant pages from the certified copy of Plaintiff's Rule 30(b)(6) deposition transcript, held on September 17, 2025, which is being provisionally filed under seal pursuant to the Stipulated Protective Order filed in this action. (ECF No. 26) (the "PO").

14. Attached hereto as **Exhibit 7** is a true and correct copy of a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with the Court. It is Bates stamped WILDBIRD0003376. It is being provisionally filed under seal pursuant to the PO.

15. Attached hereto as **Exhibit 8** is a true and correct copies of printouts from webpages with the URL shop-thewild.com/collections/carriers/products/wildbird-aerial-carrier, created by my firm on September 21, 2025.

16. Attached hereto as **Exhibit 9** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0001046-1060.

17.     Attached hereto as **Exhibit 10** is a true and correct copy of documents produced in this lawsuit, Bates Ranges RIDE000244-247.

18.     Attached hereto as **Exhibit 11** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000161-266. It is being provisionally filed under seal pursuant to the PO.

19.     Attached hereto as **Exhibit 12** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000430-437.

20.     Attached hereto as **Exhibit 13** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0003380-3381.

21.     Attached hereto as **Exhibit 14** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000720-750.

22.     Attached hereto as **Exhibit 15** are relevant excerpts from Plaintiff's Responses to Defendants' Requests for Admission ("RFAs").

23.     Attached hereto as **Exhibit 16** are relevant excerpts from Plaintiff's verified responses to Defendants' Interrogatories ("ROGs").

24.     Attached hereto as **Exhibit 17** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0003389-3417. It is being provisionally filed under seal pursuant to the PO.

25.     Attached hereto as **Exhibit 18** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0003375. It is being provisionally filed under seal pursuant to the PO.

26.     Attached hereto as **Exhibit 19** is a true and correct copy of a printout from a webpage with the URL wildbird.co/collections/cloudblend, created by my firm on October 1, 2025.

27.     Attached hereto as **Exhibit 20** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD0000160, WILDBIRD0003377-3379, WILDBIRDD0003384.

28.     Attached hereto as **Exhibit 21** is a true and correct copy of documents produced in this lawsuit, Bates Ranges WILDBIRD00003355-3358.

29.     Attached hereto as **Exhibit 22** is a true and correct copy of documents produced in this lawsuit, Bates Ranges RIDE000552-554.

30.     Attached hereto as **Exhibit 23** is a true and correct copy of a printout of the TSDR page for Reg. No. 4892777 for WILDBIRD, created by my firm on October 2, 2025.

31.     Attached hereto as **Exhibit 24** is a true and correct copy of a printout of the TSDR page for Reg. No. 7798495 for WILDBIRD, created by my firm on October 2, 2025.

32.     Attached hereto as **Exhibit 25** is a true and correct copy of a spreadsheet that was produced natively in this lawsuit, and which has been converted to .pdf for purposes of filing with the Court. It is Bates stamped WILDBIRD0003383. It is being provisionally filed under seal pursuant to the PO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2025 in Brooklyn, New York.


_____

Leo M. Lichtman

# Exhibit 1

Search results from 1 to 230

Search term: WILD

| SerialNumber | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | FiledDate | InternationalClass | OwnerFullText | PriorityDate | RegistrationDate | RegistrationNumber | RegistrationType | SupplementalRegistrationDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97762041 | WILD & PRE | Wild & Wild | Live | IC 035: On-line retail store serv | 1a | 2023-01-20 | IC 035 | Wild & Precious, | | 2024-02-06 | 7299251 | PRINCIPAL | |
| 98131118 | GRACE 'N' W | GRACE 'N' Wild | Live | IC 024: Gift baskets comprised | 1a | 2023-08-14 | IC 024 | Wishco LLC (LIMI | | 2024-08-06 | 7467687 | PRINCIPAL | |
| 79335184 | OTTERLY W | OTTERLY WILD | Live | IC 003: Deodorants for persona | 66a | 2021-10-13 | IC 003 IC 005 IC 021 | Crystal Spring Co | | 2023-10-31 | 7203823 | PRINCIPAL | |
| 87605291 | WILD BABY | WILD BABY | Live | IC 025: Infant, baby, and toddle | 1a | 2017-09-12 | IC 025 IC 028 | BLUE FOREST HO | | 2018-05-01 | 5458150 | PRINCIPAL | |
| 97561961 | WILD ACORI | acorn | Live | IC 025: Clothing for children an | 1b | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 97561984 | WILD ACORI | acorn | Live | IC 025: Clothing for children an | 1a | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 97561953 | WILD ACORI | WILD ACORN | Live | IC 025: Clothing for children an | 1b | 2022-08-24 | IC 025 IC 035 | Wild Acorn, LLC ( | | | | PRINCIPAL | |
| 88953691 | WILD AND F | WILD AND PURE | Live | IC 003: Baby hand soap; body v | 1a | 2020-06-08 | IC 003 IC 021 | GLYCIOME, LLC (L | | 2021-09-07 | 6480081 | PRINCIPAL | |
| 79328911 | ROLLIN' WIL | | Live | IC 028: Games, toys and playth | 66a | 2021-06-18 | IC 028 | Kyra Buschor (IN | | 2023-03-14 | 6998479 | PRINCIPAL | |
| 90513944 | WILD CHILD | Wild Childe | Live | IC 028: Doll accessories; Doll ca | 1a | 2021-02-05 | IC 028 | Dreamcleod (LIM | | 2022-09-13 | 6847765 | PRINCIPAL | |
| 87978272 | WILD PIXY | WILD PIXY | Live | IC 019: Non-precious stone gar | 1a | 2017-10-24 | IC 019 IC 028 | Davies Importing | | 2018-10-02 | 5577444 | PRINCIPAL | |
| 98941945 | WILD FORES | wild forest | Live | IC 005: Adhesive tapes for med | 1a | 2025-01-07 | IC 005 | Xie, Xiaoyu (IND | | | | PRINCIPAL | |
| 88433487 | SMALL+WIL | SMALL + WILD | Live | IC 016: Children's books, story | 1a | 2019-05-16 | IC 016 | Sauter, Alison P. | | 2020-08-25 | 6137336 | PRINCIPAL | |
| 88886040 | WILD WORL | | Live | IC 018: Baby backpacks; Backpa | 1a | 2020-04-24 | IC 018 | Shenzhen Zuodi ( | | 2020-11-10 | 6194523 | PRINCIPAL | |
| 87525410 | WILD + FRE | WILD + FREE | Live | IC 041: Education services, nam | 1a | 2017-07-12 | IC 041 | ARMENT, AINSLE | | 2018-08-14 | 5538520 | PRINCIPAL | |
| 98669883 | WILD + RAE | Wild + Rae | Live | IC 025: Boots; Dresses; Pajama | 1b | 2024-07-27 | IC 025 | DBA Wild and Ra | | | | PRINCIPAL | |
| 87745098 | WILD & GOI | Wild & Gorgeous | Live | IC 025: Hats; Pants for [ infants | 1a | 2018-01-05 | IC 025 | LITTLE & GORGEC | | 2018-08-07 | 5535417 | PRINCIPAL | |
| 88460751 | INDIGO WIL | INDIGO WILD | Live | IC 004: House mark for scented | 1a | 2019-06-05 | IC 004 IC 021 IC 003 | Indigo Wild, LLC ( | | 2020-08-11 | 6121931 | PRINCIPAL | |
| 90187373 | MUSTANG V | Mustang Wild | Live | IC 025: Fabric sold as an integr | 1b | 2025-05-15 | IC 025 | Mustang Wild LL | | | | PRINCIPAL | |
| 98941897 | WILD FAIRY | Wild Fairy | Live | IC 005: All purpose disinfectant | 1a | 2025-01-07 | IC 005 | Xie, Xiaoyu (IND | | | | PRINCIPAL | |
| 88607239 | WEE WILD ( | Wild Forest | Live | IC 028: Baby multiple activity tc | 1a | 2019-09-06 | IC 028 | Blue Box Toy Fact | | 2021-04-13 | 6323263 | PRINCIPAL | |
| 88431294 | WEE WILD ( | WEE WILD ONES | Live | IC 028: Baby multiple activity tc | 1a | 2019-05-15 | IC 028 IC 035 | Blue Box Toy Fact | | 2020-07-14 | 6103288 | PRINCIPAL | |
| 77449116 | WILD HARV | WILD HARVEST | Live | IC 029: canned tomatoes; apple | 1a | 2008-04-15 | IC 029 IC 030 IC 005 | SUPERVALU LICEI | | 2010-07-20 | 3822419 | PRINCIPAL | |
| 98634593 | WILD LIKE N | | Live | IC 025: Baby tops; Bottoms as c | 1a | 2025-05-08 | IC 025 | LIU Bei (INDIVIDL | | 2025-08-05 | 7878100 | PRINCIPAL | |
| 98967670 | WN WILD N | | Live | IC 020: Sensory Swings, Swings | 1b | 2025-01-16 | IC 020 | Steel Horse, LLC ( | | | | PRINCIPAL | |
| 90252125 | WILD FOR S | WILD FOR STYLE | Live | IC 024: Bedding, namely, bed b | 1a | 2020-10-13 | IC 024 IC 028 | Animal Adventur | | 2022-03-01 | 6660872 | PRINCIPAL | |
| 99324278 | WILD CROP | wild crop | Live | IC 005: Medical dressings; Med | 1a | 2025-08-06 | IC 005 | Shuicai FU (INDIV | | | | PRINCIPAL | |
| 79277468 | WILD WISHE | WILD WISHES | Live | IC 003: Perfumes; eaux de toile | 66a | 2019-07-02 | IC 003 | SEPHORA (SOCIÉ | 2019-07-12 | 2020-09-15 | 6150179 | PRINCIPAL | |
| 79298003 | WILD PRAIR | | Live | IC 003: Non-medicated soap, n | 66a | 2020-09-30 | IC 003 IC 021 | Wild Prairie Soap | 2020-03-30 | 2022-05-24 | 6726701 | PRINCIPAL | |
| 79336398 | INDE WILD | INDE WILD | Live | IC 003: Skin soap; cosmetics an | 66a | 2021-10-21 | IC 003 IC 005 | Inde Wild B.V. (BI | 2021-04-26 | 2023-05-16 | 7051242 | PRINCIPAL | |
| 90287360 | WET 'N WILI | WET 'N WILD | Live | IC 035: On-line retail store serv | 1a | 2020-10-29 | IC 035 | Keith Perry (INDI | | 2022-09-06 | 6840240 | PRINCIPAL | |
| 90514904 | WILD 4 LEM | WILD 4 LEMONS | Live | IC 025: Beachwear; Lingerie; Sh | 1a | 2021-02-05 | IC 025 | Beautiful Dreame | | 2022-07-19 | 6798842 | PRINCIPAL | |
| 88845991 | GRACE 'N' W | Grace 'n' Wild | Live | IC 025: Clothing, namely, tops, | 1a | 2020-03-24 | IC 025 | Stoltz-Marshall, J | | 2022-04-05 | 6694825 | PRINCIPAL | |
| 79420680 | WILD DONK | WILD DONKEY | Live | IC 025: Clothing; headgear; app | 66a | 2024-08-16 | IC 025 IC 035 IC 018 | Limited (2024-08-15 | | | | PRINCIPAL | |
| 98083518 | WILD & FRE | WILD & FREE RANCH | Live | IC 010: Dishes adapted for feed | 1a | 2023-07-13 | IC 010 | Wild & Free Ranc | | 2024-07-16 | 7447764 | PRINCIPAL | |
| 87626637 | THE YOUNG | The Young & Wild | Live | IC 018: All purpose sport bags; | 1a | 2017-09-28 | IC 018 IC 025 | 6 TWO APPAREL | | 2019-04-30 | 5740671 | PRINCIPAL | |
| 98610690 | WILD OATS | WILD OATS | Live | IC 024: Dish towels; tablecloths | 1b | 2024-06-20 | IC 024 IC 025 IC 029 | KEHE DISTRIBUTC | | | | PRINCIPAL | |
| 88526645 | WILD DIAM | WILD DIAMOND | Live | IC 025: Clothing extension used | 1a | 2019-07-22 | IC 025 | Wang Jinsong (IN | | 2020-09-29 | 6165297 | PRINCIPAL | |
| 77934043 | WILD CARRC | WILD CARROT HERBALS | Live | IC 003: Baby powder; [ Bar soap | 1a | 2010-02-11 | IC 003 | Wild Carrot Herb | | 2011-02-22 | 3921962 | PRINCIPAL-2(F) | |
| 97832895 | WILD ROSE | Wild Rose Tattoo Clothing | Live | IC 025: Tattoo clothing, name | 1a | 2023-03-10 | IC 025 | Gift Ko LLC (LIMIT | | | | PRINCIPAL | |
| 88770345 | MOTHER OF | MOTHER OF WILD | Live | IC 031: Cut flowers; live flower: | 1a | 2020-01-23 | IC 031 IC 035 IC 043 | DBA Mother of W | | 2021-05-25 | 6365469 | PRINCIPAL | |
| 99104892 | WILD KINGE | Wild Kingdom | Live | IC 018: Back packs; Tote bags.; | 1a | 2025-03-26 | IC 018 IC 024 IC 025 | Mutual of Omaha | | | | PRINCIPAL | |
| 75423587 | WILD BUNC | WILD BUNCH | Live | IC 042: RESTAURANT SERVICES | 1a | 1998-01-26 | IC 042 | Rainforest Cafe, | | 2001-06-05 | 2457656 | PRINCIPAL | |
| 75982249 | WILD BUNC | WILD BUNCH | Live | IC 016: PRINTED MATERIALS FC | 1a | 1998-03-09 | IC 016 | Rainforest Cafe, | | 2002-10-29 | 2643642 | PRINCIPAL | |
| 88246167 | WILD ISLAN | Wild Island | Live | IC 041: Amusement center; Am | 1a | 2018-12-31 | IC 041 | Wild Island, Inc. ( | | 2019-08-06 | 5826214 | PRINCIPAL | |
| 79367030 | WILD RIDER | WILD RIDER | Live | IC 009: Protective clothing; pro | 66a | 2023-01-16 | IC 009 | Wilton Bradley H | 2023-01-12 | 2024-10-22 | 7539794 | PRINCIPAL | |
| 79428592 | REALLY WIL | REALLY WILD | Live | IC 024: Textiles and substitutes | 66a | 2025-01-22 | IC 024 IC 025 IC 035 | The Really Wild C | 2024-07-22 | | | PRINCIPAL | |
| 99041574 | WILD WISH | Wild Wishes | Live | IC 041: Charitable fundraising s | 1a | 2025-02-14 | IC 041 | Chester Moore (II | | | | PRINCIPAL | |
| 86362343 | PLAYTIME C | | Live | IC 028: Action figure toys; Baby | 1a | 2014-08-11 | IC 028 | VTech Electronics | | 2016-05-17 | 4960905 | PRINCIPAL | |
| 97254070 | WILD ONES | Wild Ones | Live | IC 036: Charitable fundraising s | 1a | 2022-02-04 | IC 036 IC 041 IC 044 | Wild Ones Natura | | 2023-03-21 | 7004588 | PRINCIPAL | |
| 90980764 | NEON WILD | NEON WILD | Live | IC 009: Downloadable compute | 1a | 2021-01-14 | IC 009 IC 041 | NEON WILD, INC. | | 2024-02-20 | 7310968 | PRINCIPAL | |
| 88737615 | WILD DOUG | WILD DOUGH | Live | IC 028: Playthings and toys, nar | 1a 44e | 2019-12-23 | IC 028 IC 035 | Tiger Kids Pty Ltd | 2019-12-20 | 2021-12-21 | 6598478 | PRINCIPAL | |
| 98779631 | WILD WHEE | WILD WHEELS | Live | IC 028: Dolls; Action figure toys | 1a | 2025-10-01 | IC 028 | DBA Odyssey Toy | | 2025-05-06 | 7787236 | PRINCIPAL | |

| Serial | Mark | | Goods/Services | Filing Date | IC Classes | Owner | Date | Reg No. | Register | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 86518547 | PLAY WILD Play Wild | Live | IC 009: Computer game softwa 1a | 2015-01-29 | IC 009 (CANCELLED) AKA WILDWORKS | | 2016-10-18 | 5064961 | PRINCIPAL | |
| 86758914 | WILD BRAIN WILD BRAIN | Live | IC 041: Entertainment services, 1a | 2015-09-16 | IC 041 | Wild Brain Entert | 2017-01-17 | 5125368 | PRINCIPAL | |
| 99043262 | MR WILD Mr Wild | Live | IC 041: Book publishing; Book a 1a | 2025-02-16 | IC 041 | Shae Alan Pozarz | | | PRINCIPAL | |
| 76556934 | WILD DUNE WILD DUNE | Live | IC 045: Hotel concierge service: 1a | 2003-11-05 | IC 045 IC 035 IC 039 LOWE WILD DUN | | 2005-07-26 | 2975307 | PRINCIPAL | |
| 75453080 | WILD BUNC WILD BUNCH | Live | IC 025: Clothing, namely, men's 1a | 1998-03-19 | IC 025 | Rainforest Cafe, I | 2003-09-16 | 2764487 | PRINCIPAL | |
| 90849546 | CLOUD WILE Cloud wild | Live | IC 020: Air mattresses for use w 1a | 2021-07-26 | IC 020 | Chen, Zhitong (IN | 2022-06-07 | 6754161 | PRINCIPAL | |
| 87291405 | WILD MERC WILD MERCURY | Live | IC 009: [ Apparatus for recordir 44e | 2017-01-06 | IC 009 (CANCELLED) Derek Wax (INDIV | 2016-07-07 | 2018-10-09 | 5578050 | PRINCIPAL | |
| 88637367 | WILD DOVE WILD DOVES | Live | IC 025: Children's wear, namely 1a | 2019-10-01 | IC 025 | DBA Wild Doves; | 2020-05-12 | 6052177 | PRINCIPAL | |
| 88197188 | BIG WILD BIG WILD | Live | IC 009: Prerecorded audio and 1a | 2018-11-16 | IC 009 IC 025 IC 041 Big Wild Music LL | 2021-02-09 | 6263655 | PRINCIPAL | |
| 98553144 | WILD HICKC WILD HICKORY | Live | IC 009: Sunglasses; cases for su 1b | 2024-05-15 | IC 009 IC 018 IC 025 American Heartla | | | PRINCIPAL | |
| 85722192 | WILD KRAT WILD KRATTS | Live | IC 016: Paper banners; lunch ba 1a | 2012-09-06 | IC 016 IC 018 IC 019 Kratt Brothers Co 2012-08-24 | | 2015-06-16 | 4756309 | PRINCIPAL | |
| 98290722 | WILD MANE WILD MANES | Live | IC 018: Bags for children, name 1b | 2023-11-29 | IC 018 | JAKKS Pacific, Inc | | | PRINCIPAL | |
| 90205548 | WILD MAN WILD MAN | Live | IC 012: Bicycles; Mopeds; Bicyc 1a | 2020-09-24 | IC 012 IC 025 IC 028 Dongguan Meilua | | 2021-11-02 | 6543002 | PRINCIPAL | |
| 87228296 | WILD FEMIN WILD FEMINIST | Live | IC 025: Jackets; One-piece garm 1a | 2016-11-07 | IC 025 | Wildfang Co. (CO | 2017-10-24 | 5315059 | PRINCIPAL | |
| 77489026 | WILD GRINE WILD GRINDERS | Live | IC 025: Clothing for men, wome 1a | 2008-06-02 | IC 025 | WILD GRINDERS, | 2012-07-31 | 4183534 | PRINCIPAL | |
| 75278490 | WET'N WILL Wet'n Wild | Live | IC 008: [ [ souvenir spoons ] ]; 1a | 1997-04-21 | (CANCELLED) IC 008 EPR PARKS, LLC (1 | | 1998-10-27 | 2199474 | PRINCIPAL | |
| 88694981 | WILD CHILD WILD CHILD | Live | IC 041: Arranging and conductii 1a | 2019-11-15 | IC 041 | DBA Wild Child; 2 | 2020-06-23 | 6084455 | PRINCIPAL | |
| 99004542 | WILD HANK WILD HANK | Live | IC 025: Clothing jackets for chilt 1a | 2025-01-17 | IC 025 | Wild Hank LLC (LI | | | PRINCIPAL | |
| 90173320 | WILD NATIC WILD Nation | Live | IC 025: Shirts; Shirts and short- 1a | 2020-09-11 | IC 025 | DBA Wild Nation; | 2021-04-06 | 6317668 | SUPPLEMENTAL | 2021-02-16 |
| 90310135 | WILD ACES WILD ACES | Live | IC 025: men's, women's and ch 1a | 2020-11-10 | IC 025 | FANCHISE LEAGU | 2023-04-25 | 7037601 | PRINCIPAL | |
| 90522091 | WILD CITY Wild City | Live | IC 025: Boots; Bras; Footwear; 1a | 2021-02-10 | IC 025 | Fuzhou Extraordi | 2021-12-28 | 6602351 | PRINCIPAL | |
| 97344615 | WILD PETS WILD PETS | Live | IC 009: Downloadable compute 44e | 2022-04-03 | IC 009 IC 028 | Moose Creative N | 2023-04-04 | 7018782 | PRINCIPAL | |
| 76556935 | WILD DUNE WILD DUNE | Live | IC 045: Hotel concierge service: 1a | 2003-11-05 | IC 045 IC 035 IC 039 WILD DUNES LLC | | 2005-07-26 | 2975308 | PRINCIPAL | |
| 73720078 | WILD CHILD WILD CHILD | Live | IC 042: RETAIL STORE AND MAI 1a | 1988-04-01 | IC 042 | WEST, RENEE (IN | 1988-12-06 | 1516008 | PRINCIPAL | |
| 98545320 | WOODSY W Woodsy Wild | Live | IC 016: Printed children's books 1a | 2024-05-10 | IC 016 | Miller, Kristell An | 2025-02-18 | 7694715 | PRINCIPAL | |
| 86758903 | WILD BRAIN WILD BRAIN | Live | IC 038: Transmission of films ar 1a | 2015-09-16 | IC 038 | Wild Brain Entert | 2017-04-04 | 5177299 | PRINCIPAL | |
| 88105894 | WILD REPUI WILD REPUBLIC | Live | IC 025: Children's apparel, nam 1a | 2018-09-05 | IC 025 | K & M Internatio | 2019-04-16 | 5727081 | PRINCIPAL | |
| 98290697 | WILD MANE WILD MANES | Live | IC 041: Entertainment services, 1a | 2023-11-29 | IC 041 | JAKKS Pacific, Inc | 2025-03-11 | 7725669 | PRINCIPAL | |
| 98397695 | WILD ELEGA Wild Elegance | Live | IC 009: 3D spectacles; Smartgla 1b | 2024-02-08 | IC 009 | Taizhou Shiyu Tra | | | PRINCIPAL | |
| 87680123 | WILD TENNI WILD Tennis | Live | IC 016: printed books and book 44e | 2017-11-10 | IC 016 IC 025 IC 041 BAKKER, Ed (INDI | | 2019-02-12 | 5672409 | PRINCIPAL | |
| 87268585 | WILD ROOT WILD ROOTS | Live | IC 041: Educational services, na 1a | 2016-12-14 | IC 041 | WILD ROOTS FRA | 2017-08-08 | 5260255 | PRINCIPAL | |
| 97649492 | WILD CHILD WILD CHILD | Live | IC 041: Arranging, organizing, c 1a | 2022-10-26 | IC 041 | Wild Child Gym Ir | | | PRINCIPAL | |
| 98290725 | WILD MANE WILD MANES | Live | IC 016: Printed items for childre 1b | 2023-11-29 | IC 016 | JAKKS Pacific, Inc | | | PRINCIPAL | |
| 90725047 | WILD PETIT: wild petits | Live | IC 020: Baby bolsters; Baby bot 1a | 2021-05-20 | IC 020 | SCANDINAVIAN T | 2022-06-07 | 6751071 | PRINCIPAL | |
| 99125370 | WILD ABOU Wild about Dinosaurs! | Live | IC 016: Wirebound books; Sket 1a | 2025-04-08 | IC 016 | GraySheep Graph | | | PRINCIPAL | |
| 78246883 | DISNEY'S W | Live | IC 041: Educational services rel 1a | 2003-05-07 | IC 041 | Disney Enterprise | 2005-07-26 | 2978787 | PRINCIPAL | |
| 90797265 | INDE WILD inde wild | Live | IC 021: Combs; Cups; Currycom 44e | 2021-06-27 | IC 021 IC 003 IC 005 INDE WILD B.V. (I | 2023-08-22 | 7141569 | PRINCIPAL | |
| 79336856 | WILD SCIEN WILD SCIENCE LAB | Live | IC 035: Advertising services; Bu 66a | 2021-11-11 | IC 035 IC 003 | WILD SCIENCE LA | 2023-11-14 | 7215237 | PRINCIPAL | |
| 86880149 | THE WILD O THE WILD OSCAR | Live | IC 003: [ 3-in-1 organic soap ba 1a | 2016-01-19 | IC 003 IC 043 | Marcos Tuachi N | 2017-05-23 | 5210297 | PRINCIPAL | |
| 97772880 | WILD & PRE wild+free | Live | IC 025: Dresses; Pajamas; Pants 1a | 2023-01-30 | IC 025 | Odyssey Group LI | 2024-12-31 | 7634925 | PRINCIPAL | |
| 98775481 | WILD BIRDS WILD BIRDS UNLIMITED | Live | IC 025: Coats; Hats; Shirts; Unif 1a | 2024-09-28 | IC 025 IC 031 IC 035 Wild Birds Unlimi | | | PRINCIPAL | |
| 98680736 | REWILD THE | Live | IC 025: Clothing, namely, t-shir 1a | 2024-08-02 | IC 025 IC 035 IC 009 AKA Rewild the V | | | PRINCIPAL | |
| 98610682 | WILD OATS WILD OATS | Live | IC 024: Dish towels; tablecloths 1b | 2024-06-20 | IC 024 IC 025 IC 029 KEHE DISTRIBUT( | | | PRINCIPAL | |
| 90124775 | VANDER WI | Live | IC 003: Dish detergents; Essent 1a | 2020-08-19 | IC 003 | Vandergon,Sara F | 2021-04-06 | 6314827 | PRINCIPAL | |
| 88192429 | TWO WILD | Two Wild TWO WILD TIAKES | Live | IC 003: Baby hand soap; Bar so 1a | 2018-11-13 | IC 003 IC 020 IC 021 Gallagher, Nicole | 2020-10-13 | 6175794 | PRINCIPAL | |
| 90893829 | LET GOOD G | Live | IC 005: Medicated cleaning pre 1b | 2021-08-20 | IC 005 IC 003 | New Theory Vent | | | PRINCIPAL | |
| 97530414 | LET YOUR SI | Live | IC 016: Subscription boxes that 1a | 2022-08-02 | IC 016 | PRE BOX, LLC (LIN | 2025-03-04 | 7715801 | PRINCIPAL | |
| 87797799 | PRETTY WIL PRETTY WILD KIDS | Live | IC 025: Clothing, for babies, tot 1a | 2018-02-14 | IC 025 | Agent 88 Pty Ltd | 2019-06-11 | 5776681 | PRINCIPAL | |
| 99249638 | WILD SPIRIT Wild Spirit Threads | Live | IC 025: Trousers for adults, bab 1b | 2025-06-24 | IC 025 | Serena Marie Ow | | | PRINCIPAL | |
| 98961947 | WILD IN CO Wild in Color | Live | IC 025: Coats; Hats; Leggings; S 1a | 2025-01-14 | IC 025 IC 035 | Parrot Fish Studio | | | PRINCIPAL | |
| 97693638 | WILD CHILD WILD CHILD GYM | Live | IC 041: Gymnasiums; Coaching 1a | 2022-11-28 | IC 041 | Wild Child Gym Ir | | | PRINCIPAL | |
| 87771767 | WILD WEST | Live | IC 025: T-shirts; T-shirts for me 1a | 2018-01-26 | IC 025 | Zeybek, Mustafa | 2021-03-02 | 6283489 | PRINCIPAL | |
| 90645533 | THE WILD U THE WILD UNKNOWN | Live | IC 016: Printed children's books 1a | 2021-04-14 | IC 016 | KIM KRANS, LLC ( | 2021-09-07 | 6479168 | PRINCIPAL | |
| 97351444 | WILD ROOT WILD ROOT CREATION | Live | IC 016: Printed illustrations; pa 1a | 2022-04-07 | IC 016 IC 041 IC 042 Haefeli, Jennifer | 2024-08-06 | 7464889 | PRINCIPAL | |
| 99080677 | WILD BROTI Wild Brothers Productions | Live | IC 038: Streaming of audio and 1a | 2025-03-12 | IC 038 IC 041 IC 042 Wild Brothers Pro | | | PRINCIPAL | |
| 99228799 | WILD WONI Wild Wonder Minds | Live | IC 016: Printed flash cards; Edu 1a | 2025-06-11 | IC 016 | Shannon Haverty | | | PRINCIPAL | |
| 99060776 | RECLAIM TH RECLAIM THE WILD | Live | IC 025: Beachwear; Coverups; E 1b | 2025-02-28 | IC 025 IC 035 | Reclaim the Wild | | | PRINCIPAL | |

| Serial | Mark | | Status | Goods/Services | | | Owner | Date | Reg. No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 87771807 | WILD WEST | | Live | IC 025: T-shirts; T-shirts for men | 1a | 2018-01-26 IC 025 | Zeybek, Mustafa | 2021-03-02 | 6283490 | PRINCIPAL |
| 90100815 | WILD WEST | Wild Western Hippie | Live | IC 025: Hats; Shoes; T-shirts; Bo | 1a | 2020-08-07 IC 025 | Wild Western Hip | 2021-03-30 | 6305665 | PRINCIPAL |
| 90064846 | WILD HEART | | Live | IC 044: Psychotherapy and psyc | 1a | 2020-07-21 IC 044 | DBA Wild Heart S | 2021-03-02 | 6281660 | PRINCIPAL |
| 86122158 | WILD WEST | | Live | IC 025: Footwear, namely, boot | 1a | 2013-11-18 IC 025 | Sandoval, Rodolf | 2014-10-28 | 4627495 | PRINCIPAL |
| 86748783 | WILD GINGE | | Live | IC 025: Athletic apparel, namel | 1a | 2015-09-05 IC 025 | LEFFLER, NICOLE | 2019-02-19 | 5680899 | PRINCIPAL |
| 87524130 | WILD EXPLC | | Live | IC 041: Education services, nam | 1a | 2017-07-11 IC 041 | ARMENT, AINSLE | 2018-08-14 | 5538508 | PRINCIPAL |
| 88098979 | WILD SOULS | | Live | IC 044: Therapeutic equine-bas | 1a | 2018-08-30 IC 044 | Wild Souls Ranch | 2019-04-30 | 5738956 | PRINCIPAL |
| 88149650 | WILD GOAT | WILD GOAT EDGE | Live | IC 041: Charitable services, nan | 1a | 2018-10-10 IC 041 | THE CAPRA COMI | 2019-12-24 | 5945572 | PRINCIPAL |
| 74802799 | REALLY "WII | | Live | IC 041: [ [ television programm | 1a | 1993-11-12 (CANCELLED) IC 04| NATIONAL GEOG | 1997-07-01 | 2075006 | PRINCIPAL |
| 86013633 | I AM WILD | I AM WILD | Live | IC 014: Jewelry, clocks and wat | 1a | 2013-07-18 IC 014 IC 016 IC 018 | AKA Roberto Dut | 2017-04-11 | 5181866 | PRINCIPAL |
| 90820424 | HEADS GON | Heads Gone Wild | Live | IC 044: Barber services; Barberi | 1a | 2021-07-09 IC 044 | Morrison, Yoland | 2022-09-13 | 6842997 | PRINCIPAL |
| 85976127 | NAT GEO W | NAT GEO WILD | Live | IC 041: Educational and enterta | 1a | 2010-12-14 IC 041 | National Geograp | 2012-03-06 | 4110332 | PRINCIPAL |
| 99281619 | KITTY'S WILI | | Live | IC 016: Printed children's books | 1a | 2025-07-14 IC 016 | Becky Lewis; 275 | | | PRINCIPAL |
| 77928089 | WILD AT HE | World at heart | Live | IC 025: Belts for clothing; Cami | 1a | 2010-02-04 IC 025 | DBA Wild at Hear | 2010-09-14 | 3847523 | PRINCIPAL |
| 75267814 | WET 'N WILL | WET 'N WILD | Live | IC 009: [ [ magnets ] ].; IC 008: | 1a | 1997-04-02 (CANCELLED) IC 009| EPR PARKS, LLC (I | 1998-10-13 | 2194958 | PRINCIPAL |
| 88386509 | WILD AXE TI | | Live | IC 025: Hoodies; T-shirts for ad | 1a | 2019-04-15 IC 025 | DBA Wild Axe Thr | 2022-03-01 | 6660048 | PRINCIPAL |
| 98597501 | WILD ABAN | Wild Abandon Farms | Live | IC 025: Hats; Headwear; Hoode | 1b | 2024-06-12 IC 025 | Tenacity Road Stu | | | PRINCIPAL |
| 79377298 | THE GOOD \ | THE GOOD WILD | Live | IC 005: Pharmaceutical and vet | 66a | 2023-05-05 IC 005 IC 029 IC 030 | FONKA GIDA SAN | 2023-03-17 | 2025-01-07 7636679 | PRINCIPAL |
| 75592606 | RAINFOREST | | Live | IC 042: RESTAURANT AND BAR | 1a | 1998-11-20 IC 042 IC 035 | Rainforest Cafe, I | 2001-06-08 | 2002-01-22 2532499 | PRINCIPAL-2(F)-IN |
| 79375825 | WILDRIDE | WILDRIDE | Live | IC 035: Retailing services and w | 66a | 2023-05-12 IC 035 IC 018 | Wildride B.V. (be | 2023-05-05 | | PRINCIPAL |
| 98558373 | WILDRIDE | WILDRIDE | Live | IC 018: Baby and children carrie | 1a | 2024-05-20 IC 018 | Wildride B.V. (be | | | PRINCIPAL |
| 98463953 | WILDBIRD | WildBird | Live | IC 024: Baby bedding, namely, | 1a | 2024-03-22 IC 024 IC 025 IC 028 | WildBird (LIMITE | | 2025-05-20 7798495 | PRINCIPAL |
| 99068040 | WILDBIRD | WILDBIRD | Live | IC 024: Baby bedding, namely, | 1a | 2025-03-05 IC 024 IC 025 IC 028 | Wildbird (LIMITE | | | PRINCIPAL |
| 76223082 | THE FUTURE | THE FUTURE IS WILD | Live | IC 009: Motion picture films fea | 44e | 2001-03-12 IC 009 (CANCELLED) | THE FUTURE IS W | 2006-03-28 | 3072373 | PRINCIPAL |
| 97491291 | BAND OF TH | Hand of the Wild | Live | IC 025: Costumes for use in chil | 1a | 2022-07-06 IC 025 | Band of the Wild | 2023-08-22 | 7143081 | PRINCIPAL |
| 90712430 | RUN WILD N | RUN WILD MY CHILL | Live | IC 009: Downloadable e-books | 1a | 2021-05-14 IC 009 IC 041 | Run Wild My Chil | 2022-08-16 | 6817904 | PRINCIPAL |
| 98269598 | WILD MIND | WILD MIND HEART HEAI | Live | IC 018: Athletic bags, tote bags | 1b 44e | 2023-11-14 IC 018 | Limited (PRIVATE | 2023-11-13 | | PRINCIPAL |
| 97221197 | WILD BEGIN | Wild Beginnings Nature | Live | IC 041: Educational services, na | 1a | 2022-01-14 IC 041 | RAISING NEXT GE | 2023-08-29 | 7152179 | PRINCIPAL |
| 86327766 | WILD AND F | | Live | IC 041: Educational and enterta | 1a | 2014-07-03 IC 041 | Bracken, Matthev | 2015-09-22 | 4819217 | PRINCIPAL |
| 88471964 | WILD ZOO F | Wild Zoo Furniture Inc | Live | IC 020: Children's furniture. | 1a | 2019-06-13 IC 020 | Wild Zoo Furnitur | 2019-12-31 | 5949246 | PRINCIPAL |
| 90528032 | DOGS OF TH | DOGS OF THE WILD | Live | IC 016: Printed novels; Printed | 1a | 2021-02-12 IC 016 | Kevin Blaize (IND | 2022-03-29 | 6682923 | PRINCIPAL |
| 86818466 | WILD YOOT | WILD YOOT | Live | IC 025: T-Shirts for babies, chilc | 1a | 2015-11-12 IC 025 IC 041 | Wild Yoot LLC (LII | 2019-09-10 | 5857720 | PRINCIPAL |
| 87782464 | WILD IN TH | WILD IN THE CITY | Live | IC 041: Charitable services, nan | 1a | 2018-02-02 IC 041 | Arizona Elk Socie | 2018-09-11 | 5560417 | PRINCIPAL |
| 88438343 | LIVE WILD. | | Live | IC 018: All purpose bags namel | 1a | 2019-05-20 IC 018 IC 025 | Live Wild Be Free | 2020-03-31 | 6022223 | PRINCIPAL |
| 98943832 | FOLLOW HE | | Live | IC 020: Furniture; Camping furr | 1a | 2025-01-08 IC 020 | Han, Xin (INDIVIC | | | PRINCIPAL |
| 86506542 | KIDWILD | KidWild | Live | IC 024: Baby bedding, namely, | 44e | 2015-01-18 IC 024 IC 025 | FORMERLY Flink | 2015-01-18 | 2015-11-03 4844363 | PRINCIPAL |
| 98269627 | WILD MIND | WILD MIND HEART HEAI | Live | IC 028: Games, namely, educat | 1b 44d | 2023-11-14 IC 028 | Limited (PRIVATE | 2023-11-13 | | PRINCIPAL |
| 90767040 | GRACE 'N W | grace 'n wild | Live | IC 025: Cloth bibs; Clothing, na | 1a | 2021-06-10 IC 025 | Wishco LLC (LIMI | 2023-03-28 | 7013448 | PRINCIPAL |
| 97027660 | EVERWILD | EverWild | Live | IC 025: Baby clothing/products | 1a | 2021-09-14 IC 025 | Smith, Noah (IND | | | PRINCIPAL |
| 97522812 | WILD SIDE N | | Live | IC 028: Card games; Educationa | 1a | 2022-07-27 IC 028 | Jump-Fox LLC (LII | 2024-10-29 | 7552972 | PRINCIPAL |
| 99253685 | CALL OF THE | Call of the Wild Camps | Live | IC 041: Educational services, na | 1a | 2025-06-26 IC 041 | Inspire Behaviora | | | PRINCIPAL |
| 87573545 | WILD THING | WILD THINGS | Live | IC 024: Children's blankets. | 1a | 2017-08-17 IC 024 | Blue Spring Partn | 2018-07-10 | 5710659 | PRINCIPAL |
| 98020078 | WHERE THE | Where the Wild Things Play | Live | IC 041: Children's entertainmer | 1a | 2023-05-30 IC 041 | Where the Wild T | 2024-06-18 | 7419728 | PRINCIPAL |
| 99068319 | WILD ETHIO | | Live | IC 025: Fabric sold as an integra | 1b | 2025-03-05 IC 025 IC 028 IC 016 | Wild-Ethiopia; 14 | | | PRINCIPAL |
| 87573560 | WILD THING | WILD THINGS | Live | IC 024: Children's blankets. | 1a | 2017-08-17 IC 024 | Blue Spring Partn | 2020-04-07 | 6029617 | PRINCIPAL |
| 88370799 | VIVIWILD | viviwild | Live | IC 025: Baby layettes for clothir | 1a | 2019-04-04 IC 025 | Shenzhen Weigai | 2019-10-08 | 5879754 | PRINCIPAL |
| 88501553 | ROARINGW | ROARINGWILD | Live | IC 025: Baby layettes for clothir | 1a | 2019-07-05 IC 025 | Shenzhen Roarin | 2020-01-28 | 5972014 | PRINCIPAL |
| 78407986 | WALT DISNE | | Live | IC 009: Pre-recorded digital vid | 1a | 2004-04-26 IC 009 | DISNEY ENTERPR | 2008-02-26 | 3389689 | PRINCIPAL |
| 99296975 | WILD WEST | | Live | IC 028: Collectable toy figures; | 1b | 2025-07-22 IC 028 IC 009 IC 041 | The Nacelle Comp | | | PRINCIPAL |
| 99297001 | WILD WEST | | Live | IC 028: Collectable toy figures; | 1b | 2025-07-22 IC 028 IC 009 IC 041 | The Nacelle Comp | | | PRINCIPAL |
| 86052728 | THE WILD H | | Live | IC 014: Jewelry, clocks and wat | 1a | 2013-08-30 IC 014 IC 018 IC 021 | AKA Roberto Dut | 2017-10-17 | 5311543 | PRINCIPAL |
| 90343599 | WILDONE | WILDONE | Live | IC 010: Sphygmomanometers; | 1a | 2020-11-25 IC 010 | GUANGDONG All | 2021-07-20 | 6427936 | PRINCIPAL |
| 79229827 | WILD POUSS | WILD POUSS | Live | IC 005: [ Medicated skin care p | 66a | 2017-10-10 IC 005 IC 003 | Gulam Nasser (IN | 2017-06-13 | 2018-09-18 5563309 | PRINCIPAL |
| 78177129 | WILDCATTE | WILDCATTERS | Live | IC 025: clothing, namely, jersey | 1a | 2002-10-22 IC 025 | ECHL, INC. (CORP | 2004-08-10 | 2872667 | PRINCIPAL |
| 75170432 | WILDHORSE | WILDHORSE SALOON | Live | IC 006: [ brass ] keychains.; IC 0 | 1a | 1996-09-23 IC 006 (CANCELLED) | ATTRACTIONS IP, | 1997-12-16 | 2121249 | PRINCIPAL |
| 75180488 | WILDHORSE | | Live | IC 006: [ [ brass keychains ] ].; I | 1a | 1996-10-11 (CANCELLED) IC 006 | ATTRACTIONS IP, | 1997-12-30 | 2125258 | PRINCIPAL |
| 88415700 | PELICANWIL | PelicanWild | Live | IC 025: T-shirts, Graphic T-shirt | 1a | 2019-05-04 IC 025 | Tcherniavskaia, N | 2019-11-05 | 5903177 | PRINCIPAL |

| Serial | Name | | Status | Goods/Services | Filed | IC | Owner | Date | Reg. No. | Register |
|---|---|---|---|---|---|---|---|---|---|---|
| 88493536 | PELICANWIL | | Live | IC 025: T-shirts; Graphic T-shirt 1a | 2019-06-28 | IC 025 | Tcherniavskaia, N | 2019-11-05 | 5903368 | PRINCIPAL |
| 87882353 | THE YASIEL | | Live | IC 041: Charitable services, nan 1a | 2018-04-18 | IC 041 | Puig, Yasiel (IND | 2019-02-12 | 5673290 | PRINCIPAL |
| 75143816 | WILD PLACE | | Live | IC 041: educational services, na 1a | 1996-08-01 | IC 041 | NATURE FORWA | 1997-07-01 | 2075712 | PRINCIPAL |
| 98379593 | WILDVUE | WildVue | Live | IC 009: Telemeters; Wattmeter 1a | 2024-01-29 | IC 009 | Hangzhou Tanlin | 2024-12-03 | 7586810 | PRINCIPAL |
| 98761579 | WILDTURTL | Wildturtle | Live | IC 011: Flashlights; Humidifiers 1a | 2024-09-20 | IC 011 | Jianye Deng (IND | 2025-06-17 | 7833564 | PRINCIPAL |
| 87526473 | WILDHD | WILDHD | Live | IC 009: Cables, electric; Camcor 1a | 2017-07-13 | IC 009 | Wildvision Electro | 2018-08-21 | 5547189 | PRINCIPAL |
| 98660807 | MIGOI | | Live | IC 025: Apparel for dancers, nar 1a | 2024-07-22 | IC 025 | Mohammed, Geo | | | PRINCIPAL |
| 97124278 | WILDGREEN | Wildgreen | Live | IC 018: Backpacks, book bags, s 1a | 2021-11-14 | IC 018 | Hangzhou Ceeco | | | PRINCIPAL |
| 79409037 | ROTWILD | rotwild | Live | IC 003: Soaps; fabric softener fc 66a | 2024-06-20 | IC 003 | pro & relux Gmbl | | | PRINCIPAL |
| 98777044 | WILDPATH | | Live | IC 028: Waterslides; Air mattre 1a | 2024-09-30 | IC 028 IC 024 | Pujiang Kaihan In | | | PRINCIPAL |
| 98051383 | WILD SOL | WILD SOL | Live | IC 025: Clothing, namely, tops, 1a | 2023-06-20 | IC 025 IC 030 | AJAB Investment | 2024-11-19 | 7573947 | PRINCIPAL |
| 87439354 | HIWILD | hiwild | Live | IC 024: [ Baby bedding, namely 1a | 2017-05-05 | IC 024 | Shenzhen ji mei F | 2017-12-12 | 5354577 | PRINCIPAL |
| 97325853 | SALVAJE OF | | Live | IC 025: Hats; Jeans; Scarfs; Shir 1a | 2022-03-23 | IC 025 | Pen Wang (INDIV | 2023-05-02 | 7041421 | PRINCIPAL |
| 85525672 | THE WILD A | | Live | IC 009: Downloadable electroni 1a | 2012-01-26 | IC 009 IC 016 | BOB LITTER'S FUE | 2012-09-04 | 4202072 | PRINCIPAL |
| 90191308 | WBF WILD E | | Live | IC 041: Educational services, la 1a | 2020-09-18 | IC 041 | Wild Bird Fund, Ir | 2023-02-21 | 6982762 | PRINCIPAL |
| 97116262 | WILDSHIP S | | Live | IC 018: Tote Bags; wearable str 1a | 2021-11-09 | IC 018 IC 024 IC 009 | WILDSHIP STUDIC | 2022-12-13 | 6923270 | PRINCIPAL |
| 79316038 | WILDBERRII | WILDBERRIES | Live | IC 018: Mountaineering sticks; 66a | | IC 018 | Limited liability o | 2023-04-04 | 7014509 | PRINCIPAL |
| 79374885 | HÔTEL WYL | HOTEL WYLD | Live | IC 043: Services for providing fc 66a | 2023-03-14 | IC 043 | GRAND HOTEL M 2022-11-21 | 2024-10-29 | 7546760 | PRINCIPAL |
| 88054351 | BOUGIEWIL | Bougie Wild | Live | IC 014: Bracelets made of leath 1a | 2018-07-26 | IC 014 IC 025 | Crump, Yolanda J | 2020-03-03 | 6003401 | PRINCIPAL |
| 79250797 | WILDSMITH | WILDSMITH | Live | IC 003: After-sun lotions; afters 66a | 2018-08-01 | IC 003 | TWC Products Lin 2018-02-02 | 2020-03-24 | 6015646 | PRINCIPAL |
| 90771658 | WILDSWIM | WILDSWIM | Live | IC 025: Athletic apparel, namel 1a | 2021-06-14 | IC 025 IC 041 | Kadoch, Laurie C. | 2024-12-24 | 7626771 | PRINCIPAL |
| 88839925 | WILDLANDE | WILDLANDER | Live | IC 025: Gloves as clothing; Hats 1a | 2020-03-19 | IC 025 | PLASWELL POLYM | 2021-03-16 | 6292310 | PRINCIPAL |
| 98808025 | REPWILD | REPWILD | Live | IC 020: Hutches; Playpens; Bird 1a | 2024-10-18 | IC 020 | SHENZHEN XIHU/ | 2025-07-08 | 7858694 | PRINCIPAL |
| 88762903 | TWENTYFOL | | Live | IC 016: Art prints; Children's bo 1a | 2020-01-16 | IC 016 IC 025 | DBA Twenty Four | 2020-08-25 | 6135170 | PRINCIPAL |
| 88601285 | HARVESTWI | | Live | IC 025: Hats; Hats for infants, b 1a | 2019-09-01 | IC 025 IC 041 | DBA HarvestWild | 2021-01-26 | 6257895 | PRINCIPAL |
| 77156280 | GLENWILD | | Live | IC 041: Providing tennis court fc 1a | 2007-04-13 | IC 041 (CANCELLED) | GLENWILD COMM | 2008-10-21 | 3518938 | PRINCIPAL |
| 77771884 | WONDERWI | wonderwild | Live | IC 041: Children's entertainer 1a | 2009-06-30 | IC 041 | DBA Wonderwild | 2010-02-02 | 3744622 | PRINCIPAL |
| 78360827 | WILDFIRE | | Live | IC 018: [ [ accessories namely, ¿ 1a | 2004-02-02 | (CANCELLED) IC 018 | MUDDY GIRL HOI | 2006-03-14 | 3067437 | PRINCIPAL |
| 98188355 | WILDFLOWI | WILDFLOWERS | Live | IC 028: Action toys in the natur 1b 44d | 2023-09-20 | IC 028 IC 009 | Moose Creative N 2023-09-19 | | | PRINCIPAL |
| 97435170 | ELEPHWILD | | Live | IC 024: Comforters; Curtains; D 1a | 2022-05-31 | IC 024 IC 025 | SHAOXING ELEPH | | 2023-07-11 | 7105509 | PRINCIPAL |
| 97495832 | WB WILDBR | | Live | IC 025: Coats; Dresses; Hats; Le 1a | 2022-07-09 | IC 025 | Xia Men Lie Teng | | 2023-07-25 | 7121654 | PRINCIPAL |
| 98098433 | WILDVOICE | WildVoice | Live | IC 041: Provision of informatior 1a | 2023-07-24 | IC 041 | WildVoice Compa | | 2025-03-25 | 7735010 | PRINCIPAL |
| 98192120 | WILDSTAR | WILDSTAR | Live | IC 028: Games, toys and playth 44e | 2023-09-22 | IC 028 | Spin Master Ltd. ¡ 2023-04-05 | 2025-06-10 | 7821880 | PRINCIPAL |
| 98188355 | WILDFLOWI | Image for 98188 | Live | IC 028: Action toys in the natur 1b 44d | 2023-09-20 | IC 028 IC 009 | Moose Creative N 2023-09-19 | | | PRINCIPAL |
| 86978394 | WILDWORK | Wildworks | Live | IC 041: Services, namely, provic 1a | 2014-06-06 | IC 041 (CANCELLED) | AKA WILDWORKS | 2016-04-19 | 4943022 | PRINCIPAL |
| 97542835 | NORTHWILI | Northwild | Live | IC 025: Clothing, namely, sweat 44e | 2022-08-10 | IC 025 IC 035 | ARARAT AYAKKAI | 2024-12-03 | 7583430 | PRINCIPAL |
| 87919143 | WILDVIBE | WILDVIBE | Live | IC 025: [ Boots; Boots for sport; 1a | 2018-05-13 | IC 025 | Xiamen Santouliz | 2019-01-01 | 5642485 | PRINCIPAL |
| 79355239 | WILDCHEF | WILDCHEF | Live | IC 008: Spoons being tableware 66a | 2023-10-11 | IC 008 IC 011 IC 021 | WILDLAB HOLDIN 2021-10-07 | 2024-02-13 | 7301516 | PRINCIPAL |
| 98809048 | WILDCOLOR | WILDCOLORS | Live | IC 016: Crayons; Drawing penci 1b | 2024-10-18 | IC 016 | Evriholder Produc | | | PRINCIPAL |
| 97869645 | WILDPARTY | WILDPARTY | Live | IC 014: Bracelets; Earrings; Cha 1a | 2023-04-03 | IC 014 | Zhang, Yihao (IND | | 2024-04-23 | 7365439 | PRINCIPAL |
| 90136968 | WINWILD | WINWILD | Live | IC 008: Axes; Pliers; Beard clipp 1a | 2020-08-25 | IC 008 | Shenzhen Qianha | | 2021-11-02 | 6542594 | PRINCIPAL |
| 97467262 | WILDBREAT | WildBreath | Live | IC 025: Coats; Dresses; Legging 1a | 2022-06-20 | IC 025 | Xia Men Lie Teng | | 2023-07-25 | 7120627 | PRINCIPAL |
| 77156289 | GLENWILD | GLENWILD | Live | IC 016: Paper; printed matter, r 1a | 2007-04-13 | IC 016 (CANCELLED) | GLENWILD COMM | | 2008-10-21 | 3518939 | PRINCIPAL |
| 78617610 | WILDGUAR[ | WILDGUARD | Live | IC 016: printed publications, na 1a | 2005-04-27 | IC 016 | Nauck, Todd (IND | | 2006-10-17 | 3156835 | PRINCIPAL |
| 75616076 | WILDHORSE | WILDHORSE | Live | IC 025: CLOTHING, NAMELY, CF 1a | 1999-01-05 | IC 025 IC 042 | ATTRACTIONS IP, | | 2002-10-08 | 2629625 | PRINCIPAL |
| 98425623 | WILDTHING | WILDTHINGS | Live | IC 025: screenprinted clothing ¿ 1a | 2024-02-28 | IC 025 | Wildthings Snap- | | | PRINCIPAL |
| 98528273 | WILDWOVE | Wildwoven | Live | IC 025: Pajamas; Bibs not of par 1a | 2024-04-30 | IC 025 | DBA Wildwoven; | 2025-01-28 | 7670927 | PRINCIPAL |
| 88726942 | W WILDBRA | | Live | IC 038: Transmission and distri 1b | 2019-12-13 | IC 038 IC 009 IC 035 | Wild Brain Entert | 2024-03-05 | 7322988 | PRINCIPAL |
| 97357069 | INTOTHEWI | IntoTheWild | Live | IC 020: Antique reproduction fu 1a | 2022-04-11 | IC 020 | Shenzhen Kublai | 2023-05-23 | 7060561 | PRINCIPAL |
| 97650480 | WILDLIGHT | | Live | IC 038: Streaming of films, mot 1b | 2022-10-27 | IC 038 IC 035 IC 041 | Pantheon Studios | | | PRINCIPAL |
| 98344949 | WEARTOWI | WEARTOWILD | Live | IC 025: Hats; Headwear; Leggin 1a | 2024-01-05 | IC 025 | Ngo, Van Thi Thu | 2024-12-10 | 7596002 | PRINCIPAL |
| 88172187 | WILD5DESIC | Wild5Designs | Live | IC 035: On-line retail store serv 1a | 2018-10-28 | IC 035 | DBA Wild5Design | 2019-06-04 | 5769137 | PRINCIPAL |
| 90386776 | WBF | WBF | Live | IC 041: Educational services, na 1a | 2020-12-16 | IC 041 | Wild Bird Fund, Ir | 2021-11-09 | 6551818 | PRINCIPAL |
| 98176208 | 4THEWILD1 | 4TheWild1s | Live | IC 025: Beachwear; Lingerie; Sw 1a | 2023-09-12 | IC 025 | DBA 4TheWild1s; | | | PRINCIPAL |
| 86002541 | WILDPLAY E | Wild Play | Live | IC 041: Children's entertainer 1a | 2013-07-03 | IC 041 | WILDPLAY LTD. (C | 2014-06-24 | 4554730 | PRINCIPAL |
| 98019636 | WANDERWI | | Live | IC 009: Audio and video record 1b | 2023-05-30 | IC 009 IC 016 IC 039 | Wanderwild Fam | | | PRINCIPAL |
| 88726950 | W WILDBRA | WildBrain spark | Live | IC 038: Transmission and distri 1b | 2019-12-13 | IC 038 IC 035 IC 045 | Wild Brain Entert | | | PRINCIPAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90809328 | C.WILDYFIEI C. WildyField | Live | IC 012: Rowboats; Rowcycles; S 1a | 2021-07-02 | IC 012 | Shanghai Guffey | 2022-07-12 | 6788676 | PRINCIPAL |
| 77330534 | WILD'N WA | Live | IC 041: Entertainment services 1a | 2007-11-15 | IC 041 | Powerhouse Stud | 2008-07-22 | 3471140 | PRINCIPAL |
| 88262442 | WILDPLAY E WildPlay | Live | IC 041: Entertainment services 1a | 2019-01-15 | IC 041 | WildPlay Element | 2020-03-10 | 6009138 | PRINCIPAL |
| 88985463 | W WILDBRA WildBrain spark | Live | IC 041: Entertainment services, 1a | 2019-12-13 | IC 041 | Wild Brain Entert | 2025-02-25 | 7706526 | PRINCIPAL |
| 88645885 | NWTF FOUN NWTF FOUNDATION | Live | IC 025: Clothing for babies, tod 1a | 2019-10-08 | IC 025 | The National Wil | 2020-05-12 | 6052453 | PRINCIPAL |
| 76594502 | KIDS WILDLI | Live | IC 021: dental floss holder for c 1a | 2004-05-27 | IC 021 | RANIR, LLC (LIMIT | 2005-11-15 | 3014610 | PRINCIPAL |

# Exhibit




FREE SHIPPING + UP TO 15% OFF WITH BUNDLE & SAVE

**WILDBIRD**

SHOP CARRIERS    SHOP BABY    FOR MOM    BUNDLE & SAVE    LEARN    GIFTS & SETS    SALE



# Archer is Restocked!

Our best-selling stripe is back in Aerial + Sling.

SHOP NOW

⊘ HIP DYSPLASIA APPROVED     ♡ LOVED BY 500K+ PARENTS     ⊛ ONE-OF-A-KIND DESIGN     ⬎ UNMATCHED COMFORT     ✎ SIZE INCLUSIVE     ⊘ HIP DYSPLASIA APPROVED     ♡ LOVED BY



# Our Baby Carriers



**Aerial Wrap**

Softest, easy-to-use buckle wrap for newborns.



**Aerial Carrier**

Most supportive, all-in-one carrier for baby to toddler.



**Ring Sling**

Stylish & most versatile carrier for newborn to toddler.



# As Seen On







# Our WildBird Community







## Trusted By 100,000+ Parents

★★★★★
print is absolutely gorgeous
he carrier itself is so
comfortable and supportive.

Maikha L.  ✔ Verified purchase

★★★★★
The only carrier that doesn't hurt
my back! truly incredible!

Caitlyn C.  ✔ Verified purchase

★★★★★
LOVE the Wildbird Aerial carrier!
It's beautiful and comfortable
AND great support.

Kiersten B.  ✔ Verified purchase

★★★★★
I am so in love with this
company!! Beautiful prints. Even
better fabrics.

Emilee R.  ✔ Verified purchase

★★★★★
Unmatched comfort.
carriers before. Just

Julia C.  ✔ Verified purcha

## Discover Our Bestsellers



**acadian - aerial carrier**
$178.00

**willow - aerial carrier**
$178.00

**desert lark - aerial carrier**
$178.00

**sparrow - aerial carrier**
$178.00

VIEW ALL

# Shop Baby



Shop                Learn                About                Support

AERIAL BUCKLE CARRIERS          TUTORIALS              STORY              CONTACT

AERIAL BUCKLE WRAP              WHY WILDBIRD           BABY REGISTRY       PRODUCT REGISTRATION

RING SLINGS                     COMPARE                AFFILIATE           RETURNS & EXCHANGES

WILDBIRD BABY                   VIRTUAL CONSULTATION   TERMS & CONDITIONS

SALE                            QUIZ

                                FAQS

COPYRIGHT © 2025. WILDBIRD

ACTIVATE $10 OFF

# Exhibit

https://www.etsy.com/market/born_to_be_wild_onsie

**Etsy** ≡ Categories | born to be wild onsie | × | 🔍 | Sign in |  

Gifts    Halloween Favorites    Home Favorites    Fashion Finds    Registry    Gift Cards

# Born to Be Wild Onesie  1,000+ items with ads ⓘ

Show results for born to be wild onsie instead.

( Exclude digital items )  ( Free shipping )  ( Arrives within 7 days )  ( Star Seller )  ( Ships from United States )

Sort by: Relevancy ↑↓



Born Wild Onesie
★★★★★ (15)
$14.99



Lion Onesie and Bib Gift Set, Wild One Lion Bab...
★★★★★ (171)
$10.00
FREE shipping
📍 Ships from NY



Born To Be Wild Baby Onesies® Brand Born To Be...
★★★★★ (17.2k)
$9.99  $19.98 (50% off)



Born to be Wild Personalized Onesie Bodysuit
★★★★½ (107)
$14.95



Born Two Be Wild Birthday Party Animal TShirt T...
Ad by Etsy seller
★★★★★ (3.3k)
$11.99  $14.99 (20% off)



Born to be Wild Personalized Onesie Bodysuit
★★★★½ (107)
$14.95



Born to be wild safari animals birthday shirt, jun...
Ad by Etsy seller
★★★★★ (1.7k)
$12.59  $17.99 (30% off)



18 BABY ONESIE Iron On Tranfers (Born to be Wil...
Ad by Etsy seller
★★★★★ (5)
$15.00  $20.00 (25% off)
FREE shipping



Born To Be Wild Baby Bodysuit: 100% Cotton On...
★★★★★ (3)
$14.48
FREE shipping



Born to Be Wild Onesie, Baby Boar Outfit, Cute I...
★★★★★ (1)
$13.99



Born To Be Wild Baby Onesie®, Retro Floral Baby ...
★★★★★ (1.1k)
$6.99  $13.98 (50% off)



Born at Home Wild & Free Onesie | Baby Shower ...
★★★★★ (11)
$14.77











Baby Bodysuit with Baby Horse Watercolor, Infan...
Ad by Etsy seller
★★★★★ (389)
$24.80 $31.00 (20% off)

Custom Baby Onesie®, Baby Announcement On...
Ad by Etsy seller
★★★★★ (1.1k)
$7.98 $22.80 (65% off)

Mountleisure - Colorado Little Bear Infant Onesi...
Ad by Etsy seller
$20.00
FREE shipping

Born to be Wild Motorcycle Bodysuit - Born to b...
Ad by Etsy seller
★★★★★ (1.4k)
$15.50





Born TWO be Wild Birthday Embroidered T-Shirt ...
★★★★★ (4.5k)
$26.99

Born To Be Wild Funny Baby Bodysuit, Cute Baby...
★★★★★ (589)
$9.99 $19.98 (50% off)

Born to be Wild Hooded Long Sleeve Infant One...
★★★★★ (219)
$19.89

Born Wild Baby Bodysuit, Funny New Baby Gift, ...
★★★★★ (66)
$17.05 $18.95 (10% off)






Baby Name Bodysuit Custom, Colorful Born to b...
★★★★★ (17)
$15.96 $19.95 (20% off)

Born to be WILD - Bear style Onesie or regular o...
★★★★★ (589)
$19.99

Born to Be Wild Baby Bodysuit – Safari Theme Ba...
★★★★★ (2)
$25.16 $33.55 (25% off)

Born To Be Wild Baby Onesie® - Funny Retro Bod...
★★★★★ (77.9k)
$6.99 $13.98 (50% off)






Let Them Be Little, Tiny Monster, Organic Baby ...
Ad by Etsy seller
★★★★★ (61)
$14.50

Born Wild Baby Onesie® - Lion Baby Boy Onesie®...
Ad by Etsy seller
★★★★★ (106.4k)
$6.99 $13.98 (50% off)

Born to Be Wild Onesie, Baby Boar Outfit, Cute I...
Ad by Etsy seller
★★★★★ (1)
$13.99

I Was Born To Be Wild And Free Baby Onesie® - C...
Ad by Etsy seller
★★★★★ (77.9k)
$6.99 $13.98 (50% off)






Born to Be Wild Baby Onesie
★★★★★ (1)
$19.00


Born to be Wild Motorcycle Bodysuit - Born to b...
★★★★★ (1.4k)
$15.50


Born To Be Wild Camo Baby Bodysuit, Baby Sho...
★★★★★ (1.4k)
$15.99


Baby Full Outfit Set / Toddler Full Outfit Set / Tre...
★★★★★ (1.5k)
$14.36 $16.89 (15% off)



18 BABY ONESIE Iron On Tranfers (Born to be Wil...
★★★★★ (5)
**$15.00** $20.00 (25% off)
FREE shipping



Mountleisure - Colorado Little Bear Infant Onesi...
**$20.00**
FREE shipping



Born to Be Wild Lion Baby Bodysuit | Cute Jungle...
**$12.76** $15.01 (15% off)



Born to Be Wild Onesie. Newborn Onesie. Wild ...
★★★★★ (133)
**$15.50**



Baby Name Bodysuit Custom, Colorful Born to b...
Ad by Etsy seller
★★★★★ (17)
**$15.96** $19.95 (20% off)



Born To Be Wild Shirt, Retro Summer Baby Girl, T...
Ad by Etsy seller
★★★★★ (4.1k)
**$6.49** $12.99 (50% off)



Two wild safari floral zoo animal girls 2nd birthd...
Ad by Etsy seller
★★★★★ (50.8k)
**$10.49** $14.99 (30% off)



Wild Spirit Baby Onesie® - Wild One Onesie®
Ad by Etsy seller
★★★★★ (296)
**$21.00**
FREE shipping



Woodland Onesie®, Born Wild Onesie, Baby Bear...
★★★★★ (29.4k)
**$14.99** $19.99 (25% off)



Funny Skeleton Baby Bodysuit: Born to be Wild - ...
★★★★☆ (14)
**$16.79** $23.99 (30% off)



Born To Be Wild Baby Romper Sweatshirt, Flower...
★★★★★ (413)
**$12.99** $19.99 (35% off)



Born Wild Onesie
★★★★★ (15)
**$14.99**



Born to Roar Baby Onesie: Dinosaur/Lion Theme, ...
★★★★★ (138)
**$17.48** $29.12 (40% off)



Born To Be Wild | Cute Children's Explorer Tiger I...
★★★★★ (90)
**$14.00** $17.50 (20% off)



Born to Be Wild Infant Bodysuit - Cute Baby One...
**$17.97**



Born TWO be wild birthday shirt, Two wild shirt, ...
★★★★★ (1.9k)
**$7.80** $15.00 (48% off)











Born to Be Wild Infant Bodysuit - Cute Baby One...
Ad by Etsy seller
$17.97

Two Wild Safari Birthday Shirt | Personalized shir...
Ad by Etsy seller
★★★★★ (30.9k)
$12.99 $25.99 (50% off)

Two Wild Birthday Shirt, 2nd Birthday Shirt, Girls...
Ad by Etsy seller
★★★★★ (16.1k)
$9.70 $24.25 (60% off)

Born Wild Lion Baby Onesie® • Wild Baby Bodysu...
Ad by Etsy seller
★★★★★ (1.9k)
$11.99 $19.99 (40% off)





Born To Be Wild Baby Onesie®, Retro Boho Baby ...
★★★★★ (2.2k)
$6.99 $13.98 (50% off)

Born Two Be Wild Baby Romper, Zoo Birthday Ou...
$7.60 $18.99 (60% off)
FREE shipping

Born To Be Wild baby romper, Safari Birthday Shi...
★★★★½ (142)
$8.53 $13.98 (39% off)

Born To Be Wild Shirt, Retro Summer Baby Girl, T...
★★★★★ (4.1k)
$6.49 $12.99 (50% off)






Born To Be Wild Baby Bodysuit: Unisex Shower G...
★★★★★ (10.9k)
$9.94 $16.57 (40% off)

Wild One Woodland Baby Onesie ® or Shirt, Pers...
★★★★★ (1.3k)
$15.00 $25.00 (40% off)

Custom Infant Baby Bodysuit and hat, Zoo Crew ...
★★★★★ (1.4k)
$5.99 $9.99 (40% off)

Baby Boy SVG, Born To Be Wild SVG, Cactus SVG...
★★★★★ (20.9k)
$2.74 $4.57 (40% off)
🔹 Digital Download

← ( 1 ) 2 3 4 5 →


Invitations
Shop now →


Signs
Shop now →


Baby Boys' Bodysuits
Shop now →



← →

## Recently viewed


Born Wild Onesie
9teen8ighty4
$14.99


Wild One Onesie®, Wild One...
KiddoCoutureCo
$11.99 $23.98 (50% off)


Lion Onesie and Bib Gift Set...
BlipBabyCompany
$10.00
FREE shipping


Born Wild Onesie
9teen8ighty4
$14.99





https://www.pinterest.com/ideas/wild-one-onesie/939323156952/                September 21, 2025 at 8:17 PM EDT




Q Search for baby safari outfit

Log in    Sign up

Explore  >  Children's Fashion  >  Baby Clothing

# Wild one onesie

Discover Pinterest's best ideas and inspiration for Wild one onesie. Get inspired and try out new things.

73 people searched this · Last updated 1d







One Year Old Onesie    Cute Short Sl... >     Wild One Birthday Shirt    The Wild O... >     Jungle Baby Shower Cookies    Zoo... >     Onsie Svg Ideas    Simple Onsie Des... >     New To The Zoo Bodysuit    Zoo The... >

**Wild One Onesies® Brand, One...**
Highest Quality ● Our onesies...

**Wild One Birthday Shirt**
First Birthday Boy Wild One...

**Jungle Baby Shower Cookies**

**Onsie Svg Ideas**
Wild One baby onsie by...

**New To The Zoo Bodysuit**








Wild One Tshirt    Wild One Party St... >     Cute Short Sleeve Onesie For First Bi... >     1st Birthday Shirts Boy    1st Birthda... >     Leopard 1st Birthday Party    Cheetah... >     Where The Wild Things Are 4s Outfit... >

**Wild One Birthday Shirt Safari...**
Check out this amazing first...

**Wild One Infant Baby Rib Bodysui...**
Wild One Infant Baby Rib Bodysui...

**Wild One Birthday Shirt | Baby Bo...**
Want a cute toddler outfit for your...

**18 month Wild One Onesie,...**
Check out this listing I just found...

**Where the Wild Things Are Baby...**
This round up of Where the Wild...

## Related interests







**Baby Safari Outfit**     **Monkey Onesie**     **Custom Baby Onesies**     **Cute Baby Clothes**     **Simple Gender Reveal Ideas**

See more

Wild one onesie and more

## Explore related boards







**For the Baby**
Jessica Emerson
321 Pins · 5mo

**Baby first bday**
Lauren Michelle
57 Pins · 3y

**Emily's Shower**
Laura Hill
51 Pins · 1y

**Lily birthday**
Rahesmail
49 Pins · 5mo

**Etsy store**
TheLittlePinecones
950 Pins · 8mo

## Ideas like this



Animal Safari Infant Onesie, Jungle...



Wild One Safari Jungle 1st Birthday...



"Wild One" First Birthday! Animal Prin...





Wild One Birthday Baby Bodusuit...



Adventure Travel Woodland Birthday ...



Wild One Bear Kids Long and
Short-sleeve Onesies and tees.



Wild One First Birthday Onesie®, 1st...

This Is My First Rodeo Organic Onesie...

Wild One Bodysuit | Zazzle



Warner Bros. Warner Bros. Where the...



Baby SVG Bundle, Baby Onesie SVG,...



First birthday WILD ONE romper
Cake Smash photo!!
Welcome to Dream BiG Boutique,
located in Smithfield, Rhode Islan...



Happy Camper Bear Baby Bodysuit |...



Wild One Mommy T-Shirt For Women ...





Wild One Infant Baby Rib Bodysuit,
First Birthday, One Years Old,...
Wild One Infant Baby Rib Bodysuit
First Birthday One Years - Etsy



Happy Trails Adventure - Baby Boy Gir...



Wild One Bear Baby Bodysuit, Jungle...

Wild Thing - 6m onesie



One Year Old Onesie    Cute Short S...

Wild One Onesies® Brand, One
Year Old Safari Bodysuit, First...
Highest Quality ⭐ Our onesies
and toddler tees are printed using...





Wild One Baby First Birthday Bodysui...



Wild One First Birthday Safari Jungle...



Wild One Zoo Safari Jungle Animal
1st Birthday Baby Bodysuit First...
Wild One Zoo Safari Jungle Animal
1st Birthday Baby Bodysuit | First...



Stephan Baby One Pieces | Stephan...



Happy Camper Squatch Baby Bodysu...



First Birthday custom Onesie® - Cute...



"WILD ONE" Safari, Jungle Theme Fir...

Wild One Birthday Baby Onesie®, Wil...

Yoga Sprout Baby Boy Cotton...



Personalized Wild One Baby
Jersey Bodysuit | Zazzle
Not all baby bodysuits are created
equal – this popular style is a mus...











Personalized Wild One First Birthday

Wild one 1st birthday shirt or onesie,...



Wild One 1St Birthday Baby Romper,...





Kyle&Deena Ny Matching Sets |...



Forest creature baby onesie



Wild One Baby Romper, Safari Birthd...



WILD CHILD



Wild One Baby Bodysuit for First...

Personalized Safari Birthday Romper,...



Personalized Wild One Baby Onesie®...



ONE WILD CHILD

One Wild Child, 1st Birthday Boy, First...



Wild One



Wild One 1st Birthday Romper: Crown...



Wild one Lion first birthday Baby...



Safari First Birthday Onesie Wild One...

Made Of Mountains One Pieces | Nwt...



Wild One Onesie®, Wild Baby Bodysui...



Wild One 1st Birthday Safari Animals...



GUESS WHAT

Handmade One Pieces | Custom Baby...



WILD LITTLE A ONE

Wild Little One Birthday Baby Onesie...



Jungle Wild One 1st Birthday Baby...



WILD ONE

Custom, "Wild One", Unisex, Baby Te...



Custom Baby "Wild One" First Birtha...



Wild One Baby Onesie, Wild One...



Wild One Custom Birthday Tee or...



wild onesie

Wild One Birthday Girl Outfit. - Etsy



Safari Wild One 1st Birthday Baby...

OLIVER is the wild ONE



WILD Onesie

Custom, "Wild One" Safari Organic Cotton Baby...

WILD ONE

Wild One First Birthday Wild Animals...

wild thing

Onesie - Wild Thing

ONE Lucky mama

Baby bodysuit | Zazzle
Baby bodysuit

WILD AND ONE



Wild One Bodysuit Wild One 1st
Birthday Outfit



Wild ONE Baby Onesie® First Birthday...



Wild One First Birthday Outfit:...





Wild ONE baby's first birthday
safari animals bodysuit

Wild ONE safari animal bodysuit
perfect for baby's first birthday!...

Baby Onesie, Wild One, Custom...

Wild One Birthday Shirt, First
Birthday Outfit, Custom Baby...

First Birthday Outfit - Custom Baby
Onesie ® - Wild One Birthday -...



Jungle Animal Wild ONE Boy 1st...

Wild ONE Baby Onesie® First Birthday...



Wild One T Shirt Bubble Romper, Bab...





Wild One 1st Birthday Jungle Baby...

Wild ONE Svg 1st Shirt Wild One
Onesie Safari Birthday Wild One...

Wild ONE Svg 1st Shirt Wild One
Onesie Safari Birthday Wild One...



Wild One Safari Animal 1st Birthday...

# Exhibit



f @ @ E                                    NEWSLETTER    ABOUT    CONTACT    HOME PAGE    SHOP ⌄

Follow us!
f @ @ E



Type & Hit Enter ...    Q

HOME PAGE    ABOUT    FOOD ⌄    HOME    EVENTS    CRAFTS    FAMILY    CONTACT    SHOP ⌄

*Events*

# Wildflower Baby Shower

by  Mal and Jess   on  June 19, 2023



A little Wildflower is on the way! Check out our Wildflower themed baby shower for inspiration at your next baby or bridal shower.

 

We had the best time showering my dear friend with a Wildflower Baby Shower theme. Her little Wildflower is on the way and we can not wait to meet her!



*This post may contain affiliate links. We may earn a commission on purchases made after clicking on these links. We only recommend products we believe in. Thank you for your support!*

## Invitation

ABOUT US



**Mal and Jess**

*Lifestyle Bloggers*

We are Mal and Jess, a sister duo here to inspire you through crafting, baking, cooking, party planning, home design, traveling and all the creative things in between! We hope to inspire you to follow your passions and Create Your Joy!

Learn more about us here!

f    @    𝓟

# Stay Inspired

Join our newsletter for our most recent content!

Email Address

**Subscribe**

We respect your privacy. Unsubscribe at any time.

Type & Hit Enter ...


Time Flies Birthday Party

RIDE000520

I always like to start with the invitation and use that as inspiration to create the rest of the theme. I used Etsy for this invitation and sent the invitations electronically. For printing, we typically use Costco or Walgreens or print right at home on card stock. For the best deal, check out the Entire Wildflower Bundle Package of digital printables here.



Baseball Birthday Party



A Very Glam Christmas





## Free Wildflower Printables

Subscribe to get our Free Wildflower Tabletop Printables

Email Address

**Send me the Printables**

We respect your privacy. Unsubscribe at any time.



RIDE000521



# Drinks

We made both an alcoholic and non-alcoholic sparkling sangria that was so delicious and refreshing. We dressed up the drinks by making floral ice cube molds that guests could put on the top of their coup champagne glasses, along with fresh mint they could pick right off the vine. See How to Make Edible Floral Ice Molds here for all the details.

We dressed up our wine and champagne bucket by creating oversized ice cubes with wildflowers frozen inside. This was such a fun and easy way to decorate and chill the beverages. Learn How to Make Flower Ice Cubes here for all the details.












## Food & Dessert

We ordered the food from both The Fresh Market and Whole Foods from their catering department online. It was such a simple process and the food was delicious! This event was in the summertime so we opted for chilled, refreshing food, including chicken salad croissants, shrimp cocktail, grilled and chilled vegetables with balsamic vinaigrette, fresh fruit, and Mozzarella caprese.



SHOP
WILDFLOWER
EVENT

SHOP NOW

The cake was the Chantilly cake from Whole Foods and it was mouth watering good! It is so fresh and light, the perfect summertime dessert!

Our cookies were of course from the infamous @soozcakes and were just as delicious as they were beautiful. They also served as the party favors, as they come prepackaged when ordered ahead and shipped!

RIDE000523

RIDE000524

RIDE000525



## Decor and Florals

Since the theme was Wildflower, it only made sense to dress up the space with tons of beautiful florals. We found these perfect wildflower arrangements at Trader Joe's for an excellent price! I highly recommend their florals for any event. We arranged them the night before to save time decorating on the day of the event.

We printed Wildflower quotes and put in frames around the space. We also had a large Welcome sign printed at Walgreens that we displayed near our games we played outside.

We created a beautiful hanging floral backdrop the we hung from our outdoor pergola behind the gift opening area where the Mom-to-Be sat. Check out our post on How to Make Hanging Floral Garland, including a video tutorial, to see how we created this beautiful backdrop.



We dressed the outdoor tables with flowers and chiffon table runners to keep things simple, beautiful, and on theme.





Case 1:25-cv-01959-DLC    Document 73-28    Filed 10/07/25    Page 39 of 85

September 15, 2025 at 11:22 PM EDT

THE *skinny* ARM

HOME    ALL    LIFESTYLE    PARTIES    TRAVEL    SHOPS    ABOUT    CONTACT    *The Blogger Brunch*

Ad removed.
Show details

## LITTLE WILDFLOWER BABY SHOWER

*June 12, 2023*    *Parties*    *Lifestyle*



Recap and sources from my wildflower-themed baby shower!

Baby Shower time! I can't believe my baby shower is over and now we are busy prepping for the arrival of our sweet baby girl!



Custom T-shirts you'll love starting at just $10

Great branding, made easy

▼ vistaprint

Learn more

I want to share all the details, in time, but for today, I'm going to share an overview and vendor information for any of my local Dallas gals who want to use the same vendors for your upcoming events.





RIDE000575





A few of my girls hosted the sweetest baby shower for me (and graciously let me help with the planning, even though I'm sure I drove them crazy!). My theme was "a little wildflower is on the way!" I had seen the theme mentioned online or in a few photos, but nothing like what I wanted to do, so I had to run with it!







I wanted a slightly non-traditional shower...no opening gifts, please! My husband and I got **married in 2020**, so that meant an intimate wedding and very few official wedding festivities leading up to the big day. I wanted to make up for that with a little bit of a friend reunion baby shower! I had more ladies at my shower than we had guests at our wedding and it was so fun!



I'll share more about our menu and food items, but the cake was the star of the show! It was from Dallas Affaires in Lakewood, and was "so" good! Of course, I had to go strawberry flavor and it was perfect. Dallas Affaires also did my cake for my **Gender Reveal Party** and it was amazing!



Our arched backdrops and balloons were provided by **Balloonish** and they were fabulous! I ordered the sign decals from Etsy and they worked beautifully.



RIDE000578



We ended up having two or three focal points of the shower. This small food outpost in the kitchen started as the beverage table, but we ended up displaying the second cake from Dallas Affaires here as well! Due to the number of guests at the shower, I had a faux cake (two tiers, with the dried florals on it)and a real cake to serve to the guests. This was the real cake...since it was beautiful as well, I decided to add a few blooms to the top and use it for a fun name reveal to my hostesses and my mom and MIL as a fun surprise. I'll share more about the name reveal in a separate post.









The punch was absolute perfection (so delish!) and one of my hostesses created it and did such a great job! I'll share details in a **separate post**, but it was a **Strawberry Lemonade Spritz**, complete with edible floating flowers.



RIDE000580



Everyone loved the sugar cookies! They were actually ordered online from a bakery in Florida by one of my hostesses and they turned out so cute!

Again, our balloons were by Balloonish and were fabulous. We originally planned to do a multicolor display with flowers, and something totally different; we had to shift last minute, and it all worked out just fine! My biggest event advice is always: be ready to roll with whatever happens! ;)







My beautiful shower hostesses! Thank you to these ladies for the most special day celebrating baby girl!



Truth be told, I do not enjoy "shower activities" so I was pretty adamant about not playing games or making all of my guests sit through an hour of me opening presents, but I did want to have a special activity to celebrate baby girl and have a way to remember each of the sweet women who were able to come to the shower. We created a "Prayers for Baby" station and it was so sweet to be able to read all of the notes to baby girl! I was CRACKING UP at this note from a family member and friend! She has a sense of humor and her prayers for baby include that baby loves to have her photo taken and enjoy a good party (because her mom is going to insist on both! lol).

RIDE000582

https://lifewithmybuddies.com/wild-one-birthday/    September 15, 2025 at 11:36 PM EDT

  

HOME    MOM ⌄    BABY ⌄    TODDLER ⌄    PRESCHOOL ⌄    FAMILY    ABOUT    CONTACT





MAISONETTE    SHOP NOW

BABY, BABY DEVELOPMENT, BABY PRODUCTS, FAMILY, LATEST, MOM, PARENTING, TODDLER, TODDLER GEAR

## A Wild One Birthday Party

September 13, 2023



   

Are you wanting to have a "Wild One" birthday theme for your baby's first birthday?

This theme is perfect for your adventurous little one and will make for a memorable first birthday party.

In this blog post, I'll share some tips and ideas to help you throw the perfect "Wild One" theme first birthday party!

My baby just turned one and I couldn't believe it! Where had the time gone?



**Tess Moulton**

BLOG CREATOR

Hello! I'm Tess, a preschool teacher turned mom, and I love discovering and creating fun ways to keep kids engaged and learning! Welcome!

Tess Moulton

My Personal Favorites



Pregnancy Must-Haves: Essential Guide for 2024

Read More »



55 Brain Development Activities For Your 2-Year-Old

Read More »



Top Picks: Preschool Teacher-Approved Books for One-Year-Olds

Read More »

Sponsor



Montessori inspired, minimal & modern.

RIDE000512

Now I knew my son didn't particularly care about having a birthday party quite yet, but I totally wanted to celebrate this huge moment!

**Related Article:** First Birthday Wishes For Your Son

My husband and I often joke that our son is like a bear; he is a chunky little dude, he grunts a lot, and he has giant baby hands that look like bear paws when he crawls.

So naturally, doing some kind of a woodsy theme seemed just right.

I'm all for a pun, and so when I came across the "Wild One" theme, I knew it was perfect!

I began to scour the internet for ideas, and got to work!

I made a few decorations, found some fun things off Amazon, and I was ready to party!

Here is how I threw my son a Wild One Birthday!



*This post contains affiliate links, which means I may receive a small commission at no cost to you if you purchase through a link.*

### Send out the invitations

Sending out invitations is the first step to any party, and it's a great time to announce your theme.

There are plenty of "Wild One" themed invitations available online, or you can choose to make your own.

I found mine off of Zazzle and printed the invites through Walmart.



Please accept cookies to access this content

Engage



40 ENGAGING ACTIVITIES

TO HELP MAKE IT TO NAP TIME

GET THE GUIDE

Explore













Use animal print patterns or incorporate forest-inspired colors, like green and brown.

Don't forget to include all the important details, such as the date, time, and location of the party!

## Set the scene with decorations

Transform your space into a forest with decorations inspired by the great outdoors.

Think greenery and wood to create a nature-inspired feel.

A DIY balloon garland can also add a pop of color and whimsy to your party.

Hanging a "Wild One" banner is another great decoration idea.

Add some animal toys around the room to complete the theme!

My son had several forest animal stuffies that we used to decorate!

Etsy had this cute National Parks template that I used to make a sign for welcoming guests to the party!



I used cardboard to cut out the signs and then painted them so that they would resemble trail signs.



I made this cute little banner out of paper and yarn to hang on my son's highchair.



And of course, I had to display my son's monthly milestones pictures!

It is so fun to see them all side by side and to see how much he has changed!



Here are some other decoration ideas I found:

Woodland Decorations



One Banner



Wooden Animals (Varying Sizes)



RIDE000515

Wild One Balloons



Wooden Happy Birthday Banner



Balloon Kit



Animal Figurines



Party Signs



**Serve Up Some Wildly Delicious Food**

When it comes to food, you can really get creative with the "Wild One" theme.

Serve up some classic forest-inspired foods such as berries, trail mix, and meat kabobs.

My husband barbecued several different types of meat to serve for our guests. We paired that with chips, salad, watermelon, and coleslaw.

We opted to serve a full meal for the party, but there are so many cute little snacks and treats you can make and serve:

- Have a bowl of plain potato chips and label them as "Wood Chips"
- Make an array of berries and label them as "Forest Berries"
- Pretzel Sticks could be labeled as "Twigs"
- Put large marshmallows on skewers, dip them in chocolate, and roll in graham cracker crumbles for "S'mores on a Stick"
- Using corn syrup, attach a mini golden Oreo to the base of a chocolate kiss. On top of the golden Oreo, use corn syrup to attach a mini chocolate chip to make "Acorns"
- Dip pretzel rods in white chocolate and then drizzle milk chocolate over them to make "Birch Sticks"
- A side of carrots can be "Rabbit Food"
- A bowl of Milk Duds can be "Deer Droppings"
- Unpackage and display Swiss Rolls to make "Fire Logs"
- You can also have out several nuts, m&ms, and raisins to "Make Your Own Trail Mix"

I opted to make a naked cake for my son's smash cake and made a simple little cake topper to put on top.



Here are the paper products and utensils I used:

Wooden Cutlery Set

Wood Grain Paper Plates

Tablecloth

Cupcake/Food Stand

Wild One Cake Topper

## Activities

Be sure to plan some fun and creative activities that will let the kids unleash their wild side!

Set up a craft table where kids can make their own animal masks or nature-inspired headbands.

You could also create a "wild" scavenger hunt or set up an animal-themed obstacle course in your backyard.

Rock climbing, boulder hopping, and tight-rope walking activities could also be enjoyable for kids of all ages.

A photo booth with animal props is another fun idea.

You can also set up a sensory table, filled with natural materials like sand, leaves, and pinecones.

**Related Article:** Easy and Exciting Activities for One-Year-Olds

RIDE000518

Here are some resources for activities:

Bean Bag Toss



Photo Booth Props



Make A Woodland Animal Sticker



Coloring Book



RIDE000519

https://www.momsfirststeps.com/blog/wild-one-first-birthday
September 15, 2025 at 11:35 PM EDT

   

Home    Articles    Store    About    Collaborate    **MOM'S FIRST STEPS**

Birthday Party   Jun 13   -   Written By Clarice at Mom's First Steps

# CREATIVE IDEAS FOR WILD ONE FIRST BIRTHDAY PARTY

Your baby is turning one—it's remarkable how quickly that first year passes! As a mom of 5, I've planned my fair share of first birthday parties, and I can tell you that the "Wild One" theme is an excellent choice that captures the adventure of that first trip around the sun. I've seen firsthand how special these milestone celebrations can be for both baby and parents. Here's how to plan a memorable Wild One first birthday celebration that will impress your guests and create special memories during this milestone first birthday celebration.

Before diving into the details, you might also find our complete first birthday planning guide helpful for timelines and checklists, or explore creative first birthday gift ideas that your little one will truly enjoy.

*This post may have affiliate links, which means I may receive commissions if you choose to purchase through links I provide (at no extra cost to you). As an Amazon Associate, I earn from qualifying purchases. Read more about these links in my disclaimer policy.*

## WHAT IS A WILD ONE FIRST BIRTHDAY THEME?

The Wild One theme is a safari or jungle animal concept celebrating your child's first year of development. Popular since 2018, it works well regardless of season or gender.

This theme incorporates animal motifs like lions, elephants, giraffes, and monkeys with natural elements, greenery, wood textures, and earth tones. It centers around adventure and exploration—an appropriate metaphor for a child discovering the world.









RIDE000528





**grow**

**Want Fewer Ads Like This One?**

Get Grow Today





What makes this theme effective is its adaptability. You can choose a whimsical approach with cartoon animals or a sophisticated style with realistic safari elements.

If you're looking for more first birthday themes, we have plenty of creative options to explore.

## PLANNING YOUR WILD ONE FIRST BIRTHDAY PARTY: ESSENTIAL TIMELINE

Early organization reduces stress. Here's an effective timeline:

2-3 Months Before:

- Secure your venue
- Finalize your guest list
- Order essential decorations that might require extended shipping

1-2 Months Before:

- Distribute invitations
- Book a photographer if desired
- Research decoration ideas

2-4 Weeks Before:

- Plan your menu
- Purchase non-perishable supplies
- Order or plan the cake
- Select the birthday outfit

1 Week Before:

- Confirm RSVPs
- Complete decoration purchases
- Prepare your home if hosting there

Day Before:

- Set up decorations that can be arranged in advance
- Prepare food items that can be made ahead
- Ensure all electronics are charged

Complete as much preparation as possible the day before to avoid morning stress.

## WILD ONE FIRST BIRTHDAY INVITATIONS AND ANNOUNCEMENTS

Invitations establish the theme for your event. Both digital and physical options have advantages:

Digital Options:

- More economical (often free)
- Environmentally conscious
- Simplified RSVP tracking
- Can include direct links to registry information

Printed Options:

- Provide a tangible keepsake
- Better suited for older relatives
- Can incorporate textural elements
- Serve as additions to memory books

---

**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email....                    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.

---

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email....                    SUBSCRIBE

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.



Buy on Amazon



RIDE000530

• • •

Include essential information: date, time, location, RSVP details, and special instructions.

Effective wording examples:

- "Our little animal is turning ONE!"
- "[Name] has been wild for ONE whole year!"
- "The safari continues as [Name] turns ONE!"

Quality templates are available on Etsy, Canva, or Zazzle.

## STUNNING WILD ONE FIRST BIRTHDAY DECORATIONS

Decorations bring the Wild One theme to life. Combine store-bought items with DIY projects for impressive results without significant expense.

Statement pieces:




Buy on Amazon

• • •



- Balloon garlands in jungle colors (green, tan, brown with gold accents)
- "WILD ONE" letter banner

RIDE000531

Cadabara Cutouts of safari animals

Table decor:

- Burlap table runner with artificial greenery
- Stuffed animals as centerpieces
- Animal print paper plates and napkins
- Wooden serving trays for a natural aesthetic



**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email... [ SUBSCRIBE ]

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.



Photo opportunities:

- Backdrop created from a green tablecloth, artificial vines, and paper leaves
- Photo props including safari hats, binoculars, and animal masks
- "ONE" sign constructed from cardboard and animal print paper

A cost-effective approach: purchase plastic animals from the dollar store and apply gold spray paint to enhance their appearance.

## WILD ONE FIRST BIRTHDAY OUTFIT IDEAS FOR THE BIRTHDAY STAR

The birthday outfit will feature prominently in keepsake photographs. Whether you're planning for a first birthday girl or a first birthday boy, choosing the perfect first birthday outfit is essential.

For girls, animal print tutus paired with a "Wild One" onesie create a charming look.





RIDE000533

For boys, khaki shorts or pants coordinated with a safari shirt or animal print suspenders work well.









Practical recommendations:

- Prepare a backup outfit (cake gets messy)
- Consider foregoing shoes as children often remove them
- Test headpieces before the event
- Prioritize comfort—uncomfortable children don't photograph well

## DELICIOUS WILD ONE FIRST BIRTHDAY FOOD AND CAKE IDEAS

Food primarily serves adult guests but can complement your theme. Simple finger foods with jungle-themed names work well:

- "Giraffe Bites" (cheese cubes)
- "Monkey Munchies" (banana chips and fruit)
- "Crocodile Sandwiches" (cucumber sandwiches)
- "Safari Snack Mix" (Chex mix with animal crackers)
- "Watering Hole" (punch bowl with decorative elements)

The smash cake serves as the centerpiece. Consider ordering one from a local bakery if you're not confident in your baking skills. For more inspiration, check out our first birthday cake ideas for creative designs that will wow your guests.



RIDE000534

For reduced-sugar options, discuss alternatives with your baker like banana cake with light cream cheese frosting.

For adult guests, prepare a simple sheet cake with buttercream frosting and add plastic animals on top to create a safari scene. If you're looking for other sweet themes, consider a Sweet One first birthday, berry first birthday party, or even a donut birthday party theme.

## MEMORABLE WILD ONE FIRST BIRTHDAY ACTIVITIES AND GAMES

One-year-olds have limited capacity for organized activities, but a few simple planned activities help entertain older children and provide structure. For more ideas on keeping little ones entertained, explore our first birthday games guide.

Successful activities:

- Safari Scavenger Hunt: Hide stuffed animals for older children to find using miniature binoculars.
- Animal Sound Game: Play animal sounds and mimic them together.
- Sensory Play: Fill a container with dried beans and hide plastic animals inside.
- Photo Booth: Create a simple backdrop with props like safari hats and animal masks.

---

**Subscribe to Mom's First Steps!**

Get updates on the latest posts and more from Mom's First Steps straight to your inbox.

Your Email...    [ SUBSCRIBE ]

We use your personal data for interest-based advertising, as outlined in our Privacy Notice.

---







what to expect.

Getting Pregnant ⌄   Pregnancy ⌄   First Year ⌄   Toddler ⌄   Family ⌄   Baby Names ⌄   Registry ⌄   Baby Products ⌄   Community Groups ⌄   News

Advertisement

First Year

# Host a 'Wild One' Birthday That's a Roaring Good Time

by **Maryn Liles**
✔ Fact-Checked by **Caroline Picard** | November 29, 2023



Getty

Lean into animal prints and jungle decor for a totally wild first birthday celebration.

Advertisement

📖 **IN THIS ARTICLE**

**Wild One birthday party decorations**

📍 **Wild One birthday party food**

**Wild One birthday party games**

**Wild One birthday party favors**

A baby's first year is often anything but tame, which is one of the reasons why a "Wild One" birthday party theme is so fitting.

"It's been a wild year between birth and all of baby's first-year milestones — not only for the baby, but also for the parents," says Arpie Mikaelian, an event designer, mom of two and founder of ARPiggy . "To have reached the first year is an accomplishment for all parties."

AD

🏥 Boston Children's Hospital

Where the world comes for answers

From playful, animal patterns to jungle-inspired accents, a Wild One first birthday party will give you tons of opportunities to get creative with your decor, smash cake and other party accents. "Wild One is such a great theme because there is always a way to add a twist or use a new color combo for a fresh take," says Andrea King, party planner and

RIDE000587

founder of [King Event Design](#).

Read on for professional advice on [how to plan a first birthday party](#) that brings your Wild One theme to life. Plus, get tons of [unique first birthday ideas](#), decor and food inspo that'll guarantee everyone has a roar-ing good time.

## Wild One birthday party decorations

### Lean into animal prints for invites and decor



Animal prints are a must for any Wild One birthday party. Adorn your party invites with cute critters — like elephants and tigers — and set the scene day-of with a welcome sign decked out in a variety of patterns, from zebra stripes to cheetah spots and more.

"You can also incorporate traditional safari colors into your theme, such as green, black, gold, white and beige," Mikaelian says.

### Adorn your space with greenery



RIDE000588



Give your houseplants a new home for the day! Forage your home and yard for as many potted plants as you can find, and move them all into your party area to give your space serious jungle vibes fitting for a Wild One birthday. You can even borrow plants from friends and neighbors if you don't have a green thumb yourself.

### Go big with balloons



Nothing says "party" quite like a gigantic balloon garland. This one — complete with faux leaves, a few animal print accent balloons and a couple of stuffed critters — makes for a striking Wild One birthday focal point and photo backdrop.

### Display toy animals everywhere



**Related Topics**

First Year    First Year Groups

Advertisement



Mango Firehouse

Small animal figurines — whether they're scattered across your buffet table, perched atop your cake or sitting at each place setting — are one of the easiest ways to bring your Wild One birthday theme to life without breaking the bank! Or, if your child has a few beloved wild animal plush toys, you can incorporate those into your design too, Mikaelian says.

**Use custom colors**



The Balloon Mama

This first birthday party theme can be completely gender-neutral — or you can give it a colorful twist by adding pops of pink and florals throughout your Wild One birthday decor.

**Create an epic photo op**



RIDE000590

Profile

"A Jeep backdrop is a great addition to any Wild One birthday party," Mikaelian says. You can even DIY your own out of cardboard — complete with a custom license tag! It makes an adorable spot for partygoers to take pics with the guest of honor.

### Monkey around with Wild One table decor



AirPiggy

Jazz up your Wild One place settings with cute monkey-shaped cut-outs made from construction paper. You can also print out safari-themed coloring pages and incorporate boxes of crayons into each place setting for a more interactive take on this idea.

## Wild One birthday party food

### Serve treats in true safari style



RIDE000591

King Event Design

Wooden trays, animal print cupcake wrappers and a few stuffed animals will take your buffet table to the next level without tons of extra effort.

**Tie your Wild One birthday look together with printables**



King Event Design

"Look for small businesses that offer custom labels that coordinate with your theme and colors," King suggests. "These are a great way to dress up even the most basic cupcakes, chocolate or candies."

**Feed your pride with a lion-shaped veggie tray**



Advertisement

Guests will be roar-ing with excitement when they spot this lion-shaped veggie tray. Use carrot sticks and sliced bell peppers for the mane, hummus for the face, crackers for the eyes and cucumbers for the nose and whiskers. It's an easy (and healthy!) way to make your buffet table stand out and take your Wild One birthday theme to the next level.

## Offer refreshments at the local "watering hole"



Clever signage, like "watering hole" on the water and "jungle juice" on the punch, is a quick way to transform a simple beverage station into a party highlight. The best part: It only requires two drinks: a batch of a colorful, kid-friendly beverage (such as a Kool-Aid or Gatorade mix) and infused water.

## Serve a totally wild birthday cake



Baked by Lacey

No Wild One birthday cake would be complete without a few animals in party hats! "Your favorite bakery or cookie artist can help add little pieces of themed edible art to your sweets table," King says. Icing that resembles foliage adds to the effect.

Remove the top tier and give it to your baby to smash, and save the bottom tiers to serve to guests.

## Wild One birthday party games

**Encourage exploration with safari gear for little ones**



AMIggy

For any youngsters in attendance, a rack of safari vests they can wear during your event will get them into the Wild One birthday spirit. Set out a few magnifying glasses nearby so they can pretend they're true explorers. "Kids can also cosplay with various wild animal costumes, ranger outfits, hats, binoculars and masks," suggests Mikaelian.

**Create an adventure-worthy craft station**

 

RIDE000594

# Exhibit

https://www.pinterest.com/ideas/animal-baby-room/945276021428/                                                                September 21, 2025 at 7:35 PM EDT



Search for woodland animals nursery          Log in     Sign up

Explore

# Animal baby room

Discover Pinterest's best ideas and inspiration for Animal baby room. Get inspired and try out new things.

1k people searched this · Last updated 1d

    

           

Benjamin Nursery | Baby In Nursery

Baby Nursery Designs 2025 with...
Introduction Designing a nursery i...

Safari Nursery 2

Nursery With Greenery | Sage Safa...

Nursery With Greenery

Nursery Themes Safari | Jungle The...

Nursery Themes Safari

Jungle Safari Kids Room Decor | Kid...

Jungle Safari Kids Room Decor

    

Cute Nursery Ideas Gender Neutral

Cute Nursery Ideas Gender Neutral

Dinosaur Baby Room Ideas | Simple...

31 Inspiring Baby Boy Nursery...
If you've been stuck between...

 Animal Print Rug Nursery | Animal R...

Animal Print Rug Nursery

 Jungle Room | Jungle Nursery | Ba...

A Modern Jungle Nursery in Every...
Tour a baby girl nursery that adds ...

Animal-themed Baby Room Inspiratio...

Animal-themed Baby Room...

   

Baby Room Inspiration Ideas | Safar...

Baby Room Inspiration Ideas

Baby Boy Rooms Forest Theme | For...

21 Stunning Nursery Decor Ideas...
Transform your baby's room with...

Woodland Nursery Wallpaper Boy

Woodland Nursery Wallpaper Boy

Safari Nursery Green Accent Wall

Safari Nursery Green Accent Wall

Dinosaur Themed Nursery Boy | Nur...

16+ Charming Baby Boy Nursery...
Baby Boy Nursery Themes Ideas...

    




Ideas For Animal-themed Baby Rooms

Cribspiration: A Boho Chic Safari...
Typically, when you see pictures o...


Cow Baby Room Themed Nursery

Farm animals nursery
Farmhouse, farm animal baby boy...


Nursery Woodland Animals    Forest

43 Woodland Nursery Ideas for a...
Transforming your baby's nursery...


Small Safari Nursery    Green Room

Baby safari nursery
Baby nursery safari theme


Baby Room Jungle Theme    Serene

Baby Room Jungle Theme

## Related interests


Woodland Animals Nursery


Jungle Nursery Ideas


Newborn Room


Toddler Rooms


Baby Room Safari

See more

Animal baby room and more

## Explore related boards


**Baby Room**
Dessi Starhovska
16 Pins · 1d


**nursery**
Julia Wersel
80 Pins · 3d


**Baby room inspiration**
Digital Wall Art WildThingsPrintCo
1.2k Pins · 2d


**Home Decor**
Wendy Nicole Cerda Cabrera
990 Pins · 8h


**Baby stuff**
Samantha Davis
41 Pins · 4d

## Ideas like this


Baby Nursery Designs 2025 with 38 Cozy Neutral Modern and...
Baby Nursery Designs 2025 with 38 Cozy Neutral Modern and...


10+ Safari and Jungle Nursery Ideas to Transform Your Baby's...
Looking to design a safari-themed nursery? Discover over 10 stunnin...


26 Inspirational Safari-Themed Nursery Ideas for Your Dream...
Looking for Safari-Themed Nursery Ideas? These creative designs...


Earth Toned Safari Accents - 25 Neutral Nursery Ideas Calming an...
Surprisingly, you can embrace a safari theme and stay neutral by...


Amazon.com: Baby Safari Animals for Girl or Boy Nursery Bedroom,...


28 Gender-Neutral Baby Nurseries Everyone's Already Loving
Safari-themed decor offers lively baby nursery inspiration with...


3Pcs Personalized Name...


Safari Nursery Printables

Baby Nursery Decor Cheetah Wall Art Modern Baby Nursery Ideas &...
This Baby Nursery is full of charm, blending soft neutral tones with...


Nursery Animal Wall Art Safari Nurser...











**Gorgeous woodland-nursery!** 🌿
🤎 in 2025 | Forest baby rooms,...

Feb 4, 2025 - This Pin was
discovered by ScDecorum...

**Kids Snail Shelf (28")**

Nursery Themes Safari    Jungle Tha... >

**51 Simply Adorable Baby Girl
Nursery Ideas You'll Love!**

50 Simply Adorable Baby
Girl Nursery Ideas You'll Love!

**21 Stunning Nursery Decor Ideas
That Will...**











**29
BABY
NURSERY**
*Inspiration Ideas*

**Woodland Animal Nursery Wall Art...**

**Nature-Inspired Woodland Baby
Room Ideas**

Cozy, rustic, and playful—discover
woodland nursery designs with...

**Framed Baby Safari Animals Nursery...**

**29 Fresh Nursery Ideas for Boys
and Girls**

A safari adventure nursery provides
lively baby nursery inspiration wit...















**Safari Nursery Wall Art Decor Set of 6...**

**21 Inspiring Safari Nursery Ideas**

Planning a baby nursery? Get
excited to create an amazing...

**15+
Nursery Themes
Girl Ideas**

**15 Adorable Baby Girl Nursery
Themes for 2025 - Parenting and...**

**CRANE BABY Safari Animal Wooden...**

**Charming Nursery Themes Girl
Ideas for a Lovely Baby Room**



**Pink
safari
theme**

# Exhibit 6 to Lichtman Decl.
# Provisionally Filed Under Seal

# Exhibit    to Lichtman Decl. Provisionally Filed Under Seal

# Exhibit

https://www.shop-thewild.com/collections/carriers/products/wildbird-aerial-carrier          September 21, 2025 at 8:50 PM EDT



New Arrivals    Classes & Events ⌄    Baby & Toddler ⌄    Parents ⌄    Carriers ⌄    Lifestyle ⌄    Registry ⌄





Shop / Buckle Carriers / WildBird Aerial Carrier

## WildBird Aerial Carrier

**$178.00**

or 4 installments of **$44.50 USD** by afterpay⬦  More info

**Color:** Desert Lark

Quantity

[ − ] [ 1 ] [ + ]

**Add to cart**

**Add to Registry**

Free shipping over $100*

Environmentally and ethically responsible

     

• • • • • • • •

Our most supportive baby carrier that is simple and intuitive to use. The perfect first-time baby carrier and beyond. Beautiful design combined with technical features for maximum comfort to carry babies from newborn to 45lbs. The Aerial Carrier is designed for front carry (facing inwards) and back carry.

Share: f ✕ ⓟ G+ ✉

## Related products

   



Didymos Woven Wrap - Waves Silver
From $87.00 $145.00

Girasol Woven Wrap - Piedra
From $59.40 $99.00

Didymos Woven Wrap - Lisca Emerald
From $150.00 $172.00

Cassiope Woven Wraps - Castalia Carbone
$99.00 $179.00

Back to the top ⌃

**NEWSLETTER**

Sign up to receive the latest on new products, sales and events

Email address

Sign up

**ABOUT US**

Work With Us
The Wild Blog
Classes & Events
FAQs

**CUSTOMER CARE**

Contact Us
Shipping Policy
Return Policy
Gift Cards

Copyright © 2025 The Wild.
Theme by Clean Themes. Ecommerce Software by Shopify

# Exhibit

**a Page Vault**

| | |
|---|---|
| Document title: | 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings (2024) — Sustainably Chic |
| Capture URL: | https://www.sustainably-chic.com/blog/sustainable-baby-carriers |
| Page loaded at (UTC): | Thu, 28 Aug 2025 18:04:23 GMT |
| Capture timestamp (UTC): | Thu, 28 Aug 2025 18:05:15 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML. like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 15 |
| Capture ID: | 96uA73UmYLP5sAtBt9SMYP |
| Display Name: | ketterlingc |

WILDBIRD0001046

SustainablyChic™    SEARCH    🎤 Q

FASHION    BEAUTY    LIFESTYLE    BRANDS

July 22, 2024    Eva Astoul

# 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps & Slings (2024)



Image: LILLE Baby

Disclosure: Some of the links below are affiliated; we may earn a small commission if you click through and make a purchase. We only feature brands that align with our values and contribute to a better world. Thank you for supporting these brands - and us!

## THE BEST SUSTAINABLE BABY CARRIERS

WILDBIRD0001047

# THE BEST SUSTAINABLE BABY CARRIERS

Whether we choose a sling, a wrap, or a more structured model, baby carriers are an essential tool to have around when we welcome a new baby into our families.

Humans have been using them for centuries to keep their babies safe and close as they move and are out and about in the world.

Carriers help us create a deep bond and connect with our babies, all while freeing up our hands. They allow us to get things done and provide our babies with the contact they need to feel calm and secure.

Unfortunately, many baby carriers are produced with unsustainable fabrics like polyester. Several also contain hazardous chemicals like flame retardants or toxic water and stain repellents.

But thankfully, more and more brands have been making healthier, more sustainable options so that we can safely bring our little ones with us wherever we go.

In this article, we have selected 11 sustainable brands selling high-quality, ergonomic baby carriers, wraps, and ring slings. Let's make babywearing healthy and sustainable together!

## WHAT MAKES A BABY CARRIER SUSTAINABLE?

A sustainable baby carrier is one made with eco-friendly materials and dyed using non-toxic, low-impact dyes (or undyed).

It should also be free of hazardous substances or chemical treatments. The best way to ensure the carrier is 100% healthy and safe to use is to look for models certified Standard 100 by OEKO-TEX.

Of course, a sustainable baby carrier is also compliant with the CPSIA and ASTM safety standards. But it should also be built to last and of very high quality, because we do not want it to rip when we are carrying our little one!

Finally, it should be made by a company that provides its employees with a safe working environment, pays them fair wages, and treats them humanely.

## WHAT NON-TOXIC MATERIALS SHOULD YOUR BABY CARRIER BE MADE OUT OF?

The best sustainable fabrics for baby carriers, ring slings, and wraps are GOTS-certified organic cotton, hemp, and linen.

There are also great options made from TENCEL lyocell, TENCEL modal, or bamboo fabric crafted with bamboo grown organically in responsibly managed forests.

Some brands also make their carriers from recycled materials, like recycled polyester produced from old plastic bottles.

Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT
Page 2 of 14

WILDBIRD0001048

There are also great options made from TENCEL lyocell, TENCEL modal, or bamboo fabric crafted with bamboo grown organically in responsibly managed forests.

Some brands also make their carriers from recycled materials, like recycled polyester produced from old plastic bottles.

# OUR TOP PICKS FOR NON-TOXIC, SUSTAINABLE BABY CARRIERS:



## 1. Boba

Materials: Bamboo, Organic Cotton

Price: $40 - 160

Boba has been creating practical baby carriers using thoughtfully selected materials for the past 15 years. It has a great selection of wraps we can use for newborns and babies up to 18 months, as well as more structured carriers for toddlers up to 36 months.

The brand has been closely working with experts to design products that are good for both parents' and babies' bodies.

Each of its carriers promotes healthy hip and spine development for our little ones, and Boba has even been certified hip-healthy by the International Hip Dysplasia Institute.

The company's products enable a front carry position facing the wearer, but its more structured carriers also have a back carry option, which makes them very practical. Plus, they are all machine washable and breastfeeding-friendly.

Boba's wraps are also very adaptable and flexible, and the structured carriers have double-adjustable shoulder straps and an alterable waistband that allows for a perfect fit for both plus-size and petite wearers.

Boba's baby carriers and wraps are made from cotton, nylon, or more eco-friendly fabrics like organic cotton and bamboo viscose. You can also choose from beautiful colors and fun prints featuring constellations, rainbows, mountains, or cute animals.

We've made sure to link the organic and bamboo carriers to this post for the most sustainable option they offer.

SHOP BOBA SUSTAINABLE BABY CARRIERS



## 2. LILLE Baby

Document title: 11 Sustainable Brands Selling Beautiful, Ergonomic Baby Carriers, Wraps &amp; Slings (2024) — Sustainably Chic
Capture URL: https://www.sustainably-chic.com/blog/sustainable-baby-carriers
Capture timestamp (UTC): Thu, 28 Aug 2025 18:05:15 GMT
Page 3 of 14
WILDBIRD0001049



## 2. LILLE Baby

Materials: Linen, Organic Cotton, Modal, Cotton, Polyester

Price: $40 - 170

LILLE Baby is on a mission to empower families with comfortable, innovative baby carriers that will encourage them to go on adventures with their little ones. The brand offers a wide range of carriers for every growth stage, body, and lifestyle. It has many options for infants and toddlers up to 45 lb, as well as carriers designed for children from 25 to 60 lb.

LILLE Baby's flagship product is its COMPLETE 6-in-1 carrier, which is everything you need to carry your baby from birth through the toddler years! It is available in five versatile styles and features a classic design, six ergonomic carrying positions, and great lumbar support.

The company sells many other baby carriers, including beautiful slings and wraps that are all very breathable, lightweight, and comfortable. All of them are CPSIA-compliant and ASTM safety-certified, and they are free of harmful substances like lead, phthalates, flame retardants, or toxic dyes.

Many of the carriers are made of cotton and polyester, but you can also choose models made from organic cotton, modal, or linen. All the fabrics used are very soft and durable!

SHOP LILLE BABY SUSTAINABLE CARRIERS



## 3. Nuna

Materials: Cotton, Mesh Fabric, Organic Cotton

Price: $220 - 400

Nuna is an award-winning company selling high-quality car seats, strollers, and baby gear, including two versatile baby carriers. These are recommended for newborn babies up to 3-year-old children, provide ergonomic positioning and promote a healthy spine and hip development as your child grows. Both offer a front carry position with your baby facing in or facing out, but you can also have them on your back or in newborn mode.