UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>    Defendants. | Case No. 1:25-cv-05993 (DLC) |

**NOTICE OF DEPOSITION EXCERPTS TO BE OFFERED
BY DEFENDANTS AS SUBSTANTIVE EVIDENCE**

PLEASE TAKE NOTICE THAT, pursuant to Paragraph 9 of the Scheduling Order in this case (Dkt. 18, as revised at Dkts. 32, 33), Defendants Wildride B.V. and Wildride USA Corp. intend to offer portions of Plaintiff's Rule 30(b)(6) deposition testimony from September 17, 2025, and portions of Defendants' Rule 30(b)(6) deposition testimony from September 15, 2025, as substantive evidence at the October 30, 2025, hearing (Dkt. 33) on Plaintiff's preliminary-injunction motion. The following excerpts are offered:[1]

| Pages of Plaintiff's Testimony | Synopsis |
| --- | --- |
| 35-38; 65; 69; 51-55; 140-142; 256-257 | Plaintiff's trademark, bird-themed slogans, branding guidelines, products, product packaging, and affiliate marketing |
| 86-88; 128-129; 269; 228-229 | Plaintiff's exploratory market report, its customers, the price of its products, complaints about its products, and its gross sale |
| 125 | Plaintiff testifies concerning changes in its Instagram account |
| 154-158; 145; 149; 160-164; 172-173; 175-177; 181-183; 196-211; 237 | The instances of alleged confusion and Plaintiff's knowledge regarding the individuals involved |
| 165-166 | Plaintiff's understanding of "confusion" |
| 274-275; 278 | Plaintiff's enforcement efforts against brands whose names begin with the word "wild" |
| 224-225 | Plaintiff's position that the word "wild" is generic and commonly used by others |
| 238-248 | Plaintiff's position regarding whether Plaintiff and Defendants can coexist outside of the United States |

| Pages of Defendants' Testimony | Synopsis |
| --- | --- |
| 122-123 | Defendants explain how its Wildride carrier subdomain functions |

---

[1] The Court previously permitted Defendants to file excerpts from Plaintiff's deposition under seal. (Dkt. 54). Defendants have asked the Court to seal these excerpts from Plaintiff's deposition as well.

Dated: October 17, 2025

                                                    Respectfully submitted,

*/s/ James M. Slater*
Leo M. Lichtman
James M. Slater (admitted *pro hac vice*)
ESCA Legal LLC
1177 6th Avenue, 5th Floor
New York, NY 10036
Tel: 347-745-2535
leo@esca.legal
james@esca.legal

*Attorneys for Defendants Wildride B.V. and Wildride USA Corp.*