# Transcript of WILDBIRD, LLC's Rule 30(b)(6) Deposition

# Provisionally Filed Under Seal