```
 1                    Confidential - AEO

 2
              UNITED STATES DISTRICT COURT
 3         FOR THE SOUTHERN DISTRICT OF NEW YORK

 4     -------------------------------
       WILDBIRD LLC,
 5
                    Plaintiff,
 6
                vs.       Civil Action No. 1:25-cv-05993
 7
       WILDRIDE B.V., and WILDRIDE USA CORP.,
 8
                    Defendants.
 9     -------------------------------

10

11

12     CONFIDENTIAL DEPOSITION OF BRITT SCHOORL and JOOST

13                        HULTINK

14                  New York, New York

15              Monday, September 15, 2025

16

17

18

19

20

21

22

23     Reported by:
       Yaffa Kaplan
24     JOB NO. 13459884

25
```



```
 1                  Confidential - AEO
 2                  September 15, 2025
 3                     2:05 p.m.
 4
 5        Confidential Deposition of BRITT
 6   SCHOORL and JOOST HULTINK, held via Zoom,
 7   New York, pursuant to 30(b)6 Notice, before
 8   Yaffa Kaplan, a Notary Public of the State
 9   of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                    Confidential - AEO
 2   A P P E A R A N C E S:
 3
 4      GREENBERG TRAURIG LLP
 5      Attorneys for Plaintiff
 6          One Vanderbilt Avenue
 7          New York, New York 10017
 8      BY:    JONATHAN W. THOMAS, ESQ.,
 9             MOLLY R. LITTMAN-JOHNSON, ESQ.,
10                         (Via videoconference)
11
12      ESCA LEGAL
13      Attorneys for Defendants
14          1177 6th Avenue, 5th Floor
15          New York, New York 10036
16      BY:    LEO M. LICHTMAN, ESQ.,
17             JAMES M. SLATER, ESQ.,
18             MADISON MARINO, ESQ.,
19                         (Via videoconference)
20
21   ALSO PRESENT:
22      ROBERT PACHECO - Legal Videographer (Via
23   videoconference)
24
25
```



```
 1                  Confidential - AEO
 2          IT IS HEREBY STIPULATED AND AGREED,
 3   by and between counsel for the respective
 4   parties hereto, that the filing, sealing and
 5   certification of the within deposition shall
 6   be and the same are hereby waived;
 7          IT IS FURTHER STIPULATED AND AGREED
 8   that all objections, except as to the form
 9   of the question, shall be reserved to the
10   time of the trial;
11          IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed
13   before any Notary Public with the same force
14   and effect as if signed and sworn to before
15   the Court.
16
17
18
19
20
21
22
23
24
25
```



```
 1                    Confidential - AEO
 2            THE VIDEOGRAPHER:  We are now on the
 3    video record.  Today's date is September 15,
 4    2025.  The time is -- and I am going to go to
 5    the time the witness is -- 2:05 p.m. in the
 6    Netherlands.  This begins the videoconferenced
 7    deposition of Ms. Britt Schoorl and Mr. Joost
 8    Hultink in the matter of Wildbird LLC,
 9    plaintiff, versus Wildride B.V. and Wildride
10    US Corp., defendant, to be heard in the United
11    States District Court for the Southern
12    District of New York, Civil Action Number
13    1:25-cv-05993.
14            My name is Robert Pacheco.  I am the
15    remote videographer.  Your court reporter
16    today is going to be Ms. Yaffa Kaplan, both
17    representing Esquire Deposition Solutions.
18    Would counsel please introduce yourself and
19    your affiliations, and the witnesses will be
20    sworn in.
21            MR. THOMAS:  Good morning.  My name is
22    Jonathan Thomas.  I am a partner here at the
23    law firm of Greenberg Traurig.  I will be
24    taking today's deposition on behalf of the
25    plaintiff Wildbird LLC.  With me today is my
```



1    Confidential - AEO - B. Schoorl/J. Hultink
2  discovery on that if we need it.  We have had a
3  good working relationship.
4           There were also some individuals
5  mentioned in a B2B capacity.  If, for some reason,
6  any documents are produced or comes to light before
7  the hearing on the 30 and we can't work out some
8  resolution, just as a matter of caution I am going
9  to keep the deposition open but I suspect we won't
10 need to see other each once again on video.  So
11 with that I appreciate the time.  I appreciate you
12 all being flexible.  I know it's approaching the
13 evening there in the Netherlands so thank you.
14           MR. SLATER:  I just have a few questions
15     for you folks, and then we will wrap this up.
16 EXAMINATION BY
17 MR. SLATER:
18     Q.    Earlier in the deposition, Mr. Thomas
19 showed you your application -- let me see if I can
20 pull this up.  Your application to the US Patent
21 and Trademark Office for Wildride.  Let me know
22 when you can see it.
23     A.    We can see it.  Sorry.  Yes.
24     Q.    So I am going to page 2.  This was
25 previously marked as Plaintiff's Exhibit 6.  And I



```
 1        Confidential - AEO - B. Schoorl/J. Hultink
 2   know that Mr. Thomas read to you on page 2 the
 3   identification section in red that referenced baby
 4   and children carriers and things like that, right?
 5        A.    Yes.
 6        Q.    So sitting here today, you don't know
 7   what types of goods or services the US PTO
 8   identifies for certain products?  For instance, you
 9   don't know if they have a subcategory to the
10   toddler carriers or anything like that, right?
11        A.    No.  We don't know.
12        Q.    And then Mr. Thomas asked you -- and I
13   think it was directed to you, Joost, some questions
14   about the Wildride carrier website, about there
15   being -- and I think you responded there is a
16   global domain, a main domain and let me see.  The
17   subdomain, the US.Wildride carrier.  And I think
18   you invited him to ask you to sort of explain how
19   that works, the subdomain versus the main domain.
20   Can you explain that for us?
21        A.    Of course.  So we have a global domain
22   and several subdomains.  So customers can more
23   easily find us within their -- within the region
24   where they live and buy but it also allows us to
25   more easily add different warehousing and offer
```



```
 1        Confidential - AEO - B. Schoorl/J. Hultink
 2   faster shipping to customers, cheaper shipping, and
 3   to be part of a commercial zone like the US.
 4        Q.   For all intents and purposes, are the US
 5   subdomain and the main domain, are they the same,
 6   are they the same website?
 7        A.   In the end, yes.  It's more or less
 8   where you will be redirected to the domain where
 9   you are.
10        Q.   Are there any products that are
11   differently -- different products sold on the
12   subdomains versus the main?
13        A.   Yes.  It could be -- it could appear
14   that a different variety of products are being sold
15   them on the global domain.
16        A.   But it's all the toddler in the end?
17   Different fabrics, different colors.
18        Q.   Thank you.  Nothing further.
19             MR. THOMAS:  Nothing from me.
20             MR. SLATER:  Madam court reporter, we
21        will read.
22             THE VIDEOGRAPHER:  Before going off the
23        record, would anybody like to order the
24        transcript or video at this time?
25             MR. THOMAS:  The plaintiff will order
```



```
 1      Confidential - AEO - B. Schoorl/J. Hultink
 2                  C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                         : ss.
 5   COUNTY OF QUEENS      )
 6
 7           I, YAFFA KAPLAN, a Notary Public
 8       within and for the State of New York, do
 9       hereby certify:
10           That BRITT SCHOORL/JOOST HULTINK, the
11       witnesses whose deposition is hereinbefore
12       set forth, were duly sworn by me and that
13       such deposition is a true record of the
14       testimony given by the witnesses.
15           I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage, and that I am
18       in no way interested in the outcome of this
19       matter.
20           IN WITNESS WHEREOF, I have hereunto
21       set my hand this 22nd day of September,
22       2025.
23
24                      
                        _____
25                         YAFFA KAPLAN
```

ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com