UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILDBIRD, LLC,

    Plaintiff,

v.

WILDRIDE B.V., and WILDRIDE USA CORP.,

    Defendants.

Case No. 1:25-cv-05993 (DLC)

**NOTICE OF FILING OF DEFENDANTS' LIST OF AFFIANTS
TO CROSS-EXAMINE AT OCTOBER 30, 2025 HEARING
ON PRELIMINARY INJUNCTION MOTION**

PLEASE TAKE NOTICE THAT, pursuant to Paragraph 8 of the Scheduling Order in this case (Dkt. 18, as revised at Dkts. 32, 33), and Rule 6.C.i of Your Honor's Individual Practices in Civil Cases,, Defendants are hereby filing their list of affiants to be cross-examined at the October 30, 2025 Hearing on Plaintiff's preliminary injunction motion which was served on Plaintiff's counsel on October 15, 2025 by email.

The foregoing list of affiants and certificate of service are attached hereto.

Dated: October 17, 2025

Respectfully submitted,

*/s/ James M. Slater*
Leo M. Lichtman
James M. Slater (admitted *pro hac vice*)
ESCA Legal LLC
1177 6th Avenue, 5th Floor
New York, NY 10036
Tel: 347-745-2535
leo@esca.legal
james@esca.legal

*Attorneys for Defendants Wildride B.V. and Wildride USA Corp.*