UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>　　Defendants. | Case No. 1:25-cv-05993 (DLC) |

### DEFENDANTS' LIST OF AFFIANTS TO CROSS-EXAMINE AT OCTOBER 30, 2025 HEARING ON PRELIMINARY INJUNCTION MOTION

**PLEASE TAKE NOTICE THAT**, pursuant to Paragraph 8 of the Scheduling Order in this case (Dkt. 18, as revised at Dkts. 32, 33), Defendants Wildride B.V. and Wildride USA Corp. (together, "Wildride"), by and through their undersigned counsel, hereby provides notice of Wildride's intent to cross-examine the following affiants at the October 30, 2025, hearing (Dkt. 33; "Hearing") on Plaintiff's preliminary-injunction motion:

1. Nate Gunn

**PLEASE TAKE FURTHER NOTICE THAT** Wildride reserves the right to cross-examine at the Hearing any and all additional affiants upon who Plaintiff rely on in support of Plaintiff's preliminary-injunction motion.

1

Dated: October 15, 2025

                 Respectfully submitted,

                 */s/ Leo M. Lichtman*
                 Leo M. Lichtman
                 James M. Slater (admitted *pro hac vice*)
                 ESCA Legal LLC
                 1177 6th Avenue, 5th Floor
                 New York, NY 10036
                 Tel: 347-745-2535
                 leo@esca.legal
                 james@esca.legal
                 *Attorneys for Defendants Wildride B.V. and Wildride USA Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 15, 2025, a true and correct copy of Defendants' List of Affiants to Cross-Examine at October 30, 2025 Hearing on Preliminary Injunction Motion was served by e-mail on counsel for Plaintiff at the following email addresses:

Jonathan W. Thomas, jonathan.thomas@gtlaw.com
Molly R. Littman-Johnson, molly.littman@gtlaw.com

*/s/ Leo M. Lichtman*
Leo M. Lichtman

*Attorney for Defendants*