UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILDRIDE B.V., and WILDRIDE USA CORP.,<br><br>    Defendants. | Case No. 1:25-cv-05993 (DLC) |

**DEFENDANTS' EXHIBIT LIST FOR THE
OCTOBER 30, 2025 PRELIMINARY INJUNCTION HEARING**

Pursuant to the Court's Scheduling Order (Dkt. 18, as modified) and the Court's Individual Practices, Defendants Wildride B.V. and Wildride USA Corp. provide the Court with their list of exhibits for the upcoming October 30, 2025 preliminary-injunction hearing in this matter. Further, pursuant to the Scheduling Order, courtesy copies of these exhibits will be provided to the Court.

| Exhibit No. | Description |
|---|---|
| DX1 | Declaration of Nate Gunn dated July 22, 2025 (docketed as ECF No. 10) |
| DX2 | Declaration of Leo M. Lichtman dated October 3, 2025 (docketed as ECF No. 50) |
| DX3 | Search results of USPTO database (Ex. 1 to Lichtman Decl., docketed as ECF No. 50-1) |
| DX4 | Printout of Plaintiff's website (Ex. 2 to Lichtman Decl., docketed as ECF No. 50-2) |
| DX5 | Printouts of webpages showing "Wild" themed baby clothing (Ex. 3 to Lichtman Decl., docketed as ECF No. 50-3) |
| DX6 | Printouts of webpages showing "Wild" party themes (Ex. 4 to Lichtman Decl., docketed as ECF No. 50-4) |
| DX7 | Printouts of webpages showing "Wild" themed nursery décor (Ex. 5 to Lichtman Decl., docketed as ECF No. 50-5) |

| | |
|---|---|
| DX8 | Transcript of Wildbird, LLC's Rule 30(b)(6) Deposition (excerpts are docketed as ECF No. 81-1, and as Ex. 6 to Lichtman Decl., docketed as ECF No. 50-6) |
| DX9 | Spreadsheet of Plaintiff's wholesale customers (Ex. 7 to Lichtman Decl., docketed as ECF No. 50-7) |
| DX10 | Printout of webpage showing Plaintiff's product for sale (Ex. 8 to Lichtman Decl., docketed as ECF No. 50-8) |
| DX11 | Printout of webpage showing Plaintiff's product alongside other baby products (Ex. 9 to Lichtman Decl., docketed as ECF No. 50-9) |
| DX12 | Screenshots of webpage showing Stokke collection (Ex. 10 to Lichtman Decl., docketed as ECF No. 50-10) |
| DX13 | Voccii Wildbird Exploratory Market Report (Ex. 11 to Lichtman Decl., docketed as ECF No. 50-11) |
| DX14 | Copy of cease and desist letter sent by Plaintiff (Ex. 12 to Lichtman Decl., docketed as ECF No. 50-12) |
| DX15 | Printout of a webpage showing Plaintiff's marketing (Ex. 13 to Lichtman Decl., docketed as ECF No. 50-13) |
| DX16 | Printout of a webpage showing Plaintiff's marketing (Ex. 14 to Lichtman Decl., docketed as ECF No. 50-14) |
| DX17 | Plaintiff's Responses to Defendants' Requests for Admission (Ex. 15 to Lichtman Decl., docketed as ECF No. 50-15) |
| DX18 | Plaintiff's Verified Responses to Defendants' Interrogatories (Ex. 16 to Lichtman Decl., docketed as ECF No. 50-16) |
| DX19 | Plaintiff's brand guide (Ex. 17 to Lichtman Decl., docketed as ECF No. 50-17) |
| DX20 | Layout of Plaintiff's product packaging (Ex. 18 to Lichtman Decl., docketed as ECF No. 50-18) |
| DX21 | Printout of Plaintiff's website (Ex. 19 to Lichtman Decl., docketed as ECF No. 50-19) |
| DX22 | Social media posts produced by Plaintiff (Ex. 20 to Lichtman Decl., docketed as ECF No. 50-20) |
| DX23 | Printout of Nordstrom website (Ex. 21 to Lichtman Decl., docketed as ECF No. 50-21) |
| DX24 | Printout of Reddit page (Ex. 22 to Lichtman Decl., docketed as ECF No. 50-22) |
| DX25 | TSDR page of Plaintiff's abandoned registration (Ex. 23 to Lichtman Decl., docketed as ECF No. 50-23) |

| DX26 | TSDR page of Plaintiff's live registration (Ex. 24 to Lichtman Decl., docketed as ECF No. 50-24) |
|---|---|
| DX27 | Spreadsheet of Plaintiff's gross sales (Ex. 25 to Lichtman Decl., docketed as ECF No. 50-25) |
| DX28 | Declaration of Britt Schoorl dated October 3, 2025 (Docketed as ECF No. 49) |
| DX29 | Defendants' branding and marketing (Ex. 1 to Schoorl Decl., docketed as ECF No. 49-1) |
| DX30 | Defendants' brand guide (Ex. 2 to Schoorl Decl., docketed as ECF No. 49-2) |
| DX31 | Defendants' additional products (Ex. 3 to Schoorl Decl., docketed as ECF No. 49-3) |
| DX32 | Marketing inquiries received by Defendants (Ex. 4 to Schoorl Decl., docketed as ECF No. 49-4) |
| DX33 | Declaration of Nate Gunn dated October 10, 2025 (docketed as ECF No. 59) |
| DX34 | TSDR page of Wildride B.V.'s application to register WILDRIDE, U.S. Serial No. 79375825 |
| DX35 | All documents filed within TSDR for Wildride B.V.'s application to register WILDRIDE, U.S. Serial No. 79375825 |
| DX36 | TSDR page of Wildride B.V.'s application to register WILDRIDE, U.S. Serial No. 98558373 |
| DX37 | All documents filed within TSDR for Wildride B.V.'s application to register WILDRIDE, U.S. Serial No. 98558373 |
| DX38 | Composite exhibit of Defendants' WILDRIDE registrations in foreign jurisdictions |
| DX39 | Transcript of Rule 30(b)(6) Deposition of Wildride B.V. and Wildride USA Corp. |

This exhibit list is without prejudice to any documents necessary for rebuttal or impeachment purposes. Defendants also reserve the right to offer any exhibit identified or submitted by Plaintiff.

Dated: October 17, 2025

Respectfully submitted,

*/s/ James M. Slater*
Leo M. Lichtman
James M. Slater (admitted *pro hac vice*)
ESCA Legal LLC
1177 6th Avenue, 5th Floor
New York, NY 10036
Tel: 347-745-2535
leo@esca.legal
james@esca.legal

*Attorneys for Defendants Wildride B.V. and Wildride USA Corp.*

4