```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILDBIRD LLC,                            :
                                         :
                    Plaintiff,           :    25cv5993(DLC)
            -v-                          :
                                         :    ORDER
WILDRIDE B.V., et al.,                   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A preliminary injunction hearing is scheduled for October 30, 2025 at 11:00 a.m. in Courtroom 18B. On October 17, the parties submitted their respective proposed findings of fact and conclusions of law, pursuant to the Court's Individual Practices. The plaintiff and defendants are each calling one witness. The plaintiff also submitted a one-page synopsis of the deposition testimony it is offering as evidence at the hearing. It is hereby

ORDERED that each side will be given 60 minutes to present their opening statement and any examination of the two witnesses. The affidavits of Mr. Gunn and Ms. Schoorl will be received at trial as their direct testimony.

IT IS FURTHER ORDERED that each side will be given 45 minutes to present its summation, and the plaintiff will be

permitted to reserve up to 15 of its 45 minutes for its rebuttal.

Dated:  New York, New York
        October 20, 2025

                                       _____
                                                    DENISE COTE
                                       United States District Judge