```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
WILDBIRD LLC,                            :
                                         :      25cv5993 (DLC)
                         Plaintiff,      :
              -v-                        :         ORDER
                                         :
WILDRIDE B.V., et al.,                   :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Wildbird's motion for a preliminary injunction was denied on November 5, 2025. It is hereby

ORDERED that the parties shall confer and, by **November 14, 2025,** propose a schedule for any further proceedings in this litigation.

IT IS FURTHER ORDERED that the parties shall promptly contact Magistrate Judge Netburn's chambers to schedule renewed settlement discussions.

Dated:   New York, New York
         November 5, 2025

                                          _____
                                              DENISE COTE
                                          United States District Judge