# GT GreenbergTraurig

Jonathan W. Thomas
Shareholder
Tel:  212.801.9219
Fax: 212.801-6400
Jonathan.Thomas@gtlaw.com

November 14, 2025

VIA ECF

The Honorable Denise Cote
United States District Judge, S.D.N.Y.
500 Pearl Street
Courtroom 18B
New York, New York 10007

      re:  *Wildbird LLC v. Wildride B.V., et al.*, Case No. 1:25-cv-5993 (DC)(SN)
           Joint Letter re Proposed Case Deadlines

Dear Judge Cote,

      We represent the Plaintiff in the above-captioned civil action.  On November 5, 2025, Your Honor Ordered the parties to "confer and, by November 14, 2025, propose a schedule for any further proceedings in this litigation."  Dkt. 90.  Pursuant to that Order, and Rule 1.a of Your Honor's Individual Practices in Civil Cases (rev. 2/26/25), I write, together with counsel for Defendants, to respectfully request that the Court adopt the deadlines in the attached Proposed Order.

      On behalf of all parties, I thank the Court for its time and consideration of this request.

                                        Respectfully submitted,

                                        */s/ Jonathan W. Thomas*
                                        Jonathan W. Thomas

      cc: All counsel of record (*via ECF*)

## [PROPOSED] SCHEDULING ORDER

| Event | Proposed Deadline |
|---|---|
| Settlement Conference | December 17, 2025 at 10 am (Dkt. 91) |
| Exchange of Initial Disclosures | January 9, 2026 |
| Exchange of 15 additional requests for documents (*i.e.*, in addition to requests served during PI-related discovery) | January 12, 2026 |
| Completion of parties' document productions | February 13, 2026 |
| Completion of additional fact depositions (*i.e.*, in addition to PI-related depositions, each party may take one FED. R. CIV. P. 30(b)(6) deposition, and no more than two individual depositions) | February 27, 2026 |
| Exchange of 10 additional requests for admission and 10 additional contention interrogatories (*i.e.*, in addition to requests and interrogatories served during PI-related discovery) | March 6, 2026 |
| Completion of fact discovery | April 13, 2026 |
| Service of parties' opening expert report(s) | May 11, 2026 |
| Service of parties' rebuttal expert report(s) | June 1, 2026 |
| Completion of expert discovery, including depositions of experts | June 15, 2026 |
| Deadline for dispositive motions, as well as *Daubert* motions | July 13, 2026 |
| Deadline for oppositions to dispositive, *Daubert* motions | August 10, 2026 |
| Deadline for replies in further support of dispositive, *Daubert* motions | August 24, 2026 |
| Hearing on dispositive, *Daubert* motions | TBD/at the Court's convenience |
| Final Pretrial Conference | TBD/at the Court's convenience |
| Trial | TBD/at the Court's convenience |

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
The Honorable Denise Cote
United States District Judge