25 Civ 5993

## [PROPOSED] SCHEDULING ORDER

| Event | Proposed Deadline |
|---|---|
| Settlement Conference | December 17, 2025 at 10 am (Dkt. 91) |
| Exchange of Initial Disclosures | January 9, 2026 |
| Exchange of 15 additional requests for documents (*i.e.*, in addition to requests served during PI-related discovery) | January 12, 2026 |
| Completion of parties' document productions | February 13, 2026 |
| Completion of additional fact depositions (*i.e.*, in addition to PI-related depositions, each party may take one FED. R. CIV. P. 30(b)(6) deposition, and no more than two individual depositions) | February 27, 2026 |
| Exchange of 10 additional requests for admission and 10 additional contention interrogatories (*i.e.*, in addition to requests and interrogatories served during PI-related discovery) | March 6, 2026 |
| Completion of fact discovery | April 13, 2026 |
| Service of parties' opening expert report(s) | May 11, 2026 |
| Service of parties' rebuttal expert report(s) | June 1, 2026 |
| Completion of expert discovery, including depositions of experts | June 15, 2026 |
| Deadline for dispositive motions, as well as *Daubert* motions | July 13, 2026 |
| Deadline for oppositions to dispositive, *Daubert* motions | August 10, 2026 |
| Deadline for replies in further support of dispositive, *Daubert* motions | August 24, 2026 |
| Hearing on dispositive, *Daubert* motions | TBD/at the Court's convenience |
| Final Pretrial Conference | TBD/at the Court's convenience |
| Trial | TBD/at the Court's convenience |

IT IS SO ORDERED this 14th day of November, 2025.

_____
The Honorable Denise Cote
United States District Judge

2