**In the United States District Court
for the Southern District of New York**

| | |
|---|---|
| Wildbird LLC,<br><br>                           *Plaintiff,*<br>v.<br><br>Wildride, B.V., *et al.,*<br><br>                        *Defendants.* | No. 1:25-cv-05993-DLC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Wildbird LLC ("Wildbird") appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated November 5, 2025, denying Wildbird's motion for preliminary injunction.

Date: December 5, 2025

/s/ *Molly R. Littman-Johnson*
Jonathan W. Thomas
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Jonathan.Thomas@gtlaw.com
(212) 801-9219

Molly R. Littman-Johnson
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Molly.Littman@gtlaw.com
(612) 259-9669