UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDBIRD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILDRIDE, B.V., *et al.*, <br><br> Defendant. | Case No. 1:25-cv-5993-DLC <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties and counsel of record:

    PLEASE TAKE NOTICE that I, Madison Marino of ESCA Legal LLC, with an office located at 55 Broadway, Third Floor, New York, New York 10006, hereby appear on behalf of Defendants Wildride, B.V. and Wildride, USA Corp.. I certify that I am admitted to practice before, and am in good standing with, this Court.

    The undersigned respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: January 30, 2026
       New York, New York

Respectfully submitted,

**ESCA LEGAL LLC**

By: */s/ Madison Marino*
    Madison Marino, Esq.

55 Broadway, Third Floor
New York, New York 10006
Tel: 718.354.5698
Email: madison@esca.legal

*Attorney for Defendants*