

Jonathan W. Thomas
Shareholder
Tel:  212.801.9219
Fax: 212.801-6400
Jonathan.Thomas@gtlaw.com

February 9, 2026

VIA ECF

The Honorable Denise Cote
United States District Judge, S.D.N.Y.
500 Pearl Street
Courtroom 18B
New York, New York 10007

    re: *Wildbird LLC v. Wildride B.V., et al.*, Case No. 1:25-cv-5993 (DC)(SN)
        Joint Letter Motion re Extension of Case Deadlines

Dear Judge Cote,

    We represent the Plaintiff in the above-captioned civil action.  Pursuant to Rule 1.D of Your Honor's Individual Practices in Civil Cases (rev. 2/26/25), I write, together with counsel for Defendants, to respectfully request a 60-day extension of the deadlines set forth in the attached Exhibit while the parties continue their settlement discussions.

    As background, the parties participated in a settlement conference with Magistrate Judge Netburn on December 17, 2025.  The parties have continued their settlement discussions since the conference, and are pleased to report that they are making progress on the material terms of a potential settlement. The parties also respectfully submit that the most efficient use of the parties' and court's time would be if the parties focused their efforts on attempting to reach a mutually acceptable settlement. To that end, the parties respectfully request that Your Honor extend the case deadlines set forth in the attached Exhibit by 60 days.  This is the parties' first request for an extension of the deadlines in the current Scheduling Order.  *See* ECF No. 93.

    On behalf of all parties, I thank the Court for its time and consideration of this request.

        Respectfully submitted,

        */s/ Jonathan W. Thomas*
        Jonathan W. Thomas

cc: All counsel of record (*via ECF*)

## [PROPOSED] REVISED SCHEDULING ORDER

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of parties' document productions | February 13, 2026 | April 14, 2026 |
| Completion of additional fact depositions (*i.e.*, in addition to PI-related depositions, each party may take one FED. R. CIV. P. 30(b)(6) deposition, and no more than two individual depositions) | February 27, 2026 | April 28, 2026 |
| Exchange of 10 additional requests for admission and 10 additional contention interrogatories (*i.e.*, in addition to requests and interrogatories served during PI-related discovery) | March 6, 2026 | May 5, 2026 |
| Completion of fact discovery | April 13, 2026 | June 12, 2026 |
| Service of parties' opening expert report(s) | May 11, 2026 | July 10, 2026 |
| Service of parties' rebuttal expert report(s) | June 1, 2026 | July 31, 2026 |
| Completion of expert discovery, including depositions of experts | June 15, 2026 | August 14, 2026 |
| Deadline for dispositive motions, as well as *Daubert* motions | July 13, 2026 | September 11, 2026 |
| Deadline for oppositions to dispositive, *Daubert* motions | August 10, 2026 | October 9, 2026 |
| Deadline for replies in further support of dispositive, *Daubert* motions | August 24, 2026 | October 23, 2026 |
| Hearing on dispositive, *Daubert* motions | TBD/at the Court's convenience | TBD/at the Court's convenience |
| Final Pretrial Conference | TBD/at the Court's convenience | TBD/at the Court's convenience |
| Trial | TBD/at the Court's convenience | TBD/at the Court's convenience |

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2026.

_____
The Honorable Denise Cote
United States District Judge