**GT GreenbergTraurig**

Jonathan W. Thomas
Shareholder
Tel: 212.801.9219
Fax: 212.801-6400
Jonathan.Thomas@gtlaw.com

February 9, 2026

VIA ECF

The Honorable Denise Cote
United States District Judge, S.D.N.Y.
500 Pearl Street
Courtroom 18B
New York, New York 10007

> *[Handwritten endorsement:]* The parties may adjust the 11/14/25 interim dates on consent. Any summary judgment or Daubert motions remain due 7/13/26.
> /s/ Denise Cote
> 2/9/26

re: *Wildbird LLC v. Wildride B.V., et al.*, Case No. 1:25-cv-5993 (DC)(SN)
Joint Letter Motion re Extension of Case Deadlines

Dear Judge Cote,

We represent the Plaintiff in the above-captioned civil action. Pursuant to Rule 1.D of Your Honor's Individual Practices in Civil Cases (rev. 2/26/25), I write, together with counsel for Defendants, to respectfully request a 60-day extension of the deadlines set forth in the attached Exhibit while the parties continue their settlement discussions.

As background, the parties participated in a settlement conference with Magistrate Judge Netburn on December 17, 2025. The parties have continued their settlement discussions since the conference, and are pleased to report that they are making progress on the material terms of a potential settlement. The parties also respectfully submit that the most efficient use of the parties' and court's time would be if the parties focused their efforts on attempting to reach a mutually acceptable settlement. To that end, the parties respectfully request that Your Honor extend the case deadlines set forth in the attached Exhibit by 60 days. This is the parties' first request for an extension of the deadlines in the current Scheduling Order. *See* ECF No. 93.

On behalf of all parties, I thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Jonathan W. Thomas*
Jonathan W. Thomas

cc: All counsel of record (*via ECF*)