**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILDBIRD LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILDRIDE B.V. and WILDRIDE USA CORP.,<br><br>    Defendants. | No. 1:25-cv-05993 (DLC) |

**NOTICE OF SETTLEMENT**

The parties are pleased to provide notice that the present case has been fully settled. The parties have completed their settlement papers and ask that the Court permit fourteen days for completion of certain terms of settlement before the parties file a joint stipulation of dismissal of this action with prejudice.

Dated: July 13, 2026

Respectfully submitted,

/s/ Jonathan W. Thomas (w/ permission)
Jonathan W. Thomas (JT1016)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel. (212) 801-9219
jonathan.thomas@gtlaw.com

Molly R. Littman-Johnson (*pro hac vice*)
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Tel. (612) 259-9669
Molly.Littman@gtlaw.com

*Attorneys for Plaintiff Wildbird LLC*

/s/ James M. Slater
James M. Slater (*pro hac vice*)
Madison Marino
ESCA Legal LLC
55 Broadway, 3rd Floor
New York, NY 10036
Tel. 347-745-2535
james@esca.legal
madison@esca.legal

*Attorneys for Defendants Wildride B.V. and Wildride USA Corp.*