# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

WILDBIRD, LLC,

      Plaintiff,

v.

WILDRIDE, B.V., and WILDRIDE USA CORP.

      Defendant.

Case No. 1:25-cv-5993-DLC

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is DISMISSED with prejudice and without an award of costs or fees to any party.

Respectfully submitted this 21st day of July 2026.

/s/ Jonathan W. Thomas (w/ permission)
Jonathan W. Thomas (JT1016)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel. (212) 801-9219
jonathan.thomas@gtlaw.com

Molly R. Littman-Johnson (*pro hac vice*)
90 South 7th St., Suite 3500
Minneapolis, Minnesota 55402
Tel. (612) 259-9669
Molly.Littman@gtlaw.com

*Attorneys for Plaintiff Wildbird LLC*

/s/ James M. Slater
James M. Slater (*pro hac vice*)
Madison Marino
ESCA Legal LLC
55 Broadway, 3rd Floor
New York, NY 10036
Tel. 347-745-2535
james@esca.legal
madison@esca.legal

*Attorneys for Defendants Wildride B.V. and Wildride USA Corp.*

So ordered.

*[signature]*
7/21/26